IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN.

          Plaintiffs,

vs.

NCR CORPORATION,
APPLETON PAPERS INC.,
CITY OF APPLETON,
CBC COATING, INC.,            Case No. 10-CV-00910-WCG
GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
KIMBERLY-CLARK CORPORATION,
MENASHA CORP.,
NEENAH-MENASHA SEWERAGE COMMISSION,
NEWPAGE WISCONSIN SYSTEM INC.,
P.H. GLATFELTER CO.,
U.S. PAPER MILLS CORP., and
WTM I COMPANY,

          Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Sarah A. Slack, Linda E. Benfield and Paul Bargren, hereby appear in the above captioned action as counsel for Defendant Kimberly-Clark Corporation.

We certify that we are admitted to practice in this Court.

Dated: November 10, 2010           Respectfully submitted,

                                   KIMBERLY-CLARK CORPORATION


                                   By: /s/ Sarah A. Slack
                                         One of Its Attorneys

Sarah A. Slack, Esq. (1056510)
Foley & Lardner LLP
150 East Gilman St.
Madison, WI 53703-1481
608.257.5035
608-258-4258 (Facsimile)
Email: sslack@foley.com

Linda E. Benfield, Esq. (1004937)
Paul Bargren, Esq. (1023008)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 (Facsimile)
Email: lbenfield@foley,com;
pbargren@foley.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2010, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Iva Ziza | Iva.Ziza@usdoj.gov |
| James L Santelle | James.santelle@usdoj.gov |
| Jeffry A Spector | Jeffrey.spector@usdoj.gov |
| Susan M Knepel | Susan.knepel@usdoj.gov |
| Randall M Stone | Randall.stone@usdoj.gov |
| Cynithia R Hirsch | hirschcr@doj.state.wi.us |
| Eric W Ha | eha@sidley.com |
| Evan B Westerfield | evanwesterfield@sidley.com |
| Joan Radovich | jradovich@sidley.com |
| Kathleen L Roach | kroach@sidley.com |
| Margaret R Sobota | msobota@sidley.com |
| Elizabeth K Miles | emiles@dkattorneys.com |
| Kevin J Lyons | klyons@dkattorneys.com |
| Tara M Mathison | tmathison@dkattorneys.com |
| William J Mulligan | wmulligan@dkattorneys.com |
| Caleb J Holmes | holmesc@gtlaw.com |
| David G Mandelbaum | mandelbaumd@gtlaw.com |
| Marc E Davies | daviesm@gtlaw.com |
| Monique M Mooney | mooneym@gtlaw.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |

I hereby certify that on November 10, 2010, I emailed the foregoing NOTICE OF APPEARANCE to the following:

| | |
|---|---|
| Nancy K. Peterson | nancy.peterson@quarles.com |

/s/ Sarah A. Slack