IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN.

        Plaintiffs,

        vs.

NCR CORPORATION,
APPLETON PAPERS INC.,
CITY OF APPLETON,
CBC COATING, INC.,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
KIMBERLY-CLARK CORPORATION,
MENASHA CORP.,
NEENAH-MENASHA SEWERAGE COMMISSION,
NEWPAGE WISCONSIN SYSTEM INC.,
P.H. GLATFELTER CO.,
U.S. PAPER MILLS CORP., and
WTM I COMPANY,

        Defendants.

Case No. 10-CV-00910-WCG

---

**DEFENDANT KIMBERLY-CLARK CORPORATION'S**

**DISCLOSURE STATEMENT**

---

PLEASE TAKE NOTICE that the undersigned, as counsel of record for

Defendant Kimberly-Clark Corporation, furnishes the following list in compliance with

Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

        (1)        Kimberly-Clark Corporation.

        (2) (i)        None.

        (2) (ii)        None.

        (3)        Foley & Lardner LLP

Dated: November 10, 2010

Respectfully submitted,

KIMBERLY-CLARK CORPORATION

By: /s/ Sarah A. Slack
                    One of Its Attorneys

Sarah A. Slack, Esq. (1056510)
Foley & Lardner LLP
150 East Gilman St.
Madison, WI 53703-1481
608.257.5035
608-258-4258 (Facsimile)
Email: sslack@foley.com

Linda E. Benfield, Esq. (1004937)
Paul Bargren, Esq. (1023008)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 (Facsimile)
Email: lbenfield@foley,com;
pbargren@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2010, I electronically filed the foregoing DEFENDANT KIMBERLY-CLARK CORPORATION'S DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Iva Ziza | Iva.Ziza@usdoj.gov |
| James L Santelle | James.santelle@usdoj.gov |
| Jeffry A Spector | Jeffrey.spector@usdoj.gov |
| Susan M Knepel | Susan.knepel@usdoj.gov |
| Randall M Stone | Randall.stone@usdoj.gov |
| Cynithia R Hirsch | hirschcr@doj.state.wi.us |
| Eric W Ha | eha@sidley.com |
| Evan B Westerfield | evanwesterfield@sidley.com |
| Joan Radovich | jradovich@sidley.com |
| Kathleen L Roach | kroach@sidley.com |
| Margaret R Sobota | msobota@sidley.com |
| Elizabeth K Miles | emiles@dkattorneys.com |
| Kevin J Lyons | klyons@dkattorneys.com |
| Tara M Mathison | tmathison@dkattorneys.com |
| William J Mulligan | wmulligan@dkattorneys.com |
| Caleb J Holmes | holmesc@gtlaw.com |
| David G Mandelbaum | mandelbaumd@gtlaw.com |
| Marc E Davies | daviesm@gtlaw.com |
| Monique M Mooney | mooneym@gtlaw.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |

I hereby certify that on November 10, 2010, I emailed the foregoing DEFENDANT KIMBERLY-CLARK CORPORATION'S DISCLOSURE STATEMENT to the following:

| | |
|---|---|
| Nancy K. Peterson | nancy.peterson@quarles.com |

/s/ Sarah A. Slack