UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA )
THE STATE OF WISCONSIN )
     Plaintiffs )
)
v. ) Case No. 1:10 - CV - 910 - WCG
)
NCR CORPORATION, et al. )
)
     Defendants )

## ENTRY OF APPEARANCE

  Please take notice that Daniel C. Murray enters his appearance in the above-entitled action for Defendant **NewPage Wisconsin Systems Inc.** Please serve all pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF Notices to Mr. Murray at murrayd@jbltd.com.

Dated this 12th day of November 2010

            NEWPAGE WISCONSIN SYSTEM INC.

            By: /s/ Daniel C. Murray

Daniel C. Murray
JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
murrayd@jbltd.com
tel. 312 984 0226
fax. 312 372 9818

Certificate of Service

    I hereby certify that on November 12, 2010, I electronically filed the attached *Notice of Appearance* with the Clerk of the Court using the Court's CM/ECF system, thereby sending notification of such filing to all attorneys registered in CM/ECF for this case.

                                        /s/ *Letitia M. Reyes*

JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404

2574197