IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

      Plaintiffs,

    v.                                Case No. 10-CV-00910-WCG

NCR CORPORATION, et al.

      Defendants.

## NOTICE OF APPEARANCE

Please take notice that the law firm of von Briesen & Roper, s.c., by Susan E. Lovern, Michael P. Carlton, Thomas Armstrong and Kelly Noyes, appears for the defendant, CBC Coating, Inc., in the above-entitled action, and demand that copies of all further pleadings and court filings be served on counsel at the following addresses:

    Susan E. Lovern – slovern@vonbriesen.com
    Michael P. Carlton – mcarlton@vonbriesen.com
    Thomas Armstrong – tarmstro@vonbriesen.com
    Kelly Noyes – knoyes@vonbriesen.com

Dated this 16th day of November, 2010.

                                          s/ Susan E. Lovern
                                          Susan E. Lovern (#1025632)
                                          Michael P. Carlton (#1016037)
                                          Thomas Armstrong (#1016529)
                                          Kelly Noyes (#1064809)
                                          Attorneys for Defendant, CBC Coating, Inc.
                                          von Briesen & Roper, s.c.
                                          411 East Wisconsin Avenue, Suite 700
                                          Milwaukee, WI 53202
                                          Telephone: (414) 276-1122
                                          Fax: (414) 276-6281
                                          slovern@vonbriesen.com
                                          mcarlton@vonbriesen.com
                                          tarmstro@vonbriesen.com
                                          knoyes@vonbriesen.com