IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

    v.                                         Case No. 10-CV-00910-WCG

NCR CORPORATION, et al.

        Defendants.

## CBC COATING, INC.'S DISCLOSURE STATEMENT
## PURSUANT TO CIVIL LOCAL RULE 7.1

The undersigned, counsel of record for CBC COATING, INC., Defendant, furnishes the following list in compliance with Fed. R. Civ. P. 7.1 and specifically Civil L.R. 7.1:

    (a)(1)      CBC Coating, Inc.

    (a)(2)      No such corporation.

    (a)(3)      von Briesen & Roper, s.c.

Dated this 16th day of November, 2010.

                                          s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly Noyes (#1064809)
Attorneys for Defendant, CBC Coating, Inc.
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com