UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

   Plaintiffs,

   v.

NCR CORPORATION, et al.,

   Defendants.

Case No. 10-C-910

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that attorney William H. Harbeck hereby enters his appearance as counsel for defendant WTM I Company in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

  Dated: November 17, 2010.

          s/ William H. Harbeck
          Nancy K. Peterson (Wis. Bar No. 1000197)
          Peter C. Karegeannes (Wis. Bar No. 1015025)
          William H. Harbeck (Wis. Bar No. 1007004)
          QUARLES & BRADY LLP
          411 East Wisconsin Avenue
          Milwaukee, WI 53202
          Telephone: 414-277-5000
          E-mail: nancy.peterson@quarles.com
          *Attorneys for Defendant WTM I Company*