UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.

NCR CORPORATION, et al.,

        Defendants.

Case No. 10-C-910

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that attorney Nancy K. Peterson hereby enters her appearance as counsel for defendant WTM I Company in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

Dated: November 17, 2010.

        s/ Nancy K. Peterson
        Nancy K. Peterson (Wis. Bar No. 1000197)
        Peter C. Karegeannes (Wis. Bar No. 1015025)
        William H. Harbeck (Wis. Bar No. 1007004)
        QUARLES & BRADY LLP
        411 East Wisconsin Avenue
        Milwaukee, WI 53202
        Telephone: 414-277-5000
        E-mail: nancy.peterson@quarles.com
        *Attorneys for Defendant WTM I Company*