UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.        Case No. 10-C-910

NCR CORPORATION, *et al.*,

        Defendants.

**ORDER AUTHORIZING SETTLING DEFENDANT GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S DEPOSIT OF FUNDS IN COURT REGISTRY ACCOUNT**

The United States has filed a Motion to Authorize Settling Defendant Georgia-Pacific Consumer Products LP's Deposit of Funds in Court Registry Account. That Motion seeks authorization for Settling Defendant Georgia-Pacific Consumer Products LP (the "Settling Defendant") to deposit funds in the Court Registry Account as provided by a proposed Consent Decree that has been lodged with the Court, to earn interest in accordance with the Clerk of the Court's normal investment procedures. Paragraph 8 of the Consent Decree requires the Defendant to deposit $7,000,000 into the Court Registry Account within 21 days of the date on which the Court enters this Order.

**NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 67 and Civil L. R. 67, the Clerk of the Court shall accept the Settling Defendant's payment into the Court Registry Account, as provided by the proposed Consent Decree.

2. The funds deposited in the Court Registry Account shall earn interest in accordance with the normal investment procedures of the Clerk of the Court. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in conjunction with this deposit of funds into the Court Registry Account.

3. Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court. If the Court approves the Consent Decree after a public comment period, the Withdrawal Order shall direct disbursements from the Court Registry Fund to the Plaintiffs as specified by Paragraph 9 of the Consent Decree. If the Plaintiffs withdraw or withhold consent to this Consent Decree before entry, or the Court declines to enter the Consent Decree, the funds deposited into the Court Registry Account shall be returned to the Settling Defendant pursuant to a separate Withdrawal Order as specified in Paragraph 10 of the Consent Decree.

**SO ORDERED** this __23rd__ day of November, 2010.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge