UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.                                    Case No. 10-C-910

NCR CORPORATION, *et al.*,

        Defendants.

**ORDER AUTHORIZING COURT REGISTRY DEPOSITS BY
BROWN COUNTY AND THE CITY OF GREEN BAY**

      The United States has filed a Motion to Authorize Court Registry Account Deposits by Brown County and the City of Green Bay. That Motion seeks authorization for Brown County and the City of Green Bay (the "Settling Defendants") to deposit funds in a Court Registry Account as provided by a proposed Consent Decree that has been lodged with the Court, to earn interest in accordance with the Clerk of the Court's normal investment procedures. Paragraph 5 of the Consent Decree requires the Settling Defendant to deposit $350,000 each (a total of $700,000) in a Court Registry Account within 28 days of the date on which the Court enters this Order.

      **NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 67 and Civil L. R. 67, the Clerk of the Court shall accept the Settling Defendants' payment into the Court Registry Account, as provided by the proposed Consent Decree.

2. The funds deposited in the Court Registry Account shall earn interest in accordance with the normal investment procedures of the Clerk of the Court. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in conjunction with this deposit of funds into the Court Registry Account.

3. Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court. If the Court approves the Consent Decree after a public comment period, the Withdrawal Order shall direct disbursements from the Court Registry Fund to the Plaintiffs as specified by Paragraph 6 of the Consent Decree. If the Plaintiffs withdraw or withhold consent to this Consent Decree before entry, or if the Court declines to enter the Consent Decree, the funds deposited into the Court Registry Account shall be returned to the Settling Defendants pursuant to a separate Withdrawal Order as specified in Paragraph 6 of the Consent Decree.

**SO ORDERED** this   2nd   day of December, 2010.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
