IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

    Plaintiffs,

vs.                                         Case No. 10-C-910-WCG

NCR CORPORATION,
APPLETON PAPERS INC.,
BROWN COUNTY,
CITY OF APPLETON,
CITY OF GREEN BAY,
CBC COATING, INC.,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
MENASHA CORP.,
NEENAH-MENASHA SEWERAGE COMMISSION,
NEWPAGE WISCONSIN SYSTEMS, INC.,
P.H. GLATFELTER CO.,
U.S. PAPER MILLS CORP., and
WTM I COMPANY,

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm Stafford Rosenbaum LLP, by attorney Richard C. Yde, hereby enters his appearance as counsel for defendant City of Appleton in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the addresses below

        Richard C. Yde
        Stafford Rosenbaum LLP
        222 West Washington, Suite 900
        P.O. Box 1784
        Madison, WI 53701-1784
        Phone: 608-256-0226
        Fax: 608-259-2600
        ryde@staffordlaw.com

DATED this  8th  day of December, 2010.

> By:  /s/Richard C. Yde
> Richard C. Yde (#1013600)
> Attorney for Defendant City of Appleton
>
> Stafford Rosenbaum LLP
> 222 West Washington, Suite 900
> P.O. Box 1784
> Madison, WI 53701-1784
> Phone: 608-256-0226
> Fax: 608-259-2600
> ryde@staffordlaw.com