# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, <br><br> Defendants. | Civil Action No. 10-C-910 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary Rose Alexander of Latham & Watkins LLP has appeared on behalf of Defendant Georgia-Pacific Consumer Products LP. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Alexander at mary.rose.alexander@lw.com

This 9th day of December, 2010            Respectfully Submitted,

                                                              /s/ Mary Rose Alexander

Mary Rose Alexander
IL Bar No. 6205313
Latham & Watkins LLP
233 S. Wacker Dr.
Ste. 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, <br><br> Defendants. | Civil Action No. 10-C-910 |

CERTIFICATE OF SERVICE

I hereby certify that, on this day of December 9, 2010, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail upon the following:

Cynthia R Hirsch
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707-7857

4

                    <u>/s/ Mary Rose Alexander</u>

                    Mary Rose Alexander
Latham & Watkins LLP
233 S. Wacker Dr. , Ste. 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

4
Case 1:10-cv-00910-WCG   Filed 12/09/10   Page 4 of 4   Document 46