IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>THE STATE OF WISCONSIN,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>NCR CORPORATION,<br>APPLETON PAPERS INC.,<br>CITY OF APPLETON,<br>CBC COATING, INC.,<br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br>KIMBERLY-CLARK CORPORATION,<br>MENASHA CORP.,<br>NEENAH-MENASHA SEWERAGE COMMISSION,<br>P.H. GLATFELTER CO.,<br>U.S. PAPER MILLS CORP., and<br>WTM I COMPANY,<br><br>                    Defendants. | Civil Action No. 10-C-910 |

## DISCLOSURE STATEMENT

The undersigned, counsel of record for U.S. Paper Mills Corporation, furnishes the following list in compliance with Civil Local Rule 7.1,

    (a)    U.S. Paper Mills full name is U.S. Paper Mills Corp.;

    (b)    U.S. Paper Mills Corp. has been a wholly owned subsidiary of Sonoco Products Company since 2001.

    (c)    Reinhart Boerner Van Deuren s.c. and Haynsworth Sinkler Boyd, P.A. are the only law firms expected to appear on behalf of U. S. Paper Mills Corporation in this action.

Dated this 16th day of December, 2010.

       s/Scott W. Hansen
       Scott W. Hansen
       shansen@reinhartlaw.com
       Steven P. Bogart
       sbogart@reinhartlaw.com
       Thomas M.. Phillips
       tphillips@reinhartlaw.com
       Reinhart Boerner Van Deuren, s.c.
       1000 North Water Street, Suite 1700
       Milwaukee, WI 53202
       Telephone: 414-298-1000
       Facsimile: 414-298-8097

       Thomas R. Gottshall
       tgottshall@hsblawfirm.com
       Stephen F. McKinney
       smckinney@hsblawfirm.com
       Haynsworth Sinkler Boyd P.A.
       1201 Main Street, 22nd Floor
       Columbia, SC 29201-3232
       Telephone: 803-540-7856
       Facsimile: 803-765-1243

REINHART\5530768