**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

        Plaintiffs,

  vs.                            Case No. 10-C-910-WCG

NCR CORPORATION, *et al*.

        Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed the following documents: Answer, Affirmative Defenses and Counterclaims of Defendant City of Appleton and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following attorneys:

    Brandon J Evans    bje@hermeslawltd.com
    Caleb J Holmes    holmesc@gtlaw.com
    Cynthia R Hirsch    hirschcr@doj.state.wi.us, schaefferutterme@doj.state.wi.us
    Daniel C Murray    murrayd@jbltd.com
    David G Mandelbaum    mandelbaumd@gtlaw.com
    Dennis P Birke    db@dewittross.com, dvz@dewittross.com
    Elizabeth K Miles    emiles@dkattorneys.com
    Eric W Ha    eha@sidley.com, sdikos@sidley.com
    Evan B Westerfield    evanwesterfield@sidley.com, dfmanheim@sidley.com,
        efilingnotice@sidley.com
    Heidi D Melzer    hdm@hermeslawltd.com
    Iva Ziza    Iva.Ziza@usdoj.gov, Heather.Henderson@usdoj.gov
    James L Santelle    james.santelle@usdoj.gov, peggy.hengen@usdoj.gov
    James P Walsh    jim.walsh@appleton.org, jamie.sova@appleton.org
    Jeffrey A Spector    jeffrey.spector@usdoj.gov, krystal-rose.perez@usdoj.gov
    Joan Radovich    jradovich@sidley.com, efilingnotice@sidley.com,
        shalicky@sidley.com
    Karl S Lytz    karl.lytz@lw.com, #sfdocket@lw.com
    Kathleen L Roach    kroach@sidley.com, efilingnotice@sidley.com
    Kelly J Noyes    knoyes@vonbriesen.com, ksmith@vonbriesen.com
    Kevin J Lyons    klyons@dkattorneys.com, lmeyer@dkattorneys.com

Linda E Benfield    lbenfield@foley.com, tgraziano@foley.com
Marc E Davies    daviesm@gtlaw.com
Margaret R Sobota    msobota@sidley.com
Mary Rose Alexander    mary.rose.alexander@lw.com, chefiling@lw.com
Megan A Senatori    ms@dewittross.com, ymm@dewittross.com
Michael L Hermes    mlh@hermeslawltd.com, tjc@hermeslawltd.com
Michael P Carlton    mcarlton@vonbriesen.com
Monique M Mooney    mooneym@gtlaw.com
Nancy K Peterson    nancy.peterson@quarles.com, kmh@quarles.com
Paul Bargren    pbargren@foley.com, kszyszko@foley.com
Paul G Kent    pkent@staffordlaw.com, mirving@staffordlaw.com
Philip C Hunsucker    phunsucker@hgnlaw.com, dflores@hgnlaw.com
Randall M Stone    randall.stone@usdoj.gov, dixon.douglas@epa.gov,
    gibbons.melissa@epa.gov, jacob.castellaw@usdoj.gov,
    jeffrey.spector@usdoj.gov, john.carlucci@sol.doi.gov, john.rudolph@sol.doi.gov,
    joshua.levin@usdoj.gov, matthew.oakes@usdoj.gov, murawski.richard@epa.gov
Richard C Yde    ryde@staffordlaw.com, ksharpee@staffordlaw.com,
    pstrommen@staffordlaw.com
Ronald R Ragatz    rrr@dewittross.com, dvz@dewittross.com
Sabrina Mizrachi    mizrachis@gtlaw.com
Sarah A Slack    sslack@foley.com, ballen@foley.com, showard@foley.com
Scott W Hansen    shansen@reinhartlaw.com, ccabelka@reinhartlaw.com
Stephen F McKinney    smckinney@hsblawfirm.com, kgray@hsblawfirm.com
Steven P Bogart    sbogart@reinhartlaw.com, mbrandem@reinhartlaw.com
Susan E Lovern    slovern@vonbriesen.com, earce@vonbriesen.com,
    lmccaust@vonbriesen.com
Susan M Knepel    susan.knepel@usdoj.gov, chuck.westphal@usdoj.gov,
    kerry.vandervort@usdoj.gov
Tara M Mathison    tmathison@dkattorneys.com, ahalase@dkattorneys.com
Ted Waskowski    twaskowski@staffordlaw.com, kpence@staffordlaw.com
Thomas Armstrong    tarmstro@vonbriesen.com, kdomenos@vonbriesen.com
Thomas M Phillips    tphillip@reinhartlaw.com, anarcolli@reinhartlaw.com
Thomas R Gottshall    lgantt@hsblawfirm.com, bvaldes@hsblawfirm.com,
    tgottshall@hsblawfirm.com
William H Harbeck    william.harbeck@quarles.com, andrea.carskadon@quarles.com
William J Mulligan    wmulligan@dkattorneys.com, lmeyer@dkattorneys.com,
    mpotter@dkattorneys.com, porin@dkattorneys.com

**1:10-cv-00910-WCG Notice has been delivered by other means to:**
   Peter C Karegeannes at pck@quarles.com


                        */s/ Marjorie Irving*
                        Marjorie Irving, Legal Assistant
                        Paul G. Kent