UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

        Plaintiffs,                                  Case No. 10-C-910

v.

NCR CORPORATION, *et al*,

        Defendants.

---

## NOTICE OF SUBSTITUTION

---

PLEASE TAKE NOTICE that Gregory J. Haanstad, First Assistant United States Attorney, has been substituted under the authority conferred by Title 28, United States Code, Section 515 for the United States Attorney, James L. Santelle, in the above-entitled action. Please remove Attorney James L. Santelle from the ECF notification list and as an attorney of record in this case.

Dated this  17th  day of December, 2010

                                          GREGORY J. HAANSTAD
                                          Attorney for the United States, Acting
                                          Under Authority Conferred by 28 U.S.C. § 515

                    By:    /s/ Susan M. Knepel

                                          SUSAN M. KNEPEL
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          State Bar #1016482
                                          530 Federal Courthouse
                                          517 E. Wisconsin Avenue
                                          Milwaukee, Wisconsin 53202
                                          (414) 297-1723
                                          Fax No. (414) 297-4394
                                          Susan.Knepel@usdoj.gov