UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

        Plaintiffs,

v.

NCR CORPORATION, *et al,*

        Defendants.

Case No. 10-C-910

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, I caused to be electronically filed using the ECF system a Notice of Substitution, and a true and correct copy was mailed, via first class mail, to:

Peter C Karegeannes
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497

Dated this 17th day of December, 2010

        GREGORY J. HAANSTAD
        Attorney for the United States, Acting
        Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ Susan M. Knepel

        SUSAN M. KNEPEL
        Assistant United States Attorney
        United States Attorney's Office
        State Bar #1016482
        530 Federal Courthouse
        517 E. Wisconsin Avenue
        Milwaukee, Wisconsin 53202
        (414) 297-1723
        Fax No. (414) 297-4394
        Susan.Knepel@usdoj.gov