UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

                Plaintiffs,                Case No. 10-CV-910-WCG

v.

NCR CORPORATION, *et al.*

                Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed Neenah-Menasha Sewerage Commission's Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' First Amended Complaint and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all parties listed on the Court's ECF service list as follows:

| | |
|---|---|
| Brandon J. Evans | bje@hermeslawltd.com |
| Caleb J. Holmes | holmescj@gtlaw.com |
| Cynthia R. Hirsch | hirschcr@doj.state.wi.us, schaefferutterme@doj.state.wi.us |
| Daniel C. Murray | murrayd@jbltd.com |
| David G. Mandelbaum | mandelbaum@gtlaw.com |
| Dennis P. Birke | db@dewittross.com |
| Elizabeth K. Miles | emiles@dkattorneys.com |
| Eric W. Ha | eha@sidley.com, sdikos@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com, dfmanheim@sidley.com, efilingnotice@sidley.com |
| Heidi D. Melzer | hdm@hermeslawltd.com |
| Iva Ziza | Iva.Ziza@usdoj.gov, Heather.Henderson@usdoj.gov |
| James L. Santelle | james.santelle@usdoj.gov, peggy.hengen@usdoj.gov |
| James P. Walsh | jim.walsh@appleton.org, jamie.sova@appleton.org |
| Jeffrey A. Spector | jeffrey.spector@usdoj.gov, krystal-rose.perez@usdoj.gov |
| Joan Radovich | jradovich@sidley.com, efilingnotice@sidley.com, shalicky@sidley.com |
| Karl S. Lytz | karl.lytz@lw.com, #sfdocket@lw.com |

| | |
|---|---|
| Kathleen L. Roach | kroach@sidley.com, efilingnotice@sidley.com |
| Kelly J. Noyes | knoyes@vonbriesen.com, ksmith@vonbriesen.com |
| Kevin J. Lyons | klyons@dkattorneys.com, lmeyer@dkattorneys.com |
| Linda E. Benfield | lbenfield@foley.com, tgraziano@foley.com |
| Marc E. Davies | davies@gtlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com, chefiling@lw.com |
| Megan A. Senatori | ms@dewittross.com, ymm@dewittross.com |
| Michael L. Hermes | mlh@hermeslawltd.com; tjc@hermeslawltd.com |
| Michael P. Carlton | mcarlton@vonbriesen.com |
| Monique M. Mooney | mooney@gtlaw.com |
| Nancy K. Peterson | nkp@quarles.com, kmh@quarles.com |
| Paul Bargren | pbargren@foley.com, kszyszko@foley.com |
| Paul G. Kent | pkent@staffordlaw.com, mirving@staffordlaw.com |
| Philip C. Hunsucker | phunsucker@hgnlaw.com, bsloan@hgnlaw.com, dflores@hgnlaw.com |
| Randall M. Stone | randall.stone@usdoj.gov, dixon.douglas@epa.gov, gibbons.melissa@epa.gov, jacob.castellaw@usdoj.gov, jeffrey.spector@usdoj.gov, john.carlucci@sol.doi.gov, john.rudolph@sol.doi.gov, joshua.levin@usdoj.gov, matthew.oakes@usdoj.gov, murawski.richard@epa.gov |
| Richard C. Yde | ryde@staffordlaw.com, ksharpee@staffordlaw.com, pstrommen@staffordlaw.com |
| Ronald R. Ragatz | rrr@dewittross.com, dvz@dewittross.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |
| Sarah A. Slack | sslack@foley.com, ballen@foley.com, showard@foley.com |
| Scott W. Hansen | shansen@reinhartlaw.com, ccabelka@reinhartlaw.com |
| Stephen F. McKinney | smckinney@hsblawfirm.com, kgray@hsblawfirm.com |
| Steven P. Bogart | sbogart@reinhartlaw.com, mbrandem@reinhartlaw.com |
| Susan E. Lovern | slovern@vonbriesen.com, earce@vonbriesen.com, lmccaust@vonbriesen.com |
| Susan M. Knepel | susan.knepel@usdoj.gov, chuck.westphal@usdoj.gov, kerry.vandervort@usdoj.gov |
| Tara M. Mathison | tmathison@dkattorneys.com, ahalase@dkattorneys.com |
| Ted Waskowski | twaskowski@staffordlaw.com, kpence@staffordlaw.com, |
| Thomas Armstrong | tarmstro@vonbriesen.com, kdomenos@vonbriesen.com |
| Thomas M Phillips | tphillip@reinhartlaw.com, anarcolli@reinhartlaw.com |
| Thomas R. Gottshall | lgantt@hsblawfirm.com, bvaldes@hsblawfirm.com, tgottshall@hsblawfirm.com |
| William H. Harbeck | whh@quarles.com, andrea.carskadon@quarles.com |
| William J. Mulligan | wmulligan@dkattorneys.com, lmeyer@dkattorneys.com mpotter@dkattorneys.com, porin@dkattorneys.com |

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Peter C. Karegeannes
Quarles & Brady, LLP
411 E. Wisconsin Avenue - Ste. 2040
Milwaukee, WI 53202-4497

2

s/William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
James E. Braza (WI Bar No. 1002850)
Tara M. Mathison (WI Bar No. 1032821)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Facsimile: (414) 276-9369
Email: wmulligan@dkattorneys.com
    klyons@dkattorneys.com
    jbraza@dkattorneys.com
    tmathison@dkattorneys.com
    emiles@dkattorneys.com