# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.          Case No. 10-C-00910

NCR CORPORATION, *et al.*,

    Defendants.

## ORDER STAYING
## CROSS-CLAIMS AMONG DEFENDANTS

The Court, having reviewed the Stipulation for Stay of Cross-Claims Among Defendants and finding that the Stipulation will foster the orderly and efficient disposition of this case,

**IT IS HEREBY ORDERED** that any and all cross-claims any Stipulating Defendant (specifically, CBC Coating, Inc., City of Appleton, Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, Kimberly-Clark Corporation, Menasha Corporation, Neenah Menasha Sewerage Commission, NewPage Wisconsin Systems Inc., P.H. Glatfelter Company, U.S. Paper Mills Corp., and WTM I Company) may have against any other Stipulating Defendant that relate to Plaintiffs' claims or to any costs incurred by a Stipulating Defendant with respect to the Fox River shall be stayed and shall not be asserted or answered until further notice by the parties and Order of this Court. The running

of any limitations period on any claim subject to this stay shall be tolled during the time of the stay. This Order does not apply to any counterclaim or third-party claim.

Dated this   20th   day of December, 2010.

       s/ William C. Griesbach
William C. Griesbach
U.S. District Court

2

Case 1:10-cv-00910-WCG   Filed 12/20/10   Page 2 of 2   Document 59