IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NCR CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | No. 10-CV-00910-WCG |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of December, 2010, a true and correct copy of the foregoing Defendant P.H. Glatfelter Company's Answer, Affirmative Defenses and Counterclaims to Plaintiffs' First Amended Complaint was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, notice has been delivered by other means to:

Peter C. Karegeannes at pck@quarles.com

/s/ David G. Mandelbaum
David G. Mandelbaum

Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
mandelbaumd@gtlaw.com