UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.

NCR CORPORATION, et al.,

        Defendants.

Case No. 10-C-910-WCG

---

## DISCLOSURE STATEMENT OF WTM I COMPANY

---

The undersigned, counsel of record for Defendant WTM I Company (WTM), furnishes the following list in compliance with Civil L.R. 7.1 and FRCP 7.1.

(1)     I represent defendant WTM I Company.

(2)     WTM is a corporation.

    (A)     WTM's parent corporation is Chesapeake Corporation. WTM's stock is wholly owned by Chesapeake Corporation.

(3)     WTM will be represented in this matter by the law firm of Quarles & Brady LLP.

Dated: December 20, 2010

        /s/ William H. Harbeck
        Nancy K. Peterson (Wis. Bar No. 1000197)
        Peter C. Karegeannes (Wis. Bar No. 1015025)
        William H. Harbeck (Wis. Bar No. 1007004)
        QUARLES & BRADY LLP
        411 East Wisconsin Avenue
        Milwaukee, WI 53202
        Telephone: 414-277-5000
        E-mail: william.harbeck@quarles.com

        *Attorneys for Defendant WTM I Company*