IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____
                                              )
UNITED STATES OF AMERICA, et al.              )
                                              )
                    Plaintiffs,               )
                                              )  Civil Action No. 10-C-910
        v.                                    )
                                              )
NCR CORPORATION, et al.                       )
                                              )
                    Defendants.               )
_____   )

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010, I electronically filed **DEFENDANT APPLETON PAPERS INC.'S ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND CROSS-CLAIM TO THE FIRST AMENDED COMPLAINT** using the ECF system, which will send notification of such filing to:

| | |
|---|---|
| Caleb J. Holmes | holmesc@gtlaw.com |
| Cynthia R. Hirsch | hirschcr@doj.state.wi.us |
| Daniel C. Murray | murrayd@jbltd.com |
| David G. Mandelbaum | mandelbaumd@gtlaw.com |
| Dennis P. Birke | db@dewittross.com |
| Elizabeth K. Miles | emiles@dkattorneys.com |
| Eric W. Ha | eha@sidley.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Gregory J. Haanstad | greg.haanstad@usdoj.gov |
| Iva Ziza | Iva.Ziza@usdoj.gov |
| James P. Walsh | jim.walsh@appleton.org |
| Jeffrey A. Spector | jeffrey.spector@usdoj.gov |
| Joan Radovich | jradovich@sidley.com |
| Karl S. Lytz | karl.lytz@lw.com |
| Kathleen L. Roach | kroach@sidley.com |
| Kelly J. Noyes | knoyes@vonbriesen.com |
| Kevin J. Lyons | klyons@dkattorneys.com |
| Linda E. Benfield | lbenfield@foley.com |
| Marc E. Davies | daviesm@gtlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |

1

| | |
|---|---|
| Megan A. Senatori | ms@dewittross.com |
| Michael P. Carlton | mcarlton@vonbriesen.com |
| Monique M. Mooney | mooneym@gtlaw.com |
| Nancy K. Peterson | nancy.peterson@quarles.com |
| Paul Bargren | pbargren@foley.com |
| Paul G. Kent | pkent@staffordlaw.com |
| Peter C. Karegeannes | pck@quarles.com |
| Philip C. Hunsucker | phunsucker@hgnlaw.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Richard C. Yde | ryde@staffordlaw.com |
| Robert R. Ragatz | rrr@dewittross.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |
| Sarah A. Slack | sslack@foley.com |
| Scott W. Hansen | shansen@reinhartlaw.com |
| Stephen F. McKinney | smckinney@hsblawfirm.com |
| Steven P. Bogart | sbogart@reinhartlaw.com |
| Susan M. Knepel | susan.knepel@usdoj.gov |
| Susan E. Lovern | slovern@vonbriesen.com |
| Tara M. Mathison | tmathison@dkattorneys.com |
| Ted Waskowski | twaskowski@staffordlaw.com |
| Thomas Armstrong | tarmstro@vonbriesen.com |
| Thomas R. Gottshall | tgottshall@hsblawfirm.com |
| Thomas M. Phillips | tphillipS@reinhartlaw.com |
| William H. Harbeck | william.harbeck@quarles.com |
| William J. Mulligan | wmulligan@dkattorneys.com |

Dated: December 20, 2010

APPLETON PAPERS INC.

s/ Michael L. Hermes
By: One of Its Attorneys

Counsel for Appleton Papers Inc.:

Michael L. Hermes (WI Bar No. 1019623)
Heidi D. Melzer (WI Bar No. 1076125)
Brandon J. Evans (WI Bar No. 1063940)
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, WI 54301
(920) 436-9870
Fax: (920)436-9871
mlh@hermeslawltd.com
hdm@hermeslawltd.com
bje@hermeslawltd.com

Ronald R. Ragatz (WI Bar No. 1017501)
Dennis P. Birke (WI Bar No. 1018345)
Megan A. Senatori (WI Bar No. 1037314)
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Madison, WI 53703
(608) 255-8891
Fax: (608) 252-9243
rrr@dewittross.com
db@dewittross.com
ms@dewittross.com