# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 10-C-910 |
| v. | ) ) | |
| NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Evan R. Chesler of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-entitled case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Chesler at echesler@cravath.com.

/s/ Evan R. Chesler
Evan R. Chesler
New York Bar No. 1475722
Admitted in the Eastern District of Wisconsin

*Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 100019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com