# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-C-910 |
| NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sandra C. Goldstein of Cravath, Swaine & Moore LLP

hereby appears for NCR Corporation in the above-captioned case. Please serve all further

pleadings, correspondence and other papers on the undersigned at the address stated below.

Please direct all ECF notices to Attorney Goldstein at sgoldstein@cravath.com.

/s/ Sandra C. Goldstein
Sandra C. Goldstein
New York Bar No. 2198745
Admitted in the Eastern District of Wisconsin

*Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 100019
Tel: (212) 474-1000
Fax: (212) 474-3700
sgoldstein@cravath.com