IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, <br><br> Defendants. | Civil Action No. 10-C-910 |

DISCLOSURE STATEMENT

The undersigned, counsel of record for Georgia Pacific Consumer Products LP, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. I represent Georgia Pacific Consumer Products LP.

2. Georgia Pacific Consumer Products LP is not a corporation. Georgia Pacific Consumer Products LP does not have a parent corporation.

3. No publically-held company owns more than ten percent (10%) of Georgia Pacific Consumer Products LP's stock.

4. Latham & Watkins LLP appears for Georgia Pacific Consumer Products LP in this court.

This 23rd day of December, 2010.  Respectfully Submitted,

/s/ Mary Rose Alexander

Mary Rose Alexander
IL Bar No. 6205313
Latham & Watkins LLP
233 S. Wacker Dr., Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-C-910 |
| NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on this day of December 23, 2010, a true and correct copy of the foregoing Corporate Disclosure was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail upon the following:

Cynthia R Hirsch
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707-7857

/s/ Mary Rose Alexander

Mary Rose Alexander
Latham & Watkins LLP
233 S. Wacker Dr. , Ste. 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767