IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 10-C-910 |
| v. | ) ) |
| NCR CORPORATION, APPLETON PAPERS INC., CITY OF APPLETON, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER DEFERRING CROSS-CLAIMS AMONG PARTICULAR DEFENDANTS

The Court, having reviewed the Stipulation for Deferral of Cross-Claims Among Particular Defendants submitted by Defendants NCR Corporation, Appleton Papers Inc., City of Appleton, CBC Coating, Inc., Kimberly-Clark Corporation, Menasha Corp., Neenah-Menasha Sewerage Commission, NewPage Wisconsin Systems, Inc., P.H. Glatfelter Co., U.S. Paper Mills Corp., and WTM I Company (collectively, the "Stipulating Defendants"), and finding that the Stipulation will foster the orderly and efficient disposition of this case,

IT IS HEREBY ORDERED that the filing of any cross-claims that may be properly asserted in this action that Defendants API and NCR may have against Defendants City of Appleton, CBC Coating, Inc., Kimberly-Clark Corporation, Menasha Corp., Neenah-Menasha Sewerage Commission, NewPage Wisconsin Systems, Inc., P.H. Glatfelter Co., U.S. Paper Mills Corp., and WTM I Company (collectively, the "remaining Defendants"), and that the remaining Defendants may have against Defendants API and NCR, shall be deferred until January 21, 2011. The Stipulating Defendants may file those cross-claims after this date without leave of the Court up to and including February 11, 2011. The running of any limitations period for any such claim shall be tolled from the date of this stipulation through January 21, 2011. Nothing in this stipulation constitutes a waiver or admission of any party with respect to whether any cross-claims may be properly asserted in this action. This stipulation may be extended by agreement of the Stipulating Defendants without further action by the Court.

Dated this 27th day of December, 2010.

s/ William C. Griesbach
The Hon. William C. Griesbach
U.S. District Court Judge