UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 10-C-910<br>)<br>) The Honorable William C. Griesbach |
| NCR CORPORATION, *et al.* | )<br>) |
| Defendants. | )<br>) |

## UNITED STATES' RESPONSE TO
## DEFENDANT NEWPAGE'S MOTION FOR ADDITIONAL TIME

When Defendant NewPage Wisconsin Systems, Inc. ("NewPage") contacted Plaintiff United States of America in late November to request additional time to answer or otherwise respond to the Complaint on the basis of "ongoing settlement negotiations," the United States informed NewPage that it was unwilling to grant such an extension, as Plaintiffs' efforts to reach a negotiated settlement with NewPage had proven unproductive. Nothing has happened since that time to warrant an *ex post facto* extension of NewPage's December 20, 2010 response time until February 18, 2011 (60 days) due to settlement negotiations and the United States continues to oppose such a request. The United States, however, had been unaware of NewPage counsel's illness and does not object to providing NewPage with additional time until January 19, 2011 (30 days) on that basis.

1. Plaintiffs filed their Complaint on October 13, 2010. NewPage was one of twelve defendants named in the Complaint.

2. Plaintiffs could have served NewPage and the other defendants with the Complaint on that date, which would have required a response within 21 days (November 8, 2010). Instead, Plaintiffs selected to utilize the waiver of service provisions of Rule 4(d) of the Federal Rules of Civil Procedure which provides 60 days for a response. Consistent with these procedures, NewPage's response was initially due on December 13, 2010. *See* Dkt. 23-8.

3. In late November, counsel for NewPage left a voice-mail message for the undersigned attorney requesting a 60-day extension on the grounds of ongoing settlement negotiations between Plaintiffs and NewPage. Counsel for the United States responded by voice-mail that the status of such "negotiations" did not warrant an extension of time and declined NewPage's request for additional time.

4. On December 1, 2010, Plaintiffs filed a First Amended Complaint (Dkt. 30). Although the amendments did not impact the claims asserted against NewPage, operation of Rule 15(a)(3) extended NewPage's response date until December 20, 2010.

5. On December 2, 2010, counsel for NewPage requested a copy of the Amended Complaint in word processing format, to facilitate his drafting of an answer. Counsel for the United States e-mailed the Amended Complaint in Wordperfect format to NewPage counsel later that same day.

6. Plaintiffs were first made aware of NewPage counsel's illness only upon receipt of NewPage's Motion for Additional Time (Dkt. 71).

The United States does not believe that an extension of NewPage's response date until February 18, 2011 will in any meaningful way facilitate resolution of its claims against NewPage and requests that the Court deny NewPage's request for such additional time. Due to NewPage

counsel's prior illness, however, the United States would not object were the Court to provide

NewPage until January 19, 2011 to answer or otherwise respond.

                                                Respectfully submitted,

                                                For the United States of America

                                                IGNACIA S. MORENO
                                                Assistant Attorney General
                                                Environment and Natural Resources Division

Dated:  January 3, 2011                s/ *Jeffrey A. Spector*
                                                RANDALL M. STONE, Senior Attorney
                                                JEFFREY A. SPECTOR, Trial Attorney
                                                IVA ZIZA, Trial Attorney
                                                Environmental Enforcement Section
                                                Environment and Natural Resources Division
                                                U.S. Department of Justice
                                                P.O. Box 7611
                                                Washington, DC   20044-7611
                                                Telephone:     202-514-4432
                                                Facsimile:      202-616-6584
                                                E-Mail:          jeffrey.spector@usdoj.gov


                                                GREGORY J. HAANSTAD
                                                Attorney for the United States, Acting
                                                Under Authority Conferred by 28 U.S.C. § 515

                                                SUSAN M. KNEPEL
                                                Assistant United States Attorney
                                                Office of the United States Attorney
                                                517 E. Wisconsin Avenue, Room 530
                                                Milwaukee, WI  53202

