CONFIDENTIAL BUSINESS INFORMATION

## EXHIBIT B

### Analyses of Wastepaper Received by Fort Howard in 1975 and 1976
(all results are for PCBs)

June 24, 1975

|  | Water Content |
|---|---|
| Label Stock | 2.2 ppb |
| Main Unbleached Washer Stock | 12.4 ppb |

These samples were not hydrolyzed nor were consistencies taken.

June 25, 1975 -- Various samples of papers were pulped in the ledger pulpers and the waters tested. When needed, the samples were hydrolyzed; this is noted with an (H) symbol.

|  | Water Content |
|---|---|
| Coated groundwood stock | 3.3 ppb (H) |
| NCR Paper (Castle Overton) | 3.4 ppb |
| Wrigleys Gum Wrappers | 1.25 ppb (H) |
| Plastic Windowed Envelopes | 2.0 ppb |

June 26, 1975

|  | Water Content |
|---|---|
| IGS Stock | .94 ppb (H) |
| Playing Cards (Brown & Bigelow) (pulp) | 27.7 ppb (H) |

June 30, 1975

|  | Water Content | Pulp or Paper Content |
|---|---|---|
| Label Stock (Victor Mill-Rochester) | 1.45 ppb | 16.1 ppb (H) |
| Label Stock | 9.2 ppb | 87.9 ppb (H) |

July 1, 1975

|  | Water Content | Pulp or Paper Content |
|---|---|---|
| Label Stock (Consolidated Fiber) | 11.4 ppb | 130.4 ppb |

(To obtain the content of PCBs in the label stock water analysis, the results must be divided by .091.)

July 2, 1975

|  | Water Content | Pulp or Paper Content |
|---|---|---|
| MM Supply (normal ledger) | 3.4 ppb | 37.7 ppb (H) |
| National Geographic | 7.5 ppb | 87.8 ppb |
| Tab Cards | .8 ppb | 11.6 ppb |

July 3, 1975

|  | Water Content | Pulp or Paper Content |
|---|---|---|
| Printed Bleached Sulfate | 5.1 ppb | 62.9 ppb (H) |
| Label Stock (Reed-Tomato) | 1.7 ppb | 20.2 ppb (H) |

July 7, 1975

|  | Water Content | Pulp or Paper Content |
|---|---|---|
| Encyclopedia pages | 1.4 ppb | 18.4 ppb (H) |
| Label Stock (Murison Labels) | 3.6 ppb | 44.4 ppb (H) |

(Note: Fort Howard personnel contemporaneously indicated that although the foregoing results report a PCB content of the paper or pulp tested, these numbers should not be considered to be accurate. They should be considered as indicators only of the possible amount of PCBs in the paper.)

| Sample No. | Description | PCB Content |
|---|---|---|
| 1 | Del Monte label stock - rec'd 1975 | 328 ppb |
| 2 | Great Lakes computer forms - rec'd 1975 | 534 ppb |
| 3 | Yellow NCR - recent - storage | 171 ppb |
| 4 | NCR - Cons. Fibers - rec'd 1975 | 350 ppb |
| 5 | NCR forms - storage - rec'd 1967 | 1,613,100 ppb |
| 5A (repeat of 5) | NCR paper only - storage - rec'd 1967 | 31,900,000 ppb |
| 6 | NCR - Golper - rec'd 1975 | 4,680 ppb |
| 7 | Playing Cards - Arcco - rec'd 1975 | 330 ppb |
| 8 | Printed bleach sulfite - Republic - rec'd 1975 | 41 ppb |
| 9 | Coated sulfite - Republic - rec'd 1975 | 55 ppb |
| 10 | Label Stock - Zuker - rec'd 1975 | 67 ppb |
| 11 | Glassine window stock - Peltz - rec'd 1975 | 136 ppb |
| 12 | Manifold white ledger | Sample loss - repeat |
| 13 | Hallmark wrap - Alton - rec'd 1975 | 53 ppb |
| 14 | Printed bleached sulfite - rec'd 1975 | 24 ppb |
| 15 | Guillotine Book - American - recent | 417 ppb |
| 16 | Printed bleached sulfite - rec'd 1975 | 36 ppb |
| 17 | Coated sulfite - Biscayne - rec'd 1975 | 26 ppb |
| 18 | Manifold white ledger - G&M - rec'd 1975 | 128 ppb |
| 19 | Poly window envelope - Rivsec - rec'd 1975 | 59 ppb |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 2 of 10   Document 76-5   GFC0X00019521

