# New Demarcation

| | | | Equivalent Volumes and Areas above DePere Dam (OU2 and OU3) | Equivalent Volumes and Areas between De Pere Dam and Demarcation | Equivalent Volumes and Areas between Demarcation and 4047 | Equivalent Volumes and Areas North of Transect 4047 | Equivalent TOTAL VOLUMES and AREAS |
|---|---|---|---|---|---|---|---|
| | Note: Current estimate from 12/18/09 Email Revised Project Cost Estimate with Comparison to the BODR Submittal. | Note: Volumes and Areas are from Spreadsheets Submitted by Terri Blackmar in an Email dated 4/20/10 RE: 87500 OU2-5   A/OT Request regarding "2010 RA WP Drawings" | | | | | |
| | | Dredge | 339,089 eq cy | 1,703,859 eq cy | 438,004 eq cy | 1,278,643 eq cy | 3,759,595 eq cy |
| | | Cap 'A' | 1,878,498 eq sf | 910,568 eq sf | 1,569,373 eq sf | 3,782,652 eq sf | 8,141,091 eq sf |
| | | Cap 'B' | 876,666 eq sf | 1,265,932 eq sf | 847,376 eq sf | 926,617 eq sf | 3,916,591 eq sf |
| | | Cap 'C' | - | 4,979,756 eq sf | 2,976,614 eq sf | 3,685,775 eq sf | 11,642,145 eq sf |
| | | Shoreline Cap | - | 416,690 eq sf | 442,616 eq sf | 1,587,917 eq sf | 2,447,223 eq sf |
| | | Remedy Sand Cover | 4,010,525 eq sf | 2,189,873 eq sf | 593,517 eq sf | 1,767,994 eq sf | 8,561,909 eq sf |
| | | Total Cap and Cover Areas | 6,765,688 eq sf | 9,762,820 eq sf | 6,429,496 eq sf | 11,750,955 eq sf | 34,708,959 eq sf |
| | | | | | | | |
| | | Dredge Direct Cost Percentage | 6.7% | 33.7% | 8.7% | 25.3% | 74.5% |
| | | Cap Direct Cost Percentage | 2.3% | 6.4% | 5.0% | 8.5% | 22.3% |
| | | Remedy Sand Cover Direct Cost Percentage | 1.5% | 0.8% | 0.2% | 0.7% | 3.3% |
| | | Total Direct Cost Percentage | 10.6% | 41.0% | 13.9% | 34.5% | 100.0% |

