

GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
30 JUNE 1957
1957
Dredge KEWAUNEE
June & July 1957
24 Days - 49,800 cu yds
14 JUNE - 7 July 1957
GREEN
BAY
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
POINT SABLE
GRASSY ISLAND
PROJECT DEPTH 22 FT.
ENTRANCE LIGHT & FOG SIG.
L.W.D. EL. 578.5'
TURNING BASIN PROJECT DEPTH 22 FT.
WATER INTAKE CHANNEL
CHARMIN PAPER CO.
WISCONSIN PUBLIC SERVICE CORP.
MC DONALD LUMBER CO.
Incomplete



GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
JANUARY 1962
VICINITY MAP
SCALE OF MILES
GREEN BAY
POINT SABLE
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
GRASSY ISLAND
PROJECT DEPTH 22 FT.
ENTRANCE LIGHT & FOG SIG.
TURNING BASIN PROJECT DEPTH 22 FT.
CHARMIN PAPER CO.
WATER INTAKE CHANNEL
Dredge KEWAUNEE
File No. 36-57/4 Sheets 1+3 of 7
File No. 36-57/6 Sheet 1 of 4
15 June to 12 Aug 1958
59 Days 143,195 cu.yds.
Dredge WINNECONNE
File 36-57/4
1 May to 27 May 1958
29 Days 15,050 cuyd Scow, m
1958

FEDERAL PROJECT
FOX RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
C. & N. W. R.Y.
C. M. ST. P. & P. R.R.
FORT HOWARD PAPER CO.
REISS COAL CO.
SHELL OIL CO., INC.
PROJECT DEPTH 22 FT.
GREEN BAY
LEICHT TR. & STOR. CO.
C. REISS COAL CO.
PROJECT DEPTH 20 FT.
U.S. HARBOR LINE
CHARMIN PAPER CO.
TURNING BASIN
PROJECT DEPTH 22 FT.
MC DONALD LUMBER CO.
EAST RIVER
WATER INTAKE CHANNEL
GRASSY ISLAND
LONG TAIL
GREEN BAY
STA. 0+00
STA. 90+96.2 N.
Wreck of old scows, wood
in cut #5 30 June + 1 July
1958
U.S. Project Line
Right Bank Fox River
Sta 194+50 To 197+00
Marine
Mart
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 576.8 FEET ABOVE MEAN WATER LEVEL AT FATHER POINT, QUEBEC. I.G.L.D. (1955) (INTERNATIONAL GREAT LAKES DATUM)

UPSTREAM LIMIT OF FEDERAL PROJECT
FOX
RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
PROJECT DEPTH 20 FT.
PROJECT DEPTH 22 FT.
GREEN
BAY
EAST
RIVER
TURNING BASIN
PROJECT DEPTH 22 FT.
WATER INTAKE CHANNEL
GRASSY
ISLAND
LAKE
GREEN
BAY
Dredge WINNECONNE
27 July - 17 Nov. 1959
59,391
NOTE:
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 578.5 FEET ABOVE MEAN TIDE NEW YORK CITY.



UPSTREAM LIMIT OF FEDERAL PROJECT
FOX
RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
WELLS COAL & DOCK CO.
C. & N. W. RY.
PROJECT DEPTH 20 FT.
PROJECT DEPTH 22 FT.
GREEN
BAY
EAST
RIVER
TURNING BASIN
PROJECT DEPTH 22 FT.
CHARMIN PAPER CO.
NORTHERN PAPER MILLS
STANDARD OIL CO.
SOCONY MOBIL OIL CO. INC.
CITIES SERVICE OIL CO.
F. HURLBUT CO.
WISCONSIN PUBLIC SERVICE CORP.
WATER INTAKE CHANNEL
MC DONALD LUMBER CO.
GRASSY ISLAND
STA. 0+00
STA. 90+96.2 N.
L.W.D.
GREEN
BAY
Winnecone
Turning Basin at DePere
10 June 1960
12 July
19,554 cu.yds, scow
Channel Below DePere
17 July 1960 To
17 Aug
16,285 cu.yd, scow
31,614
Total 35,849 cu.yd.
NOTE:
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 578.5 FEET ABOVE MEAN TIDE NEW YORK CITY.

