APPENDIX M3

STUDY OF

ALTERNATE DISPOSAL AREAS

FOR

GREEN BAY HARBOR, WISCONSIN

U. S. ARMY ENGINEER DISTRICT, CHICAGO
CORPS OF ENGINEERS
219 South Dearborn Street
Chicago, Illinois   60604

AUGUST 1968

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 1 of 28   Document 76-16

DREDGING AND WATER QUALITY PROBLEMS
IN
THE GREAT LAKES

APPENDIX M3

STUDY OF
ALTERNATE DISPOSAL AREAS
FOR
GREEN BAY HARBOR, WISCONSIN

TABLE OF CONTENTS

| Paragraph | | Page |
|---|---|---|
| | WATERBORNE COMMERCE | |
| 1 | Waterborne Commerce Statistics | M3-1 |
| 2 | Prospective Commerce | M3-1 |
| | EXISTING CORPS OF ENGINEERS PROJECT | |
| 3 | Description | M3-1 |
| 4 | Status of existing project | M3-2 |
| 5 | Pertinent new work | M3-3 |
| | PRESENT DREDGING PRACTICES | |
| 6 | Dredging procedures | M3-3 |
| 7 | Working season | M3-3 |
| 8 | Previous dredging quantities | M3-4 |
| 9 | Type of materials | M3-4 |
| 10 | Nature of pollution | M3-4 |
| | PRESENT DISPOSAL PRACTICE | |
| 11 | Method of disposal | M3-5 |
| 12 | Existing disposal area | M3-6 |
| 13 | Cost of dredging | M3-6 |
| | ESTIMATED FUTURE DREDGING QUANTITIES | |
| 14 | Estimated future dredging quantities | M3-6 |
| | ALTERNATE DISPOSAL AREAS AND METHODS CONSIDERED | |
| 15 | Disposal Site No. 1 | M3-8 |
| 16 | Disposal Site No. 2 | M3-10 |
| 17 | Disposal Site No. 3 | M3-12 |
| 18 | Other sites investigated | M4-14 |

i

TABLE OF CONTENTS (continued)

| Paragraph | | Page |
|---|---|---|
| | ESTIMATES OF COST | |
| 19 | Alternative disposal | M3-15 |
| 20 | Years alternative disposal areas could be used | M3-16 |
| 21 | Annual charges | M3-16 |
| 22 | Effective unit dredging costs | M3-17 |
| | COMPARISON OF PRESENT AND ALTERNATIVE DISPOSAL PRACTICES | |
| 23 | Cost per cubic yard | M3-18 |
| 24 | DISCUSSION | M3-18 |

LIST OF TABLES

| Table No. | | |
|---|---|---|
| 1 | Cost per cubic yard | M3-16 |
| 2 | Annual charges | M3-17 |
| 3 | Effective Unit Dredging costs | M3-18 |

LIST OF FIGURES

| Number | | |
|---|---|---|
| M3-1 | River and Harbor Works Lake Area | |
| M3-2 | Project Map, Green Bay Harbor, Wisconsin | |
| M3-3 | Dredging Disposal Sites | |
| M3-4 | Disposal Sites Nos. 2 and 5 | |
| M3-5 | Disposal Site No. 3 | |

ii

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 3 of 28   Document 76-16

# APPENDIX M3 - GREEN BAY HARBOR

## WATERBORNE COMMERCE

### 1. WATERBORNE COMMERCE STATISTICS

The waterborne commerce for the latest year available (1966)
and the average commerce for a past ten year period (1957
through 1966), broken down by principal commodities, is as
follows:

| Principal Commodity | 1966 Commerce (Tons) | 1957-1966 Average Commerce (Tons) |
|---|---|---|
| Coal | 1,884,822 | 1,800,432 |
| Petroleum | 269,876 | 699,973 |
| Building Cement | 214,754 | 172,489 |
| Limestone | 135,508 | 125,204 |
| Other | 159,382 | 170,413 |
| TOTAL | 2,664,342 | 2,968,511 |

## 2. PROSPECTIVE COMMERCE

Waterborne commerce is expected to rise significantly after completion of Phase II of the channel project deepening to 26 feet below datum. During Phase I the inner seven miles of channel was deepened to 24-26 feet below datum and was completed in 1967. Phase II provides for deepening the outer 8-1/2 miles and is scheduled to start in June 1969. The City of Green Bay is proceeding with a huge marsh reclamation project along the water front that will be the site of an industrial park complex. Foreign freighters as well as domestic carriers play a predominant role in commerce. Large deeper draft vessels will be able to be used after completion of the project deepening with the trend towards cargo containerization ships for package freight.

