DRAFT

ENVIRONMENTAL STATEMENT


MAINTENANCE DREDGING AND

CONTAINED DISPOSAL OF DREDGE

MATERIALS AT GREEN BAY HARBOR, WISCONSIN


Department of the Army
Chicago District, Corps of Engineers
219 South Dearborn Street
Chicago, Illinois 60604


March 1975

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 1 of 27   Document 76-17

WPSFOX007846

<u>SUMMARY</u>

MAINTENANCE DREDGING AND CONTAINED

DISPOSAL OF DREDGE MATERIAL AT

GREEN BAY HARBOR, WISCONSIN

(X)    Draft                                    ( )  Final Environmental
                                                    Statement

Responsible Office:                             Col. James M. Miller
                                                District Engineer
                                                US Army Engineer District,
                                                Chicago
                                                219 S. Dearborn 312-353-6400
                                                Chicago, Illinois 60604

1.  <u>Name of Action</u>:        (X) Administrative    ( ) Legislative

2.  <u>Description of Action</u>

The Maintenance of authorized project depths at the existing
Federal Navigation Project at Green Bay Harbor is proposed to
be accomplished by dredging settled sediments and shoaled
sands from the channel at the project.  All of the dredged
material resulting from maintenance dredging over the next
two years will be disposed of in the site established in 1966
for the containment of dredge material from an Army Corps of
Engineer channel deepening project.

3.  (A)  <u>Environmental Impacts</u>:

These impacts include:  alteration of bottom sediments; disturbance
of bottom dwelling organisms; temporary increase of turbidity
levels; conversion of a marshland to a terrestrial environment
suitable for commercial development; displacement of marshland
wildlife and plants; noise.  Potential secondary impacts include:
industrial effluent, perpetuation of industrial zoning; road
construction; change in land values.

(B)  <u>Adverse Environmental Impacts</u>:

The adverse impacts include:  physical alteration of the sediment-
water interface in the channel and adjacent areas; destruction
or displacement of pollution-tolerant organisms inhabiting channels
and adjacent areas; resuspension of polluted sediments with its
resultant impacts; conversion of a 30 acre wetland to a terrestrial

i

WPSFOX007847

environment resulting in destruction and displacement of
marshland wildlife species.

4. Alternatives To The Proposed Action:

   Potential alternatives to the proposed action include: (A) No
   action; (B) Dredge to a lesser depth; (C) Dredge alternatives;
   (D) Diking off remaining 30 acres of established disposal site
   and securing a new site; (E) Other sites; (F) Open lake disposal
   of polluted dredgings with or without advanced waste treatment;
   (G) Controlling source of sedimentation.

5. Comments Requested:

   Environmental Protection Agency
   United States Department of Interior
   U.S. Department of Commerce
   U.S. Department of Agriculture Soil Conservation Service
   U.S. Department of Housing and Urban Development
   U.S. Department of Transportation
        United States Coast Guard
   State of Wisconsin
        Office of the Governor
        Department of Natural Resources
        Department of Local Affairs and Development
        State Historical Society of Wisconsin
        Bureau of Planning & Budget
   Bay Lakes Regional Planning Commission
   Brown County Planning Commission
   City of Green Bay
        Public Works Department
        Harbor Master
        Office of the Mayor
   Wisconsin Division of Izaak Walton League of America
   League of Women Voters
   North Midwest Region of the National Audubon Society
   Lake Michigan Federation
   Citizen Natural Resources Association of Wisconsin, Inc.
   Wisconsin Federation of Conservation Clubs
   Wisconsin Resource Conservation Council
   Wisconsin Wildlife Federation
   Midwest Representative of Sierra Club
   Great Lakes Commission

6. Draft Statement to CEQ - _____

   Final Statement to CEQ - _____

ii

WPSFOX007848

DRAFT
ENVIRONMENTAL STATEMENT

MAINTENANCE DREDGING AND CONTAINED DISPOSAL
OF DREDGE MATERIALS AT GREEN BAY HARBOR, WISCONSIN

## TABLE OF CONTENTS

| Subject | Page |
|---|---|
| PROJECT DESCRIPTION | 1 |
| | |
| Green Bay Navigation Project Prior to 1966 | 1 |
| Previous Dredging and Disposal Methods | 1 |
| History of the Green Bay Navigation Project | |
| from 1966 to Present | 1 |
| New Work and Maintenance Dredging | 2 |
| New Work | 2 |
| Maintenance | 3 |
| Proposed Project | 4 |
| Quantity and Duration of Dredging | 4 |
| Dredging Method | 4 |
| Location of Dredging | 4 |
| Type and Quality of Material to be Dredged | 4 |
| Dredge Scheduling | 4 |
| Disposal Site | 5 |
| Location | 5 |
| Present Condition and Proposed Use of Site | 5 |
| | |
| ENVIRONMENTAL SETTING WITHOUT THE PROJECT | 6 |
| | |
| Green Bay Location | 6 |
| Project Location | 6 |
| Water Flow, Green Bay - Fox River | 6 |
| Water Quality | 7 |
| Soil Type, Disposal Site | 8 |
| Sediment Analysis | 8 |
| Project Channel | 8 |
| Waste Disposal Facilities | 9 |
| Wetland Habitat | 9 |
| Disposal Site | 10 |
| Fly Ash Disposal | 10 |
| Dredged Material Disposal | 10 |
| Wetland | 11 |
| Areas Adjacent to the Disposal Site | 11 |
| Wildlife | 12 |
| Avian Fauna | 12 |
| Fish Resources | 13 |
| Mammals | 13 |

iii

WPSFOX007849

# TABLE OF CONTENTS (Cont'd)

Subject                                                                              Page

