IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

GREEN BAY DIVISION

---

APPLETON PAPERS, INC., and
NCR CORPORATION,

        Plaintiffs,

        vs.                Case No. 2:08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

        Defendants.

---

Deposition of TOM VAN DEURZEN

Thursday, March 12th, 2009

9:01 a.m.

at

DAVIS & KUELTHAU, S.C.
318 South Washington Street
Green Bay, Wisconsin

Reported by Rosanne E. Pezze, RPR/CRR

## Page 2

```
 1          Deposition of TOM VAN DEURZEN, a witness in
 2     the above-entitled action, taken at the instance of
 3     the Plaintiffs, pursuant to the Federal Rules of
 4     Civil Procedure, pursuant to Notice, before Rosanne
 5     E. Pezze, RPR/CRR and Notary Public, State of
 6     Wisconsin, at 318 South Washington Street, Green Bay,
 7     Wisconsin, on the 12th day of March, 2009, commencing
 8     at 9:01 a.m. and concluding at 11:07 a.m.
 9     A P P E A R A N C E S:
10          SIDLEY AUSTIN, LLP, by
               Mr. Eric W. Ha
11             One South Dearborn Street
               Chicago, Illinois  60603
12             Appeared on behalf of Plaintiff NCR
               Corporation.
13
               HERMES LAW, LTD., by
14             Mr. Anthony J. Steffek
               333 Main Street, Suite 601
15             Green Bay, Wisconsin  54301
               Appeared on behalf of Plaintiff Appleton
16             Papers, Inc.
17          REINHART BOERNER VAN DEUREN, S.C., by
               Mr. Steven P. Bogart
18             1000 North Water Street, Suite 1700
               Milwaukee, Wisconsin  53202
19               -and-
            HAYNSWORTH SINKLER BOYD, P.A., by
20             Mr. Thomas R. Gottshall
               1201 Main Street, Suite 2200
21             Columbia, SC  29201
               Appeared by phone on behalf of the
22             Defendant U.S. Paper Mills.
23          BALLARD SPAHR ANDREWS & INGERSOLL, LLP, by
               Mr. Caleb J. Holmes
24             1735 Market Street, 51st Floor
               Philadelphia, Pennsylvania  19103-7599
25             Appeared on behalf of Defendant P.H.
```

## Page 3

```
 1          QUARLES & BRADY LLP, by
               Mr. William H. Harbeck
 2             411 East Wisconsin Avenue, Suite 2040
               Milwaukee, Wisconsin  53202
 3             Appeared on behalf of Defendant WTM I
               Company.
 4
            JOHNSON & BELL, LTD., by
 5             Mr. Daniel C. Murray
               33 West Monroe Street, Suite 2700
 6             Chicago, Illinois  60603-5404
               Appeared by phone on behalf of Defendant
 7             NewPage Wisconsin System, Inc.
 8          von BRIESEN & ROPER, S.C., by
               Ms. Kelly Noyes
 9             411 East Wisconsin Avenue, Suite 700
               Milwaukee, Wisconsin  53202-4427
10             Appeared by phone on behalf of Defendant
               CBC Coating, Inc.
11
            LATHAM & WATKINS, LLP, by
12             Ms. Margrethe Kearney
               233 South Wacker Drive, Suite 5800
13             Chicago, Illinois  60606
               Appeared by phone on behalf of Defendants
14             Georgia-Pacific Consumer Products LP,
               Georgia-Pacific LLC, Fort James Operating
15             Company and Fort James Corporation.
16          STAFFORD ROSENBAUM, LLP, by
               Mr. Richard C. Yde
17             222 West Washington Avenue, Suite 900
               P.O. Box 1784
18             Madison, Wisconsin  53701-1784
               Appeared on behalf of Defendant the City of
19             DePere.
20          HUNSUCKER GOODSTEIN & NELSON, PC, by
               Mr. Erik S. Mroz
21             21800 Oxnard Street, Suite 780
               Woodland Hills, California  91367
22             Appeared on behalf of Defendant Menasha
               Corporation.
23
24
25
```

