IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

GREEN BAY DIVISION

---

APPLETON PAPERS, INC., and
NCR CORPORATION,

        Plaintiffs,

           v.              Case No. 08-CV-16-WCG

GEORGE A. WHITING PAPER COMPANY,
ET AL.,

        Defendants.
_____

NCR CORPORATION,

        Plaintiff,

           v.              Case No. 08-CV-0895-WCG

KIMBERLY-CLARK CORPORATION,
ET AL.,

        Defendants.

---

Deposition of BERNARD A. MERLINE

Thursday, April 23rd, 2009

9:03 a.m.

at

The Sierra Hotel
333 Main Street
Green Bay, Wisconsin

Reported by Sarah A. Hart, RPR/RMR/CRR

Page 2

1  Deposition of BERNARD A. MERLINE, a witness
2  in the above-entitled action, taken at the instance
3  of the Plaintiffs, pursuant to the Federal Rules of
4  Civil Procedure, pursuant to notice, before Sarah A.
5  Hart, RPR/RMR/CRR and Notary Public, State of
6  Wisconsin, at 333 Main Street, Green Bay, Wisconsin,
7  on the 23rd day of April, 2009, commencing at 9:03
8  a.m. and concluding at 12:19 p.m.
9  A P P E A R A N C E S:
10      HERMES LAW, LTD, by
            Mr. Anthony J. Steffek
11          333 Main Street, Suite 601
            Green Bay, Wisconsin  54301
12          Appeared on behalf of Plaintiff
            Appleton Papers, Inc.
13
        SIDLEY AUSTIN, LLP, by
14          Mr. Eric W. Ha
            One South Dearborn Street
15          Chicago, Illinois  60603
            Appeared on behalf of Plaintiff NCR
16          Corporation.
17      BALLARD SPAHR ANDREWS & INGERSOLL, LLP, by
            Mr. Stephen Kovatis
18          1735 Market Street, 51st Floor
            Philadelphia, Pennsylvania  19103-7599
19          Appeared by phone on behalf of
            Defendant P.H. Glatfelter Company.
20
        HUNSUCKER GOODSTEIN & NELSON, PC, by
21          Mr. Erik S. Mroz
            21800 Oxnard Street, Suite 780
22          Woodland Hills, California  91367
            Appeared by phone on behalf of Defendant
23          and Third-Party Plaintiff Menasha
            Corporation.
24
25

Page 3

1  JOHNSON & BELL, LTD., by
       Mr. Daniel C. Murray
2      33 West Monroe Street, Suite 2700
       Chicago, Illinois  60603-5404
3      Appeared by phone on behalf of Defendant
       NewPage Wisconsin System, Inc.
4
   STAFFORD ROSENBAUM, LLP, by
5      Mr. Ted Waskowski
       222 West Washington Avenue, Suite 900
6      P.O. Box 1784
       Madison, Wisconsin  53701-1784
7      Appeared by phone on behalf of Defendant
       City of De Pere.
8
   QUARLES & BRADY LLP, by
9      Mr. William H. Harbeck
       411 East Wisconsin Avenue, Suite 2040
10     Milwaukee, Wisconsin  53202
       Appeared on behalf of Defendant WTM I
11     Company.
12 REINHART BOERNER VAN DEUREN S.C., by
       Mr. David E. Frank
13     Mr. Steven P. Bogart (by phone)
       P.O. Box 2965
14     1000 North Water Street, Suite 2100
       Milwaukee, Wisconsin  53202
15     Appeared on behalf of Third-Party Defendant
       U.S. Paper Mills Corporation.
16
   LATHAM & WATKINS, LLP, by
17     Ms. Margrethe K. Kearney
       Sears Tower
18     233 South Wacker Drive, Suite 5800
       Chicago, Illinois  60606
19     Appeared by phone on behalf of Defendants
       Georgia-Pacific Consumer Products LP,
20     Georgia-Pacific LLC, Fort James Operating
       Company and Fort James Corporation.
21
   von BRIESEN & ROPER, S.C., by
22     Ms. Susan E. Lovern
       Ms. Kelly Noyes
23     411 East Wisconsin Avenue, Suite 700
       P.O. Box 3262
24     Milwaukee, Wisconsin  53201
       Appeared by phone on behalf of
25     Defendant CBC Coating, Inc.

