IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, </br></br> Plaintiffs, </br></br> v. </br></br> NCR CORPORATION, et al., </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 10-cv-00910 WCG ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick J. Ferguson of Latham & Watkins LLP has appeared on behalf of Defendant Georgia-Pacific Consumer Products LP. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Mr. Ferguson at patrick.ferguson@lw.com.

This 13th day of January 2011.                    Respectfully submitted,

                                                  By   /s/ Patrick J. Ferguson

                                                  Patrick J. Ferguson
                                                  CA Bar No. 252778
                                                  Latham & Watkins LLP
                                                  505 Montgomery St., Ste. 2000
                                                  San Francisco, CA  94111
                                                  Telephone: (415) 391-0600
                                                  Facsimile: (415) 395-8095
                                                  Email:  patrick.ferguson@lw.com

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **January 13, 2011**, I served the following documents described as:

**NOTICE OF APPEARANCE**

was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail upon the following:

> Peter C Karegeannes
> Quarles & Brady LLP
> 411 E Wisconsin Ave - Ste 2040
> Milwaukee, WI 53202-4497

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 13, 2011**, at San Francisco, California.

/s/ Patrick J. Ferguson

Patrick J. Ferguson
LATHAM & WATKINS LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
patrick.ferguson@lw.com