IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) **Civil Action No. 10-C-910-WCG** |
| v. | )<br>) |
| NCR CORPORATION; APPLETON PAPERS, INC; CITY OF APPLETON; CBC COATING, INC.; GEORGIA-PACIFIC CONSUMER PRODUCTS LP; KIMBERLY-CLARK CORPORATION; MENASHA CORPORATION; NEENAH-MENASHA SEWERAGE COMMISSION; NEWPAGE WISCONSIN SYSTEMS, INC.; P.H. GLATFELTER COMPANY; U.S. PAPER MILLS CORPORATION; and WTM I COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Bradley M. Marten of Marten Law hereby appears for NCR Corporation in the above-entitled case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Marten at bmarten@martenlaw.com.

Dated this 24th day of January, 2011

    */s/* Bradley M. Marten
Bradley M. Marten
Washington State Bar No. 13582
Admitted in the Eastern District of Wisconsin
Attorney for Defendant NCR Corporation

MARTEN LAW
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 292-2600
Facsimile: (206) 292-2601
Email: bmarten@martenlaw.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 24, 2011 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Wisconsin Green Bay Division by using the CM/ECF.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by using the Court's CM/ECF system.

        */s/ Bradley M. Marten*
Bradley M. Marten
MARTEN LAW
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 292-2600
Facsimile: (206) 292-2601
Email: bmarten@martenlaw.com