IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-C-910 |
| NCR CORPORATION, APPLETON PAPERS INC., BROWN COUNTY, CITY OF APPLETON, CITY OF GREEN BAY, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Defendant NCR Corporation ("NCR"), by its counsel, respectfully requests that the Court schedule oral argument regarding Defendant Georgia-Pacific Consumer Products LP's Motion to Dismiss the Cross-Claim asserted in NCR's Amended Answer to the First Amended Complaint (the "Motion"), currently pending before the Court. *See* Dkts. # 83-84. Given the nature of the legal, factual, and procedural issues raised by the Motion, NCR believes that oral argument may be of assistance to the Court in deciding the Motion. NCR is available on any date acceptable to the Court.

Respectfully submitted,

/s/ Kathleen L. Roach


SIDLEY AUSTIN LLP
Kathleen L. Roach (IL Bar No. 6191432)
Evan B. Westerfield (IL Bar No. 6217037)
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
kroach@sidley.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (NY Bar No. 1475722)
Sandra C. Goldstein (NY Bar No. 2198745)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

MARTEN LAW PLLC
Bradley M. Marten (WA Bar No. 13582)
Linda R. Larson (WA Bar No. 9171)
1191 Second Avenue
Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

*Attorneys for NCR Corporation*


Dated: February 7, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>THE STATE OF WISCONSIN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. 10-C-910 |
| NCR CORPORATION, APPLETON PAPERS INC.,<br>BROWN COUNTY, CITY OF APPLETON,<br>CITY OF GREEN BAY, CBC COATING, INC.,<br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br>KIMBERLY-CLARK CORPORATION, MENASHA<br>CORP., NEENAH-MENASHA SEWERAGE<br>COMMISSION, NEWPAGE WISCONSIN<br>SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER<br>MILLS CORP., and WTM I COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of February 2011, a true and correct copy of the foregoing Request for Oral Argument was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail upon the following:

Peter C Karegeannes
Quarles & Brady LLP
411 E Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

NCR CORPORATION

/s/ Kathleen L. Roach
One of Its Attorneys

Kathleen L. Roach
Evan B. Westerfield
Joan Radovich
Eric W. Ha
Margaret R. Sobota
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
Email: kroach@sidley.com
evanwesterfield@sidley.com
jradovich@sidley.com
eha@sidley.com
msobota@sidley.com

Evan R. Chesler
Sandra C. Goldstein
Alexandra Reeve Givens
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
Email: echesler@cravath.com
sgoldstein@cravath.com
areevegivens@cravath.com

Linda R. Larson
Bradley M. Marten
Meline G. MacCurdy
MARTEN LAW PLLC
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601
Email: llarson@martenlaw.com
bmarten@martenlaw.com
mmaccurdy@martenlaw.com