IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____
                                            )
UNITED STATES OF AMERICA, et al.            )
                                            )
                Plaintiffs,                 )
                                            )    Civil Action No. 10-C-910
        v.                                  )
                                            )
NCR CORPORATION, et al.                     )
                                            )
                Defendants.                 )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ericka L. Krumrie of Hermes Law, Ltd., appears for Appleton Papers Inc., in this action. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Krumrie at elk@hermeslawltd.com.

Dated: February 17, 2011

/s/ Ericka L. Krumrie
Ericka L. Krumrie
WI Bar No. 1066383
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, WI 54301
(920)436-9870
Fax: (920)436-9871
elk@hermeslawltd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____
                                       )
UNITED STATES OF AMERICA, et al.       )
                                       )
                Plaintiffs,            )
                                       )   Civil Action No. 10-C-910
        v.                             )
                                       )
NCR CORPORATION, et al.                )
                                       )
                Defendants.            )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, I electronically filed a **Notice of Appearance** using the ECF system, which will send notification of such filing to:

| | |
|---|---|
| Alexandra Reeve Givens | areevegivens@cravath.com |
| Bradley M. Marten | bmarten@martenlaw.com |
| Caleb J. Holmes | holmesc@gtlaw.com |
| Cynthia R. Hirsch | hirschcr@doj.state.wi.us |
| Daniel C. Murray | murrayd@jbltd.com |
| David G. Mandelbaum | mandelbaumd@gtlaw.com |
| Dennis P. Birke | db@dewtittross.com |
| Elizabeth K. Miles | emiles@dkattorneys.com |
| Eric W. Ha | eha@sidley.com |
| Evan R. Chesler | echesler@cravath.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Gregory J. Haanstad | greg.haanstad@usdoj.gov |
| Iva Ziza | Iva.Ziza@usdoj.gov |
| James P. Walsh | jim.walsh@appleton.org |
| Jeffrey A. Spector | jeffrey.spector@usdoj.gov |
| Joan Radovich | jradovich@sidley.com |
| Joshua M. Levin | joshua.levin@usdoj.gov |
| Karl S. Lytz | karl.lytz@lw.com |
| Kathleen L. Roach | kroach@sidley.com |
| Kelly J. Noyes | knoyes@vonbriesen.com |
| Kevin J. Lyons | klyons@dkattorneys.com |
| Linda E. Benfield | lbenfield@foley.com |
| Linda R. Larson | llarson@martenlaw.com |

| | |
|---|---|
| Marc E. Davies | daviesm@gtlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |
| Megan A. Senatori | ms@dewittross.com |
| Meline G. MacCurdy | mmaccurdy@martenlaw.com |
| Michael P. Carlton | mcarlton@vonbriesen.com |
| Monique M. Mooney | mooneym@gtlaw.com |
| Nancy K. Peterson | nancy.peterson@quarles.com |
| Patrick J. Ferguson | patrick.ferguson@lw.com |
| Paul Bargren | pbargren@foley.com |
| Paul G. Kent | pkent@staffordlaw.com |
| Peter C. Karegeannes | pck@quarles.com |
| Philip C. Hunsucker | phunsucker@hgnlaw.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Richard C. Yde | ryde@staffordlaw.com |
| Robert R. Ragatz | rrr@dewittross.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Sarah A. Slack | sslack@foley.com |
| Scott W. Hansen | shansen@reinhartlaw.com |
| Stephen F. McKinney | smckinney@hsblawfirm.com |
| Steven P. Bogart | sbogart@reinhartlaw.com |
| Susan M. Knepel | susan.knepel@usdoj.gov |
| Susan E. Lovern | slovern@vonbriesen.com |
| Tara M. Mathison | tmathison@dkattorneys.com |
| Ted Waskowski | twaskowski@staffordlaw.com |
| Thomas Armstrong | tarmstro@vonbriesen.com |
| Thomas R. Gottshall | tgottshall@hsblawfirm.com |
| Thomas M. Phillips | tphillipS@reinhartlaw.com |
| William H. Harbeck | william.harbeck@quarles.com |
| William J. Mulligan | wmulligan@dkattorneys.com |

APPLETON PAPERS INC.

s/ Ericka L. Krumrie
By: One of Its Attorneys

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (WI Bar No. 1019623) | Ronald R. Ragatz (WI Bar No. 1017501) |
| Heidi D. Melzer (WI Bar No. 1076125) | Dennis P. Birke (WI Bar No. 1018345) |
| Brandon J. Evans (WI Bar No. 1063940) | Megan A. Senatori (WI Bar No. 1037314) |
| Ericka L. Krumrie (WI Bar No. 1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |
| Fax: (920)436-9871 | rrr@dewittross.com |
| mlh@hermeslawltd.com | db@dewittross.com |
| hdm@hermeslawltd.com | ms@dewittross.com |
| bje@hermeslawltd.com | |
| elk@hermelawltd.com | |