IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>    Plaintiffs,<br>  v.<br><br>NCR CORPORATION, *et al.*,<br><br>    Defendants. | **Case Action No.: 1:10-CV-00910**<br>Hon. William C. Griesbach<br><br>Jury Trial Requested |

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2011, I electronically filed the following document:

(1) **CERTAIN DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' JOINT MOTION TO STRIKE OR DISMISS ALL COUNTERCLAIMS AND CROSS-CLAIMS,**

with the Clerk of the Court using the Electronic Court Filing System, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Mary Rose Alexander<br>Latham & Watkins LLP<br>mary.rose.alexander@lw.com | Brandon J. Evans<br>Hermes Law Ltd<br>bje@hermeslawltd.com | Cynthia R. Hirsch<br>Office of the Attorney General<br>hirschcr@doj.state.wi.us |
| Thomas Armstrong<br>von Briesen & Roper SC<br>tarmstro@vonbriesen.com | Patrick J. Ferguson<br>Latham & Watkins LLP<br>Patrick.ferguson@law.com | Caleb J. Holmes<br>Greenberg Traurig LLP<br>holmesc@gtlaw.com |
| Paul Bargen<br>Foley & Lardner LLP<br>pbargen@foley.com | Sandra C. Goldstein<br>Cravath Swaine & Moore LLP<br>sgoldstein@cravath.com | Philip C. Hunsucker<br>Hunsucker Goodstein & Nelson PC<br>phunsucker@hgnlaw.com |

| | | |
|---|---|---|
| Linda E. Benfield<br>Foley & Lardner LLP<br>lbenfield@foley.com | Thomas R. Gottshall<br>Haynsworth Sinkler Boyd PA<br>lgantt@hsblawfirm.com | Peter C. Karegeannes<br>Quarles & Brady LLP<br>peter.karegeannes@quarles.com |
| Dennis P. Burke<br>DeWitt Ross & Stevens SC<br>db@dewittross.com | Eric W. Ha<br>Sidley Austin LLP<br>eha@sidley.com | Paul G. Kent<br>Stafford Rosenbaum LLP<br>pkent@staffordlaw.com |
| Steven P. Bogart<br>Reinhart Boerner<br>Van Deuren SC<br>sbogart@reinhartlaw.com | Gregory J. Haanstad<br>United States Dept. of Justice<br>greg.haanstad@usdoj.gov | Susan M. Knepel<br>United States Dept. of Justice<br>susan.knepel@usdoj.gov |
| Michael P. Carlton<br>von Briesen & Roper SC<br>mcarlton@vonbriesen.com | Scott W. Hansen<br>Reinhart Boerner<br>Van Deuren SC<br>shansen@reinhartlaw.com | Ericka L. Krumie<br>Hermes Law Ltd<br>elk@hermeslawltd.com |
| Evan R. Chesler<br>Cravath Swaine & Moore<br>echesler@cravath.com | William H. Harbeck<br>Quarles & Brady LLP<br>william.harbeck@quarles.com | Linda R. Larson<br>Marten Law PLLC<br>llarson@martennaw.com |
| Marc E. Davies<br>Greenberg Traurig LLP<br>daviesm@gtlaw.com | Michael J. Hermes<br>Hermes Law Ltd<br>mlh@hermeslawltd.com | Joshua M. Levin<br>United States Dept. of Justice<br>joshua.levin@usdoj.gov |
| Susan E. Lovern<br>von Briesen & Rosep SC<br>slovern@vonbriesen.com | Kevin J. Lyons<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com | Karl S. Lytz<br>Latham & Watkins LLP<br>karl.lytz@lw.com |
| Meline G. MacCurdy<br>Marten Law PLLC<br>mmaccurdy@martenlaw.com | David G. Mandelbaum<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com | Bradley M. Marten<br>Marten Law PLLC<br>bmarten@martenlaw.com |
| Tara M. Mathison<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com | Stephen F. McKinney<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | Heidi D. Melzer<br>Hermes Law Ltd<br>hdm@hermeslawltd.com |
| Elizabeth K. Miles<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | Sabrina Mizrachi<br>Greenberg Traurig LLP<br>mizrachis@gtlaw.com | Monique M. Mooney<br>Greenberg Traurig LLP<br>mooneym@gtlaw.com |
| William J. Mulligan<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | Daniel C. Murray<br>Johnson & Bell Ltd<br>murrayd@jbltd.com | Kelly J. Noyes<br>von Briesen & Roper SC<br>knoyes@vonbriesen.con |

| | | |
|---|---|---|
| Nancy K. Peterson<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | Thomas M. Phillips<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | Joan Radovich<br>Eimer Stahl Klevorn & Solberg LLP<br>jradovich@eimerstahl.com |
| Ronald R. Ragatz<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | Alexandra Reeve Givens<br>Cravath Swaine & Moore LLP<br>agivens@cravath.com | Kathleen L. Roach<br>Sidley Austin LLP<br>kroach@sidley.com |
| James L. Santelle<br>United States Dept. of Justice<br>James.santelle@usdoj.gov | Megan A. Senatori<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | Sarah A. Slack<br>Foley & Lardner LLP<br>sslack@foley.com |
| Margaret R. Sobota<br>Sidley Austin LLP<br>msobota@sidley.com | Jeffrey A. Spector<br>United States Dept. of Justice<br>jeffrey.spector@usdoj.gov | Randall M. Stone<br>United States Dept. of Justice<br>randall.stone@usdoj.gov |
| James P. Walsh<br>Appleton City Attorney<br>jim.walsh@appleton.org | Ted Waskowski<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com | Evan B. Westerfield<br>Sidley Asutin LLP<br>evanwesterfield@sidley.com |
| Richard C. Yde<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com | Iva Ziza<br>United States Dept. of Justice<br>Iva.Ziza@usdoj.gov | |

Dated: March 14, 2011

**HUNSUCKER GOODSTEIN & NELSON PC**

By:  /s/ Philip C. Hunsucker
Attorneys for Defendant
Menasha Corporation
Philip C. Hunsucker (CA State Bar 135860)
David A. Rabbino (CA State Bar 182291)

**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Blvd.
Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com