IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, ) ) ) ) Plaintiffs, ) ) v. ) ) NCR CORPORATION, *et al.* ) ) ) Defendants. ) ) | Civil Action No. 10-C-910 Hon. William C. Griesbach |

**CERTIFICATE OF SERVICE AND NOTICE OF AVAILABLITY OF ADMINISTRATIVE RECORD MATERIALS**

The undersigned counsel for the United States hereby certifies that, on March 31, 2011, electronic copies of the materials listed in the previously filed Site Administrative Record index (Dkt. 125-1) and UAO Administrative Record index (Dkt. 125-2) for the Lower Fox River and Green Bay Superfund Site were served on the following counsel for Appleton Papers Inc. and NCR Corporation, by overnight delivery service:

Evan R. Chesler
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Bradley M. Marten
Marten Law
1191 Second Avenue, Suite 2200
Seattle, WA 98101

Michael L. Hermes
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, WI 54301

Ronald R. Ragatz
DeWitt Ross & Stevens SC
Two East Mifflin Street, Suite 600
Madison, WI 53703

In addition, the United States hereby gives notice that the U.S. Department of Justice will provide electronic copies of those same administrative record materials in response to a written request from any other litigant in this case, *if the request is accompanied by a blank, formatted, portable hard drive containing at least 100 gigabytes of free space*. The Justice Department will load the electronic copies of the materials onto the hard drive and then return the hard drive to the requester. A combined index of those administrative record materials with corresponding Bates number ranges is attached hereto as Exhibit 1. Any requests for those materials should be sent by an overnight delivery service to:

>   Randall M. Stone
>   Environmental Enforcement Section
>   U.S. Department of Justice
>   601 D Street, N.W. – Room 2121
>   Washington, DC 20004

Please note that this street address should *only* be used for materials sent by an overnight delivery service. Any materials sent to the undersigned counsel by U.S. Mail should be addressed as follows:

>   Randall M. Stone
>   Environmental Enforcement Section
>   U.S. Department of Justice
>   P.O. Box 7611
>   Washington, DC 20044-7611

Dated:     March 31, 2011                              s/ *Randall M. Stone*

The foregoing Certificate of Service and Notice of Availability of Administrative Record Materials was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Hermes Law Ltd.
hdm@hermeslawltd.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**Sabrina Mizrachi**
Greenberg Traurig LLP
mizrachis@gtlaw.com

**Monique M. Mooney**
Greenberg Traurig LLP
mooneym@gtlaw.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Joan Radovich**
Sidley Austin LLP
jradovich@sidley.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
agivens@cravath.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Linda R. Larson**
Marten Law
llarson@martenlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com