# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA, et al.**,

                      Plaintiffs,

     v.

**SCHEDULING CONFERENCE ON EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

**NCR CORPORATION, et al.**,                     Case No. 10-C-910

                      Defendants.

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: 033011 |
| Deputy Clerk: Cheryl | Hearing Began: 11:27 a.m. |
| Proceeding Held: March 30, 2011 | Hearing Ended: 11:34 a.m. |

**Appearances:**

    **Plaintiff:**    Randall M. Stone and Matthew Oakes (by telephone)

    **Defendants:**    Kathleen Roach, Evan Westerfield, Eric Ha, Evan Chesler and Darin McAtee for NCR Corporation
                          Michael Hermes, Heidi Melzer, Brandon Evans, Ericka Krumrie, Ronald Ragatz, Dennis Birke and Megan Senatori for Appleton Papers

---

Randall Stone states that the plaintiff is requesting an expedited briefing schedule on this matter. They are requesting a response by 4/6/11 and a reply by 4/11/11.

11:29 a.m.- Evan Chesler responds. Michael Hermes responds.

The Court sets briefing as follows:
Response is due **April 12, 2011.**
Reply is due **April 18, 2011.**