

Capitol Square Office
Two East Mifflin Street
Suite 600
Madison, WI 53703-2865
Tel 608-255-8891
Fax 608-252-9243

Metro Milwaukee Office
13935 Bishop's Drive
Suite 300
Brookfield, WI 53005-6605
Tel 262-754-2840
Fax 262-754-2845

www.dewittross.com

Please respond to: Capitol Square Office
Direct line: 608-252-9351
Email: rrr@dewittross.com

April 8, 2011

**VIA ECF FILING SYSTEM**
The Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54305-2490

RE: *United States of America, et al. vs. NCR Corporation, et al.*
Case No. 10-CV-910-WCG

Dear Judge Griesbach:

On behalf of Appleton Papers Inc. ("API"), I am writing to advise the Court that API intends to seek leave of the Court to file a sur-reply brief to Plaintiffs' Joint Motion to Strike or Dismiss All Counterclaims and Cross-Claims (Dkt. 106). In the Joint Reply To Briefs By NCR Corporation And Appleton Papers Inc. In Opposition To Plaintiffs' Motion To Dismiss, filed last evening (Dkt. 131), the Governments have raised new arguments and cited new legal authorities to which API should, in fairness, have an opportunity to respond.

We anticipate filing such motion, with the proposed brief, in the next few days. In the meantime, however, we wanted to provide the Court with courtesy notice as to how API plans to proceed.

Sincerely,

**DEWITT ROSS & STEVENS** s.c.

s/ Ronald R. Ragatz
Ronald R. Ragatz

RRR:ymb
cc: All Counsel of Record (via electronic filing system)