IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-C-910 |
| v. | ) ) ) | Hon. William C. Griesbach |
| NCR CORPORATION, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXPAND PAGE LIMIT FOR UNITED STATES' REPLY BRIEF IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Civil L.R. 7(f) and 7(h), the United States of America hereby files this motion for leave to file a single consolidated 30 page reply brief in support of its Motion for a Preliminary Injunction, to address all arguments made in the separate opposing briefs filed by Defendants Appleton Papers Inc. ("API") and NCR Corporation ("NCR"). API and NCR have indicated that they do not oppose this motion.

The United States filed its Motion for a Preliminary Injunction and the supporting Brief on March 29, 2011. (Dkt. 122 and 126) On April 12, 2011, NCR and API filed separate briefs in opposition to the United States' Motion. (Dkt. 140 and 143) NCR and API's Memoranda in Opposition to the United States' Motion for a Preliminary Injunction are 30 and 43 pages long, respectively. The United States believes that it can adequately address all the arguments raised in the two opposition briefs in a single, consolidated 30 page reply brief. Counsel for API and NCR have assented. The United States therefore respectfully requests that the Court grant it

1

permission to exceed the general page limit in this instance and file a single reply brief in support of its Motion not exceeding 30 pages.

United States' Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Expand Page Limit for United States Reply Brief in Support of Motion for a Preliminary Injunction in *United States and the State of Wisconsin v. NCR Corp., et al.*, Civil Action No. 10-C-910 (E.D. Wis.)

                                                 Respectfully submitted,

                                                 For the United States of America

                                               IGNACIA S. MORENO
                                               Assistant Attorney General
                                               Environment and Natural Resources Division

Dated: April 15, 2011                s/ *Iva Ziza*
                                               IVA ZIZA, Trial Attorney
                                               RANDALL M. STONE, Senior Attorney
                                               JEFFREY A. SPECTOR, Trial Attorney
                                               Environmental Enforcement Section
                                               Environment and Natural Resources Division
                                               U.S. Department of Justice
                                               P.O. Box 7611
                                               Washington, DC 20044-7611
                                               Telephone: 202-514-3211
                                               Facsimile: 202-616-6584
                                               E-Mail: iva.ziza@usdoj.gov


                                               GREGORY J. HAANSTAD
                                               Attorney for the United States, Acting
                                               Under Authority Conferred by 28 U.S.C. § 515

                                               SUSAN M. KNEPEL
                                               Assistant United States Attorney
                                               Office of the United States Attorney
                                               517 E. Wisconsin Avenue, Room 530
                                               Milwaukee, WI 53202

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on this day, the foregoing Motion was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

| | |
|---|---|
| **Mary Rose Alexander**<br>Latham & Watkins LLP<br>mary.rose.alexander@lw.com | **Scott W. Hansen**<br>Reinhart Boerner Van Deuren SC<br>shansen@reinhartlaw.com |
| **Thomas Armstrong**<br>von Briesen & Roper SC<br>tarmstro@vonbriesen.com | **William H. Harbeck**<br>Quarles & Brady LLP<br>william.harbeck@quarles.com |
| **Paul Bargren**<br>Foley & Lardner LLP<br>pbargren@foley.com | **Michael L. Hermes**<br>Hermes Law Ltd.<br>mlh@hermeslawltd.com |
| **Linda E. Benfield**<br>Foley & Lardner LLP<br>lbenfield@foley.com | **Cynthia R. Hirsch**<br>Wisconsin Department of Justice<br>hirschcr@doj.state.wi.us |
| **Dennis P. Birke**<br>DeWitt Ross & Stevens SC<br>db@dewittross.com | **Caleb J. Holmes**<br>Greenberg Traurig LLP<br>holmesc@gtlaw.com |
| **Steven P. Bogart**<br>Reinhart Boerner Van Deuren SC<br>sbogart@reinhartlaw.com | **Philip C. Hunsucker**<br>Hunsucker Goodstein & Nelson PC<br>phunsucker@hgnlaw.com |
| **Michael P. Carlton**<br>von Briesen & Roper SC<br>mcarlton@vonbriesen.com | **Paul G. Kent**<br>Stafford Rosenbaum LLP<br>pkent@staffordlaw.com |
| **Evan R. Chesler**<br>Cravath Swaine & Moore LLP<br>echesler@cravath.com | **Susan E. Lovern**<br>von Briesen & Roper SC<br>slovern@vonbriesen.com |
| **Marc E. Davies**<br>Greenberg Traurig LLP<br>daviesm@gtlaw.com | **Kevin J. Lyons**<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com |
| **Brandon J. Evans**<br>Hermes Law Ltd.<br>bje@hermeslawltd.com | **Karl S. Lytz**<br>Latham & Watkins LLP<br>karl.lytz@lw.com |
| **Sandra C. Goldstein**<br>Cravath Swaine & Moore LLP<br>sgoldstein@cravath.com | **David G. Mandelbaum**<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com |
| **Thomas R. Gottshall**<br>Haynsworth Sinkler Boyd PA<br>lgantt@hsblawfirm.com | **Tara M. Mathison**<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com |
| **Eric W. Ha**<br>Sidley Austin LLP<br>eha@sidley.com | **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com |

**Heidi D. Melzer**  
Hermes Law Ltd.  
hdm@hermeslawltd.com

**Elizabeth K. Miles**  
Davis & Kuelthau SC  
emiles@dkattorneys.com

**Sabrina Mizrachi**  
Greenberg Traurig LLP  
mizrachis@gtlaw.com

**Monique M. Mooney**  
Greenberg Traurig LLP  
mooneym@gtlaw.com

**William J. Mulligan**  
Davis & Kuelthau SC  
wmulligan@dkattorneys.com

**Daniel C. Murray**  
Johnson & Bell Ltd.  
murrayd@jbltd.com

**Kelly J. Noyes**  
von Briesen & Roper SC  
knoyes@vonbriesen.com

**Nancy K. Peterson**  
Quarles & Brady LLP  
nancy.peterson@quarles.com

**Thomas M. Phillips**  
Reinhart Boerner Van Deuren SC  
tphillip@reinhartlaw.com

**Joan Radovich**  
Sidley Austin LLP  
jradovich@sidley.com

**Ronald R. Ragatz**  
DeWitt Ross & Stevens SC  
rrr@dewittross.com

**Alexandra Reeve Givens**  
Cravath Swaine & Moore LLP  
agivens@cravath.com

**Kathleen L. Roach**  
Sidley Austin LLP  
kroach@sidley.com

**Megan A. Senatori**  
DeWitt Ross & Stevens SC  
ms@dewittross.com

**Sarah A. Slack**  
Foley & Lardner LLP  
sslack@foley.com

**Margaret R. Sobota**  
Sidley Austin LLP  
msobota@sidley.com

**James P. Walsh**  
Appleton City Attorney  
jim.walsh@appleton.org

**Ted Waskowski**  
Stafford Rosenbaum LLP  
twaskowski@staffordlaw.com

**Evan B. Westerfield**  
Sidley Austin LLP  
evanwesterfield@sidley.com

**Richard C. Yde**  
Stafford Rosenbaum LLP  
ryde@staffordlaw.com

**Patrick J. Ferguson**  
Latham & Watkins LLP  
patrick.ferguson@lw.com

**Linda R. Larson**  
Marten Law  
llarson@martenlaw.com

**Bradley M. Marten**  
Marten Law  
bmarten@martenlaw.com

**Meline G. MacCurdy**  
Marten Law  
mmaccurdy@martenlaw.com

Dated: April 15, 2011         s/ *Iva Ziza*