IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | |
| Plaintiffs, | |
| v. | No. 10-CV-910-WCG |
| NCR CORPORATION, *et al.*, | |
| Defendants. | |

**DEFENDANT APPLETON PAPERS INC.'S MOTION TO STRIKE NEW DECLARATIONS, DOCUMENTS, ARGUMENTS, AND FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED FOR THE FIRST TIME WITH THE REPLY BRIEF IN SUPPORT OF THE UNITED STATES' MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Appleton Papers Inc. ("API") by its undersigned attorneys, respectfully moves the Court, pursuant to Civil L.R. 7, to strike the new declarations, documents, arguments, and voluminous proposed findings of fact and conclusions of law which the Government filed for the first time with its Reply Brief In Support Of United States' Motion For Preliminary Injunction on April 18, 2011. Dkt. #150. The grounds for this Motion are set forth in detail in the contemporaneously-filed Memorandum Of Appleton Papers Inc. In Support Of Motion To Strike New Declarations, Documents, Arguments, And Proposed Findings Of Fact And Conclusions Of Law Filed With The Reply Brief In Support Of The United States' Motion For A Preliminary Injunction.

- 1 -

Dated this 21st day of April, 2011.

Respectfully submitted,

APPLETON PAPERS INC.

By: s/ Ronald R. Ragatz
One of Its Attorneys

COUNSEL FOR APPLETON PAPERS INC.:

| | |
|---|---|
| Michael L. Hermes (#1019623) | Ronald R. Ragatz (#1017501) |
| Heidi D. Melzer (#1076125) | Dennis P. Birke (#1018345) |
| Brandon J. Evans (#1063940) | Megan A. Senatori (#1037314) |
| Ericka L. Krumrie (#1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |
| Fax: (920)436-9871 | |

- 2 -

Case 1:10-cv-00910-WCG   Filed 04/21/11   Page 2 of 2   Document 154