# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

    Plaintiffs,
v.                                                      No. 10-CV-910-WCG

NCR CORPORATION, *et al.*,

    Defendants.

## ORDER EXTENDING DEADLINE FOR RESPONDING TO CROSSCLAIMS OF DEFENDANT APPLETON PAPERS INC.

The Court, having reviewed the Stipulation Extending Deadline For Responding To Crossclaims Of Defendant Appleton Papers Inc. submitted by Defendants Appleton Papers Inc. ("API"), City of Appleton, CBC Coating, Inc., Kimberly-Clark Corporation, Menasha Corp., Neenah-Menasha Sewerage Commission, NewPage Wisconsin Systems, Inc., P.H. Glatfelter Co., U.S. Paper Mills Corp., and WTM I Company, and finding that the Stipulation will foster the orderly and efficient disposition of this case,

IT IS HEREBY ORDERED that:

The deadline for responding to API's Crossclaims (Dkt. #163, filed May 12, 2011) shall be extended to the 30th day after entry of a decision and order by the Court addressing the merits of Defendant Georgia-Pacific Consumer Products LP's Motion to Dismiss (Dkt. #83, filed January 13, 2011), unless such deadline is extended by further stipulation of the parties or by order of the Court. The parties' stipulation does not constitute a waiver or admission by any party with respect to whether

any crosschaim may be properly asserted in this action. This stipulation may be extended by agreement of these Defendants without further action by the Court.

Dated this 3rd day of June, 2011.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge