IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 10-CV-00910-WCG |
| NCR CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

TO: CLERK OF COURT

Kindly enter my appearance on behalf of P.H. Glatfelter Company in the above-entitled action. I am a member in good standing of the bar of this court. Please serve all further pleadings, correspondence and other filings at the address stated below. Please direct all ECF notices to the following e-mail address:

Adam Silverman - silvermana@gtlaw.com

Dated: June 8, 2011.

Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

/s/ Adam Silverman
Adam Silverman
Pennsylvania Bar No. 310620
(215) 988-7861 (Voice)
(215) 717-5267 (Fax)
silvermana@gtlaw.com