IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NCR CORPORATION, *et al.* )<br><br>Defendants. ) | Civil Action No. 10-C-910<br><br>Hon. William C. Griesbach |

**STATUS REPORT REGARDING SITE REMEDIATION WORK**

In a March 28, 2011 submission to the Environmental Protection Agency and the Wisconsin Department of Natural Resources, the limited liability company formed by Appleton Papers Inc. and NCR Corporation rejected specific directives by those agencies and announced a plan to scale-back the amount of remedial dredging that would be done at the Lower Fox River and Green Bay Superfund Site in 2011, as shown in the last column of this table from that submission:

**Estimated Annual Dredge Volumes**

| | Non-TSCA Required Including 6 Inch Overdredge (cy) | | | | TSCA (cy) | Total Required (cy) |
|---|---|---|---|---|---|---|
| | OU2 | OU3 | OU4 | Non-TSCA Total | | |
| 2009[a] | 3,009 | 126,351 | 407,808 | 537,168 | 7,367 | 544,535 |
| 2010[b] | 0 | 45,576 | 685,441 | 731,017 | 0 | 731,017 |
| 2011[b] | 0 | 64,547 | 185,453 | 250,000 | 0[c] | 250,000 |
| Total | 3,009 | 236,474 | 1,278,702 | 1,518,185 | 7,367 | 1,525,552 |

Notes:
a. Volumes for 2009 and 2010 reflect approximate actual volumes achieved.
b. Dredge volumes for 2011 and beyond are estimated, and include residual dredging.
c. TSCA material may be dredged and processed in 2011 as discussed in this RAWP.

Dkt. 125-18 at 11. On March 29, the United States moved for a preliminary injunction to require full scale remediation throughout 2011. The briefing on that motion has been completed.

In a weekly meeting that occurred on June 29th, the Resident Manager for the API/NCR limited liability company informed EPA and WDNR representatives that the companies' contractor team has been directed to stop all dredging work at the end of this week because the contractors will soon reach or approach the companies' 250,000 cubic yard dredging target for 2011. After taking next week off for the July 4th holiday and maintenance activities, some additional sediment capping and sand covering work would be performed but that non-dredging work would likely be completed in late August. At that point, the API/NCR contractors would suspend all remediation work at the Site.

As detailed in the materials filed in support of its motion for a preliminary injunction, the United States contends that a slowdown or cessation of dredging and other remediation work at the Site violates EPA's Unilateral Administrative Order and should be enjoined under 42 U.S.C. § 9606.

Respectfully submitted,

For the United States of America

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated:   June 30, 2011    s/ *Randall M. Stone*
RANDALL M. STONE
JEFFREY A. SPECTOR
IVA ZIZA
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC   20044-7611
Telephone:    202-514-1308
Facsimile:    202-616-6584
E-Mail:       randall.stone@usdoj.gov

GREGORY J. HAANSTAD
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515

SUSAN M. KNEPEL
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this day, the foregoing Status Report was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Hermes Law Ltd.
hdm@hermeslawltd.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**Sabrina Mizrachi**
Greenberg Traurig LLP
mizrachis@gtlaw.com

**Monique M. Mooney**
Greenberg Traurig LLP
mooneym@gtlaw.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Joan Radovich**
Sidley Austin LLP
jradovich@sidley.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
agivens@cravath.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Linda R. Larson**
Marten Law
llarson@martenlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

Dated: June 30, 2011           s/ *Randall M. Stone*