IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-C-910 |
| v. | ) ) | Hon. William C. Griesbach |
| NCR CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**PLAINTIFFS' JOINT MOTION TO ENTER CONSENT DECREE WITH BROWN COUNTY, THE CITY OF GREEN BAY, AND SETTLING FEDERAL AGENCIES**

The United States and the State of Wisconsin hereby move the Court to approve and enter a pending proposed Consent Decree that was lodged with the Court on December 1, 2010 (Dkt. 31-1). That Consent Decree would resolve two categories of potential liability for the Lower Fox River and Green Bay Superfund Site: (1) the alleged liability of Brown County, the City of Green Bay, and the U.S. Government (on behalf of the U.S. Army Corps of Engineers) for dredging-related activities and other steps to facilitate navigation in the Lower Fox River and Green Bay; and (2) the alleged liability of agencies of the U.S. Government for activities relating to the recycling of PCB-containing paper by mills in the Fox River Valley. The settlers would pay a total of $5.2 million under the proposed Consent Decree, and that payment would reduce the liability of the other potentially responsible parties by the amount of the settlement, as provided by 42 U.S.C. § 9613(f)(2). Of that total amount, the United States would pay $4.5 million and the City and the County would pay $350,000 each. One portion of the settlement would defray response costs ($850,000) while a second portion would reduce the claim for natural resource damages ($4,350,000).

After the proposed Consent Decree was lodged with the Court, notice of the proposed settlement with a solicitation of public comments was published in the Federal Register. 75 Fed. Reg. 76,025 (Dec. 7, 2010). At the request of several defendants in this case, the original 30-day comment period was extended by an additional six weeks until February 25, 2011. Before the close of the comment period, the U.S. Department of Justice provided those defendants electronic copies of more than 48,000 pages of documents concerning Army Corps activities at the Site and federal recycling, in response to Freedom of Information Act requests they submitted in December 2010. Seven sets of comments were received, including comments from: (1) Appleton Papers Inc. and NCR Corporation; (2) P.H. Glatfelter Company; (3) Menasha Corporation; (4) U.S. Paper Mills Corp.; (5) CBC Coating, Inc.; (6) WTM I Company; and (7) the Neenah-Menasha Sewerage Commission. All of them oppose the settlement, arguing that the settlement is procedurally unfair, substantively unfair, and/or unreasonable. The written comments – and the more significant attachments to those comments – are attached as exhibits to this Motion.

The Plaintiffs' brief in support of this motion provides pertinent background information, it reviews the legal standards governing court approval of the proposed settlement, it explains the factors that were considered in devising the proposed settlement, and responds to particular issues raised in the written comments on the settlement by the objectors. A related set of settlement calculation worksheets is attached to this motion. As demonstrated in the accompanying brief, the Court should approve and enter the Consent Decree notwithstanding the commenters' objections.

## Conclusion

The Court should approve and enter the proposed Consent Decree.

Respectfully submitted,

For the United States of America

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated:   July 10, 2011

s/ *Randall M. Stone*
RANDALL M. STONE
JEFFREY A. SPECTOR
IVA ZIZA
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC   20044-7611
Telephone:     202-514-1308
Facsimile:     202-616-6584
E-Mail:          randall.stone@usdoj.gov

Dated:   July 10, 2011

s/ *Joshua M. Levin*
JOSHUA M. LEVIN
MATTHEW R. OAKES
PERRY M. ROSEN
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:  202-514-4198
joshua.levin@usdoj.gov


GREGORY J. HAANSTAD
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515

SUSAN M. KNEPEL
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI  53202

For the State of Wisconsin

Dated:   July 10, 2011                          s/ *Cynthia R. Hirsch*
                                                CYNTHIA R. HIRSCH
                                                Assistant Attorney General
                                                Wisconsin Department of Justice
                                                17 West Main Street
                                                P.O. Box 7857
                                                Madison, Wisconsin  53707-7857

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, the foregoing Motion was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

- 1 -

**Heidi D. Melzer**
Hermes Law Ltd.
hdm@hermeslawltd.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**Sabrina Mizrachi**
Greenberg Traurig LLP
mizrachis@gtlaw.com

**Monique M. Mooney**
Greenberg Traurig LLP
mooneym@gtlaw.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Joan Radovich**
Sidley Austin LLP
jradovich@sidley.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
agivens@cravath.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Linda R. Larson**
Marten Law
llarson@martenlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

Dated:          July 10, 2011                    s/ *Randall M. Stone*