**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

  v.                              No. 10-CV-00910-WCG

NCR CORPORATION, et al.,

        Defendants

---

### NOTICE OF APPEARANCE

---

TO:    CLERK OF COURT

        Kindly enter our appearances on behalf of the City of Green Bay in the above-entitled action. Each of us is a member in good standing of the bar of this court. Please serve all further pleadings, correspondence and other filings at the address stated below. Please direct all ECF notices to the following email addresses:

               Ted A. Warpinski – taw@ffsj.com, swk@ffsj.com
               S. Todd Farris – stf@ffsj.com, sjf@ffsj.com
               Tony Wachewicz, Esq. - TonyWa@ci.green-bay.wi.us

Dated this 13th day of July, 2011.

                          Respectfully submitted,

                          s/Ted A. Warpinski
                          Ted A. Warpinski
                          State Bar No. 1018812
                          S. Todd Farris
                          State Bar No. 1006554
                          FRIEBERT, FINERTY & ST. JOHN, S.C.
                          Two Plaza East – Suite 1250
                          330 East Kilbourn Avenue
                          Milwaukee, WI 53202
                          (414) 271-0130
                          Fax: (414) 272-8191

Tony Wachewicz, Esq.
City Attorney
City of Green Bay
100 North Jefferson Street
Room 200
Green Bay, WI 54301-5026
(920)448-3083
Fax:  (920)448-3081

*Attorneys for Defendant City of Green Bay*