# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-C-910 |
| v. | ) ) | |
| NCR CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ian A. J. Pitz of Michael Best & Friedrich LLP has been retained as counsel for Defendant Brown County in connection with this lawsuit. All pleadings, correspondence and communications of whatever kind must be served upon Mr. Pitz at the address noted below.

Dated this 13th day of July, 2011.

**MICHAEL BEST & FRIEDRICH LLP**


By  s/ Ian A. J. Pitz
Ian A. J. Pitz, SBN 1031602
P. O. Box 1806
Madison, Wisconsin 53701-1806
Tel:    (608) 257-3501
Fax:    (608) 283-2275
Email: iapitz@michaelbest.com