

Sabrina Mizrachi
Tel 215.988.7879
Fax 215.717.5204
mizrachis@gtlaw.com

July 14, 2011

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

Re:     *United States of America, et al. v. NCR Corporation, et al.,*
        Case No. 1:10-CV-00910-WCG

Dear Judge Griesbach:

We represent Defendant/Counter-Plaintiff P.H. Glatfelter Company and are writing on behalf of Defendants/Counter-Plaintiffs CBC Coating, Inc., City of Appleton, Menasha Corporation, Neenah-Menasha Sewerage Commission, WTM I Company, and U.S. Paper Mills Corporation in the above-referenced matter. Defendants/Counter-Plaintiffs listed above inform the Court that we intend to respond to and oppose Plaintiffs' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend Plaintiffs' Date to Respond to Defendants' Counterclaims, filed July today (Dkt. 182), by July 21, 2011, pursuant to Civil L.R. 7(h)(2). Thank you.

Respectfully submitted,

/s/ Sabrina Mizrachi

Sabrina Mizrachi

cc:     All counsel of record

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C
WHITE PLAINS
ZURICH*

*OPERATES AS OPERATING TRAURIG MAHER LLP
**STRATEGIC ALLIANCE