# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF WISCONSIN**, Plaintiffs, v. **NCR CORPORATION, et al.**, Defendants. | **TELEPHONE SCHEDULING CONFERENCE** Case No. 10-C-910 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: 071511 |
| Deputy Clerk: Mary | Hearing Began: 1:31 p.m. |
| Proceeding Held: July 15, 2011 | Hearing Ended: 1:42 p.m. |

**Appearances:**

    **Plaintiffs:** Randall M. Stone, Matthew Oakes

    **Defendants:** Evan R. Chesler for NCR Corp., Michael Hermes and Ronald Ragatz for Appleton Papers, Richard C. Yde for City of Appleton, Susan E. Lovern for CBC Coating, Inc., Mary Rose Alexander for Georgia-Pacific, Sarah A. Slack for Kimberly-Clark, Ann Lynch for Menasha Corp, William J. Mulligan for Neenah-Menasha Sewerage Commission, Sabrina Mizrachi for PH Glatfelter Co, Thomas R. Gottshall for US Paper Mills Corp, William H. Harbeck for WTM I Company, Ian AJ Pitz for Brown County

The Court addresses pending [177] motion for preliminary injunction and briefing. The Court directs that responses are due next Friday and the Court anticipates entering a decision the following week.
The 08-16 case is scheduled for status conference on August 1, 2011.

Atty. Stone or someone from his office will appear on behalf of the United States for the hearing on August 1, 2011, in 08-16 *Whiting* case.

The Court GRANTS [182] motion for extension of time to answer for 10 days after the decision on pending motion.

The Court directs parties to submit a short background of discovery disputes for the hearing on August 1, 2011.

The Court adjourns.