IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NCR CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

Civil Action No. 10-C-910

Hon. William C. Griesbach

**DECLARATION OF JEFFREY THOMAS LAWSON
IN SUPPORT OF APPLETON PAPERS INC.'S
MEMORANDUM IN OPPOSITION TO THE UNITED STATES'
MOTIONFOR ENTRY OF REVISED PROPOSED TERMS OF AN INJUNCTION**

I, JEFFREY THOMAS LAWSON, declare as follows:

1. I am employed by Project Control Companies, Inc. ("PCC") with the title of Senior Principal. I am offering this Declaration in support of Appleton Papers Inc.'s Memorandum in Opposition to the United States' Motion for Entry of Revised Proposed Terms of an Injunction.

2. PCC is a consulting firm, based in Nashua, New Hampshire, that provides project management and related services. PCC has provided a variety of project management services in connection with the Lower Fox River ("LFR") for approximately ten years. I have personally been involved in performing and managing these services throughout this period. PCC has day-to-day, hands-on knowledge of the technical and financial aspects of the remediation for the

Lower Fox River Remediation LLC (the "LLC"). I was designated, and act as the Resident LLC Manager.

3. Consistent with the revised Phase 2B Work Plan for 2011 Remediation Action of Operable Unites 2-5 ("Revised 2011 RAWP"), the LLC is continuing to perform residual dredging 24 hours per day in Operable Unit 3 ("OU3"). Currently sediment capping and sand covering work is being performed 8 hours per day, 5 days a week in OU3, and will increase to 24 hours per day starting the week of August 8, 2011. This work will be completed by the end of the 2011 construction season and will complete the remedial activities in OU3.

4. In addition to the work being performed pursuant to the Revised 2011 RAWP, the LLC has approved an additional $700,000 to be spent for in-fill sampling, lab analysis and final design work in preparation for the remediation to commence in the 2012 construction season and this work is ongoing.

5. If additional work beyond the Revised 2011 RAWP was ordered of the LLC this season on or after August 1, 2011, it is unlikely that the LLC's contractor team can still remove 605,000 cubic yards of river sediment by the end of the 2011 construction season.

6. The Revised 2011 RAWP states that the construction season would need to end on November 12, 2011. There is no guarantee that work could be extended beyond that date due to unpredictable weather conditions. As of August, 1, 2011, there would be 15 remediation work weeks remaining in 2011.

7. The weekly production rate for 2011 as calculated through the completion of work on July 1, 2011 equals 21,160 cubic yards per week. The average actual dredge production rate for 2010 does not represent the current capability due to the fact that different remedial work is being completed in 2011.

8. If TSCA sediment is required to be removed, the production rate for the removal of the TSCA sediment equals 14,378 cubic yards per week. Removal of TSCA sediment is estimated to take approximately three weeks.

9. If dredging continued to proceed 5 days a week, 24 hours a day from August 1 through the remainder of the construction season, the LLC's contractor team will be unable to dredge 605,000 cubic yards this season. Taking into account the 2011 weekly production rate, along with the production rate for the removal of TSCA-designated sediments, the LLC's contractor team would be able to dredge an estimated 538,987 cubic yards this season.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2011 /s/ Jeffrey Thomas Lawson_____
Jeffrey Thomas Lawson
Resident LLC Manager