

**Project Overview**

**Attention Boaters & Anglers**

**Project Milestones**

**Photo Gallery**

**Key Players**

**Documents**

**Links**

**Media Room**

**In the Community**

**Contact Us**

## Project Update

The 2011 dredging and processing season began on April 18 and concluded in mid-August. Capping and covering operations resumed on May 2 and continue.

Progress for the week ending August 20, 2011...

- Area of river bottom capped or covered - 5.76 acres

Progress so far in 2011...

- Estimated volume of sediment dredged - 239,414 cubic yards
- Estimated amount of processed sediment produced - 100,358 tons
- Estimated tonnage hauled to landfill - 103,684 tons
- Truckloads to landfill - 4,355
- Water treated and discharged to the river - 331,600,000 gallons
- Area of river bottom capped or covered - 54.83 acres

As of mid-August, the project has reached 899,000 work hours without a lost time incident (not including transportation hours).

In 2010, the project dredged more than 720,000 cubic yards of sediment for a two year total of approximately 1.2 million cubic yards.

Totals for 2010...

- Estimated volume of sediment dredged - 720,759 cubic yards
- Estimated amount of processed sediment produced 365,627 tons
- Estimated tonnage hauled to landfill - 378,291 tons
- Truckloads to landfill - 16,050
- Water treated and discharged to the river - 881,430,000 gallons
- No capping or covering took place in 2010.

Totals for 2009...

- Estimated volume of sediment dredged - 541,218 cubic yards (exceeded the 2009 target of 468,000 cubic yards dredged by more than 15%)
- Amount of processed sediment hauled to landfill - 335,207 tons
- Truckloads to landfill - 14,131
- Area of river bottom sand covered - approximately 61 acres
- Area of river bottom capped - approximately 7 acres
- Water treated and discharged to the river - 715,028,000 gallons

©2011 Fox River Cleanup Project     created using: buildmyownsite.com