

411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4497
Tel 414.277.5000
Fax 414.271.3552
www.quarles.com

*Attorneys at Law in:*
Phoenix and Tucson, Arizona
Naples, Florida
Chicago, Illinois
Milwaukee and Madison, Wisconsin

Writer's Direct Dial: 414.277.5515
E-Mail: nancy.peterson@quarles.com

September 1, 2011

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

    RE:    **United States of America and The State of Wisconsin v. NCR Corporation, et al.**
           **Case No. 10-CV-910-WCG**

Dear Judge Griesbach:

    I am writing in connection with the Stipulation and Order Extending Deadline for Responding to Crossclaims of Defendant Appleton Papers Inc. (Docket 165) and the Order extending that deadline (Docket 166). The Order provides that the stipulation "may be extended by agreement of these Defendants without further action by the Court."

    This is to advise the Court that the parties to the stipulation have agreed to extend further the deadline for responses to Appleton Papers' crossclaims. By letter dated August 4, 2011 (Docket 200), we previously informed the Court that the deadline was extended to September 5, 2011 by the parties' agreement. The parties to the stipulation have now agreed to extend the deadline again, through October 21, 2011.

    If there are any questions or if the Court needs anything further to effect this extension, please advise. Thank you.

                                Yours truly,

                                QUARLES & BRADY LLP

                                Nancy K. Peterson

NKP:sil

QB\14398226.1