# AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 26, 2011, the foregoing Plaintiff State of Wisconsin's Answer and Affirmative Defenses to Defendants' Counterclaims was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**S. Todd Farris**
Friebert, Finerty & St John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
Patrick.ferguson@lw.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Gregory J. Haanstad**
United States Department of Justice
greg.haanstad@usdoj.gov

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
Beth.Erlitz@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Susan M. Knepel**
United States Department of Justice
susan.knepel@usdoj.gov

**Ericka L. Krumrie**
Hermes Law Ltd.
elk@hermeslawltd.com

| | |
|---|---|
| **Linda R. Larson**<br>Marten Law Group<br>llarson@martenlaw.com | **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com |
| **Vanessa A. Lavely**<br>Cravath Swaine & Moore LLP<br>vlavely@cravath.com | **Sabrina Mizrachi**<br>Greenberg Traurig LLP<br>mizrachis@gtlaw.com |
| **Joshua M. Levin**<br>United States Department of Justice<br>joshua.levin@usdoj.gov | **Monique M. Mooney**<br>Greenberg Traurig LLP<br>mooneym@gtlaw.com |
| **Susan E. Lovern**<br>von Briesen & Roper SC<br>slovern@vonbriesen.com | **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com |
| **Kevin J. Lyons**<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com | **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com |
| **Karl S. Lytz**<br>Latham & Watkins LLP<br>karl.lytz@lw.com | **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com |
| **Meline G. MacCurdy**<br>Marten Law Group<br>mmaccurdy@martenlaw.com | **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com |
| **David G. Mandelbaum**<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com | **Matthew R. Oakes**<br>United States Department of Justice<br>matthew.oakes@usdoj.gov |
| **Bradley M. Marten**<br>Marten Law Group<br>bmarten@martenlaw.com | **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com |
| **Tara M. Mathison**<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com | **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com |
| **Darin P. McAtee**<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com | **Ian AJ Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com |
| **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | **David A. Rabbino**<br>Hunsucker Goodstein & Nelson PC<br>drabbino@hgnlaw.com |
| **Heidi D. Melzer**<br>Hermes Law Ltd.<br>hdm@hermeslawltd.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com |

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Adam B. Silverman**
Greenberg Traurig LLP
silvermana@gtlaw.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**Jeffrey A. Spector**
United States Department of Justice
jeffrey.spector@usdoj.com

**Randall M. Stone**
United States Department of Justice
randall.stone@usdoj.gov

**Anthony S. Wachewicz, III**
City of Green Bay
tonywa@ci.green-bay.wi.us

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted A. Warpinski**
Friebert, Finerty & St John SC
taw@ffsj.com

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

**Iva Ziza**
United States Department of Justice
Iva.Ziza@usdoj.gov

Plaintiff State of Wisconsin's Answer and Affirmative Defenses to Defendants' Counterclaims has been sent by First Class Mail on September 26, 2011, to Peter C. Karegeannes, Quarles & Brady, LLP, 411 E. Wisconsin Ave., Suite 2040, Milwaukee, WI 53202-4497

s/*Cynthia R. Hirsch*