IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NCR CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 10-C-910 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Krauss of Gregory A. Krauss PLLC appears for Appleton Papers Inc. in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Krauss at gkrauss@krausspllc.com.

Dated: October 5, 2011

s/ Gregory A. Krauss
Gregory A. Krauss
Gregory A. Krauss PLLC
1629 K St. NW
Suite 300
Washington, DC  20006
(202)355-6430
gkrauss@krausspllc.com
