IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, ) ) ) ) Plaintiffs, ) ) v. ) ) APPLETON CORPORATION, *et al.* ) ) Defendants. ) ) | Civil Action No. 10-C-910<br><br>Hon. William C. Griesbach |

**ERRATA TO UNITED STATES' ANSWERS TO COUNTERCLAIMS**

On September 26, 2011, the Plaintiff the United States of America filed answers to ten sets of counterclaims filed by Defendants. Counsel for the United States subsequently discovered a number of errors which we correct below:

(1) "United States' Answer to Menasha Corporation's Counterclaims," (Dkt. 224). In paragraph 102, all paragraph references should be to paragraph 102. In paragraph 120, all paragraph references should be to paragraph 120. In paragraph 196, all paragraph references should be to paragraph 196. In paragraph 236, all paragraph references should be to paragraph 236. In paragraph 238, all paragraph references should be to paragraph 238. In paragraph 241, all paragraph references should be to paragraph 241. In paragraph 260, all paragraph references should be to paragraph 260. In paragraph 288, all paragraph references should be to paragraph 288. In paragraph 294, all paragraph references should be to paragraph 294.

(2) "United States' Answer to P.H. Glatfelter Company's Counterclaims," (Dkt. 225). In paragraph 27, all paragraph references should be to paragraph 27. In paragraph 93, all

paragraph references should be to paragraph 93. In paragraph 128, all paragraph references should be to paragraph 128. In paragraphs 130-137, the first sentence should reference "Paragraphs 130 through 137 of the Counterclaims."

(3) "United States' Answer to Appleton Papers Inc.'s Counterclaims," (Dkt. 226). In paragraph 22, all paragraph references should be to paragraph 22. In paragraph 71, all paragraph references should be to paragraph 71. The eleventh defense was mistakenly asserted, and should be deleted.

(4) "United States' Answer to CBC Coating, Inc.'s Counterclaims," (Dkt. 227). The eleventh defense was mistakenly asserted, and should be deleted.

(5) "United States' Answer to City of Appleton's Counterclaims," (Dkt. 228). The eleventh defense was mistakenly asserted, and should be deleted.

(6) "United States' Answer to Kimberly-Clark corporation's Counterclaims," (Dkt. 229). In paragraph 5, all paragraph references should be to paragraph 5. The eleventh defense was mistakenly asserted, and should be deleted.

(7) "United States' Answer to NCR Corporation's Counterclaims," (Dkt. 230). In paragraph 42, all paragraph references should be to paragraph 42. The eleventh defense was mistakenly asserted, and should be deleted.

(8) "United States' Answer to Neenah-Menasha Sewerage Commission's Counterclaims," (Dkt. 231). In paragraph 32, all paragraph references should be to paragraph 32. In paragraph 34, all paragraph references should be to paragraph 34. The eleventh defense was mistakenly asserted, and should be deleted.

(9) "United States Answer to U.S. Paper Mills Corp. Counterclaims," (Dkt. 232). In paragraph 28, all paragraph references should be to paragraph 28. The eleventh defense was mistakenly asserted, and should be deleted.

(10) "United States' Answer to WTM I Company's Counterclaims," (Dkt. 233). In paragraph 43, all paragraph references should be to paragraph 43. In paragraph 44, all paragraph references should be to paragraph 44. In paragraph 56, all paragraph references should be to paragraph 56. The eleventh defense was mistakenly asserted, and should be deleted.

Respectfully submitted,

For the United States of America

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: October 17, 2011        /s/ *Matthew R. Oakes*
JOSHUA M. LEVIN
MATTHEW R. OAKES
PERRY M. ROSEN
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: 202-514-4198
joshua.levin@usdoj.gov

RANDALL M. STONE
JEFFREY A. SPECTOR
IVA ZIZA
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: 202-514-1308
Facsimile: 202-616-6584
E-Mail: randall.stone@usdoj.gov

GREGORY J. HAANSTAD
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515

SUSAN M. KNEPEL
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, the foregoing Errata was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Hermes Law Ltd.
hdm@hermeslawltd.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**Sabrina Mizrachi**
Greenberg Traurig LLP
mizrachis@gtlaw.com

**Monique M. Mooney**
Greenberg Traurig LLP
mooneym@gtlaw.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
agivens@cravath.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Linda R. Larson**
Marten Law
llarson@martenlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Omid H. Nasab**
Cravath Swaine & Moore LLP
onasab@cravath.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

Dated: October 17, 2011           /s/ *Matthew R. Oakes*