

411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4497
Tel 414.277.5000
Fax 414.271.3552
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Tampa, Florida*
*Chicago, Illinois*
*Milwaukee and Madison, Wisconsin*
*Shanghai, China*

Writer's Direct Dial: 414.277.5853
E-Mail: william.harbeck@quarles.com

November 4, 2011

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

RE: **United States of America, et al. v. NCR Corporation, et al.**
**Case No. 10-CV-910-WCG**

Dear Judge Griesbach:

I am writing in connection with the Stipulation and Order Extending Deadline for Responding to Crossclaims of Defendant Appleton Papers, Inc. (Docket 165) and Order extending that deadline (Docket 166). The Order provides that the stipulation "may be extended by agreement of these Defendants without further action by the court."

By letter dated October 21, 2011 (Docket 239), we advised the Court that the parties to the stipulation had agreed to extend the deadline through November 4, 2011. With the thought of putting something more permanent in place, API's counsel has proposed that the deadline for responses to its crossclaims be 30 days after the Court rules on API's pending summary judgment motion in this matter. We are currently in the process of obtaining approval to this proposal from the necessary parties with the goal of confirming this approach with the Court by no later than the middle of next week. In the meantime, responses, of course, would continue to be deferred.

If there are any questions, or the need for clarification, please advise. Thank you.

Sincerely,

QUARLES & BRADY LLP

Bill Harbeck

William H. Harbeck

WHH:skl
Enclosures

QB\14996899.1