

| | 411 East Wisconsin Avenue | **Attorneys at Law in:** |
| --- | --- | --- |
| | Milwaukee, Wisconsin 53202-4497 | Phoenix and Tucson, Arizona |
| | Tel 414.277.5000 | Naples and Tampa, Florida |
| | Fax 414.271.3552 | Chicago, Illinois |
| | www.quarles.com | Milwaukee and Madison, Wisconsin |
| | | Shanghai, China |

Writer's Direct Dial: 414.277.5853
E-Mail: william.harbeck@quarles.com

November 15, 2011

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

    RE:    **United States of America, et al. v. NCR Corporation, et al.**
            **Case No. 10-CV-910-WCG**

Dear Judge Griesbach:

    I am writing in connection with the Stipulation and Order Extending Deadline for Responding to Crossclaims of Defendant Appleton Papers, Inc. (Docket 165) and Order extending that deadline (Docket 166). The Order provides that the stipulation "may be extended by agreement of these Defendants without further action by the court."

    The parties have now reached agreement that the deadline for responses to API's crossclaims be 30 days after the Court rules on API's pending summary judgment motion in this matter.

    If there are any questions, or the need for clarification, please advise. Thank you.

                          Sincerely,

                          QUARLES & BRADY LLP

                          Bill Harbeck

                          William H. Harbeck

WHH:skl
Enclosures