IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

    Plaintiffs,

  v.

NCR CORPORATION, *et al.*,

    Defendants.

No. 10-CV-910-WCG

## DEFENDANT APPLETON PAPERS INC.'S MOTION TO RECONSIDER THE COURT'S DECISION AND ORDER OF DECEMBER 19, 2011

Defendant Appleton Papers Inc. ("API"), by its undersigned counsel, pursuant to Rule 54(b), respectfully moves the Court to reconsider and withdraw its Decision and Order of December 19, 2011 and to grant API's previously filed Motion for Summary Judgment (Dkt. 194, 197). The grounds for this motion are set forth in API's supporting memorandum, which is being filed with this Motion.

Dated this 10th day of January, 2012.

    Respectfully submitted,

    APPLETON PAPERS INC.

    By: /s/ Ronald R. Ragatz
        One of Its Attorneys

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (#1019623) | Ronald R. Ragatz (#1017501) |
| Heidi D. Melzer (#1076125) | Dennis P. Birke (#1018345) |
| Brandon J. Evans (#1063940) | Megan A. Senatori (#1037314) |
| Ericka L. Krumrie (#1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |

Gregory A. Krauss
Gregory A. Krauss PLLC
1629 K St. NW
Suite 300
Washington, DC 20006
(202) 355-6430