IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, *et al.*,<br><br>Defendants. | ) | Civil Action No. 10-C-910<br><br>Hon. William C. Griesbach |

**SECOND DECLARATION OF RANDALL M. STONE SUBMITTED IN RESPONSE TO DEFENDANT APPLETON PAPERS INC.'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO RECONSIDER THE COURT'S DECISION AND ORDER OF DECEMBER 19, 2011**

I, Randall M. Stone, declare as follows:

1. I am a Senior Attorney with the Environmental Enforcement Section of the United States Department of Justice. I have served as counsel for the United States on matters concerning the Lower Fox River and Green Bay Superfund Site (the "Site") since 2000.

2. Exhibit 1 to this Declaration is a true and correct copy of the 1978 Annual Report to shareholders by NCR Corporation ("NCR"), which NCR produced in discovery in *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Co., Inc.*, No 08-C-16 (E.D. Wis.) (the "*Whiting* case").

3. Exhibit 2 to this Declaration is a true and correct copy of an August 2000 report by RMT, Inc., entitled "Estimates of Emulsion Loss to the Appleton POTW from the Appleton Coated Papers Facility for 1970-1971," which NCR produced in discovery in the *Whiting* case.

4. Exhibit 3 to this Declaration is a true and correct copy of an NCR publication entitled "NCR Paper Enters Tenth Anniversary Year With New Emulsion Manufacturing Building," which NCR produced in discovery in the *Whiting* case.

5. Exhibit 4 to this Declaration is a true and correct copy of a January 30, 2012, Joint Initial Pretrial Report filed by Appleton Papers Inc. ("API") and other parties in the *Whiting* case.

6. Exhibit 5 to this Declaration is a true and correct copy of December 1971 comments by several public interest organizations on a discharge permit application for the Combined Locks Mill, which NCR produced in discovery in the *Whiting* case.

7. Exhibit 6 to this Declaration is a true and correct copy of an April 13, 1972, letter from Appleton Papers, Inc. in response to the above-referenced comments on the discharge permit application for the Combined Locks Mill, which API produced in discovery in the *Whiting* case.

8. Exhibit 7 to this Declaration is a true and correct copy of pertinent excerpts of Wis. Stat. Chapter 29 (1973), as downloaded from the following website maintained by the State of Wisconsin's Legislative Reference Bureau: http://www.legis.state.wi.us/statutes/1973/73Stat0029.pdf.

9. Exhibit 8 to this Declaration is a true and correct copy of Wisconsin Department of Natural Resources ("WNDR") Order Number 4B-68-11a-8A, as issued to Combined Paper Mills, Inc., in December 1969, which NCR produced in discovery in the *Whiting* case.

10. Exhibit 9 to this Declaration is a true and correct copy of a July 1973 semi-annual report by Appleton Papers, Inc. under WNDR Order Number 4B-68-11a-8A, which API produced in discovery in the *Whiting* case.

11. Exhibit 10 to this Declaration is a true and correct copy of a January 1973 semi-annual report by Appleton Papers, Inc. under WNDR Order Number 4B-68-11a-8A, which API produced in discovery in the *Whiting* case.

12. Exhibit 11 to this Declaration is a true and correct copy of a July 1973 WDNR letter response to the July 1973 semi-annual report by Appleton Papers, Inc. under WNDR Order Number 4B-68-11a-8A, which NCR produced in discovery in the *Whiting* case.

13. Exhibit 12 to this Declaration is a true and correct copy of a January 1974 semi-annual report by NCR's Appleton Papers Division under WNDR Order Number 4B-68-11a-8A, which NCR produced in discovery in the *Whiting* case.

14. Exhibit 13 to this Declaration is a true and correct copy of a January 1974 WDNR letter response to the January 1974 semi-annual report by NCR's Appleton papers Division under WNDR Order Number 4B-68-11a-8A, which NCR produced in discovery in the *Whiting* case.

15. Exhibit 14 to this Declaration is a true and correct copy of a January 1975 letter from NCR's Appleton Papers Division to WNDR, which NCR produced in discovery in the *Whiting* case.

16. Exhibit 15 to this Declaration is a true and correct copy of a WDNR report on a July 1974 inspection of the Appleton Papers, Inc. Combined Locks Mill, which API produced in discovery in the *Whiting* case.

17. Exhibit 16 to this Declaration is a true and correct copy of the return of service, summons, and complaint in *State of Wisconsin v. Appleton Papers, Inc. and National Cash Register Company* (along with referenced exhibits to the complaint), which API produced in discovery in the *Whiting* case.

18. Exhibit 17 to this Declaration is a true and correct copy of a February 1976 polychlorinated biphenyl analysis for the NCR Appleton Plant, which NCR produced in discovery in the *Whiting* case.

19. Exhibit 18 to this Declaration is a true and correct copy of an April 1976 NCR memorandum concerning PCB contamination at the NCR Portage Plant, which API produced in discovery in the *Whiting* case.

20. Exhibit 19 to this Declaration is a true and correct copy of a December 1976 NCR memorandum concerning PCB contamination at the NCR Portage Plant, which API produced in discovery in the *Whiting* case.

21. Exhibit 20 to this Declaration is a true and correct copy of a September 1977 NCR memorandum concerning PCB contamination at the NCR Portage Plant, which API produced in discovery in the *Whiting* case.

22. Exhibit 21 to this Declaration is a true and correct copy of a May 1978 NCR memorandum concerning PCB contamination at the NCR Portage Plant, which API produced in discovery in the *Whiting* case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2012 s/ *Randall M. Stone*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, the foregoing Declaration was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Gregory A. Krauss**
Gregory Krauss PllC
gkrauss@krausspllc.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Ericka L. Krumrie**
Hermes Law Ltd
elk@hermeslawltd.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Darin P. McAtee**
Cravath Swaine & Moore LLP
dmcatee@cravath.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Hermes Law Ltd.
hdm@hermeslawltd.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**Sabrina Mizrachi**
Greenberg Traurig LLP
mizrachis@gtlaw.com

**Monique M. Mooney**
Greenberg Traurig LLP
mooneym@gtlaw.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Omid H. Nasab**
Cravath Swaine & Moore LLP
onasab@cravath.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Ian A.J. Pitz**
Michael Best & Friedrich LLP
iapitz@michaelbest.com

**David A. Rabbino**
Hunsucker Goodstein & Nelson PC
drabbino@hgnlaw.com

**Joan Radovich**
Sidley Austin LLP
jradovich@sidley.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
agivens@cravath.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Adam B. Silverman**
Greenberg Traurig LLP
silvermana@gtlaw.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**Anthony S. Wachewicz, III**
City of Green Bay
tonywa@ci.green-bay.wi.us

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted A. Warpinski**
Friebert Finerty & St John SC
taw@ffsj.com

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

Dated: February 3, 2012

s/ *Randall M. Stone*