


Case 1:10-cv-00910-WCG Filed 02/03/12 Page 1 of 44 Document 301-1

NCR-FOX-418769

# The Company

NCR Corporation develops, manufactures, markets, installs, and services total business information processing systems for selected worldwide markets. These markets are primarily in the retail, financial, commercial, industrial, health-care, education and government sectors.

The NCR total systems concept encompasses one of the broadest hardware and software product lines in the industry. NCR computers range from small business systems to the most powerful general-purpose processors, and are supported by a complete spectrum of terminals, peripherals, data communications networks, and an extensive library of software products. Supplemental services and products include data centers, field engineering, systems services, educational centers, and a comprehensive line of media.




**Cover**

*The cover of this year's Annual Report features the processor and operator's console for the new NCR V-8670 computer system. NCR released the V-8670, and a companion V-8650 system, in November, 1978. The V-8600 family comprises the largest general-purpose processing systems released in the Company's history. The V-8650 and V-8670 also feature the first use of 64K-bit memory-chip technology in large-scale systems, and the first use of ultra-fast 100K emitter-coupled logic circuitry in a commercially available, general-purpose computer.*

# Financial Highlights

NCR

| | 1978 | 1977 | Change |
|---|---|---|---|
| **For Years Ended December 31** | | | |
| Revenues from Continuing Operations | **$2,610,520,000** | $2,311,939,000 | + 13% |
| Income from Continuing Operations | **193,731,000** | 120,622,000 | + 61 |
| Net Income | **318,004,000** | 142,470,000 | +123 |
| **At December 31** | | | |
| Total Assets | **$2,596,161,000** | $2,391,627,000 | + 9 |
| Shareholders' Equity | **$1,299,585,000** | $1,019,230,000 | + 28 |
| Number of Common Shares Outstanding | **26,169,225** | 26,374,374 | − 1 |
| Return on Average Equity | **16.7%** | 12.6% | + 33 |
| **Per Common Share** | | | |
| Primary Income: | | | |
| Continuing Operations | **$ 7.22** | $ 4.50 | + 60 |
| Net Income | **11.85** | 5.31 | +123 |
| Fully Diluted Income: | | | |
| Continuing Operations | **6.90** | 4.30 | + 60 |
| Net Income | **11.25** | 5.05 | +123 |
| Dividends Declared | **1.00** | .80 | + 25 |
| Shareholders' Equity | **49.66** | 38.64 | + 29 |

# Letter to Shareholders

As the Financial Highlights above indicate, the Company continued to make progress in many areas of its operations. Revenues, net income, and earnings-per-share all set new records. Consequently, on January 17, the Board of Directors approved a 60 percent increase in the quarterly dividend from 25 cents to 40 cents per share.

The specific factors that contributed to the Company's improved financial performance last year are discussed on pages 27 and 28 of this report. In addition, the Interview Section on pages 3 and 4 contains answers to questions shareholders frequently ask about NCR's current operations, strategies, and prospects for the future.

In virtually every respect 1978 was a successful year, and several developments have special significance because of their importance to the Company's continuing progress:

- The Company enhanced its product line with 116 new hardware and software releases, including two very large-scale computers, the V-8650 and the V-8670. With the introduction of these systems, NCR now offers the broadest range of compatible processing power available in the industry.
- The sale of Appleton Papers Division will permit the Company to devote all of its resources to business information processing systems and directly related products and services.
- The advent of Very Large-Scale Integration (VLSI) and steady growth in the need for a wide variety of microelectronic devices have made semiconductor design and production capability more important than ever before. To maintain its position of leadership in this field, NCR began construction of a new microelectronics plant, the Company's third such facility, and doubled the production capacity of one existing plant in 1978.
- NCR's profitability and financial structure continued to improve. In 1978, pretax margins increased to 14 percent, return on average stockholder equity improved to 17 percent, and long-term debt as a percentage of total capitalization decreased to 20 percent. These improvements occurred at the same time that expenditures for research and development increased substantially.

With a healthy incoming order backlog, a comprehensive product line, and a very strong financial position, NCR is prepared to enter a new period of revenue and earnings growth. We expect 1979 to be another year of excellent progress for the Company.

W. S. Anderson
Chairman

C. E. Exley, Jr.
President

January 26, 1979



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 3 of 44 Document 301-1

NCR-FOX-418771

# Contents

**Interview** — **Page 3**

Mr. Anderson and Mr. Exley discuss NCR operations, plans, and future outlook.

**Productivity – Key to Growth** — **Page 5**

Gains in revenue and profit per employee reflect increased productivity in 1978.

**Technology** — **Page 6**

At a time when computer power is most needed, technology is providing new ways to make systems more productive.

**Engineering and Manufacturing** — **Page 8**

New design and manufacturing methods, and the introduction of new technologies, are resulting in more cost-effective products.

**Marketing** — **Page 11**

Expansion of the worldwide sales organization and increasing specialization are key elements in meeting the requirements of a rapidly growing market.

**Human Resources** — **Page 13**

New programs are being implemented to attract, develop, and retain highly skilled personnel to ensure that the Company's long-range objectives are achieved.

**New Products** — **Page 15**

New large-scale systems highlight a record year of product releases.

**Serving the World of Business** — **Page 22**

Significant developments around the world contribute to record bookings and revenues.

**Directors** — **Page 25**

The Board of Directors represents a broad cross-section of the business, professional, and scientific communities.

**Financial Section**

Financial Review and Analysis — **Page 27**

Consolidated Income Statement — **Page 28**

Consolidated Financial Position — **Page 30**

Changes in Consolidated Financial Position — **Page 32**

Notes to Consolidated Financial Statements — **Page 34**



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 4 of 44 Document 301-1

NCR-FOX-418772

# Interview

**What is the outlook for NCR's business in 1979?**

Mr. Anderson: Currently, over half our revenues are generated outside the United States, and although many considered international economic conditions unfavorable in 1978, NCR secured substantial growth in its overseas markets. With improved conditions forecast for 1979, we anticipate even better performance. Although the United States economy is expected to grow at a slower rate in 1979 than last year, the outlook for our business here is also promising.

In both the United States and international marketplaces the Company is well-situated from a product standpoint, our financial position is strong, and we entered 1979 with a healthy incoming order backlog.

**Will revenues grow faster than in the past?**

Mr. Exley: In our Annual Report for 1976, Mr. Anderson stated that the four-year program aimed at restoring the profitability and financial strength of the Company had been successfully completed, and that the Company was poised for a new era of growth in revenues and earnings. Since that time, earnings have improved dramatically. At the same time, we have expanded our marketing and product development organizations at the fastest practical rate. In 1978, these growth programs produced the highest rate of gain in incoming equipment orders that the Company has realized in many years. This improved incoming order position was reflected in our revenue gains for 1978, particularly in the second half. We expect these trends to continue in 1979.

**Are you considering acquisitions as a means of growth?**

Mr. Anderson: This is a definite possibility, but our acquisitions policy isn't aimed strictly at growth in the near term. In looking at possible acquisitions, our attention is focused on companies that relate directly to NCR's long-term goals in the business equipment industry. We don't view diversification as an appropriate strategy for NCR, so our acquisition program is directed toward companies that will expand our management information systems position in related products and services. The acquisition of Quantor Corporation is a good example.

**Will profit margins continue to improve?**

Mr. Exley: We believe they will, but in the future our earnings gains will corre-



*Chairman William S. Anderson, left, and President Charles E. Exley, Jr.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 5 of 44 Document 301-1

NCR-FOX-418773

spond more closely to revenue increases than has been the case in the past two years. Future margin gains will continue to come from reduced cost of sales, rentals, and services. The driving force in these cost reductions will be our new product development programs and new methods of operation in field engineering organizations.

**Can you achieve your revenue and profit goals as prices continue to decrease?**

Mr. Exley: Because prices for a given level of data processing performance have been steadily decreasing, industry observers have, from time to time, forecast a leveling off, or even a shrinkage, of industry revenue. This has not happened, and we don't think it will.

In the first place, the demand for greater information processing power continues to grow. It is estimated that by 1985 half of all workers will be involved with some form of record keeping, so it is clear that more and more work must be done by computer power.

Secondly, as prices decline, users of our products are computerizing more and more applications, so the market for both hardware and software has been greatly enlarged. This, in turn, will favorably impact on systems services and field engineering revenues.

Finally, introduction of more cost-effective hardware and more sophisticated software has tended to accelerate the rate at which older systems are being replaced.

**What are your plans for marketing the V-8600 computer family?**

Mr. Anderson: These new computers are targeted to markets our sales force knows very well. So, even though V-8600 family systems are the largest NCR has ever offered, they fall within the selling capability of our existing organization.

The V-8650 and V-8670 are logical upgrades for users of Century 251, Century 300, NCR 8500 family, and other computers in this size range. As a result of the superior price-performance of the V-8600 family and the ease of upward migration because of software compatibility, we expect current customers to begin upgrading relatively soon to these systems.

Price-performance is also a strong incentive for non-NCR users to convert to these systems. We have identified specific target areas, and we have the most complete library of proven application software packages. Our large-system specialists will make a concerted effort to see that potential customers in these areas are fully informed of the benefits to be gained from converting to these NCR systems. Conversion aids are available to facilitate the changeover.

**Can the marketing organization absorb the record number of new product releases?**

Mr. Exley: Our marketing organization specializes by industry, by product, and by size of account, so even though it may appear that we are burying the sales force in new products, each product is very specifically targeted. Individual salespeople are normally concerned with only a few of the many new product releases, and our enhanced educational programs help them become proficient quickly.

**Does NCR see marketing opportunities in China?**

Mr. Anderson: Yes. During my recent visit there, it was obvious that China's need for the products of our industry is almost infinite. If permitted, we plan on opening a marketing office there as soon as is practical. The Company has already established business relationships with trade officials of the People's Republic of China, and is exploring various courses of action. Although we can certainly count on obtaining some business in China, I doubt that there will be a substantial market there for our products for many years. China is concentrating on developing basic industries, and is not likely to allocate the resources necessary to purchase sophisticated business information systems in large quantities. Our products are designed as efficiency-enhancing or labor-saving devices, which, in view of China's other priorities, will probably forestall any rapid development of the business equipment market.

**Will NCR be self-financing in the future?**

Mr. Exley: Our financial position is strong, and based on our current business plans, we anticipate no need to incur debt. In fact, in the past two years, we have reduced our long-term debt by more than $340 million.

Continued emphasis on asset management, coupled with improved profitability, will generate sufficient cash to enable NCR to be largely self-financing for the foreseeable future.

**Do you expect dividends to continue to increase?**

Mr. Anderson: On January 17, 1979, NCR announced its third dividend increase since February, 1977. This latest increase raised the quarterly dividend 60 percent, from 25 cents to 40 cents per share. These actions reflect the continued desire of the Board of Directors and management that shareholders benefit from the Company's improving profitability. I believe that as profitability continues to improve, the Board will give favorable consideration to increasing dividends accordingly.

**Where are the greatest growth opportunities in the next five years?**

Mr. Anderson: We expect growth in every geographic and industry market. Geographically, we look for our largest volume of growth in our international operations, with the European and Far East/Australasian regions offering the greatest potential. The largest percentage growth from year to year is expected to be in the oil-producing countries, and in developing nations where modern business systems are gaining increasing acceptance.

In terms of vocational market growth, we believe our new very large processors, powerful new operating systems, and application packages give us a greater opportunity than ever before to develop new customers among medium-sized and large manufacturers. At the same time, we anticipate that our traditionally strong postures in both the retail and financial communities place NCR in a unique position to capture a major share of the developing market for Electronic Funds Transfer Systems.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 6 of 44 Document 301-1

NCR-FOX-418774













# Productivity: Key to Growth

In the highly competitive business systems industry, consistent increases in productivity are essential for continued growth in revenues, profits and market share. Improved productivity at NCR during 1978 was a direct reflection of greater operating efficiency, more effective use of available resources, and continuing advances in technology. Revenue per employee and profit per employee, for example, showed gains of 13 percent and 60 percent respectively over 1977, with profit per employee more than doubling since 1976.

