RMT® *Integrated Environmental Solutions*

744 Heartland Trail 53717-1934
P.O. Box 8923 53708-8923
Madison, WI
Telephone: 608-831-4444
Fax: 608-831-3334

# ESTIMATE OF EMULSION LOSS TO THE APPLETON POTW FROM THE APPLETON COATED PAPERS FACILITY FOR 1970 - 1971

## FOX RIVER PROJECT

**PREPARED BY**
**RMT, INC.**
**MADISON, WISCONSIN**

August 2000

Stacey A. Koch
Project Engineer

Paul V. Knopp, Ph.D., P.E.
Vice President, Northern Region

Thomas R. Stolzenburg
Senior Consultant, Applied Chemistry

I:\WPMSN\PJT\00-04348\71\R000434871-002.DOC 8/18/00

© 2000 RMT, Inc.
All Rights Reserved

# Table of Contents

1. Summary, and Findings and Conclusions ........ 1-1
   1.1 Summary ........ 1-1
   1.2 Findings and Conclusions ........ 1-1

2. Background ........ 2-1

3. Purpose and Scope ........ 3-1

4. Approach: Monte Carlo Estimating Procedure for Emulsion Losses to Sewer ........ 4-1
   4.1 Overall System Drainage ........ 4-1
   4.2 Emulsion Receiving and Storage, and Coating Preparation ........ 4-5
   4.3 Coating Machines ........ 4-8

5. Emulsion Loss: Sources, Magnitude, and Frequency ........ 5-15
   5.1 General ........ 5-15
   5.2 Emulsion Receiving and Storage ........ 5-15
      5.2.1 Material Transfer Spillage ........ 5-15
      5.2.2 Accidental Spills ........ 5-17
      5.2.3 Tank Cleanup ........ 5-18
   5.3 Coating Preparation ........ 5-18
      5.3.1 Material Transfer Spillage, Accidental Spills, and Off-spec Material ........ 5-18
      5.3.2 Tank Cleanup ........ 5-19
   5.4 Coating Machines ........ 5-19
      5.4.1 Coating Station Losses ........ 5-19
      5.4.2 Overspray Losses ........ 5-22
   5.5 Operation of Honey Tanks ........ 5-24
      5.5.1 Description ........ 5-24
      5.5.2 Magnitude and Frequency ........ 5-24

6. Production ........ 6-1

7. Detailed Procedures for Monte Carlo Estimation ........ 7-1



API-NCR00217
Case 1:10-cv-00910-WCG Filed 02/03/12 Page 2 of 59 Document 301-2
NCR-FOX-498726

## List of Tables


| | | |
|---|---|---|
| Table 4-1 | Tank Capacities | 4-7 |
| Table 4-2 | Coating Formulation Used During the Peak Years of Production(1) | 4-9 |
| Table 5-1 | Frequency of Loss Events | 5-16 |
| Table 6-1 | 1970 Production Schedule for CM-7, -8, -9, and -10 | 6-2 |
| Table 7-1 | 1970/71 Emulsion Loss – Monte Carlo Analysis | 7-2 |


## List of Figures


| | | |
|---|---|---|
| Figure 1-1 | Estimated Emulsion Loss to the Appleton POTW | 1-2 |
| Figure 4-1 | Disaggregation of the Emulsion Usage Areas at the Appleton Facility | 4-3 |
| Figure 4-2 | Wastewater Drainage and Honey Tank Locations | 4-4 |
| Figure 4-3 | Emulsion Preparation and Coating Supply Systems | 4-6 |
| Figure 4-4 | Coating Machine #7 Plan and Elevation | 4-10 |
| Figure 4-5 | Coating Machine #8 Plan and Elevation | 4-11 |
| Figure 4-6 | Coating Machine #9 Plan and Elevation | 4-12 |
| Figure 4-7 | Coating Machine #10 Plan and Elevation | 4-13 |
| Figure 5-1 | Color Supply Piping Layout | 5-21 |


## List of Appendices


| | |
|---|---|
| Appendix A | Honey Tank Drawing |
| Appendix B | Coat Weight Control, Tom W. Busch |
| Appendix C | 1969 CB Formula Card |
| Appendix D | Coating Station Supporting Drawings on Configuration |

SECTION 1

# Section 1
# Summary, and Findings and Conclusions

## 1.1 Summary

The Appleton Coated Paper Company facility ("Appleton facility") produced PCB-containing NCR PAPER®[1] brand of carbonless copy paper (hereinafter, NCR paper) from 1954 to April 1971. The peak years of production were 1970 and the first 3 months of 1971. This peak time period was used to estimate total emulsion losses to the Appleton POTW for the Appleton facility. The procedure followed was as follows:

1. Interview plant personnel and review available data and documents relating to sources of emulsion loss from receiving and storage, coating preparation, and the coating machines.
2. Document the overall facility drainage system and equipment configuration.
3. Disaggregate the production process into its major components.
4. Identify "loss events," and estimate the magnitude and frequency that resulted in discharges to the sewer for each emulsion handling operation.
5. Characterize the likely distribution for the loss events based on interviews and the physical arrangement at the Appleton facility.
6. Conduct a Monte Carlo estimate of the likely emulsion loss for the overall production process.

## 1.2 Findings and Conclusions

1. Based on the interviews of plant personnel directly involved in operations, general production activity, and the physical arrangement of machines, tanks, etc., and as shown on Figure 1.1, we estimate that between 58,000 and 127,000 lbs of PCB-containing emulsion were lost to the sewer at the Appleton facility in 1970, with an expected loss value of 90,000 lbs.[2]
2. A number of estimates have been made concerning the amount of emulsion received by the Appleton facility in 1970. However, given the relatively small amount of emulsion lost in 1970, no matter which of these estimates is used, the expected value of the emulsion loss rate in 1970 was, at most, 1.4 percent.
3. While this emulsion loss rate is for 1970 specifically, it is valid to apply the same rate for the entire period of concern (1954 through 1971). Increased losses in earlier years due to inexperience and more frequent product changes were at least equally offset by decreased

[1] NCR PAPER is a registered trademark licensed to Appleton Papers, Inc.
[2] These values are in terms of pounds of emulsion lost, not pounds of PCBs.

**Figure 1-1 Frequency Chart, Cumulative Probability Chart, and Percentiles**







| Percentile | lbs/1970 |
|---|---|
| 0% | 15,327 |
| 10% | 57,498 |
| 20% | 66,469 |
| 30% | 73,776 |
| 40% | 80,599 |
| 50% | 87,699 |
| 60% | 94,736 |
| 70% | 102,681 |
| 80% | 112,323 |
| 90% | 126,682 |
| 100% | 207,217 |

P:DATA\PROJECTS\4348\71\REPORT7-25W.XLS

losses due to fewer emulsion deliveries, slower machine speeds, and the preparation of fewer batches of coating.

4. These estimates are based on accurate facility drawings and descriptions of the physical arrangement of the coating operations in 1970 and 1971. They are also based on interviews of over 30 current and former employees. Finally, these estimates are based on a disaggregation of the plant's production process into its major operations, which allowed estimates with a minimum of bias and with opportunities to overestimate as well as underestimate the magnitude and frequency of events leading to the discharges to the sewer.

5. This low level of emulsion loss is to be expected given a combination of factors unique to the operation at the Appleton facility:

   - There was a particularly strong financial incentive at the Appleton facility to conserve emulsion and minimize losses. During most of the period of concern, the Appleton facility purchased the emulsion from NCR and, in turn, sold the coated paper back to NCR; as a result of this arrangement, the more paper the facility could coat with a given quantity of emulsion, the greater the profit. In addition, the emulsion represented 50 to 75 percent of the total raw material costs to the Appleton facility for the manufacture of NCR paper; as a result, even minor losses of emulsion significantly impacted the facility's profit margin. For these reasons, the Appleton facility's financial condition was heavily dependent on the facility's ability to apply the emulsion to paper, rather than losing it to the sewer. Accordingly, production practices were designed and managed to minimize emulsion losses. This contrasts sharply with ordinary commercial coating where there is little incentive to conserve the coating material because the raw material costs for starches and clay may be as low as 2 to 5 percent of the raw material costs.
   - The facility used settling tanks for the treatment of drainage from the coating machines. These tanks were of conventional settling design, equipped with sludge collectors. As many as 50 barrels per week of wet solids were removed from the tanks and disposed of in a permitted landfill. The presence of this additional form of treatment reduced the amount of material ultimately lost to the sewer.
   - Unlike most paper making operations, the coating and converting operations at the Appleton facility are relatively dry operations. Chemicals and emulsion were always used to maintain the product, during coating, at a minimum moisture content to reduce the load on the dryers and maximize throughput. Machine speeds are generally limited by the drying capacity of the coating machines.

SECTION 2

# Section 2
# Background

The Appleton facility produced NCR paper using a coating emulsion that contained PCBs from 1954 through the early part of 1971. A small amount of the PCB-containing emulsion delivered to the Appleton facility was not coated onto paper, but was instead lost to the sewer due to accidental spills, coating spray losses, coating machine wash-ups, etc. No direct evidence (sampling data, flow data, etc.) has been found documenting the amount of emulsion lost to the sewer at the Appleton facility.

