# NCR Paper Enters Tenth Anniversary Year With New Emulsion Manufacturing Building



Above: The construction of Building No. 33 was very practical in that the huge tanks were placed into position before the building was enclosed.

Below: The tanks in the new building are made from stainless steel.



**Editor's Note: Many of the pictures used for this article were taken on the first day of production in Building No. 33, recording the increasingly important role of NCR chemical research products.**

A new building has been erected and placed into production as the result of continuous growth records in the demand for the capsular emulsion used in producing NCR Paper.

Ever since the announcement of NCR Paper to the public in 1954, it has been a challenge to meet production demands for the emulsion. Several enlargements of the manufacturing facilities in Building No. 11 were made through the years and now, with no further room available, the new building becomes the answer to needed expansion. It is located northwest of Building No. 30.

Of great value to the planning of the new building was the translation of established procedures and proven basic manufacturing equipment. The pioneering group who had developed the process at NCR had performed a monumental task in providing the procedures and special equipment to suit the product's unique requirements.

Capitalizing on the experience gained through the years of NCR emulsion manufacturing; the Manufacturing Laboratory, Instrument Control Laboratory, Chemical Development and others assisted Plant Engineering by providing improvement ideas that could be incorporated into the design concept of the new building.

As the result of this cooperative effort, a modern chemical processing facility has been achieved, including the latest in plumbing, controls, tanks and mills. The layout of the new building provides for the ultimate in convenience of the flow of materials.

The completed building provides for more than twice the former production capacity in this tenth year of operation.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 1 of 5 Document 301-3

NCR-FOX-438250

The construction technique employed was quite different in that the processing tanks as shown were installed in their place first and the building was then enclosed.

### Building in Operation

There are two departmental operations in Building No. 33 at present. These are housed in separate sections of the building.

The Manufacturing Laboratory, which is a part of the Manufacturing Division, is in charge of NCR emulsion production. It occupies the three-story section of the building.

The Research Division Pilot Plant occupies the present "L" shaped one-story section of the building on the north and west sides of the building. It is operated by the Chemical Development Department. These facilities provide space for pilot runs of encapsulated products for adhesives, flavors, pharmaceuticals, and other fields of application.

There is an ultra-modern high-speed paper coating machine in the pilot plant for research and development studies of coated products for new printing systems and other potential supply items.

### Development of Encapsulated Products

There are generally three steps in the development of NCR chemical products. First, the basic test tube development is accomplished in either Fundamental or Capsular Research.

The second stage, transition from test tube through pilot plant and limited production, is handled by the Chemical Development Department. Equipment used is of 5-, 25-, and 200-gallon capacities.

The third and final step is into the manufacturing




This chart illustrates the flow of materials during the manufacture of NCR emulsion.



Above: The first step in the manufacture of NCR emulsion is to pump the basic materials from huge underground tanks up to the third floor weighing-in station. The materials are piped into the top and out of the bottom of the weighing tank, eliminating manual handling.



Left: The materials, such as oil and dye that will eventually be encapsulated, are mixed together in the Internal Phase Batching System.



The premix system homogenizes the internal phase by circulating the material through a milling operation. This also provides size control.




Above: Once the oil-water emulsion is prepared, it is pumped into the encapsulation tanks where capsule walls are formed around the internal materials.

Below: Control is a very important factor. Time and temperature as well as heating and cooling rates are controlled.



stage which can result in the production of endless tank-truck quantities of materials.

### Manufacturing Versus Licensing

NCR does not manufacture a wide variety of encapsulated products at the present time; instead, the Company had adopted a liberal licensing policy for users of the NCR's patented process and product.

To aid prospective licensees, NCR conducts feasibility studies on the application of its capsule technology to new substances and new environments of use.

Numerous industrial research organizations have submitted materials for encapsulation to meet a wide variety of product applications. To be able to "lock up" a substance in tiny capsules and release at will later on, is a major accomplishment of NCR scientists. NCR encapsulated products meet this need.

### NCR Paper Explained

Even after ten years of sales, people are still asking, "How does NCR Paper work?" Of course, the answer of NCR scientists would be: "It works fine." However, what actually happens can best be described as follows.

NCR Paper as used in business forms consists of three different coating arrangements on the paper. The first sheet in any form, which we call "CB," is coated on the back with the special capsular NCR emulsion.

The last sheet in any form, the "CF" sheet, is coated on the front with a reactive clay coating. All intermediate sheets in a form, the "CFB" sheets, are coated on the front with the reactive clay coating, and on the back with the emulsion.

Explosion-proof electrical controls were installed for service in the new building.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 3 of 5 Document 301-3



The very latest automatic valves and related controls are used.

NCR Paper is also made to contain the capsules and clay on a single sheet in reactive relation to produce marks locally on the sheet that carries them. This is known as "Self Contained NCR Paper."

The pressure of handwriting or typewriting on the form breaks the capsule walls and releases the dye-oil solution. This solution in contact with the reactive clay produces the immediate intense print. NCR Paper eliminates the need of inserted carbons. Handwriting will produce five to six legible copies, while an electric typewriter will produce eight or more copies.

### How NCR Emulsion Is Made

The graphic illustration shown on page 3 of this article, reveals the various stages in the manufacture of NCR emulsion. Colorless forms of dyes are dissolved in oils and mixed with gelatin-water solutions to form large dye-oil drops. By a homogenizing process, the large drops are reduced to tiny dye-oil drops.

After production comes delivery. This was the first shipment from the new building. The emulsion went to Appleton, Wisconsin, where it was used in the manufacture of NCR paper.






NCR paper is used for many types of business forms applications throughout the world.



Above: Each batch of material is closely examined by Process Control Dept.

Below: Sample capsules are dried for test purposes.



Case 1:10-cv-00910-WCG Filed 02/03/12 Page 4 of 5 Document 301-3

NCR-FOX-438253



Above: This is a general view of the air conditioned Research Division Pilot Plant. It is operated by the Chemical Development Department.



A chemical engineer checks an encapsulated pharmaceutical which he has just made.

Pilot Plant personnel unloads an encapsulated pharmaceutical from the washer/spinner.



Through NCR's patented chemical process these dye-oil drops are encapsulated or surrounded by a wall of protective covering. This covering is then hardened chemically to stabilize and preserve the product until ready for use.

Rigorous control is required during the manufacturing process, and samples are taken and tests made at each of several steps.

The finished capsular emulsion is shipped in stainless steel tank trucks to paper coating companies at Appleton, Wisconsin and Chillicothe, Ohio. There, it is applied to paper in accordance with NCR specifications, and in consultation with our chemical engineers.

The end product, "NCR Paper," is now used throughout the world.

Below. An overall view of the high-speed paper coating machine in the Research Division Pilot Plant.



On this tenth anniversary year it is interesting to observe that emulsion manufacturing has been controlled entirely by the Dayton emulsion facility and the NCR emulsion plant in Borehamwood, England.

The facility in England was started in 1957. During the past ten years, this valuable development of NCR Research has grown into a multi-million dollar annual business. It has exceeded $100,000,000 in sales to date. From the birth of an idea in an NCR laboratory, encapsulated products of NCR have reached an important place in the long list of NCR products.

New end products — NCR Coated Materials — roll off the finished end of the new coating machine in the Pilot Plant.

