Electronically scanned images of the published statutes.



# CHAPTER 29

## FISH AND GAME


29.01 General definitions.
29.015 Bays bounded.
29.02 Title to wild animals
29.03 Public nuisances.
29.04 Abandoned dams.
29.05 Police powers; searches; seizures.
29.06 Sale of confiscated game and apparatus.
29.07 Assistance of police officers.
29.08 Interstate comity.
29.085 Department to regulate hunting and fishing in interstate waters.
29.09 Hunting, trapping and fishing licenses.
29.10 Resident small game hunting licenses, fees; public hunting and fishing grounds.
29.104 Resident archer hunting license; fees
29.105 Resident deer hunting license fees
29.107 Deer hunting party permits
29.109 Resident bear hunting licenses.
29.12 Nonresident hunting licenses
29.123 Disabled veterans, Great Lakes Naval Hospital.
29.125 Reports of hunters.
29.13 Trapping licenses
29.134 Fur dealers regulated.
29.135 Wholesale fish dealer's license
29.136 Taxidermists, license required.
29.137 Bait dealer's license.
29.14 Nonresident fishing licenses; exception
29.145 Resident fishing licenses; exception.
29.146 Husband and wife fishing licenses
29.147 Sportsmen's licenses; fees; application.
29.148 Sturgeon spearing licenses.
29.16 Interstate license privileges
29.165 Guide licenses.
29.166 Outlying water sport trolling licenses.
29.17 Scientific collectors permits.
29.174 Conservation of fish and game; powers of department.
29.21 Publications.
29.22 General restrictions on hunting
29.221 Duties on accidental shooting.
29.222 Hunting accident; failure to report
29.225 Safe use of firearms, instructions in using
29.23 Hunting with aid of airplane prohibited.
29.24 Hunting by landowners.
29.255 Training of hunting dogs and rules for dog trials.
29.256 Taking homing pigeons.
29.283 Fishing shanties on ice, regulation.
29.286 Possession of fishing equipment.
29.288 Throwing refuse in waters; abandoning automobiles
29.29 Noxious substances.
29.30 Fishing with nets and set lines.
29.33 Net and set hook fishing in outlying waters.
29.336 Description of nets; use of.
29.34 Net licenses, Mississippi and St. Croix rivers.
29.343 Slat and trammel net fishing in the Mississippi.
29.35 Net licenses; whitefish and cisco in inland lakes.
29.36 Set or bank pole licenses
29.37 Set line licenses; inland waters.
29.38 Clams and mussels.
29.39 Possession during close season or in excess of bag limit.
29.395 Game, possession in open season.
29.40 Possession of deer; heads and skins.
29.41 Skins of fur-bearing animals.
29.415 Endangered species protected.
29.42 Possession of game birds.
29.43 Transportation; general provisions.
29.44 Interstate transportation of game.
29.45 Transportation of deer.
29.46 Transportation of game birds
29.47 Transportation of fish.
29.475 Wildlife on Indian reservations protected
29.48 Sale of game or fish.
29.49 Serving of game to guests
29.50 Propagation privileged
29.51 State propagation of fish.
29.512 Well disruptions caused by Bayfield hatchery operations.
29.513 Permit for private management
29.515 Trespass to state fish hatchery.
29.52 Private fish hatcheries.
29.535 Introducing fish and game.
29.536 Municipal fish hatcheries.
29.54 State propagation of wild mammals and birds.
29.544 Wild rice conservation; licenses.
29.545 Removal of aquatic plants from waters.
29.546 Lotus and other wild flowers protected.
29.55 Wild animals for parks.
29.56 Game or wildlife refuge.
29.565 Animal wildlife exhibit
29.57 Wildlife refuges.
29.571 Horicon marsh game preserve, fur farm, hatchery, dams.
29.572 Game farms; license.
29.573 Pheasant farms; department control; shooting license
29.574 Game bird and animal farms.
29.575 Muskrat farms
29.576 Beaver farms.
29.577 Otter, raccoon and skunk farms.
29.578 Deer farms; venison serving permits.
29.579 Domestic fur-bearing animal farms.
29.58 Mink farms on muskrat farm lands.
29.582 Trespass on fox or mink farm punished.
29.585 Wildlife exhibit licenses.
29.586 Humane, adequate and sanitary care of wild animals
29.59 Beaver causing damage.
29.594 Damages caused by wild ducks or geese.
29.595 Damages caused by deer and bear.
29.596 Wild animals causing damage.
29.60 Use of poison and explosives.
29.605 Giving away of predatory animals to public zoos.
29.61 Bounties, local; false certificates.
29.62 Removal of injurious rough fish
29.623 Control of detrimental fish.
29.625 Permit to take rough fish.
29.626 Trespass on riparian land
29.63 General penalty provisions.
29.635 Penalties; repeaters.
29.64 Resisting conservation warden
29.641 False impersonation of warden
29.642 Fraud in obtaining license.
29.643 Changing license
29.644 Breaking seals of department
29.645 Larceny of game.
29.65 Civil actions for damages caused by law violations
29.66 Deposit of money to obtain release from arrest.
29.68 Liability of landowners.


