Department of Natu ' Resources
Box 45ь
Madison, Wisconsin 53701

4B-68-11a-8A

Combined Paper Mills, Inc., Combined Locks

## Findings of Fact

THE DEPARTMENT FINDS:

1. That the Combined Paper Mills, Inc., Combined Locks was issued an order on May 14, 1968, which required they submit a preliminary report and schedule for the provision of adequate treatment facilities in keeping with the state water quality standards and the recommendations of the Lake Michigan Enforcement Conference pertaining to industrial waste.

2. That the Combined Paper Mills, Inc., Combined Locks submitted the required report.

## Conclusions of Law

1. That this Department having reviewed this matter, has authority under 144.025(2)(d), Wisconsin Statutes, to issue an amended order directing particular owners to secure such operating results toward the control of pollution of the waters of the State as the Department prescribes, within a specified time.

2. That the order hereinafter made for adequate waste treatment facilities by the Combined Paper Mills, Inc., Combined Locks is reasonable, proper, and necessary for the protection of public rights in the Fox River and Lake Michigan.

## Order

IT IS, THEREFORE, ORDERED:

1. That the Combined Paper Mills, Inc., cooperate in the provision of joint municipal-industrial collection and treatment facilities by December 31, 1972. The precise degree of treatment will be established after a review of the detailed plan for joint treatment. A maximum effort to achieve the highest reductions that are technically feasible will be required.

GN3015444

2. That in lieu of compliance with provision 1, said company shall construct treatment facilities by December 31, 1972, such that effluents discharged directly to surface waters:

(a) From pulping operations, other than groundwood, shall not exceed 35 pounds of BOD per ton of actual production, and the total daily BOD discharge may not exceed 6,300 pounds.

(b) From pulp and/or paper operations shall contain less that 20 pounds of total suspended solids per ton of actual pulp and paper production, and the total daily discharge of suspended matter may not exceed 11,600 pounds.

(c) After reasonable admixture, shall meet the established minimum standards with respect to materials that may form deposits, float, produce a color, odor, taste, or unsightliness, or that are toxic or harmful.

3. That the Combined Paper Mills, Inc., submit semi-annual reports beginning July 1, 1970, demonstrating continuing progress towards compliance with parts 1 or 2 of this order.

Dated at Madison, Wisconsin, this 16th day of December, 1969.

STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES
For the Secretary

By Thomas G. Frangos
Thomas G. Frangos, Administrator
Division of Environmental Protection

GN3015445