Appleton Papers

JAN - 8 1973

# APPLETON PAPERS, INC.

A subsidiary of NCR

P.O. 848, APPLETON, WIS. 54911 414-734-9841 TWX 910-272-1157

MILLS
APPLETON, WIS.
COMBINED LOCKS, WIS.
ROARING SPRING, PA.

January 4, 1973

Mr. Thomas Frangos, Administrator
Division of Environmental Protection
Department of Natural Resources
P. O. Box 450
Madison, Wis. 53701

Dear Mr. Frangos:

We submit herein our semi-annual report of progress toward compliance with paragraph 2 of order no. 4B-68-11a-8A dated December 16, 1969 as modified by your June 7, 1971 letter.

I would like to review breifly the status of our pollution abatement efforts at the Locks Mill which, as you know, consists of three phases: Phase I - internal water recycle, Phase II - Dual clarifiers, primary sedimentation thickening and Phase III - Fluidized bed incineration of our CM pulping liquor via the Copeland Process. Phase I - internal recycling of water - is operational and is going through shakedown procedures.

In an effort to complete Phase II of our water pollution control program by the December 31, 1972 deadline, weekend overtime for Saturdays and Sundays was authorized in November and continued through the weekend before Christmas. However, the unusual high river flows prevented us from completing the installation of the 36 intercepter pipe until the middle of December. Further, the extreme cold weather during the three weeks following Thanksgiving slowed the outside work tremendously. Parallel to this, late equipment deliveries slowed our construction progress.

The final incident that caused the greatest havoc with our schedule was that the company was shut off from natural gas early in December and since one of our two boilers has only propane gas as stand-by fuel and this fuel source also vanished, major shutdowns in production equipment was necessary. The interference came when an oil fired boiler had to be leased and installed before January 1 to meet our power requirements and get the mill back in production.

11967
498214

A

Because of this, all outside available construction and erection help was assigned to the emergency. As a result the completion of the water pollution control facilities was delayed by about 3 weeks.

Presently, it appears that one of the two clarifiers will be operational during the week of January 14 and the second may be ready ten days later.

There is no change in the timetable for Phase 3 - evaporation and incineration of the CM pulping liquor since our October 27, 1972 progress report was submitted to you.

We have an appointment with Paul Didier on January 15, 1973 when we expect to present up to date drawings, photographs and completion dates for your departments' review. This material will constitute the second portion of our progress report.

Should you have any questions regarding our program prior to our January 15 meeting with Mr. Didier, please contact me at 414-734-9841.

Very truly yours,

APPLETON PAPERS, INC.

Reinhold A. Vogt
Reinhold A. Vogt
Vice President

RAV/bh

ncr: Mr. James O. McDonald, Director
Enforcement Division - EPA

11968

498215