JUL 16 1973

APPLETON PAPERS
Division of NCR
P.O. BOX 348. APPLETON. WIS. 54911 414-734-9841

OPERATIONS
APPLETON WIS
COMBINED LOCKS WIS
DAYTON OHIO
HARRISBURG PA
PORTAGE WIS
ROARING SPRING PA

July 13, 1973

Mr. Thomas Frangos, Administrator
Division of Environmental Protection
Department of Natural Resources
P. O. Box 450
Madison, Wisconsin 53701

Dear Mr. Frangos:

This is our semi-annual report of progress toward compliance with paragraph 2 of Order No. 4B-68-11a-8A dated December 16, 1969 as modified by your June 7, 1971 letter and reaffirmed in your December 29, 1972 letter.

As you know, Phase II of Appleton Papers - Locks Mill pollution control program, the twin clarifier system became operational last January. While the operation of this equipment is still being optimized, the mill has been filing the monthly reports on the various required parameters for each day of operation starting with the monthly report for April as specified in NR 101.05 (2) (a).

In addition, the results of the analysis on a 24 hour composite sampling of the discharge to the Fox River from the facility - discharge point 009 - have just come in from a commercial consulting laboratory. These results on the various parameters required by the Federal discharge permit system will be reported to Region V EPA and to your department in the next few days. This is to be done in compliance with the commitment made in our January 1972 discharge permit application on the effluent from the twin clarifiers - discharge 009. This commitment was to provide the necessary data for the various parameters in the discharge after operating equilibrium conditions had been reached.

Progress of Phase III of the pollution control program has been disappointing. An unexpected FIA requirement to relocate an existing fire protection water line from inside the chemi-mechanical pulping building to a point just outside the building, resulted in the first major delay. This relocation required installing the water line under the new building planned for the

11978

498218

fluidized bed reactor. Therefore no building wall footings or equipment footings could be installed until the relocation was completed. Almost continuous rainy weather held up this work for 2 months.

Another delay occurred when a strike was officially declared by the plumbers on June 16 after intermittently not "reporting" for work from June 1 on. The strike is now over and the contractor has started working again July 9. Meanwhile, equipment for which deliveries had been scheduled to arrive on the job site in proper sequence for immediate installation, is accumulating adjacent to the job site. Photographs of this equipmont will be sent to you within the next few days.

A review of the job status has been made and the new completion as well as intermediate dates for this Phase III is:

Major Equipment Installation

Building Closed In . . . . . . . . . . . . September 28, 1973

Miscellaneous Equipment Installed

Piping Installation - Electrical . . . . . November 18, 1973

Final Electrical - Complete and check out for Startup . . . . . . . . . December 3, 1973

On-Line Operation . . . . . . . . . . . . . December 19, 1973

Meanwhile, pilot testing equipment is expected to be at the twin clarifier site by August 15, 1973, to determine the response capability of the clarifier effluent toward a higher degree of pollution control treatment. This pilot study is in accord with the commitment letter of last October 18, 1972, to Mr. Jay Goldenberg of the Region V EPA of which you have a copy.

Very truly yours,

APPLETON PAPERS

Reinhold A. Vogt
Vice President Environmental Control

RAV:bh

ncr: Mr. James O. McDonald, Director
Enforcement Division - Region V EPA

11979

498219