Appleton Papers - Combined Locks Mill

July 20, 1973

3200

Mr. Reinhold A. Vogt, V.P.
Appleton Papers, Inc.
P. O. Box 348
Appleton, Wisconsin 54911

Dear Mr. Vogt:

Re: Order Number 4B-68-11a-8A

This will acknowledge receipt of your letter dated July 13, 1973 reporting delays toward the completion of Phase III of your pollution abatement program.

The time schedule contained in your letter, indicating on-line operation by December 19, 1973 will be acceptable to this Department. Please notify us upon the initiation of operation of this facility.

Very truly yours,
Division of Environmental Protection

Thomas G. Frangos
Administrator

cc: Bureau of Water Supply & Pollution Control
Lake Michigan District
JL:dm

JUL 23 1973

030714