**NCR** APPLETON PAPERS DIVISION

GENERAL OFFICES: P.O. BOX 348, APPLETON, WIS. 54911 / 414-734-9841

OPERATIONS
APPLETON, WIS.
COMBINED LOCKS, WIS.
DAYTON, OHIO
HARRISBURG, PA
PORTAGE, WIS.
ROARING SPRING, PA

January 9, 1974

Mr. Thomas Frangos, Administrator
Division of Environmental Protection
Department of Natural Resources
P.O. Box 450
Madison, Wisconsin 53701

Dear Mr. Frangos:

This should be our final semi-annual report of progress toward compliance with order No. 4B-68-Ua-8A.

While process equipment deliveries were timely, building materials delivery were not. The delivery of the insulated metal clad siding was over two months late and thus delayed the start of installing the ceramic lining of the fluidized bed reactor beyond the date necessary to complete the facility by the December 19, 1973 date listed in our July 13, 1973 report. The lining installation requires a minimum ambient temperature which could not be assured without having the building completely closed in.

At present, field training of operating supervisors is being conducted at a Canadian fluidized bed reactor installation. Upon completion of the training session in Canada, the training will be continued at the mill's new facility at Combined Locks during the start up and shake-down operations under the supervision of qualified technicians and operating engineers representing the equipment and process vendor, Copeland Systems.

The expected completion of this period should occur the week of February 3, 1974.

The major portions of the series of pilot plant studies to determine the response capability of the effluent from the twin clarifiers (outfall 009) toward a higher degree of pollution control treatment should be completed by February 24. The performance data will then be reviewed by our engineering consultants. This pilot study is in accord with our commitment letter of October 8, 1972 to Region V EPA.

Very truly yours,

Reinhold A. Vogt
Vice-President Environmental Control

RAV:sr

ncr: Mr. James McDonald, Director
Enforcement Division - Region V - EPA

030758