January 25, 1974

3430

Mr. Reinhold A. Vogt
Vice-President Environmental Control
Appleton Papers Division
P. O. Box 348
Appleton, Wisconsin 54911

RE: Semiannual Progress Report
Order Number 4B-68-11a-8A
**Combined Locks Mill**

Dear Mr. Vogt:

Receipt of your January 9, 1974 semiannual progress report in response to order number 4B-68-11a-8A is hereby acknowledged. It is our understanding that your company's Phase III - Evaporation and Burn System will now be operational by the first week in February, 1974 and that this system has been designed to eliminate the discharge of pulping press liquors from outfall #008 which presently contains between 15,000 and 16,000 pounds of $BOD_5$ per day.

My staff advises that the proposed NPDES permit for Appleton Papers, Combined Locks Mill, reflects these anticipated reductions under initial effluent limitations and further requires additional reductions of $BOD_5$ and suspended solids from the existing twin-clarifier effluents prior to 1977. We note that your report also indicates that the company has already commenced pilot studies in an effort to determine treatability and the degree of pollution control for the twin-clarifier discharge #009.

The Department looks forward to maintaining a close cooperative relationship with Appleton Papers as the company moves forward in this next critical stage of pollution abatement under the new NPDES permit program.

Very truly yours,
Division of Environmental Protection

Thomas G. Frangos
Administrator

cc: Lake Michigan District
Orders Section

030759

PPD:mn

Case 1:10-cv-00910-WCG Filed 02/03/12 Page 1 of 1 Document 301-13

NCR-FOX-0006576