SERVICE OF PROCESS TRANSMITTAL FORM

CT SYSTEM
The Corporation Trust Company
C T Corporation System
and Associated Companies

TO: Mr. James Ramto, Secy. & Gen. Csl.
NCR Corporation
Main and K Streets
Dayton, Ohio 45479
(Authorized Recipient)

TO: C T Corporation System (C T Office)
Cincinnati, Ohio (City) (State)
FROM: C T Corporation System (Originating Agent)
Per G. Blake
G. Blake
Madison, Wisconsin (City) (State)
DATE: 7-25-75
VIA: (X) Certified Mail
( ) Certified Air Mail

VIA: (X) Certified Mail ( ) Messenger
( ) Certified Air Mail

RE: **PROCESS SERVED IN** WISCONSIN (Jurisdiction)

FOR THE NATIONAL CASH REGISTER COMPANY (Name of Company) Maryland (Home State)

Enclosed are copies of legal process served upon the statutory agent of the above company as follows:

1. Title of Action: State of Wisconsin v. Appleton Papers, Inc. and National Cash Register Company

2. Document(s) Served: Summons and Complaint

3. Court: Circuit Court, Dane County, Wisconsin

4. Nature of Action: Action arising out of violation of Wisconsin Pollutant Discharge Elimination Permit No. WI-0000990 issued to defendant, Appleton Papers, Inc., by the Wisconsin Department of Natural Resources on March 22, 1974.

5. On Whom Process was Served: C T Corporation System
222 West Washington Avenue
Madison, Wisconsin 53703

6. Date and Hour of Service: July 25, 1975 - 10:30 a.m.

7. Appearance or Answer Due: 20 days

8. Plaintiff's Attorney(s): Steven B. Wickland
Assistant Attorney General
State Capitol
Madison, Wisconsin 53702

9. Remarks:

Please note discrepancy in corporate title.

RECEIVED AND FORWARDED ON 7/28/75 (Date)

BY: C T CORPORATION SYSTEM
Per H. R. Gritmon
H.R.Gritmon, Asst. Vice-Pres.
813 Carew Tower (Address)
Cincinnati, Ohio 45202

KINDLY ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING TO US THE ENCLOSED CARBON COPY OF THIS TRANSMITTAL FORM.

NJ 291 8-69

ATT01672
499151

STATE OF WISCONSIN CIRCUIT COURT DANE COUNTY

---

STATE OF WISCONSIN,

Plaintiff,

v.

SUMMONS

APPLETON PAPERS, INC.,
a Delaware corporation, and

N.K. NATIONAL CASH REGISTER COMPANY,
a Maryland corporation,

Defendants.

---

THE STATE OF WISCONSIN, to Said Defendant(s):

YOU ARE HEREBY SUMMONED and required to serve upon Bronson C. La Follette, Attorney General, and Steven B. Wickland Assistant Attorney General, plaintiff's attorneys, whose address is 114 East, State Capitol, Madison, Wisconsin 53702, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service, and in case of your failure so to do judgment will be rendered against you according to the demand of the complaint.

BRONSON C. LA FOLLETTE
Attorney General

Steven B. Wickland

STEVEN B. WICKLAND
Assistant Attorney General

499152

ATT01673

STATE OF WISCONSIN CIRCUIT COURT DANE COUNTY

---

STATE OF WISCONSIN,

Plaintiff,

v. COMPLAINT

APPLETON PAPERS, INC.,
a Delaware corporation, and

NATIONAL CASH REGISTER COMPANY,
a Maryland corporation,

Defendants.

---

NOW COMES the plaintiff, State of Wisconsin, by Bronson C. La Follette, Attorney General, and Steven B. Wickland, Assistant Attorney General, its attorneys, at the request of the Department of Natural Resources, and for a cause of action against the defendant, alleges and shows to the court as follows:

1. That the plaintiff is a sovereign state having its principal place of business at the State Capitol, Madison, Dane County, Wisconsin, 53702.

2. That the defendant, Appleton Papers, Inc., is, and at all times material hereto was, a foreign corporation duly organized and existing under the laws of the State of Delaware and admitted to do business within the State of Wisconsin, and

499153

ATT01674

its registered agent is C. T. Corporation System, reposing in the Madison, Wisconsin, law form of Aberg, Bell, Blake & Metzner, S.C., 22 West Washington Avenue, Madison, Wisconsin, 53703; and that upon information and belief, the defendant, Appleton Papers, Inc., is a division of the National Cash Register Company ("NCR"), which is made a party; that NCR is and at all times material hereto was, a foreign corporation duly organized and existing under the laws of the State of Maryland and admitted to do business within the State of Wisconsin, and its registered agent is C. T. Corporation System, whose address is stated above.

3. The plaintiff brings this action under ss. 147.21 and 147.29(4), Wis. Stats., and sec. 6 of chapter 74, Laws of 1973.

4. That on March 22, 1974, Wisconsin Pollutant Discharge Elimination Permit No. WI-0000990 ("the Permit"), was issued to the defendant, Appleton Papers, Inc., by the Wisconsin Department of Natural Resources ("DNR") and became effective on that date, with an expiration date of December 31, 1978. A copy of the Permit, a ten-page document, is labeled Exhibit A and attached hereto and incorporated herein by reference.

5. That the Permit authorizes the defendant, Appleton Papers, Inc., to discharge into the waters of the Fox River from a facility located at Combined Locks, Wisconsin, and requires all discharges so authorized to be consistent with the terms and conditions of the Permit.

6. That, as required by sec. 147.08, Wis. Stats., defendant, Appleton Papers, Inc., submitted to DNR monitoring reports for the months of July, September, November and December, 1974, and January, February, March, April and May, 1975, the pertinent portions of which are attached hereto as Exhibits B-L, repsectively, and incorporated herein by reference.

7. That the Permit, at Part II, page 2, provides that the total suspended solids discharged by the defendant, Appleton Papers, Inc., during the period beginning March 22, 1974, and ending December 31, 1978, shall not exceed a daily maximum of 21,600 pounds; that Exhibits D, E, F and L report that discharge by defendant, Appleton Papers, Inc., of total suspended solids exceeded the maximum daily discharge, in violation of the terms of the Permit, as follows:

| Dates | Total Pounds of Suspended Solids Discharged |
|---|---|
| November 22, 1974 | 94,139 |
| December 3, 1974 | 68,558 |
| December 4, 1974 | 40,078 |
| January 6, 1975 | 29,400 |
| January 7, 1975 | 29,400 |
| May 7, 1975 | 55,439 |

8. That the Permit, at Part II, page 2, provides that the pH of the effluent discharged by the defendant, Appleton Papers, Inc., shall not exceed 9.0 during the period beginning March 22, 1974, and ending December 31, 1978; that Exhibits B, C, F, H, I,

J and K, report that the defendant, Appleton Papers, Inc., discharged effluent with a pH greater than 9.0, in violation of the terms of the Permit, on numerous occasions in 1974 and 1975, to wit:

| Dates | pH Level |
|---|---|
| July 3, 1974 | 9.5 |
| July 10, 1974 | 9.8 |
| September 24, 1974 | 9.6 |
| December 5, 1974 | 9.5 |
| January 3, 1975 | 10.0 |
| January 4, 1975 | 10.0 |
| January 6, 1975 | 9.1 |
| January 7, 1975 | 11.0 |
| January 8, 1975 | 8.0 |
| January 12, 1975 | 9.5 |
| January 13, 1975 | 9.8 |
| January 14, 1975 | 9.2 |
| January 22, 1975 | 9.1 |
| January 25, 1975 | 9.1 |
| January 31, 1975 | 9.9 |
| February 9, 1975 | 9.1 |
| February 12, 1975 | 9.1 |
| February 13, 1975 | 9.1 |
| February 14, 1975 | 9.7 |
| February 15, 1975 | 9.2 |
| February 17, 1975 | 9.3 |
| February 21, 1975 | 9.2 |
| February 23, 1975 | 9.3 |
| February 24, 1975 | 9.5 |
| March 2, 1975 | 9.9 |
| March 3, 1975 | 9.4 |
| March 23, 1975 | 9.3 |
| March 24, 1975 | 9.3 |
| March 26, 1975 | 9.5 |
| March 29, 1975 | 9.1 |
| April 14, 1975 | 9.3 |
| April 15, 1975 | 9.2 |



499156

ATT01677



FWS0052369

API-GF040464

9. That upon information and belief, numerous times during the period July to October, 1974, defendant, Appleton Papers, Inc., discharged into Garner Creek excess pulping liquor believed to consist of approximately 10,000 pounds of BOD (biochemical oxygen demanding material) per discharge, such discharge being accomplished throughout an outfall not recognized by the Permit; that said unauthorized, unmonitored discharge was in violation of the Permit.

