- -$ ↓

# M E M O R A N D U M

February 24, 1976
API - A292
(A.S. No. 351)

FROM: Code Office
TO: Dr. Al Kresch, cc: Dr. Foote
SUBJECT: Samples received January 22, 1976

## POLYCHLORINATED BIPHENYL ANALYSIS

| Institute File No. | Code No. | Polychlorinated Biphenyl, µg/1 (ppb) Interpreted as Aroclor 1242 |
|---|---|---|
| 76-70339 | Sample #1 - City Water Input | < 0.3[a] |
| 76-70340 | Sample #2 - Appleton Deep Well Water | < 0.3[a] |
| 76-70341 | Sample #3 - Appleton Plant Common Effluent | 0.9 |

[a] No PCB detected

Note: Each of the above values represents a single determination.

Basis of report: As received.
Method: Methods for organic pesticides in water and wastewater. Environmental Protection Agency, 1971.

(Remaining portions of samples returned to Dr. Kresch)

mce