**MEMORANDUM**

APPLETON PAPERS DIVISION

TO: PCB File, No. 17
L. Schleicher

Ph - 608-742-5386 (4093-1958)

DATE: April 16, 1976

FROM: Al Kresch

SUBJECT: PCB CLEANUP AT THE PORTAGE PLANT. TELEPHONE CONVERSATION WITH R.V. MONTELLO (4/16/76).

Mr. Montello described the PCB cleanup situation at the Portage Plant, as follows:

The drains, traps and pipes in the plant were cleaned with caustic detergent, and flushed with water. About 12,700 gallons of contaminated effluent were disposed of. About 4000 gallons of contaminated effluent remain in the waste neutralization tanks.

They are unable to pump these neutralizing tanks completely dry with the equipment presently on hand. They have ordered a check valve to put on the pump hose. This should enable the pump to "retain its' priming" at low liquid levels.

The area in front of the two IP-Make tanks are suspected of still being contaminated (odors were noticed during the cleanup). They intend to clean the drain, in this area, with about 100 gallons of S-100 solvent, followed by a caustic detergent-water flushing.

The truck scale pit had about 4" of oily sand in it. Capsules were also present. Some areas were like "Jello". The drain was almost completely plugged up. The "junk" in the scale pit has been removed (five 55 gallon drums of contaminated sand, grease and capsules were collected). The drain was cleaned out with 4 gallons of hot alkaline detergent. The pit itself was then cleaned and scrubbed with hot alkaline detergent. ← Some areas very clean, some areas unaffected.

Mr. Montello expects that the cleanup will be completed in two or three weeks. I will contact him at that time to obtain samples for PCB analysis from the following areas:

1. The waste neutralizing tanks.

2. Inlet from the Portage Plant Pipes to waste neutralizing tanks.

3. Truck weighing scale pit.

Still to be disposed of

About 1/2 of this was disposed in the Portage City Sanitary Land Fill. The other 1/2 was disposed of in a manner unknown to anyone but Montello. (The truck was too big to get into the Land Fill Area).

S-1002

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER API227470

APIFOX00071633

CONFIDENTIAL