# MEMORANDUM

NCR APPLETON PAPERS DIVISION

TO: PCB file, No. 38

ncr: L. Schleicher ✓

DATE: December 29, 1976

FROM: Al Kresch

SUBJECT: PCB Contamination at Portage: Telephone Conversation with Dale Schumaker, Dec. 28, 1976.

Recent PCB analysis has shown that a consistently high level of Aroclor 1242 exists in the final combined waste discharge from the Portage Plant. (Concentrations ranging from 45 ppb to 6210 ppb have been seen in samples obtained since August 1976.)

Mr. Schumaker proposed that the following action be taken:

1. Have the pipe between the final holding tank and the main sewer line be routed and cleaned by professionals.
2. Physically check the plumbing, to insure that no flow, other than that from the toilets, bypasses the holding tanks (the plumbing blueprints show that only the toilet lines bypass the holding tanks).

In taking this action, Mr. Schumaker realizes that the pipe will probably be recontaminated. He feels however, that we will be removing a large portion of the PCB's that remain in the plant.

Plans are being made for Mr. Schumaker, MR. Sobiesczyk and Mr. Kresch to present these ideas to Mr. Montello, at Portage, in early January 1977.

AK:cmc

S-1002

Kresch EXHIBIT 32 6/1/07 GRAMANN REPORTING, LTD.

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

API226996

DEP-KA-000608



APIFOX00034246