# MEMORANDUM

NCR APPLETON PAPERS DIVISION
GENERAL OFFICES APPLETON, WISCONSIN 54911

TO: PCB File, No. 66

ncr: L. Schleicher

DATE: September 8, 1977

cs PCB Book

FROM: A. J. Kresch

SUBJECT: PCB STATUS AT PORTAGE PLANT; MEETING ON SEPTEMBER 7, 1977

Attending this meeting were Alan J. Kresch, Dale H. Schumaker, John O. Sobiesczyk and Walter E. Spearin.

The PCB situation at Portage has not improved, in spite of recent clean up and replumbing operations (see attached table).

Some changes in the sampling of Portage effluent will be made. The following samples will be taken:

1) Samples from the street sewer line (at least bi-weekly).

2) Samples of the outfall from the plant into the blending tank (at least bi-weekly).

3) One or two samples will be obtained from the truck scale sump outfall. This will be accomplished by hosing down the area adjacent to the truck scale (simulating rain).

The Calgon Corporation will be contacted for the purpose of determining the applicability of their carbon-absorption systems to the PCB clean up at Portage.

AJK:cp
Attachment

TMP 01459

Kresch
EXHIBIT 33
6/1/07 RB
GRAMANN REPORTING, LTD.

S-1002

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

API242399

DEP-KA-000609



APIFOX00034247