# MEMORANDUM

APPLETON PAPERS DIVISION

TO: PCB File #80

ntr: L. Schleicher

ts BCB Bd

**DATE:** May 4, 1978

**FROM:** A. J. Kresch

**SUBJECT:** PCB SITUATION AT THE PORTAGE FACILITY

The PCB situation at the Portage Plant was discussed at a meeting held on Thursday, April 29, 1978. Attending were Al Kresch, Dale Schumaker, Ralph Montello and Walt Spearin.

Present Status of PCB Contamination

Waste samples recently taken from various areas of the plants sewer system show that PCB contamination is still present. (See attachment). Mr. Montello suspects that much of the Aroclor is tied up on the Okum, in the plant's sewer lines. An Okum sample, from the plant, will be obtained for PCB analysis.

Mr. Montello also plans to clean out the pipes, drains and traps once more with S100 solvent.

Some Comments on the Legal Status of Portage Discharge

At present, the Wisconsin DNR has not issued a discharge standard for PCB's. They have the authority to do so at any time, however. The proposed standard for PCB's is 20 ppb monthly maximum, 10 ppb monthly average.

Mr. Spearin pointed out that the Portage Plant does not discharge directly into a Wisconsin waterway. All of the effluent goes through the City of Portage waste treatment plant. At present, the Wisconsin DNR has no standards for either intake to a sewage plant or land-fill dumpings. (In the future, however, standards for these activities will also almost certainly be set). Thus, immediate pressure to clean up the Portage plant could be expected to come from the Portage municipality rather than the Wisconsin DNR.

Mr. Montello will obtain a sample of the Portage Waste Treatment Plant outfall into the Fox River, for PCB analysis.

Mr. Spearin will check with the legal department on his conjecture, and will specifically try to find out if and how the City of Portage could close down the plant, for having too high a concentration of PCB's in its effluent.

Other Contaminants in Portage Effluent

A sample from the Portage Holding Tank was recently submitted to Badger Lab. for a "complete" analysis. The results indicated several potential problem areas (i.e. - BOD, fats and oils, solids). A facility with an outfall greater than 10,000 gal./day comes under DNR scrutiny in these areas. At present, the total Portage plant daily effluent is slightly less than this.

Hultgren EXHIBIT 7 1/25/07 RB GRAMANN REPORTING, LTD.

TMP 01774

PCB Analysis at Portage (Jan. 1978 - April 1978)

Aroclor 1242 Concentration at Various Locations (ppb)

| Date | Truck Scale Sump | Plant Inlet to Holding Tank | Holding Tank | Final Discharge Sheet Manhole |
|---|---|---|---|---|
| 1/12/77 | 63 | 1.7 | | 2980 |
| 2/07/78 | 100 | 1000 | | 120 |
| 2/21/78 | | 230 | | 120 |
| 3/08/78 | | 150 | | |
| 3/09/78 | | | 68* | |
| 3/21/78 | | 260 | 2850 | 93 |
| 4/04/78 | | 440,58≠ | | 40 |
| 4/21/78 | | Analysis in Progress | | Analysis in Progress |

* Sample Run by Badger Labs., Appleton, WI.

(All other samples analyzed at the IPC)

≠ Interpreted as Aroclor 1254

TMP 01775

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER API242715

DEP-HD-000037

Case 1:10-cv-00910-WCG Filed 02/03/12 Page 2 of 2 Document 301-21

APIFOX00036712