IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, and
THE STATE OF WISCONSIN,

    Plaintiffs,

vs.                                                           Case No. 10-C-910-WCG

NCR CORPORATION,
APPLETON PAPERS INC.,
BROWN COUNTY,
CITY OF APPLETON,
CITY OF GREEN BAY,
CBC COATING, INC.,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
MENASHA CORP.,
NEENAH-MENASHA SEWERAGE COMMISSION,
NEWPAGE WISCONSIN SYSTEMS, INC.,
P.H. GLATFELTER CO.,
U.S. PAPER MILLS CORP., and
WTM I COMPANY,

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Margaret I. Hoefer, hereby enters her appearance as counsel for defendant City of Appleton in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

DATED this  3rd  day of February, 2012.

                                        By:   */s/Margaret I. Hoefer*
                                               Margaret I. Hoefer (#1036470)
                                               Attorney for Defendant City of Appleton
                                               Stafford Rosenbaum LLP
                                               222 West Washington, Suite 900
                                               P.O. Box 1784
                                               Madison, WI 53701-1784
                                               Phone: 608-256-0226
                                               Fax: 608-259-2600
                                               mhoefer@staffordlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 3rd day of February 2012, a true and correct copy of the foregoing was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

                                              */s/ Marjorie Irving*
                                            Marjorie Irving, Legal Assistant