IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-C-910 |
| NCR CORPORATION, et al. | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brandon J. Evans withdraws as counsel of record for Plaintiff Appleton Papers Inc., and is to be removed from the service list in this case.

Respectfully Submitted,

APPLETON PAPERS INC.

/s/ Michael L. Hermes
By: One of Its Attorneys

Counsel for Appleton Papers Inc.:
Michael L. Hermes (WI Bar No. 1019623)
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, Wisconsin 54301
(920) 436-9870
Fax: (920) 436-9871

Dated: February 16, 2012

1