IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>NCR CORPORATION, APPLETON PAPERS INC., BROWN COUNTY, CITY OF APPLETON, CITY OF GREEN BAY, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY,<br><br>    Defendants. | Case No. 10-C-910 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Charles Fried hereby appears for Defendant Appleton Papers Inc. in this action. Please serve all further pleadings, notices, correspondence, and other papers, including ECF filings, on the undersigned at the following address:

                          Charles Fried, Esq.
                          110 Irving Street
                          Cambridge MA 02138-2067
                          (617) 864-4172
                          fried@law.harvard.edu

Dated this 20th day of March, 2012.

                APPLETON PAPERS INC.

                /s/ Charles Fried
                By: One of Its Attorneys

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (#1019623) | Ronald R. Ragatz (#1017501) |
| Heidi D. Melzer (#1076125) | Dennis P. Birke (#1018345) |
| Ericka L. Krumrie (#1066383) | Megan A. Senatori (#1037314) |
| Hermes Law, Ltd. | DeWitt Ross & Stevens S.C. |
| 333 Main Street, Suite 601 | Two East Mifflin Street |
| Green Bay, WI 54301 | Madison, WI 53703 |
| (920) 436-9870 | (608) 255-8891 |
| Fax: (920)436-9871 | Fax: (608) 252-9243 |
| | |
| | Gregory A. Krauss |
| | Gregory A. Krauss PLLC |
| | 1629 K St. NW |
| | Suite 300 |
| | Washington, DC 20006 |
| | (202) 355-6430 |