# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM

DATE REQUESTED: 3/20/2012

SERVICE REQUESTED: [✓] Transcript  [ ] Electronic Recording on CD

### CASE INFORMATION

Case No. 10-CV-910    Case Title: United States of America, et al. v. NCR Corporation, et al.

### HEARINGS REQUESTED

| Date of Hearing | Docket # | Description of Hearing |
|---|---|---|
| 3/20/2012 | | Preliminary Injunction Hearing/Scheduling Conference |

### ORDERING PARTY

Name/Title: Ronald R. Ragatz    Law Firm: DeWitt Ross & Stevens S.C.

Address: Two East Mifflin Street, Suite 600, Madison, WI 53703

Phone: 608-255-8891    Fax: 608-252-9243    Email: rrr@dewittross.com

Party Represented: Appleton Papers Inc.

Representation Type: (Check One)
[✓] Retained    [ ] Private Individual    [ ] U.S. Attorney's Office
[ ] CJA Appointment    [ ] Federal Defender Services

Transcript Format Requested: (Check all that Apply)
[✓] Paper-Full Page    [✓] Paper-Condensed    [✓] PDF    [✓] E-Transcript    [ ] Other

Service Type Requested: (Check One)
[✓] 1-Day    [ ] 7-Day    [ ] 14-day    [ ] 30-day

Instructions/Comments:
Please email a full-page transcript in PDF format to rrr@dewittross.com