IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | |
| Plaintiffs, | Civil Action No. 10-C-910 |
| v. | Hon. William C. Griesbach |
| NCR CORPORATION, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please enter my Appearance as counsel for Plaintiff, the United States of America, in the above-captioned matter.

                                            Respectfully Submitted,

                                            IGNACIA S. MORENO
                                            Assistant Attorney General
                                            Environment & Natural Resources Division

Dated: March 20, 2012           */s/ Kristin M. Furrie*
                                            Kristin M. Furrie
                                            Trial Attorney
                                            Environmental Enforcement Section
                                            U.S. Department of Justice
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            (202) 616-6515
                                            kristin.furrie@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, the foregoing Notice of Appearance was filed electronically using the Court's ECF system and automatically served through the Court's ECF system on counsel of record.

*/s/ Kristin M. Furrie*_____
KRISTIN M. FURRIE
Counsel for the United States