UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

    Plaintiff,

v.                                                                            Case No. 10-C-910

NCR CORPORATION, et al.,

    Defendant.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that attorney Arthur A. Vogel, Jr. hereby enters his appearance as counsel for defendant WTM I Company in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

    Dated this 23rd day of March, 2012.

                                                        s/Arthur A. Vogel, Jr.
                                                         Arthur A. Vogel, Jr. (Wis. Bar No. 1010425)
                                                         QUARLES & BRADY LLP
                                                         411 East Wisconsin Avenue
                                                         Suite 2350
                                                         Milwaukee, WI 53202-4426
                                                         414.277.5000
                                                         E-mail: arthur.vogel@quarles.com

                                                         *Attorney for Defendant WTM I Company*