

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
foley.com

WRITER'S DIRECT LINE
608.258.4239
sslack@foley.com EMAIL

CLIENT/MATTER NUMBER
045007-0273

March 30, 2012

<u>Via ECF</u>

Honorable William C. Griesbach
United States District Court,
Eastern District of Wisconsin
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

    Re: <u>United States of America, et al. v. NCR Corporation, et al.</u>,
       Case No. 10-C-910

Dear Honorable Judge Griesbach:

  On behalf of my client, Kimberly-Clark Corporation ("Kimberly-Clark"), I am writing to confirm that pursuant to the terms of the Case Management Order, Docket # 322, Kimberly-Clark is exempt from filing Rule 26(a) disclosures by April 1, 2012, because Kimberly-Clark is not a UAO recipient. Kimberly-Clark reserves the right to participate in any discovery, including depositions, conducted during Phase 1a of the trial to the extent that the information that is the subject of the discovery relates to questions of divisibility of harm, or of the parties' potential liability, for the PCB contamination in the Fox River.

          Best regards,

          <u>s/Sarah A. Slack</u>

          Sarah A. Slack

cc: Parties of record via ECF email system

BOSTON   JACKSONVILLE   MILWAUKEE   SAN DIEGO   SILICON VALLEY
BRUSSELS   LOS ANGELES   NEW YORK   SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO   MADISON   ORLANDO   SAN FRANCISCO   TAMPA
DETROIT   MIAMI   SACRAMENTO   SHANGHAI   TOKYO
                    WASHINGTON, D.C.

Case 1:10-cv-00910-WCG   Filed 03/30/12   Page 1 of 1   Document 326    4828-0116-9167.1