IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF WISCONSIN<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: No. 10-CV-00910-WCG<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Please withdraw the appearance of Monique Mooney on behalf of Defendants, P.H. Glatfelter Company in the above captioned matter.

Respectfully submitted,

Dated: April 12, 2012

s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon all counsel via this Court's electronic filing service.

/s/ David G. Mandelbaum
David G. Mandelbaum
