# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM

DATE REQUESTED: 4/16/2012

SERVICE REQUESTED: [✓] Transcript   [ ] Electronic Recording on CD

### CASE INFORMATION

Case No.: 10-CV-910   Case Title: United States of America, et al. v. NCR Corporation, et al.

### HEARINGS REQUESTED

| Date of Hearing | Docket # | Description of Hearing |
|---|---|---|
| 4/12/2012 | | Preliminary Injunction Hearing |

### ORDERING PARTY

Name/Title: Ronald R. Ragatz   Law Firm: DeWitt Ross & Stevens S.C.

Address: Two East Mifflin Street, Suite 600, Madison, WI 53703

Phone: 608-255-8891   Fax: 608-252-9243   Email: rrr@dewittross.com

Party Represented: Appleton Papers Inc.

Representation Type: (Check One)
[✓] Retained   [ ] Private Individual   [ ] U.S. Attorney's Office
[ ] CJA Appointment   [ ] Federal Defender Services

Transcript Format Requested: (Check all that Apply)
[✓] Paper-Full Page   [✓] Paper-Condensed   [✓] PDF   [✓] E-Transcript   [ ] Other

Service Type Requested: (Check One)
[✓] 1-Day   [ ] 7-Day   [ ] 14-day   [ ] 30-day

Instructions/Comments:
Please email a full-page transcript in PDF format to rrr@dewittross.com