

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Enforcement Section*
*P.O. Box 7611*
*Ben Franklin Station*
*Washington, DC 20044-7611*

*Telephone (202) 514-4432*
*Facsimile (202) 616-6584*

April 17, 2012

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

      Re:    United States and Wisconsin v. NCR Corp., et al.,
               Case no. 10-C-0910 (E.D. Wis.)

Dear Judge Griesbach:

      On behalf of the United States, we request that the Court admit into evidence, for demonstrative purposes only, the five demonstrative exhibits presented by the United States in conjunction with the testimony of Richard G. Fox at the April 12, 2012 hearing on the *United States' Expedited Motion for a Preliminary Injunction* (Dkt. 312) in the above-referenced matter. Copies of these documents were provided to the Court at the hearing and are marked as Demonstrative Exhibit Nos. 1-5. Counsel for NCR Corporation have stated that they do not object to those exhibits being so admitted.

      You may contact me at (202) 514-4432 or Jeffrey.Spector@usdoj.gov with any questions you may have regarding the above.

                                         Sincerely,

                                         Jeffrey A. Spector

cc:  All Counsel of Record via CM/ECF system