# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO

ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1480

MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI

TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

April 17, 2012

<u>United States, et al. v. NCR Corp., et al., 10-cv-910</u>

Dear Judge Griesbach:

   I am writing on behalf of Defendant NCR Corporation ("NCR") in regard to the revised Proposed Order Granting Motion for Preliminary Injunction and Findings of Fact, Conclusions of Law, and Terms of Preliminary Injunction Under Fed. R. Civ. P. 65(d), filed by the United States yesterday in the above-captioned matter. (Dkt. #362.) In light of the expedited nature of these proceedings, NCR is providing the Court with advance notice that it intends to file its own Proposed Order. NCR will make every effort to file as soon as possible, and by no later than Wednesday, April 25, 2012.

   The United States represented in its motion for preliminary injunction, which was filed on March 19, 2012, that it would provide proposed findings of fact and conclusions of law that would be only a "slight variant" of the findings and conclusions submitted with last year's motion, and that they would be provided to NCR and Appleton Papers Inc. ("API") within a "few days". (Dkt. #312 at 1.) During the telephone conference with the Court on March 20, 2012, counsel for the United States reiterated that the Proposed Order "is really going to be nothing that [NCR and API] have not seen already", and confirmed that the United States planned to file it promptly. (Mar. 20, 2012 Tr. at 8-9.)

   Neither of these representations was borne out. The Proposed Order was submitted yesterday, almost a month after the United States' initial motion. Moreover, the Proposed Order contains over 60 pages of findings and conclusions, which are substantially different from the ones submitted by the United States in 2011. They have been revised to address numerous developments that have transpired since last year, and they repeatedly cite the recently submitted declarations and the testimony at the April 12 hearing.

   NCR respectfully submits that it should be entitled to an opportunity to respond to the United States' substantially changed support for its motion, and to likewise

cite the evidence from the April 12 hearing. As noted, NCR plans to submit for the Court's consideration its own Proposed Order, which will contain proposed findings of fact and conclusions of law that support denying the United States' motion for a preliminary injunction.

Respectfully submitted,

Darin P. McAtee

Hon. Judge William C. Griesbach
   United States District Court
      Eastern District of Wisconsin
         Jefferson Court Building
           125 S. Jefferson St., Rm. 203
              Green Bay, WI 54301-4541

VIA CM/ECF

COPY TO:   All Counsel of Record