# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  )<br>                          *Plaintiff(s),*  )<br>                                      )<br>            v.                             )<br>                                      )<br>NCR CORPORATION, et al.,         )<br>                         *Defendant(s).*  ) | Case No. 10-C-910 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE CONFERENCE**

*Instructions to Counsel*: **Counsel may participate by telephone. Counsel who wish to participate by telephone may call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**All counsel who will be participating by telephone are to notify the Clerk. Verification of your telephone participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-884-3720 if you should have any questions.**

| *Hearing to be held at:* | *Date and Time Scheduled:*<br><br>**May 3, 2012**<br>**1:30 p.m.** |
|---|---|

Dated:  April 23, 2012
                                              WILLIAM C. GRIESBACH
                                              United States District Judge

                                              s/Cheryl A. Veazie
                                              Deputy Clerk
                                              (920)884-3720

cc:     All Counsel via CM/ECF