**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, <br> APPLETON PAPERS INC., <br> BROWN COUNTY, <br> CITY OF APPLETON, <br> CITY OF GREEN BAY, <br> CBC COATING, INC., <br> GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br> KIMBERLY-CLARK CORPORATION, <br> MENASHA CORP., <br> NEENAH-MENASHA SEWERAGE COMMISSION, <br> NEWPAGE WISCONSIN SYSTEMS, INC., <br> P.H. GLATFELTER CO., <br> U.S. PAPER MILLS CORP., and <br> WTM I COMPANY, <br><br> Defendants. | Civil Action No. 10-C-910 |

## NOTICE OF APPEAL OF DEFENDANT NCR CORPORATION

Notice is hereby given that Defendant NCR Corporation hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. #370), entered in this action on the 27th day of April 2012.

Respectfully submitted,

NCR CORPORATION

/s/ Darin P. McAtee

*Counsel for NCR Corporation*
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee[*]
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
Eric W. Ha
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

Dated: April 30, 2012

---

[*] For purposes of this appeal, Mr. McAtee is counsel of record for NCR.