

Philip C. Hunsucker
Attorney
Phone: 925-299-5104
phunsucker@hgnlaw.com

May 1, 2012

**VIA ECF SYSTEM**
Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, Wisconsin  54305-2490

    Re:   *United States, et al. v. NCR Corporation, et al.*
           Case No. 10-cv-910-WCG

Dear Judge Griesbach:

    This letter is written on behalf of my client, Menasha Corporation.  The Court has asked the question whether the parties would be available for a trial on December 3, 2012.  Menasha has the lead for the joint defense group on the remedy challenge issues.  Menasha has requested that I write this letter to inform you of its desire that I be its lead counsel in any upcoming trial.

    Unfortunately, I have a long-scheduled, prepaid vacation to Palau and the Federated States of Micronesia scheduled from December 2 to 19, 2012.  The trip is with a group of scuba divers and involves the charter of two large boats.  For this trip, my share of the boats alone is over $9,000.  This cannot be changed.  Trip insurance will not cover this loss.

    Accordingly, Menasha respectfully requests that the trial not be held during my scheduled vacation in December 2012.

                              Respectfully submitted,
                              **Hunsucker Goodstein & Nelson PC**

                              Philip C. Hunsucker

PCH:mdb
cc:    All Counsel of Record via ECF System

Environmental Litigation and Regulatory Actions • Insurance Coverage • Securities Arbitration

3717 Mt. Diablo Blvd., Suite 200, Lafayette, CA 94549 Tel: 925-284-0840 Fax: 925-284-0870
San Francisco Bay Area • Washington, DC • Los Angeles • Indianapolis, Indiana