# CERTIFICATE OF SERVICE

I hereby certify that on this date copies of the foregoing Plaintiffs' Response to Defendant NewPage's Motion for Additional Time were served by the Court's Electronic Case Filing System upon the following individuals:

**NCR CORPORATION**

Alexandra Reeve Givens
agivens@cravath.com

Eric W. Ha
eha@sidley.com

Evan R. Chesler
echesler@cravath.com

Evan B. Westerfield
evanwesterfield@sidley.com

Joan Radovich
jradovich@sidley.com

Kathleen L. Roach
kroach@sidley.com

Margaret R. Sobota
msobota@sidley.com

Sandra C. Goldstein
sgoldstein@cravath.com

**APPLETON PAPERS INC.**

Brandon J. Evans
bje@hermeslawltd.com

Dennis P. Birke
db@dewittross.com

Heidi D. Melzer
hdm@hermeslawltd.com

Michael L. Hermes
mlh@hermeslawltd.com

Ronald R. Ragatz
rrr@dewittross.com

**CITY OF APPLETON**

James P. Walsh
Jim.walsh@appleton.org

Paul G. Kent
pkent@staffordlaw.com

Richard C. Yde
ryde@staffordlaw.com

Ted Waskowski
twaskowski@staffordlaw.com

**CBC COATING, INC.**

Kelly J. Noyes
knoyes@vonbriesen.com

Michael P. Carlton
mcarlton@vonbriesen.com

Susan E. Lovern
slovern@vonbriesen.com

Thomas Armstrong
tamstro@vonbriesen.com

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP**

Karl S. Lytz
karl.lytz@lw.com

Mary Rose Alexander
mary.rose.alexander@lw.com

**KIMBERLY-CLARK CORPORATION**

Linda E. Benfield
lbenfield@foley.com

Paul Bargren
pbargren@foley.com

Sarah A. Slack
sslack@foley.com

**MENASHA CORP.**

Philip C. Hunsucker
phunsucker@hgnlaw.com

**NEENAH-MENASHA SEWERAGE COMMISSION**

Elizabeth K. Miles
emiles@dkattorneys.com

Kevin J. Lyons
klyons@dkattorneys.com

Tara M. Mathison
tmathison@dkattorneys.com

William J. Mulligan
wmulligan@dkattorneys.com

**NEWPAGE WISCONSIN SYSTEMS, INC.**

Daniel C. Murray
murrayd@jbltd.com

**P.H. GLATFELTER CO.**

Caleb J. Holmes
holmesc@gtlaw.com

David G. Mandelbaum
mandelbaumd@gtlaw.com

Marc E. Davies
daviesm@gtlaw.com

Monique M. Mooney
mooneym@gtlaw.com

Sabrina Mizrachi
mizrachis@gtlaw.com

**U.S. PAPER MILLS CORP.**

Scott W. Hansen
shansen@reinhartlaw.com

Stephen F. McKinney
smckinney@hsblawfirm.com

Steven P. Bogart
sbogart@reinhartlaw.com

Thomas R. Gottshall
lgantt@hsblawfirm.com

Thomas M Phillips
tphillip@reinhartlaw.com

**WTM I COMPANY**

Nancy K. Peterson
nancy.peterson@quarles.com

William H. Harbeck
william.harbeck@quarles.com

**THE STATE OF WISCONSIN**

Cynthia R. Hirsch
hirschcr@doj.state.wi.us

Additionally, copies of the foregoing United States' Response to Defendant NewPage's Motion for Additional Time were served by first-class mail upon the following individuals:

**CITY OF GREEN BAY**

Ted A. Warpinski
Friebert, Finerty & St. John, S.C.
Two Plaza East – Suite 1250
330 East Kilbourne Avenue
Milwaukee, WI   53202

**BROWN COUNTY**

David A. Crass
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, WI   53701-1806


Dated: January 3, 2011                     s/ *Jeffrey A. Spector*