| # | Description | Value |
|---|---|---|
| 20 | Coated sulfite - Alton - rec'd 1975 | 18 ppb |
| 21 | Card stock - Zuker - rec'd 1975 | 36 ppb |
| 22 | Colored envelope - Texas Envelope | 57 ppb |
| 23 | Manifold colored ledger - Houston - rec'd 1975 | 136 ppb |
| 24 | Printed bleached sulfite - Alton | 27 ppb |
| 25 | NCR - Grossman - rec'd 1975 - dated 1970 | 10,800,000 ppb |
| 26 | Wet strength - Cons. Fibers | 484 ppb |
| 27 | Signature stock - Northwest - recent | 960 ppb |
| 28 | National Geographic - 1969 | 14 ppb |
| 29 | 1969 Printed bleached sulfite | 2,820 ppb |
| 30 | 1969 Newsprint | 6,100 ppb |
| 31 | 1975 Newsprint | 29 ppb |
| 32 | 1969 Coated sulfite | 489 ppb |
| 33 | 1969 NCR | 35,600,000 ppb |
| 34 | 1975 Kraft envelope clippings | 416 ppb |
| 35 | 1968 Prince Albert unbleached kraft | 543 ppb |
| 36 | 1972 Prince Albert semi-bleached kraft | 158 ppb |
| 37 | 1975 Port Hudson HW | 85 ppb |
| 38 | 1969 Coated sulfite | 1,700 ppb |
| 39 | 1969 Magazine stock | 2,300 ppb |
| 40 | 1968-1969 Magazine stock | 849 ppb |
| 41 | 1975 Simpson bleached pulp | 141 ppb |
| 42 | 1972-73 Kokanee 72 semi-bleached kraft | 90 ppb |
| 43 | 1974 Crossett unbleached pulp | 191 ppb |
| 44 | 1969 White ledger | 3,010 ppb |
| 45 | 1969 Colored ledger | 3,380 ppb |
| 46 | 1970 Kraft envelope cuttings | 1,290 ppb |
| 47 | 1969 Manifold colored ledger | 2,300 ppb |
| 48 | 1969 Colored envelope cuttings | 2,200 ppb |
| 49 | 1969 Colored ledger | 409 ppb |
| 50 | 1969 Corrugated Kraft | 1,060 ppb |
| 51 | 1975 Corrugated Kraft | 206 ppb |
| 52 | DNR - NCR Printouts | 238 ppb |
| 53 | 1975 Coated Sulfite - American Papers | 43 ppb |
| 54 | 1975 - IGS - Republic | 54 ppb |
| 55 | 1975 Manifold White Ledger | 50 ppb |
| 56 | 1975 Manifold Colored Ledger | 223 ppb |
| 57 | 1975 Cellophane Window Envelopes | 117 ppb |
| 58 | 1975 Printed Bleached Sulfite | 429 ppb |
| 59 | 1975 Coated Sulfite | 99 ppb |
| 60 | 1972 Manifold Colored Ledger | 465 ppb |
| 61 | 1972 Colored Ledger (dated 1962-63) | 23,050 ppb |
| 62 | 1972 Signature Stock | 2,010 ppb |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 3 of 10   Document 76-5    GPFOX00019522