| Category | Current Estimate 2009 USD | Basis of Allocation | | | | | |
|---|---|---|---|---|---|---|---|
| I.1.2 Mob/Demob mechanical dredge | | | | | | | |
| I.1.3 Mob/Demob hydraulic dredge | | | | | | | |
| I.1.4 Mob/Demob Capping Equip | | | | | | | |
| SOV 8 Mob/Demob | 44,851,333 | Total Direct Cost Percentage | $ 4,752,620 | $ 18,403,660 | $ 6,221,115 | $ 15,473,938 | $ 44,851,333 |
| Mob/Demob | 44,851,333 | | | | | | |
| II.1.1 Mechanical debris removal | | | | | | | |
| CO 4,5,6 Debris removal | 3,849,510 | Equivalent Dredge Volumes in all OUs | $ 347,199 | $ 1,744,608 | $ 448,479 | $ 1,309,223 | $ 3,849,510 |
| Debris Removal | 3,849,510 | | | | | | |
| II.2.3 Mechanical dredging | | | | | | | |
| II.2.2 Hydraulic dredging | | | | | | | |
| II.3.3 Sediment processing Non-TSCA | | | | | | | |
| II.4.2 Sed Disposal NR 500 C&O | | | | | | | |
| II.3.1 Beneficial reuse | | | | | | | |
| SOV15 OU2/3 DDTD | 28,308,328 | Specific to OU2/3 | $ 28,308,328 | $ - | $ - | $ - | $ 28,308,328 |
| SOV 16 OU4 Non-TSCA DDTD | 235,204,160 | Equivalent Dredge Volumes in OU4 | $ - | $ 117,162,399 | $ 30,118,467 | $ 87,923,293 | $ 235,204,160 |
| Non-TSCA Dredging, Dewatering, Transport & Disposal | 263,512,488 | | | | | | |
| II.2.1 TSCA dredging & disposal | | | | | | | |
| II.3.2 Dewatering treatment of TSCA sed. | | | | | | | |
| SOV 17 TSCA DDTD | 25,150,864 | Equivalent Dredge Volumes in OU4 | $ - | $ 12,528,416 | $ 3,220,630 | $ 9,401,818 | $ 25,150,864 |
| TSCA Dredging, Dewatering, Transport & Disposal | 25,150,864 | | | | | | |
| I.2.1 Site Prep - Shell prop OU4 | | | | | | | |
| IV.1 Engineering and Design | | | | | | | |
| SOV 1 Field investigations | 712,000 | Total Direct Cost Percentage | $ 75,446 | $ 292,152 | $ 98,758 | $ 245,644 | $ 712,000 |
| SOV 2 Agency coordination | 756,922 | Total Direct Cost Percentage | $ 80,206 | $ 310,585 | $ 104,989 | $ 261,142 | $ 756,922 |
| SOV 3 Public involvement | 301,943 | Total Direct Cost Percentage | $ 31,995 | $ 123,895 | $ 41,881 | $ 104,172 | $ 301,943 |