UPSTREAM LIMIT OF FEDERAL PROJECT
FOX
RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK FOX RIVER PROJECT DEPTH 6 FT.
PROJECT DEPTH 20 FT.
PROJECT DEPTH 22 FT.
TURNING BASIN PROJECT DEPTH 22 FT.
GREEN
BAY
EAST
RIVER
WATER INTAKE CHANNEL
GRASSY
ISLAND
LONG
TAIL POINT
L.W.D. EL. 578.5'
STA. 90+96.2 N.
GREEN
BAY
Dredge "Winneconne"
16 Sept to 29 Oct 1961
19,400 cu yds
36-E2/1
sheet 4 of 6
KEWAUNEE
18 May - 4 July 1961
110,642
NOTE:
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 578.5 FEET ABOVE MEAN TIDE NEW YORK CITY.

UPSTREAM LIMIT OF FEDERAL PROJECT
FOX
RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
PROJECT DEPTH 20 FT.
POINT
EAST
RIVER
LIGHT
ANGLE LIGHT
PROJECT DEPTH 22 FT.
ENTRANCE LIGHT & FOG SIG.
POINT SABLE
1962
"WINNECONNE"
Aug & Sept 18,185 cu.yd.
22 Days
2,300 ft
2 - 50ft cuts
1962
NOTE:
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 578.5 FEET ABOVE MEAN TIDE NEW YORK CITY.
GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET



GREEN
BAY
GREEN
BAY
PEAKS
LAKE
DEPERE
FOX RIVER
EAST
RIVER
PROJECT DEPTH 20 FT.
TURNING BASIN PROJECT DEPTH 22 FT.
GRASSY
ISLAND
L.W.D. EL. 578.5'
1963
East River Turning Basin
Dredge KEWAUNEE New Work
15 July to 13 October 1963
241,147 cu yd scow m
Dredge "HAINS"
12 Aug to 13 Sept 1963
177,051 C.Y.
NOTE:
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO
LOW WATER DATUM 578.5 FEET ABOVE MEAN TIDE



GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
GREEN
BAY
LONG TAIL POINT
GRASSY ISLAND
POINT SABLE
TAIL POINT LIGHT
ANGLE LIGHT
ENTRANCE LIGHT & FOG SIG.
PROJECT DEPTH 22 FT.
TURNING BASIN PROJECT DEPTH 22 FT.
WATER INTAKE CHANNEL
L.W.D. EL. 578.5'
STA. 0+00
STA. 90+96.2 N.
STA. 172+00 N.
STA. 427+00 N.
CHARMIN PAPER CO.
MC DONALD LUMBER CO.
"KEWAUNEE" Maintenance
4 June to 14 July 1963
40 Days - 118,093
File No. 36-E2/5
Sheet 4 of 9
Dredge "HAINS"
12 Aug to 13 Sept 1963
177,051 C.Y.
1963



LAKE
GREEN
BAY
LONG TAIL POINT
GRASSY ISLAND
TAIL POINT LIGHT
ANGLE LIGHT
POINT SABLE
WATER INTAKE CHANNEL
DREDGED TO 22 FT.
DREDGED TO 22 FT.
PROJECT DEPTH 24 FT.
TURNING BASIN PROJECT DEPTH 24 FT.
PROJECT DEPTH 26 FT.
STA. 0+00
STA. 90+96.2 N.
STA. 172+00 N.
STA. 550+00±
ENTRANCE LIGHT & FOG SIG. STA. 430+18.9
MATCH LINE
MATCH LINE
CHARMIN PAPER CO.
MC DONALD LUMBER CO.
Hoffman
1 July - 16 Aug. 1964
442,143 C.Y. Gross
428,543 C.Y. Pay.
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
WASHINGTON ISLAND
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.



LAKE
WATER INTAKE CHANNEL
CHARMIN PAPER CO.
AMERICAN OIL CO.
PROJECT DEPTH 24 FT.
C. & N. W. RY.
STA. 0+00
ISLAND
GRASSY
300'
DREDGED TO 22 FT.
TURNING BASIN PROJECT DEPTH 24 FT.
MC DONALD LUMBER CO.
STA. 90+96.2 N.
LONG TAIL POINT
TAIL POINT LIGHT
STA. 172+00 N.
500'
ANGLE LIGHT
GREEN
BAY
PROJECT DEPTH 26 FT.
DREDGED TO 22 FT.
MATCH LINE
ENTRANCE LIGHT & FOG SIG. STA. 430+18.9
STA. 550+00±
POINT SABLE
Markham
29 Oct.- 13 Nov. 1964
197,733. C.Y. - Gross (bin)
176,029 C.Y. - Pay (bin)
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
GREEN BAY
STURGEON BAY CANAL
ALGOMA
WASHINGTON ISLAND
LAKE MICHIGAN
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.



GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
30 JUNE 1965
VICINITY MAP
SCALE OF MILES
LAKE MICHIGAN
GREEN BAY
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
STURGEON BAY CANAL
ALGOMA
80,800, 70,700
132,000 110,000
KEWAUNEE
8th July - 15th Aug. 1965
116,681 C.Y.
GREEN
BAY
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
POINT SABLE
GRASSY ISLAND
WATER INTAKE CHANNEL
DREDGED TO 22 FT.
DREDGED TO 22 FT.
PROJECT DEPTH 26 FT.
PROJECT DEPTH 24 FT.
TURNING BASIN PROJECT DEPTH 24 FT.
STA. 0+00
STA. 90+96.2 N.
STA. 172+00 N.
STA. 550+00±
ENTRANCE LIGHT & FOG SIG. STA. 430+18.9
MATCH LINE
MATCH LINE
CHARMIN PAPER CO.
MC DONALD LUMBER CO.



Winnecone
11 May - 30 June 1965
32,700 C.Y.
Near Shore
Disposal Area
In Fox River
Inner Channel
(@≅ Mi. 5)
Winnecone
29 July - 31 Aug 1964
18,260 C.Y.
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS
ARE REFERRED TO LOW WATER DATUM
576.8 FEET ABOVE MEAN WATER LEVEL
AT FATHER POINT, QUEBEC I.G.L.D. (1955)
DEPERE
GREEN BAY
GREEN BAY
FOX RIVER
EAST RIVER
UPSTREAM LIMIT OF FEDERAL PROJECT
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
PROJECT DEPTH 18 FT.
PROJECT DEPTH 20 FT.
PROJECT DEPTH 24 FT.
U.S. HARBOR LINE
TURNING BASIN
PROJECT DEPTH 24 FT.
WATER INTAKE CHANNEL
DREDGED TO 22 FT.
GRASSY ISLAND
PEAKS LAKE
CHARMIN PAPER CO.
MC DONALD LUMBER CO.



GREEN
BAY
EAST
RIVER
PROJECT DEPTH 18 FT.
PROJECT DEPTH 20 FT.
PROJECT DEPTH 24 FT.
TURNING BASIN PROJECT DEPTH 24 FT.
U.S. HARBOR LINE
WATER INTAKE CHANNEL
DREDGED TO 22 FT
PROJECT DEPTH 26 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG. STA. 430+18.9
STA. 550+00±
CHARMIN PAPER CO.
C. REISS
COAL CO.
MC DONALD LUMBER CO.
Near Shore Disposal Area In Fox River Inner Channel (@ ≃ Mi. 5)
WINNECONE
1-6 SEPT. 1966
10-31 AUG.
Turning Basin – 11,480 C.Y.
1-29 June 1966
5-31 May
Channel – 34,330 C.Y.
PRICE BROS., McCLUNG DIV.
CONTRACT NO.
DACW-23-67-C-0015
8 NOV - 1 DEC 1966
NEW WORK CONTINUING IN 1967
GROSS - 100,938 C.Y.
(122,514 C.Y.)
(Dredge 3 Bros.)
LAKE MICHIGAN
GREEN BAY
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
AINING TO BE DONE SHOWN THUS:
GROUNDS:
EPTHS AND SOUNDINGS
RRED TO LOW WATER DATUM
T ABOVE MEAN WATER LEVEL
POINT, QUEBEC. I.G.L.D. (1955)
GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.



GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
VICINITY MAP
SCALE OF MILES
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
ALGOMA
STURGEON BAY CANAL
GREEN
BAY
GREEN
BAY
PROJECT DEPTH 24 FT.
EARTH DIKE - EL. + 5.0
SPOIL AREA
WATER INTAKE CHANNEL
ISLAND
GRASSY
TURNING BASIN PROJECT DEPTH 24 FT.
CHARMIN PAPER CO.
MC DONALD LUMBER CO.
PROJECT DEPTH 26 FT.
DREDGED TO 22 FT.
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
New Work
Contr. DACW 23-67C-0015
Price Bros Contractor
Drawing File # 36-D2 / 2
Maintenance - Ft Howard Basin - Sht 15 A
15 July - 27 July 1967 = 24,571 C.Y.
New Work - 13 April "67" to 14 July 1967
28 July "67 to 29 Sept. 1967
1,292,632 C.Y.
665,936 yd3
= 727,634 yd3
24,251 (maint)
751,885 yd3