### EXISTING CORPS OF ENGINEERS PROJECT

## 3. DESCRIPTION

Green Bay Harbor is located at the mouth of the

M3-1

Fox River at the head of Green Bay about 180 miles from
Milwaukee, Wisconsin via the Sturgeon Bay Canal and about
49 miles southwest of Menominee Harbor, Michigan and
Wisconsin (see Figure M3-1).    The project provides as
shown on Figure M3-2  , for an approach channel 26 feet
deep and 500 feet wide for a distance of about 8-1/2 miles
from that depth in the bay to Tail Point Light and 26 feet
deep by 300 feet wide to Grassy Island; an entrance channel
and river channel through the City of Green Bay 24 feet
deep to a point 1,700 feet upstream of the C. & N. W. Ry.
Bridge; and an upper river channel 18 feet deep to the
City of De Pere with a turning basin at the upper end.
The project further provides for a turning basin 24 feet
deep at the mouth of the East River, a turning basin 20
feet deep just above the C. & N. W. Ry. Bridge, and an
east revetment 696 feet long at Grassy Island.

    4.       STATUS OF EXISTING PROJECT

        The existing project is 49% complete.  New
work dredging remaining to complete the project consists of
deepening the entrance channel from deep water to Tail Point
Light, a distance of about 7-3/4 miles, and deepening the
channel from the Chicago and North Western Railway Bridge
to 1,700 feet upstream.  The River and Harbor Act of 23
October 1962 provides for local cooperation to furnish

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 6 of 28   Document 76-16

suitable areas for initial and subsequent disposal of spoil
and necessary retaining dikes, bulkheads, and embankments
therefore or the cost of such retaining works if it is
determined by the Chief of Engineers to be required in the
general public interest. This requirement includes that
portion of the project from deep water in the bay to 1,700
feet upstream of the C. & N. W. Ry. Bridge. Previous
River and Harbor Acts do not require that dredge disposal
areas be furnished as an item of local cooperation for the
maintenance dredging of the balance of the project.

5.      PERTINENT NEW WORK

Deepening of the project from Tail Point Light
upstream to the railroad bridge was completed in 1967.
Deepening for that portion of the project lakeward of
Tail Point Light will begin in 1969.

PRESENT DREDGING PRACTICES

6.      DREDGING PROCEDURES

The dredging practice has been to excavate the
materials with a Government-owned dipper dredge and place
the excavated material in dump scows having  a capacity of
600 cubic yards.

7.      WORKING SEASON

The working season is generally in the eight-

M3-3

month period from April through November. Ice conditions
prevent the performance of any work during the winter months.

8.    PREVIOUS DREDGING QUANTITIES

During the past ten years, 1,493,419 cubic yards
of Federal Maintenance dredging was performed at Green Bay
Harbor and approximately on an annual basis. In the recent
new work dredging, 873,686 cubic yards of material was
removed.

9.    TYPE OF MATERIALS

Maintenance Dredging: silt and sand in varying
proportions; New Work Dredging: clay, silt and sand in
varying proportions.

10.   NATURE OF POLLUTION

Green Bay Harbor has been classified as polluted
by the Federal Water Pollution Control Administration
(FWPCA). See their reports dated 16 April 1968 and
July 1968 showing results of bottom and water samples taken
at various times during the recent new work deepening
(Appendix A).