    Human Activities of Study Area                                  14
      Population                               14
      Port Activity                          14
      Industry                           14
      Land Use                           14
    History                               15

RELATIONSHIP OF THE PROPOSED ACTION TO LAND USE PLANS     15

THE PROBABLE ENVIRONMENTAL IMPACT OF THE PROPOSED ACTION
  ON THE ENVIRONMENT                       16

    General                             16
    Immediate Effect of Dredging                   16
    Turbidity                          16
      Effects of Turbidity on Aquatic Life      16
      Smothering Associated with Turbidity      17
    Current Opinions on Some Effects of Dredging    17
    Wetland Destruction                   17
    Secondary Impacts                  18
      Noise                         18
      Industrial Effluent               18
      Development Pressure            18
      Road Construction              18
      Land Value                 19
      Job Opportunities               19
    Historical or Archaeological Impacts       19

ANY PROBABLE ADVERSE ENVIRONMENTAL EFFECTS WHICH CANNOT
  BE AVOIDED                               19

    Sediment-Water Interface             19
    Benthic Disruptions                19
    Increased Levels of Turbidity         20
    Wetland Habitat Destruction           20

ALTERNATIVES TO THE PROPOSED ACTION          20

    No Action (Ceasing Dredging and Disposal)    20
    Partial Maintenance (Dredge to a Lesser Depth)    21
    Discontinue Dredging and Disposal until Other Sites
      are Secured                       21
    Dredge Alternatives                21
    Diking off Remaining 30 Acres of Established Site and
      Securing a New Site               21

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 5 of 27   Document 76-17

WPSFOX007850

TABLE OF CONTENTS (Cont'd)

| Subject | Page |
|---|---|
| Other Sites | 22 |
| Tower Drive Site | 22 |
| Open Lake Disposal of Polluted Dredgings with and without | |
| Advanced Waste Treatment | 23 |
| Controlling Sources of Sedimentation | 23 |
| | |
| THE RELATIONSHIP BETWEEN LOCAL SHORT-TERM USES OF MAN'S ENVIRONMENT | |
| AND THE MAINTENANCE AND ENHANCEMENT OF LONG-TERM PRODUCTIVITY | 24 |
| | |
| ANY IRREVERSIBLE AND IRRETRIEVABLE COMMITMENTS OF RESOURCES WHICH | |
| WOULD BE INVOLVED IN THE PROPOSED ACTION SHOULD IT BE | |
| IMPLEMENTED | 24 |
| | |
| Maintenance Dredging | 24 |
| The Effect of Continued Filling on the Ecosystem | 24 |
| Development Pressure | 25 |
| | |
| COORDINATION AND COMMENT AND RESPONSE | 25 |
| | |
| CITED LITERATURE | 26 |

## LIST OF APPENDIXES

### Title

| | | |
|---|---|---|
| A | Letters of Coordination | |
| | | |
| B | Maps and Illustrations | |
| | Hopper Dredge (Hydraulic) | B-1 |
| | Disposal Site | B-2 |
| | Lake Michigan Region & Fox-Wolf Drainage Area | B-3 |
| | Water Flow | B-4 |
| | Dredge Disposal Area | B-5 |
| | Conservatory Areas | B-6 |
| | Harbor & River Development | B-7 |
| | Grassy Island Disposal Site | B-8 |
| | Waterborne Commerce | B-9 |
| | | |
| C | Biota | |
| | Avifauna Iventory | C-1 |
| | Mammals | C-2 |
| | | |
| D | Sediment Analysis | |

v

WPSFOX007851

## GREEN BAY NAVIGATION PROJECT PRIOR TO 1966

1.01  The Federal navigation project for Green Bay, Wisconsin as it existed prior to 1966 was authorized by the Rivers and Harbors Act of 1866 and subsequent acts.  It provided for:

a.  An outer harbor entrance channel about 10 miles long and 22 feet deep, varying in width from 500 feet at the outer end to 300 feet at Grassy Island.  Certain widening and revetment construction was included;

b.  A channel in the Fox River 22 feet deep through the City of Green Bay up to the Chicago and North Western Railway bridge at river mile 3.3;

c.  A turning basin 22 feet deep at the mouth of the East River which enters the Fox River about a mile above the bay;

d.  A turning basin 20 feet deep above the Chicago and North Western Railway bridge; and

e.  A channel 3-1/2 miles long in the river 150 feet wide and 18 feet deep, from the Chicago and North Western Railway bridge to DePere, terminating in a turning basin.

## PREVIOUS DREDGING AND DISPOSAL METHODS

1.02  Dredging was normally accomplished by a dipper dredge.  Disposal was normally accomplished by loading barges with dredgings and towing them to open water areas in the Bay (primarily the dumping ground located approximately 3-1/2 miles northeast of Long Tail Point Light) where the sediments were then dumped.