## Page 4

```
 1     UNITED STATES DEPARTMENT OF JUSTICE
       ENVIRONMENTAL & NATURAL RESOURCES DIVISION,
 2     by
          Mr. Matthew Oakes
 3        P.O. Box 23986
          Washington, DC  20026-3986
 4        Appeared by phone on behalf of the United
          States Army Corps of Engineers and
 5        Third-Party Defendant United States of
          America.
 6
 7
 8
 9            I N D E X
10     EXAMINATION                         PAGE
11     By Mr. Ha. . . . . . . . . . . . . . 5, 94
       By Mr. Steffek. . . . . . . . . . . 83, 95
12     By Mr. Yde. . . . . . . . . . . . . .96
13
14
15            E X H I B I T S
16     EXHIBIT NO.              PAGE NUMBER
17
18
19       (There were no exhibits marked.)
20
21
22
23
24
25
```

## Page 5

```
 1           TRANSCRIPT OF PROCEEDINGS
 2           TOM VAN DEURZEN, having been first duly
 3     sworn on oath, was examined and testified as follows:
 4           E X A M I N A T I O N
 5     BY MR. HA:
 6     Q   Good morning, Mr. Van Deurzen.
 7     A   Good morning.
 8     Q   Would you state your full name for the record and
 9         spell your last name, please.
10     A   Tom Van Deurzen, V-A-N-D-E-U-R-Z-E-N.
11     Q   Thank you.  What's your current address?
12     A   1838 Partridge Road, De Pere.
13     Q   How long have you been at that address?
14     A   Thirteen years.
15     Q   Do you have any plans to move from that address in
16         the near future?
17     A   No.
18     Q   And do you live at that address year-round?
19     A   Yes.
20     Q   Have you ever been deposed before?
21     A   Yes.
22     Q   How many times?
23     A   Twice.
24     Q   When was the first time?
25     A   I don't recall.  In the '70s.
```

Page 26

1 could be used for anything else other than making
2 cores?
3 A  I don't know.
4 Q  Okay.  So you don't know if those -- if the stock
5    that was made at the mill could have been used to
6    make cans, for example?
7 A  I don't know.
8 Q  Or any other types of food packaging materials?
9 A  I don't know.
10 Q  Do you recall who U.S. Paper's customers for the
11    paperboard stock were?
12 A  Back in the '70s, American Can, Fort Howard, Pulp &
13    Talbot, Wisconsin Tissue.  That's what I recall.
14 Q  Do you recall Malt-O-Meal Company being a customer?
15 A  No.
16 Q  What about A. Sturm & Son?
17 A  Yes.
18 Q  What about Westvaco?
19 A  No.
20 Q  International Paper?
21 A  I do not recall International Paper back then, but
22    currently there's International Paper.
23 Q  Do you recall any other paper mills that were located
24    on the Fox River being customers of U.S. Paper in the
25    1970s?

Page 27

1 A  Nicolet and Bergstrom.  That's it.
2 Q  And do you have any recollection about what those
3    customers would have used the stock to make?
4 A  Nicolet, when I drove truck, I'd deliver them cores
5    from a different department that we made, and they
6    would use them to wrap their paper on.  Same thing at
7    Bergstrom.  I believe it was called Glatfelter back
8    then, I think.  Maybe I'm wrong.
9 Q  Okay.  You said also that the case liners or slip
10    liners or sheets were made at the mill?
11 A  Yes.
12 Q  And just so I'm clear, were case liners and slip
13    sheets, is that the same term -- different terms for
14    the same thing?
15 A  Yes.  Just would be the size of the sheet that was
16    different in those two applications.
17 Q  And those were used as liner in packaging?
18 A  Yes.
19 Q  And I think you said they were used as liners of
20    packaging of like tissue or paper products?
21 A  The case liner was, yes.
22 Q  Could slip sheets be used for lining something else?
23 A  The slip sheets that I recall we sold to a company, a
24    can company, and they would manufacture cans, empty
25    cans before they went to the canning companies.  And

Page 28

1    they'd put a layer on a skid, and a sheet of paper,
2    another layer of cans, a sheet of paper, and they'd
3    stack them like that.  That's what I recall being
4    used for the slip sheet.
5 Q  Do you remember what customer that was for?
6 A  National Can.
7 Q  Were there any other types of finished paperboard
8    products that were manufactured at the mill?
9 A  No.
10 Q  Other than the cores?
11 A  Correct.
12 Q  And you said that was a different department?
13 A  Yes.
14 Q  Was that located in De Pere?
15 A  Yes.
16 Q  What was that department called?
17 A  Coring department.
18 Q  Do you recall who was in charge of that department?
19 A  Pete Lemons.
20 Q  Was there a machine that converted the core stock
21    into the cores?
22 A  Yes.
23 Q  Did that machine have a name?
24 A  Core machine.
25 Q  Core machine.  Do you recall any employees that