Page 4

1                   E X A M I N A T I O N
2  BY MR. STEFFEK:                              5
   BY MR. HA:                                  77
3  BY MR. WASKOWSKI:                           96
4
                       R E Q U E S T S
5
   ITEM REQUESTED                             PAGE
6
   Names of people who worked on the paper     26
7      machines as of 1974
8
9          PREVIOUSLY MARKED EXHIBITS
10
   EXHIBIT NO.                   PAGE IDENTIFIED
11
   No. 253  2/8/07 Supplemental Response of    60
12     U.S. Paper Mills Corp. to Information
       Request of United States Department of
13     the Interior, Fish and Wildlife Service
       of 1996
14 (Copies of previously marked Exhibit 253 attached to original
15         and copies of transcript.)
16
17                      EXHIBITS
18 EXHIBIT NO.                    PAGE IDENTIFIED
19     (There were no exhibits marked.)
20
21
22
23
24
25

Page 5

1         TRANSCRIPT OF PROCEEDINGS
2         BERNARD A. MERLINE, called as a witness
3    herein, having been first duly sworn on oath, was
4    examined and testified as follows:
5                    EXAMINATION
6  BY MR. STEFFEK:
7  Q   Please state your full name for the record, spelling
8      your last.
9  A   First name is Bernard, middle initial is A.  Andrew
10     is my middle name.  Merline is my last name,
11     M-E-R-L-I-N-E.
12 Q   Mr. Merline, I introduced myself before.  My name is
13     Tony Steffek.  I'm an attorney here in Green Bay, and
14     I represent Appleton Papers Inc. in this litigation.
15     Have you ever had your deposition taken before?
16 A   No.
17 Q   Okay.  As you've never been in a situation like we
18     are today, there's a couple rules that we need to go
19     over before we get -- before we get going.  First of
20     all, you'll see that we have a court reporter here
21     taking down everything everybody says.
22 A   Um-hmm.
23 Q   So because of that, I need you to verbalize all your
24     answers.  Depositions can get very conversational,
25     and sometimes one will nod your head or say uh-huh or

2 (Pages 2 to 5)

Gramann Reporting. Ltd., 414-272-7878
Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 2 of 9   Document 76-21

Page 30

1  engineer.
2  Q  Did any employees work for or with Mr. Albers?
3  A  Well, the regular shop crew.
4  Q  Who was on the regular shop crew?
5  A  There was a John Lemmens. Right now I can't recall
6     all the names.
7  Q  Was there an environmental department at U.S. Papers
8     in the 1970s?
9  A  Not that I'm aware of.
10 Q  What about a research and development department?
11 A  I don't recall anything about that.
12 Q  Do you recall any departments working with wastewater
13    produced at the De Pere mill?
14 A  Wastewater?
15 Q  Yes.
16 A  Not a department. Back in the '70s?
17 Q  Correct.
18 A  Not that I recall.
19 Q  When you started at U.S. Papers in 1974, what
20    products did U.S. Paper produce?
21 A  We made what we called chipboard, a brown paper, and
22    we also made white, the same -- the same type of
23    paper, but it was white.
24 Q  So we have chipboard, which was brown, and white
25    paper, which was --

Page 31

1  A  I -- I assume it was called chipboard also. It was
2     for the same purpose.
3  Q  Just from here on out -- we are having a little
4     trouble being too conversational -- so if I could ask
5     you to wait for my questions to be finished, I would
6     appreciate it.
7  A  Oh, I'm sorry.
8  Q  That's okay. The brown chipboard and the white
9     paper, would you agree that these materials would be
10    classified as paperboard?
11 A  No.
12 Q  Why not?
13 A  I just recall the word "chipboard."
14 Q  You don't recall hearing the word "paperboard"?
15 A  No.
16 Q  Now, the white product produced at U.S. Papers, did
17    it have a specific name?
18 A  No, as I recall, we called it core stock also,
19    because it was sold mainly for companies to make
20    cores from.
21 Q  Were there various grades of white paper?
22 A  Different thicknesses.
23 Q  How many different thicknesses would be produced?
24 A  I can't recall how many. It was just a few different
25    thicknesses.

Page 32

1  Q  What was the white paper used for?
2  A  It was sold to companies, and they made paper cores
3     out of it.
4  Q  Could the white paper have been used to package food?
5  A  Not that I ever heard of.
6  Q  Do you know who U.S. Papers sold the white paper to?
7  A  Oh, various companies. Way back in the '70s, I'm not
8     sure, but we -- over the years, we sold to Fort
9     Howard, James River. I don't know how our customer
10    base -- how many companies back then versus later
11    years. I couldn't say that. But there was like
12    Kimberly-Clark over the years. But back in the '70s,
13    I don't recall how many, the number of companies.
14 Q  I'm going to list off some names to see if it
15    refreshes your recollection as to who U.S. Paper sold
16    white to in the 1970s, okay?
17 A  Good.
18 Q  Wisconsin Tissue?
19 A  I don't recall that name, no.
20 Q  International Paper?
21 A  I don't recall.
22 Q  A. Sturm & Son?
23 A  I'm sorry?
24 Q  A. Sturm & Son?
25 A  I don't recall that name.