Continuing improvements in productivity have also meant that each year NCR has been able to provide its customers with greater performance per dollar of equipment cost. This increasing systems performance has kept demand for the Company's products and services growing. At the same time, parallel efforts resulting in steady refinements in resource management and control of administrative expenses have ensured that a greater percentage of gross margins go directly to pretax profit.

These improvements have been driven in large measure by the explosive rate of progress in electronic technology and systems and software architecture. The challenge to the computer systems industry is to translate these advances rapidly into new systems which better meet specific customer needs. At NCR, highly responsive and specialized engineering and manufacturing organizations are charged with applying the latest technology to the development of new products and implementing more cost-effective ways to produce current systems.

Another key operational area where productivity is continuing to improve is the worldwide marketing organization. Special measures to increase the effectiveness of NCR's marketing effort include further expansion of the sales force, a refinement of the sales management structure, increasing market specialization, and a greater emphasis on education.

In the long term, both improvements in productivity and the Company's overall success will depend upon the quality of NCR's human resources. Again in 1978, an aggressive employee recruitment program was carried forward and was complemented by the establishment of a strong professional and technical career path program. Programs such as these will ensure that the Company attracts and retains the people it will need to meet tomorrow's requirements.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 7 of 44 Document 301-1

NCR-FOX-418775

# Technology

**As information processing requirements continue to expand, new technologies are making systems more productive and cost-effective.**

In recent years, the amount of data that must be assimilated, processed and communicated to keep the smallest business or institution operating at peak productivity has reached monumental proportions. Today's business climate demands tighter management controls. Tighter control, in turn, relies on availability of accurate, up-to-the-minute information as the basis for decision-making.

At a time when "computer power" is most needed, accelerating developments in basic technology are providing new ways to make systems more cost-effective. This is especially true of microelectronics technology, where progress over the past decade has been dramatic. Memory chips are an example of such progress. In 1974 a standard chip had a capacity of 1,000 bits of information. The capacity increased to 4,000 bits in 1975, and to 16,000 bits in 1976. In 1978, 64,000-bit chips were introduced and are incorporated in the design of the NCR V-8600 computer family.

Similar progress has made it possible to integrate the equivalent of thousands of logic circuit elements on a single chip of silicon 1/4-inch square. Each advance has brought a major reduction in the unit cost of an electronic function or a memory bit.

During this same period, NCR has attained a position of leadership not only in the adaptation of these devices to information handling requirements, but also in their design and fabrication.

Miniaturized circuits and memories are being used throughout NCR's terminal product line in order to move "intelligence" into areas where it is needed. Today, it is not unusual to find small freestanding terminals with up to 64,000 bytes of memory and the same processing power as relatively large computer mainframes of only a few years ago.

Programmable microprocessors offer greater flexibility in product design by permitting the same basic circuitry to be easily modified for use in a variety of applications. Similarly, NCR-developed Electrically Alterable Read-Only Memories allow terminals to be readily modified to incorporate new features. Circuit miniaturization also permits individual terminal components – keyboards, printers, and displays, for example – to be modularized into freestanding elements that can be configured to meet a user's specific requirements more exactly.

With the advent of the 64,000-bit memory chip, microelectronics has begun moving rapidly into the next phase of its development, VLSI (Very Large-Scale Integration). This exciting new technology promises more dramatic increases in circuit densities and, consequently, in cost-effectiveness.

Advances in microelectronics technology have made possible new developments in data base management, communications, and distributed processing. Extremely complex functions can now be implemented at very low costs, greatly enhancing the usability of systems-oriented products. NCR Interactive Direct Processing systems are a good example of these developments. Incoming data can be recorded as soon as it becomes available, through terminals located where the activity occurs. Each entry immediately updates every record it affects, so that up-to-the-minute information is always available for instant retrieval through other terminals located wherever the information is needed. In this way, the computer becomes a truly responsive management tool.

Since its founding, NCR has been dedicated to keeping its customers in constant contact with the details of their business on a transaction-by-transaction basis. This has resulted in design and implementation of some of the largest transaction processing networks in the world, which can handle in excess of two million entries a day. NCR's commitment to innovative use of technology throughout its product line also assures even the smallest user the benefits of economical systems that meet his exact information processing needs.





*Microelectronics development plays a vital role in the design of new NCR products. In the top photo, a technician aligns tiny probes to test a semiconductor wafer. The lower photo shows a designer developing a new circuit that will eventually be reduced to fit on a silicon chip measuring about one-fourth inch square.*

*Pictured at right are some of the 300 different microprocessors, memory devices, and other integrated circuits made by NCR. These miniaturized packages contain the equivalent of thousands of electronic components.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 8 of 44 Document 301-1

NCR-FOX-418776



# Engineering and Manufacturing

**Cost reduction programs and systematic expansion are resulting in major savings and greater flexibility in responding to market requirements.**

As part of its ongoing effort to become the industry's most cost-effective producer, NCR's Engineering and Manufacturing Group continued aggressive cost reduction programs in 1978 at each manufacturing facility. Through parts and material substitution, introduction of new technologies, and new design and manufacturing methods, the Company realized dramatic cost improvements in both the electronic and mechanical components of NCR products.

The printer module used in the 2160 fast-food system terminal provides an excellent cost reduction example. Based upon a totally different design concept, this latest module contains only 162 parts, as opposed to 1,322 parts in previous printer modules.

Since this printer is also used in several other terminals, the savings in cost is further multiplied. The new design and reduced number of components not only contribute significantly to improved cost-effectiveness of the total product, but also to the overall flexibility of the printer itself.

In addition to introducing new lower-cost versions of products, NCR also assigns specific cost reduction targets to every plant and to each product manufactured in that plant. Targets must be met within assigned time periods, and progress is regularly reviewed. During 1978, these programs resulted in significant cost reductions in every major product line, despite increases in labor and other costs.

In response to new product development opportunities, Engineering and Manufacturing also continued to expand its semiconductor development and production facilities, as well as its software and system design capabilities.

### Expanding Semiconductor Production

Steady advances in microelectronics technology have led to continually declining prices for a given level of performance. At NCR, these advances are achieved through a supply strategy which combines outside procurement with expansion of internal production at an optimum ratio. At the same time, the Company is continuing to develop its technical strength in current and emerging areas.

Large scale integration has made possible custom logic devices that are specifically tailored to individual products. The proprietary nature of these devices and their lack of general availability from outside vendors will require that NCR continue to increase its internal production capabilities.

This trend, coupled with growing microcircuit requirements for current products, has resulted in a program of expansion and upgrading of the Company's microelectronics facilities. During 1978, expansion of the Colorado Springs, Colorado facility more than doubled its capacity, and construction was begun on a third microelectronics facility at Fort Collins, Colorado.

NCR's continuing development of its microcircuit design and manufacturing capabilities will assure that the Company remains in the vanguard of advanced technology.

### Systems Engineering

During 1978, NCR established three additional Systems Engineering groups in Tokyo, Japan; Scripps Ranch, California; and Dayton, Ohio, supplementing existing installations in Torrey Pines, California and Utrecht, The Netherlands.

Systems Engineering organizations take advantage of efficiencies obtained by relatively small, innovative groups of technical specialists assigned to develop specific business systems. Using a building block approach, they often adapt existing modular hardware and software components to new uses in response to changing market requirements.

Throughout 1978, Engineering and Manufacturing productivity improvements and cost reduction programs made a major contribution to the Company's overall productivity gains.



*Shown above is one of many testing procedures NCR circuit boards must pass before acceptance. This complex function tester automatically performs nearly 1,000 separate circuit tests in thirty seconds and identifies faulty components.*

*Right: NCR I-8200 processors in final assembly. Aggressive cost reduction programs, based on advances in technology, have brought about significant savings in the manufacture of products like the I-8200 family.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 10 of 44 Document 301-1

NCR-FOX-418778




KERSHAW

# Marketing

**Increasing specialization and improved sales management control result in more effective use of marketing resources.**

The key approach to improving productivity within NCR's worldwide marketing organization in 1978 was further specialization of its selling force. This concept continues to evolve at NCR as the most effective way to meet the challenges of an expanding information processing market and the Company's rapidly growing product line. It began several years ago with the reorganization of the marketing force into major industry groups by lines of business served. Next came specialization within industry groups. During 1978, the NCR marketing force was further specialized by product complexity and size of account. This degree of specialization allows account managers to be thoroughly trained in the NCR products they are marketing and to have a complete knowledge of the customer's requirements.

NCR salespeople begin their careers by concentrating on less complex products and then move to more sophisticated systems as they gain experience. At the same time, salespeople specialize in specific lines of business, such as food stores within the retail market, thrift institutions within the financial market, or hospitals within the medical market. This approach substantially reduces the non-productive training time of a new salesperson.

Again in 1978, NCR expanded its direct sales force. In assuring that the newer members of the sales force have adequate supervision and on-the-job training, the number of sales districts was increased to achieve an optimum span of management. This allows first line managers more time to train and develop the newer members of the sales force, while simultaneously remaining actively involved in selling to their personal accounts. Active selling involvement assures that managers remain abreast of changing market trends.

The Company is also expanding its major account business by creating territories in which account managers with demonstrated ability in selling more complex systems can concentrate exclusively on such accounts. This will permit NCR to further penetrate the large-scale computer systems markets.

*At left, an NCR marketing representative discusses installation of the NCR MISSION online manufacturing control system with executives of a leading U.S. producer of railway maintenance equipment.*



*A worldwide network of demonstration centers gives potential users an opportunity to view NCR systems in operation. Above, an account representative and prospective customers participate in a presentation of NCR's Virtual Resource Executive software.*

Complementing steps taken to improve productivity of the direct selling force were parallel programs to improve productivity in support groups such as the systems services and field engineering organizations. Within the systems services organization, one such program was the accelerated development of an extensive library of preprogrammed applied systems for selected markets. In 1978, NCR continued to aggressively market its software as a revenue-generating product by emphasizing standardized applications, which can be readily adapted to specific customer needs. For the Company, this approach is a more efficient use of personnel resources, and for the customer, it means a faster and more cost-effective installation.

NCR continues to pioneer the use of the latest service equipment and methods within field engineering. A new Portable Service Processor in use worldwide, for example, brings the sophistication of factory circuit-board testing equipment to the customer's site. Following the Portable Service Processor's programmed instructions, the field engineer probes specific areas of a circuit board until the probable fault has been isolated. This offers the advantages of faster problem diagnosis and on-site repair, to minimize equipment downtime, while substantially reducing the level of spare parts inventory in the field.

In 1979, NCR will be further expanding its worldwide marketing organization, as well as continuing to emphasize specialization of its selling force in order to build on the progress achieved in 1978.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 13 of 44 Document 301-1

NCR-FOX-418781




*Expanded recruiting efforts, and new internal education and career development programs have been implemented to meet the growing demand for highly-skilled technical and professional personnel.*

# Human Resources

**Changes in personnel planning, training, and career development programs reflect the changing nature of the industry.**

The Company's degree of success in applying leading edge technology within engineering and manufacturing, and in implementing specialization within marketing, depends in large measure on NCR's human resources. Therefore, the Company continues to reassess its strategies for recruiting, developing, and retaining the best minds available in the marketplace. This is even more important as the intellectual content, or "knowledge quotient," of NCR products and systems continues to increase.

Human resources strategies receiving additional attention in 1978 included:

- increased emphasis on human resources planning coupled with stringent hiring requirements,
- expanded education efforts to meet the needs of a knowledge business, and
- creation of an environment which offers career opportunities and encourages personal development.

A number of programs designed to address these strategies are under way at NCR.

Functional managers, assisted by personnel professionals, have become more actively involved in the recruitment and placement process. More direct management involvement is necessary as job requirements are reevaluated to respond to the ever-increasing complexity of the business.