A number of efforts have been made in the past to estimate these emulsion losses. These previous estimates, however, have suffered from several significant limitations. For example, initial estimates of emulsion losses were made by estimating the difference between capsules delivered to the mill and the capsules estimated to be contained in the produced NCR paper. This difference was then assumed to account for the capsules contained in the broke and trimmings, and in the discharge to the sewer. The problem with this approach is that it attempts to estimate a very small number by measuring the difference between two very large numbers. Even relatively minor inaccuracies in the large numbers will be magnified in the estimate, creating an opportunity for major errors in the estimate of the losses, and for overestimation of the losses to the sewer.

A second limitation in previous efforts was that a fixed percentage of emulsion was assumed to represent the amount lost to the sewer. In previous estimates, it was assumed that 2 to 3 percent of the emulsion was lost to the sewer. Such a broad-brush approach to estimating losses did not account for differences in the operating practices, the production capacities for the various machines, and the operating attributes of the machines as related to production schedules, system downtimes, or cleanup practices over the period of interest.

Finally, previous efforts assumed that the Appleton facility's production of NCR paper was merely a traditional coating operation; they did not take into account the unique and strong conservation incentives created by the cost of the emulsion and the business arrangement between the Appleton facility and the capsule producer. The emulsion used during the production of NCR paper represented 55 to 75 percent of the raw material costs of the paper. By contrast, in the manufacture of commercial grade coated papers, coating materials (consisting mainly of clay and starch) amount to 2 to 5 percent of the total material cost. Hence, in the production of NCR paper, normal production practices focused on minimizing emulsion

losses to maintain profitability. Because they did not take the incentive to conserve emulsion into account, previous estimates likely overstated emulsion losses.

A more appropriate method, which does not suffer from these limitations, is to break the production process down into its individual, component activities; determine the frequency, amount, and distribution of possible losses associated with each of these activities; and then perform so-called "Monte Carlo" statistical estimates on these distributions. These estimates and their distribution are based on the physical arrangement of the production facilities, operating practices, and production levels extant at the time (1970-1971).

The Monte Carlo estimating procedures for emulsion loss that follow take into account the following factors:

1. The business practices and the relationships between the Appleton facility and NCR during the period of concern
2. Characteristics of coating mixtures used for the production of various products, and their handling from the tank unloading area to the production of NCR paper
3. Operating practices in the coating preparation area based on product specifications
4. Production capacity and operating characteristics of each coating machine, the coating mixtures used at the coating station, and the operating schedule likely to occur during the study period
5. Wastewater treatment equipment and flow conditions in existence at the time of production
6. The operating characteristics of each production component established based on interviews with over 30 present and former employees during which they were asked about the magnitude and frequencies of events that may have led to releases to the POTW and other operating practices
7. The determination of the form of the frequency of loss events (i.e., probability distribution)
8. The determination of the overall emulsion loss through the use of Monte Carlo estimating procedures

SECTION 3

# Section 3
# Purpose and Scope

The purpose of this study is to estimate independently, and more precisely, through the use of Monte Carlo estimating methods, the magnitude of emulsion losses from the Appleton facility during the production of PCB-containing NCR paper. The study is based on a review of available data and documents, and on interviews of over 30 individuals with hands-on experience related to receiving and coating operations at the Appleton facility during the period of interest.

The study encompassed the following tasks to arrive at the emulsion loss number:

1. RMT reviewed available drawings that described the physical arrangement of the emulsion storage and receiving area; coating preparation area; and the coating machines, including all pipes, pumps, valves, tanks, and related equipment. In addition, plant layout drawings and general arrangement drawings were reviewed, as well as the available plant drainage and intercepting sewer drawings. This review included the determination of pipe sizes, pipe-run lengths, system valves and interconnecting piping, and tank geometrics relevant to the handling of emulsion materials and the production of NCR paper. In some cases, the physical dimensions and arrangement could be verified by direct measurement of existing equipment. In other cases, as-built drawings were used to determine volumes for equipment no longer in existence.
2. RMT interviewed personnel who worked at the Appleton facility during the relevant time period (1954 through 1971) to determine operating practices for each of the production areas (i.e., emulsion storage and receiving, coating preparation, and the coating machines). The operating practices of interest related to system cleaning, both scheduled and unscheduled, and other related practices that may have resulted in emulsion losses to the plant sewers.
3. RMT interviewed Appleton facility personnel to determine production schedules for each coating machine; the type of paper produced; and typical wash-up, rinse-up, and other cleaning procedures for each of the production areas.
4. Based on this information, we defined the emulsion loss events, the frequency of loss events, and the distributional characteristics of the loss events. We then subjected these loss event characteristics to a Monte Carlo statistical analysis.

This report focuses on the peak years of production of NCR paper at the Appleton facility: 1969, 1970, and 1971. While the estimates produced are for the years 1969, 1970, and 1971, it is valid to apply these estimates for the entire period of concern (1954 through 1971). The production of NCR paper by the Appleton facility was lower during the earlier years (1954-1968). Fewer loads of capsules were delivered to the facility, thereby reducing the

frequency of the loss events in emulsion receiving and storage. In addition, with less production, fewer batches of material would have been produced in the coating preparation area, resulting in fewer losses from this area as well. Finally, the coating machines running the NCR paper during the earlier years were slower and, as a result, caused fewer losses from wash-ups and/or rinse-ups. On the other hand, in the early years of production, product changes occurred more frequently. This would tend to increase the losses from this area. We believe that the increased losses due to more frequent product changes would have roughly equaled the decreased losses due to the slower machine speeds and smaller volumes in the coating preparation areas and in emulsion receiving and storage. In other words, they canceled each other out. Losses over the period of concern, then, would have remained roughly proportional to production; and, therefore, the overall emulsion loss rate in the earlier years would be very close to that in 1970.

SECTION 4

# Section 4
# Approach: Monte Carlo Estimating Procedure for Emulsion Losses to Sewer

The general approach in conducting the Monte Carlo estimating procedure was as follows:

1. Disaggregate the production process into its component parts: emulsion receiving and storage, coating preparation, and coating machine operations.
2. Define the physical system extant during the period of concern, defining tank volumes and shapes, pipe run distances, and other required dimensions for each component of the production process.
3. Define operating characteristics, such as coating formulations, machine speeds, production schedules, etc.
4. Define loss events, frequency of loss events, and distributional characteristics of loss events.
5. Conduct a Monte Carlo estimate of the system using the loss event characteristics.

Figure 4-1 illustrates the degree of disaggregation of the production operations. The operation was divided into three areas: (1) emulsion receiving and storage, (2) coating preparation, and (3) paper coating operations. These three entities tended to operate as individual departments with their own lead production people reporting to the production manager. Operating practices for each area were determined from interviews with employees working in each department. The physical arrangement of these areas are discussed in the following sections.

## 4.1 Overall System Drainage

Figure 4-2 shows the overall drainage of wastewater from the facility. Drainage from emulsion receiving and storage went directly to the sanitary sewer. Discharges from this area resulted from losses during material transfer, accidental spills, and cleaning of the tanks on a periodic basis (although tanks had sloped bottoms permitting complete drainage of the contents of the tanks).

Drainage from the coating preparation area went directly to the sanitary sewer. Drainage from this area resulted from general cleaning of the floor area, losses from disconnecting and reconnecting the quick-disconnect fittings, and from cleaning tanks on a periodic basis (although tanks had sloped bottoms permitting complete drainage of the contents of the tanks).

Drains from the coating stations were fed to so-called "Honey Tanks" located in the basement, generally below the coating stations. In addition, the color room floor drains also fed to a Honey Tank. The coating stations and color room drained to the following Honey Tanks:

| HONEY TANK | COATING MACHINE |
|---|---|
| #2 | 1, 2, 3 |
| #1 | 4, 5, 6 |
| #6 | 7 |
| #5 | 8 |
| #7 | 9-1 and 10-1 |
| #4 | 9-2 and 10-2 |
| #3 | Color room machine supply tank floor drains |

Figure 4-1
Disaggregation of the Emulsion Usage Areas at the Appleton Facility



| | | |
|---|---|---|
| PROJECT: APPLETON PAPERS INC. APPLETON, WISCONSIN | | |
| SHEET TITLE: WASTEWATER DRAINAGE AND HONEY TANK LOCATIONS | | |
| DRAWN BY: SIEWERTD | SCALE: 1"=30' | PROJ. NO. 4348.65 |
| CHECKED BY: SAK | | FILE NO. 43486512.DWG |
| APPROVED BY: TKS | DATE PRINTED: AUG 18 2000 | FIGURE 4-2 |
| DATE: AUGUST 2000 | | |

RMT INC.
744 Heartland Trail
Madison, WI 53717-1934
P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444

API-NCR00233



NCR-FOX-498742

Drawing No. JE430Y636, dated February 23, 1961 (Appendix A), shows the Honey Tank configuration. These Honey Tanks were each equipped with a sludge collector mechanism that conveyed settled material up a ramp that discharged into 55-gallon storage drums. Filled or partially filled drums were then periodically sent to a landfill. Effluent from the Honey Tanks drained to the sanitary sewer.

Two concrete tanks termed "Water Reservoirs" served the wash-up drains for Coaters 1-6 and color room preparation area floor drains. These tanks or "trenches" were approximately 10 feet long, 18 inches wide, and approximately 2 feet deep. They were occasionally cleaned by hand, but generally provided little or no continuous treatment. During 1970, NCR paper was not produced on coating machines 1-6. In addition, the color room preparation area dealt with commercial-grade papers only and did not receive emulsion. Therefore, potential treatment from the Water Reservoirs was not considered in the analysis.