**29.01 General definitions.** The following terms, wherever used in this chapter, shall be construed to apply as follows:

**(1)** WILD ANIMAL. "Wild animal" means any mammal, bird, fish, or other creature of a wild

Electronically scanned images of the published statutes.



**29.23 Hunting with aid of airplane prohibited.** No person shall hunt any animal with the aid of an airplane, including the use of an airplane to spot, rally or drive animals for hunters on the ground.

History: 1971 c. 151.

**29.24 Hunting by landowners.** The owner or occupant of any land, and any member of his family may without license hunt thereon foxes, raccoons, woodchucks, rabbits and squirrels at any time, except during the period of 5 days prior to the opening date for deer hunting in those counties or parts of counties where an open season for hunting deer with firearms has been established, and may take rabbits, raccoons and squirrels thereon at any time by means of live trapping with box traps in cities or villages or other areas where the firing of a gun is unlawful.

**29.255 Training of hunting dogs and rules for dog trials.** The department may adopt, pursuant to s. 23.09, such rules governing the training of hunting dogs and the conduct of dog trials as in its opinion are necessary to encourage the use of hunting dogs and to safeguard wildlife in the state, but such rules shall not be made for the use of dogs for general hunting of small game during general hunting seasons.

**29.256 Taking homing pigeons.** Any person who shall take, catch, kill, impede in its progress or otherwise interfere with any homing pigeon shall be fined not less than $10 nor more than $50, or imprisoned not more than 3 months.

**29.283 Fishing shanties on ice, regulation.** (1) The department shall establish rules and regulations governing the use of buildings, vehicles, tents, fish shanties and similar shelters for fishing through the ice in any waters of the state.

**(3)** Any building, vehicle, tent, fish shanty or similar shelter used or left remaining on the ice in violation of any department order is a public nuisance. The department may seize all such nuisances whereupon the owner must be notified; if after the expiration of 10 days after notice given the owner does not claim such nuisance, the department may destroy or sell the same in the name of the state; the department and its deputies shall be exempt from all liability to the owner for such seizure and destruction or sale.

**29.286 Possession of fishing equipment.** (1) No person shall have in his possession or under his control at any time any trammel, gill, or hoop net, or any other kind of net, nets, or fish trap that might take, catch or kill fish in the counties of: Adams, Barron, Burnett, Calumet, Chippewa, Clark, Columbia, Dane, Dodge, Dunn, Eau Claire, Florence, Fond du Lac, Forest, Green, Green Lake, Iowa, Jackson, Jefferson, Juneau, Lafayette, Langlade, Lincoln, Marathon, Marquette, Monroe, Oneida, Outagamie, Polk, Portage, Price, Richland, Rock, Rusk, Sauk, Sawyer, Shawano, Taylor, Vilas, Walworth, Washburn, Washington, Waukesha, Waupaca, Waushara, Winnebago and Wood except minnow nets and minnow traps, whitefish and cisco nets, dip nets, crab traps and turtle traps as provided in this chapter or by department order.

**(2)** Nothing in this section shall prohibit the department or its agents from having in possession, using, or causing the use of any kind of nets as provided under other sections in the statutes, nor prohibit the possession or use of nets by contract fishermen who are operating under the supervision of the department.

**29.288 Throwing refuse in waters; abandoning automobiles.** Whoever deposits, places or throws into any waters within the jurisdiction of the state, or leaves upon the ice or in the water thereof, any cans, bottles, debris, refuse or other solid waste material, and whoever abandons any automobile or other vehicle in such waters, may be fined not less than $10 nor more than $200 or imprisoned not more than 30 days or both. Any automobile or other vehicle not removed from such waters within 30 days shall be deemed to be abandoned.

Cross reference: See 947.047 for prohibition of throwing metal or glass cans or bottles in or on the shore of any body of water.

**29.29 Noxious substances.** (1) EXPLOSIVES; STUPEFACTIVES. No person shall take, capture or kill fish or game of any variety in any waters of this state by means of dynamite or other explosives or poisonous or stupefying substances or devices; or place in any waters of this state explosives which might cause the destruction of fish or game, except for the purpose of raising dead bodies whenever ordered by the public authorities, or for the purpose of clearing a channel or breaking a log or ice jam; or have in his possession or under his control, upon any inland waters, any dynamite or other explosives or poisonous or stupefying substances or devices for the purpose of taking, catching or killing fish or game. Whoever violates this subsection may be fined not less than $200 nor more than $500, or imprisoned in the county jail not less than 9 months nor more than one year or both.