10. That sec. 147.21(2), Wis. Stats., provides that any person who violates ch. 147, or any term or condition of a permit issued under ch. 147, shall be subject to a forfeiture of not more than $10,000 with each day of violation.

WHEREFORE, the plaintiff demands judgment:

A. Ordering the defendants to pay a sum of not more than $10,000 for each day of violation of each term or condition of said permit, and that the court retain jurisdiction to award forfeiture for any and all future violations.

B. For such other relief as the court deems proper, together with costs and disbursements.

Dated this 24th day of July, 1975.

BRONSON C. LA FOLLETTE
Attorney General

Steven B. Wickland
STEVEN B. WICKLAND
Assistant Attorney General

Permit No. WI-0000990
Application No. WI-070-0X3-2-720289

PERMIT TO DISCHARGE UNDER THE
WISCONSIN POLLUTANT DISCHARGE ELIMINATION SYSTEM

In compliance with the provisions of Chapter 147, Wisconsin Statutes,

APPLETON PAPERS, INC.

is permitted to discharge from a facility located at

COMBINED LOCKS, WISCONSIN

to THE FOX RIVER

in accordance with the effluent limitations, monitoring requirements and other conditions set forth in Parts I and II hereof.

This permit shall become effective on the date of signature.

This permit to discharge shall expire at midnight, December 31, 1978.

Permittee shall not discharge after the date of expiration. If the permittee wishes to continue to discharge after this expiration date he shall file an application for reissuance of his permit in accordance with the requirements of Chapter NR 200, Wisconsin Administrative Code, at least 180 days prior to this expiration date.

State of Wisconsin Department of Natural Resources
For the Secretary

By Oliver D. Williams

Acting Administrator
Division of Environmental Standards

Dated this 22nd day of March, 1974

EXHIBIT A

499158

ATT01679

## GENERAL CONDITIONS

1. Compliance
All discharges authorized herein shall be consistent with the terms and conditions of this permit. The discharge of any pollutant identified in this permit more frequently than or at a level in excess of that authorized shall constitute a violation of the permit.

2. Adverse Impact
The permittee shall take all reasonable steps to minimize any adverse impact on waters of the State resulting from noncompliance with any effluent limitations specified in this permit, including such special or additional monitoring as may be required by the Department or may be necessary to determine the nature and impact of the noncomplying discharge.

3. Removed Substances
Solids, sludges, filter backwash or other pollutants removed from or resulting from treatment or control of wastewaters or intake waters shall be stored and disposed of in a manner such as to prevent any pollutant from such materials from entering the waters of the State. Land disposal of treatment plant solids and sludges shall be either at a site or operation licensed by the Department under Chapter NR 151, Wisconsin Administrative Code, or in accordance with a sludge disposal plan approved by the Department.

4. Right of Entry
The permittee shall allow authorized representatives of the Department of Natural Resources, and the Administrator of the United States Environmental Protection Agency or his authorized representatives, upon the presentation of credentials:

a. To enter upon the permittee's premises where an effluent source is located or in which any records are required to be kept under the terms and conditions of this permit; and

b. At reasonable times to have access to and copy any records required to be kept under the terms and conditions of this permit; to inspect any monitoring equipment or monitoring method required in this permit; and to sample any wastewaters.

5. Permit Modification
After notice and opportunity for a hearing as provided in Section 147.03, Wisconsin Statutes, this permit may be modified, suspended, or revoked in whole or in part during its term for cause including, but not limited to, the following:

a. Violation of any terms or conditions of this permit;

b. Obtaining this permit by misrepresentation or failure to disclose fully all relevant facts; or

c. A change in any condition that requires either a temporary or permanent reduction or elimination of the permitted discharge.

6. Toxic Pollutants
Nothing in this permit shall be construed to authorize the discharge of any toxic pollutant or combination of pollutants in amounts or concentrations which exceed any applicable toxic effluent standard or prohibition, including any schedule of compliance specified in any such effluent standard or prohibition, promulgated under Section 147.07(1), Wisconsin Statutes.

If a toxic effluent standard or prohibition, including any schedule of compliance specified in such effluent standard or prohibition, is promulgated under Section 147.07(1), Wisconsin Statutes, for a toxic pollutant or combination of pollutants which is present in the discharge and such standard or prohibition is more stringent than any limitation for such pollutant in this permit, this permit shall be revised or modified in accordance with the toxic effluent standard or prohibition.

7. Civil and Criminal Liability
Except as provided in permit conditions on "Bypassing" (Part I,23) and "Power Failures" (Part I,24), nothing in this permit shall be construed to relieve the permittee from civil or criminal penalties under Section 147.21, Wisconsin Statutes, for noncompliance with the terms and conditions of this permit.

8. Oil and Hazardous Substance Liability
Nothing in this permit shall be construed to preclude the institution of any legal action or relieve the permittee from any responsibilities, liabilities, or penalties to which the permittee is or may be subject under Section 311 of the Federal Water Pollution Control Act (33 U.S.C. Section 1321).

9. State Laws
Nothing in this permit shall be construed to preclude the institution of any legal action or relieve the permittee from any responsibilities, liabilities, or penalties established pursuant to any other applicable State law or regulation.

10. Property Rights
The issuance of this permit does not convey any property rights in either real or personal property, or any exclusive privileges, nor does it authorize any injury to private property or any invasion of personal rights, nor any infringement of Federal, State or local laws or regulations.

11. Severability
The provisions of this permit are severable, and if any provision of this permit, or the application of any provision of this permit to any circumstance, is held invalid, the application of such provision to other circumstances, and the remainder of this permit, shall not be affected thereby.

12. Schedule of Co( iance Progress Reports

No later than 14 calendar days following a date identified in any schedule of compliance in Part II, the permittee shall submit either a report of progress or, in the case of specific actions being required by identified dates, a written notice of compliance or noncompliance. In the latter case, the notice shall include the cause of noncompliance, any remedial actions taken, and the probability of meeting the next scheduled requirements.

13. Test Procedures

Test procedures used for the analysis of pollutants shall be those listed in Chapter NR 219, Wisconsin Administrative Code, or an alternate method authorized in Part II.

14. Recording of Results

For each measurement or sample taken pursuant to the requirements of this permit, the permittee shall record the following information:

a. The exact place, date, and time of sampling;
b. The dates the analyses were performed;
c. The person(s) who performed the analyses;
d. The analytical techniques or methods used; and
e. The results of all required analyses.

15. Additional Monitoring by Permittee

If the permittee monitors any pollutant at the location(s) designated herein more frequently than required by this permit, using approved analytical methods as specified in Chapter NR 219, the results of such monitoring shall be included in the Discharge Monitoring Report Form . Such increased frequency shall also be indicated.

16. Records Retention

All records and information resulting from the monitoring activities required by this permit including all records of analyses performed and calibration and maintenance of instrumentation and recordings from continuous monitoring instrumentation shall be retained for a minimum of three (3) years, or longer if requested by the Department of Natural Resources.

17. Construction of Onshore or Offshore Structures

This permit does not authorize or approve the construction of any onshore or offshore physical structure of facilities or the undertaking of any work in any navigable waters.

18. Confidential Information

Except for data determined to be confidential under Section 147.08(2)(c), Wisconsin Statutes, all monitoring reports required by this permit shall be available for public inspection at the headquarters of U.S. EPA Region V and the Department of Natural Resources. Knowingly making any false statement on any such report may result in the imposition of criminal penalties as provided for in Section 147.21, Wisconsin Statutes.

19. Transfer of Control of Operation

In the event of a transfer of control of operation of the facility from which the permitted discharges emanate to a person not named on page one (1) of this permit, the permittee prior to such transfer shall notify his successor by letter that this permit is not transferable and that prior to any discharge after such transfer, a new WPDES permit must be obtained. A copy of this letter shall be forwarded to the Department of Natural Resources, WPDES Permit Section, Box 450, Madison, Wisconsin 53701.

499161

ATT01682

20. Change in Discharge
Any anticipated facility expansions, production increases or process modifications which will result in new, different, or increased discharges of pollutants must be reported in accordance with Chapter NR 200, Wisconsin Administrative Code, by submission of a new WPDES application or, if such changes will not exceed the effluent limitations specified in this permit, by notice to the Department of Natural Resources of such changes. Following such notice, the permit may be modified to specify and limit any pollutants not previously limited.

21. Noncompliance Notification
If, for any reason, the permittee does not comply with or will be unable to comply with any daily maximum effluent limitation specified in this permit, he shall provide the Department of Natural Resources in writing within five (5) days of becoming aware of such condition, with the following information.

a. A description of the discharge and cause of noncompliance; and
b. An identification of the period of noncompliance, including exact dates and times; or, if continuing, the anticipated time the noncompliance is expected to continue, and a description of the steps being taken to reduce, eliminate and prevent recurrence of the noncompliance.