| # | Description | Value |
|---|---|---|
| 63 | 1974 - NCR Paper | 87 ppb |
| 64 | 1972 Coated Sulfite | 347 ppb |
| 65 | 1972 Manifold Colored Ledger | 177 ppb |
| 66 | 1972 Coated Sulfite | 161 ppb |
| 67 | 1975 Coated Sulfite | 36 ppb |
| 70 | 1975 Coated Sulfite | 73 ppb |
| 71 | 1972 Coated Sulfite | 1,220 ppb |
| 72 | 1972 Coated Envelope | 160 ppb |
| 73 | 1972 Coated Sulfite | 235 ppb |
| 76 | 1972 - NCR Paper (rec'd 1972) | 2,591,400 ppb |
| 77 | 1973 Corrugated | 1,340 ppb |
| 78 | 1972 Colored Ledger | 918 ppb |
| 79 | 1975 Colored Ledger | 911 ppb |
| 80 | 1972 Manifold White Ledger | 746 ppb |
| 81 | 1973 News | 159 ppb |
| 82 | 1975 White Ledger | 48 ppb |
| 83 | 1972 Coated Sulfite | 313 ppb |
| 84 | 1972-1974 Hallmark Bags | 2,440 ppb |
| 85 | 1972 White Ledger | 539 ppb |
| 86 | 1975 Label Stock | 77 ppb |
| 87 | 1972 White Ledger | 464 ppb |
| 88 | 1975 Manifold Colored Ledger | 69 ppb |
| 89 | 1964 Wet Strength | 389 ppb |
| 90 | 1972 Label Stock | 707 ppb |
| 91 | 1972 Coated Sulfite | 3,640 ppb |
| 92 | 1967 Colored Ledger (rec'd 1972) | 2,930 ppb |
| 93 | 1972 Coated Sulfite | 223 ppb |
| 94 | 1972 - NCR Paper | 72 ppb |
| 95 | 1975 Manifold Colored Ledger | 54 ppb |
| 96 | 1975 Printed White Envelopes | 29 ppb |
| 97 | 1975 Coated Sulfite | 63 ppb |
| 98 | 1975 Manifold White Ledger | 116 ppb |
| 99 | Combined Outfall - 8/1/75 | 1.3 ppb |
| 100 | 1975 Colored Envelope Clippings | 168 ppb |
| 101 | 1975 Manila Tab Cards | 53 ppb |
| 102 | 1975 Colored Envelope Clippings | 44 ppb |
| 103 | 1975 Coated Sulfite | 36 ppb |
| 104 | 1975 Coated Sulfite | 74 ppb |
| 105 | 1975 Printed Bleached Sulfite | 117 ppb |
| 106 | 1975 - News | 36 ppb |
| 107 | 1975 - Colored Ledger | 265 ppb |
| 108 | 1973 - Telephone Books | 99 ppb |
| 109 | 1975 - Manifold Colored Ledger | 63 ppb |

| # | Description | Value |
|---|---|---|
| 110 | 1975 - Coated Sulfite | 8 ppb |
| 111 | 1975 - Corrugated | 58 ppb |
| 112 | 1975 - Coated Sulfite | 47 ppb |
| 113 | 1975 - Manifold White Ledger | 26 ppb |
| 114 | 1975 - Signature Stock | 290 ppb |
| 115 | 1975 - Printed Bleached Sulfite | 36 ppb |
| 116 | 1975 - Colored Ledger | 575 ppb |
| 117 | 1975 - Colored Ledger | 851 ppb |
| 118 | 1975 - Manifold White Ledger | 43 ppb |
| 119 | 1975 - IGS | 59 ppb |
| 120 | 1975 - Colored Ledger | 475 ppb |
| 121 | 1972 - Manifold Colored Ledger | 62 ppb |
| 122 | 1973 - News | 181 ppb |
| 123 | 1975 - News | 96 ppb |
| 124 | 1975 - White Ledger | 88 ppb |
| 125 | 1975 - Hallmark Bags | 19 ppb |
| 126 | 1975 - News | 18 ppb |
| 127 | 1975 - Labels | 128 ppb |
| 128 | 1975 - Corrugated | 22 ppb |
| 129 | 1968 - News | 167 ppb |
| 130 | 1975 - NCR | 122 ppb |
| 131 | 1964 - Government Maps | 185 ppb |
| 132 | 1975 - NCR | 327 ppb |
| 133 | 1972 - Manifold Colored Ledger | 57 ppb |
| 134 | 1972 - Manifold White Ledger | 112 ppb |
| 135 | 1972 - Printed Bleached Sulfite | 389 ppb |
| 136 | 1960 - Government Maps | 79 ppb |
| 137 | 1975 - Labels | 244 ppb |
| 138 | 1972 - Labels | 1,110 ppb |
| 139 | 1973 - Corrugated | 82 ppb |
| 140 | 1969 - Manifold Colored Ledger | 646 ppb |
| 141 | 1972 - Colored Ledger | 5,550 ppb |
| 142 | 1974 - NCR | 2,860 ppb |
| 143 | 1975 - NCR | 348 ppb |
| 144 | 1975 - Glassine Window Envelope | 168 ppb |
| 145 | 1969 - Colored Ledger | 864 ppb |
| 146 | 1959 - Government Maps | 298 ppb |
| 147 | 1969 - NCR | 10,000,000 ppb |
| 148 | 1972 - NCR | 181 ppb |
| 149 | 1956 - Government Maps | 187 ppb |
| 150 | 1972 - Printed Bleached Sulfite | 1,760 ppb |
| 151 | 1975 - Corrugated | 378 ppb |
| 152 | 1975 - Label Stock | 36 ppb |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 5 of 10   Document 765   GPFOX00019524