| SOV 5 Staging/access property lease | 16,594,426 | Total Direct Cost Percentage | $ 1,758,409 | $ 6,809,122 | $ 2,301,734 | $ 5,725,161 | $ 16,594,426 |
| SOV 6 Site historic surveys | 1,157,000 | Total Direct Cost Percentage | $ 122,600 | $ 474,747 | $ 160,482 | $ 399,171 | $ 1,157,000 |
| SOV 7 Remedial design | 4,910,130 | Total Direct Cost Percentage | $ 520,296 | $ 2,014,753 | $ 681,061 | $ 1,694,020 | $ 4,910,130 |
| SOV 8.1 Insurance | 17,650,841 | Total Direct Cost Percentage | $ 1,870,351 | $ 7,242,596 | $ 2,448,264 | $ 6,089,630 | $ 17,650,841 |
| SOV 9 Submittals | 189,310 | Total Direct Cost Percentage | $ 20,060 | $ 77,679 | $ 26,258 | $ 65,313 | $ 189,310 |
| SOV 10 Infrastructure | 51,077,067 | Total Direct Cost Percentage | $ 5,412,323 | $ 20,958,240 | $ 7,084,656 | $ 17,621,848 | $ 51,077,067 |
| SOV 11 Bathymetric survey | 21,779,768 | Total Direct Cost Percentage | $ 2,307,868 | $ 8,936,801 | $ 3,020,968 | $ 7,514,131 | $ 21,779,768 |
| Design and Infrastructure | 115,129,407 | | | | | | |
| II.5.1 Mechanical capping - OU3 | | | | | | | |
| II.5.2 Mechanical capping OU4 | | | | | | | |
| SOV 20 Engineered caps | 81,491,684 | Equivalent Areas of Caps A, B, C | $ 9,473,609 | $ 24,606,737 | $ 18,545,038 | $ 28,866,299 | $ 81,491,684 |
| SOV 21 Sand covers | 33,053,130 | Equivalent Areas of Remedy Sand Cover | $ 15,482,576 | $ 8,453,974 | $ 2,291,264 | $ 6,825,316 | $ 33,053,130 |
| Engineered Caps | 114,544,814 | | | | | | |
| II.5.3 Shoreline capping OU3 | | | | | | | |
| II.5.3 Shoreline capping OU4 | | | | | | | |
| SOV 20.4 Shoreline caps | 8,469,626 | Equivalent Areas of Shoreline Caps | $ 3,967,298 | $ 2,166,270 | $ 587,120 | $ 1,748,938 | $ 8,469,626 |
| Shoreline Caps | 8,469,626 | | | | | | |
| II.5.4 Residual cover OU3 | | | | | | | |
| II.5.4 Residual cover OU4 | | | | | | | |
| Residual Cover | 0 | | | | | | |
| Residual Dredging OU3 | 2,266,078 | Specific to OU2/3 | $ 2,266,078 | $ - | $ - | $ - | $ 2,266,078 |
| Residual Dredging OU4 | 21,654,696 | Equivalent Dredge Volumes in OU4 | $ - | $ 10,786,867 | $ 2,772,937 | $ 8,094,891 | $ 21,654,696 |
| Residual Dredging | 23,920,774 | | | | | | |