GREEN BAY HARBOR
WISCONSIN
IN 2 SHEETS
SHEET NO. 1
SCALE OF FEET
1968
Dredge "Kewaunee"
16 August to 15 Sept. 1968
75,600 Cu.yds.: 24 wrkg. days
MAINTENANCE
VICINITY MAP
SCALE OF MILES
GREEN
BAY
GRE
PROJECT DEPTH 18 FT.
RIVER
PROJECT DEPTH 20 FT.
U.S. HARBOR LINE
TURNING BASIN
PROJECT DEPTH 24 FT.
DREDGED TO 22 FT.
EAST
RIVER
GRASSY
WATER INTAKE CHANNEL
26 FT.
ENTRANCE LIGHT & FOG SIG.
15 SEPT 68
FROM TURNING BASIN
TO DE PERE
58,000 c.y.
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS
ARE REFERRED TO LOW WATER DATUM
576.8 FEET ABOVE MEAN WATER LEVEL
AT FATHER POINT, QUEBEC. I.G.L.D. (1955)
INTERNATIONAL GREAT LAKES DATUM)



UPSTREAM LIMIT OF FEDERAL PROJECT
FOX RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
TURNING BASIN PROJECT DEPTH 20 FT.
FORT HOWARD PAPER CO.
DREDGED TO 18 FT.
DREDGED TO 20 FT.
EAST RIVER
NEW WORK
POINT
TAIL
ANGLE LIGHT
PROJECT DEPTH 26 FT.
DREDGED TO 22 FT.
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
POINT SABLE
LAKE MICHIGAN
GREEN BAY
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
MARKHAM
1969 DREDGING
10 SEPT – 28 OCT,
664, 225 CY, BIN MEASURE
(539, 000 C.Y. P.M.)
BAY SPOIL AREA USED
8 MILES 28° FROM GREEN BAY ENTRANCE LIGHT.
WORK REMAINING TO BE DONE SHOWN THUS:
DUMPING GROUNDS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 576.8 FEET ABOVE MEAN WATER LEVEL AT FATHER POINT, QUEBEC. I.G.L.D. (1955) (INTERNATIONAL GREAT LAKES DATUM)
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
30 JUNE 1968



LAND SPOIL AREA
NEW WORK
1970
MARKHAM
18 JUNE - 7 NOVEMBER
994, 918 BIN YARDS - LAND
421, 772 " " BAY
1,416,690 TOTAL BIN MEASURE
710, 656 P.M. LAND DISPOSAL
301, 266 P.M. BAY DISPOSAL
1,011,922 TOTAL yds P.M.
EARTH DIKE-EL VARIES TO +5.0
SPOIL AREA
PROJECT DEPTH 24 FT.
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
DREDGED TO 22 FT.
TURNING BASIN PROJECT DEPTH 24 FT.
WATER INTAKE CHANNEL
GREEN BAY
POINT SAUBLE
ENTRANCE LIGHT & FOG SIG
MATCH LINE
BAY DISPOSAL 28° 8 mi FROM GREEN BAY ENTRANCE LIGHT.
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET



NEW WORK
"1971"
MARKHAM
924, 938 cy P.M.
16 AUG. – 16 DEC.
2,211,153 BIN yds LAND
1,188,612 " " BAY
3,399,765 TOTAL BIN yds.
868,739 cy P.M LAND
56,198 " " BAY
924 937 TOTAL
SPOIL AREA
WATER INTAKE CHANNEL
EARTH DIKE-EL VARIES TO +5.0
SPOIL AREA
ISLAND
LONG TAIL POINT
TAIL POINT LIGHT
GRASSY
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
ANGLE LIGHT
PROJECT DEPTH
26 FT
DREDGED TO 22 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
GREEN BAY
SABLE POINT
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
GREEN BAY
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS



SPOIL AREA
WATER INTAKE CHANNEL
EARTH DIKE - EL VARIES TO +5.0
SPOIL AREA
ISLAND
GRASSY
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
TURNING BASIN PROJECT DEPTH 24 FT
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
PROJECT DEPTH 26 FT
DREDGED TO 22 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
GREEN BAY
SABLE POINT
NEW WORK
3,851,647 Bin yds LAND
1,676,307 " " BAY
5,527,954 " " TOTAL
1972
MARKHAM
1,359,289 cy. P.M.
4 MAY - 14 NOV.
1,093,273 P.M LAND
266,025 " BAY
1,359,298 TOTAL
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
ALGOMA
STURGEON BAY CANAL
LAKE MICHIGAN
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET



SPOIL AREA
WATER INTAKE CHANNEL
EARTH DIKE - EL VARIES TO +5.0
SPOIL AREA
ISLAND
GRASSY
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
24 FT. PROJECT DEPTH
26 FT. PROJECT DEPTH
TURNING BASIN PROJECT DEPTH 24 FT
MARKHAM MAINTENANCE
2 MAY - 14 MAY 1973
&
26 MAY - 30 JUNE 1973
812,047 BIN YDS.
LAND SPOIL AREA
812,047
65,934
877,981
G R E E N
B A Y
MARKHAM NEW WORK
15-25 MAY 1973
65,934 BIN YDS.
35,640 PLACE
BAY SPOIL AREA
KEWAUNEE NEW WORK
2 MAY - 9 AUG 1973
164,500 cys. Scow MEASURE
BAY SPOIL AREA
156,667 PLACE
FY73 - 2 May - 30 June 73 - 100,119
FY74 - 1 July - 9 Aug 73 - 56,548
PROJECT DEPTH
26 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
SABLE POINT
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS



FOX RIVER TURNING BASIN
1973 Maintenance Dredging
CAPITAL DREDGE & DOCK CORP.
Contract No. DACW23-73-C-0073
Dredge "MICHELE"
83,618 c.y.
75,900
25 Sept. - 21 Oct
CUT #1
CUT #2
CUT #3
CUT #4
CUT #5
CUT #6
CUT #7
CUT #8
CUT #9
C&NW RAILROAD
11 to 21 pile clusters
PROJECT DEPTH 20 FT.
PROJECT DEPTH 18 FT.
HIGHWAY
STATE
R. R.
180+00
185+00
190+00
195+00



GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.
30 JUNE 1971
VICINITY MAP
SCALE OF MILES
LAKE MICHIGAN
GREEN BAY
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
ALGOMA
STURGEON BAY CANAL
MARKHAM
Maintenance
1 July - 25 Sept 1974
1,335,963 c.y. - hauled
534,385
45104 c.y. - hauled
STA 101+00 S
STA 104+00 N
STA 363+00 N
STA 550+00 N
SPOIL AREA
EARTH DIKE - EL VARIES TO +5.0
WATER INTAKE CHANNEL
LONG TAIL POINT
TAIL POINT LIGHT
ANGLE LIGHT
SABLE POINT
ISLAND
GRASSY
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
PROJECT DEPTH
DREDGED TO 22 FT
TURNING BASIN PROJECT DEPTH 24 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
G R E E N
B A Y



FOX RIVER
PROJECT DEPTH 18 FT.
DEPERE LOCK
FOX RIVER
PROJECT DEPTH 6 FT.
DEPERE
TURNING BASIN
PROJECT DEPTH
20 FT.
PROJECT DEPTH 24 FT.
GREEN
BAY
DREDGED TO 18 FT.
DREDGED TO 20 FT.
U.S. HARBOR LINE
TURNING BASIN
PROJECT DEPTH 24 FT.
STA 101+00 S
WATER INTAKE CHANNEL
EARTH DIKE - EL VARIES TO +5.0
SPOIL AREA
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
SPOIL AREA
GRASSY ISLAND
EAST RIVER
GREEN BAY
CAPITAL DREDGE & DOCK CORP.
Contract No. DACW 23-73-C-0073
Fox River Turning Basin: 13 Sept-21 Oct. 73 - ~~75,900 c.y.~~ 83,618 c.y.
Temporary Dump Basin: 27 Oct. 73-20 April 74 - 170,406 c.y.
254,024
Dredge "MICHELE" (14")
WATER FRONT OCCUPANCY
1. NICOLET PAPER CORP.
2. NORTHWESTERN HANNA
3. FORT HOWARD PAPER CO.
4. LEIGHT TR. & STORAGE CO.
5. HURON CEMENT
6. C. REIS COAL CO.
7. COUNTY COURT HOUSE
8. CITY HALL
9.
10. MARATHON CORP. DIV. OF AMERICA CAN CO.
11. UNIVERSAL ATLAS CEMENT CO.
12. CHARMIN PAPER CO.
13. AMERICAN OIL CO.
14. MOBIL OIL CO. INC.
15. CITIES SERVIE OIL CO.
16. F. HURLBUT CO.
17. CLARK OIL & REFINING
18. GUSTAFSON OIL CO.
19. WISCONSIN PUBLIC SERVICE CORP.
20. TEXACO INC.
21. PHILIPS PETROLEUM CO.
22. SINCLAIR REFINING CO.
23. GREEN BAY YACHT CLUB
24. Mc DONALD LUMBER CO.
25. SHELL OIL CO. INC.
12) 13-24 Sep 73 - Mob
28) 24 Sep - 21 Oct 73 - Fox River T.B.
10) 22-31 Oct 73 - D+M
43) 1 Nov - 13 Dec 73 - T.D.B.
40) 14 Dec 73 - 22 Jan 74 - Winter No work
4) 23-26 Jan 74 - Mob
4) 27-30 Jan 74 - T.D.B.
1) 31 Jan 74 - Demob
32) 1 Feb - 4 Mar 74 - Winter No work
1) 5 Mar 74 - Mob
2) 6-7 Mar 74 - T.D.B.
5) 8-12 Mar 74 - No work - Ice
37) 13 Mar - 18 Apr. TDB
WORK REMAINING TO BE DONE SHOWN THUS:
PROJECT DEPTHS AND SOUNDINGS ARE REFERRED TO LOW WATER DATUM 576.8 FEET ABOVE MEAN WATER LEVEL AT FATHER POINT, QUEBEC. I.G.L.D. (1955) (INTERNATIONAL GREAT LAKES DATUM)