PRESENT DISPOSAL PRACTICE

M3-4

11.    METHOD OF DISPOSAL

Until 1967 the dredged material was disposed of by towing the loaded scows to disposal areas in Green Bay where the doors on the bottom of the scows were released and the spoil settled to the bay bottom in deep water. The new work dredging completed in 1967 was performed as part of the Pilot Program. Dredging was accomplished with clamshell dredges and a hydraulic dredge. That portion of the project from the mouth of the Fox River upstream was dredged with a 7 cubic yard and a 15 cubic yard clamshell dredge with the materials placed in scows and towed to a temporary dumping basin in the bay near the mouth of the Fox River. A 22 inch hydraulic pipe line dredge then rehandled the dredged material to a nearby diked land disposal area (Site No. 5 shown on Figures M3-3 and M3-4). The channel from the mouth of the Fox River to Grassy Island was dredged with the hydraulic dredge and the material was pumped directly to the land disposal area. A total of 727,634 cubic yards of material was placed on the land disposal area. The hydraulic dredge was also used to improve and deepened the channel from Grassy Island to Tail Point Light. This latter material was used to build a diked area in the bay in the vacinity of Grassy

M3-5

Island to hold future dredged material.

12.    EXISTING DISPOSAL AREA

There is no established disposal area in Green Bay for this harbor. The dredged material has been placed in varied locations in deep water areas of the bay. The disposal area used in any given year was selected on the basis of convenience.

13.    COST OF DREDGING

Costs for Federal maintenance dredging in the Green Bay Harbor project with disposal of the material in Green Bay has averaged $1.00 per cubic yard.

14.    ESTIMATED FUTURE DREDGING QUANTITIES

a.  The anticipated dredging quantities for the ten year period from 1969 to 1978 are as follows:

| CALENDAR YEAR | MAINTENANCE (CY) | NEW WORK (CY) |
|---|---|---|
| 1969 | 120,000 | 3,000,000 |
| 1970 | 130,000 | 1,400,000 |
| 1971 | 140,000 | |
| 1972 | 140,000 | |
| 1973 | 140,000 | |
| 1974 | 140,000 | |
| 1975 | 140,000 | |

M3-6

| CALENDAR YEAR | MAINTENANCE (CY) | NEW WORK (CY) |
|---|---|---|
| 1976 | 140,000 | |
| 1977 | 140,000 | |
| 1978 | 140,000 | |
| TOTALS | 1,370,000 | 4,400,000 |

b. For the estimated 4,400,000 cubic yards of new work dredging lakeward of Tail Point Light, scheduled to start in 1969, spoil disposal areas have been selected and, therefore, no areas for this dredging are being considered in this report. Of this new work dredging approximately 1,600,000 cubic yards (polluted portion) will be deposited on either the Bay Spoil Area (Site No. 1 on Figure M3-4, or on the land disposal Site No. 5 (see Figures M3-3 and M3-4 if the City of Green Bay reimburses the Government for the additional cost of spoiling on Site No. 5. The dredgings lakeward of station 260 + 00 (approximately 3 miles lakeward of Tail Point Light) have been classified as unpolluted and are scheduled to be deposited in the deep waters of Green Bay.

c. Also, no spoil disposal area is being considered in this report for the 1969 maintenance dredging. This dredging is scheduled to be deposited on the land disposal site No. 5 (see Figures M3-3 and M3-4) which the city of Green Bay made available as an item of local cooperation.

M3-7

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 11 of 28   Document 76-16

ALTERNATE DISPOSAL AREAS AND

METHODS CONSIDERED

In the following paragraphs each of the
alternate disposal sites considered as a suitable site for
the disposal of dredeed materials is described.  These
descriptions are based on a field reconnaissance including
contacting of local public officials.

15.      Disposal Site No. 1 (see Figure M3-3)

a.   Location - This site known as Bay Spoil
Area, is located in Green Bay just to the west of the entrance
channel between Grassy Island and Long Tail Point.  The
distance from the mouth of the Fox River to the site is
about 2 miles.

b.   Description - This site is a partially
diked area in Green Bay with water at a depth of approximately
4 feet behined the dikes.  The dike was constructed in
1967 in connection with the new work dredging described in
paragraph II,

c.   Size and capacity.  This area is rectangular
in shape with a length, parallel to the entrance channel,
of about 5,000 feet and a width of about 2,000 feet.  The
capacity of this site,in its present condition, is about
2,000,000 cubic yards.  However, as stated in paragraph