## HISTORY OF THE GREEN BAY NAVIGATION PROJECT FROM 1966 TO PRESENT

1.03  The Rivers and Harbors Act of 1962 authorized improvements to the existing project as follows:

a.  Deepening the entrance channel in Green Bay to 26 feet for a distance of about 11-1/4 miles from that depth in the bay to Grassy Island, at channel widths of 500 feet from deep water to Long Tail Point Light, thence 300 feet to Grassy Island;

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 7 of 27   Document 76-17
WPSFOX007852

b. Deepening the entrance channel to 24 feet for a distance of 1.8 miles from Grassy Island to a point in the Fox River 0.5 miles upstream from the mouth, at the presently authorized channel width of 300 feet, thence deepening the Fox River to 24 feet for a distance of 3.2 miles to a point 1,700 feet upstream from the Chicago and North Western Railway bridge, at existing channel widths;

c. Dredging the authorized but unconstructed turning basin at the mouth of the East River to a depth of 24 feet for a maximum width of 1,000 feet; and

d. Eliminating the item of local cooperation required by the Rivers and Harbors Act of 2 March 1945 for a turning basin 22 feet deep at the mouth of the East River.

1.04  The authorization provided that local interests:

a. Provide without cost to the United States all lands, easements, and rights-of-way required for construction and subsequent maintenance of the project and for aids to navigation upon the request of the Chief of Engineers, including suitable areas determined by the Chief of Engineers to be required in the general public interest for initial and subsequent disposal of dredge materials and necessary retaining dikes, bulkheads, and embankments therefore or the costs of such retaining works;

b. Hold and save the United States free from damages due to the construction and maintenance of the improvements;

c. When and where necessary, provide and maintain depths between the new channel limits and terminal facilities commensurate with related project depths; and

d. Accomplish such alterations as required in sewer, water supply, drainage, and other utilities.


NEW WORK AND MAINTENANCE DREDGING

New Work

1.05  Dredging for the new work project commenced in 1966 and was completed in stages.  Under one contract which began in 1966, a hydraulic dredge was used from the mouth of the Fox River to Long Tail Point. The contract was completed in 1967.  The new work dredging from the river and the channel in the bay to Grassy Island were first bottom dumped into an 18 foot deep sump area which had been excavated east of the land disposal site in the bay, then, a pipeline dredge was used

2

WPSFOX007853

to pump the dredgings from the sump area to the original 400 acre "Green Bay Diked Disposal Area". This diked disposal site was furnished by the City of Green Bay for dredging disposal as a local cooperation requirement under the new work deepening project authorization. The new work dredgings from Grassy Island to Long Tail Point were used to construct dikes in open water to form the "Grassy Island Disposal Area". This site was never used for dredge disposal.

Maintenance

1.06  During 1970 some maintenance dredging was done by the dipper dredge "Kewaunee" around the dredge docking facilities at the "Green Bay diked Disposal Area". The previously used sump area was used to contain these dredgings. From 1969-1973 the government-owned hopper dredge "Markham" excavated from Long Tail Point bayward to the existing 26 foot depth in the bay, a distance of about eight miles. 1.6 million cubic yards of these dredgings which were unpolluted were disposed of in an established open water disposal area in the bay 7 miles bayward of the then existing entrance light. An additional 2.8 million cubic yards, about half of which were unpolluted were disposed of in the established "Green Bay Diked Disposal Area". The Corps was reimbursed $600,000 by the City of Green Bay for disposing of the unpolluted dredgings on the land disposal area. This was the differential between lake and land disposal.

1.07  During May to August 1973 the government-owned dipper dredge "Kewaunee" removed high spots along the channel areas. These new work dredgings were disposed of in the established open water disposal area. The new work deepening dredging was essentially completed in August 1973. During May-June 1973 and July-September 1974 the hopper dredge "Markham" performed maintenance dredging from the Mouth of the Fox River to Long Tail Point. These maintenance dredgings were disposed of in the established "Green Bay Diked Disposal Area". Under the diked disposal program authorized by PL 91-611, 1970, the City of Green Bay agreed to the continued use of the established site. During the summer of 1973 and early spring 1974, some maintenance dredging was done by contract in the Fox River at the Fort Howard turning basin where shoaling had become critical. Because of the limited amount of dredging required, they were disposed of in a small site along the Fox River. A portion of this contract included the cleaning out of the sump area in the bay where polluted maintenance dredgings had been previously dumped. The dredging performed in 1974 was coordinated with the U. S. Fish and Wildlife Service. During coordination, it was discovered that Forster's terns were nesting in the disposal area and it was agreed to delay disposal operations until 8 July 1974 and contain the material until 8 August 1974 at which time the terns would be sufficiently developed to escape destruction. In 1975, the dredging will be started early enough in the spring so as to discourage the terns from nesting in the disposal area.

3

WPSFOX007854

*Office File*

*6 ?*

GREEN BAY HARBOR, WISCONSIN

CONFINED DREDGE DISPOSAL AREA

SITE SELECTION STUDY


January 1976

GREEN BAY HARBOR, WISCONSIN

CONFINED DREDGE DISPOSAL AREA

SITE SELECTION STUDY

## Table of Contents

| Paragraph | Title | Page |
|---|---|---|
| 1 | Purpose of Report | 1 |
| 2 | Project Location | 1 |
| 3 | Waterborne Commerce | 1 |
| 4 | Existing Project | 1 |
| a. | Authorization | 1 |
| b. | Location | 1 |
| c. | Description | 2 |
| d. | Status | 2 |
| e. | Maintenance Requirements | 2 |
| 5 | Contained Disposal of Polluted Material | 2 |
| a. | Authorization | 2 |
| b. | Need for Containment at Green Bay | 2 |
| c. | Character of Dredged Materials | 3 |
| 6 | Previous Dredging and Disposal Methods | 3 |
| a. | Prior to 1966 | 3 |
| b. | Channel Deepening | 3 |
| c. | Recent Maintenance | 3 |