Page 29

1    worked in the core department other than Pete Lemons?
2 A  No.
3 Q  Did anyone at U.S. Paper keep track of the customers
4    who purchased products from the mill?
5 A  I don't know.
6 Q  You said you vaguely recalled there might have been
7    like a sales department at the mill?
8 A  Yes.
9 Q  To the best of your knowledge would they have been
10    the ones to keep track of that information?
11 A  I don't know.
12 Q  To the best of your knowledge were -- well, strike
13    that.
14         Was there a department or an
15    individual at the mill that would have received
16    customer complaints or concerns about the products
17    that were purchased from the mill?
18 A  I'm sure someone did, but I don't know who it would
19    be.
20 Q  Do you recall ever hearing about customer complaints
21    or concerns about the products?
22 A  Yes.
23 Q  What do you remember hearing?
24 A  When I was a truck driver, that I didn't arrive at
25    the right time.

8 (Pages 26 to 29)

Page 30

1  Q  Anything else?
2  A  No.
3  Q  Okay. Based on your time at the De Pere mill, are
4     you generally aware of how the paperboard and the
5     paperboard products were manufactured at the mill in
6     the 1970s?
7  A  No.
8  Q  Did you have occasion to see the work that was going
9     on at the mill --
10 A  No.
11 Q  -- in the 1970s?
12 A  Other than my department, no.
13 Q  So you never saw, for example, the pulper?
14 A  I saw it as I'd drive by it, but that's -- that was
15    the most.
16 Q  Did you ever talk to people who worked in the pulper?
17 A  Sure.
18 Q  Did you ever talk about the pulping operations?
19 A  No.
20 Q  Did you ever have occasion to see the paper machine
21    working?
22 A  Yes.
23 Q  Did you ever see what would happen as recycled paper
24    would come into the mill?
25 A  Yes.

Page 31

1  Q  Okay. I just want to ask you some questions about
2     those areas next.
3  A  Okay.
4  Q  What types of raw materials were used at the mill to
5     make paperboard?
6  A  Wastepaper.
7  Q  Anything else?
8  A  No.
9  Q  And again, just so I'm clear, when you use the term
10    "wastepaper," what exactly are you referring to?
11 A  Just scrap cardboard, or might be office waste, or
12    newspaper. I'll call them obsolete cores; once the
13    core is done being used, we would recycle that.
14 Q  Okay, okay. I'm going to refer generally to all the
15    raw materials that were used at the mill as recovered
16    fiber.
17 A  Okay.
18 Q  Okay. Are you familiar with the term "broke"?
19 A  Yes.
20 Q  What is broke to your understanding?
21 A  Broke is the waste from our own machines. That's
22    what I described it as.
23 Q  What was done with the broke from the mill?
24 A  It would go back into the pulper area.
25 Q  So it could be used as raw material?

Page 32

1  A  Yes, re-used.
2  Q  Was the broke ever just thrown away?
3  A  No.
4  Q  Was broke from other sources ever purchased for use
5     at the mill?
6  A  No. Well, I don't understand that question. Let's
7     come back to that.
8  Q  Okay. What don't you understand about that question?
9  A  I just caught -- told that the broke is our waste
10    from our machines. Because you're starting up a
11    machine, and you don't want to start having a good
12    roll of paper right away, you got some waste. You
13    take that back and you put it in the pulper room and
14    they'd do it again. You said broke from another --
15    another customer --
16 Q  Right, right.
17 A  No.
18 Q  Are you aware of the mill ever receiving those types
19    of materials, so like the beginning part of a roll
20    that may have been manufactured at a different mill
21    as part of the raw materials that were coming into
22    the mill?
23 A  I don't know.
24 Q  Okay. Do you know what virgin fiber is?
25 A  Yes.

Page 33

1  Q  What is it?
2  A  Scrap that's never been used before, basically, I'll
3     call it.
4  Q  Okay. Did the mill ever use virgin fiber to make
5     paperboard in the 1970s?
6  A  No.
7  Q  Why not?
8  A  We were 100 percent wastepaper.
9  Q  Okay. So the mill didn't use anything other than
10    pulp made from recycled paper to make paperboard in
11    the 1970s?
12 A  I don't understand that.
13 Q  In the 1970s --
14 A  Right.
15 Q  -- the mill only used pulp made from recycled paper?
16 A  Correct.
17 Q  Okay. Did you have any involvement in purchasing
18    recovered fiber?
19 A  No.
20 Q  Was there a department that was in charge of
21    purchasing recovered fiber?
22 A  I don't know.
23 Q  Do you recall who at the mill in the 1970s was
24    involved with purchasing recovered fiber?
25 A  No, I do not.