Page 33

1  Q  Bergstrom Paper Company?
2  A  I don't recall that either.
3  Q  Nicolet Paper Company?
4  A  I don't recall that.
5  Q  The American Can Company?
6  A  Possibly American Can. I mean, that name comes to
7     mind. But I didn't -- I don't recall making white
8     paper for them.
9  Q  What about Pope & Talbot?
10 A  Pope & Talbot, that name is familiar. Pope & Talbot,
11    but --
12 Q  Did -- sorry, I interrupted. What were you going to
13    say?
14 A  Pope & Talbot, that name is -- I've heard it. But I
15    couldn't say if it was white or brown paper.
16 Q  What about the Malt-O-Meal company?
17 A  I don't recall that name.
18 Q  And Westvaco?
19 A  I don't recall that name.
20 Q  National Can Company?
21 A  I'm not sure.
22 Q  Now, as of 1974, how many tons of white paper was
23    U.S. Papers producing per day?
24        MR. FRANK: Objection, foundation. You can
25    answer. Go ahead.

9 (Pages 30 to 33)

Gramann Reporting. Ltd., 414-272-7878
Case 1:10-cv-00910-WCG   Filed 01/05/11   Page 3 of 9   Document 76-21

Page 34

1     THE WITNESS: I'm sorry?
2     MR. FRANK: I'm just making an objection
3  for the record. You can answer though.
4     THE WITNESS: I have no idea.
5  BY MR. STEFFEK:
6  Q  Was U.S. Papers producing white as of 1974?
7  A  Way back in the early years that I was on the
8     hydrapulper in the -- that had to be in the '70s, I'm
9     thinking, but '74 I don't recall. I would -- I don't
10    recall making white and brown, when that started.
11    Possibly they were making white in '74, but I can't
12    say exactly.
13 Q  At some point, though, during your time at
14    U.S. Papers, they produced white?
15 A  Oh, yes.
16 Q  Switching gears a little bit to the brown paper, did
17    the brown paper produced at the De Pere mill have a
18    specific name?
19 A  Chipboard. And I've heard the term "core stock,"
20    meaning it was to be used for cores.
21 Q  Were there various grades of brown?
22 A  Different thicknesses.
23 Q  Do you remember what some of the thicknesses were?
24 A  10-point, which was, I believe, 10 one-thousandths of
25    an inch thick. 10-point -- back in '74 or in the

Page 35

1     '70s?
2  Q  Starting in 1974 through the '70s.
3  A  10-point, possibly 12-point. It went up. I'm
4     thinking maybe 15-point. And we made what we called
5     heavy weight, 20-point, possibly 24-point. Heavier
6     sheets.
7  Q  Do you ever remember the sheets of brown being
8     referred to as certain pound numbers?
9  A  At one time, it was -- yeah, there was a pound rather
10    than points. I don't know when that came to be. But
11    I remember that term.
12 Q  Do you remember what the poundage values were for the
13    heavier paper that you just alluded to?
14 A  No, I don't.
15 Q  What was the brown paper used for?
16 A  Mainly it was sold for -- it was slit into ribbons
17    and sold for core stock to make cores.
18 Q  Do you remember whether it was produced for anything
19    else?
20 A  We sold to a company called Rayovac. I think it was
21    Rayovac. And they made the paper cores for
22    batteries, like flashlight batteries.
23 Q  The thicker, heavier brown paper produced, do you
24    know what that would be used for?
25 A  We sold to -- I can't say for sure, but -- I'm not

Page 36

1     sure if we sold to a company called American Can or
2     not, if we made paper for somebody like that, and if
3     they used it or not. I'm trying to recall. Like the
4     name American Can -- I'm not positive if we actually
5     made it for them or not.
6     MR. STEFFEK: We've been going for about an
7  hour. Why don't we take a little break.
8     (A break was taken at 10:03 a.m.)
9     (Back on the record at 10:12 a.m.)
10 BY MR. STEFFEK:
11 Q  Mr. Merline, before we went off the record, we were
12    talking a little bit about the American Can Company.
13    And I believe you testified as to the fact that you
14    can't remember exactly whether U.S. Papers sold
15    products to the American Can Company, but it sounds
16    awfully familiar; is that correct?
17 A  The name sounds familiar, yeah.
18 Q  Do you remember working with an individual at
19    U.S. Papers named Richard Keyser?
20 A  Oh, yes. Yes.
21 Q  We talked to Mr. Keyser, much like we're talking to
22    you here today, and Mr. Keyser told us that American
23    Can Company was a customer of U.S. Papers. Does that
24    help refresh your recollection at all?
25 A  The name is familiar, but -- the name is familiar,