A traditional leader in employee education, NCR in 1978 made record expenditures in training for its sales, systems services, and field engineering personnel. In addition, the Company completed a comprehensive review of its worldwide educational programs, and is implementing a plan that will enable an employee to be trained in less time at a lower cost. Parallel activities will further coordinate education throughout the Company, develop systems to continually evaluate training methods, and initiate new programs and techniques to meet future needs.

For example, the Company is increasing the use of its color video network worldwide for greater training productivity and cost-effectiveness. Regional training centers also are bringing education closer to the employee.

In addition, larger marketing organizations have established local educational facilities. Within the European Region, for example, each country organization has an education manager and a staff of instructors. Common language countries, such as West Germany, Switzerland and Austria, share facilities and course materials. Within the Middle East/Africa Region, a new field engineering training center was established at Malta last year.

At the same time, there is a continuing emphasis on self-instruction courses which use audio cassettes in conjunction with printed learning materials.

Typical of programs designed to encourage personal growth is the career path planning process, which has been revised to meet the changing business environment. NCR's Career Planning and Development Program is a self-study exercise that helps employees evaluate their interests and form realistic goals.

In 1978, other human resources programs, such as marketing management and financial management seminars, were designed to enhance the performance of current and newly appointed management personnel.

A number of employee communication programs, such as video reports, employee publications, and film presentations, are designed to keep employees informed and to provide open channels of communication throughout the Company.

Programs such as these not only enable each employee to reach his or her highest potential, but also ensure that NCR's current and future needs for serving its customers are met.

For the future, human resources strategies, which integrate the individual's career goals with the Company's goals, will become increasingly important as a growing proportion of the total value of NCR's products takes the form of intellectual content.





*Formal instruction (upper photo) and "hands-on" experience (lower photo) are combined in educational programs that help new employees become productive quickly and keep experienced personnel abreast of changing market and product developments.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 15 of 44 Document 301-1

NCR-FOX-418783

# Full Spectrum of Processing Power

The NCR 8000 Series covers the entire range of business data processing requirements, from microprocessor-based entry-level systems to the most advanced large-scale processors in the industry. Most important, strict adherence to the NCR philosophy of Migration Path Engineering across the entire Series assures a user of virtually unlimited, protected growth as changing needs dictate movement to larger configurations. As the customer's business grows, he can transfer existing software, files, terminals and peripherals to his new system, easily and, in many cases, automatically.




*The chart compares relative performance levels among NCR 8000 Series systems, based upon execution of instructions representing a typical processing mix for each system's primary mode of operation. Results take into consideration both internal processing speeds and provision for input/output operations.*

Case 1:10-cv-00910-WCG Filed 02/03/12 Page 16 of 44 Document 301-1

NCR-FOX-418784

# New Products

## A record year of new product releases reinforces NCR's position as a total systems supplier.

Throughout 1978, NCR continued to expand its product lines in all areas – computers, terminals, and software. As a result, the Company now offers the broadest range of compatible processing power available in the industry.

**Powerful Large-Scale Systems**

The most significant new product announcement in 1978 was the introduction of the V-8600 family, comprising the two most powerful general-purpose computer systems NCR has ever released. The family features the first use of 64K-bit memory chip technology in a large-scale system and the first use of ultra-fast 100K emitter-coupled-logic circuitry in a commercially available, general-purpose computer.

Systems operate under the NCR Virtual Resource Executive (VRX), a proven operating system with multiprogramming, virtual storage, and multiple virtual machine capabilities.

The V-8600 family offers NCR users an almost unlimited, protected growth potential. Because both models adhere strictly to NCR's Migration Path Engineering philosophy of upward compatibility, software and files from the smallest N- and V-mode 8000 systems can be transported directly to these larger systems. The V-8650 and V-8670 also assure NCR's ability to compete effectively in the large business computer market.

**Interactive Mid-Range Systems**

The introduction of two new mid-sized processors, the I-8270 and the I-8410, reinforced NCR's position as a leading supplier of interactive direct processing systems for small- to medium-sized installations. With interactive direct processing, transactions are entered as they occur, through terminals located at points of information origin. Every entry immediately updates all affected records. Data can then be retrieved as required, and files always reflect the latest transactions.

During the past several years, the market for systems in the I-8200 and I-8400 range has grown almost twice as rapidly as the rest of the business data processing market. NCR is in a unique position to capitalize on this growth because of the breadth of its product line and its leadership in developing interactive direct processing systems.




*Release of the I-8410 with interactive direct processing software further strengthened NCR's position in a segment of the EDP market that has been growing at almost twice the rate of any other in recent years.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 17 of 44 Document 301-1

NCR-FOX-418785

### The Computer on a Desk Top

At the opposite end of the processing spectrum from the V-8600 family, is the 7500 Series of microprocessor-based systems. The versatile 7510, 7520, and 7530 can perform a variety of information handling tasks to meet individual user requirements. As data-entry workstations, they offer a practical, efficient means of transcribing data directly from source documents to either magnetic tape cassettes or flexible disks, for subsequent processing. As media-conversion units, they can selectively copy and merge data from cassettes and flexible disks onto other cassettes, disks, or magnetic tape. By adding NCR BASIC +6 software, users can transform 7500 units into programmable desk-top computers that handle virtually any low-volume processing or problem-solving job without accessing a larger system. Communication software can also be added to any model, allowing it to operate as an intelligent terminal in a distributed processing network.

### Special Purpose Products

During the year, NCR introduced new financial, retail, and manufacturing terminal systems designed to further increase market share by offering more power and flexibility through the use of microelectronics technology.

New products and systems released for the financial market during 1978 helped combat steadily increasing paper-handling costs while improving customer service. For example, a new self-service terminal, the NCR 1780, allows bank customers themselves to perform a full range of financial transactions, from deposits and withdrawals to funds transfers, without the assistance of a teller. Customers follow simple instructions appearing on a small video-display screen to complete each transaction in privacy. Terminals can be placed in virtually any location where people shop or work, and connected to a central computer through communications lines. This flexibility affords customers more convenient access to accounts, and allows institutions to extend service hours at a fraction of the cost that would otherwise be incurred.

The new NCR 2251 Teller Terminal offers another example of using microelectronics technology to provide more features at less cost. In addition to the standard features found in most teller window terminals, the microprocessor-based 2251 can automatically calculate



*The microprocessor-based NCR 7500 Series performs a variety of information handling tasks. Models in this Series can be used as data entry workstations, media-conversion systems, intelligent terminals in distributed processing networks and even "desk-top computers" that put processing power wherever it is needed.*

*Products such as the new NCR 1780 Self-Service Terminal, at the right, are helping financial institutions control costs while, at the same time, providing their customers the benefits of extended hours and more convenient locations for transacting business.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 18 of 44 Document 301-1

NCR-FOX-418786


FIRST FINANCIAL



*The high-speed NCR 6780 Document Sorter provides financial institutions and other organizations with a new weapon to combat the spiraling costs of paper handling. The unit sorts documents at up to 1500 items per minute and offers such optional features as ink-jet printing endorsement and in-line microfilming.*

*At right: The NCR 7750-2000 Series of proof and encoding systems can operate as self-contained, freestanding units and can be systematically upgraded to function as intelligent workstations in a minicomputer-controlled distributed document processing system.*

interest as a by-product of normal transaction processing, print withdrawal checks, and perform positive proof of deposit at the teller station. Since the terminal is programmable, it can be easily modified for back office as well as lobby use, and readily accommodates fluctuations in interest rates. Although designed primarily as a stand-alone unit, the 2251 can be linked online to a central computer system should an institution's requirements warrant.

For financial institution back office operations, traditionally an area of NCR market strength, several products and systems were released to deal with the massive volumes of documents that must be processed every day.

The NCR 7750-2000 Series of electronic proof and encoding systems can be initially installed as freestanding devices, and then systematically upgraded to function as intelligent workstations in a minicomputer-controlled, distributed document processing system. The Series provides all basic proof functions, with individual models offering such additional features as automatic recording of keyboard entries or MICR encoding on magnetic tape cassettes, and automatic document feeding.

A high-speed document sorter, the NCR 6780, offers such options as ink-jet endorsement and in-line microfilming.

Mini-VIPS, an all-inclusive package, comprises a minicomputer, a document sorter, and the software neces-

*Below are new transaction processing and data capture terminals. At left, the NCR 2120, part of a low-cost family of terminals, offers basic cash control and sales recording features for retailers. Center photo shows the NCR 2261, a new financial terminal that can guide tellers through complex transactions with messages flashed on a video-display screen. At right is the NCR 206 Factory Data Entry Terminal, cornerstone of a new manufacturing data collection system.*









Case 1:10-cv-00910-WCG Filed 02/03/12 Page 20 of 44 Document 301-1

NCR-FOX-418788



sary to operate as a high-speed regional item processing center for larger financial institutions. It ensures fast, accurate data capture with a minimum amount of paper handling.

To meet the requirement for sturdy and reliable data entry devices in the demanding factory environment, the Company's Data Pathing Division introduced its 200 Series of modular terminals. Linked to minicomputers, these terminals can be used for tasks ranging from basic attendance and labor reporting to comprehensive work-in-process and material tracking functions.

New retail terminals released in 1978 also offer greater flexibility through modular design and use of programmable microprocessors.

The NCR 2552 modular checkout system, for example, provides all the features of its popular predecessor, the 255, with the added flexibility of modular components. These can be configured as needed to meet the specific requirements of individual stores and individual locations within the same store. Over 65,000 NCR 255 and 2552 terminals have been installed worldwide, making them the most widely used food and mass-merchandising check-out terminals in the retail industry.

During 1978, NCR installations of UPC optical scanning systems, which operate in conjunction with terminals like the 2552, exceeded those of any other supplier. As a result, the Company is now the established leader in both total number of systems installed and total number of individual customer sites in the United States. NCR is in a strong position to continue capturing the major share of this rapidly growing market.

Also in 1978, NCR introduced two specialized versions of its 2140 retail terminal. One version is designed for use in supermarkets and convenience stores; the other, to meet the strict control and reporting requirements of state-operated liquor stores. Both are built around a programmable microprocessor that allows them to be installed initially as freestanding cash control and transaction recording devices, and then systematically upgraded to include optical scanning, mass memory and communications.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 21 of 44 Document 301-1

NCR-FOX-418789

In recent years the fast-food service industry has been one of the most rapidly growing types of business world-wide. To meet the unusual demands of this market, NCR developed the 2160 Food Service System. The heart of the system is a modular, microprocessor-based terminal that can be expanded as user requirements dictate. Features especially designed for the fast-food environment include a video-display screen that permits the entire contents of an order to be recalled for visual verification; a programmable, pre-set keyboard that allows automatic pricing for multiple menus; and remote printers that can be located in food and beverage preparation areas to speed order processing. Other system modules provide management with instant access to complete cost and sales data, comparative inventory figures, labor costs, and up-to-the-minute employee time reports.

**New Software Offerings**

As part of its commitment to offering users total systems, NCR now invests half its research and development budget in basic and applied software. During 1978, this investment was reflected in numerous additions to the Company's extensive library of preprogrammed business applications, enhancements to basic software and operating systems, and the release of powerful new software development tools to assist users in implementing online networks.







*Microprocessor-based terminals put more processing power at the point of service: At the top is a photo of the NCR 2552 equipped with UPC scanning, a modularized successor to the NCR 255, the most widely-used check-out terminal in the retail industry. The center photo shows the NCR 2140 retail terminal, which can be initially installed as a free-standing unit, then systematically upgraded to include optical scanning, data capture and communication links. Bottom photo shows the new 2160 Fast-Food Restaurant Terminal, heart of a modular system that records sales, prints orders in food preparation areas, and gives management instant access to sales, inventory, and operating data.*

The NCR application software library is one of the most comprehensive in the industry, comprising batch, online, and interactive direct processing systems for organizations of every size in each major market area. Examples of additions to the library in 1978 include:

- Interactive Manufacturing Control System II, which offers small- to medium-sized manufacturers real-time access to complete planning and control data;
- New applications for MISSION, NCR's online control system for very large manufacturing operations;
- A new manufacturing data base management system;
- STORCAP, which handles all data transmission between store-level computers and central processing systems in a retail network;
- The Interactive Retail Management System for sales audit, inventory control, and accounting in department and specialty stores;
- Retail systems for purchase order management, credit authorization, open-to-buy, and delinquent account collection;
- The Community Bank Information System for small commercial banks;
- NCR CURE, an online, real-time processing system for credit unions;
- New interactive direct processing applications for NCR I-8130 and I-8150 systems;
- Enhancements to existing systems such as CIF for commercial banks, IHIS and MEDICS for health-care institutions, and SCHOLARS II for school districts and educational institutions.