## 4.2 Emulsion Receiving and Storage, and Coating Preparation

During the unloading, storage, and handling of emulsion, emulsion losses occurred due to accidental spillage, tank cleaning, etc. Figure 4-3 shows the tank configurations in the emulsion receiving, storage, and coating preparation areas (Building No. 192). The following describes operational procedures for the three areas:

- Tank unloading area: Emulsion was delivered in 4,000-gallon tank trucks to the loading dock area outside building No. 192. Tank trucks were backed into the loading area at a 6 percent grade. A manifold fitted with a quick-disconnect fitting allowed connection of a flexible hose from the tank truck to the unloading pump located in building No. 192. The material was pumped to one of five raw emulsion weigh tanks also located in building No. 192. These tanks (Tank #16, 17, 18, 19, and 20) were equipped with load cells to permit accurate weighing of the total liquid weight delivered. These tank volumes ranged from 5,500 to 9,000 gallons as shown in Table 4-1. A known quantity of water was used to flush out the tank truck into the storage tank. The specified emulsion concentration delivered was 19.7 percent solids. After material transfer, the tank truck value was closed and the pump transfer hose, located in building No. 192, was disconnected.
- Emulsion storage area: After confirmation of its quantity, quality, and concentration, the delivered emulsion was transferred to emulsion storage tanks (designated tanks #21, 22, 23, 24, 26, and 27) for use in preparing the coating formulation to be delivered to each machine. These tank volumes ranged from 10,000 to 22,500 gallons (Table 4-1). Transfers were made by pumping the emulsion through flexible and hard piping with quick-disconnect pipe

## NOTES

1. DETAILS OF THE EMULSION STORAGE AND SUPPLY PROCESS FLOW DIAGRAM, AND THE EMULSION PREPARATION PROCESS FLOW DIAGRAM FOR 1970 WERE DETERMINED FROM APPLETON PAPERS INC., DRAWING NO. PS133-1, PS133-2, PS113-2, AND FROM DISCUSSIONS WITH INTERVIEWEES.

PROJECT:

**API/NCR ALLOCATION**

SHEET TITLE:

**EMULSION PREPARATION AND COATING SUPPLY SYSTEMS**

| | | |
|---|---|---|
| DRAWN BY: SIEWERTD | SCALE: NONE | PROJ. NO. 4348.65 |
| CHECKED BY: SAK | | FILE NO. 43486514.DWG |
| APPROVED BY: TKS | DATE PRINTED: AUG 18 2000 | FIGURE 4-3 |
| DATE: AUGUST 2000 | | |

RMT INC.

744 Heartland Trail
Madison, WI 53717-1934

P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444

API-NCR00235



NCR-FOX-49874

**Table 4-1**
**Tank Capacities**

| TANK NUMBER | VOLUME (gallons) |
|---|---|
| **Coating Prep Supply Tanks(1)** | |
| T-3 | 10,160 |
| T-4 | 10,160 |
| T-5 | 6,585 |
| T-6 | 6,585 |
| T-7 | 6,585 |
| T-8 | 10,160 |
| T-12 | 10,160 |
| T-13 | 10,160 |
| **Emulsion Weigh Tanks(1)** | |
| T-16 | 5,568 |
| T-17 | 5,568 |
| T-18 | 5,568 |
| T-19 | 9,300 |
| T-20 | 9,300 |
| **Emulsion Storage Tanks(1)** | |
| T-21 | 22,590 |
| T-22 | 22,590 |
| T-23 | 22,590 |
| T-24 | 10,303 |
| T-26 | 10,303 |
| T-27 | 10,303 |
| **Color Room Machine Supply Tanks(2)** | |
| #7 | 200 |
| #8 | 200 |

Notes:
(1) Tank volumes were determined from historical Appleton facility drawings, see Figure 4-3.
(2) Tank volumes were determined from the historical (1975) Appleton facility plant manual.

connections at each of the storage tanks. The solids content of the emulsion in the storage area, after adding water at the weigh tanks, was 18.5 percent.

- Coating prep area: In the coating preparation area, batches of coating were prepared in mix tanks. Starch, flour, talc, and water were added in specified quantities to make up the coating formulation. A typical formulation for CB is shown in Table 4-2. This formulation resulted in a solids content of 20 percent, of which 16.2 percent was emulsion, resulting in 9.15 percent Aroclor 1242 in the emulsion as delivered to the coating machines. Emulsion was transferred from the mix tanks to coating supply tanks through flexible and hard piping. Tanks designated # 3, 4, 5, 6, 7, 8, 12, and 13 were coating supply tanks serving coating machines #7-#10. These coating supply tank volumes ranged from 6,500 to 10,000 gallons (Table 4-1). For coating machines #7 and #8, the prepared emulsion could also be transferred to coating machine feed tanks located in the color room. The capacity of the color room machine supply tanks was 200 gallons, a much smaller volume than the coating supply tanks.

## 4.3 Coating Machines

Figures 4-4 to 4-7 detail the coating machine process flow diagrams for Coaters #7 through #10, respectively. As shown in the schematics, the coating mixture containing the emulsion and other additives is pumped continuously from a supply tank in the coating preparation area to the reservoir of the coating station. The mixture is then pumped and circulated from the reservoir to the color pan ("color pan" is the term used to describe the pan in which the "color" roll picks up coating mixture and carries it to the applicator roll for application onto the paper). The color pan drains back to the reservoir, and the mixture is repumped to the color pan, thus ensuring a uniform concentration of the coating mixture throughout the system. The liquid level in the reservoir is maintained at approximately three-quarters full.

A small amount of coating is also pumped through a viscometer (trade mark viscometran™), where its viscosity is measured. Based on this viscosity reading, a small amount of water is added to the reservoir to maintain the desired viscosity (coating weight control is described in detail in a paper by Tom Busch, coat weight control, APX0031935, Appendix B).

Excess coating mixture is blown off the web at the air knife as it passes around the breast roll; the coating blow-off is collected in troughs, and returned to the reservoir. To reduce spray around the air knife, the air knife is shrouded, and the air is collected through a manifold. The manifold is designed to collect mist and air-entrained emulsion and to return this collected material to the reservoir. In some cases, a screen was placed between the air knife return trough and the reservoir. The loss of entrained liquid to the exhaust from this manifold is limited, as described in detail in Subsection 5.4.2.

## Table 4-2
## Coating Formulation Used During the Peak Years of Production[1]

| INGREDIENT | % SOLIDS[3] | WET WEIGHT (lb)[3] | DRY WEIGHT (lb)[4] | PARTS DRY[5] | PERCENT SOLIDS IN COATING FORMULATION[6] |
|---|---|---|---|---|---|
| NCR Emulsion[2] | 18.5 | 31,530 | 5,833 | 100 | 16.2 |
| Stayco Starch "S" | 14.0 | 2,500 | 350.0 | 6.0 | 0.97 |
| Solka Floc | 48.0 | 1,944 | 933.1 | 16.0 | 2.59 |
| Talc | 100 | 100 | 100.0 | 1.7 | 0.28 |
| **Total** | | **36,074** | **7,216.2** | | **20.0** |

Notes:

(1) These numbers were derived from an Appleton Coated Papers formula card for the production of CB emulsion on Coaters #7 and #8, dated February 25, 1969 (Appendix C).

(2) This emulsion refers to raw emulsion (capsules in deionized water), which was delivered to ACPC (containing 19.7% solids according to NCR Specification 730.54) and then diluted to 18.5% solids using Appleton tap water.

(3) Information provided on the formula card.

(4) Calculated by multiplying the wet weight of the ingredient (lb) by the solids fraction.

(5 Calculated by taking dry weight (lb) * (100/5833).

(6) Calculated by dividing the dry weight of ingredient (lb) by the total wet weight of the formulation (36,074 lb).




## COATING MACHINE NO. 8 - PLAN

(NOT TO SCALE)




## COATING MACHINE NO. 8 - PROCESS FLOW ELEVATION

(NOT TO SCALE)

| | COATING SUPPLY TANK | COLOR PAN | RESERVOIR | COATING SUPPLY PIPING | COATING SYS. PIPING |
|---|---|---|---|---|---|
| DIMENSION | 12' DIA. x 12' HIGH | 1.06 S.F. x 8.9 LF | 16"x16"x54" | 333 L.F. | 10% OF CP & RES. |
| VOLUME (GAL) | 10,000 | 13.62 | 44.90 | 35.22 | 5.85 |

PROJECT: API/NCR ALLOCATION

SHEET TITLE: COATING MACHINE #8 PLAN AND ELEVATION

| | | |
|---|---|---|
| DRAWN BY: SIEWERTD | SCALE: NONE | PROJ. NO. 4348.65 |
| CHECKED BY: SAK | | FILE NO. 43486508.DWG |
| APPROVED BY: TRS | DATE PRINTED: | FIGURE 4-5 |
| DATE: AUGUST 2000 | | |


RMT
744 Heartland Trail
Madison, WI 53717-1934
P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444



RMT COMPUTER AIDED DESIGN & DRAFTING
Case 1:10-cv-00910-WCG Filed 02/03/12 Page 24 of 59 Document 301-2
API-NCR00240
NCR-FOX-498748




## COATING MACHINE NO. 7 - PLAN

(NOT TO SCALE)