**(2)** POISON BAIT. No person shall use, set, lay or prepare in any of the waters of this state any

Electronically scanned images of the published statutes.



lime, poison, fish berries, or any other substance deleterious to fish life.

**(3)** DELETERIOUS SUBSTANCES. No person may cast, deposit or throw overboard from any boat, vessel or other craft into any waters within the jurisdiction of the state, or deposit or leave upon the ice thereof until it melts, any fish offal; or throw or deposit, or permit to be thrown or deposited, into any waters within the jurisdiction of the state any lime, oil, tar, garbage, refuse, debris, tanbark, ship ballast, stone, sand, except where permitted by s. 30.12 (2) (b), slabs, decayed wood, sawdust, sawmill refuse, planing mill shavings or waste material of any kind, or any acids or chemicals or waste or refuse arising from the manufacture of any article of commerce, or any other substance deleterious to game or fish life other than authorized drainage and sewage from municipalities and industrial or other wastes discharged from mines or commercial or industrial or ore processing plants or operations, through treatment and disposal facilities installed and operated in accordance with plans submitted to and approved by the department of natural resources under ch. 144, or in compliance with orders of that department. Any such order shall be subject to modification by subsequent orders. Any person violating this subsection may be fined not less than $10 nor more than $200 or imprisoned not more than 30 days or both. Each day of a continuing violation is a separate offense.

**(4)** USE OF PESTICIDES. The department of natural resources, after public hearing, may adopt rules governing the use of any pesticide which it finds is a serious hazard to wild animals other than those it is intended to control, and the making of reports thereon. In making such determinations, the department to the extent relevant shall consider the need for pesticides to protect the well-being of the general public. It shall obtain the recommendation of the pesticide review board and such rules are not effective until approved by the pesticide review board. "Pesticide" has the meaning designated in s. 94.67.

**History:** 1971 c. 73.

**Cross reference:** See 134.67 for prohibition of use of DDT and exceptions to the prohibition.

**29.30 Fishing with nets and set lines.** (1) LICENSE REQUIRED. Nets and set lines may be used for the purpose of taking, catching, or killing fish, subject to the conditions, limitations and restrictions prescribed in this chapter; but no person shall set, place or use in any waters of this state any net, trap, snare, set hook, or set line, which is intended to or might take, catch or kill fish of any variety, other than a landing net, dip net, minnow seine or minnow dip net, unless a license therefor has been duly issued to such person.

**(2)** RESTRICTIONS ON THE USE OF LICENSED NETS AND SET LINES. The use of licensed nets and set lines is subject, further, to the following conditions:

(a) No apron or other device shall be used in any pound net, which might prevent the escape of small fish through the meshes of the net when it is set or raised.

(b) No net of any kind shall be set so as to shut off more than one-half of any channel or passageway of any stream, or set within 1,000 feet of any other net in said stream.

(c) No licensee shall join his net to that of any other licensee.

(d) All nets or set hooks when set or placed in any waters shall be marked with a number corresponding to the license number authorizing the use of such nets or set hooks. The method of marking such nets, in outlying waters, shall be as follows: On drop nets, submarine trap nets and fyke nets, when set below the surface of the water, there shall be a buoy attached to the pot rope, on all gill nets and set hooks there shall be a buoy on each end of the gang, such buoys shall have a staff extending at least 2 feet above the surface of the water, upon such staff there shall be a flag at least 16 inches square. Upon the bowl of such buoys there shall be maintained in plain figures the license number authorizing the use of such nets or set hooks. On pound nets and stake fyke nets there shall be maintained at least 3 feet above the surface of the water, or the surface of the ice, when set through the ice, a board or similar material, which shall bear the license number authorizing the use of such nets. On gill nets or set hooks when set through the ice there shall be maintained on each end of the gang a board or similar material which shall bear the license number authorizing the use of such nets or set hooks.

(e) The licensees of licensed nets or set lines used in outlying waters while engaged in the regular process of lifting nets or set lines shall, on their boats, carry the department's agents to and from their nets or set lines when set and, on demand of the agent, shall raise the same for his inspection; and any such agent may, in the presence or absence of the licensees, at any time, raise any set line or nets, in any waters, with as little damage as may be, for inspection. If any such licensee shall refuse to carry any agent as herein provided his license shall be revoked and canceled.

(f) No licensed net shall be drawn or lifted at any time between one hour after sunset and sunrise of the following morning, in any waters other than Lake Superior, Lake Michigan, Green Bay, the Fox river beyond a distance of