22. Facilities Operation
The permittee shall at all times maintain in good working order and operate as efficiently as possible all treatment or control facilities or systems installed or used by the permittee to achieve compliance with the terms and conditions of this permit.

23. Bypassing
Any diversion from or bypass of facilities necessary to maintain compliance with the terms and conditions of this permit is prohibited, except (i) an inadvertent bypass lasting no longer than one hour and resulting from equipment damage or temporary power interruption, or (ii) an unavoidable bypass necessary to prevent loss of life or severe property damage, or (iii) a bypass of excessive storm drainage or runoff which would damage any facilities necessary for compliance with the effluent limitations and prohibitions of this permit. In the event of occurrence of a bypass described by (ii) or (iii) the permittee shall immediately notify the Department District Office by telephone of such occurrence. In addition, the permittee shall notify the Department of Natural Resources, WPDES Permit Section and the Administrator of the U.S. EPA - Region V in writing of each such diversion or bypass by letter within 72 hours.

24. Power Failures
In order to maintain compliance with the effluent limitations and prohibitions of this permit in the event of the reduction, loss, or failure of one or more of the primary sources of power to the wastewater control facilities, the permittee shall either:

a. Provide an alternative power source sufficient to operate the wastewater treatment or control facilities if required by the Schedule of Compliance contained in Part II, or,

b. If there is no such requirement, halt, reduce or otherwise control production and/or all discharges from the facility.

A. Effluent Limitations and Monitoring Requirements

(1) During the period beginning on the effective date of this permit and lasting until December 31, 1978 the permittee is authorized to discharge from outfall serial number 007.

(2) This discharge shall be limited and monitored by the permittee as specified below.

(a) Samples taken in compliance with the monitoring requirements specified below shall be taken at the following location: At a point representative of the discharge

(b) This discharge shall be limited solely to non-contact cooling water free from process and other wastewater discharges. In the event that the permittee wishes to commence use of water treatment additives, he must request modification of this permit.

(c) The temperature of this effluent shall be limited so that the temperature of the receiving water shall be increased not more than 5°F (2.78°C) above the natural temperature at the edge of the plant mixing zone. This mixing zone shall extend downstream not more than 1,000 feet below outfall 009 and include not more than 25% of the cross sectional area nor more than 50% of the width of the stream.

| EFFLUENT CHARACTERISTIC | DAILY EFFLUENT LIMITATIONS | | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|
| | Quantity-kg/day(lbs/day) | | Other Limitations (Specify Units) | | | | |
| | Average | Maximum | Minimum | Average | Maximum | Sample Frequency | Sample Type |
| Flow - $M^3$/Day (MGD) | - | - | - | - | - | Daily | Continuous |
| Temperature | - | - | - | Mixing Zone | - | Daily | Continuous |

499163

ATT01684



FWS0052376

API-GF040471

B. Effluent Limitations and Monitoring Requirements

(1) During the period beginning on the effective date of this permit and lasting until December 31, 1976 the permittee is authorized to discharge from outfalls serial numbers 008 and 009.

(2) Each of these discharges shall be individually limited and monitored by the permittee as specified below, and individually reported in accordance with Part II, D, except a limitation under "Quantity" applies to the total for each characteristic of the individual discharges.

(a) There shall be no discharge of floating solids or visible foam in other than trace amounts.

(b) Samples taken in compliance with the monitoring requirements specified below shall be taken at the following location: At points representative of the discharge

(c) The temperature of this effluent shall be limited so that the temperature of the receiving water shall be increased not more than 5°F (2.78°C) above the natural temperature at the edge of the plant mixing zone. This mixing zone shall extend downstream not more than 1,000 feet below outfall 009 and include not more than 25% of the cross sectional area nor more than 50% of the width of the stream.

| EFFLUENT CHARACTERISTIC | DAILY EFFLUENT LIMITATIONS | | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|
| | Quantity-kg/day(lbs/day) | | Other Limitations (Specify Units) | | | | |
| | Average | Maximum | Minimum | Average | Maximum | Sample Frequency | Sample Type |
| Flow - $M^3$/Day (MGD) | - | - | - | - | - | Daily | Continuous |
| Temperature | - | - | - | Mixing Zone | - | Daily | Continuous |
| $BOD_5$ | 8,165 (18,000) | 16,330 (36,000) | - | | - | Daily | 24 hr. composite |
| Suspended Solids | 3,265 (7,200) | 9,800 (21,600) | - | - | - | Daily | 24 hr. composite |
| pH | - | - | 6.0 | pH units | 9.0 | Daily | Grab |

499164

ATT01685



FWS0052377

API-GF040472

C. Effluent Limitations and Monitoring Requirements

(1) During the period beginning on January 1, 1977 and lasting until December 31, 1978 the permittee is authorized to discharge from outfall serial number 009.

(2) This discharge shall be limited and monitored by the permittee as specified below.

(a) There shall be no discharge of floating solids or visible foam in other than trace amounts.

(b) Samples taken in compliance with the monitoring requirements specified below shall be taken at the following location: At a point representative of the discharge

(c) The temperature of this effluent shall be limited so that the temperature of the receiving water shall be increased not more than 5°F (2.78°C) above the natural temperature at the edge of the plant mixing zone. This mixing zone shall extend downstream not more than 1,000 feet below outfall 009 and include not more than 25% of the cross sectional area nor more than 50% of the width of the stream.

| EFFLUENT CHARACTERISTIC | DAILY EFFLUENT LIMITATIONS: Quantity-kg/day (lbs/day) | | DAILY EFFLUENT LIMITATIONS: Other Limitations (Specify Units) | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|
| | Average | Maximum | Minimum | Average | Maximum | Sample Frequency | Sample Type |
| Flow - $M^3$/Day (MGD) | - | - | - | - | - | Daily | Continuous |
| Temperature | - | - | - | Mixing Zone | - | Daily | Continuous |
| $BOD_5$ | 1,655 (3,650) | 4,970 (10,950) | - | - | - | Daily | 24 hr. composite |
| Suspended Solids | 1,870 (4,130) | 5,620 (12,390) | - | - | - | Daily | 24 hr. composite |
| Settleable Solids | - | - | - | - | 0.1 ml/l | Daily | Grab |
| pH | - | - | 6.0 | pH units | 9.0 | Daily | Grab |

499165

ATT01686



FWS0052378

API-GF040473

D. MONITORING AND RECORDING

1. Sampling Requirements

Unless specified otherwise herein, samples shall be taken in accordance with Chapter NR 218 of the Wisconsin Administrative Code.

2. Reporting

Monitoring results obtained during the previous three months shall be summarized and reported on a Discharge Monitoring Report Form, postmarked no later than the 28th day of the month following the completed reporting period. The first report is due on July 28, 1974. Duplicate signed copies of these, and all other reports required herein, shall be submitted to the:

Wisconsin Department of Natural Resources
WPDES Permit Section
Post Office Box 450
Madison, Wisconsin 53701

3. Schedule of Compliance

The permittee shall achieve compliance with the effluent limitations contained in Part II in accordance with the following schedule:

| | | |
|---|---|---|
| a. | Final plans submitted | December 31, 1974 |
| b. | Commence construction | March 31, 1975 |
| c. | Report progress | December 31, 1975 |
| d. | Complete construction | September 30, 1976 |
| e. | Attain operation level | December 31, 1976 |