| # | Description | Value |
|---|---|---|
| 153 | 1972 - Colored Ledger | 4,860 ppb |
| 154 | 1969 - Corrugated | 1,000 ppb |
| 155 | 1969 - Colored Ledger | 152,900 ppb |
| 156 | 1972 - Prince Albert Semi-Bl. Pulp | 157 ppb |
| 157 | 1975 - Simpson Bleached Pulp | 47 ppb |
| 158 | 1975 - IGS | 104 ppb |
| 159 | 1975 - White Ledger | 205 ppb |
| 160 | 1975 - Port Hudson Bleached Pulp | 20 ppb |
| 161 | 1972-73 - Kokanee 72 Semi-Bl. Pulp | 46 ppb |
| 162 | 1974 - Crossett Unbleached Pulp | 62 ppb |
| 163 | 1968 - Prince Albert Unbleached Pulp | 28 ppb |

## 1976

| # | Description | Value |
|---|---|---|
| 164 | Corrugated | 134 ppb |
| 165 | Nat. Geographic | 73 ppb |
| 166 | Label Stock | 166 ppb |
| 167 | Corrugated | 34 ppb |
| 168 | Telephone Books | 76 ppb |
| 169 | Playing Card Trim | 127 ppb |
| 170 | Computer Printouts | 443 ppb |
| 171 | Insoluble Glued Shavings | 230 ppb |
| 172 | Manifold White Ledger | 212 ppb |
| 173 | Reader's Digest | 98 ppb |
| 174 | Guillotined Book | 3,720 ppb |
| 175 | Manifold White Ledger | 101 ppb |
| 176 | Printed White Envelope | 184 ppb |
| 177 | Manifold Colored Ledger | 79 ppb |
| 178 | Manifold White Ledger | 76 ppb |
| 179 | Manifold White Ledger | 197 ppb |
| 180 | Corrugated | 233 ppb |
| 181 | Manifold White Ledger | 61 ppb |
| 182 | Coated Sulfite | 331 ppb |
| 183 | Manifold Colored Ledger | 310 ppb |
| 184 | Special Coated Ledger | 53 ppb |
| 185 | Label Stock | 150 ppb |
| 186 | Coated Insoluble Glued Shavings | 145 ppb |
| 187 | Uncoated Insoluble Glued Shavings | 95 ppb |
| 188 | Coated Sulfite | 200 ppb |
| 189 | Label Stock | 246 ppb |
| 190 | Manifold Colored Ledger | 88 ppb |
| 191 | Poly Windowed Envelope | 248 ppb |
| 192 | Manifold Colored Ledger | 99 ppb |