## New Demarcation

| | | Note: Current estimate from 12/18/09 Email Revised Project Cost Estimate with Comparison to the BODR Submittal. | Note: Volumes and Areas are from Spreadsheets Submitted by Terri Blackmar in an Email dated 4/20/10 RE: 87500 OU2-5 A/OT Request regarding "2010 RA WP Drawings" | Equivalent Volumes and Areas above DePere Dam (OU2 and OU3) | Equivalent Volumes and Areas between De Pere Dam and Demarcation | Equivalent Volumes and Areas between Demarcation and 4047 | Equivalent Volumes and Areas North of Transect 4047 | Equivalent TOTAL VOLUMES and AREAS |
|---|---|---|---|---|---|---|---|---|
| | | | Dredge | 339,089 eq cy | 1,703,859 eq cy | 438,004 eq cy | 1,278,643 eq cy | 3,759,595 eq cy |
| | | | Cap 'A' | 1,878,498 eq sf | 910,568 eq sf | 1,569,373 eq sf | 3,782,652 eq sf | 8,141,091 eq sf |
| | | | Cap 'B' | 876,666 eq sf | 1,265,932 eq sf | 847,376 eq sf | 926,617 eq sf | 3,916,591 eq sf |
| | | | Cap 'C' | - | 4,979,756 eq sf | 2,976,614 eq sf | 3,685,775 eq sf | 11,642,145 eq sf |
| | | | Shoreline Cap | - | 416,690 eq sf | 442,616 eq sf | 1,587,917 eq sf | 2,447,223 eq sf |
| | | | Remedy Sand Cover | 4,010,525 eq sf | 2,189,873 eq sf | 593,517 eq sf | 1,767,994 eq sf | 8,561,909 eq sf |
| | | | Total Cap and Cover Areas | 6,765,688 eq sf | 9,762,820 eq sf | 6,429,496 eq sf | 11,750,955 eq sf | 34,708,959 eq sf |
| | | | Dredge Direct Cost Percentage | 6.7% | 33.7% | 8.7% | 25.3% | 74.5% |
| | | | Cap Direct Cost Percentage | 2.3% | 6.4% | 5.0% | 8.5% | 22.3% |
| | | | Remedy Sand Cover Direct Cost Percentage | 1.5% | 0.8% | 0.2% | 0.7% | 3.3% |
| | | | Total Direct Cost Percentage | 10.6% | 41.0% | 13.9% | 34.5% | 100.0% |
| III.1.1 Construction monitoring & surveys | | | | | | | | |
| III.1.2 Contractor CQ/monitoring | | | | | | | | |
| I.4.1 Construction work plans | | | | | | | | |
| SOV 12.1 Agency coordination & reporting | | 595,326 | Total Direct Cost Percentage | $ 63,083 | $ 244,278 | $ 82,575 | $ 205,391 | $ 595,326 |
| SOV 12.2 Community health & safety | | 3,938,525 | Total Direct Cost Percentage | $ 417,341 | $ 1,616,079 | $ 546,294 | $ 1,358,811 | $ 3,938,525 |
| SOV 12.3 Construction monitoring (environ) | | 5,454,564 | Total Direct Cost Percentage | $ 577,987 | $ 2,238,148 | $ 756,577 | $ 1,881,852 | $ 5,454,564 |
| SOV 12.4 Construction monitoring (perform) | | 14,032,823 | Total Direct Cost Percentage | $ 1,486,972 | $ 5,758,030 | $ 1,946,426 | $ 4,841,395 | $ 14,032,823 |
| SOV 23 EPA closeout & record retention | | 1,287,052 | Total Direct Cost Percentage | $ 136,381 | $ 528,111 | $ 178,521 | $ 444,039 | $ 1,287,052 |
| Regulatory Compliance | | 25,308,290 | | | | | | |
| IV.2 Construction support | | | | | | | | |
| SOV 28 Site Support | | 52,472,143 | Total Direct Cost Percentage | $ 5,560,150 | $ 21,530,676 | $ 7,278,161 | $ 18,103,156 | $ 52,472,143 |
| Site Support | | 52,472,143 | | | | | | |
| SOV 29 Value engineering | | 685,512 | Total Direct Cost Percentage | $ 72,639 | $ 281,283 | $ 95,084 | $ 236,505 | $ 685,512 |
| VE / Reuse | | 685,512 | | | | | | |
| CO36 Escalation | | 0 | Total Direct Cost Percentage | $ - | $ - | $ - | $ - | $ - |
| Contract Escalation | | 0 | | | | | | |
| III.1.3 Long-term monitoring | | | | | | | | |
| Long-term monitoring | | 18,422,216 | Equivalent Areas of Caps A, B, C, Shoreline | $ 1,941,183 | $ 5,335,610 | $ 4,111,808 | $ 7,033,614 | $ 18,422,216 |
| Long-term monitoring | | 18,422,216 | | | | | | |
| VE shared savings payout | | 18,480 | Total Direct Cost Percentage | $ 1,958 | $ 7,583 | $ 2,563 | $ 6,376 | $ 18,480 |
| VE shared savings payout | | 2,394,000 | Total Direct Cost Percentage | $ 253,677 | $ 982,320 | $ 332,060 | $ 825,942 | $ 2,394,000 |
| VE shared savings payout | | 1,800,000 | Total Direct Cost Percentage | $ 190,735 | $ 738,586 | $ 249,669 | $ 621,009 | $ 1,800,000 |
| Shared Savings Payout Total | | 4,212,480 | | | | | | |
| Total Project Costs | | 700,529,457 | Totals | $ 87,499,370 | $ 282,354,206 | $ 95,753,839 | $ 234,922,042 | $ 700,529,457 |
| | | | Percentage of Total | 12.5% | 40.3% | 13.7% | 33.5% | 100.0% |