MARKHAM
Maintenance
28 Apr - 28 May 75
499,778 c.y. b.m.
198,940 c.y. p.m.
STA. 105+00 S
STA 110+00 N
SPOIL AREA
EARTH DIKE - EL VARIES TO +5.0
LONG TAIL POINT
LONG TAIL POINT LIGHT
ANGLE LIGHT
GRASSY ISLAND
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
PROJECT DEPTH 26 FT
TURNING BASIN PROJECT DEPTH 24 FT
WATER INTAKE CHANNEL
GREEN BAY
SABLE POINT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
LAKE MICHIGAN
VICINITY MAP
SCALE OF MILES
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.



BAYPORT
(DIKE
DISPOSAL
AREA)
WATER
INTAKE
CHANNEL
EARTH DIKE - EL VARIES TO +5.0
DISPOSAL AREA
ISLAND
GRASSY
LONG TAIL POINT
TAIL POINT LIGHT
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
TURNING BASIN
PROJECT DEPTH 24 FT
PROPOSED CONFINED DISPOSAL AREA
ANGLE LIGHT
G R E E N
EMERGENCY FLOOD CONTROL
OPERATION FORESIGHT
1973
DIKE EL.585.55 I.G.L.D.
B A Y
PROJECT DEPTH 26 FT
MATCH LINE
ENTRANCE LIGHT & FOG SIG.
SABLE POINT
INTERSTATE 43 (UNDER CONSTRUCTION)
18" RIP-RAP
(LARGER STONE TO BE
PLACED ON EXPOSED
FACE OF DIKE)
6" BEDDING
LAKE
MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
1977
MARKHAM
1 JUNE - 11 JULY
maintenance
dredging
319,601 yd3
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.



BAYPORT (DIKE DISPOSAL AREA)
WATER INTAKE CHANNEL
EARTH DIKE - EL. VARIES TO +15.0
DISPOSAL AREA
ISLAND
GRASSY
24 FT PROJECT DEPTH
26 FT PROJECT DEPTH
LONG TAIL POINT
TAIL POINT LIGHT
TURNING BASIN PROJECT DEPTH 24 FT
PROPOSED CONFINED DISPOSAL AREA
ANGLE LIGHT
INTERSTATE 43 (UNDER CONSTRUCTION)
G R E E N
B A Y
EMERGENCY FLOOD CONTROL OPERATION FORESIGHT 1973
DIKE EL.585.55 I.G.L.D.
PROJECT
26 FT
MATCH LINE
ENTRANCE
SABLE POINT
18" RIP-RAP (LARGER STONE TO BE PLACED ON EXPOSED FACE OF DIKE)
6" BEDDING
LAKE MICHIGAN
MENOMINEE
OCONTO
PENSAUKEE
BIG SUAMICO
GREEN BAY
STURGEON BAY CANAL
ALGOMA
VICINITY MAP
SCALE OF MILES
1978
Total 339,467 yd3
entrance 315,794
Fox River 3574
Ft Howard Basin 20,099
GREEN BAY HARBOR
WISCONSIN
IN 1 SHEET
SHEET NO. 1
SCALE OF FEET
CORPS OF ENGINEERS
CHICAGO, ILL.