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 12 of 28   Document 76-16

14b, additional new work dredging might be deposited on this site. If such will be the case, then the remaining capacity of this site would be about 400,000 cubic yards. To contain the maintenance dredging of the 10 year period considered in this report (see paragraph 14a), this area would have to be expanded, to the south for a distance of approximately 1,000 feet. With this expansion the available capacity for maintenance dredging would be about 1,200,000 cubic yards.

   d.  Method of dredging and disposal. Dredging would best be accomplished by dipper or clamshell dredge with the dredged materials loaded into scows and transported to a dumping basin and unloaded. From this dumping basin the materials would be rehandled hydraulically into the disposal site.

   e.  Retaining structures required. It is assumed that no major dike construction will be required for the maintenance dredging. This assumption is based on the premise that if disposal Site No. 1 is used in connection with new work dredging in 1969 (see subparagraph c above) the closing of gaps in the existing dikes and the construction of new dikes to provide added capacity for future maintenance dredging will be accomplished in connection with the new work dredging.

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 13 of 28   Document 76-16

     f.   <u>Drainage</u> - Weirs are required to drain the excess water back into Green Bay.

     g.   <u>Owner ship and availability</u> - This site is available for the disposal of dredged materials. Use of this site for dredging disposal had been concurred in by all interested Federal, state and local agencies prior to the start of the new work dredging of 1966.

     h.   <u>Views of local interests</u> - Local interest, have no objections to the spoiling of dredged materials at this location,

     i.   <u>Ultimate use.</u>  A park is intended to be developed on this site.

     j.   <u>Anticipated public reaction.</u>  Dredged materials were spoiled on this site previously without adverse public reaction.  Therefore no adverse public reaction is expected as a result of spoiling the maintenance dredging at this location.

16.     <u>Disposal Site No. 2</u> (see Figures M3-3 and M3-4)

     a.  Location - This site is located at the mouth of Duck Creek which is 12,000 feet northwest of the mouth of the Fox River.  The south border is a Chicago and North Western Railroad track; the west border is an existing road;

M3-10

the north boundary is the Duck Creek and the east boundary
is the city limits of Green Bay.

b. <u>Description</u> - This area is generally low
lying with scattered swampy areas. The vegatative cover
consists of grass, brush and trees.

c. <u>Size and capacity</u>. The acreage of this site
is about 270 acres and the capacity of this site with fill
placed 3 feet deep is 1,300,000 cubic yards.

d. <u>Method of dredging and disposal</u>. Dredging
would best be accomplished by dipper or clamshell dredge
with the dredged materials loaded into scows and transported
to a dumping basin and unloaded. This dumping basin could
be the one that was used for the new work dredging in 1966
and 1967. From this dumping basin the dredged materials
would be pumped hydraulically into the land disposal site.

e. <u>Retaining structures required</u>. Diking,
approximately 5 feet high, is required along three sides
of this disposal area.

f. <u>Drainage</u> - Weirs are required to drain the
excess water from this area. Drainage would be into Duck
Creek.

g. <u>Ownership and availability</u> - This site is
owned by the city of Green Bay who has indicated that this

M3-11

area would be available for spoil disposal.

h. _Views of local interests_ – Local
interests have no objections to the spoiling of dredged
materials at this location.

i. _Ultimate use_ – No ultimate use has been
established for this site. However, a land – use map now
being prepared for Brown County indicates that this area
may become a Conservation area.

j. _Anticipated public reaction_ – No adverse
public reaction is expected as a result of spoiling
dredgings on this site. This is due to the fact that the
land area just east of this site dredgings were deposited
in 1966 and 1967 with no adverse public reaction.