BC001217

# Table of Contents (Cont'd)

| Paragraph | | Title | Page |
|-----------|----|-------|------|
| 7 | | Proposed Future Dredging | 4 |
| | a. | Methods | 4 |
| | b. | Maintenance Dredging Volumes | 4 |
| | c. | Private Dredging | 4 |
| | d. | Containment Area Volumes | 4 |
| 8 | | Coordination | 4 |
| | a. | Previous Coordination | 4 |
| | b. | Future Coordination | 5 |
| 9 | | Required Local Cooperation | 5 |
| 10 | | Plans Investigated | 6 |
| | a. | General | 6 |
| | b. | Near Shore Island Site | 6 |
| | c. | Bayport | 7 |
| | d. | Frying Pan | 11 |
| | e. | Cat Island | 12 |
| | f. | Combination Plan | 13 |
| 11 | | Other Sites Discussed | 14 |
| | a. | General | 14 |
| | b. | Upland Site | 14 |
| | c. | Off-Shore Island | 14 |
| | d. | A Series of Off-Shore Islands | 14 |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 12 of 27   Document 76-17

BC001218

# Table of Contents (Cont'd)

| Paragraph | | Title | Page |
|---|---|---|---|
| 11 | | | |
| | e. | Marshland Development | 14 |
| | f. | Peninsula Adjacent to the Bayport Area | 15 |
| | g. | Restoration of Long Tail Point | 15 |
| | h. | Regional Disposal Area | 15 |
| 12 | | Cost Comparisons | 15 |
| | a. | Dredging Costs | 15 |
| | b. | Construction Costs | 15 |
| | c. | Total Annual Cost of Utilizing Disposal Areas | 16 |
| 13 | | Cost Allocation | 17 |
| 14 | | Contribution by Local Interests | 17 |
| 15 | | Discussion | 17 |

## TABLES

| No. | Title | Page |
|---|---|---|
| 1 | Estimated Construction Costs and Annual Charges | 16 |
| 2 | Total Annual and Unit Costs | 16 |

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 13 of 27   Document 76-17

BC001219

# PLATES

| Number | Title |
|---|---|
| 1 | Green Bay Harbor, Wisconsin |
| 2 | Investigated Sites |
| 3 | Near Shore Island |
| 4 | Bayport Plan 1 |
| 5 | Bayport Plan 2 |
| 6 | Frying Pan |
| 7 | Cat Island |
| 8 | Combination |
| 9 | Other Sites |

## APPENDICES

| A | Section 123, PL 91-611 |
|---|---|
| B | Report on Degree of Pollution of Bottom Sediments in Green Bay Harbor |
| C | Hydraulics Analysis |
| D | Cost Estimates |
| E | Photographs of Sites |

iv

BC001220

1.  PURPOSE OF REPORT:  This report presents the results of analyses of the engineering, operational and environmental aspects of the various proposals and sites suggested for construction of a dredged material disposal area to contain the polluted dredgings from the Federal Navigation Project at Green Bay Harbor, Wisconsin.  The report will serve as the basis for recommending a plan for containing the polluted dredgings from maintenance of this harbor.

2.  PROJECT LOCATION:  Green Bay, Wisconsin, is located at the mouth of the Fox River on the southern end of Green Bay, a major arm of Lake Michigan.  The population of Green Bay is 87,809, according to the 1970 U. S. Census Bureau figures with 158,244 people residing in the Brown County area.  The Brown County Planning Commission projects the county's population at 229,000 by the year 1985.  The city is the commercial center for northeastern Wisconsin and a major manufacturing center of paper and paper products.

3.  WATERBORNE COMMERCE:  The total tonnage moving through Green Bay Harbor has been relatively stable from 1962 to 1973.  The highest tonnage during this 12-year period was 2,875,000 tons recorded in 1967, the lowest was 2,366,000 tons in 1963, and the average was about 2,650,000 tons.  A pipeline completed in 1962 reduced the 1962-1973 petroleum tonnage by 700,000 tons, from the levels recorded during the period from 1951-1961.  Growth in limestone and cement tonnage, for the most part, has offset slight decreases in other traffic.  The 1974 tonnage composition was as follows:  (1) coal, 63 percent; (2) petroleum products, 9 percent; (3) cement, 11 percent; (4) limestone, 6 percent; and (5) other, 11 percent.  In 1974 231 inbound and 82 outbound vessels had drafts of 19 feet to 26 feet and over 40 percent of these vessels had drafts exceeding 22 feet.  Although over 95 percent of the tonnage moving through the harbor is inbound, the outbound represents the highest unit value commerce.  The vessels presently servicing the harbor require the channel depths up to those noted in the authorized project.

4.  EXISTING PROJECT:

    a.  Authorization:  The existing Federal Navigation Project was authorized by the River and Harbor Act of 1866 and subsequent Acts.

    b.  Location:  The Green Bay Harbor Navigation Project is located in the southern portion of Green Bay at the mouth of the Fox River.  This area constitutes the terminus of an extensive midwestern drainage system.  This system is the Fox River watershed, which drains 6,433 square miles, and the Wolf River watershed which drains 3,782 square miles.  The investigated sites for the disposal of dredged material are located near the City of Green Bay, Wisconsin.