Page 34

1  Q  Was Jim Patterson involved in that at all?
2  A  I don't know.
3  Q  Do you know where the mill purchased recovered fiber
4     from?
5  A  Some of the locations I do.
6  Q  Can you tell me what those were?
7  A  When I drove truck, Sheboygan Waste was one I recall
8     picking up scrap paper at. American Can. Fort
9     Howard. Shade Business Forms. Menasha Mill Supply
10    delivered paper to us. I believe back then it was
11    called Green Bay Recycling in Green Bay. It's now
12    currently Recycled Fibers in Green Bay. That's all.
13 Q  Okay. And it sounds like some of those sources that
14    you just identified were actual paper mills?
15 A  Yes.
16 Q  Fort Howard was a paper mill?
17 A  Yes.
18 Q  Was American Can considered a paper mill?
19 A  Yes.
20 Q  Shade Business Forms, was that considered a paper
21    mill?
22 A  No.
23 Q  What would you describe Shade Business Forms as?
24    Would that be a converter?
25 A  Yeah, a converter, correct.

Page 35

1  Q  And then you also identified Sheboygan Waste, Menasha
2     Mill Supply, and Green Bay Recycling?
3  A  Yes.
4  Q  Were those paper brokers?
5  A  Yes. Those are locations that sold us wastepaper, or
6     that I picked up wastepaper at, I should say.
7  Q  But it would be accurate to call them paper brokers?
8  A  I don't know.
9  Q  Okay. But the mill -- strike that. But those were
10    locations from which you purchased -- the mill
11    purchased recovered fiber?
12 A  Those are locations I actually went and got
13    wastepaper from, or locations that delivered them to
14    the mill when I was on the docks.
15 Q  Okay. When recovered fiber was delivered to the
16    mill --
17 A  Yes.
18 Q  -- how was it delivered?
19 A  By truck.
20 Q  Were they trucks that were owned by U.S. Paper or by
21    the suppliers?
22 A  Both.
23 Q  Were they ever delivered by train?
24 A  Yes.
25 Q  And for those deliveries that came by railcar, do you

Page 36

1     recall where they were from?
2  A  No.
3  Q  The recovered fiber that was delivered to the mill,
4     were they packaged in bales?
5  A  Most of them were, yes.
6  Q  Were they ever not packaged in bales?
7  A  There were some suppliers that did not have them
8     packaged in bales, yes.
9  Q  Do you recall what those suppliers were?
10 A  No. They were just local people around the area that
11    would bring us in their bag of newspapers or whatever
12    it could be.
13 Q  Did the mill have kind of an open recycling policy
14    where local people could bring in paper?
15 A  Everything that was brought in came across a scale
16    and was weighed, and then there was a yard in the
17    back. If it was loose, you could go dump it in the
18    yard. And if it was truckloads, you'd back into a
19    dock or an unloading area, it would be unloaded and
20    stored in the warehouse or outside in our yard.
21 Q  Okay. So did local businesses or offices bring in
22    their wastepaper to the mill?
23 A  I don't recall. Just local people, I recall,
24    bringing waste occasionally. We had -- you know,
25    there would be paper drives years ago and stuff like

Page 37

1     this, Boy Scouts, Girl Scouts, things of that nature.
2  Q  Okay. Do you recall mixed office paper coming into
3     the mill that way?
4  A  No.
5  Q  Going back to the paper mills that you identified
6     before.
7  A  Yes.
8  Q  Do you recall what kinds of recovered fiber were
9     purchased from those sources?
10 A  It was numerous things. I mean the one I can recall,
11    American Can was like the broken cases, the cardboard
12    cases that they may have, they'd just throw in there.
13    A lot of them were the -- the obsolete cores that
14    they had; once they used them so many times, they
15    were unusable again for the big rolls coming off the
16    parent machines. Those are primarily what we picked
17    up at the paper mills.
18 Q  When I asked you before about what types of raw
19    materials were used at the mill, you said one of the
20    types that were used was general mixed office paper?
21 A  Yes.
22 Q  Where did that type of raw material come from?
23 A  That would be, like when I said Menasha Mill Supply
24    would deliver it. Green Bay Recycling, we'd pick it
25    up. Shade Business Forms had some of that material.