Page 37

1     like possibly we did, but I can't say positively.
2  Q  Could various grades of the brown paper be used to
3     package food?
4  A  Package food? I wouldn't think so.
5  Q  Going back to Mr. Keyser, Mr. Keyser told us that
6     U.S. Papers sold rounds of brown paper to American
7     Can Company for use in their cans?
8  A  To what?
9  Q  For use in cans?
10 A  In cans?
11 Q  Yes. Does that refresh your recollection at all
12    about whether U.S. Papers produced circles of the
13    brown paper?
14 A  To use inside of cans?
15 Q  I'm just asking whether it refreshes your
16    recollection as to whether circles of brown paper
17    were produced at U.S. Papers.
18 A  You mean circular sheets?
19 Q  Yes.
20 A  I need just a moment here. It seems familiar that we
21    made -- there's a term "headers," like it was
22    circular sheets, headers, but I don't know how we
23    would have made them, headers. The term "headers"
24    comes to mind, but I always thought that headers went
25    on the ends for protection on the ends of rolls for

Page 38

1 paper. The term "headers" comes to mind, but --
2 maybe we got them in. I don't know. I can't recall
3 making circular sheets. Let me think. It seems to
4 me -- I mean, I can kind of recollect now someone
5 maybe cutting circles on the bandsaw, like. Maybe
6 cutting headers on a bandsaw. That's how I -- I was
7 trying to think how we could have made them. But I
8 kind of recollect somebody cutting circles on a --
9 maybe out of squares, cutting them in circles in
10 stacks.
11 Q And that was brown paper?
12 A I think so. I don't recall white, no.
13 Q Would you have any reason to doubt Mr. Keyser's
14 testimony that U.S. Papers produced circular rounds
15 of brown paper for the American Can Company?
16 A I would have no reason for him saying we made them,
17 but where they went to, I don't recall.
18 Q You would have no reason to doubt that part of his
19 testimony either, that they were sold to American Can
20 Company?
21 A No, I couldn't say they didn't, no.
22 Q Do you remember who the customers were in the 1970s
23 who bought brown paper from U.S. Papers?
24 A The names come to mind way back. James River, Fort
25 Howard. Local ones. But I couldn't -- oh, way back.

Page 39

1 That's so far back. All I remember is like local,
2 Fort Howard, and was it Northern Paper mill called
3 Northern in Green Bay. Some of these changed names
4 over the years, and when they did that, I don't
5 recall, see.
6 Q Sure. I'm just going to go over some of the names
7 again to see if it rings a bell with you. What about
8 Bergstrom Paper Company?
9 A Bergstrom? I don't recall that name.
10 Q Nicolet Paper Company?
11 A I don't recall that, making it for them, no.
12 Q What about Pope & Talbot?
13 A Pope & Talbot was a familiar name, but, again, when
14 we made paper for Pope & Talbot, if it was back in
15 the early '70s, that's -- yeah, that would be '74.
16 30-some years ago. So I don't know what names
17 corresponded to what years.
18 Q What about the National Can Company?
19 A The name -- can companies, I don't know if it was
20 American Can or National Can, I'm not sure. I
21 remember the names, but if we made it for them
22 positively, I -- possibly.
23 Q And with regard to the brown, does the Malt-O-Meal
24 company ring a bell?
25 A No.

Page 40

1 Q Now, as of 1974, do you know how much brown paper
2 U.S. Papers was producing at the De Pere mill per
3 day?
4 A No.
5 Q At any time during the 1970s, do you know how much
6 brown paper was being produced per day at the De Pere
7 mill?
8 A No.
9 Q We had just been talking about the materials produced
10 at U.S. Papers. I want to switch gears here a little
11 bit and talk about what materials were needed to
12 produce the final product. What types of materials
13 did U.S. Paper use in its paper making process in
14 1974 when you first started?
15 A On the brown paper, we used corrugated boxes; crushed
16 beer cases; kraft, what we called kraft or
17 wet-strength kraft, like from pop cartons; beer
18 cartons.
19         And to make brown paper, we -- we used
20 those brown types of scrap that I just mentioned, and
21 we mixed in what we called mixed, lighter -- lighter
22 papers.
23 Q I'll get back to those in a little bit. Have you
24 ever heard the term "virgin pulp"?
25 A I've heard the term, yeah.