In the area of software development tools, two of the most important 1978 releases were TOTAL IQL and TRAN-PRO. TOTAL IQL offers users a simple, affordable way to put a data base online for instant inquiry and updating through video-display terminals. TRAN-PRO eliminates the major area of programming effort and expense involved in developing a data communication system. It handles all the steps involved in routing transactions from one location to another through terminal networks, and frees users to concentrate exclusively on processing data once it arrives at its destination.



*Computer Output Microfiche (COM) systems speed processing and reduce record storage problems by converting computer output directly from magnetic files to microfiche. NCR is currently the only mainframe manufacturer in the world to offer its own complete line of COM processing equipment.*

**Media and Supplies**

NCR's full line of business forms and supplies constitutes another essential part of its commitment to meet the total systems requirements of its customers. NCR's Systemedia Group operates facilities around the world to produce and distribute these materials. During 1978, the Systemedia Group introduced its "Stop-a-Copy" process that makes photocopy counterfeiting and physical or chemical alteration of documents virtually impossible. A new line of full-color guest checks for hotels, restaurants, and lounges was also introduced.

In 1978, NCR acquired Quantor Corporation, one of the world's leading suppliers of COM (Computer Output Microfiche) equipment. COM products convert computer output directly from magnetic media to microfiche, eliminating the storage problems associated with maintaining large volumes of printed records. The Quantor product line, which is now incorporated in the Micrographic Systems Division of NCR's Systemedia Group, includes recorders, readers, duplicators and display units, and puts NCR in the unique position of being the only mainframe computer manufacturer in the world to offer its own COM processing equipment. Those users who require COM services but do not wish to purchase their own equipment can have COM processing done for them at NCR Data Centers.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 23 of 44 Document 301-1

NCR-FOX-418791

# Serving the World of Business

**Worldwide revenues in 1978 reached a new high of $2,610,520,000; incoming equipment orders also set record.**

NCR, one of the business equipment industry's most globally-oriented companies, further strengthened its worldwide marketing, engineering, and manufacturing operations in 1978. Worldwide bookings established new records, resulting in a significant improvement in the order backlog. Incoming equipment orders were about evenly divided between United States and international markets.

The Company's products and services are marketed through over 1,200 offices in more than 120 countries. Throughout the world, NCR has 17 engineering and manufacturing plants, 5 systems engineering facilities, 50 Systemedia forms and supply plants, and 74 data processing centers.

**United States**

Increased shipments of computers and terminals, coupled with higher demands for software and supporting services, contributed to record revenues of $1,160,049,000 in the United States last year. This was an 8 percent gain over 1977, and represented 45 percent of the Company's total revenues of $2,610,520,000. Incoming equipment orders also established new records in 1978. As the direct sales force expanded, the number of United States marketing districts increased from 510 to 605.

The record level of incoming equipment orders was paced by a significant increase in orders for all NCR's computer systems. The I-8200 family was the largest contributor among small- to medium-sized systems, with a number of multiple-configuration orders for interactive applications in distributed processing environments. Typical were three separate orders from major organizations providing management services to hospital consortia, which totaled over fifty I-8200 family systems.

Large systems sales were marked by continued growth in the financial market and increasing penetration of the manufacturing sector. One leading Eastern bank ordered two V-8570 systems as the core of an online savings network, while another is utilizing two V-8550 systems for money transfer.

In California, a leading manufacturer of electronic telecommunications equipment is installing an NCR MISSION online manufacturing control system. MISSION, the most advanced system of its kind available in the industry, provides real-time access to bill of material, inventory, and material requirements data.

NCR's position of leadership in financial back-office operations was also strengthened by increasing sales of new item processing systems designed to streamline document processing and data collection. One of the largest banks in the Southeast, for example, placed a major order for NCR 7750 systems for its 48-bank holding company. On the West Coast, another large financial institution ordered 30 NCR 7750's and 176 workstations for MICR entry of commercial deposits.

In the retail area, NCR's full line of terminal products, which range from low-cost, free-standing electronic cash registers to complete point-of-service terminal systems, further strengthened the Company's position as the industry leader. At the same time, developing trends among mass merchandising chains for distributed processing systems, and among department stores to computerize such applications as credit management, resulted in increased sales of computer mainframes. Two of the country's largest mass merchandising organizations are currently installing networks of in-store I-8200 systems to handle all traditional accounting functions and transmit results daily to larger NCR processors at company headquarters.

In the food-store segment of the retail market, the most dramatic increase came in the installation of UPC scanning systems. These systems speed customer checkout and increase transaction recording accuracy by reading data from Universal Product Code symbols printed on most product labels. One large U.S. food-store chain installed 60 NCR scanning systems in 1978, and is continuing to expand its base by converting an average of 15 additional stores each month. Orders such as this made NCR the industry leader in scanning installations in the United States by the year's end.

The United States is the location of the Company's principal plants for the design and manufacture of general-purpose computers and of retail, financial, and industrial terminals and systems. These plants also produce microcircuits and other components used in NCR terminals and systems. Measured by cost-to-produce, approximately 58 percent of the equipment manufactured by NCR worldwide is supplied by United States plants.

**Europe**

The 13 major countries and the Eastern European group contained in this region produced 27 percent of the Company's revenues in 1978. Revenues rose 21 percent over the prior year. Overall, the total number of computer systems orders in the European Region was double that of 1977, reflecting the increased demand for NCR computer systems throughout the international market.

A significant contributor to this increased demand is the strong trend toward online financial systems. A large order was placed by one of Yugoslavia's major commercial banks for a system that includes nine V-8500 computers, fifteen I-8250 computers, 530 teller terminals, and 140 back-office data entry terminals. Among applications to be handled by the system are account processing, foreign-exchange operations, and loan processing.

The level of sophistication in the use of advanced business systems in Europe was evidenced by the sale of an NCR MISSION online manufacturing control system to Spain's largest appliance manufacturer.

*A major German housewares retailer has improved departmental controls and management reporting with NCR 2151 terminals. The terminal shown at right, in a gift center, is programmed specifically for the types of transactions handled through the center.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 24 of 44 Document 301-1

NCR-FOX-418792



The I-8100 family also contributed to the rise in computer system orders in Europe. In Germany, which led the region in I-8100 bookings, a staircase fabricator ordered eight I-8130's to be distributed among its branch operations. Systems will provide interactive direct processing of accounting, payroll, and inventory data.

Reinforcing the Company's general strategy of emphasizing preprogrammed applications was a major expansion in software development. This effort was reflected throughout NCR's worldwide marketing organizations and resulted in doubling the Company's systems services revenues in 1978. In addition, the region's sales force increased by 25 percent with a corresponding expansion of educational programs.

Engineering and manufacturing facilities are at Dundee, Scotland, and Augsburg, West Germany. The Augsburg plant has engineering responsibility for the I-8130 computer and supplies it and the I-8150 to the European and Middle East/Africa regions. Dundee, which supplies the I-8200 and 8500 families of computers for Common Market countries, the Middle East, and Africa, also designed and developed the new NCR 1780 self-service financial terminal.

**Far East/Australasia**

The 8 countries in this region accounted for 16 percent of the Company's total revenues reflecting a 16 percent increase over 1977 revenues.

Incoming orders for the I-8200 computer family were more than double the 1977 total, reflecting the competitiveness of the product and its software. The retail systems business was strong at two levels - demand was heavy for both sophisticated point-of-service systems, and low-cost electronic cash registers, such as the NCR 2115. An example of this increased interest in larger retail systems was an order from one of Tokyo's leading department stores for several hundred NCR POS terminals, an NCR 725 in-store computer, and associated equipment. The system initially will be used to streamline transaction processing at the point of service, to improve voucher and other accounting operations, and to accumulate data for establishment of a total information processing system.

In the Japanese industrial sector, several major new installations of Data Pathing data collection systems brought the total number of these sites to 25 throughout the country. These installations include electronics, automotive and machinery manufacturers; metal fabricators; and airlines.

The Company's engineering and manufacturing plant at Oiso, Japan is the worldwide supplier of the NCR 2115 and other low-cost electronic cash registers. Another plant in Hong Kong produces electronic subassemblies and complex wire harnesses for terminals and computers.

**Canada/Latin America**

This region produced 7 percent of the Company's worldwide revenues in 1978 with revenues increasing 3 percent over 1977.

Total incoming computer orders rose 88 percent; orders for proof and encoding systems also increased substantially, with the greatest gains recorded in Latin America, as more countries adopt MICR standards.

Typical of other marketing opportunities developing in Latin America was the installation of the first countrywide online retail system in Colombia, linking two NCR V-8560's, two NCR Century systems, and more than 100 NCR terminals in a three-city distributed processing network. The system, installed in Colombia's largest retailing operation, will provide general accounting processing, online inventory control, and other management functions.

Also, in 1978, the largest pharmaceutical manufacturer in Chile became the first international installation to use NCR's powerful Virtual Resource Executive (VRX) software. Operating on a V-8550, the system handles inventory and production control, costing, and general accounting applications, in a multiprogramming, virtual storage environment.

Marketing organizations in the region's 17 countries were restructured into seven reporting groups. This new alignment provides for assistance among countries within each group, and will improve NCR's ability to serve its customers. Combined operations will increase the availability of field engineering support and service parts, permit better utilization of equipment inventories and reduce costs by more efficient administrative procedures.

Located in the region are three engineering and manufacturing plants at Waterloo, Canada; Puebla, Mexico; and Sao Paulo, Brazil. The Waterloo facility is the worldwide supplier of NCR bank proof and encoding systems; Puebla supplies most of NCR's international requirements for NCR 2140 retail terminals, and, in 1979, will also be the source for the I-8250 computer system for expanding markets in that part of the world. By mid-1979, the Sao Paulo plant, which previously had been the primary source for coin dispensers used with NCR retail systems, will begin producing the NCR 2115 for the developing Brazilian market as well as for export within Latin America.

**Middle East/Africa**

Revenues for this region increased by 19 percent, and provided 5 percent of the Company's 1978 revenues, despite unsettled conditions in some areas of the 48 countries it comprises. In response to rapidly expanding market opportunities in this area, the region increased its sales force by 9 percent and provided a record 7,000 man-weeks of training.

The financial market remained the region's single largest revenue producer as online banking systems using NCR-developed operating software were purchased in increasing numbers. Reflecting this trend, NCR installed Nigeria's first online, real-time banking system in 1978. Similar systems are planned for installation at major banks in Ghana and Pakistan.

The year also saw increased marketing activity in the merchandising and hospitality fields as well as in the manufacturing industry. In Turkey, the country's largest glass manufacturer is developing a distributed processing system using NCR processors and interactive terminals in 11 locations to provide manufacturing control and accounting, while one of Egypt's largest petroleum distributors is installing an N-8550 computer system.

Key factors in NCR's successful penetration of this rapidly growing market are the Company's long history in the area, dating back to the early 1900's, and its extensive marketing and service facilities throughout the region.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 26 of 44 Document 301-1

NCR-FOX-418794

# Directors

NCR's Board of Directors, elected annually by the shareholders, is responsible for the general management and control of the Company. Individuals nominated for membership are selected on the basis of their ability to represent all shareholders and not any particular interest group. The current Board, for example, reflects a broad cross-section of the business, professional, and scientific communities with a diversity of backgrounds and experience.