## COATING MACHINE NO. 7 - PROCESS FLOW ELEVATION

(NOT TO SCALE)

| | COATING SUPPLY TANK | COLOR PAN | RESERVOIR | COLOR SUPPLY PIPING | COLOR SYS. PIPING |
|---|---|---|---|---|---|
| DIMENSION | 12' DIA. x 12' HIGH | 0.40 SF x 8.9 LF | 16"x16"x54" | 298 L.F. | 10% OF CP & RES. |
| VOLUME (GAL) | 10,000 | 15.41 | 44.90 | 31.52 | 6.00 |

PROJECT: API/NCR ALLOCATION

SHEET TITLE: COATING MACHINE #7 PLAN AND ELEVATION

| | | |
|---|---|---|
| DRAWN BY: SIEWERTD | SCALE: NONE | PROJ. NO. 4348.85 |
| CHECKED BY: SAK | | FILE NO. 43486507.DWG |
| APPROVED BY: TRS | DATE PRINTED: | FIGURE 4-4 |
| DATE: AUGUST 2000 | | |

RMT
744 Heartland Trail
Madison, WI 53717-1934
P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444

API-NCR00239




## COATING MACHINE NO. 9 - PLAN

(NOT TO SCALE)




## COATING MACHINE NO. 9 - PROCESS FLOW ELEVATION

(NOT TO SCALE)

| | COATING SUPPLY TANK | COLOR PAN #1 | COLOR PAN #2 | RESERVOIR #1 | RESERVOIR #2 | COATING SUPPLY PIPING (9-1) | COATING SUPPLY PIPING (9-2) | COATING SYS. PIPING (9-1) | COATING SYS. PIPING (9-2) |
|---|---|---|---|---|---|---|---|---|---|
| DIMENSION | 12' DIA. x 12' HIGH | 0.77 SF x 8.5 LF | 0.77 SF x 8.5 LF | 16"x16"x40" | 16"x16"x40" | 946 L.F. | 774 L.F. | 10%x CP & RES. | 10%x CP & RES. |
| VOLUME (GAL) | 10,000 | 13.62 | 13.62 | 33.24 | 33.24 | 99.98 | 81.85 | 4.7 | 4.7 |

PROJECT: API/NCR ALLOCATION

SHEET TITLE: COATING MACHINE #9 PLAN AND ELEVATION

DRAWN BY: SIEWERTD | SCALE: NONE | PROJ. NO. 4348.65
CHECKED BY: SAK | FILE NO. 43486509.DWG
APPROVED BY: TRS | DATE PRINTED:
DATE: AUGUST 2000 | FIGURE 4-6

RMT
744 Heartland Trail Madison, WI 53717-1934
P.O. Box 8923 Madison, WI 53708-8923
Phone: 608/831-4444

RMT COMPUTER AIDED DESIGN & DRAFTING




# COATING MACHINE NO. 10 - PLAN

(NOT TO SCALE)




# COATING MACHINE NO. 10 - PROCESS FLOW ELEVATION

(NOT TO SCALE)

| | COATING SUPPLY TANK | COLOR PAN #1 | COLOR PAN #2 | RESERVOIR #1 | RESERVOIR #2 | COATING SUPPLY PIPING (10-1) | COATING SUPPLY PIPING (10-2) | COATING SYS. PIPING (10-1) | COATING SYS. PIPING (10-2) |
|---|---|---|---|---|---|---|---|---|---|
| DIMENSION | 12' DIA. x 12' HIGH | 0.77 SF x 8.5 LF | 0.77 SF x 8.5 LF | 16"x16"x47" | 16"x16"x47" | 992 L.F. | 811 L.F. | 10%x CP & RES. | 10%x CP & RES. |
| VOLUME (GAL) | 10,000 | 13.62 | 13.62 | 39.06 | 39.06 | 104.85 | 85.72 | 5.27 | 5.27 |

PROJECT: API/NCR ALLOCATION

SHEET TITLE: COATING MACHINE #10 PLAN AND ELEVATION

| | | |
|---|---|---|
| DRAWN BY: SIEWERTD | SCALE: NONE | PROJ. NO. 4348.65 |
| CHECKED BY: SAK | | FILE NO. 43486510.DWG |
| APPROVED BY: TMF | DATE PRINTED: | FIGURE 4-7 |
| DATE: AUGUST 2000 | | |

RMT

744 Heartland Trail
Madison, WI 53717-1934
P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444

API-NCR00242

Tandem coaters (CM#9 and 10) were used to apply two coatings in tandem on one machine to manufacture CFB, SC, and SC-CB (coated front and back, self contained, and self contained coated back, respectively). In the making of CFB, the first coating station applied the front coat, which did not contain emulsion. After drying, in the first stage dryer, the second coating station applied the back coating, which contained the emulsion. When manufacturing CFB, the second emulsion-containing coating station was washed-up approximately once per week. The first coating station, which did not contain emulsion, was washed-up and/or rinsed-up as often as several times during a run due to color and grade changes.

In the manufacture of SC, the coating stations on the tandem coaters were reversed. The first coating station applied the emulsion, while the second coating station applied a predominantly clay coating over the CB on the same side of the paper. In the manufacture of SC-CB, previously coated CB paper was processed for deposition of the double layer of emulsion and clay as in the production of SC. In these instances, the first coating station, which contained emulsion, was washed-up only once per week, while the second station was washed- or rinsed-up more frequently.

SECTION 5

API-NCR00244

# Section 5
# Emulsion Loss: Sources, Magnitude, and Frequency

The purpose of this section is to provide a detailed description of the individual sources of emulsion loss at the Appleton facility. In addition, the estimated magnitude and/or frequency of "loss" events are provided. Details of the frequency of loss events were determined based on engineering judgment and interviews with past and present employees knowledgeable of the Appleton facility's coating operations.

## 5.1 General

As previously discussed, Figure 4-1 is a schematic of the production facility showing the three main production areas and the "loss" events.[3] Loss events were generally due to washing production equipment, accidental losses, and material transfer losses due to removal of flexible hose connections. The estimated frequency of these "loss" events is summarized in Table 5-1. For the ease of discussion, the frequencies identified in this section are the estimated value. Section 7 provides a summary and detailed information regarding the distribution of individual variables used in the Monte Carlo analysis.

## 5.2 Emulsion Receiving and Storage

### 5.2.1 Material Transfer Spillage

*Description*

Capsule-containing emulsion was shipped to the Appleton facility in 4,000-gallon tank trucks similar to milk hauling trailers. These tankers had sloping bottoms. In addition, the unloading area had approximately a 6 percent slope to the tanker drain. Minor spillage occurred when quick-disconnect hose connections were removed from (1) the tank truck transfer pump located in building No. 192; and (2) the transfer manifold, after the emulsion was moved from the receiving tanks to the emulsion storage tanks.

[3] These main production areas are roughly equivalent to the organizational structure and management of the coating operation. In general, operations of each of the production areas were carried out independently with the supervisor of each department communicating through the mill manager.

Table 5-1
Frequency of Loss Events

| Activity | Estimated Frequency |
|---|---|
| **Emulsion Receiving and Storage** | |
| Tank truck losses | 1 per 18 years |
| Tank truck deliveries | 3 events per day |
| Weigh tank losses (5 tanks) | 1 per 18 years |
| Storage tank cleaning losses (3 inches) | 1 per week |
| **Coating Preparation** | |
| Feed tank losses | 6 per year |
| Feed tank cleaning losses (3 inches) | 1 per month/per tank |
| **Coating Machines** | |
| **Rinse-up/machine** | |
| Coating Machine #7 | 1 per day |
| Coating Machine #8 | 1 per day |
| Coating Machine #9 | 1 per day |
| Coating Machine #10 | 1 per day |
| **Wash-up/machine** | |
| Coating Machine #7 | 1 per week |
| Coating Machine #8 | 1 per week |
| Coating Machine #9 | 1 per week |
| Coating Machine #10 | 1 per week |
| **Waste Treatment** | |
| Honey Tank solids, drums | 25 per week |
| Honey Tank solids, removal efficiency | 50% |

Based on interviews with past employees, the general practice was to transfer the tanker contents to a receiving tank equipped with load cells for accurate determination of the delivery weight. At the end of the delivery, a known quantity of plant water was added to the tanker to flush-out the remaining contents. This known volume was subtracted from the amount weighed to get an accurate determination of the contents of the tanker. The Appleton facility was invoiced by NCR based on the quantity of emulsion shipped from Portage. The Appleton facility was charged approximately $1 per pound of solids. Hence, as a cost control measure, accurate measurements were required by the Appleton facility to confirm the amount due to NCR. Interviews reported that there were often disagreements between NCR and the Appleton facility, usually related to the percent solids content of the emulsion.

*Magnitude and Frequency*

We have estimated three 4,000-gallon tank truck deliveries per day in which the material transfer spillage is estimated to be 0.25 percent of the tank volume or 30 gallons of emulsion per day. We have further estimated, based on product specifications, that the average solids content was 19.7 percent.

### 5.2.2 Accidental Spills

*Description*

Accidental spills could have occurred if an operator made an error during the emulsion transfer, such as by leaving a valve open or failing to close a tank drain. Based on interviews and a review of available documents, there were no known or documented accidental spills of any magnitude in emulsion storage and receiving. Although it is possible that off-spec material in the emulsion receiving and storage area could have been released to the drain for disposal, it is likely that, due to the cost of emulsion, off-spec material was blended back into batches for subsequent use on the coating machines, or returned to the supplier for reprocessing. No employee interviewed ever recalled discharging the contents of a tank truck or weigh tank to the drain.