DISCHARGE MONITORING REPORT FORM FOR JULY 1979

RETURN REPORT NO LATER THAN AUG. 28, 1979

DEPARTMENT OF NATURAL RESOURCES
ATTN: WPDES PERMIT SECTION
BOX 450
MADISON, WISCONSIN 53701

APPLETON PAPERS

APPLETON PAPERS
P. O. BOX 348
APPLETON LOCKS WI 54911

| Permit No. | 0003990 | 0003990 | 0003990 | 0003990 | 0003990 | 0003990 | 0003990 |
|---|---|---|---|---|---|---|---|
| Outfall No. | 009 | 009 | 009 | 009 | 008.009 | 008.009 | 008.009 |
| Time Period From | JUL 01, 79 | JUL 01, 79 | JUL 01, 79 | JUL 01, 79 | JUL 01, 79 | JUL 01, 79 | JUL 01, 79 |
| To | JUL 31, 79 | JUL 31, 79 | JUL 31, 79 | JUL 31, 79 | JUL 31, 79 | JUL 31, 79 | JUL 31, 79 |
| Parameter No. | 00011-116 | 85001-117 | 00139-118 | 00400-119 | 00299-120 | 85001-121 | 00139-122 |
| Parameter Name | WATER TEMP | BOD 5 DAY | TOTAL SUSPENDED SOLIDS | PH | FLOW | BOD 5 DAY | TOTAL SUSPENDED SOLIDS |
| Parameter Units | FAHRNHT | #/DAY | #/day KG/A | SU | MGD | #/DAY | #/day KG/A |
| 1 | Fz 105 | Fz 16947 | Fz 2824 | C 7.4 | | | |
| 2 | 103 | 12945 | 1858 | S 7.4 | | | |
| 3 | 102 | 6066 | 1453 | N 7.5 | | | |
| July 4th Shutdown 4 | — | — | — | T — | | | |
| 5 | 104 | 11655 | 5125 | I 7.8 | | | |
| 6 | 105 | 17364 | 6418 | N 7.3 | ← SEE OUTFALL 009 → | | |
| 7 | 106 | 16710 | 5076 | U 7.3 | | | |
| 8 | 100 | 15527 | 3478 | O 7.5 | | | |
| 9 | 104 | 10752 | 3246 | U 7.6 | | FOR DATA | |
| 10 | 104 | 13551 | 1780 | S 7.8 | | | |
| 11 | 104 | 15942 | 3755 | 7.5 | | | |
| 12 | 103 | 15027 | 3071 | 7.2 | | | |
| 13 | 105 | 17687 | 4407 | 7.5 | | | |
| 14 | 107 | 17580 | 5235 | 7.3 | | | |
| 15 | 106 | 17040 | 3814 | 7.6 | | | |
| 16 | 105 | 15266 | 2565 | 7.6 | | | |
| 17 | 105 | 14645 | 2206 | 7.4 | | | |
| 18 | 105 | 14765 | 3075 | 7.5 | | | |
| 19 | 106 | 20557 | 3737 | 7.6 | | | |
| 20 | 106 | 21344 | 4477 | 7.4 | | | |
| 21 | 106 | 22844 | 4521 | 7.4 | | | |
| 22 | 105 | 21877 | 5500 | 7.6 | | | |
| 23 | 103 | 15113 | 2458 | 7.6 | | | |
| 24 | 102 | 10237 | 2627 | 8.7 | | | |
| 25 | 102 | 13091 | 4296 | 7.7 | | | |
| 26 | 104 | 21465 | 2025 | 7.9 | | | |
| 27 | 106 | 24557 | 4112 | 8.0 | | | |
| 28 | 106 | 25261 | 5347 | 7.5 | | | |
| 29 | 104 | 22270 | 3234 | 7.6 | | | |
| 30 | 103 | 26044 | 5081 | 7.5 | | | |
| 31 | 103 | 27827 | 6911 | 7.4 | | | |
| Monthly Average | 105 | 17724 | 4025 | 7.8 | | | |
| Daily Maximum | 107 | 27828 | 6941 | 7.9 | | | |
| Daily Minimum | 102 | 6066 | 1789 | 7.3 | | | |
| Permit Req. Monthly Average | | 17000 10 | 7000 2 | | | 18000 | 7200 |
| Daily Maximum | | 34000 2 | 14000 2 | 9.0 3 | | 36000 | 21600 |
| Daily Minimum | | | | 6.0 2 | | | |
| Sample Type | CONTINUOUS | 24 HR COMP | 24 HR COMP | GRAB | CONTINUOUS | 24 HR COMP | 24 HR COMP |
| Frequency of Sampling | CONTINUOUS | DAILY | DAILY | DAILY | CONTINUOUS | DAILY | DAILY |
| Number of Samples | | 219.001(2) | 219.001(01) | | | 219.001(02) | 219.001(01) |

513/

Mill Manager

EXHIBIT B

499167

REPORT FORM FOR [illegible]
RETURN REPORT NO [illegible] THAN [illegible] OCT [illegible] 1979

DEPARTMENT OF NATURAL RESOURCES
ATTN: WPDES PERMIT SECTION
BOX 450
MADISON, WISCONSIN 53701

Permittee Name: APPLETON PAPERS

Name and Address To Which Report Is Mailed:
APPLETON PAPERS
P. O. BOX 348
APPLETON LOCKS WI 54911

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Permit No. | 0000990 | 0000990 | 0000990 | 0000990 | 0000990 | 0000990 | 0000990 |
| Outfall No. | 009 | 009 | 009 | 009 | 008,009 | 008,009 | 008,009 |
| Time Period From | SEP 01, 79 | SEP 01, 79 | SEP 01, 79 | SEP 01, 79 | SEP 01, 79 | SEP 01, 79 | SEP 01, 79 |
| Time Period To | SEP 30, 79 | SEP 30, 79 | SEP 30, 79 | SEP 30, 79 | SEP 30, 79 | SEP 30, 79 | SEP 30, 79 |
| Parameter No. | 00011-118 | 85001-117 | 00139-118 | 00400-119 | 00299-120 | 85001-121 | 00139-122 |
| Parameter Name | WATER TEMP | BOD 5 DAY | TOTAL SUSPENDED SOLIDS | PH | FLOW | BOD 5 DAY | TOTAL SUSPENDED SOLIDS |
| Parameter Units | FAHRNHT | #/DAY | #/day BAG | SU | MGD | #/DAY | #/day BAG |

| Day | Remarks | Water Temp | BOD 5 Day | Total Suspended Solids | pH | Flow | BOD 5 Day | Total Suspended Solids |
|---|---|---|---|---|---|---|---|---|
| 1 | LABOR DAY SHUTDOWN | 91 | 1173 | 1625 | 7.7 | | | |
| 2 | " " " | 73 | 1742 | 1625 | 7.8 | | | |
| 3 | | 92 | 9734 | 2457 | 8.7 | | | |
| 4 | | 98 | 20735 | 2470 | 9.0 | | | |
| 5 | | 98 | 20752 | 2401 | 9.3 | | | |
| 6 | | 98 | 16382 | [illegible] | 7.7 | | | |
| 7 | | 99 | 18222 | 3026 | 8.0 | | SEE OUTFALL 007 DATA | |
| 8 | | 97 | 17233 | 3261 | 7.2 | | | |
| 9 | | 98 | 17024 | 2016 | 7.5 | | | |
| 10 | | 97 | 17574 | 2037 | 7.2 | | | |
| 11 | | 101 | 20117 | 2567 | 7.0 | | | |
| 12 | | 101 | 12609 | 2067 | 7.1 | | | |
| 13 | | 99 | 18051 | 5423 | 7.1 | | | |
| 14 | | 77 | 18807 | 3541 | 7.1 | | | |
| 15 | | 97 | 20706 | 3117 | 7.2 | | | |
| 16 | | 99 | 17273 | 3158 | 7.1 | | | |
| 17 | | 78 | 11366 | 2126 | 7.1 | | | |
| 18 | | 97 | 11580 | 2282 | 7.6 | | | |
| 19 | | 100 | 15741 | 2181 | 7.7 | | | |
| 20 | | 100 | 20843 | 3106 | 7.6 | | | |
| 21 | | 103 | 22257 | 2417 | 7.6 | | | |
| 22 | | 97 | 18066 | 1787 | 7.3 | | | |
| 23 | | 92 | 19212 | 5318 | 7.2 | | | |
| 24 | | 92 | 20704 | 6178 | 9.6 | | | |
| 25 | | 96 | 21451 | 4117 | 7.3 | | | |
| 26 | | 97 | 24810 | 2292 | 7.3 | | | |
| 27 | | 97 | 22044 | 4403 | 8.0 | | | |
| 28 | | 77 | 23187 | 6271 | 7.5 | | | |
| 29 | | 98 | 23571 | 4079 | 7.3 | | | |
| 30 | | 97 | 21178 | 4041 | 7.3 | | | |
| 31 | | | | | | | | |
| Monthly Average | | 96 | 17779 | 3021 | 7.7 | 6.93 | 17779 (?) | 3028 |
| Daily Maximum | | 101 | 24810 | 6178 | 9.6 | 7.96 | 24810 (?) | 6178 |
| Daily Minimum | | 73 | 1742 | 1625 | 7.0 | 5.76 | 1742 (?) | 1625 |
| Permit Requirements | | | | | | | | |
| Monthly Average | | | [illegible] | [illegible] | | | 18000 | 7200 |
| Daily Maximum | | | [illegible] | [illegible] | 9.0 | | 36000 | 21600 |
| Daily Minimum | | | | | 6.0 | | | |
| Weekly Average | | | | | | | | |
| Sample Type Required | | CONTINUOUS | 24 HR COMP | 24 HR COMP | GRAB | CONTINUOUS | 24 HR COMP | 24 HR COMP |
| Frequency of Sampling | | CONTINUOUS | DAILY | DAILY | DAILY | CONTINUOUS | DAILY | DAILY |
| Method of Sample Analysis | | | 219.060(2) | 219.060(3) | | | 219.060(2) | 219.060(3) |