| # | Material | Value |
|---|---|---|
| 193 | White Ledger | 29 ppb |
| 194 | White Ledger | 130 ppb |
| 195 | Label Stock | 73 ppb |
| 196 | Coated Sulfite | 248 ppb |
| 197 | Golden Rod Envelope | 84 ppb |
| 198 | Poly Windowed Envelopes | 88 ppb |
| 199 | Green Bay Press-Gazette-Recycled-Feb. 3,4,5 issues | 356 ppb |
| 200 | Green Bay Press-Gazette-Virgin-Feb. 3 issue | 214 ppb |
| 201 | Manifold Colored Ledger | 296 ppb |
| 202 | Printed Bleached Sulfite | 52 ppb |
| 203 | Plate Waste | 51 ppb |
| 204 | Manifold Colored Ledger | 337 ppb |
| 205 | Ground Wood Shavings | 94 ppb |
| 206 | Reader's Digest Gold | 261 ppb |
| 207 | Manifold White Ledger | 172 ppb |
| 208 | Steel Mill | 55 ppb |
| 210 | Green Bay Daily News | 186 ppb |
| 211 | Mixed Colored Envelope | 183 ppb |
| 212 | Colored Envelope Cuttings | 15 ppb |
| 213 | Corrugated | 1,670 ppb |
| 214 | Manifold Colored Ledger | 59 ppb |
| 217 | Poly Windowed Envelopes | 74 ppb |
| 218 | Manifold White Ledger | 82 ppb |
| 219 | Colored Envelope Cuttings | 109 ppb |
| 220 | Manila File Folders | 85 ppb |
| 225 | Printed Bleached Sulfite | 88 ppb |
| 226 | Coated Sulfite | 142 ppb |
| 227 | Colored Envelope Cuttings | 76 ppb |
| 228 | Manila Tag Stock | 27 ppb |
| 230 | Label Stock | 66 ppb |
| 231 | Label Stock | 86 ppb |
| 232 | Printed Bleached Sulfite | 40 ppb |
| 233 | Manifold Colored Ledger | 354 ppb |
| 234 | Milwaukee Journal | 173 ppb |
| 235 | Kraft Envelope Cuttings | 117 ppb |
| 236 | Manifold Colored Ledger | 72 ppb |
| 237 | Label Stock | 461 ppb |
| 238 | Groundwood Sections | 82 ppb |
| 239 | Label Stock | 111 ppb |
| 240 | Uncoated IGS | 168 ppb |
| 241 | Printed Bleached Sulfite | 74 ppb |
| 242 | Manifold Colored Ledger | 90 ppb |
| 243 | Manifold Colored Ledger | 5,000 ppb |

| | | |
|---|---|---|
| 244 | Colored Envelope Cuttings | 206 ppb |
| 245 | Manifold White Ledger | 50 ppb |
| 246 | Manifold Colored Ledger | 117 ppb |
| 247 | Poly Windowed Envelopes | 175 ppb |
| 248 | Manifold Colored Ledger | 167 ppb |
| 249 | Poly Windowed Envelope | 37 ppb |
| 250 | Corrugated | 133 ppb |
| 251 | Kraft Envelope | 156 ppb |
| 257 | Furnish to #6 Paper Machine | 650 ppb |
| 258 | Furnish to #9 Paper Machine | 494 ppb |
| 259 | Furnish to #4 Paper Machine | 357 ppb |
| 260 | Furnish to #5 Paper Machine | 729 ppb |
| 261 | Corrugated | 47 ppb |
| 262 | Colored Envelope Cuttings | 99 ppb |
| 263 | Unprinted Bleached Sulfite | 169 ppb |
| 264 | Special Ledger | 227 ppb |
| 265 | Colored Envelope Cuttings | 203 ppb |
| 266 | Corrugated | 70 ppb |
| 267 | Steel Mill Kraft | 91 ppb |
| 268 | Manifold White Ledger | 76 ppb |
| 269 | Coated Sulfite | 276 ppb |
| 270 | Glued Shavings | 396 ppb |
| 271 | Card Stock | 115 ppb |
| 272 | Ledger | 179 ppb |
| 273 | Printed Bleached Sulfite | 169 ppb |
| 274 | Corrugated | 214 ppb |
| 275 | Label Stock | 132 ppb |
| 276 | Printed Bleached Sulfite | 82 ppb |
| 277 | White Ledger | 159 ppb |
| 278 | Signature Stock | 271 ppb |
| 279 | Telephone Books | 277 ppb |
| 280 | Uncoated Glued Shavings | 213 ppb |
| 281 | Coated Sulfite | 358 ppb |
| 282 | Steel Mill Kraft | 213 ppb |
| 283 | Corrugated | 195 ppb |
| 284 | Kraft Envelope Cuttings | 76 ppb |
| 285 | Glued Shavings | 400 ppb |
| 286 | Glued Envelopes | 199 ppb |
| 287 | Steel Mill Kraft | 340 ppb |
| 288 | White Ledger | 37 ppb |
| 289 | Colored Envelope Cuttings | 113 ppb |
| 290 | Bleached Sulfite | 163 ppb |
| 291 | Label Stock | 135 ppb |