**Notes:**

1. Current estimate based on Tetra Tech's 28 September 2009 cash flow plus adjustments for area / volume changes based on TT cap and cover analysis. An escalation adjustment has been apportioned to the applicable items. The adjustment assumes constant inflation at the current year's rate for future years.

2. Inflation adjustment calculated using the US Bureau of Labor Statistics CPI - All Urban Consumers (series ID CUUR0000SA0). Inflation calculated from January 2006 to August 2009.

| | | |
|---|---|---|
| OU2/3 North | $ 700,529,457 | 100.0% |
| De Pere Dam North | $ 613,030,087 | 87.5% |
| Demarcation North | $ 330,675,881 | 47.2% |
| GP Turning Basin & North | $ 234,922,042 | 33.5% |

Note: The quantities and budget amounts presented in this spreadsheet have a variance of -5% to +15%

# 100% Dredge Volumes

|  | Unit Rate per 10/26/09 Tech Memo |  |  |  |  |
|---|---|---|---|---|---|
| Primary Dredging OU 2/3 | $139.05 / cy | 1.78 |  |  |  |
| Primary Dredging OU 4/5 | $78.03 / cy | 1.00 | 1.00 |  | 1.00 |

Note: Multiplieres from Spreadsheet "2009 100% and 2006 BODR Estimates 2010-03-12.xls"
and Worksheet "10-26-09 Dredge Unit Costs"

| OU2 and OU3 |  | Multiplier |  |
|---|---|---|---|
|  | 190,285 cy | 1.78 | 339,089 eq cy |

### Dam to Demarcation

| | | |
|---|---|---|
| D23 | 466,209 cy | |
| D24 | 226,927 cy | |
| Phase 1 | 35,000 cy | Approximate Volume |
| D25 | 52,364 cy | |
| D26a | 5,882 cy | |
| D26b | 10,526 cy | |
| D27a | 117,519 cy | |
| D61 | 4,407 cy | |
| D28/29 | 10,612 cy | |
| D62 | 65 cy | |
| D27b | 107,264 cy | |
| D63 | 7,840 cy | |
| D30 | 32,985 cy | 15% |
| D30A | 27,569 cy | |
| D30B | 346,265 cy | |
| D31 | 26,345 cy | 60% |
| D32 | 226,079 cy | 70% |
| | 1,703,859 cy | 1.00  1,703,859 eq cy |

### Demarcation to 4047

| | | |
|---|---|---|
| D30 | 186,918 cy | 85% |
| D31 | 17,564 cy | 40% |
| D32 | 96,891 cy | 30% |
| D64 | 107 cy | |
| D34 | 7,885 cy | |
| D65 | 110 cy | |
| D35A | 117,285 cy | 60% |
| D36 | 10,235 cy | |
| D66 | 1,010 cy | Multiplier |
| | 438,004 cy | 1.00  438,004 eq cy |

### 4047 and North

| | | |
|---|---|---|
| D35 | 87,929 cy | Part was complete in 2009 (87,929 cy) |
| D35a | 78,190 cy | 40% |
| D85 | 2,341 cy | |
| D37 | 2,687 cy | |
| D35b | 5,785 cy | |
| D78 | 120 cy | |
| D38 | 133,148 cy | |
| D35c | 133,206 cy | |
| D58 | 63,800 cy | Part was complete in 2009 (63,800 cy) |
| D35d | 14,714 cy | |
| D67 | 3,298 cy | |
| D82 | 889 cy | |
| D39a | 26,852 cy | |
| D35e | 33,402 cy | |
| D40a | 14,827 cy | |
| D39b | 6,910 cy | |
| D35f | 21,835 cy | |
| D40b | 14,852 cy | |
| D68a | 7,779 cy | |
| D35g | 4,389 cy | |
| D69 | 1,707 cy | |
| D68b | 243 cy | |
| D35h | 65,581 cy | |
| D79 | 3,649 cy | |
| D41 | 10,288 cy | |
| D35i | 1,741 cy | |
| D80 | 399 cy | |
| D35j | 20,590 cy | |
| D70 | 7,080 cy | |
| D71 | 605 cy | |
| D35k | 3,798 cy | |
| D35l | 306 cy | |
| D35m | 14,289 cy | |
| D86 | 379 cy | |
| D35n | 12 cy | |
| D83 | 759 cy | |
| D72 | 741 cy | |
| D73 | 592 cy | |
| D43a | 13,996 cy | |
| D44 | 1,920 cy | |
| D43b | 59,993 cy | |
| D74 | 2,941 cy | |
| D84 | 15,000 cy | Approximate Volume (Volume was not on spreadsheet) |
| D46a | 8,409 cy | |
| D75 | 435 cy | |
| D47a | 3,894 cy | |
| D47b | 161 cy | |
| D47c | 340 cy | |
| D46b | 5,165 cy | |
| D47d | 10,616 cy | |
| D48 | 8,976 cy | |
| D77 | 4,914 cy | |
| D50 | 17,905 cy | |
| D81 | 2,004 cy | |
| D49 | 16,935 cy | |
| D76 | 12,515 cy | |
| D47e | 239,587 cy | |
| D51 | 1,536 cy | |
| D54 | 10,063 cy | |
| D56 | 22,639 cy | |
| D55 | 8,580 cy | |
| D52 | 20,407 cy | Multiplier |
| | 1,278,643 cy | 1.00  1,278,643 eq cy |

| OU2 and OU3 | 190,285 cy |
|---|---|
| Dam to Demarcation | 1,703,859 cy |
| Demarcation to 4047 | 438,004 cy |
| 4047 and North | 1,278,643 cy |
| | 3,610,791 cy |

ered twice.  This is an error.

ered twice.  This is an error.