17. _Disposal Site No. 3_ (see Figures M3-3 and M3-5)

a. _Location_ – This site is located near the
shore of Green Bay approximately 14,000 feet south-east
of the mouth of the Fox River.

b. _Description_ – This area is generally low
lying and swampy and has a heavy brush and tree cover.
Abutting this site on the north-west is an area that is
presently being filled with wastes from the paper mills
from Green Bay.

c. _Size and capacity_ – The acreage of this

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 16 of 28   Document 76-16

site is approximately 480 acres and the capacity with fill placed about 2 feet deep is 1,500,000 c.y.

      d.  <u>Method of dredging and disposal</u> - Dredging would best be accomplished by dipper or clamshell dredge and the dredged materials rehandled either hydraulically or by trucks.  The cost of rehandling by either one of these two methods would approximately be the same.  For hydraulic rehandling the dumping basin used for rehandling of the new work dredging in 1966 and 1967 could possibly be used from which the dredged materials could be pumped with the aid of booster pumps into the disposal site. For truck rehandling docking facilities would have to be provided where the dredged materials could be loaded into trucks for handling to the disposal area.

      e.  <u>Retaining structures required</u> - No retaining structures are required to contain the materials within this site.

      f.  <u>Drainage</u> - A culvert would be required to drain the excess water back into Green Bay.

      g.  <u>Ownership and availability</u> - This area is owned by 4 private individuals who have indicated to the city of Green Bay that this area would be available for spoil disposal.  No additional costs for spoiling on this property are anticipated.

M3-13

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 17 of 28   Document 76-16

h.  Views of local interests - Local interests
have no objections to the spoiling of dredged materials at
this location.

i.  Ultimate use - No immediate use has been
established for this site.  However, on the Brown County land
use map it shows, as long range goal, that this area will
be developed for multi-family housing and general commercial
buildings.

j.  Anticipated public reaction - No adverse
public reaction is expected as a result of spoiling dredged
material on this site.

18.    OTHER SITES INVESTIGATED

a.  Disposal Site No. 4 - This site would be
land fill site along the Fox River immediately east of the
river channel and extending from about mile 4 to mile 5.5
as measured from the mouth of the Fox River.  This area
had been used for spoil disposal from previous dredgings
until this area was filled to a depth prohibiting the
opening of the bottom dumps on scows.  To retain any
further dredgings at this site a steel sheet pile bulkhead
would be required the cost of which is estimated at over
$1,000,000.  Since the city of Green Bay did not look favor-
ably on providing this area for spoil disposal, this site

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 18 of 28   Document 76-16

was rejected.

b. <u>Disposal Site No. 5.</u> - As already stated in this report, the 1969 maintenance dredging will be spoiled on this site. After deposition of this dredging the remaining capacity of this site will be about 3,000,000 cubic yards. This site, however, will not be available for spoiling of maintenance dredging after the year 1969. The area is intended to be developed for industrial use and, therefore, the city of Green Bay wishes that only good fill be placed on this site. Due to these reasons this site was not further considered.

## ESTIMATES OF COST

19. <u>Alternative Disposal</u> - Table No. 1 summarizes the estimated unit costs of dredging and disposal in each of the alternative disposal areas considered in paragraphs 15 through 17. Unit costs shown are on an annual basis and do not reflect any costs for dike construction.

<u>TABLE No. 1</u>
COSTS PER CUBIC YARD

| Disposal Site No. | Cost per Cubic Yard* | Method of Dredging and Rehandling |
|---|---|---|
| 1 | $4.05 | Clamshell & Hydraulic Rehandling |
| 2 | $4.47 | Clamshell & Hydraulic Rehandling |

M3-15

## TABLE No. 1

### COSTS PER CUBIC YARD

| Disposal Site No. | Cost per Cubic Yard* | Method of Dredging and Rehandling |
|---|---|---|
| 3 | $4.90 | Clamshell & Hydraulic Rehandling |

*Based on an average annual quantity of 140,000 Cubic yards.

The above unit costs are the most economical costs for each of the disposal sites. Other methods of dredging and disposal had been considered but were rejected due to their higher costs.

20. <u>Years alternative disposal areas could be used</u> — The capacity of each site considered in this report is sufficient to permit spoiling of all dredged materials of the entire 10 year program.