BC001221

c. Description: The authorizing Acts provided for: (1) An outer harbor entrance channel about 11-1/4 miles long and 26 feet deep, varying in width from 500 feet at the outer end to 300 feet at Grassy Island; (2) a channel in the Fox River 24 feet deep through the City of Green Bay up to the Chicago and North Western Railway bridge at river mile 3.3; (3) a turning basin 24 feet deep at the mouth of the East River which enters the Fox River about a mile above the bay; (4) a turning basin 20 feet deep above the Chicago and North Western Railway bridge; and (5) a channel 3-1/2 miles long in the river 150 feet wide and 18 feet deep, from the Chicago and North Western Railway bridge to DePere, terminating in a turning basin.

d. Status: The project was completed in 1973, except for the inactive portion which consists of dredging from 150 feet downstream of the C & N.W. Ry. bridge through and to 1,700 feet upstream of the bridge.

e. Maintenance Requirements: Past experience indicates that about 140,000 cubic yards of sediment must be removed annually from the navigation channels to maintain authorized channel depths. This dredging previously was accomplished with both hopper and dipper dredges.

5. CONTAINED DISPOSAL OF POLLUTED MATERIAL:

a. Authorization: Section 123 of the River and Harbors Act of 1970 (PL 91-611) authorized the construction, operation and mainten- ance of contained dredge disposal facilities of sufficient capacity for a period not to exceed 10 years, for materials classified as polluted by the Administrator, U. S. Environmental Protection Agency. Under this program the cost of construction and maintenance is pri- marily borne by the Federal Government with local interests required to provide rights-of-way and certain assurances. The design capacity is based on an estimate of the total amount of polluted material which will be dredged in a particular harbor for a period of 10 years. A copy of Section 123 of PL 91-611 is attached as Appendix A.

b. Need for Containment at Green Bay: The former Federal Water Pollution Control Administration (FWPCA) which is now known as the Environmental Protection Agency classified the bottom sediments of this harbor as moderately polluted in the entrance channel north of the angle light at Mile 5, with the remainder of the sediments in the entrance channel south of this point and the Fox River from DePere to its mouth as heavily polluted. None of the sediments are suitable for open water disposal in Green Bay or Lake Michigan. The FWPCA report dated May 1970 showing analysis of the bottom samples taken on 9 July 1969 is included as Appendix B.

2

BC001222

    c. Character of Dredged Material: Sediments are red to brown clayey silts, heavily polluted with municipal and industrial sewage wastes and have a sewage odor.

6. PREVIOUS DREDGING AND DISPOSAL METHODS:

    a. Prior to 1966: Dredging was normally accomplished by a dipper dredge. Disposal was normally accomplished by loading barges with dredgings and towing them to open water areas in the Bay (primarily the dumping ground located approximately 1-1/8 miles northeast of Long Tail Point Light) where the sediments were then dumped.

    b. Channel Deepening: Dredging for channel deepening commenced in 1966 and was completed in stages. Under one contract which began in 1966, a hydraulic dredge was used from the mouth of the Fox River to Long Tail Point. The contract was completed in 1967. The new work dredgings from the river and the channel in the Bay to Grassy Island were first bottom dumped into an 18-foot deep sump area which had been excavated east of the land disposal site in the Bay, then, a pipeline dredge was used to pump the dredgings from the sump area to the original 400 acre "Green Bay Diked Disposal Area" (Bayport area). This diked disposal site was furnished by the City of Green Bay for dredging disposal as a local cooperation requirement under the new work deepening project authorization. The new work dredgings from Grassy Island to Long Tail Point were used to construct dikes in open water to form the "Grassy Island Disposal Area". This site was never used for dredge disposal. One million two hundred thousand cubic yards of these dredgings which were unpolluted were disposed of in an established open water disposal area in the Bay 7 miles bayward of the then existing entrance light. An additional 2.3 million cubic yards, about half of which were unpolluted were disposed of in the established "Green Bay Diked Disposal Area". The Corps was reimbursed $600,000 by the City of Green Bay for disposing of the unpolluted dredgings on the land disposal area. This was the differential between lake and land disposal. During May to August 1973 the Government-owned dipper dredge "Kewaunee" removed high spots along the channel areas. These new work dredgings were disposed of in the established open water disposal area. The new work deepening dredging was essentially completed in August 1973.

    c. Recent Maintenance: During 1970 some maintenance dredging was done by the dipper dredge "Kewaunee" around the dredge docking facilities at the "Green Bay Diked Disposal Area". The previously used sump area was used to contain these dredgings. From 1969-1975 the Government-owned hopper dredge "Markham" excavated from Long Tail Point bayward to the existing 26 foot depth in the Bay, a distance of about eight miles. During 1973, 1974 and 1975 the hopper dredge "Markham" performed maintenance dredging from the Mouth of the Fox River to Long Tail Point. These maintenance dredgings were disposed of in the established "Green Bay Diked Disposal Area". Under the

Case 1:10-cv-00910-WCG    Filed 01/05/11    Page 17 of 27    Document 76-17
BC001223

diked disposal program authorized by PL 91-611, 1970, the City of
Green Bay agreed to the continued use of the established site.
During the summer of 1973 and early spring 1974, some maintenance
dredging was done by contract in the Fox River at the Fort Howard
turning basin where shoaling had become critical. Because of the
limited amount of dredging required, they were disposed of in a
small site along the Fox River. A portion of this contract in-
cluded the cleaning out of the sump area in the bay where polluted
maintenance dredgings had been previously dumped.