Page 41

1 Q What's your understanding of virgin pulp?
2 A I would think it would be -- I understand it's made
3 from wood fibers.
4 Q Do you know whether during the 1970s, specifically as
5 of 1974, whether U.S. Papers used any virgin pulp in
6 its production process?
7 A I don't recall any.
8 Q So it was primarily a recycling mill?
9 A Right.
10 Q Now, you had listed some types of papers used. How
11 would U.S. Papers obtain the materials used to make
12 paper?
13 A I understand we bought them from other companies that
14 dealt in this.
15 Q Do you know who those companies were as of 1974?
16 A No. I would suppose beer cases came possibly from a
17 brewery. I don't know. Or packaging. But I don't
18 recall names of companies, no.
19 Q I'm going to list off some names and see if it jogs
20 your memory a little bit. Have you ever heard of a
21 company called Green Bay Recycling?
22 A No.
23 Q What about Sheboygan Waste?
24 A I'm not sure.
25 Q Shade Business Forms?

11 (Pages 38 to 41)

Page 42

1  A  Shade?
2  Q  Um-hmm.
3  A  No. I know the name of the company, but it doesn't
4     connect with buying paper.
5  Q  What about U.S. Paper Supply Company?
6  A  No.
7  Q  What about Golper Supply Company?
8  A  Pardon me?
9  Q  Golper?
10 A  No.
11 Q  Menasha Mill Supply?
12 A  No.
13 Q  You had stated that several types of recovered
14    fiber -- strike that. When I say the term "recovered
15    fiber," do you understand what that means?
16 A  It's been used already.
17 Q  So, for example, if you bought some corrugated
18    cardboard that was thrown into the pulp vat, that
19    corrugated cardboard you would understand as
20    recovered fiber?
21 A  Right.
22 Q  Okay. So if I use the term "recovered fiber"
23    throughout the rest of this deposition, you'll know
24    what I'm talking about, correct?
25 A  Correct.

Page 43

1  Q  Okay. Now, you had stated that as of 1974, there
2     were several types of recovered fiber that U.S. Paper
3     would use in its production process, including
4     corrugated cardboard; old beer cases; kraft, which
5     you explained as wet strength; scrap paper produced
6     at the mill itself; and then a mix?
7  A  Mixed paper.
8  Q  Mixed paper. What was in mixed paper?
9  A  It could be magazines, possibly books, some
10    newsprint, possibly office supply paper, things of
11    this nature.
12 Q  Do you have any knowledge of how much mixed paper
13    U.S. Papers purchased as of 1974?
14 A  No.
15 Q  What grades of paper could be made from mixed paper?
16 A  In combination with the corrugated and the longer
17    fiber?
18 Q  Yes.
19 A  What grades?
20 Q  Correct.
21 A  10-point, 12-point, 14-point and on up. When we made
22    the heavier sheets, we used to use almost all
23    corrugated and beer cases for the longer fiber,
24    because it needed less mix in the heavier sheets.
25        But the lighter sheets you had to use

Page 44

1     what they called possibly 50/50, mixed paper and
2     corrugated.
3  Q  So the lighter sheets would be half corrugated, half
4     mixed paper, approximately?
5  A  Yes. As I recall, 50/50 mix. But sometimes I,
6     myself, found that 50 percent mix was almost too much
7     mix. So I would use more corrugated to make a
8     stronger sheet.
9  Q  How was recovered fiber delivered to the De Pere
10    mill?
11 A  Back in the '70s?
12 Q  Yeah.
13 A  Railroad car. We used to get beer case bales in.
14    And some white paper came in railroad cars, like
15    ledger. And semitrailer.
16 Q  How often would wastepaper be delivered to the
17    De Pere mill?
18 A  I don't know.
19 Q  After the recovered fiber arrived either by rail or
20    by truck, how was it unloaded?
21 A  By forklift.
22 Q  Was it packaged in barrel -- bale form?
23 A  Most of it was in bale.
24 Q  What types of recovered fiber wouldn't be delivered
25    in bale form?