The Board carries out its responsibilities through eleven regularly scheduled meetings each year and special meetings that can be called as required. Prior to each meeting, members are furnished with detailed information concerning matters to be discussed.

Because of the complexity of the Company's business, the Board has established the following standing committees to meet separately, examine various facets of operation, and then either take appropriate action themselves or make recommendations to the Board.

**The Executive Committee** meets whenever an urgent matter requires action and the Board is not in session. It has authority to exercise the full power of the Board, except for declaration of dividends, issuance of stock, or recommendation of matters to shareholders.

MEMBERS:

| | |
|---|---|
| R. S. Oelman* | G. A. Costanzo |
| C. A. Anderson | C. E. Exley, Jr. |
| W. S. Anderson | |

**The Audit Committee** comprises four directors, none of whom is an officer of the Company. It meets at least three times during the year with NCR's internal auditors and independent public accountants to monitor their work in conjunction with the annual audit of the Company's books and accounts. The Committee also has responsibility for ensuring the adequacy of the Company's internal accounting controls and systems, and for monitoring compliance with NCR's conflict of interest and business ethics policies.

MEMBERS:

| | |
|---|---|
| G. A. Costanzo* | W. G. Bowen |
| C. A. Anderson | C. H. Hardesty, Jr. |



**C. A. Anderson** *has been a director of the Company since 1969. He is president of SRI International, Menlo Park, California, an internationally-known research and development organization. Mr. Anderson presently serves on the boards of several other public companies.*



**N. F. Brady** *has been a director of the Company since 1974. Mr. Brady is a Managing Director of Dillon, Read & Co. Inc., a major investment banking firm, and a director of several public and private corporations.*



**W. S. Anderson** *became a director and President of NCR in 1972 after serving the Company for many years in the Far East. In 1974, he was named Chairman of the Board and continued to serve as president until September, 1976. Mr. Anderson's other directorships include numerous United States and international organizations, both public and private.*



**G. A. Costanzo** *joined the Board in 1972, and is presently Vice Chairman of Citibank, N.A. He has spent his entire business career in the international financial and banking community. Mr. Costanzo is associated with many professional organizations and sits on several other boards of directors.*



**W. G. Bowen,** *President of Princeton University, has been a director of the Company since 1975. Dr. Bowen is also a director or member of numerous educational and professional organizations.*



**C. E. Exley, Jr.** *was elected President of NCR and a member of the Board in September, 1976. Mr. Exley's entire career has been spent in the business equipment industry, and his affiliations include various professional organizations.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 27 of 44 Document 301-1

NCR-FOX-418795

**The Compensation Committee,** composed of four directors, none of whom is a Company officer, meets at least three times each year. It reviews the Company's remuneration policies and practices, administers the NCR stock option plans, stock purchase plan and incentive compensation plan, and the employee trust distribution plan. It also makes recommendations to the Board on officers' salaries.

MEMBERS:

| | |
|---|---|
| H. Holiday, Jr.* | N. F. Brady |
| C. A. Anderson | C. H. Hardesty, Jr. |

**The Finance Committee** consists of four directors, none of whom is an officer. The Committee meets at least three times during the year and makes recommendations to the Board in such areas as capital appropriations, pension plan funding, capital structure, dividends, and the financial plan.

MEMBERS:

| | |
|---|---|
| R. S. Oelman* | N. F. Brady |
| W. G. Bowen | H. Holiday, Jr. |

**The Nominating Committee** meets on call. It evaluates the needs of the Board, reviews the qualifications of prospective members, and recommends a slate of nominees to the shareholders for election at the annual meeting.

MEMBERS:

| | |
|---|---|
| R. S. Oelman* | G. A. Costanzo |
| C. A. Anderson | C. H. Hardesty, Jr. |
| W. S. Anderson | |

**Chairman of Committee*

**Directors Emeriti**

Fred C. Foy
Joseph A. Grazier
William P. Patterson
David L. Rike
James S. Rockefeller
Thomas E. Sunderland



**C. H. Hardesty, Jr.**, *a member of the Board since 1973, has been corporate counsel and senior executive of a major energy company. He is now a partner in the law firm of Rose, Schmidt, Dixon, Hasley, Whyte & Hardesty, and serves on several other boards of public companies.*



**C. S. Morawetz** *was elected to the Board in September, 1978. Dr. Morawetz, a Guggenheim Fellow, is Professor of Mathematics at the Courant Institute of Mathematical Sciences, New York University. Professor Morawetz is also a member of numerous educational and professional organizations.*



**H. Holiday, Jr.** *was elected to the Board in 1975. He is President of Armco Inc., is associated with a variety of professional organizations, and serves on the boards of several other public companies.*



**R. S. Oelman** *has been a director of the Company since 1948. Mr. Oelman, who retired from NCR in 1974, continues to hold numerous other directorships in public companies.*



**J. J. Horan,** *Chairman of Merck & Co., Inc., became a director of NCR in July, 1978. He is also associated, as member or director, with a number of professional, business and educational organizations.*



**J. E. Rambo** *was elected to the Board in 1971. As Vice President and General Counsel of the Company, Mr. Rambo has served as NCR's chief legal officer since 1965. He is also active in various professional and public service organizations.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 28 of 44 Document 301-1

NCR-FOX-418796

# Financial Review and Analysis

Current Equipment Groupings




Former Equipment Groupings




**Revenues** — Consolidated revenues from continuing operations of $2.61 billion in 1978 were 13% ahead of the prior year's $2.31 billion. The principal sources of these revenues were:

| | 1978 | 1977 | % Change |
|---|---|---|---|
| | (000 omitted) | | |
| Net Sales: | | | |
| Equipment | **$1,257,092** | $1,143,615 | 10 |
| Supplies | **237,449** | 211,022 | 13 |
| Other | **80,235** | 61,528 | 30 |
| | **1,574,776** | 1,416,165 | 11 |
| Rentals and Services: | | | |
| Rentals | **304,991** | 280,517 | 9 |
| Services | **730,753** | 615,257 | 19 |
| | **1,035,744** | 895,774 | 16 |
| | **$2,610,520** | $2,311,939 | 13 |

The charts to the left highlight the increasing proportion of equipment sales and rentals contributed by computer systems and terminal and data entry systems. The first chart shows revenues contributed by the five major product groupings adopted in 1976. The second chart shows revenues contributed over a five-year span by the product groupings that were used prior to 1976.

**Management Comments: 1978 Compared with 1977**

Revenues from continuing operations for 1978, on a worldwide basis, increased 13% compared to 1977. International revenues were up 17% and revenues in the United States increased 8%. Net Sales were up 11% in 1978 and Rentals and Services increased 16% with international maintenance services being a principal contributor. Worldwide revenues reflect increased product shipments, increased maintenance revenues and the benefit from the strengthening of certain foreign currencies.

Cost of Products Sold increased 4% in 1978, compared to an 11% growth in Net Sales. Factors contributing to this margin improvement were continued product cost reductions and improved margins on new product releases. The 5% increase in the Cost of Rentals and Services, compared to a related revenue growth of 16%, reflected improved productivity in maintenance services, primarily in international.

Selling, General and Administrative expense was up by 15% in 1978. This reflected increased manning levels in the sales force, inflation, and the impact of the strengthening of certain foreign currencies.

Research and Development increased 20% in 1978 due to increased levels of engineering and professional employees necessary to support expanded development programs.

Interest Expense decreased 24% in 1978, reflecting continuing significant reductions in long-term debt.

Other (Income) Expenses, Net increased 23% in 1978 due to increased interest income on short-term invest-



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 29 of 44 Document 301-1

NCR-FOX-418797

ments, partially offset by unfavorable exchange adjustments.

Minority Interests in Net Earnings of Subsidiaries increased in 1978 mainly as a result of the continuing appreciation of the Japanese yen.

On June 30, 1978, NCR completed the sale of all the assets, properties, and business of its Appleton Papers Division. Income from discontinued operations for the period January 1 to June 30, 1978 and a gain on the sale of the discontinued operations were included in total net income.

**Management Comments: 1977 Compared with 1976**

Worldwide revenues from continuing operations for 1977 were up 8% over 1976. International revenues increased 10% and United States revenues 6%. Net Sales increased 6% in 1977 and the growth in Rentals and Services was 11%. Both abroad and in the United States, increased product shipments and price increases for some services were responsible for the revenue growth.

Cost of Products Sold in 1977 decreased 3% from 1976 even with a 6% revenue gain. This margin improvement reflected the results of product cost reduction and improved margins of newly introduced products. The 1% decrease in Cost of Rentals and Services during 1977 was due to improved productivity.

Selling, General and Administrative expense increased 13% in 1977. This increase resulted from higher selling and customer support expenses associated with recruiting and training an expanded selling force, and inflation.

Research and Development continued to grow, increasing 26% in 1977. These expenditures were directed toward the development of future complete business systems for selected markets worldwide.

Interest Expense decreased 3% in 1977. This decrease reflected the redemption on September 8, 1977, of the entire $75 million aggregate principal amount of 9.75% Sinking Fund Debentures, due May 15, 2000.

Other (Income) Expenses, Net in 1977 included the premium and unamortized cost totaling $7.3 million associated with the redemption of the Sinking Fund Debentures. Also included were adverse foreign-currency exchange adjustments of $4.8 million, while 1976 included favorable exchange adjustments of $8.8 million.

The lower effective tax rate of 43.5%, compared with the 46.9% rate in 1976, resulted from improved profitability in the United States which increased the amount of investment tax credits utilized.

The increase in Minority Interests in Net Earnings of Subsidiaries in 1977 was due primarily to the appreciation of the Japanese yen in relation to the U.S. dollar.

# Consolidated Income Statement

**Revenues**
- Net sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Rentals and services . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Costs and expenses**
- Cost of products sold . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Cost of rentals and services . . . . . . . . . . . . . . . . . . . . . . .
- Selling, general and administrative . . . . . . . . . . . . . . . . .
- Research and development . . . . . . . . . . . . . . . . . . . . . . .
- Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Other (income) expenses, net . . . . . . . . . . . . . . . . . . . . .

Income from continuing operations before income taxes . . .
- Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Income from continuing operations before minority interests
- Minority interests in net earnings of subsidiaries . . . . . . . .

Income from continuing operations . . . . . . . . . . . . . . . . . .

Discontinued operations:
- Income from Appleton Papers Division (net of applicable income taxes) . . . . . . . . . . . . . . . . . .
- Gain on sale of Appleton Papers Division (less applicable income taxes of $78,624) . . . . . . . . . . .

Cumulative effect on prior years of changes in accounting principles . . . . . . . . . . . . . . . . . . . .