*Magnitude and Frequency*

There are no reports or recollections of accidental losses from the tanker trucks or weigh tanks. Nevertheless, we have conservatively estimated that an amount equal to one full tank truck was accidentally lost during the 18-year delivery period. We have also conservatively estimated that an amount equal

to the contents of one (half-full) weigh tank was accidentally lost during the 18-year period of emulsion use.

### 5.2.3 Tank Cleanup

*Description*

The emulsion storage tanks had 3-inch sloping bottoms to the drain. Storage tanks were periodically cleaned to remove solids that had adhered to the tank walls and mixers. Material was scraped into buckets for landfill disposal and the tank was rinsed.

*Magnitude and Frequency*

Based on discussions with personnel, and based on the length of time that it would take to utilize the material in these large-sized tanks, we have estimated that the storage tanks were cleaned at a frequency of one tank per week, on a rotating basis We have estimated that a volume of emulsion equivalent to 3 inches in depth in the sloped tank was lost during the cleaning operation.

## 5.3 Coating Preparation

The emulsion coating was prepared in multiples of 200-pound batches by mixing starch, sulka floc, and talc to make up a slurry of approximately 20 percent solids of which 9.15 percent by weight was PCBs (i.e., Aroclor 1242). Emulsion coating was transferred after makeup to coating preparation tanks #3, 4, 5, 6, 7, 8, 12, and 13 or color room machine supply tanks #7 and #8, all of which were supply tanks for coating machines #7 through 10. These tanks were interconnected through manifolds to provide flexibility in delivery to the machines as shown previously on Figure 4-3.

### 5.3.1 Material Transfer Spillage, Accidental Spills, and Off-spec Material

*Description*

Material transfer spillage occurred when flexible hoses were disconnected from various tanks for transfer to their respective feed tanks. Accidental spills may have occurred due to operator error and, because of the interconnected piping, would have most likely occurred in the coating preparation area. However, such spillage, especially from unintentionally left-open valves, would have been limited due to the round-the-clock operator attendance. Finally, it is likely that some off-spec material was produced. These losses were also probably

minor. Because the emulsion coating was made up in multiples of 200-pound batches, it is unlikely that large quantities of off-spec material was produced before the error was discovered. Furthermore, it was common practice to blend material that was off-spec, but near specification, into other batches in order to conserve valuable emulsions.

*Magnitude and Frequency*

There are no reports or recollections of accidental losses from coating preparation feed tanks. However, we have estimated that an amount equal to one feed tank was lost every 60 days due to material transfer spillage, accidental spills, and off-spec disposal. An average volume from the 10 feed tanks ranging from 200 gallons to 10,000 gallons was used.

### 5.3.2 Tank Cleanup

*Description*

The coating supply tanks were periodically emptied, washed, and cleaned. The tanks had sloped bottoms (3 inches) and were generally run to empty prior to washing.

*Magnitude and Frequency*

Based on discussions with the operating personnel and the length of time that it would take to utilize the material in these small- to medium-sized tanks, we have estimated that each feed tank was cleaned once per month (or approximately 2 ½ tanks per week). We have estimated that a volume of emulsion equivalent to 3 inches in depth in the sloped tank was lost during the cleaning operation.

## 5.4 Coating Machines

A schematic of a typical coating station is shown on Figure 4-4. The coating machine essentially operates as a closed system, with minimal losses due to overspray (see Subsection 5.4.2).

### 5.4.1 Coating Station Losses

*Description*

During the coating operation, discharges occur from scheduled wash-ups, unscheduled wash-ups, rinse-ups, and accidental spills.

1. Scheduled wash-ups - During a scheduled wash-up, after production shutdown for weekends, holidays, and any other scheduled shutdowns, the remaining formulation of emulsion in the feed tank in the coating preparation area was stored for future use and the lines from the coating preparation area to the coating station appurtenant piping, color pan, application rolls, breast rolls, and air knife shroud and trough were all thoroughly drained and cleaned. The quantity of emulsion discharged to the sanitary drain during a wash-up was essentially equivalent to the amount of emulsion contained in the liquid volume of the coating station, including the color pan, reservoir, and appurtenant piping from the coating preparation area and interconnecting piping as shown in the above-mentioned sketch. The appurtenant piping is shown on Figure 5-1.
2. Nonscheduled wash-ups - Nonscheduled wash-ups occasionally occurred because of errors in formulation, off-spec coating preparation, or failure to comply with quality control results. However, because of the cost of the coating, off-spec coating formulations were often saved, or adjusted to meet specifications, significantly reducing the frequency of wash-up discharges.
3. Rinse-ups - During long production runs of a single weight, color, and type, the color pan and blow-off box would accumulate residue and require rinsing off. These were called rinse-ups. The volume consisted of the color pan liquid and solids. Semi-solid residue that accumulated in the air knife blow-off trough would be hosed off. The reservoir and supply line from the coating preparation area were not drained or cleaned during rinse-ups.
4. Accidental spills - Because of the complexity of the piping system, there were opportunities for accidental spills. However, while such spills could have occurred, they would have been infrequent given the cost of the emulsion.

## NOTES

1. DETAILS OF THE COATING SUPPLY PIPING LAYOUT WERE DETERMINED FROM HISTORICAL RECORDS, PLANT SITE VISITS, AND DATA GATHERING FROM INTERVIEWEES.

| | | |
|---|---|---|
| PROJECT: APPLETON PAPERS, INC. APPLETON, WISCONSIN | | |
| SHEET TITLE: COATING SUPPLY PIPING LAYOUT | | |
| DRAWN BY: SIEWERTD | SCALE: 1"=30' | PROJ. NO. 4348.65 |
| CHECKED BY: SAK | | FILE NO. 43486511.DWG |
| APPROVED BY: TKS | DATE PRINTED: AUG 18 2000 | FIGURE 5-1 |
| DATE: AUGUST 2000 | | |

RMT INC.
744 Heartland Trail
Madison, WI 53717-1934
P.O. Box 8923
Madison, WI 53708-8923
Phone: 608/831-4444

API-NCR00251



NCR-FOX-498760

*Magnitude and Frequency*

The rinse-up and wash-up schedule is dependent upon machine type (single station or tandem stations), product made, production schedule, production sequences, and downtime—scheduled or unscheduled. For example, on the single station coaters (machines #7 and #8), wash-ups occurred when switching from CB to CF and from CF to CB. However, only the switch from CB to CF involved a loss of emulsion. Similarly, for the tandem coaters while making CFB, frequent changes (and corresponding wash-ups) occurred at the first coating station where color was changed. However, the second coating station (the capsule coating station) was maintained at idle during the change, or at most, rinsed-up. Finally, a tandem coater manufacturing SC (predominately, coating machine #10) required a wash-up with a change in production from CFB to SC and from SC to CFB. While rinse-ups occurred at the second station when color was changed, the first emulsion-containing station was put on idle or at most rinsed-up.

Based on discussions with personnel familiar with the coating department operations, and in the absence of detailed production schedules, we have estimated the following frequencies of rinse-ups and wash-ups:

| COATING MACHINE | RINSE-UP | WASH-UP |
|---|---|---|
| #7 | 1/day | 1/week |
| #8 | 1/day | 1/week |
| #9 | 1/day | 1/week |
| #10 | 1/day | 1/week |

The rinse-up frequency presented is the estimated value. The wash-up frequency presented is the minimum value.

### 5.4.2 Overspray Losses

*Description*

As part of a 1992 Title V air permit application, air emissions from the coating station blow-off boxes were evaluated. The physical configuration, equipment, and equipment speeds described in the permit application were substantially different than what existed in 1970 and earlier. The application documents a discharge from the coating machines through the use of Rotoclones. Rotoclones

were installed on the machines in the late 1970s as a result of increasing machine speed and consequent air emissions at the coating stations. The coating mist ultimately finds its way to the ventilation system, where it is removed by the Rotoclones. Rotoclones were not installed and operated at the Appleton facility until 1976. See Appendix D for supporting drawings and documents regarding the configuration of the coating stations.

During coating station operation, the machines generated overspray or mist. Prior to 1976, small blowers were installed to capture some of this mist. These blowers were vented directly to the roof. The remaining mist was deposited in and around the room ventilation system and coating machine. These deposits were washed down or cleaned up by dry sweeping periodically when coating station wash-ups and general cleanup occurred. There are no records documenting the amount of this mist or overspray during the relevant time period.

The maximum and average loss rates included in the Title V permit application are 0.099 lb solids/min and 0.035 lb solids/min, respectively.

However, as shown below, in 1970, the machine speeds were lower and the exhaust blowers were considerably smaller (3 horsepower [HP] versus 20 HP).

| | 1970 | 1992 |
|---|---|---|
| Blower capacity, scfm | 2,200 – 2,400 (3 HP) | 6,000 (20 HP) |
| Machine speed, fpm | 800 – 1,100<br>(950) | 1,300 – 1,500<br>(1,400) |

Thus, in order to accurately estimate losses in 1970, the 1992 losses from the blow-off box must be factored down to account for the lower speeds and exhaust fan capacity.

$$1\,x\,\frac{2{,}300}{6{,}000}\,x\,\frac{950}{1{,}400} \cong 0.25$$

That is, the rate of loss from the blow-off boxes in 1970 is estimated at approximately 25 percent of the rate reported in the Title V permit application.