EXHIBIT C

499168

ATT01689



FWS0052381

API-GF040476

DISCHARGE MONITORING REPORT FORM FOR [illegible]
RETURN REPORT NO LATER THAN [illegible]

[illegible] SEE PERMIT [illegible] 2 [illegible] STATUS
[illegible] DISCHARGE LIMITED TO NONCONTACT COOLING WATER

[illegible] PROGRAM REQUIRES AT LEAST 2 GRAB SAMPLES PER DAY

[illegible] PERMIT SECTION
[illegible]
MADISON, WISCONSIN 53702

Permittee Name
APPLETON PAPERS

Facility Name

Name and Address To Which Report Is Mailed
APPLETON PAPERS
PO BOX 348
APPLETON [illegible] WI 54911

| Day | FLOW (MGD) | WATER TEMP (FAHRENHEIT) | FLOW (MGD) | WATER TEMP (FAHRENHEIT) | BOD 5 DAY (#/DAY) | TOTAL SUSPENDED SOLIDS (#/DAY) | PH (MINIMUM) (S.U.) | PH (MAXIMUM) (S.U.) |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | No | | | | | | | |
| 6 | | | | | | | | |
| 7 | Discharge | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | 7.746 | 83 | 33120 | 94137 | 7.2 | 8.0 |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| [illegible] | | | 7.746 | 93 | 33130 | 94137 | 7.2 | 8.0 |
| [illegible] | | | " | " | " | " | " | " |
| [illegible] | | | " | " | " | " | " | " |

[illegible signatures] 7/31 [illegible]

Exhibit D

499169

ATT01690



FWS0052382

API-GF040477

DISCHARGE MONITORING
REPORT FORM FOR (
RETURN REPORT NO LATER THAN

DEPARTMENT OF NATURAL RESOURCES
ATTN: WPDES PERMIT SECTION
BOX 450
MADISON, WISCONSIN 53701

APPLETON PAPERS

APPLETON PAPERS
P. O. BOX 348
APPLETON LOCKS WI 54911

| | | |
|---|---|---|
| Time Period | From | DEC 01, 74 |
| | To | DEC 31, 74 |
| Parameter Name | | TOTAL SUSPENDED SOLIDS |
| Parameter Units | | #/DAY |

| Remarks | Day | TOTAL SUSPENDED SOLIDS |
|---|---|---|
| | 1 | 4742 |
| | 2 | 4140 |
| SEE REMARKS | 3 | 68554 |
| Rs 1 & 2 | 4 | 40078 |
| | 5 | 11089 |
| | 6 | 4349 |
| | 7 | 2849 |
| | 8 | 2850 |
| | 9 | 4585 |
| | 10 | 2178 |
| | 11 | 2196 |
| | 12 | 2118 |
| | 13 | 2475 |
| | 14 | 3076 |
| | 15 | 3849 |
| | 16 | 5188 |
| | 17 | 4027 |
| | 18 | 4388 |
| | 19 | 4777 |
| | 20 | 4224 |
| | 21 | 3396 |
| | 22 | 3678 |
| | 23 | 1895 |
| | 24 | 1708 |
| | 25 | 1545 |
| | 26 | 591 |
| | 27 | 591 |
| | 28 | 746 |
| | 29 | 575 |
| | 30 | 962 |
| | 31 | 2255 |
| Monthly Average | | 6451 |
| Daily Maximum | | 68558 |
| Daily Minimum | | 575 |

Exhibit E

499170

ATT01691



FWS0052383

API-GF040478

REPORT FORM FOR
RETURN REPORT NO. ( THAN

DEPT. OF NATURAL RESOURCES
MADISON, WISCONSIN 53701
APPLETON PAPERS

(06) NR 101 PROGRAM REQUIRES AT LEAST 2 GRAB SAMPLES PER DAY

APPLETON PAPERS
P. O. BOX 348
APPLETON LOCKS WI 54911

| Remarks | Day | FLOW (MGD) | WATER TEMP (FAHRENHEIT) | BOD 5 DAY (LB/DAY) | TOTAL SUSPENDED SOLIDS (LB/DAY) | PH (MINIMUM) | PH (MAXIMUM) | FLOW (MGD) | BOD 5 DAY (LB/DAY) |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 8.13 | 7. | 1687? | 4742 | 7.0 | 8.0 | 8.13 | 16870 |
| | 2 | 7.53 | 76 | 20622 | 4140 | 7.3 | 8.5 | 7.53 | 23200 |
| CARRYOVER ... | 3 | 0.47 | 7. | 31.. | 7947 | 7.3 | 9.0 | 7.50 | 25963 |
| ON 12/3 AND 12/4, ... | 4 | 7.77 | 75 | 14470 | 1729 | 7.2 | 8.8 | 7.54 | 29941 |
| ... CARRIED ... | 5 | 9.90 | 72 | 15953 | 11907 | 7.2 | 9.5 | 9.90 | 15853 |
| TO ... SEE ... | 6 | 9.17 | 72 | 20427 | 4148 | 7.4 | 7.8 | 9.17 | 20421 |
| | 7 | 9.77 | 72 | 27441 | 2948 | 7.3 | 8.0 | 9.77 | 27441 |
| | 8 | 8.41 | 72 | 32127 | 2950 | 7.2 | 7.4 | 8.41 | 32127 |
| | 9 | 8.34 | 70 | 21257 | 4585 | 7.0 | 8.4 | 8.34 | 21257 |
| | 10 | 8.14 | 65 | 657? | 2170 | 7.1 | 7.5 | 8.14 | 1577? |
| | 11 | 8.50 | 72 | 10131 | 2176 | 6.7 | 7.4 | 8.50 | 10131 |
| ALL EXCESS PAPER | 12 | 7.94 | 75 | 16347 | 2118 | 7.3 | 8.2 | 7.94 | 16347 |
| SLUDGE PUT TO | 13 | 8.74 | 75 | 28610 | 2475 | 7.5 | 9.4 | 8.74 | 28610 |
| CLARIFIER BECAUSE | 14 | 9.01 | 75 | 22040 | 2376 | 7.3 | 8.7 | 9.01 | 22040 |
| ... PLANT ... | 15 | 9.34 | 75 | 25466 | 2940 | 7.5 | 8.5 | 9.34 | 25466 |
| DOWN FROM 12/13 TO | 16 | 8.65 | 75 | 21394 | 5138 | 8.2 | 8.7 | 8.65 | 21394 |
| 12/23; HIGH BOD. | 17 | 8.65 | 72 | 27407 | 4937 | 7.9 | 7.2 | 8.65 | 27407 |
| EPA NOTIFIED ON | 18 | 8.61 | 72 | 20467 | 4188 | 7.7 | 9.1 | 8.61 | 20467 |
| ... SEE | 19 | 8.96 | 72 | 27556 | 4777 | 8.0 | 9.2 | 8.96 | 27556 |
| ... REPORT. | 20 | 9.05 | 74 | 21896 | 4224 | 7.6 | 9.4 | 9.05 | 21896 |
| | 21 | 9.26 | 74 | 24277 | 2596 | 7.7 | 9.0 | 9.26 | 24575 |
| | 22 | 8.93 | 74 | 21343 | 2078 | 7.4 | 8.3 | 8.93 | 21343 |
| | 23 | 7.84 | 74 | 18836 | 1975 | 7.5 | 8.2 | 7.84 | 18836 |
| MILL SHUT DOWN FROM | 24 | 7.32 | 40 | 17556 | 1768 | 7.0 | 8.8 | 7.32 | 17556 |
| DEC. 24 - DEC. 29 | 25 | 7.32 | 37 | 0 | 1585 | 7.3 | 8.0 | 7.32 | 0 |
| | 26 | 3.94 | 37 | 0 | 591 | 7.5 | 8.0 | 3.94 | 0 |
| | 27 | 3.94 | 37 | 0 | 371 | 6.6 | 7.5 | 3.94 | 0 |
| | 28 | 4.97 | 37 | 0 | 746 | 7.3 | 7.7 | 4.97 | 0 |
| | 29 | 5.75 | 37 | 0 | 575 | 7.3 | 7.7 | 5.75 | 0 |
| | 30 | 7.69 | 74 | 6056 | 962 | 7.7 | 8.0 | 7.69 | 6056 |
| | 31 | 8.84 | 74 | 22313 | 2355 | 7.3 | 8.0 | 8.84 | 22313 |
| Monthly Average | | 7.56 | 67 | 14960 | 3239 | 7.4 | 8.3 | 7.44 | 20483 |
| Daily Maximum | | 9.26 | 76 | 31,296 | 11,907 | 8.2 | 9.5 | 9.26 | 31,296 |
| Daily Minimum | | 0.47 | 37 | 0 | 575 | 6.6 | 7.4 | 3.94 | 0 |