| # | Description | Value |
|---|---|---|
| 292 | Manifold Colored Ledger | 286 ppb |
| 293 | Colored Envelope Cuttings | 96 ppb |
| 294 | Steel Mill Kraft | 263 ppb |
| 295 | Corrugated | 118 ppb |
| 296 | Corrugated | 125 ppb |
| 297 | Corrugated | 153 ppb |
| 298 | Manifold Colored Ledger | 116 ppb |
| 299 | Coors Beer Labels | 202 ppb |
| 300 | Corrugated | 139 ppb |
| 301 | Coated Shavings | 244 ppb |
| 302 | Kraft Envelope Cuttings | 84 ppb |
| 303 | Glued Shavings | 345 ppb |
| 304 | Stock from #6 Paper Machine | 993 ppb |
| 305 | Printed Bleached Sulfite | 83 ppb |
| 306 | Printed Bleached Sulfite | 155 ppb |
| 308 | Stock from #6 Paper Machine Headbox - (3/2/76) | 813 ppb |
| 309 | Ledger into #6 Paper Machine - (3/2/76) | 1,342 ppb |
| 310 | Slightly Printed Bleached Sulfite | 120 ppb |
| 311 | Pulp Substitute to #6 Paper Machine - (3/2/76) | 145 ppb |
| 314 | Manifold White Ledger | 245 ppb |
| 315 | Slightly Printed Bleached Kraft | 387 ppb |
| 316 | NCR Paper | 221 ppb |
| 317 | Coated Sulfite | 68 ppb |
| 318 | Steel Mill | 112 ppb |
| 319 | Printed Bleached Kraft | 117 ppb |
| 320 | Auxiliary Ledger from Bleached - (3/8/76) | 958 ppb |
| 321 | Pulp Substitute from Washers - (3/8/76) | 733 ppb |
| 322 | White News from Washers - (3/8/76) | 1,344 ppb |
| 323 | Main Ledger from Bleached Washers - (3/8/76) | 1,203 ppb |
| 330 | Slightly Printed Bleached Kraft | 82 ppb |
| 331 | Coated Sulfite | 115 ppb |
| 333 | Stock from Stuff Box #3 Paper Machine | 554 ppb |
| 334 | Stock from Stuff Box #6 Paper Machine | 1,002 ppb |
| 335 | Stock from Stuff Box #9 Paper Machine | 362 ppb |
| 336 | Stock from Stuff Box #7 Paper Machine | 373 ppb |
| 337 | Uncoated Printed Ledger | 37 ppb |
| 338 | White Ledger | 38 ppb |
| 339 | Stock from Brown News Washers | 441 ppb |
| 340 | Coated Groundwood | 40 ppb |
| 341 | Jacobstad Pulp Sample #1 | 58 ppb |
| 342 | Jacobstad Pulp Sample #2 | 60 ppb |
| 343 | Manifold White Ledger | 49 ppb |
| 344 | Printed Bleached Sulfite | 382 ppb |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 9 of 10   Document 76-5
GPFOX00019528

| | | |
|---|---|---|
| 345 | Bag Stock | 167 ppb |
| 346 | Coated Sulfite | 98 ppb |
| 347 | Manifold Colored Ledger | 125 ppb |
| 348 | Corrugated | 224 ppb |
| 349 | Manifold White Ledger | |

All numbered samples omitted from Exhibit B appear in Exhibits D or E.

O:\CLI\03\93\3377\LTR\EXHIBIT.B

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 10 of 10   Document 76-5
GPFOX00019529