# 100% Cap and Cover Areas

Note: Multiplieres from Spreadsheet "2009 100% and 2006 BODR Estimates 2010-03-12.xls"
and Worksheet "10-26-09 Cap-Cover Unit Costs"

| OU2 and OU3 | | Multiplier | |
|---|---|---|---|
| Cap 'A' | 1,878,498 sf | 1.00 | 1,878,498 eq sf |
| Cap 'B' | 651,027 sf | 1.35 | 876,666 eq sf |
| Cap 'C' | - | 2.58 | - |
| SHC | - | 3.73 | - |
| Remedy Cover | 4,010,525 sf | 1.00 | 4,010,525 eq sf |
| | 6,540,050 sf | | 6,765,688 eq sf |

## Dam to Demarcation

| | | | |
|---|---|---|---|
| SC34 | 51,227 sf | | |
| SHC4a | 7,408 sf | | |
| SHC5 | 8,753 sf | | |
| SHC6 | 44,571 sf | | |
| SHC7 | 13,727 sf | | |
| SHC8 | 10,644 sf | | |
| CC1 | 58,508 sf | | |
| SC33 | 258,023 sf | | |
| CB6 | 54,268 sf | | |
| SHC10 | 18,253 sf | | |
| CA18 | 61,709 sf | | |
| SC68 | 68,636 sf | | |
| SC37 | 32,202 sf | | |
| SC35 | 42,431 sf | | |
| SC36 | 419,588 sf | | |
| CB7 | 32,549 sf | | |
| CA20 | 202,994 sf | | |
| SHC11 | 8,432 sf | | |
| CC2a | 227,957 sf | | |
| CC2b | 25,057 sf | | |
| CB9a | 31,833 sf | | |
| CB8a | 21,708 sf | | |
| CB8b | 23,218 sf | | |
| CC2c | 296,451 sf | | |
| SC38 | 299,450 sf | | |
| CB9b | 201,692 sf | | |
| CB10a | 184,807 sf | | |
| CA22 | 89,881 sf | | |
| CA21 | 83,392 sf | | |
| SC39 | 423,434 sf | | |
| SC69 | 62,085 sf | | |
| CB11 | 81,449 sf | | |
| CC2d | 400,522 sf | | |
| CB10b | 84,657 sf | | |
| CA23 | 27,044 sf | | |
| CA24a | 14,054 sf | | |
| SC40 | 67,842 sf | | |
| CB12 | 28,614 sf | | |
| CA24b | 9,428 sf | | |
| CA25 | 12,368 sf | | |
| CA26 | 78,531 sf | | |
| CA24c | 24,204 sf | | |
| CC2e | 924,207 sf | 40% | |
| CB13 | 101,575 sf | | |
| SC41 | 69,451 sf | | |
| SC70 | 15,826 sf | | |
| SC42 | 73,607 sf | | |
| SC46 | 89,304 sf | | |
| CA27 | 306,963 sf | 65% | |
| SC71 | 171,656 sf | | |
| SC47 | 45,111 sf | | |
| CB14 | 93,733 sf | 35% | |
| | 6,085,035 sf | | |

| | | Multiplier | |
|---|---|---|---|
| Cap 'A' | 910,568 sf | 1.00 | 910,568 eq sf |
| Cap 'B' | 940,103 sf | 1.35 | 1,265,932 eq sf |
| Cap 'C' | 1,932,702 sf | 2.58 | 4,979,756 eq sf |
| SHC | 111,788 sf | 3.73 | 416,690 eq sf |
| Remedy Cover | 2,189,873 sf | 1.00 | 2,189,873 eq sf |
| | 6,085,035 sf | | 9,762,820 eq sf |