21. <u>Annual charges</u> — The estimated annual charges for the considered alternative disposal areas are given in Table No. 2. Annual charges on the investment are computed by application of an interest rate of 3-1/4 per cent and amortization on the basis of this rate. It is to be noted that the annual charges are limited to dike construction as

M3-16

all of the sites would be made available to the United States without cost except for dike construction. Diking of Disposal Site No. 1 for maintenance dredging would be accomplished in connection with new work dredging as mentioned in paragraph 15e. Diking of Disposal Site No. 3 would not be necessary. Diking would be required only at Disposal Site No. 2.

TABLE No. 2

ANNUAL CHARGES

Disposal Site No. 2

| | |
|---|---|
| Investment cost, dike construction | $43,000 |
| Annual charges | |
| Interest on investment (3-1/4%) | 1,400 |
| Amortization, 10 years @ 3-1/4% | 3,700 |
| TOTAL ANNUAL CHARGES | $ 5,100 |

22.     Effective Unit Dredging Costs. The effective unit dredging costs for each of the alternative disposal areas are summarized in Table No. 3. The effective unit costs include the dredging and disposal costs and the cost of the required dike construction converted to the cubic yard basis. To arrive at this effective unit cost the annual charges shown in Table No. 2 were divided by the average annual dredging quantity (140,000 cubic yards) and then added to the unit costs shown in Table No. 1.

M3-17

TABLE No. 3

EFFECTIVE UNIT DREDGING COSTS

| Disposal Site No. | Unit Costs (from Table No. 1) | Annual Charges on cubic yard basis | Effective Unit costs |
|---|---|---|---|
| 1 | $4.05 | ----- | $4.05 |
| 2 | $4.47 | $0.04 | $4.51 |
| 3 | $4.90 | ----- | $4.90 |

COMPARISON OF PRESENT AND
ALTERNATIVE DISPOSAL PRACTICES

23.     Cost per Cubic Yard - As indicated in Table
No. 3 the unit costs of dredging and spoiling of the
maintenance dredging in the alternative disposal areas
varies from $4.05 per cubic yard for disposal site No. 1
to $4.90 per cubic yard for disposal site No. 3.  This is
an increase of $3.05 to $3.90 per cubic yard over that of
spoiling in Green Bay which in the past has been averaging
$1.00 per cubic yard (see paragraph 13).

DISCUSSION

24.     From Table No. 3 it is apparent that the most
economical alternative disposal site for the disposal of the

M3-18

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 22 of 28   Document 76-16

maintenance dredging is Site No. 1. The next most econo-
mical site of the three sites considered is Site No. 3.
However, as stated in paragraph 15e, gaps exist in the
diking at Site No. 1 which have to be reconstructed before
maintenance dredging can be placed on this site. This will
have to be accomplished with new work dredging scheduled to
start in 1969. Also, if new work dredgings are placed on
this site (in addition to the dike construction), diking
should be increased to provide the necessary capacity to
spoil the estimated maintenance dredging of the years
1970 through 1978.



CHICAGO, ILLINOIS DISTRICT
## INDEX MAP
## RIVER & HARBOR WORKS
## LAKE AREA

LEGEND
- ● ACTIVE HARBOR PROJECTS
- ○ INACTIVE HARBOR PROJECTS
- — — DISTRICT BOUNDARY LINE

SCALE OF MILES
10   5   0   10   20   30   40   50

CORPS OF ENGINEERS                    CHICAGO, ILL.

FIG. M3-1

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 24 of 28   Document 76-16



**FIG. M3-2**

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 25 of 28   Document 76-16



GREEN BAY HARBOR
WISCONSIN
DISPOSAL SITES

FIG. M3-3

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 26 of 28   Document 76-16



**DISPOSAL SITE NO. 2**

**DISPOSAL SITE NO. 5**

GREEN BAY HARBOR
WISCONSIN
DISPOSAL SITES NO. 2 & 5

2000  1000  0  2000  4000
SCALE OF MILES

FIG. M3-4

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 27 of 28   Document 76-16



GREEN BAY HARBOR
WISCONSIN
DISPOSAL SITE NO.3

1000    0    1000    2000

APPROX. SCALE IN FEET

Case 1:10-cv-00910-WCG   Filed 04/05/11   Page 28 of 28   Document 76-16

FIG. M3-5