7. PROPOSED FUTURE DREDGINGS:

a. Methods: Future dredging is generally expected to be per-
formed with a Government-owned hopper dredge. The side pumpout
capability of the hopper dredge will be used to place the dredged
material into the disposal area. It is expected that a Government-
owned dipper dredge will occasionally be required to clean up areas
not readily accessible to the hopper dredge. At these times, me-
chanical or hydraulic rehandling will be required to transport the
dredged material from the scows into the disposal area.

b. Maintenance Dredging Volumes: Based on past experience, it
is anticipated that approximately 140,000 cubic yards of sediments
must be dredged annually to maintain project depths at this harbor.
Therefore, over the 10-year period of this program, about 1,400,000
cubic yards of material must be dredged and confined.

c. Private Dredging: Private (Permit) dredging is expected to
total about 100,000 cubic yards of material in the ten-year period.
Permittees will be advised that disposal must be in a suitable con-
fined area because of the polluted classification of the bottom
materials and will be offered use of the proposed disposal facility
at a fee per cubic yard, based on the proportional share of the cost
of the containment structure. The permittees will probably request
use of the disposal facility because of the expected unavailability
of suitable disposal areas. A sufficient capacity has, therefore,
been allowed for all of the expected permit dredging.

d. Containment Area Volumes: The total capacity required to
contain 10 years of dredging is 1,500,000 cubic yards.

8. COORDINATION:

a. Previous coordination: Various proposals and sites have
been discussed with the City of Green Bay, the Green Bay Redevelop-
ment Authority, Brown County Port Commission, Brown County Planning
Commission, Wisconsin Department of Natural Resources, U. S. Fish
and Wildlife, U. S. Environmental Protection Agency, and other
interested agencies and organizations.

4

BC001224

FINAL

ENVIRONMENTAL IMPACT STATEMENT


MAINTENANCE DREDGING AND

CONTAINED DISPOSAL OF DREDGED

MATERIALS AT GREEN BAY HARBOR, WISCONSIN


DEPARTMENT OF THE ARMY
CHICAGO DISTRICT, CORPS OF ENGINEERS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604


MAY 1976

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 19 of 27   Document 76-17

GB-DP0003556

MAINTENANCE DREDGING AND CONTAINED

DISPOSAL OF DREDGE MATERIAL AT

GREEN BAY HARBOR, WISCONSIN

( )   Draft                 (X)    Final Environmental
                                         Statement

Responsible Office:                  Col. Andrew C. Remson, Jr.
                                       District Engineer

                                       US Army Engineer District,
                                       Chicago
                                       219 S. Dearborn 312-353-6400
                                       Chicago, Illinois 60604

1.   Name of Action:          (X) Administrative    ( ) Legislative

2.   Description of Action

    The proposed project includes continued maintenance dredging of
    the Green Bay Navigation Project and disposal of the approximately
    300,000 cubic yards of maintenance dredgings in the established
    "Green Bay Diked Disposal Area" up to 1977. After 1977, a new site will
    be used and an EIS on this new site will be prepared. No dredging is
    scheduled for 1976.

3.   (A)   Environmental Impacts:

    These impacts include: alteration of bottom sediments; disturbance
    of bottom dwelling organisms; temporary increase of turbidity
    levels; conversion of a wetland to a terrestrial environment
    suitable for commercial development; displacement of wildlife and
    plants; noise. Potential secondary impacts include: industrial
    effluent, perpetuation of industrial zoning; road construction;
    change in land values.

    (B)   Adverse Environmental Impacts :

    The adverse impacts include: physical alteration of the sediment-
    water interface in the channel and adjacent areas; destruction
    or displacement of pollution-tolerant organisms inhabiting channels
    and adjacent areas; resuspension of polluted sediments with its
    resultant impacts; conversion of a disturbed wetland to a terrestrial
    environment resulting in destruction of habitat and destruction and
    displacement of wildlife.

i

GB-DP0003557

4. <u>Alternatives To The Proposed Action</u>:

Potential alternatives to the proposed action include: (A) No action; (B) Dredge to a lesser depth; (C) Discontinue dredging and disposal until other sites are secured; (D) Dredge alternatives; (E) Diking off remaining acreage of established disposal site and securing a new site; (F) Other sites; (G) Open lake disposal of polluted dredgings with or without advanced waste treatment.

5. <u>Comments Received</u>:

Advisory Council on Historic Preservation
Environmental Protection Agency
United States Department of Interior
U.S. Department of Commerce
U.S. Department of Agriculture Soil Conservation Service
U.S. Department of Transportation
    United States Coast Guard
State of Wisconsin
    Department of Natural Resources
    Department of Business Development
    State Historical Society of Wisconsin
Green Bay Brown County Planning Commission
City of Green Bay
    Industrial Development Authority