Page 45

1  A  I remember unloading a trailer of newspaper with a
2     front-end loader, just loose newspaper. Otherwise,
3     it was mainly baled.
4  Q  How big were the bales?
5  A  Some were smaller, barely 100 pounds, I remember.
6     Then 400 pounds, 500, 300, 800, 1,000 pounds. And
7     the beer case bales weighed 1500 -- up to -- 800,
8     900 pounds up to like 1900 pounds, the beer case
9     bales.
10 Q  What were the dimensions of the bales?
11 A  Boy, dimensions. Some were pos -- the mixed paper --
12    are we talking about white paper also besides
13    corrugated?
14 Q  Yes.
15 A  Possibly 30 inches high, close to 30 inches deep, and
16    maybe six feet in length, seven.
17 Q  And what types of papers would be packaged in bales
18    of that size?
19 A  You would get the kraft bales in of the chopped drink
20    cartons, like from beer and soda, the brown kraft.
21    They were in those types of bales. I can't recall
22    the -- we had some that were -- I can't recall if the
23    ledger and computer printout, if they came in those
24    bales. And we had -- I can't recall if corrugated
25    came in those types of bales or not.

12 (Pages 42 to 45)

Page 46

        And at one time, we had double-lined
kraft, they called it. It was a heavier,
longer-fiber brown paper. Those came -- that came in
that type of 30-by-24 or 30 -- and six feet long or
seven.
Q  What about mixed papers? How big were the bales of
   mixed papers?
A  Some mixed paper may have been more in an oval-type
   bale, flatter, oval-type bales. Maybe six to -- six
   feet, or a little better, longer. But they were
   flatter and more oval.
        Some newsprint in those type of bales.
   It's a long time back to recall what came in --
Q  Sure. Once the bales were delivered, where were they
   stored?
A  They built a new warehouse years back. And before
   that, they were mainly stored outside.
Q  As of 1974, where were they stored?
A  Outside.
Q  There was no warehouse as of 1974?
A  There was an old warehouse, and some of it was
   stacked inside. There was some space there. And
   hopefully it was stacked inside, because otherwise
   they had to go outside for it. But mainly you had to
   run outside for your paper.

Page 47

Q  Do you know whether individual bales were sorted once
   they arrived at U.S. Papers?
A  Sorted?
Q  Yes.
A  According to the types that they were, they were put
   in rows, mix in this row, corrugated in this row,
   kraft in those rows. They were kept separate, yeah.
Q  Whose job was it to sort the bales once they arrived?
A  Way back, William Bentley was the wastepaper
   controller. And he unloaded them and stacked them.
Q  Do you know as of 1974 whether any tests were ever
   performed on any incoming bales?
A  I don't recall any.
Q  Have you ever heard of something called the blender
   test?
A  Blender?
Q  Yes.
A  We used to make a test for stickies on the paper
   machine, for adhesives in the sheet. And as I
   recall, we used a blender and blended up paper and
   water for that test.
Q  So it was used to test for stickies?
A  They called it stickies, yeah.
Q  Would that also be wet strength?
A  No.

Page 48

Q  Stickies were different than wet strength?
A  Wet strength means a paper that's made to hold up
   under damp conditions and not fall apart. And we
   used wet-strength beer cases and kraft for a stronger
   sheet because they had longer fibers.
        But the test I'm recalling was to test
   for stickies, not wet strength.
Q  Okay. What grades of wastepaper were purchased to
   produce the white paper?
A  White, we called it -- CPO I think we called it,
   computer printout. It was off of computers.
Q  Were any other kinds of recovered fiber purchased for
   use in producing white?
A  Computer printout, and over the years, we
   incorporated -- and I don't know when that started --
   chopped cups, like from Lilly Company and Sweetheart
   Company, I think. I'm not sure about the name
   Sweetheart, but it was -- there were cups. Maybe I
   saw the names on some. But it was soft drink cups.
Q  Could colored papers be used to make white?
A  The chopped-cup bales, some had more color than
   others. Some of them not much color, and some had
   red in, reds and yellows and -- some more than
   others. So they could be used, as long as they
   didn't overdo it on the colored bales, yeah.

Page 49

Q  Could mixed paper be used to make white?
A  Mixed. Mainly the computer printout, the cup --
   chopped paper cups. And once companies started -- it
   was switched to a grey paper that was white, but some
   companies wanted it tinted grey. Then we could use
   some newsprint in to color it.
Q  When did that happen?
A  I don't recall the year.
Q  Was it in the 1970s?
A  I don't remember it way back.
Q  Do you remember whether anybody ever told you that
   mixed paper couldn't be used in the production of
   white?
A  No, it was understood that we had to have clean --
   clean furnish to go in. And I don't recall -- we had
   to use cleaner paper to make white.
Q  Could office paper be used to make white?
A  Yes, it -- yeah. Yeah.
Q  Do you recall office papers being used to make white?
A  Mainly computer paper. Office paper would -- I don't
   recall mixing office paper. Possibly. I don't
   recall.
Q  Could office paper be used to make brown?
A  I would think so.
Q  Were there any grades of wastepaper that U.S. Papers