**Net income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Per common share**
- Income from continuing operations:
  - Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  - Fully diluted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Discontinued operations:
  - Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  - Fully diluted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Cumulative effect on prior years of changes in accounting principles:
  - Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  - Fully diluted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Net income:
  - Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  - Fully diluted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Cash dividends declared:
  - Common Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  - Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 30 of 44 Document 301-1

NCR-FOX-418798

NCR

Year ended December 31

| 1978 | 1977 | 1976 (000 omitted) | 1975 | 1974 |
|---|---|---|---|---|
| $1,574,776 | $1,416,165 | $1,331,456 | $1,282,801 | $1,145,745 |
| 1,035,744 | 895,774 | 804,511 | 738,619 | 686,458 |
| 2,610,520 | 2,311,939 | 2,135,967 | 2,021,420 | 1,832,203 |
| 747,328 | 717,919 | 736,787 | 683,645 | 544,883 |
| 569,211 | 542,952 | 548,905 | 536,534 | 464,317 |
| 780,999 | 677,028 | 597,594 | 579,988 | 563,015 |
| 138,074 | 115,375 | 91,794 | 82,471 | 71,946 |
| 47,780 | 62,545 | 64,403 | 68,588 | 59,938 |
| (37,488) | (30,390) | (46,700) | (29,022) | (13,188) |
| 2,245,904 | 2,085,429 | 1,992,783 | 1,922,204 | 1,690,911 |
| 364,616 | 226,510 | 143,184 | 99,216 | 141,292 |
| 159,000 | 98,603 | 67,202 | 44,231 | 65,372 |
| 205,616 | 127,907 | 75,982 | 54,985 | 75,920 |
| 11,885 | 7,285 | 4,571 | 4,148 | 4,558 |
| 193,731 | 120,622 | 71,411 | 50,837 | 71,362 |
| 13,778 | 21,848 | 18,586 | 15,905 | 15,200 |
| 110,495 | — | — | — | — |
| 124,273 | 21,848 | 18,586 | 15,905 | 15,200 |
| — | — | 5,617 | 6,551 | — |
| $ 318,004 | $ 142,470 | $ 95,614 | $ 73,293 | $ 86,562 |
| $7.22 | $4.50 | $2.80 | $2.10 | $3.01 |
| 6.90 | 4.30 | 2.73 | 2.09 | 2.93 |
| 4.63 | 0.81 | 0.73 | 0.65 | 0.64 |
| 4.35 | 0.75 | 0.67 | 0.59 | 0.58 |
| — | — | 0.22 | 0.27 | — |
| — | — | 0.20 | 0.25 | — |
| 11.85 | 5.31 | 3.75 | 3.02 | 3.65 |
| 11.25 | 5.05 | 3.60 | 2.93 | 3.51 |
| 1.00 | 0.80 | 0.72 | 0.72 | 0.72 |
| 1.25 | 1.25 | 1.25 | 1.25 | 1.25 |

Notes to Consolidated Financial Statements on pages 34 through 39 are an integral part of this statement.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 31 of 44 Document 301-1

NCR-FOX-418799

# Consolidated Financial Position

**Assets**

| | December 31 1978 | 1977 |
|---|---|---|
| | (000 omitted) | |
| **Current assets** | | |
| Cash and short-term investments | $ 248,091 | $ 307,279 |
| Note receivable (including interest) | 173,505 | — |
| Accounts receivable | | |
| Current accounts | 566,943 | 502,273 |
| Installment accounts (including receivables due after one year) | 123,647 | 92,391 |
| | 690,590 | 594,664 |
| Less: Allowance for doubtful accounts | 23,329 | 20,450 |
| | 667,261 | 574,214 |
| Inventories: | | |
| Finished | 479,261 | 425,107 |
| In-process and raw materials | 163,259 | 167,040 |
| | 642,520 | 592,147 |
| Deferred income taxes | 28,522 | 72,385 |
| Prepaid expenses | 20,922 | 17,379 |
| Total current assets | 1,780,821 | 1,563,404 |
| **Rental equipment and parts** | 676,802 | 662,483 |
| Less: Accumulated depreciation | 432,005 | 385,133 |
| | 244,797 | 277,350 |
| **Property, plant and equipment** | | |
| Land | 25,757 | 25,003 |
| Buildings | 308,973 | 322,299 |
| Machinery and equipment | 412,851 | 487,677 |
| | 747,581 | 834,979 |
| Less: Accumulated depreciation | 368,302 | 410,441 |
| | 379,279 | 424,538 |
| **Deferred income taxes** | 54,573 | 49,244 |
| **Other assets** | 136,691 | 77,091 |
| **Total assets** | $2,596,161 | $2,391,627 |

Notes to Consolidated Financial Statements on pages 34 through 39 are an integral part of this statement.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 32 of 44 Document 301-1

NCR-FOX-418800

## Liabilities and shareholders' equity

| | December 31 1978 | 1977 |
|---|---|---|
| | (000 omitted) | |
| **Current liabilities** | | |
| Notes payable (principally international) | **$ 65,465** | $ 74,792 |
| Current installments on long-term debt | **11,613** | 12,990 |
| Accounts payable | **93,060** | 105,026 |
| Taxes payable | **214,995** | 109,005 |
| Payroll payable | **97,673** | 86,599 |
| Other current liabilities | **144,707** | 163,534 |
| Customers' deposits and deferred service revenue | **187,042** | 148,304 |
| Total current liabilities | **814,555** | 700,250 |
| **Long-term debt** (exclusive of installments due within one year) | **347,791** | 567,125 |
| **International employees' pension and indemnity liability** | **81,536** | 60,901 |
| **Minority interests** | **52,694** | 44,121 |
| **Shareholders' equity** | | |
| Preferred Stock—$1.25 cumulative convertible, $5 par value; authorized—2,000,000 shares; outstanding—278,791 shares in 1978 (297,884 in 1977) | **1,394** | 1,490 |
| Common Stock—$5 par value; authorized—40,000,000 shares; issued—26,455,714 shares in 1978 (26,374,374 in 1977) | **405,594** | 399,304 |
| Retained earnings | **909,847** | 618,436 |
| | **1,316,835** | 1,019,230 |
| Deduct: Treasury Stock—286,489 shares of Common Stock at cost | **17,250** | — |
| Total shareholders' equity | **1,299,585** | 1,019,230 |
| **Total liabilities and shareholders' equity** | **$2,596,161** | $2,391,627 |



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 33 of 44 Document 301-1

NCR-FOX-418801

Capitalization




Return on Average Equity




Revenues by Geographic Areas




# Changes in Consolidated Financial Position

**Cash provided by operations**

Continuing operations:

Income

Items not requiring current outflow of cash:

Depreciation

Net book value of rental equipment and parts sold

Other

Discontinued operations:

Income

Items not requiring current outflow of cash

Gain from sale of discontinued operations

Cumulative effect on prior years of changes in accounting principles

Current items*

Total provided by operations

**Cash used for operations**

Additions to rental equipment and parts

Net additions to property, plant and equipment (1978 includes $64,705 net disposal from discontinued operations)

Other

Total (used for) operations

**Net cash provided by (used for) operations**

**Cash provided by (used for) financing and investment activities**

Non-current other assets

Notes payable

Current installments on long-term debt

Issuance of long-term debt

Retirement of long-term debt

Cash dividends declared

Issuance of Common Stock

Purchase of Treasury Stock

Net cash provided by (used for) financing and investment activities

**Increase (decrease) in cash and short-term investments**

***Current items**

Note receivable

Accounts receivable

Inventories

Current deferred income taxes

Prepaid expenses

Payables and other current liabilities

Customers' deposits and deferred service revenue

**Total**

*1974 through 1977 were reclassified to conform with the 1978 presentation.*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 34 of 44 Document 301-1

NCR-FOX-418802

NCR

Year ended December 31

| 1978 | 1977 | 1976 (000 omitted) | 1975 | 1974 |
|---|---|---|---|---|
| $ 193,731 | $ 120,622 | $ 71,411 | $ 50,837 | $ 71,362 |
| 185,821 | 207,740 | 179,646 | 162,611 | 146,508 |
| 28,897 | 35,312 | 27,925 | 19,867 | 14,820 |
| 25,181 | 3,619 | 15,293 | 3,871 | 17,230 |
| 433,630 | 367,293 | 294,275 | 237,186 | 249,920 |
| 13,778 | 21,848 | 18,586 | 15,905 | 15,200 |
| 3,450 | 23,898 | 9,786 | 5,245 | 17,905 |
| 110,495 | — | — | — | — |
| 127,723 | 45,746 | 28,372 | 21,150 | 33,105 |
| — | — | 5,617 | 6,551 | — |
| (151,596) | (76,546) | 89,759 | 163,415 | (263,682) |
| 409,757 | 336,493 | 418,023 | 428,302 | 19,343 |
| (129,402) | (109,211) | (147,684) | (175,267) | (141,619) |
| (10,954) | (61,918) | (51,858) | (102,134) | (99,610) |
| (7,038) | — | — | — | — |
| (147,394) | (171,129) | (199,542) | (277,401) | (241,229) |
| 262,363 | 165,364 | 218,481 | 150,901 | (221,886) |
| (53,864) | (17,585) | (14,035) | 366 | (3,507) |
| (9,327) | (6,686) | (40,778) | (116,899) | 137,810 |
| (1,377) | (11,842) | 6,018 | (22,740) | 19,923 |
| 12,657 | 17,485 | 21,286 | 172,560 | 23,408 |
| (231,991) | (140,657) | (64,149) | (45,259) | (20,430) |
| (26,593) | (21,407) | (18,488) | (17,618) | (17,217) |
| 36,632 | 12,224 | 13,405 | 10,842 | 17,457 |
| (47,688) | — | — | — | — |
| (321,551) | (168,468) | (96,741) | (18,748) | 157,444 |
| $ (59,188) | $ (3,104) | $121,740 | $132,153 | $ (64,442) |
| $(173,505) | $ — | $ — | $ — | $ — |
| (93,047) | (59,353) | (21,436) | 14,534 | (55,503) |
| (50,373) | (30,013) | 43,085 | 134,158 | (220,590) |
| 43,863 | 4,353 | (21,213) | (12,960) | (14,356) |
| (3,543) | (744) | 128 | (3,788) | 1,518 |
| 86,271 | 47,883 | 62,610 | (14,997) | 35,189 |
| 38,738 | (38,672) | 26,585 | 46,468 | (9,940) |
| $(151,596) | $ (76,546) | $ 89,759 | $163,415 | $(263,682) |

Notes to Consolidated Financial Statements on pages 34 through 39 are an integral part of this statement.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 35 of 44 Document 301-1

NCR-FOX-418803

# Notes to Consolidated Financial Statements

**Note 1 — Summary of Accounting Policies.** Accounts of United States and international branches and majority-owned subsidiaries are included in the consolidated financial statements. Long-term investments in affiliated companies with 50% or less ownership are accounted for on the equity method.

Short-term investments are carried at cost which approximates market value.

Inventories are stated at the lower of cost or market. Cost is determined principally on a FIFO (first-in, first-out) basis.

Property, plant and rental equipment is stated at cost. Fully depreciated assets are maintained in the accounts until disposition. Gain or loss realized on disposition of properties is included in income. Depreciation is computed over estimated useful lives primarily on the straight-line basis. Rental equipment and parts are depreciated at rates of 20% to 25% per annum. Maintenance and repairs are charged to income.

Revenue from rental and maintenance contracts is included in income proportionally over the period of the contract. Profit on installment sales is included in income at the time of sale.

Pension costs are computed on the basis of accepted actuarial methods and include current service costs of all pension plans and the amortization of prior service costs over periods up to 30 years.

The investment tax credit is accounted for under the flow-through method as a reduction in the provision for United States income tax.

**Note 2 — Accounting Changes.** On January 1, 1978, NCR retroactively adopted Financial Accounting Standards Board (FASB) Statement No. 13 - Accounting for Leases - for capital leases entered into prior to January 1, 1977. Accordingly, the statements of Consolidated Income, Consolidated Financial Position and Changes in Consolidated Financial Position have been restated. Furthermore, 1974 opening retained earnings has been decreased by $3,074,000, reflecting the cumulative effect of this lease accounting change on retained earnings for years prior to 1974. The change increased (decreased) previously reported net income for the four years 1977 through 1974 by $(1,150,000), $(30,000), $802,000 and $(603,000), respectively.

On January 1, 1976, NCR aligned its foreign-currency translation practice with the requirements of FASB Statement No. 8 - Accounting for the Translation of Foreign Currency Transactions and Foreign Currency Financial Statements. This change increased 1976 net income by $5,617,000, reflecting the cumulative effect of the accounting change on retained earnings at January 1, 1976. Restatement of years prior to 1976 was not practical.

On November 28, 1975, NCR aligned its method of accounting for general and unspecified business risks with the requirements of FASB Statement No. 5 - Accounting for Contingencies. As a result, NCR released its international operations reserve of $6,551,000 to 1975 earnings. If applied retroactively, this change would have had no effect on 1974 earnings.

**Note 3 — Discontinued Operations and Acquisitions.** On June 30, 1978, NCR completed the sale of its Appleton Papers Division to Lentheric, Inc., a subsidiary of B.A.T Industries Limited, a London-based company.

The final sale price of $287,291,000 was comprised of $119,291,000 cash received and a note payable to NCR in the principal amount of $168,000,000 bearing interest at 6.5% per annum, payable on January 3, 1979, guaranteed by B.A.T Industries Limited.