*Magnitude and Frequency*

For purposes of this analysis, we have conservatively estimated that, during the period of concern, losses occurred at one-half the rate measured during the Title V study rather than one-fourth as shown above, on a continuous basis when the coating machines were operational.

## 5.5 Operation of Honey Tanks

### 5.5.1 Description

The Honey Tanks were designed to remove suspended solids. The dimensions of the tanks are 14'-0" x 3'-4" x 4'-0", representing an approximate settling area of 47 $ft^2$. The sludge collectors (bar connected to a moving chain assembly) were designed to carry the settled solids up a ramp and drop them into drums. The efficiency of this system depends upon the settling properties of the emulsion. This has not been reported and likely varied considerably given the mixtures of different coating formulations, some of which would have contained no PCBs (e.g., CF grade). During wash-ups and rinse-ups, much of the solids probably agglomerated on the shroud, reservoir, and associated piping, and when washed off, exhibited a settling behavior more like solid coating particles than emulsion.

### 5.5.2 Magnitude and Frequency

Because of the higher specific gravity of the solids due to PCBs (Aroclor 1242 specific gravity CA 1.3), as well as the agglomeration effect noted above, the settling removal efficiency would be expected to be higher than usually found for coating wastes. Because of these factors, we have estimated 50 percent solids removal through the Honey Tanks, on a continuous basis.

SECTION 6

# Section 6
# Production

In order to estimate the losses from the operation of the coating machines themselves, it is necessary to first estimate the production schedule for these machines. Based on interviews of knowledgeable personnel, we have determined that during 1970, all CB, CFB, SC, and SC-CB were produced on coating machines #7, #8, #9, and #10. These same interviewees indicated that NCR paper production in 1970 was on a 6-day per week, 24-hour per day operating schedule (excluding holidays and 2 weeks of scheduled downtime for annual maintenance). Finally, a review of 2 months of 1968 production data from machines #7, #8, and #9 revealed an average operating efficiency of 94 percent (excluding scheduled downtime such as holidays and Sundays). In other words, these machines actually operated 94 minutes out of every 100 minutes they were scheduled to be operated (the missing 6 minutes represents unscheduled downtime due to machine malfunction, etc.). Based on this information, we estimated the production schedule for each of the coating machines that produced NCR paper in 1970, as indicated in Table 6-1.

**Table 6-1**
**1970 Production Schedule for CM-7, -8, -9, and -10**

| MACHINE | PRODUCT | % CB/CFB/SC/SC-CB[1] | DAYS/ YEAR[2] | WEEKS/ YEAR[2] |
|---|---|---|---|---|
| 7 | CB, Some CF | 80 | 226 | 36 |
| 8 | CB, CF and Offset Master | 20 | 56 | 9 |
| 9 | CB/CFB/CF | 90 | 254 | 41 |
| 10 | SC/CFB | 100 | 282 | 45 |

Notes:
(1) These production estimates are predicated on witness recollection.
(2 Calculated using % CB/CFB/SC/SC-CB production with a theoretical year containing 300 days and 48 weeks, and an operating factor of 94% to account for unscheduled downtime.


API-NCR00257
Case 1:10-cv-00910-WCG Filed 02/03/12 Page 42 of 59 Document 301-2
NCR-FOX-498766

SECTION 7

# Section 7
# Detailed Procedures for Monte Carlo Estimation

RMT used a software program called "Crystal Ball" to carry out the Monte Carlo estimation procedure. This program uses linked Excel spreadsheets to establish the primary model for the system. These Excel spreadsheets carry out the computations necessary to determine the magnitude of the losses. In the computational procedure, values are assigned to those cells that represent individually estimated internal components of the computation. Each cell so designated is assigned an estimated value and a distribution which characterizes the likely value for the quantity in that cell. For example, the emulsion solids concentration in the weigh tanks is estimated at 18.5 percent solids. Generally, we would expect, based on laboratory analysis, approximately a half percent range. Further, we expect that the distribution of solids content is approximately normally distributed with mean of 18.5 percent.

Table 7-1 provides a summary of the variables that were used in the Monte Carlo estimation procedure and the assigned probability distribution that was used to describe the range of the data in these cells. The Monte Carlo estimation was set at 10,000 trials to determine the distribution of the "forecast variable," emulsion loss to the Appleton POTW. Other values in the spreadsheet remained constant.

The probability distributions for each variable were estimated using the following:

- The business practices and the relationships between the Appleton facility and NCR during the period of concern
- Knowledge of the physical configuration of the Appleton facility
- Characteristics of coating mixtures used for the production of various products, and their handling from the tank unloading area to the production of NCR paper
- Operating practices in the coating preparation area based on product specifications
- Production capacity and operating characteristics of each coating machine, the coating mixtures used at the coating station, and the operating schedule during the study period
- Wastewater treatment equipment and flow conditions in existence at the time of production
- The operating characteristics of each production entity established based on interviews with over 30 present and former employees during which they were asked about the magnitude and frequencies of events that may have led to releases to the POTW and other operating practices

Table 7-1
1970/71 Emulsion Loss – Monte Carlo Analysis
Variable Assignments

| Variable No. | Variable | Estimated Value | Variable Type | Assigned Distribution |
|---|---|---|---|---|
| **Emulsion Receiving and Storage** | | | | |
| 1 | Unformulated emulsion solids content (tank truck) | 19.7% | Assumption based on specifications | Normal Mean = 19.7% 2 Std Dev = 0.4% |
| 2 | Unformulated emulsion specific gravity | 1.0 | Constant | -- |
| 3 | Unformulated emulsion solids content (weigh tanks) | 18.5% | Calculated from variable No. 1 | -- |
| 4 | Tank truck loss frequency | 1 tank per 18 years | Assumption based on no reported events | Poisson Rate = 0.056 |
| 5 | Tank truck loss volume (gal) | 4,000 | Constant | -- |
| 6 | Tank truck material transfer spillage, percent of tank | 0.25% | Assumption based on potential residual remaining | Beta alpha<beta |
| 7 | Tank truck deliveries | 3 per day | Assumption based on number of tank deliveries | Normal 2 St. Dev = 0.2 |
| 8 | Inches remaining (weigh tank) | 3 | Assumption based on tank configuration | Beta Alpha<beta |
| 9 | Weigh tank loss frequency | 1 tank per 18 years | Assumption based on no reported events | Poisson Rate = 0.056 |
| 10 | Weigh tank loss volume (gal) | 2,784 | Assumption based on average tank dimensions from drawings | Uniform |
| 11 | Storage tank cleaning frequency | 1 tank per week | Assumption based on interviews | Uniform |
| **Coating Preparation** | | | | |
| 12 | Coating formulation solids content (coating prep) | 20.0% | Calculated from variable No. 1 | -- |
| 13 | Coating formulation emulsion solids content (coating prep) | 16.2% | Calculated from variable No. 1 | -- |
| 14 | Coating formulation emulsion specific gravity | 1.0 | Constant | -- |
| 15 | Feed tank loss frequency | 6 tanks per year | Assumption based on no reported events but greater likelihood | Poisson Rate = 6 |

Table 7-1 (continued)
1970/71 Emulsion Loss – Monte Carlo Analysis
Variable Assignments

| Variable No. | Variable | Estimated Value | Variable Type | Assigned Distribution |
|---|---|---|---|---|
| 16 | Feed tank loss volume | 3550 | Assumption based on average tank dimensions from drawings | Uniform |
| 17 | Feed tank cleaning frequency | 1 per month/ per tank | Assumption based on interviews | Uniform |
| **Coating Machines** | | | | |
| 18 | Air loss solids | 0.035 lb/min | Assumption based on 1992 Title V sampling data | Beta alpha0beta |
| 19 | Fraction returned to sewer | 0.5 | Assumption based on machine speed and blower capacity | Normal Mean = 0.5 2 Std Dev = 0.1 |
| 20 | CM-7 rinse-up frequency | 30 per month | Assumption based on interviews | Beta alpha>beta |
| 21 | CM-7 wash-up frequency | 4.3 per month | Assumption based on interviews and production records | Beta alpha<beta |
| 22 | CM-8 rinse-up frequency | 30 per month | Assumption based on interviews | Beta alpha>beta |
| 23 | CM-8 wash-up frequency | 4.3 per month | Assumption based on interviews and production records | Beta alpha<beta |
| 24 | CM-9 rinse-up frequency | 30 per month | Assumption based on interviews | Beta alpha>beta |
| 25 | CM-9 wash-up frequency | 4.3 per month | Assumption based on interviews and production records | Beta alpha<beta |
| 26 | CM-10 rinse-up frequency | 30 per month | Assumption based on interviews | Beta alpha>beta |
| 27 | CM-10 wash-up frequency | 4.3 per month | Assumption based on interviews and production records | Beta alpha<beta |
| 28 | % of product as CB/CFB/SC, CM-7 | 80% | Constant, based on interviews | -- |
| 29 | % of product as CB/CFB/SC, CM-8 | 20% | Constant, based on interviews | -- |



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 46 of 59 Document 301-2
API-NCR00261
NCR-FOX-498770

**Table 7-1 (continued)**
**1970/71 Emulsion Loss – Monte Carlo Analysis**
**Variable Assignments**

| Variable No. | Variable | Estimated Value | Variable Type | Assigned Distribution |
|---|---|---|---|---|
| 30 | % of product as CB/CFB/SC, CM-9 | 90% | Constant, based on interviews | -- |
| 31 | % of product as CB/CFB/SC, CM-10 | 100% | Constant, based on interviews | -- |
| 32 | Operating days per year | 300 | Assumption based on interviews | Normal<br>Mean = 300<br>2 Std Dev = 10 |
| 33 | Operating factor | 0.94 | Assumption based on interviews and production records | Normal<br>Mean = 0.94<br>2 Std Dev = 0.05 |
| 34 | Honey Tank removal efficiency | 50% | Assumption based on settling properties | Normal<br>Mean = 50%<br>2 Std Dev = 30% |

The variable details are described as follows:

## Variables

### Storage tank cleaning frequency

**Loss frequency t4 - Cell: D10**

Uniform distribution with parameters:

| | |
|---|---|
| Minimum | 0.5 cleanings per week |
| Maximum | 1.5 cleanings per week |




We have estimated that, on average, one storage tank (22,500 gallons) was cleaned per week, on a rotating basis. We assigned a uniform distribution from 0.5 to 1.5, with a mean of 1 to this variable.