499171

ATT01692



FWS0052384

API-GF040479

REPORT FORM FOR
RETURN REPORT NO. ( THAN

DEPARTMENT OF NATURAL RESOURCES
[illegible] PERMIT SECTION
BOX 450
MADISON, WISCONSIN 53701

Permittee Name
APPLETON PAPERS

Facility Name
APPLETON PAPERS

Name and Address To Which Report Is Mailed
REINHOLD A VOGT V P
APPLETON PAPERS
COMBINED LOCKS MILL
COMBINED LOCKS WI 54911

| | |
|---|---|
| Permit No. | [illegible] |
| Outfall No. | [illegible] |
| Time Period From | [illegible] 75 |
| To | [illegible] 75 |
| Parameter No. | [illegible] |
| Parameter Name | TOTAL SUSPENDED SOLIDS |
| Parameter Units | [illegible] |
| 1 | [illegible] |
| 2 | [illegible] |
| 3 | [illegible] |
| 4 | [illegible] |
| 5 | [illegible] |
| 6 | 29400 |
| 7 | [illegible] |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| Average of Daily Values | 5612 |
| Daily Maximum | 29400 |
| Daily Minimum | 1453 |

[signature] 5/7/75

EXHIBIT G

499172

ATT01693



FWS0052385

API-GF040480

DISCHARGE MONITORING REPORT FORM FOR
RETURN REPORT NO LATER THAN

DEPARTMENT OF NATURAL RESOURCES
ATTN: WPDES PERMIT SECTION
MADISON, WISCONSIN 53701

APPLETON PAPERS

DNR FEB 19 1975

APPLETON PAPERS

REINHOLD A VOGT V P
APPLETON PAPERS
COMBINED LOCKS MILL
COMBINED LOCKS WI 54911

WPDES PROGRAM REQUIRES AT LEAST 2 GRAB SAMPLES PER DAY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Outfall No. | | 009 | 009 | 009 | 009 | 009 SEE (CA) | 009 | 008,009 | 008,009 |
| Time Period From | | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 | JAN 01, 75 |
| Time Period To | | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 | JAN 31, 75 |
| Parameter No. | | [illegible] | [illegible] | [illegible] | [illegible] | 00201-120 | 00202-121 | 00299-122 | 45001-124 |
| Parameter Name | | FLOW (1) | WATER TEMP | BOD 5 DAY (2) | TOTAL SUSPENDED SOLIDS (3) | PH (MINIMUM) | PH (MAXIMUM) | FLOW | BOD 5 DAY |
| Parameter Units | | MGD | FAHRENHT | #/DAY | #/DAY | S U | S U | MGD | #/DAY |
| | 1 | 9.26 | 73 | 19221 | 4322 | 7.7 | 7.9 | 9.26 | [illegible] |
| | 2 | 9.23 | 73 | 18302 | 2229 | 7.9 | 9.0 | 9.23 | [illegible] |
| | 3 | 9.07 | 73 | 19418 | 6800 | 9.0 | 10.0 | 9.07 | [illegible] |
| | 4 | 8.58 | 71 | 23529 | 6003 | 8.0 | 10.0 | 8.58 | [illegible] |
| | 5 | 8.39 | 72 | 26234 | 3428 | 7.5 | 7.8 | 8.39 | [illegible] |
| WATER PIT FLOODED, DOWN FOR 15 HOURS | 6 | 4.38 | 73 | ~~[illegible]~~ | ~~[illegible]~~ | 7.6 | 9.1 | 5.72 | [illegible] |
| TESTING TH. 11 HOURS [illegible] | 7 | 8.50 | 73 | ~~[illegible]~~ | ~~[illegible]~~ | 7.6 | 11.0 | 8.50 | [illegible] |
| OCE | 8 | 8.37 | 78 | 21351 | 2516 | 7.7 | 11.0 | | |
| | 9 | 8.26 | 78 | 21960 | 3511 | 7.8 | 8.5 | | |
| | 10 | 8.27 | 76 | 15850 | 5513 | 7.7 | 9.0 | | |
| S.S HIGH EAST CLAR. [illegible] | 11 | 8.17 | 71 | 18450 | 10144 | 7.8 | 8.0 | | |
| | 12 | 7.23 | 71 | 17472 | 5784 | 7.6 | 9.5 | | |
| | 13 | 8.45 | 70 | 13033 | 4790 | 7.3 | 9.8 | | |
| | 14 | 8.27 | 71 | 18850 | 4204 | 8.2 | 9.2 | | |
| | 15 | 8.34 | 70 | 14043 | 3711 | 7.8 | 8.5 | | |
| | 16 | 7.85 | 73 | 13746 | 2749 | 7.6 | 7.8 | | |
| | 17 | 7.67 | 77 | 19559 | 2428 | 7.6 | 7.7 | | |
| | 18 | 7.79 | 77 | 17409 | 2013 | 7.5 | 7.7 | | |
| | 19 | 8.15 | 77 | 20115 | 3397 | 7.6 | 7.9 | | |
| | 20 | 8.33 | 73 | 17910 | 3262 | 7.4 | 8.3 | | |
| | 21 | 8.02 | 71 | 22344 | 4147 | 8.0 | 8.7 | | |
| | 22 | 7.94 | 71 | 21702 | 3970 | 7.8 | 9.1 | | |
| | 23 | 8.33 | 74 | 25705 | 4724 | 8.1 | 8.9 | | |
| | 24 | 7.84 | 76 | 23594 | 3202 | 7.7 | 8.9 | | |
| | 25 | 8.41 | 77 | 22939 | 2367 | 7.7 | 9.1 | | |
| | 26 | 7.68 | 76 | 21090 | 3972 | 7.8 | 8.8 | | |
| | 27 | 7.89 | 76 | 19264 | 3419 | 7.7 | 8.9 | | |
| | 28 | 8.77 | 76 | 14482 | 3218 | 7.8 | 8.9 | | |
| | 29 | 8.53 | 76 | 19199 | 3555 | 7.6 | 8.2 | | |
| | 30 | 8.85 | 76 | 14241 | 2879 | 7.8 | 8.7 | | |
| | 31 | 8.11 | 77 | 21002 | 2937 | 7.9 | 9.9 | | |
| Average of Daily Values | | 8.08 | 74 | 18961 | 3819 | 7.8 | 8.9 | 8.32 | 26161 |
| Daily Maximum | | 9.26 | 78 | 26234 | 10144 | 9.0 | 11.0 | 9.26 | 28509 |
| Daily Minimum | | 4.36 | 70 | 6600 | 1453 | 7.3 | 7.7 | 3.0 | 13333 |
| Daily Maximum (permit) | | | | | | | 11 | | [illegible] |
| Daily Minimum (permit) | | | | | | 0 | | | |
| Sample Type | | | | 24 HR COMP | 24 HR COMP | GRAB | GRAB | CONTINUOUS | 24 HR COMP |
| Frequency of Sampling | | DAILY | | DAILY | DAILY | DAILY | DAILY | DAILY | DAILY |

5183

Larry C. Nyenhuis

EXHIBIT M

499173

ATT01694



FWS0052386

API-GF040481

MADISON, WISCONSIN 53701

Permittee Name: APPLETON PAPERS

Facility Name: APPLETON PAPERS

Name and Address To Which Report is Mailed:
REINHOLD A VOGT V P
APPLETON PAPERS
COMBINED LOCKS MILL
COMBINED LOCKS WI 54911