## Demarcation to 4047

| | | | |
|---|---|---|---|
| CC2e | 1,155,259 sf | 50% | |
| CA27 | 165,288 sf | 35% | |
| CB14 | 174,076 sf | 65% | |
| CB15 | 34,472 sf | | |
| SC48 | 112,144 sf | | |
| CA29 | 86,540 sf | | |
| SC49 | 92,135 sf | | |
| CA28 | 914,439 sf | | |
| CB16 | 64,954 sf | | |
| SC72 | 128,627 sf | | |
| SC50 | 259,475 sf | | |
| CB17 | 29,927 sf | | |
| CA30 | 153,018 sf | | |
| SHC13 | 118,743 sf | 80% | |
| CA31 | - | Included in CA28 | |
| CB18 | 44,225 sf | | |
| CA32a | 250,088 sf | | |
| SC77a | 211 sf | | |
| SC77b | 800 sf | | |
| SC77c | 125 sf | | |
| CB19 | 96,961 sf | | |
| CB20 | 184,661 sf | | |
| | 4,066,168 sf | | |

| | | Multiplier | |
|---|---|---|---|
| Cap 'A' | 1,569,373 sf | 1.00 | 1,569,373 eq sf |
| Cap 'B' | 629,276 sf | 1.35 | 847,376 eq sf |
| Cap 'C' | 1,155,259 sf | 2.58 | 2,976,614 eq sf |
| SHC | 118,743 sf | 3.73 | 442,616 eq sf |
| Remedy Cover | 593,517 sf | 1.00 | 593,517 eq sf |
| | 4,066,168 sf | | 6,429,496 eq sf |

## 4047 and North

| | | | |
|---|---|---|---|
| SHC13 | 29,686 sf | 20% | |
| CC2e | 231,052 sf | 10% | |
| CA33 | 108,446 sf | | |
| CA65a | - | Included in CA32a | |
| CA65b | 14,924 sf | | |
| SC51 | 265,080 sf | | |
| CA65c | 26,132 sf | | |
| CA34 | 27,655 sf | | |
| SHC14 | 38,743 sf | | |
| CB21 | 37,041 sf | | |
| CA35a | 44,111 sf | | |
| CA35b | 31,330 sf | | |
| SC52a | 92,372 sf | | |
| CC2f | 607,371 sf | | |
| CA35c | 6,072 sf | | |
| SHC15 | 63,523 sf | | |
| SC52b | 29,393 sf | | |
| CA36a | 61,804 sf | | |
| CA36b | 77,127 sf | | |
| CA36c | 20,237 sf | | |
| CC2g | 73,785 sf | | |
| CA37 | 72,800 sf | | |
| CA36d | 15,160 sf | | |
| CC2h | 180,384 sf | | |
| CA38 | 74,765 sf | | |
| CC2i | 103,801 sf | | |
| SC53 | 53,839 sf | | |
| CA39a | 111,355 sf | | |
| CC2j | 28,362 sf | | |
| CA40a | 33,841 sf | | |
| CA39b | 287,954 sf | | |
| CC2k | 186,826 sf | | |
| CA40b | 255,769 sf | | |
| CA62 | 8,685 sf | | |
| CA41a | 25,850 sf | | |
| SC54b | 23,031 sf | | |
| CA42 | 108,864 sf | | |
| SC54c | 15,200 sf | | |
| CA41b | 95,935 sf | | |
| SHC16 | 14,320 sf | | |
| SC54d | 13,754 sf | | |
| CA43 | 44,357 sf | | |
| CA44 | 42,070 sf | | |
| SC55 | 33,734 sf | | |
| SC67a | 52,423 sf | | |
| SC67b | 17,638 sf | | |
| CA45a | 97,061 sf | | |
| CC3 | 18,912 sf | | |
| CA45b | 10,313 sf | | |
| CA45c | 77,281 sf | | |
| CA63 | 4,803 sf | | |
| CA64 | 12,825 sf | | |
| CA46 | 39,894 sf | Shown as CA46a on drawings | |
| SHC17 | 41,862 sf | | |
| CB23 | 52,577 sf | | |
| CA47 | 78,032 sf | | |
| CB24 | 326,101 sf | | |
| SHC18 | 27,161 sf | | |
| SHC19 | 42,556 sf | | |
| SHC20 | 27,632 sf | | |
| CA49 | 67,631 sf | | |
| SC56a | 6,590 sf | | |
| CA48 | 16,767 sf | | |
| SC56b | 12,792 sf | | |
| SC56c | 101,632 sf | | |
| SC78 | 10,850 sf | | |
| CA50 | 60,947 sf | | |
| CA51 | 48,140 sf | Shown as CA51a on drawings | |
| SC74 | 86,623 sf | | |
| SC75 | 14,360 sf | | |
| SC76 | 842 sf | | |
| CB25a | 30,707 sf | | |
| CA52 | 50,496 sf | Shown as CA52b on drawings | |
| CB25b | 26,321 sf | | |
| SC59 | 139,117 sf | | |
| CA53 | 185,621 sf | | |
| SC58 | 92,314 sf | | |
| CA54 | 93,166 sf | | |
| CB26a | 26,294 sf | | |
| CA56 | 279,473 sf | | |
| CB26b | 24,452 sf | | |
| SHC21 | 140,517 sf | | |
| CA57 | 832,014 sf | | |
| CA59 | 35,384 sf | | |
| SC60 | 510,251 sf | | |
| CA58 | 45,064 sf | | |
| CA66 | 152,497 sf | | |
| CB28 | 48,511 sf | | |
| CB27 | 116,118 sf | | |
| SC61 | 196,159 sf | | |
| | 8,095,261 sf | | |