6. <u>Draft Statement to CEQ</u> - <u>   18 April 1975   </u>

<u>Final Statement to CEQ</u> - <u>   10 November 1976   </u>

ii

GB-DP0003558

FINAL
ENVIRONMENTAL STATEMENT

MAINTENANCE DREDGING AND CONTAINED DISPOSAL
OF DREDGE MATERIALS AT GREEN BAY HARBOR, WISCONSIN

## TABLE OF CONTENTS

| Subject | Page |
|---|---|
| PROJECT DESCRIPTION | 1 |
| Green Bay Navigation Project Prior to 1966 | 1 |
| Previous Dredging and Disposal Methods | 1 |
| History of the Green Bay Navigation Project from 1966 to Present | 1 |
| New Work and Maintenance Dredging | 2 |
| New Work | 2 |
| Maintenance | 3 |
| Proposed Project | 4 |
| Quantity and Duration of Dredging | 4 |
| Dredging Method | 4 |
| Location of Dredging | 4 |
| Type and Quality of Material to be Dredged | 4 |
| Dredge Scheduling | 4 |
| Disposal Site | 5 |
| Location | 5 |
| Present Condition and Proposed Use of Site | 5 |
| ENVIRONMENTAL SETTING WITHOUT THE PROJECT | 6 |
| Green Bay Location | 6 |
| Project Location | 6 |
| Water Flow, Green Bay - Fox River | 7 |
| Water Quality | 7 |
| Soil Type, Disposal Site | 8 |
| Sediment Analysis | 8 |
| Project Channel | 8 |
| Waste Disposal Facilities | 9 |
| Wetland Habitat | 9 |
| Disposal Site | 10 |
| Fly Ash Disposal | 10 |
| New Work Excavation Disposal | 10 |
| Maintenance Dredging Disposal | 11 |
| Areas Adjacent to the Disposal Site | 11 |
| Wildlife | 12 |
| Avian Fauna | 12 |
| Fish Resources | 13 |
| Mammals | 14 |

iii

GB-DP0003559

TABLE OF CONTENTS (Cont'd)

| Subject | Page |
|---|---|
| Human Activities of Study Area | 14 |
| Population | 14 |
| Port Activity | 14 |
| Industry | 15 |
| Land Use | 15 |
| RELATIONSHIP OF THE PROPOSED ACTION TO LAND USE PLANS | 16 |
| THE PROBABLE ENVIRONMENTAL IMPACT OF THE PROPOSED ACTION ON THE ENVIRONMENT | 16 |
| General | 16 |
| Immediate Effect of Dredging | 16 |
| Turbidity | 17 |
| Effects of Turbidity on Aquatic Life | 17 |
| Smothering Associated with Turbidity | 17 |
| Current Opinions on Some Effects of Dredging | 17 |
| Habitat Destruction | 18 |
| Secondary Impacts | 18 |
| Noise | 18 |
| Industrial Effluent | 18 |
| Development Pressure | 19 |
| Road Construction | 19 |
| Land Value | 19 |
| Job Opportunities | 19 |
| Historical or Archaeological Impacts | 19 |
| ANY PROBABLE ADVERSE ENVIRONMENTAL EFFECTS WHICH CANNOT BE AVOIDED | 20 |
| Sediment-Water Interface | 20 |
| Benthic Disruptions | 20 |
| Increased Levels of Turbidity | 20 |
| Habitat Destruction | 20 |
| ALTERNATIVES TO THE PROPOSED ACTION | 21 |
| No Action (Ceasing Dredging and Disposal) | 21 |
| Partial Maintenance (Dredge to a Lesser Depth) | 21 |
| Discontinue Dredging and Disposal until Other Sites are Secured | 21 |
| Dredge Alternatives | 22 |
| Diking off Remaining 30 Acres of Established Site and Securing a New Site | 22 |

iv

# TABLE OF CONTENTS (Cont'd)

| Subject | Page |
|---|---|
| Other Sites | 23 |
| Tower Drive Site | 23 |
| Open Lake Disposal of Polluted Dredgings with and without Advanced Waste Treatment | 23 |
| THE RELATIONSHIP BETWEEN LOCAL SHORT-TERM USES OF MAN's ENVIRONMENT AND THE MAINTENANCE AND ENHANCEMENT OF LONG-TERM PRODUCTIVITY | 24 |
| ANY IRREVERSIBLE AND IRRETRIEVABLE COMMITMENTS OF RESOURCES WHICH WOULD BE INVOLVED IN THE PROPOSED ACTION SHOULD IT BE IMPLEMENTED | 24 |
| Maintenance Dredging | 24 |
| The Effect of Continued Filling on the Ecosystem | 25 |
| Development Pressure | 25 |
| COORDINATION AND COMMENT AND RESPONSE | 25 |
| CITED LITERATURE | 46 |

## LIST OF APPENDIXES

| | Title | Page |
|---|---|---|
| A | Letters of Coordination Received Prior to Coordination of the Draft EIS | A-1 |
| B | Maps and Illustrations | B-1 |
| | Hopper Dredge | B-1 |
| | Map of Project and Disposal Area | B-2 |
| | Currents | B-3 |
| | Bayport (Existing) | B-4 |
| C | Biota | |
| | Avifauna | C-1 |
| D | Sediment Analysis | D-1 |
| E | Letters of Comment on Draft EIS | E-1 |

v

GB-DP0003561

## GREEN BAY NAVIGATION PROJECT PRIOR TO 1966

1.01  The Federal navigation project for Green Bay, Wisconsin as it existed prior to 1966 was authorized by the Rivers and Harbors Act of 1866 and subsequent acts. It provided for:

a.  An outer harbor entrance channel about 10 miles long and 22 feet deep, varying in width from 500 feet at the outer end to 300 feet at Grassy Island. Certain widening and revetment construction was included;

b.  A channel in the Fox River 22 feet deep through the City of Green Bay up to the Chicago and North Western Railway bridge at river mile 3.3;

c.  A turning basin 22 feet deep at the mouth of the East River which enters the Fox River about a mile above the bay;

d.  A turning basin 20 feet deep above the Chicago and North Western Railway bridge; and

e.  A channel 3-1/2 miles long in the river 150 feet wide and 18 feet deep, from the Chicago and North Western Railway bridge to DePere, terminating in a turning basin.