13 (Pages 46 to 49)

Page 50

1 specifically would not use in production?
2 A  If it was too dirty, had too much contaminants in, it
3    could be rejected.
4 Q  Do you mean a bale could be rejected if it had too
5    much contaminants in it?
6 A  A single bale?  All depends on the contamination that
7    was in it, I suppose.  If it was too much with the
8    whole bale, I suppose a little at a time could go in.
9 Q  What do you mean by "contaminants"?
10 A  Possibly plastic.  Possibly plastic.  I suppose if it
11    had regular carbon paper in, that dark, old-fashioned
12    carbon paper; wax, something with wax in, you
13    couldn't put a whole bale on.  You would ruin the
14    sheet or plug up the hydrapulper with plastic.
15    Sometimes we had to pull the stuff out by hand.
16 Q  But there were no specific types of paper that
17    U.S. Papers ever said, "We will not use this in our
18    production"?
19 A  Oh, you had to watch out for poly -- what they called
20    poly surface.  Sometimes you would have to check -- I
21    don't know when we started running into this, but you
22    had to watch that you didn't have a bale that looked
23    okay until you tore some of it and you found out it
24    was vinyl on one side or poly and plastic coated on
25    one side.  You couldn't use that.

Page 51

1 Q  What types of paper would be poly or plastic coated?
2 A  I think it would be in the mixed paper, but what it
3    was made for, I don't recall.
4 Q  Did you ever see papers that were poly or plastic
5    coated?
6 A  Oh, yes.  Yeah.
7 Q  What did they look like?
8 A  Mainly white.  Just white.  Just white.
9 Q  Who told you that this paper couldn't be used?
10 A  I don't recall the years or the time frame when we
11    started running into that.  Perhaps the wastepaper
12    buyer over the years.  Finding out when you got it in
13    the hydrapulper, you knew you had to watch out for it
14    by experience.  And then, of course, you would talk
15    with the -- with the paper buyer that you ran into
16    it.
17 Q  Would you ever talk with the paper buyer?
18 A  Yeah, yeah.  Over the years, the latter years, I knew
19    the wastepaper buyer better than I did -- well, he
20    was the only one that I knew.  Way back I don't know
21    who bought the paper.
22 Q  Was U.S. Paper able to remove any ink from any of the
23    paper that it used as recovered fiber?
24 A  I don't recall any -- any way of taking ink out.
25 Q  Do you recall the paper-making process incorporating

Page 52

1    something called a side-hill washer?
2 A  Side-hill washer?
3 Q  Um-hmm.
4 A  We had what we called side hills, save-all was
5    another name for them.
6 Q  And what would those do?
7       MR. WASKOWSKI:  What was the name of it?
8       (Discussion off the record.)
9       (Previous question and answer read back.)
10       THE WITNESS:  What would they do?  They
11    would separate the -- you had overflow -- you had
12    overflow paper fibers in water from the paper
13    machine, and they went over -- I believe that went
14    over both side hills in a room off the paper machine.
15         And it would take overflow from the
16    paper machine, from their pit, pump it over one or
17    both of those save-alls.  And the water would go
18    through the screen into a water pit, and the -- what
19    we called the stock, the solid fiber, would roll down
20    the screen down the side hill into a trough and be
21    reused.
22 BY MR. STEFFEK:
23 Q  So if paper that went into the pulper had ink on it,
24    would that ink end up in the finished product?
25 A  I don't know if it would stay in the paper or if it

Page 53

1    would stay in the water.
2 Q  Have you ever heard the term "broke"?
3 A  Broke, yes.
4 Q  What is your understanding of the term "broke"?
5 A  Broke is leftover paper from a -- after a product has
6    been made.
7 Q  Did U.S. Papers ever purchase any broke from any
8    outside parties for use in its production process?
9 A  Broke.  I don't recall it being called broke, but we
10    would get in trailers of corrugated -- corrugated on
11    pallets, boxes, leftover boxes.
12 Q  And where would those come from?
13 A  As I recall, the only name I can think of is -- I'm
14    not sure if it was James River or what.  I want to
15    say James River, but I'm not positive on James River.
16 Q  From when you started at U.S. Papers through the
17    1970s, do you remember any substantive changes in
18    what type of recovered fiber was used in the
19    production process at the De Pere mill?
20 A  Excuse me, can I back up a bit to that last question?
21 Q  Sure.
22 A  Over the years, we used to get -- way back, I don't
23    remember.  But over the years we got scrap cores in
24    from other companies.  And some of those were in this
25    type of bale and long.  But when we started getting