Revenues and all operating costs and expenses of the Appleton Papers Division for periods prior to the date of disposition have been segregated in the Consolidated Income Statement. Amounts relating to the Appleton Papers Division for each of the periods were as follows:

| | Six Months Ended June 30 1978 | Years Ended December 31 1977 | 1976 | 1975 | 1974 |
|---|---|---|---|---|---|
| | (000 omitted) | | | | |
| Revenues | $119,646 | $209,687 | $176,746 | $144,187 | $146,800 |
| Costs and expenses | 94,634 | 168,428 | 146,250 | 119,244 | 116,700 |
| Income taxes | 11,234 | 19,411 | 11,910 | 9,038 | 14,900 |
| Net income from operations | $ 13,778 | $ 21,848 | $ 18,586 | $ 15,905 | $ 15,200 |



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 36 of 44 Document 301-1

NCR-FOX-418804

NCR

On December 4, 1978, NCR acquired Quantor Corporation for a total purchase price of $8,710,000, of which $7,038,000 related to cost in excess of amounts assigned to net assets of the business acquired. This amount will be amortized over five years, starting in 1978. Quantor Corporation is a manufacturer of computer output microfilm systems. This acquisition was accounted for as a purchase.

**Note 4 — Income Taxes.** The provisions for United States and foreign income taxes were comprised of the following amounts:

| | Year ended December 31 1978 | 1977 |
|---|---|---|
| | (000 omitted) | |
| United States and foreign income taxes: | | |
| Income taxes currently payable | $210,324 | $104,317 |
| Realized future income tax benefits | 18,615 | 36,819 |
| Tax effect of timing differences | 19,919 | (23,122) |
| Total provision for income taxes (includes $159,000 in 1978 and $98,603 in 1977 of taxes related to continuing operations) | $248,858 | $118,014 |
| Foreign income taxes (included above): | | |
| Income taxes currently payable | $ 93,766 | $ 77,346 |
| Tax effect of timing differences | (14,438) | (5,215) |
| | $ 79,328 | $ 72,131 |

State income taxes included above totaled $28,264,000 ($11,449,000 on continuing operations) in 1978 and $3,071,000 ($2,150,000 on continuing operations) in 1977. The provision for income taxes included investment tax credit of $10,947,000 ($12,376,000 on continuing operations and $1,429,000 recapture on discontinued operations) in 1978 and $16,799,000 ($15,906,000 on continuing operations) in 1977.

Income tax expense includes the effects of timing differences between reported and taxable earnings that arise because certain transactions are included in taxable earnings in different years from when included in reported earnings. In years prior to 1973, NCR recorded future income tax benefits which at the end of 1978 were fully realized. Recurring timing differences, however, have resulted in continuing cumulative differences between financial statement income and taxable income. These differences are reflected in the Statement of Consolidated Financial Position as "Deferred income taxes" (current) and "Deferred income taxes" (non-current).

At December 31, 1978, the cumulative amount of undistributed earnings of international subsidiaries was $414,681,000. Since management continues to reinvest a substantial portion of these earnings, only incremental income taxes applicable to planned remittances have been provided.

**Note 5 — Long-Term Debt.** Consolidated long-term debt was as follows:

| | Dates Due | December 31 1978 | 1977 |
|---|---|---|---|
| | | (000 omitted) | |
| Sinking Fund Debentures | | | |
| 3.375-5.60% | 1979-1991 | $ 85,103 | $104,235 |
| 7.70% | 1981-1994 | 72,694 | 75,299 |
| 6.00% Subordinated Convertible Debentures | 1985-1995 | — | 150,000 |
| 9.00% Notes | 1985 | 67,939 | 75,000 |
| 8.25% Note | 1979-1996 | 8,026 | 8,433 |
| 5.25-6.00% Swiss Franc Bonds | 1980-1984 | — | 23,555 |
| 4.00% U.K. Sterling/Dollar Convertible Guaranteed Loan Stock | 1993-1998 | 11,640 | 10,920 |
| 8.50% U.K. Sterling Guaranteed Loan Stock | 1993-1998 | 1,019 | 10,920 |
| Mortgages and other | | 27,392 | 29,662 |
| Capital lease obligations 4.64-16.88% | 1979-2003 | 85,591 | 92,091 |
| | | 359,404 | 580,115 |
| Less current installments (including capital lease obligations of $4,523 in 1978 and $3,522 in 1977) | | 11,613 | 12,990 |
| | | $347,791 | $567,125 |

Principal payments (exclusive of amounts on capital lease obligations) required on long-term debt during the next five years are $7,228,000 in 1980, $8,873,000 in 1981, $13,080,000 in 1982, $14,244,000 in 1983 and $14,075,000 in 1984.

The 4.00% U.K. Sterling/Dollar Convertible Guaranteed Loan Stock is convertible through December 31, 1980, into shares of Common Stock at the rate of one share of Common Stock, at a conversion price of $70.80, for each £29.50 nominal value of such loan stock surrendered for conversion.

On September 22, 1978, NCR redeemed its 6.00% Subordinated Convertible Debentures, due May 1, 1995. Approximately 11% of the debentures were converted into 259,919 shares of Common Stock and the remaining debentures were redeemed in cash.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 37 of 44 Document 301-1

NCR-FOX-418805

**Note 6 — Common Stock and Retained Earnings.** Changes in Common Stock and retained earnings were as follows:

| | Common Stock ($5 par) | Retained Earnings | Treasury Stock |
|---|---|---|---|
| | (000 omitted) | | |
| Balance January 1, 1977 | $387,006 | $497,373 | — |
| Net income | — | 142,470 | — |
| Issue of Common Stock to employees under stock purchase and option plans | 12,224 | — | — |
| Conversion of Preferred Stock | 74 | — | — |
| Cash dividends declared: | | | |
| Common Stock ($.80 per share) | — | (21,026) | — |
| Preferred Stock ($1.25 per share) | — | (381) | — |
| Balance January 1, 1978 | 399,304 | 618,436 | — |
| Net income | — | 318,004 | — |
| Conversion of 6.00% Subordinated Convertible Debentures | 7,469 | — | $ 9,346 |
| Issue of Common Stock to employees under stock purchase and option plans | (484) | — | 20,301 |
| Conversion of Preferred Stock | (695) | — | 791 |
| Purchases of Treasury Stock, at cost | — | — | (47,688) |
| Cash dividends declared: | | | |
| Common Stock ($1.00 per share) | — | (26,236) | — |
| Preferred Stock ($1.25 per share) | — | (357) | — |
| Balance December 31, 1978 | $405,594 | $909,847 | $ (17,250) |

During the year, 19,093 shares (14,981 in 1977) were issued as a result of preferred stock conversions. Of 967,555 treasury shares acquired during 1978 by the Company, 681,066 were reissued in connection with stock purchase and option plans, preferred stock conversions and the conversion of 6.00% Subordinated Convertible Debentures.

At December 31, 1978, there were 4,178,745 shares of Common Stock reserved for future issuance including 203,390 for conversion of the 4.00% U.K. Sterling/Dollar Convertible Guaranteed Loan Stock, 3,696,564 for various stock option and stock purchase plans and 278,791 for conversion of Preferred Stock.

**Note 7 — Employee Stock Purchase and Option Plans.** On April 20, 1977, the shareholders approved the 1977 NCR Employee Stock Purchase Plan. An aggregate of 2,000,000 shares of Common Stock were reserved for purchase during the five-year period of this Plan which commenced August 1, 1977. The purchase price is 85% of the average market price on the last day of each six-month purchase period. Employees purchased 154,093 shares at $34.16 per share in January 1978, and 89,077 at $49.99 per share in July 1978. Under a similar plan approved by shareholders in 1973 and terminated in 1977, employees purchased 178,872 shares at $28.21 per share in January 1977, and 142,758 at $32.09 per share in July 1977.

On April 21, 1976, the shareholders approved the 1976 Stock Option Plan. Under the 1976 Plan, amended by shareholders in 1977 and 1978, options to purchase shares of Common Stock become exercisable, in full or installments, one year after the date granted at the market price on the date of grant, and expire 5 and 10 years after the date of grant for qualified and non-qualified options, respectively. Non-qualified options granted to Officers under the Plan may include stock appreciation rights.

The following table sets forth a summary of activity in options during 1977 and 1978:

| | Shares | Price Range |
|---|---|---|
| Shares under option | | |
| January 1, 1977 | 610,819 | $ 6.14-$59.06 |
| Options granted | 233,700 | 34.87- 44.63 |
| Options exercised | (51,707) | 6.14- 43.31 |
| Options terminated and surrendered | (33,631) | 6.14- 43.31 |
| Shares under option | | |
| January 1, 1978 | 759,181 | 6.14- 59.06 |
| Options granted | 213,250 | 48.06- 64.63 |
| Options exercised | (240,224) | 6.14- 59.06 |
| Options terminated and surrendered | (53,191) | 6.14- 59.06 |
| Shares under option | | |
| December 31, 1978 | 679,016 | 6.14- 64.63 |

At December 31, 1978, there were 1,235,371 shares of Common Stock reserved for granting future options reflecting an increase adopted by the shareholders in April, 1978 as an amendment to the option plan. Options were exercisable to purchase 464,438 shares.

In 1969, the shareholders approved the Executive Restricted Stock Plan. The last award of shares under this Plan was made in January 1970. At December 31, 1978, there were 45,028 shares contingently issued, of which 13,979 were fully paid.

**Note 8 — Notes Payable (principally international).** Notes payable classified as current liabilities at December 31, 1978, were principally debt instruments with banks mainly dominated in foreign currencies with weighted average interest rates of 11.5% (12.0% in 1977). Average aggregate



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 38 of 44 Document 301-1

NCR-FOX-418806

borrowing outstanding during 1978 amounted to $98,200,000 ($99,200,000 in 1977) with a weighted average interest rate of approximately 10.9% (12.6% in 1977). The maximum amount outstanding at any month end during 1978 was $118,700,000 ($117,200,000 in 1977).

Unused lines of credit for short-term financing by NCR and its subsidiaries approximated $333,800,000 at December 31, 1978 ($311,500,000 at December 31, 1977).

At December 31, 1978, certain available lines of credit required the maintenance of average compensating bank balances up to 10% ($6,400,000). In addition, average balances up to 30% ($8,000,000) were required on certain borrowings outstanding at that date.

**Note 9 — Leases.**

NCR as Lessee:

NCR conducts a part of its marketing and manufacturing operations from leased facilities, the initial lease terms of which vary in length. Many of the leases contain renewal options and escalation clauses.

The following schedule sets forth future minimum lease payments under non-cancellable leases as of December 31, 1978:

| | Capitalized Leases | Operating Leases |
|---|---|---|
| | (000 omitted) | |
| Year ending December 31 | | |
| 1979 | $ 10,323 | $ 20,202 |
| 1980 | 10,217 | 15,604 |
| 1981 | 10,074 | 12,806 |
| 1982 | 9,236 | 11,105 |
| 1983 | 8,743 | 9,995 |
| After 1983 | 120,444 | 56,231 |
| Total minimum payments required | 169,037 | $125,943 |
| Less imputed interest | 83,446 | |
| Present value of net minimum lease payments | $ 85,591 | |

Capitalized leases included in property, plant and equipment were as follows:

| | As of December 31 1978 | 1977 |
|---|---|---|
| | (000 omitted) | |
| Land | $ 948 | $ 1,109 |
| Buildings | 98,044 | 98,161 |
| Machinery and equipment | 9,054 | 11,256 |
| | 108,046 | 110,526 |
| Less accumulated amortization | 36,928 | 33,216 |
| | $ 71,118 | $ 77,310 |

The charge to income resulting from amortization of assets recorded under capital leases is included with depreciation expense.

Total 1978 rental expense for continuing operations for all operating leases amounted to $35,918,000. Rental expense for continuing operations for the preceding years (1977 through 1974) was $26,693,000, $30,733,000, $29,349,000 and $21,872,000, respectively.