### Feed tank cleaning frequency

**Loss frequency t4 - Cell: D13**

Uniform distribution with parameters:

| | |
|---|---|
| Minimum | 0.5 cleanings per month |
| Maximum | 1.5 cleanings per month |




We have estimated that, on average, each feed tank was cleaned, once per month. We assigned a uniform distribution from 0.5 to 1.5, with a mean of 1 to this variable.

### Cm-7 rinse-up

**Loss frequency t4 - Cell: D15**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 3.0 |
| Beta | 2.0 |
| Scale | 60.0 rinse-ups per month |




Selected range is from 15.0 to 60.0.

We have estimated that, on average, rinse-ups occurred once per day (see Subsection 5.4). To develop the distribution, we estimated that, at a minimum, rinse-ups occurred once every other day. Therefore, the distribution was truncated at 15 times per month. We estimated that the maximum frequency was twice per day, so the distribution extended to 60 times per month. It

is likely that the rinse-up frequency would tend toward the maximum value, so a negatively skewed or a left-skewed (tail to the left) beta distribution was assigned.

**Cm-7 wash-up** — **Loss frequency t4 - Cell: D16**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 1.0 |
| Beta | 5.0 |
| Scale | 30.0 wash-ups per month |




Selected range is from 4.3 to 30.0.

We have estimated that, at a minimum, wash-ups occurred once per week (see Subsection 5.4). To develop the distribution, we estimated that the maximum frequency was once per day, so the distribution extended to 30 times per month. Based on interviews and an understanding of the production of NCR Paper, it is likely that the wash-up frequency would tend toward the minimum value, so a positively skewed or a right-skewed (tail to the right) beta distribution was assigned, as an approximated exponential function.

**Cm-8 rinse-up** — **Loss frequency t4 - Cell: D17**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 3.0 |
| Beta | 2.0 |
| Scale | 60.0 rinse-ups per month |




Selected range is from 15.0 to 60.0.

We have estimated that, on average, rinse-ups occurred once per day (see Subsection 5.4). To develop the distribution, we assumed that, at a minimum, rinse-ups occurred once every other day. Therefore, the distribution was truncated at 15 times per month. We estimated that maximum the frequency was twice per day, so the distribution extended to 60 times per month. It is likely that the rinse-up frequency would tend toward the maximum value, so a negatively skewed or a left-skewed (tail to the left) beta distribution was assigned.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 49 of 59 Document 301-2
API-NCR00264
NCR-FOX-498773

**Cm-8 wash-up** **Loss frequency t4 - Cell: D18**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 1.0 |
| Beta | 5.0 |
| Scale | 30.0 wash-ups per month |




Selected range is from 4.3 to 30.0.

We have estimated that, at a minimum, wash-ups occurred once per week (see Subsection 5.4). To develop the distribution, we estimated that the maximum frequency was once per day, so the distribution extended to 30 times per month. Based on interviews and an understanding of the production of NCR Paper, it is likely that the wash-up frequency would tend toward the minimum value, so a positively skewed or a right-skewed (tail to the right) beta distribution was assigned, as an approximated exponential function.

**Cm-9 rinse-up** **Loss frequency t4 - Cell: D19**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 3.0 |
| Beta | 2.0 |
| Scale | 60.0 rinse-ups per month |




Selected range is from 15.0 to 60.0.

We have estimated that, on average, rinse-ups occurred once per day (see Subsection 5.4). To develop the distribution, we estimated that, at a minimum, rinse-ups occurred once every other day. Therefore, the distribution was truncated at 15 times per month. We estimated that the maximum frequency was twice per day, so the distribution extended to 60 times per month. It is likely that the rinse-up frequency would tend toward the maximum value, so a negatively skewed or a left-skewed (tail to the left) beta distribution was assigned.

**Cm-9 wash-up** **Loss frequency t4 - Cell: D20**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 1.0 |
| Beta | 5.0 |
| Scale | 30.0 wash-ups per month |




Selected range is from 4.3 to 30.0.

We have estimated that, at a minimum, wash-ups occurred once per week (see Subsection 5.4). To develop the distribution, we estimated that the maximum frequency was once per day, so the distribution extended to 30 times per month. Based on interviews and an understanding of the production of NCR Paper, it is likely that the wash-up frequency would tend toward the minimum value, so a positively skewed or a right-skewed (tail to the right) beta distribution was assigned, as an approximated exponential function.

**Cm-10 rinse-up** — **Loss frequency t4 - Cell: D21**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 3.0 |
| Beta | 2.0 |
| Scale | 60.0 rinse-ups per month |




Selected range is from 15.0 to 60.0.

We have estimated that, on average, rinse-ups occurred once per day (see Subsection 5.4). To develop the distribution, we estimated that, at a minimum, rinse-ups occurred once every other day. Therefore, the distribution was truncated at 15 times per month. We estimated that the maximum frequency was twice per day, so the distribution extended to 60 times per month. It is likely that the rinse-up frequency would tend toward the maximum value, so a negatively skewed or a left-skewed (tail to the left) beta distribution was assigned.

**Cm-10 wash-up** — **Loss frequency t4 - Cell: D22**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 1.0 |
| Beta | 5.0 |
| Scale | 30.0 wash-ups per months |




Selected range is from 4.3 to 30.0.

We have estimated that, at a minimum, wash-ups occurred once per week (see Subsection 5.4). To develop the distribution, we estimated that the maximum frequency was once per day, so the distribution extended to 30 times per month. Based on interviews and an understanding of the production of NCR Paper, it is likely that the wash-up frequency would tend toward the minimum value, so a positively skewed or a right-skewed (tail to the right) beta distribution was assigned, as an approximated exponential function.

**Honey Tank solids removal efficiency**

**Loss frequency t4 - Cell: D25**




Normal distribution with parameters:

| | |
|---|---|
| Mean | 50% removal efficiency |
| Standard Dev. | 15% |

Selected range is from -Infinity to +Infinity.

For those flows discharging to the Honey Tanks, we have estimated that, on average, the solids removal efficiency was 50 percent (see Subsection 5.5). To develop the distribution, we have estimated that this removal efficiency is normally distributed with a standard deviation of 15 percent. Thus, approximately 95 percent of the time, the removal efficiency is in the range of 20 percent to 80 percent. As stated previously, it is likely that the solids discharged to the Honey Tanks would already have been agglomerated.

**Truck deliveries per day**

**Loss frequency t4 - Cell: D8**




Normal distribution with parameters:

| | |
|---|---|
| Mean | 3.0 tank truck deliveries per day |
| Standard Dev. | 0.1 |

Selected range is from -Infinity to +Infinity.

We have estimated that, on average, there were three tank truck deliveries per day to the Appleton facility. To develop the distribution, we have estimated that this delivery rate is normally distributed with a standard deviation of 0.1. Thus, approximately 95 percent of the time, the tank delivery rate is in the range of 2.8 to 3.2 tanks per day.

**Tank truck accidental losses**

**Loss frequency t4 - Cell: D7**




Poisson distribution with parameters:

| | |
|---|---|
| Rate | 0.056 events per year |

Selected range is from 0.000 to +Infinity.

There are no documented tank truck spills during the period of interest, 1954 to 1971. In addition, no employees recalled any tank truck spills. Nevertheless, we have conservatively estimated that an amount equal to the contents of one full tank truck was lost during the 18-year period. This estimate is best approximated using a poisson distribution. For the poisson distribution, β is the total time divided by the number of events (18 years / 1 event); and

the distribution of the number of events per unit time, or the rate, 1/β, is equal to 0.056 for this variable.

**Weigh tank accidental losses** **Loss frequency t4 - Cell: D9**

Poisson distribution with parameters:

Rate 0.056 events per year




Selected range is from 0.000 to +Infinity.

There are no documented weigh tank spills during the period of interest, 1954 to 1971. In addition, no employees recalled any weigh tank spills. Nevertheless, we have conservatively estimated that an amount equal to the contents of one weigh tank was lost during the 18-year period. This is best approximated using a poisson distribution. For the poisson distribution, β is the total time divided by the number of events (18 years /1 event); and the distribution of the number of events per unit time, or the rate, 1/β, is equal to 0.056 for this variable.