KEY PUNCHED

[illegible] NR [illegible] PROGRAM REQUIRES AT LEAST 2 GRAB SAMPLES PER DAY

Unless noted under parameter name, each daily value entered must be the highest value of all samples for the analysis for that day

| Permit No | [illegible] | [illegible] | [illegible] | [illegible] | 0000990 | 0000990 | 0000990 | 0000990 |
|---|---|---|---|---|---|---|---|---|
| Outfall No. | 009 | 009 | 009 | 009 | 009 SEE (C4) | 009 | 004,009 | 004,009 |
| Time Period From | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 | FEB 01, 75 |
| Time Period To | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 | FEB 28, 75 |
| Parameter No | [illegible]-116 | [illegible]-117 | [illegible]-118 | [illegible]-119 | 00261-120 | 00262-121 | 00499-122 | 65001-123 |
| Parameter Name | FLOW | WATER TEMP | BOD 5 DAY | TOTAL SUSPENDED SOLIDS | PH (MINIMUM) | PH (MAXIMUM) | FLOW | BOD 5 DAY |
| Parameter Units | [illegible] | FAHRENHEIT | #/DAY | #/DAY | S U | S U | MGD | #/DAY |
| 1 | 8.68 | 77 | 23077 | 1808 | 7.7 | 7.4 | | |
| 2 | 8.23 | 78 | 21675 | 2469 | 7.7 | 7.9 | | |
| 3 | 8.42 | 79 | 22604 | 2527 | 7.6 | 8.4 | | |
| 4 | 8.41 | 79 | 25666 | 4418 | 7.4 | 7.6 | | |
| 5 | 8.75 | 79 | 16120 | 3646 | 7.5 | 7.4 | SAME | AS |
| 6 | 8.54 | 74 | 12178 | 3418 | 7.6 | 8.1 | | |
| 7 | 8.32 | 76 | 22048 | 2773 | 7.5 | 7.8 | OUTFALL | 009 |
| 8 | 8.39 | 76 | 21182 | 3425 | 7.5 | 7.7 | | |
| 9 | 8.31 | 76 | 18210 | 3393 | 7.3 | 9.1 | | |
| 10 | 8.28 | 79 | 18549 | 3586 | 7.7 | 8.7 | | |
| 11 | 8.23 | 79 | 20036 | 3499 | 7.8 | 8.4 | | |
| 12 | 8.16 | 79 | 26740 | 4422 | 8.0 | 9.1 | | |
| 13 | 8.12 | 81 | 24286 | 3653 | 7.8 | 9.1 | | |
| 14 | 8.25 | 81 | 13340 | 2613 | 7.8 | 9.7 | | |
| 15 | 8.34 | 81 | 16336 | 3058 | 7.8 | 9.2 | | |
| 16 | 8.08 | 81 | 16696 | 2424 | 8.0 | 8.8 | | |
| 17 | 8.36 | 79 | 13527 | 2496 | 7.9 | 9.3 | | |
| 18 | 8.49 | 82 | 13290 | 2649 | 7.4 | 8.0 | | |
| 19 | 8.04 | 81 | 13011 | 2511 | 7.7 | 8.3 | | |
| 20 | 8.72 | 79 | 15642 | 2542 | 7.8 | 8.2 | | |
| 21 | 8.41 | 82 | 12686 | 2523 | 7.8 | 9.2 | | |
| 22 | 8.28 | 82 | 16404 | 3105 | 7.7 | 8.0 | | |
| 23 | 8.63 | 82 | 15744 | 2731 | 7.5 | 9.3 | | |
| 24 | 8.84 | 82 | 14819 | 4276 | 7.7 | 9.5 | | |
| 25 | 8.84 | 81 | 15463 | 3460 | 7.7 | 8.8 | | |
| 26 | 8.56 | 80 | 14704 | 2356 | 7.7 | 8.7 | | |
| 27 | 8.63 | 86 | 19353 | 2662 | 7.6 | 7.9 | | |
| 28 | 8.78 | 79 | 16820 | 2413 | 7.6 | 9.0 | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| Average of Daily Values | 8.45 | 79 | 18065 | 3052 | 7.7 | 8.6 | | |
| Daily Maximum | 8.49 | 82 | 26740 | 4422 | 8.0 | 9.7 | | |
| Daily Minimum | 8.08 | 74 | 12178 | 1808 | 7.4 | 7.6 | | |
| Permit Requirements | | | | | | | | |
| Average of Daily Values | | | | | | | | |
| Daily Maximum | | | | | | 9.0 | | [illegible] |
| Daily Minimum | | | | | 6.0 | | | [illegible] |
| Average of Values in 7 Con. Days | | | | | | | | |
| Sample Type Required | [illegible] | [illegible] | [illegible] | [illegible] | GRAB | GRAB | CONTINUOUS | 24 HR COMP |
| Frequency of Sampling | [illegible] | DAILY | DAILY | DAILY | DAILY | DAILY | DAILY | DAILY |
| Method of Sample Analysis | | | [illegible] | [illegible] | | | | [illegible] |

Use These Columns: Enter Number of Samples Analyzed For Use ... The Sample Type Required ... The Permit Is Not Used ... Not Occurred ... Reported To The DNR WPDES Section

I hereby certify that to the best of my knowledge and belief the above information is true, complete and accurate.

Signature of Certifying Person: Larry C. Weyenberg 3/19/75

Telephone Number: 5183

Signature of Permittee or Authorized Agent: [illegible signature]

Title: Gen. Mgr.

147.21(4) Wis. Stats. "Any person who knowingly makes any false statement, representation or certification in any application, record, report, plan or other document filed or required to be maintained under this chapter ... shall upon conviction be punished by a fine of not more than $10,000 or by imprisonment for not more than 6 months or both."

EXHIBIT I

499174

ATT01695

Case 1:10-cv-00910-WCG Filed 02/03/12 Page 24 of 27 Document 301-16

FWS0052387

API-GF040482

MADISON WISCONSIN 53701

Permittee Name: APPLETON PAPERS

Facility Name: APPLETON PAPERS

Name and Address To Which Report Is Mailed:
REINHOLD A VOGT V P
APPLETON PAPERS
COMBINED LOCKS MILL
COMBINED LOCKS WI 54911

(C6) ... PROGRAM REQUIRES AT LEAST 2 ... SAMPLES PER DAY

Unless noted under parameter name, each daily value entered must be the highest value of all samples from analyses for that day

| Permit No. | ...990 | ...990 | ...990 | ...990 | ...990 | ...990 | ...990 | ...990 |
|---|---|---|---|---|---|---|---|---|
| Outfall No. | 009 | 009 | 009 | 009 | 009 SEE (C6) | 009 | 004,009 | 004,009 |
| Time Period From | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 | MAR 01, 75 |
| Time Period To | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 | MAR 31, 75 |
| Parameter No. | ...2-116 | ...11-117 | ...-118 | ...-119 | 00251-120 | ...262-121 | 00299-122 | ...-124 |
| Parameter Name | FLOW | WATER TEMP | BOD 5 DAY | TOTAL SUSPENDED SOLIDS | PH (MINIMUM) | PH (MAXIMUM) | FLOW | BOD 5 DAY |
| Parameter Units | MGD | ... | #/DAY | #/DAY | S U | S U | MGD | #/DAY |
| 1 | 8.608 | 73 | 15781 | 3725 | 7.7 | 9.0 | | |
| 2 | 8.637 | 79 | 34990 | 4678 | 7.9 | 9.9 | | |
| 3 | 8.234 | 77 | 33641 | 5489 | 8.0 | 9.4 | | |
| 4 | 8.313 | 75 | 14844 | 3048 | 7.8 | 9.0 | | |
| 5 | 8.324 | 78 | 23653 | 3746 | 8.0 | 8.7 | | |
| 6 | 8.268 | 79 | 15089 | 1929 | 7.8 | 8.2 | | |
| 7 | 8.320 | 81 | 14074 | 2426 | 8.0 | 8.9 | | |
| 8 | 8.267 | 78 | 15983 | 1791 | 8.0 | 8.5 | | |
| 9 | 8.281 | 78 | 12559 | 1587 | 8.1 | 8.8 | SAME AS | |
| 10 | 8.358 | 79 | 12537 | 1810 | 7.6 | 8.5 | | |
| 11 | 8.208 | 80 | 19220 | 3283 | 7.5 | 8.0 | OUTFALL 004 | |
| 12 | 8.455 | 79 | 11907 | 2043 | 7.6 | 8.6 | | |
| 13 | 8.584 | 77 | 14521 | 3863 | 7.7 | 8.3 | | |
| 14 | 8.733 | 78 | 16519 | 2692 | 7.6 | 8.7 | | |
| 15 | 8.472 | 79 | 11026 | 3318 | 7.6 | 8.2 | | |
| 16 | 8.493 | 83 | 10474 | 1840 | 7.7 | 7.9 | | |
| 17 | 8.662 | 84 | 7061 | 1804 | 7.5 | 8.0 | | |
| 18 | 8.864 | 85 | 7165 | 2216 | 7.8 | 8.8 | | |
| 19 | 8.613 | 88 | 18446 | 5045 | 7.3 | 8.0 | | |
| 20 | 8.841 | 83 | 13335 | 4421 | 7.5 | 7.9 | | |
| 21 | 9.258 | 87 | 22236 | 4783 | 7.2 | 8.4 | | |
| 22 | 7.171 | 70 | 1952 | 2450 | 7.2 | 8.0 | | |
| 23 | 7.311 | 48 | 670 | 2537 | 8.0 | 9.3 | | |
| 24 | 8.570 | 77 | 9284 | 3928 | 7.8 | 9.3 | | |
| 25 | 8.577 | 80 | 14438 | 4074 | 7.5 | 8.2 | | |
| 26 | 8.653 | 79 | 14710 | 2884 | 7.6 | 9.5 | | |
| 27 | 8.590 | 80 | 16464 | 5011 | 7.3 | 8.0 | | |
| 28 | 8.830 | 82 | 15305 | 4636 | 7.3 | 8.5 | | |
| 29 | 6.549 | 78 | 1910 | 1037 | 7.5 | 9.1 | | |
| 30 | 5.861 | 44 | 733 | 1123 | 7.6 | 7.7 | | |
| 31 | 8.133 | 77 | 6438 | 2372 | 7.1 | 8.3 | | |
| Average of Daily Values | 8.292 | 77 | 13951 | 3053 | | | | |
| Daily Maximum | 9.258 | 88 | 34990 | 5489 | | 9.9 | | |
| Daily Minimum | 5.861 | 44 | 670 | 1037 | 7.1 | | | |
| Permit Requirements | | | | | | | | |
| Average of Daily Values | | | | | | | | |
| Daily Maximum | | | | | | ... 6 | | 10000 0 |
| Daily Minimum | | | | | ... 0 | | | 30000 0 |
| Average of Values in 7 Cons. Days | | | | | | | | |
| Sample Type Required | ... | ... | ... COMP | ... COMP | ... | GRAB | CONTINUOUS | 24 HR COMP |
| Frequency of Sampling | ... | ... | ... | ... | DAILY | DAILY | DAILY | DAILY |
| Method of Sample Analysis | | | ... | ... | | | | 219...51-21 |