| | | Multiplier | |
|---|---|---|---|
| Cap 'A' | 3,782,652 sf | 1.00 | 3,782,652 eq sf |
| Cap 'B' | 688,122 sf | 1.35 | 926,617 eq sf |
| Cap 'C' | 1,430,493 sf | 2.58 | 3,685,775 eq sf |
| SHC | 426,000 sf | 3.73 | 1,587,917 eq sf |
| Remedy Cover | 1,767,994 sf | 1.00 | 1,767,994 eq sf |
| | 8,095,261 sf | | 11,750,955 eq sf |

| | |
|---|---|
| OU2 and OU3 | 6,540,050 sf |
| Dam to Demarcation | 6,085,035 sf |
| Demarcation to 4047 | 4,066,168 sf |
| 4047 and North | 8,095,261 sf |
| Total | 24,786,513 sf |

# Residual Dredge Adjustment

| Residual Dredge Dollars Adjustment (OU2/3 moved to OU4/5) | From: SPREADSHEET "Comparison.Feb2010 cashflow to Nov govt estimate BERKEN 2010-02-24.xls" WORKSHEET "CF information" ROW 126 |
|---|---|
| $ 12,749,970 | |

| | Primary DDTD | Primary Cost / Volume | Residual DDTD | Total DDTD | Dredge Volume | Total Cost / Volume | Ratio of Total Cost / Volume |
|---|---|---|---|---|---|---|---|
| OU2/3 | $ 28,308,328 | $ 148.77 / cy | $ 2,266,078 | $ 30,574,406 | 190,285 cy | $ 160.68 / cy | 2.14 |
| OU4/5 | $ 235,204,160 | $ 68.76 / cy | $ 21,654,696 | $ 256,858,856 | 3,420,506 cy | $ 75.09 / cy | 1.00 |
| Total | $ 263,512,488 | $ 72.98 / cy | $ 23,920,774 | $ 287,433,262 | 3,610,791 cy | $ 79.60 / cy | 1.06 |