## PREVIOUS DREDGING AND DISPOSAL METHODS

1.02  Dredging was normally accomplished by a dipper dredge. Disposal was normally accomplished by loading barges with dredgings and towing them to open water areas in the Bay (primarily the dumping ground located approximately 3-1/2 miles northeast of Long Tail Point Light) where the sediments were then dumped.

## HISTORY OF THE GREEN BAY NAVIGATION PROJECT FROM 1966 TO PRESENT

1.03  The River and Harbor Act of 1962 authorized improvements to the existing project as follows:

a.  Deepening the entrance channel in Green Bay to 26 feet for a distance of about 11-1/4 miles from that depth in the bay to Grassy Island, at channel widths of 500 feet from deep water to Long Tail Point Light, thence 300 feet to Grassy Island;

1

GB-DP0003562

b. Deepening the entrance channel to 24 feet for a distance of 1.8 miles from Grassy Island to a point in the Fox River 0.5 miles upstream from the mouth, at the presently authorized channel width of 300 feet, thence deepening the Fox River to 24 feet for a distance of 3.2 miles to a point 1,700 feet upstream from the Chicago and North Western Railway bridge, at existing channel widths;

c. Dredging the authorized but inacting turning basin at the mouth of the East River to a depth of 24 feet for a maximum width of 1,000 feet; and

d. Eliminating the item of local cooperation required by the River and Harbor Act of 2 March 1945 for a turning basin 22 feet deep at the mouth of the East River (Appendix B-2).


1.04 The authorization provided that local interests:

a. Provide without cost to the United States all lands, easements, and rights-of-way required for construction and subsequent maintenance of the project and for aids to navigation upon the request of the Chief of Engineers, including suitable areas determined by the Chief of Engineers to be required in the general public interest for initial and subsequent disposal of dredge materials and necessary retaining dikes, bulkheads, and embankments therefore or the costs of such retaining works;

b. Hold and save the United States free from damages due to the construction and maintenance of the improvements;

c. When and where necessary, provide and maintain depths between the new channel limits and terminal facilities commensurate with related project depths; and

d. Accomplish such alterations as required in sewer, water supply, drainage, and other utilities.


NEW WORK AND MAINTENANCE DREDGING

New Work

1.05 Dredging for the new work project commenced in 1966 and was completed in stages. Under the contract which began in 1966, a hydraulic dredge was used from the mouth of the Fox River to Long Tail Point. The contract was completed in 1967. The new work dredging from the river and the channel in the bay to Grassy Island were first bottom dumped into an 18 foot deep sump area which had been excavated east of the land disposal site in the bay, then, a pipeline dredge was used

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 26 of 27   Document 76-13

GB-DP0003563

to pump the dredgings from the sump area to the original 400 acre "Green Bay Diked Disposal Area". This diked disposal site was furnished by the City of Green Bay for dredging disposal as a local cooperation requirement under the new work deepening project authorization. The new work dredgings from Grassy Island to Long Tail Point were used to construct dikes in open water to form the "Grassy Island Disposal Area" although this site was never used for dredge disposal.


Maintenance

1.06  From 1969-1973 the government-owned hopper dredge "Markham" excavated from Long Tail Point bayward to the existing 26 foot depth in the bay, a distance of about eight miles. 1.2 million cubic yards of these dredgings which were unpolluted were disposed of in an established open water disposal area in the bay 7 miles bayward of the then existing entrance light. An additional 2.3 million cubic yards, about half of which were unpolluted were disposed of in the established "Green Bay Diked Disposal Area". The Corps was reimbursed $600,000 by the City of Green Bay for disposing of the unpolluted dredgings on the land disposal area. This was the differential between lake and land disposal. During May to August 1973 the government-owned dipper dredge "Kewaunee" removed high spots along the channel areas. These new work dredgings were disposed of in the established open water disposal area. The new work deepening was essentially completed in August 1973.


1.07  During 1970 some maintenance dredging was done by the dipper dredge "Kewaunee" around the dredge docking facilities at the "Green Bay Diked Disposal Area". The previously used sump area was used to contain these dredgings. During 1973, 1974 and 1975 the hopper dredge "Markham" performed maintenance dredging from the Mouth of the Fox River to Long Tail Point. These maintenance dredgings were disposed of in the established "Green Bay Diked Disposal Area". Under the diked disposal program authorized by PL 91-611, 1970, the City of Green Bay agreed to the continued use of the established site. During the summer of 1973 and early spring 1974, some maintenance dredging was done by contract in the Fox River at the Fort Howard turning basin where shoaling had become critical. Because of the limited amount of dredging required, they were disposed of in a small site along the Fox River. A portion of this contract included the cleaning out of the sump area in the bay where polluted maintenance dredgings had been previously dumped. The dredging performed in 1974 was coordinated with the U. S. Fish and Wildlife Service. During coordination, it was discovered that Forster's terns (Sterna forsteri) were nesting in the disposal area and it was agreed to delay disposal operations until 8 July 1974 and contain the material until 8 August 1974 at which time the terns would be sufficiently developed to escape destruction. In 1975, the dredging was started early enough in the spring so as to discourage the terns from nesting in the disposal area. During the spring of 1975 approximately 200,000 cubic yards of dredgings were removed from the project by a hopper dredge and were disposed of in the manner specified by the Fish and Wildlife Service, to discourage terns from returning to the area.

3

Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 27 of 27   Document 76-13
GB-DP0003564