14 (Pages 50 to 53)

Page 54

1  those, I don't know if it was way back or not.
2      MR. STEFFEK: Read back the question,
3  please.
4      (Previous question and answer read back.)
5      THE WITNESS: Any changes? This was your
6  last question, though?
7  BY MR. STEFFEK:
8  Q  Yes.
9  A  Any changes. Basically the same. At one point, we
10     were getting in egg cartons, egg cartons. I don't
11     remember that way back. In the latter years, we were
12     using egg cartons. And I don't remember that way
13     back. But basically it's been corrugated beer cases,
14     kraft, and mixed paper and computer printout and
15     office waste. I can't think of a major change, no.
16     And paper-cup bales, yeah.
17 Q  Do you know how much recovered fiber would be
18    required to make a ton of finished product?
19 A  No.
20 Q  When you were a pulper operator in the 1970s, how
21    much recovered fiber would be placed in the pulper
22    per shift?
23 A  I can't say the poundage.
24 Q  Do you remember approximately how many bales would be
25    placed in per shift?

Page 55

1  A  No.
2  Q  How were the bales of recovered fiber placed in the
3     pulper?
4  A  Well, we would take the forklift, go to where the
5     bales were stacked, pick up one or two on the forks,
6     drive back to the hydrapulper. And there was a
7     slanted conveyor that ran up and dumped the paper
8     into the pulper. If you had one bale on the forks,
9     you had a wire cutters on your belt, and you cut off
10    all the wires except what you needed to hold the bale
11    from falling apart. And then you would dump the bale
12    on a conveyor, got up and cut the wires off and tied
13    them on the side of the conveyor if you couldn't pull
14    them off, and then you ran the conveyor ahead, and
15    the paper entered the hydrapulper.
16 Q  So the bales weren't opened until they were on this
17    conveyor belt?
18 A  Right.
19 Q  How long was the conveyor belt?
20 A  Possibly 15 feet.
21 Q  Do you remember how fast it moved in the 1970s?
22 A  Pretty slow.
23 Q  Once the bale was opened on the conveyor belt --
24    strike that. You alluded to the fact that the
25    conveyor belt had to go up some; is that correct?

Page 56

1  A  On a slight angle, yeah.
2  Q  How high was the wall of the hydrapulper?
3  A  The wall itself was possibly 24 inches from the
4     floor. And that's the maximum that the mixture could
5     come up to above the floor.
6  Q  Was there a fence surrounding the hydrapulper so an
7     individual wouldn't fall in?
8  A  Well, there was a shroud, we called it, I think a
9     shroud around it above -- a metal shroud, yeah.
10 Q  Would the conveyor belt go over the shroud?
11 A  That shroud was cut out on one side.
12     MR. STEFFEK: Could you repeat his last
13  answer for me?
14     (Previous answer read back.)
15 BY MR. STEFFEK:
16 Q  Did the conveyor belt come from a separate level as
17    where it went into the hydrapulper, or was that all
18    on the same level?
19 A  No. The conveyor belt itself was on an angle, and it
20    started out on the floor of the pulper room, possibly
21    24 inches high. Then it went on an angle higher into
22    the hydrapulper.
23 Q  And at the point the recovered fiber went into the
24    hydrapulper how high was the conveyer belt?
25 A  Possibly five feet, a little better. Between five

Page 57

1  and six feet.
2  Q  Once the bales were opened on the conveyor belt, were
3     you responsible for looking at the open bale?
4  A  Oh, sure. You had to visually look at it.
5  Q  What were you looking for?
6  A  Wax, a board or something that -- contaminants.
7  Q  If you found a contaminant, what would you do?
8  A  Pull it off, if you could.
9  Q  What if you couldn't?
10 A  If you couldn't, a board you couldn't get out? You
11    made an effort to get it out, if you could. You had
12    to -- you had to get it out if you could. If it was
13    a board that was impossible to get out, a short
14    length, it would go in the hydrapulper.
15 Q  Were you ever, once the bales were open, looking for
16    any specific type of paper?
17 A  Corrugated box with wax coating on it, for instance.
18 Q  And if you saw a corrugated box with a wax coating,
19    you would pull it out?
20 A  If it was possible, yeah.
21 Q  And if it wasn't possible, it went into the
22    hydrapulper; correct?
23 A  Correct.
24 Q  Any other kinds of paper that you were looking for as
25    it went up the conveyor belt and into the

15 (Pages 54 to 57)