NCR as Lessor:

NCR offers its customers the option to lease predominately over periods of 1 to 5 years certain equipment it markets. During the life of the lease, the equipment is maintained by NCR and the lessee may elect to purchase or upgrade the equipment.

**Note 10 — Pension Plans.** NCR has numerous pension plans covering substantially all United States and international employees. NCR funds all United States and certain international pension costs accrued. NCR also recognizes during the employees working career, but does not fund, the liabilities applicable to certain international subsidiaries. Pension costs charged to income from continuing operations in 1978 amounted to $59,284,000 ($58,322,000 in 1977) including the amortization of prior service liabilities.

At December 31, 1978, the actuarially computed value of vested benefits exceeded the market value of United States pension fund assets, less prepayments, plus balance sheet accruals by $101,341,000. Actuarially determined prior service benefits not yet charged against income amounted to $185,166,000 as of December 31, 1978. Of these amounts, $24,926,000 has been funded in advance and was classified with "Other assets".

**Note 11 — Replacement Cost Information (Unaudited).** The replacement cost of NCR's productive capacity (buildings, machinery and equipment) is generally higher than historical cost due to inflation. Replacement cost for NCR's rental equipment investment is generally less than historical cost due to cost reductions associated with technological advances that more than compensate for inflationary influences in the cost of personnel and productive capacity.

Additional information will be provided in NCR's annual report on Form 10-K filed with the Securities and Exchange Commission.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 39 of 44 Document 301-1

NCR-FOX-418807

**Note 12 — Industry and Geographic Area Information**

**Industry Segment Data**

Retroactive restatement for Appleton Papers Division as a discontinued operation results in NCR operating in one dominant industry segment which includes the developing, manufacturing, marketing, installing and servicing of complete business systems for selected markets worldwide.

**Geographic Area Data**

To the extent permitted by market conditions, transfers between geographic areas are at prices designed to provide a profit after coverage of all manufacturing costs, research and development expenses, and general corporate expenses. Corporate assets are principally cash and short-term investments and in 1978 the note receivable.

1978 (000 omitted)

| | United States | Great Britain and Continental Europe | Japan, Australia and Far East | Other | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Revenues — Customer | $1,160,049 | $715,761 | $412,595 | $322,115 | | $2,610,520 |
| Intercompany | 232,798 | 30,347 | 46,983 | 46,802 | $(356,930) | |
| Total revenues | $1,392,847 | $746,108 | $459,578 | $368,917 | $(356,930) | $2,610,520 |
| Operating income | $ 241,361 | $ 83,548 | $ 45,868 | $ 38,652 | $ (13,287) | $ 396,142 |
| Non-allocable interest and general corporate expenses | | | | | | 31,526 |
| Income from continuing operations before income taxes | | | | | | $ 364,616 |
| Identifiable assets | $1,086,125 | $539,348 | $334,210 | $301,091 | $(180,816) | $2,079,958 |
| Corporate assets | | | | | | 516,203 |
| Total assets | | | | | | $2,596,161 |

1977* (000 omitted)

| | United States | Great Britain and Continental Europe | Japan, Australia and Far East | Other | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Revenues — Customer | $1,070,364 | $592,833 | $355,032 | $293,710 | | $2,311,939 |
| Intercompany | 236,648 | 34,227 | 47,725 | 38,852 | $(357,452) | |
| Total revenues | $1,307,012 | $627,060 | $402,757 | $332,562 | $(357,452) | $2,311,939 |
| Operating income | $ 165,451 | $ 50,642 | $ 48,344 | $ 48,081 | $ (28,908) | $ 283,610 |
| Non-allocable interest and general corporate expenses | | | | | | 57,100 |
| Income from continuing operations before income taxes | | | | | | $ 226,510 |
| Identifiable assets | $1,065,659 | $466,846 | $314,228 | $263,319 | $(158,360) | $1,951,692 |
| Identifiable assets of discontinued segment | | | | | | 109,737 |
| Corporate assets | | | | | | 330,198 |
| Total assets | | | | | | $2,391,627 |

Export sales from the United States to customers in 1978 were $29,862,000 ($19,415,000 in 1977).

NCR's net investment in international operations was $540,414,000 at December 31, 1978 ($458,472,000 at December 31, 1977). Foreign exchange translation adjustments resulted in net losses of $12,731,000 originating during 1978. Foreign exchange net losses during 1977 totaled $4,847,000.

**1977 numbers were restated as described in Note 2 "Accounting Changes" and Note 3 "Discontinued Operations and Acquisitions".*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 40 of 44 Document 301-1

NCR-FOX-418808

**Note 13 — Quarterly Data (Unaudited).** The quarterly results of operations for 1978 and 1977 are shown below:

| | Three Months Ended 1978 | | | | Three Months Ended 1977 | | | |
|---|---|---|---|---|---|---|---|---|
| | March 31 | June 30 | September 30 | December 31 | March 31 | June 30 | September 30 | December 31 |
| | (000 omitted, except per share figures) | | | | | | | |
| Sales, rentals and services from continuing operations | $505,167 | $614,030 | $638,353 | $852,970 | $464,375 | $575,526 | $554,074 | $717,964 |
| Cost of products sold, rentals and services from continuing operations | $266,758 | $315,799 | $318,437 | $415,545 | $265,350 | $313,705 | $300,140 | $381,676 |
| Income from continuing operations | $ 16,920 | $ 39,877 | $ 46,941 | $ 89,993 | $ 10,379 | $ 27,777 | $ 27,873 | $ 54,593 |
| Net income | $ 22,869 | $158,201 | $ 46,941 | $ 89,993 | $ 16,080 | $ 33,879 | $ 33,238 | $ 59,273 |
| Per common share | | | | | | | | |
| Income from continuing operations: | | | | | | | | |
| Primary | $0.63 | $1.49 | $1.75 | $3.34 | $0.39 | $1.04 | $1.04 | $2.03 |
| Fully diluted | 0.62 | 1.41 | 1.66 | 3.34 | 0.40 | 1.00 | 0.99 | 1.91 |
| Net income: | | | | | | | | |
| Primary | 0.85 | 5.90 | 1.75 | 3.34 | 0.60 | 1.27 | 1.24 | 2.20 |
| Fully diluted | 0.83 | 5.46 | 1.66 | 3.34 | 0.60 | 1.20 | 1.18 | 2.07 |
| Dividends paid | .20 | .25 | .25 | .25 | .18 | .20 | .20 | .20 |

*1978 quarterly numbers were restated as described in Note 3 "Discontinued Operations and Acquisitions"; 1977 quarterly numbers were restated as described in Note 2 "Accounting Changes" and Note 3 "Discontinued Operations and Acquisitions".*

*Net income for the three months ended June 30, 1978 included $110,495,000 gain on the sale of the Appleton Papers Division.*

*Cost of products sold, rentals and services for 1977 were revised to reflect the classification of certain expenses in a manner consistent with that followed for 1978.*

## Report of Independent Accountants

To the Shareholders of NCR Corporation

In our opinion, the accompanying consolidated statements of financial position and the related consolidated statements of income and of changes in financial position present fairly the financial position of NCR Corporation and its subsidiaries at December 31, 1978 and 1977, and the results of their operations and the changes in their financial position for the two years then ended, in conformity with generally accepted accounting principles applied on a consistent basis after restatement for the change, with which we concur, in the method of accounting for capital leases as described in Note 2 to the consolidated financial statements. Also, in our opinion, the statements of consolidated income and of changes in financial position for each of the three years in the period ended December 31, 1976, which have been prepared from the applicable statements covered by our opinions for each of those years, present fairly the financial information included therein. Our examinations of these statements were made in accordance with generally accepted auditing standards and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances.

Cincinnati, Ohio
January 15, 1979

Price Waterhouse & Co.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 41 of 44 Document 301-1

NCR-FOX-418809

# Corporate Officers

**W.S. Anderson**
Chairman of the Board

**C.E. Exley, Jr.**
President

**D.L. McIntosh**
Senior Vice President,
Finance and Administration

**D.G. Laws**
Vice President,
Product Management

**R.L. Phelan**
Vice President,
Research and Development

**J.E. Rambo**
Vice President and
General Counsel

**B.L. Shafer**
Vice President,
Personnel Resources

**Herwig Baumann**
Secretary and Associate
General Counsel

**R.C. James**
Treasurer

**D.W. Russler**
Controller

ENGINEERING AND MANUFACTURING GROUP

**D.E. Eckdahl**
Senior Vice President

**V.F. Bean**
Vice President, Components
and Support Division

**W.F. Buster**
Vice President, Computer and
Communication Systems Division

**C.N. Jorgensen**
Vice President, Terminals and
Subsystems Division

UNITED STATES DATA PROCESSING GROUP

**Manuel Garcia**
Senior Vice President

**R.W. Gaines**
Vice President,
Field Engineering Division

**D.J. McCarthy**
Vice President,
Retail Systems Division

**W.F. Walsh**
Vice President,
Financial Systems Division

**R.E. White**
Vice President,
Administration and Personnel

**G.P. Williamson**
Vice President, Commercial-
Industrial/Medical-Education-
Government Systems Division

INTERNATIONAL DATA PROCESSING GROUP

**A.S. Gillan**
Vice President,
Middle East/Africa

**P.W. Lappetito**
Vice President,
Canada/Latin America

**C.J. Newcomb**
Vice President,
Marketing Services

**C.E. Reynolds**
Vice President, Europe

**H.M. Schene**
Vice President,
Far East/Australasia

**H.R. Wise**
Vice President,
General Sales Agents

SYSTEMEDIA GROUP

**E.J. McHugh**
Vice President

*A microelectronics production technician prepares to load silicon wafers carrying miniaturized circuits into an oxygen furnace. At 2200 degrees Fahrenheit (1200 degrees Celsius), oxygen will react with the silicon to form an insulating layer of glass. Increased circuit densities and volume processing such as this allow thousands of circuit elements to be produced at one time, making today's products far less labor intensive than their predecessors of only a few years ago*



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 42 of 44 Document 301-1

NCR-FOX-418810



## Shareholder Information

**Annual Meeting**
On or about March 2, 1979, management will commence the solicitation of proxies from shareholders for use at the Annual Meeting to be held in Baltimore, Maryland, at 11 a.m. (local time) Wednesday, April 18, 1979, at the Cross Keys Inn. NCR officers and directors as well as representatives of Price Waterhouse & Co., NCR's independent accountants, will be available to answer questions.

**Dividend Reinvestment**
NCR dividends can be automatically reinvested in new shares of common stock, including fractions of a share if a shareholder's dividend is not large enough to purchase a full share. Details of the dividend reinvestment plan are available from Investor Relations, NCR Corporation, Dayton, Ohio, 45479.

**Transfer Agent/Registrar**
Morgan Guaranty Trust Company
of New York
30 West Broadway
New York, New York 10015

**Stock Listings**
New York Stock Exchange
London Stock Exchange
Main Swiss Stock Exchanges

**Corporate Headquarters**
1700 South Patterson Boulevard
Dayton, Ohio 45479
Telephone (513) 449-2000

**Stock Prices Per Common Share**

| **1978** | Market Prices* | |
|---|---|---|
| | High | Low |
| First Quarter. . . . . | 43-5/8 | 36-3/4 |
| Second Quarter. . . | 58-5/8 | 42-1/2 |
| Third Quarter . . . . | 67-5/8 | 51 |
| Fourth Quarter . . . | 67-3/4 | 56-1/8 |
| For the Year . . . . . | 67-3/4 | 36-3/4 |
| **1977** | | |
| First Quarter. . . . . | 38-3/8 | 33-3/4 |
| Second Quarter. . . | 37-7/8 | 32 |
| Third Quarter . . . . | 47-1/4 | 35-3/4 |
| Fourth Quarter . . . | 46-7/8 | 37-3/4 |
| For the Year . . . . . | 47-1/4 | 32 |

*As reported by The Wall Street Journal

NCR

NCR Corporation, Dayton, Ohio 45479