**Feed tank accidental losses** **Loss frequency t4 - Cell: D12**

Poisson distribution with parameters:

Rate 6 events per year




Selected range is from 0 to +Infinity.

There are no documented feed tank spills during the period of interest, 1954 to 1971. Nevertheless, we have conservatively estimated that accidental losses due to operator error likely occurred more frequently for the feed tanks (than for the weigh tanks) because they were filled and changed out more frequently. We have estimated that the contents of one feed tank were lost every 60 days. This estimate is best approximated using a poisson distribution. For the poisson distribution, β is the total time divided by the number of events (1 year /6 events); and the distribution of the number of events per unit time, or the rate, 1/β, is equal to 6 for this variable.

**Operation days CM-7** **production frequency-all yr t2 - Cell: D12**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 300 days |
| Standard Dev. | 5 |




Selected range is from -Infinity to +Infinity.

We have estimated that, on average, the Appleton facility operated 300 days per year (see Section 6). This estimate accounts for scheduled downtime, holidays, and weekends (Sundays). To develop the distribution, we have estimated that this value is normally distributed with a standard deviation of 5. Thus, approximately 95 percent of the time, this value is 295 to 305 days.

**Operation days CM-8** **production frequency-all yr t2 - Cell: D13**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 300 days |
| Standard Dev. | 5 |




Selected range is from -Infinity to +Infinity.

We have estimated that, on average, the Appleton facility operated 300 days per year (see Section 6). This estimate accounts for scheduled downtime, holidays, and weekends (Sundays). To develop the distribution, we have estimated that this value is normally distributed with a standard deviation of 5. Thus, approximately 95 percent of the time, this value is 295 to 305 days.

**Operation days CM-9** **production frequency-all yr t2 - Cell: D14**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 300 days |
| Standard Dev. | 5 |




Selected range is from -Infinity to +Infinity.

We have estimated that, on average, the Appleton facility operated 300 days per year (see Section 6). This estimate accounts for scheduled downtime, holidays, and weekends (Sundays). To develop the distribution, we have estimated that this value is normally distributed with a standard deviation of 5. Thus, approximately 95 percent of the time, this value is 295 to 305 days.




API-NCR00269
Case 1:10-cv-00910-WCG Filed 02/03/12 Page 54 of 59 Document 301-2
NCR-FOX-498778

**Operation days CM-10** **production frequency-all yr t2 - Cell: D15**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 300 days |
| Standard Dev. | 5 |

Selected range is from -Infinity to +Infinity.




We have estimated that, on average, the Appleton facility operated 300 days per year (see Section 6). This estimate accounts for scheduled downtime, holidays, and weekends (Sundays). To develop the distribution, we have estimated that this value is normally distributed with a standard deviation of 5. Thus, approximately 95 percent of the time, this value is 295 to 305 days.

**Operating factor CM-7** **production frequency-all yr t2 - Cell: J12**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 0.94 |
| Standard Dev. | 0.03 |

Selected range is from -Infinity to +Infinity.




We have estimated that, on average, the coating machines operated 94 percent of the time (see Section 6). This factor accounts for unscheduled downtime. We have assumed that this factor is normally distributed with a standard deviation of 0.03. Thus, approximately 95 percent of the time, this factor is 0.88 to 1.0.

**Operating factor CM-8** **production frequency-all yr t2 - Cell: J13**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 0.94 |
| Standard Dev. | 0.03 |

Selected range is from -Infinity to +Infinity.




We have estimated that, on average, the coating machines operated 94 percent of the time (see Section 6). This factor accounts for unscheduled downtime. We have assumed that this factor is normally distributed with a standard deviation of 0.03. Thus, approximately 95 percent of the time, this factor is 0.88 to 1.0.

**Operating factor CM-9** **production frequency-all yr t2 - Cell: J14**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 0.94 |
| Standard Dev. | 0.03 |

Selected range is from -Infinity to +Infinity.




We have estimated that, on average, the coating machines operated 94 percent of the time (see Section 6). This factor accounts for unscheduled downtime. We have assumed that this factor is normally distributed with a standard deviation of 0.03. Thus, approximately 95 percent of the time, this factor is 0.88 to 1.0.

**Operating factor CM-10** **production frequency-all yr t2 - Cell: J15**

Normal distribution with parameters:

| | |
|---|---|
| Mean | 0.94 |
| Standard Dev. | 0.03 |

Selected range is from -Infinity to +Infinity.




We have estimated that, on average, the coating machines operated 94 percent of the time (see Section 6). This factor accounts for unscheduled downtime. We have assumed that this factor is normally distributed with a standard deviation of 0.03. Thus, approximately 95 percent of the time, this factor is 0.88 to 1.0.

**Air loss solids** **CM Losses, 1970 t6 - Cell: B19**

Beta distribution with parameters:

| | |
|---|---|
| Alpha | 2.000 |
| Beta | 3.000 |
| Scale | 0.100 lbs per minute |

Selected range is from 0.000 to +Infinity.




We have estimated that, on average, the portion of the coating material lost to the sewer by overspray from the air knife blow-off box is 0.035 lbs/min (see Subsection 5.4.2). To develop the distribution, we estimated that the minimum loss rate was zero. We estimated that the maximum loss rate was 0.1 lbs/min. In most cases, the distribution of the air loss solids will be positively skewed or right skewed (tail to right). Air loss solids are limited (i.e., let side of the




Case 1:10-cv-00910-WCG Filed 02/03/12 Page 56 of 59 Document 301-2
API-NCR00271
NCR-FOX-498780

distribution) when the coating machine is operating efficiently, while the right side of the distribution would be strung out to represent instances of poorer performance.

### Air loss fraction returned to sewer

**CM Losses, 1970 t6 - Cell: B20**




Normal distribution with parameters:

| | |
|---|---|
| Mean | 0.50 |
| Standard Dev. | 0.05 |

Selected range is from -Infinity to +Infinity.

We have estimated that, on average, one-half of the 1992 Title V air loss solids rate represents the conditions of the coating machines in 1970 (see Subsection 5.4.2). To develop the distribution, we have estimated that this fraction is normally distributed with a standard deviation of 0.05. Thus, 95 percent of the time, this fraction is 0.4 to 0.6.

### Solids content, tank truck

**Other Losses t8 - Cell: C7**




Normal distribution with parameters:

| | |
|---|---|
| Mean | 19.7% |
| Standard Dev. | 0.2% |

Selected range is from -Infinity to +Infinity.

We have estimated that, on average, the solids content of the tank truck was 19.7 percent (see Subsection 4.2). To develop the distribution, we have estimated that this fraction is normally distributed with a standard deviation of 0.2. Thus, 95 percent of the time, this emulsion solids concentration is 19.3 percent to 20.1 percent.

### Tank truck material transfer spillage

**Other Losses t8 - Cell: B19**




Beta distribution with parameters:

| | |
|---|---|
| Alpha | 200.0% |
| Beta | 500.0% |
| Scale | 0.5% remaining |

Selected range is from 0.0% to +Infinity.

We have estimated that, on average, the tank truck material transfer spillage was equivalent to 0.25 percent of the tank contents (see Subsection 5.2). To develop the distribution, we have estimated that the left side of the distribution is limited to the minimum amount remaining,

while the right side of the distribution would be strung out to represent instances of greater material transfer loss. In most cases, the distribution of the volume would be positively skewed or right-skewed (tail to the right).

**Tank cleaning, inches remaining**

**Other Losses t8 - Cell: B20**




Beta distribution with parameters:

| | |
|---|---|
| Alpha | 2.00 |
| Beta | 5.00 |
| Scale | 3.50 inches remaining |

Selected range is from 0.00 to +Infinity.

We have estimated that, on average, 3 inches of material were cleaned out of the storage and feed tanks (see Subsection 5.2). To develop the distribution, we have estimated that the left side of the distribution is limited to the minimum amount remaining, while the right side of the distribution would be strung out to represent the complete 3-inch sloped volume. Because the tanks were fully drained, losses would be minimal, and in most cases, the distribution of the volume would be positively skewed or right-skewed (tail to the right).

**Weigh tank loss volume**

**Other Losses t8 - Cell: B17**




Uniform distribution with parameters:

| | |
|---|---|
| Minimum | 0 gallons |
| Maximum | 5568 gallons |

We have estimated that the weigh tank was half-full during the loss event (see Subsection 5.3). To develop the distribution, we have estimated that the weigh tank ranged anywhere from empty to full during the accidental loss. Therefore, we have estimated a uniform distribution over that range.

**Coating prep feed tank volume (avg)**

**Other Losses t8 - Cell: B22**




Uniform distribution with parameters:

| | |
|---|---|
| Minimum | 0 gallons |
| Maximum | 7100 gallons |

We have estimated that the feed tank was half-full during the loss event (see Subsection 5.3). To develop the distribution, we have estimated that the feed tank ranged anywhere from empty to full during the accidental loss. We have estimated a uniform distribution over that range. The tank volume represents an average of the 10 supply tanks, ranging from 200 gallons to 10,000 gallons.

Based on the interviews of plant personnel directly involved in operations, general production activity, and the physical arrangement of machines, tanks, etc., the distribution of the estimated emulsion loss to the Appleton POTW is shown on Figure 1-1. The cumulative probability plot and table of percentiles are also provided. The Monte Carlo estimate shows that the probability of the emulsion loss for 1970 being less than 113,000 lbs is 0.8. Eighty percent of the values fall between 57,000 lbs and 128,000 lbs.