See Table C... the Minimum Number of Samples ... Per Day ... The Same ... Type ... By The Permit ... Must Be Reported To The DNR WPDES Section.

I hereby certify that to the best of my knowledge and belief the above information is true, complete and accurate.

Signature of Certified Operator: Larry C. Wegenberg 4/15/75 — Certificate Number: 5183

Signature of the ... : [illegible] — [illegible] 4/15/75

147.21(1) Wis. Stat.: "Any person who knowingly makes any false statement, representation, or certification in any application, record, report, plan or other document filed or required to be maintained ... shall upon conviction be punished by a fine of not more than $10,000 or by imprisonment for not more than 6 months or both."

EXHIBIT J

499175

ATT01696



FWS0052388

API-GF040483

RETURN REPORT NO LATER THAN

APPLETON PAPERS

APPLETON PAPERS

REYNOLDS A VOGT
APPLETON PAPERS
CO LINED LOCKS MILL
CO LINED LOCKS WI 54911

KEY PUNCHED 1975

| Parameter Name | FLOW | WATER TEMP | BOD 5 DAY | SUSPENDED SOLIDS TOTAL | PH (MINIMUM) | PH (MAXIMUM) | FLOW | BOD 5 DAY |
|---|---|---|---|---|---|---|---|---|
| Parameter Units | MGD | FAHRENHEIT | LB/DAY | LB/DAY | SU | SU | MGL | LB/DAY |
| 1 | 7.844 | 84 | 13988 | 2483 | 7.5 | 7.7 | | |
| 2 | 8.239 | 86 | 17439 | 2540 | 7.3 | 7.5 | | |
| 3 | 8.442 | 82 | 15829 | 2744 | 7.3 | 7.4 | | |
| 4 | 8.745 | 86 | 18947 | 3935 | 7.0 | 8.3 | | |
| 5 | 4851 | 78 | 1334 | 768 | 7.2 | 7.8 | | |
| 6 | 4.285 | 51 | 393 | 750 | 7.5 | 7.6 | | |
| 7 | 8.568 | 82 | 9063 | 2999 | 7.5 | 7.8 | SAME | |
| 8 | 8.742 | 83 | 14715 | 3205 | 7.5 | 8.7 | | |
| 9 | 8.749 | 84 | 15456 | 3207 | 7.3 | 8.3 | OUTFALL | |
| 10 | 8.747 | 86 | 17421 | 3725 | 7.2 | 7.9 | | |
| 11 | 9.152 | 86 | 12889 | 3355 | 7.0 | 8.8 | | |
| 12 | 6.087 | 73 | 4261 | 2435 | 7.0 | 8.0 | | |
| 13 | 4.955 | 52 | 1445 | 1363 | 7.4 | 8.0 | | |
| 14 | 7.937 | 84 | 14110 | 4326 | 7.4 | 9.3 | | |
| 15 | 8.431 | 91 | 20071 | 3957 | 7.3 | 9.2 | | |
| 16 | 8.493 | 88 | 21867 | 2689 | 7.1 | 7.6 | | |
| 17 | 8.419 | 89 | 22942 | 3368 | 7.2 | 7.5 | | |
| 18 | 9.056 | 89 | 17810 | 3999 | 7.1 | 7.8 | | |
| 19 | [illegible] | 86 | 16767 | 3963 | 7.0 | 7.3 | | |
| 20 | 8.696 | 86 | 13334 | 3735 | 7.1 | 7.4 | | |
| 21 | 9.335 | 83 | 15558 | 4201 | 7.3 | 9.0 | | |
| 22 | 8.398 | 87 | 16313 | 3484 | 7.2 | 7.9 | | |
| 23 | 9.094 | 88 | 14247 | 3167 | 6.9 | 7.6 | | |
| 24 | 8.242 | 89 | 18475 | 3022 | 6.8 | 7.2 | | |
| 25 | 8.316 | 90 | 10325 | 1870 | 7.2 | 7.7 | | |
| 26 | 7.855 | 92 | 21355 | 3021 | 7.1 | 7.7 | | |
| 27 | 8.183 | 92 | 16911 | 3267 | 7.2 | 7.6 | | |
| 28 | 8.648 | 82 | 15494 | 3890 | 7.2 | 8.8 | | |
| 29 | 8.872 | 90 | 19000 | 3327 | 7.1 | 7.6 | | |
| 30 | 8.850 | 90 | 18953 | 3466 | 7.0 | 7.7 | | |
| 31 | | | | | | | | |
| Average of Daily Values | 8.134 | 84 | 14557 | 3065 | | | | |
| Daily Maximum | 9.335 | 92 | 22942 | 4326 | | 9.3 | | |
| Daily Minimum | 4.285 | 51 | 393 | 750 | 6.8 | | | |

Larry E. Wagenberg 5/15/75 5183

EXHIBIT K

EXHIBIT K

499176

ATT01697



FWS0052389

API-GF040484

RETURN REPORT NO LATER THAN

ATTN: [illegible] PERMIT SECTION
BOX 450
MADISON, WISCONSIN 53701

APPLETON PAPERS

APPLETON PAPERS

REINHOLD A VOGT V P
APPLETON PAPERS
COMBINED LOCKS MILL
COMBINED LOCKS WI 54113

| | | |
|---|---|---|
| Permit No. | | WI-0049[illegible] |
| Outfall No. | | 005, 009 |
| Time Period | From | MAY 01, 75 |
| | To | MAY 31, 75 |
| Parameter No. | | 00135-12[illegible] |
| Parameter Name | | SUSPENDED SOLIDS, TOTAL |
| Parameter Units | | #/DAY |
| Remarks: Use Additional Sheets | Day | |
| | 1 | 2800 |
| | 2 | 3167 |
| | 3 | 3343 |
| | 4 | 2208 |
| | 5 | 3363 |
| | 6 | 15229 |
| Plant down | 7 | 55439 |
| | 8 | 4867 |
| | 9 | 2316 |
| | 10 | 2014 |
| | 11 | 2367 |
| | 12 | 2426 |
| | 13 | 3500 |
| | 14 | 3582 |
| | 15 | 2761 |
| | 16 | 2310 |
| | 17 | 2105 |
| | 18 | 3977 |
| | 19 | 3426 |
| | 20 | 3023 |
| | 21 | 3444 |
| | 22 | 2988 |
| | 23 | 3066 |
| | 24 | 3208 |
| | 25 | 3920 |
| | 26 | 2642 |
| | 27 | 3071 |
| | 28 | 3442 |
| | 29 | 2527 |
| | 30 | 2559 |
| | 31 | 3122 |
| Average of Daily Values | | 5246 |
| Daily Maximum | | 55439 |
| Daily Minimum | | 2014 |
| Permit Requirements | | |
| Average of Daily Values | | [illegible] |
| Daily Maximum | | [illegible] |
| Daily Minimum | | |
| Sample Type | | [illegible] |
| Frequency of Sampling | | [illegible] |

[illegible signatures] 5/[illegible]

EXHIBIT L

499177

ATT01698



FWS0052390

API-GF040485