# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.*

*District:* **Eastern District of Wisconsin**                              *Docket No.:*    **10-C-910**
*Division:* **Green Bay**

| *Plaintiff* | *Short Caption* | *Defendant* |
|:---:|:---:|:---:|
| **United States of America, et al.** | *v.* | **NCR Corporation, et al.** |

**Current Lead Counsel for Plaintiff :**          **Current Counsel for Defendant:**

*(See separate sheet for additional counsel)*

| | | | | |
|---|---|---|---|---|
| *Name:* | Randall M Stone | *Name:* | Darin McAtee |
| *Firm:* | US DOJ - Environment & Natural Resources Division | *Firm:* | Cravath Swaine & Moore LLP Worldwide Plaza |
| *Address:* | PO Box 7611 | *Address:* | 825 8th Ave |
| | Washington, DC 20044 | | New York, NY 10019-7475 |
| *Phone:* | 202-514-1308 | *Phone:* | 212-474-1000 |

| | | | |
|---|---|---|---|
| *Judge:* | William C Griesbach | *Nature of Suit Code:* | 893 |
| *Court Reporter:* | Proceedings Digitally Recorded | *Date Filed in District Court:* | 10/14/2010 |
| | | *Date of Decision and Order:* | 04/27/2012 |
| | | *Date of Notice of Appeal:* | 04/30/2012 |

*Counsel:*     ☐ *Appointed*     ☒ *Retained*     ☐ *Pro Se*

*Fee Status:*     ☒ *Paid*     ☐ *Due*     ☐ *IFP*     ☐ *IFP Pending*     ☐ *U.S.*     ☐ *Waived*

*(Please mark only 1 item above)*

*Has docketing statement been filed with the District Court Clerk's Office:* ☒ *Yes*     ☐ *No*

*If 28 U.S.C. § 2254 or 28 U.S.C. § 2255, was certificate of appealability:* ☐ *granted* ☐ *denied* ☐ *pending*

*If certificate of appealability was granted or denied, what is the date of the order:* _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

**1:10-cv-00910-WCG** United States of America et al v. NCR Corporation et al
William C Griesbach, presiding
**Date filed:** 10/14/2010
**Date of last filing:** 05/01/2012

# Attorneys

**Mary Rose Alexander**
Latham & Watkins LLP
Sears Tower
233 S Wacker Dr - Ste 5800
Chicago, IL 60606
312-876-7700
312-993-9767 (fax)
mary.rose.alexander@lw.com
*Assigned: 12/09/2010*
*ATTORNEY TO BE NOTICED*

representing

**Georgia-Pacific Consumer Products LP**
*(Cross Defendant)*

**Georgia-Pacific Consumer Products LP**
*(Defendant)*

**Thomas Armstrong**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1214
414-276-6281 (fax)
tarmstro@vonbriesen.com
*Assigned: 11/17/2010*
*ATTORNEY TO BE NOTICED*

representing

**CBC Coating Inc**
*(Defendant)*

**Paul Bargren**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-297-5537
414-297-4900 (fax)
pbargren@foley.com
*Assigned: 11/12/2010*
*ATTORNEY TO BE NOTICED*

representing

**Kimberly-Clark Corporation**
*(Defendant)*

**Linda E Benfield**
Foley & Lardner LLP

representing

**Kimberly-Clark Corporation**
*(Defendant)*

777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-297-5825
414-297-4900 (fax)
lbenfield@foley.com
  *Assigned: 11/12/2010*
  *ATTORNEY TO BE NOTICED*

**Dennis P Birke**
DeWitt Ross & Stevens SC
2 E Mifflin St - Ste 600
Madison, WI 53703-2865                          representing          **Appleton Papers Inc**
608-283-5601                                                          *(Counter Claimant)*
608-252-9243 (fax)
db@dewittross.com
  *Assigned: 12/01/2010*
  *ATTORNEY TO BE NOTICED*


                                                                      **Appleton Papers Inc**
                                                                      *(Cross Claimant)*


                                                                      **Appleton Papers Inc**
                                                                      *(Defendant)*


**Steven P Bogart**
Reinhart Boerner Van Deuren SC
1000 N Water St - Ste 1700
PO Box 2965
Milwaukee, WI 53202                             representing          **US Paper Mills Corp**
414-298-1000                                                          *(Defendant)*
414-298-8097 (fax)
sbogart@reinhartlaw.com
  *Assigned: 11/12/2010*
  *ATTORNEY TO BE NOTICED*


**Michael P Carlton**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427                        representing          **CBC Coating Inc**
414-276-1122                                                          *(Defendant)*
414-276-6281 (fax)
mcarlton@vonbriesen.com
  *Assigned: 11/17/2010*
  *ATTORNEY TO BE NOTICED*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 3 of 22   Document 378

**Evan R Chesler**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)
echesler@cravath.com
 *Assigned: 12/21/2010*
 *ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*


**Francis A Citera**
Greenberg Traurig LLP
77 W Wacker Dr - Ste 3100
Chicago, IL 60601
312-456-8400
312-456-8435 (fax)
citeraf@gtlaw.com
 *Assigned: 03/20/2012*
 *ATTORNEY TO BE NOTICED*

representing

**PH Glatfelter Company**
*(Defendant)*


**Marc E Davies**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103
215-988-7800
215-988-7801 (fax)
daviesm@gtlaw.com
 *Assigned: 10/20/2010*
 *ATTORNEY TO BE NOTICED*

representing

**PH Glatfelter Company**
*(Defendant)*


**David R Erickson**
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108-2613
816-474-6550
816-421-5547 (fax)
derickson@shb.com
 *Assigned: 03/21/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Counter Claimant)*


**Appleton Papers Inc**
*(Cross Claimant)*

**Appleton Papers Inc**
*(Defendant)*

**Brandon J Evans**
Hermes Law Ltd
333 Main St - Ste 601
Green Bay, WI 54301
920-436-9870
920-436-9871 (fax)
bje@hermeslawltd.com
  *Assigned: 12/01/2010*
  *TERMINATED: 02/16/2012*

representing

**Appleton Papers Inc**
*(Counter Claimant)*

**Appleton Papers Inc**
*(Cross Claimant)*

**Appleton Papers Inc**
*(Defendant)*

**S Todd Farris**
Friebert Finerty & St John SC
2 Plaza East
330 E Kilbourn Ave - Ste 1250
Milwaukee, WI 53202-3158
414-271-0130
414-272-8191 (fax)
stf@ffsj.com
  *Assigned: 07/14/2011*
  *ATTORNEY TO BE NOTICED*

representing

**City of Green Bay**
*(Defendant)*

**Patrick J Ferguson**
Latham & Watkins LLP
505 Montgomery St - Ste 2000
San Francisco, CA 94111-6538
415-391-0600
415-395-8095 (fax)
patrick.ferguson@lw.com
  *Assigned: 01/13/2011*
  *ATTORNEY TO BE NOTICED*

representing

**Georgia-Pacific Consumer
Products LP**
*(Defendant)*

**Charles Fried**
110 Irving St
Cambridge, MA 02138

representing

**Appleton Papers Inc**
*(Counter Claimant)*

Case 1:10-cv-00910-WCG  Filed 05/01/12  Page 5 of 22  Document 378

617-864-4172
fried@law.harvard.edu
*Assigned: 03/21/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appleton Papers Inc**
*(Cross Claimant)*


**Appleton Papers Inc**
*(Defendant)*


**Kristin Michelle Furrie**
United States Department of Justice (DC)
Environment & Natural Resources
Division
PO Box 7611
Washington, DC 20044               representing
202-616-6515
202-616-6584 (fax)
kristin.furrie@usdoj.gov
*Assigned: 03/20/2012*
*ATTORNEY TO BE NOTICED*

**United States of America**
*(Plaintiff)*


**Sandra C Goldstein**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475            representing
212-474-1000
212-474-3700 (fax)
sgoldstein@cravath.com
*Assigned: 12/21/2010*
*ATTORNEY TO BE NOTICED*

**NCR Corporation**
*(Defendant)*


**Thomas R Gottshall**
Haynsworth Sinkler Boyd PA
1201 Main St - 22nd F
PO Box 11889
Columbia, SC 29211-1889           representing
803-779-3080
803-765-1243 (fax)
lgantt@hsblawfirm.com
*Assigned: 11/12/2010*

**US Paper Mills Corp**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 6 of 22   Document 378

*ATTORNEY TO BE NOTICED*

**Eric W Ha**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-0462
312-853-7036 (fax)
eha@sidley.com
  *Assigned: 10/25/2010*
  *ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**Gregory J Haanstad**
United States Department of Justice
(ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1700
414-297-1738 (fax)
greg.haanstad@usdoj.gov
  *Assigned: 12/20/2010*
  *ATTORNEY TO BE NOTICED*

representing

**United States of America**
*(Counter Defendant)*

**United States of America**
*(Plaintiff)*

**Scott W Hansen**
Reinhart Boerner Van Deuren SC
1000 N Water St - Ste 1700
PO Box 2965
Milwaukee, WI 53202
414-298-8123
414-298-8097 (fax)
shansen@reinhartlaw.com
  *Assigned: 11/11/2010*
  *ATTORNEY TO BE NOTICED*

representing

**US Paper Mills Corp**
*(Defendant)*

**William H Harbeck**
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
414-277-5853
414-978-8853 (fax)

representing

**WTM I Company**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 7 of 22   Document 378

william.harbeck@quarles.com
*Assigned: 11/17/2010*
*ATTORNEY TO BE NOTICED*

**Michael L Hermes**
Hermes Law Ltd
333 Main St - Ste 601
Green Bay, WI 54301
920-436-9870
920-436-9871 (fax)
mlh@hermeslawltd.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Counter Claimant)*

**Appleton Papers Inc**
*(Cross Claimant)*

**Appleton Papers Inc**
*(Defendant)*

**Cynthia R Hirsch**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707-7857
608-266-3861
608-266-2250 (fax)
hirschcr@doj.state.wi.us
*Assigned: 10/14/2010*
*ATTORNEY TO BE NOTICED*

representing

**State of Wisconsin**
*(Counter Defendant)*

**State of Wisconsin**
*(Plaintiff)*

**Margaret I Hoefer**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-256-0226
608-259-2600 (fax)
mhoefer@staffordlaw.com

representing

**City of Appleton**
*(Defendant)*

*Assigned: 02/03/2012*
*ATTORNEY TO BE NOTICED*

**Caleb J Holmes**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103          representing     **PH Glatfelter Company**
215-988-7800                                     *(Defendant)*
215-988-7801 (fax)
holmesc@gtlaw.com
*Assigned: 10/20/2010*
*ATTORNEY TO BE NOTICED*

**Philip C Hunsucker**
Hunsucker Goodstein & Nelson PC
3717 Mt Diablo Blvd - Ste 200
Lafayette, CA 94549
925-284-0840                    representing     **Menasha Corporation**
925-284-0870 (fax)                               *(Defendant)*
phunsucker@hgnlaw.com
*Assigned: 12/13/2010*
*ATTORNEY TO BE NOTICED*

**Peter C Karegeannes**
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
414-277-5000                    representing     **WTM I Company**
414-271-3552 (fax)                               *(Defendant)*
*Assigned: 11/18/2010*
*ATTORNEY TO BE NOTICED*

**Paul G Kent**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784          representing     **City of Appleton**
608-256-0226                                     *(Defendant)*
608-259-2600 (fax)
pkent@staffordlaw.com
*Assigned: 12/08/2010*
*ATTORNEY TO BE NOTICED*

**Susan M Knepel**
United States Department of Justice
(ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1723
414-297-4394 (fax)
susan.knepel@usdoj.gov
  *Assigned: 10/14/2010*
  *ATTORNEY TO BE NOTICED*

representing

**United States of America**
*(Counter Defendant)*


**United States of America**
*(Plaintiff)*


**Gregory A Krauss**
Gregory Krauss PllC
1629 K Street NW - Ste 300
Wahington, DC 20006
202-355-6430
gkrauss@krausspllc.com
  *Assigned: 10/05/2011*
  *ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Counter Claimant)*


**Appleton Papers Inc**
*(Cross Claimant)*


**Appleton Papers Inc**
*(Defendant)*


**Ericka L Krumrie**
Hermes Law Ltd
333 Main St - Ste 601
Green Bay, WI 54301
920-436-9870
920-436-9871 (fax)
elk@hermeslawltd.com
  *Assigned: 02/17/2011*
  *ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Defendant)*


**Linda R Larson**
Marten Law PLLC
1191 2nd Ave - Ste 2200

representing

**NCR Corporation**
*(Defendant)*

Seattle, WA 98101
206-292-2600
206-292-2601 (fax)
llarson@martenlaw.com
*Assigned: 01/24/2011*
*ATTORNEY TO BE NOTICED*

**Vanessa A Lavely**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475          representing          **NCR Corporation**
212-474-1000                                              *(Defendant)*
212-474-3700 (fax)
vlavely@cravath.com
*Assigned: 08/11/2011*
*ATTORNEY TO BE NOTICED*

**Joshua M Levin**
United States Department of Justice (DC)
Environment & Natural Resources
Division
PO Box 23986                                            **United States of America**
Washington, DC 20026-3986       representing          *(Counter Defendant)*
202-514-4198
202-514-4198 (fax)
joshua.levin@usdoj.gov
*Assigned: 01/08/2011*
*ATTORNEY TO BE NOTICED*

**United States of America**
*(Plaintiff)*

**Susan E Lovern**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427                              **CBC Coating Inc**
414-276-1122                    representing          *(Defendant)*
414-276-6281 (fax)
slovern@vonbriesen.com
*Assigned: 11/16/2010*
*ATTORNEY TO BE NOTICED*

**Kevin J Lyons**                  representing          **Neenah-Menasha Sewerage**

Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613
414-225-1402
414-278-3602 (fax)
klyons@dkattorneys.com
 *Assigned: 10/19/2010*
 *ATTORNEY TO BE NOTICED*

**Commission**
*(Defendant)*

**Karl S Lytz**
Latham & Watkins LLP
505 Montgomery St - Ste 2000
San Francisco, CA 94111-6538
415-391-0600
415-395-8095 (fax)
karl.lytz@lw.com
 *Assigned: 12/09/2010*
 *ATTORNEY TO BE NOTICED*

representing

**Georgia-Pacific Consumer
Products LP**
*(Cross Defendant)*

**Georgia-Pacific Consumer
Products LP**
*(Defendant)*

**Meline G MacCurdy**
Marten Law PLLC
1191 2nd Ave - Ste 2200
Seattle, WA 98101
206-292-2600
206-292-2601 (fax)
mmaccurdy@martenlaw.com
 *Assigned: 01/24/2011*
 *ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**David G Mandelbaum**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103
215-988-7800
215-988-7801 (fax)
mandelbaumd@gtlaw.com
 *Assigned: 10/19/2010*
 *ATTORNEY TO BE NOTICED*

representing

**PH Glatfelter Company**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 12 of 22   Document 378

**Bradley M Marten**
Marten Law PLLC
1191 2nd Ave - Ste 2200
Seattle, WA 98101
206-292-2600
206-292-2601 (fax)
bmarten@martenlaw.com
*Assigned: 01/24/2011*
*ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**Tara M Mathison**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613
414-276-0200
414-278-3692 (fax)
tmathison@dkattorneys.com
*Assigned: 10/19/2010*
*ATTORNEY TO BE NOTICED*

representing

**Neenah-Menasha Sewerage Commission**
*(Defendant)*

**Darin P McAtee**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)
dmcatee@cravath.com
*Assigned: 04/12/2011*
*ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**Stephen F McKinney**
Haynsworth Sinkler Boyd PA
1201 Main St - 22nd F
PO Box 11889
Columbia, SC 29211-1889
803-779-3080
803-765-1243 (fax)
smckinney@hsblawfirm.com
*Assigned: 11/12/2010*
*ATTORNEY TO BE NOTICED*

representing

**US Paper Mills Corp**
*(Defendant)*

**Heidi D Melzer**
Hermes Law Ltd
333 Main St - Ste 601

representing

**Appleton Papers Inc**
*(Counter Claimant)*

Green Bay, WI 54301
920-436-9870
920-436-9871 (fax)
hdm@hermeslawltd.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

**Appleton Papers Inc**
*(Cross Claimant)*

**Appleton Papers Inc**
*(Defendant)*

**Elizabeth K Miles**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613          representing
414-225-1491
414-278-3691 (fax)
emiles@dkattorneys.com
*Assigned: 10/19/2010*
*ATTORNEY TO BE NOTICED*

**Neenah-Menasha Sewerage
Commission**
*(Defendant)*

**Sabrina Mizrachi**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103          representing
215-988-7800
215-988-7801 (fax)
mizrachis@gtlaw.com
*Assigned: 10/20/2010*
*TERMINATED: 01/12/2012*

**PH Glatfelter Company**
*(Defendant)*

**Monique M Mooney**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103          representing
215-988-7800
215-988-7801 (fax)
mooneym@gtlaw.com
*Assigned: 10/20/2010*
*TERMINATED: 04/16/2012*

**PH Glatfelter Company**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 14 of 22   Document 378

**William J Mulligan**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613
414-225-1429
414-278-3629 (fax)
wmulligan@dkattorneys.com
*Assigned: 10/18/2010*
*ATTORNEY TO BE NOTICED*

representing

**Neenah-Menasha Sewerage Commission**
*(Defendant)*

**Daniel C Murray**
Johnson & Bell Ltd
33 W Monroe St - Ste 2700
Chicago, IL 60603-5404
312-372-0770
312-372-9818 (fax)
murrayd@jbltd.com
*Assigned: 11/12/2010*
*ATTORNEY TO BE NOTICED*

representing

**NewPage Wisconsin System Inc**
*(Defendant)*

**Omid H Nasab**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)
onasab@cravath.com
*Assigned: 08/11/2011*
*ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**Kelly J Noyes**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
414-238-6603 (fax)
knoyes@vonbriesen.com
*Assigned: 11/17/2010*
*ATTORNEY TO BE NOTICED*

representing

**CBC Coating Inc**
*(Defendant)*

**Matthew R Oakes**
United States Department of Justice (DC)
Environment & Natural Resources
Division

representing

**United States of America**
*(Counter Defendant)*

         5/1/2012 12:06 PM

PO Box 23986
Washington, DC 20026-3986
202-514-2686
202-514-4198 (fax)
matthew.oakes@usdoj.gov
*Assigned: 07/14/2011*
*ATTORNEY TO BE NOTICED*

**United States of America**
*(Plaintiff)*

**Nancy K Peterson**
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
414-277-5515
414-978-8616 (fax)
nancy.peterson@quarles.com
*Assigned: 11/18/2010*
*ATTORNEY TO BE NOTICED*

representing

**WTM I Company**
*(Defendant)*

**Thomas M Phillips**
Reinhart Boerner Van Deuren SC
1000 N Water St - Ste 1700
PO Box 2965
Milwaukee, WI 53202
414-298-1000
414-298-9087 (fax)
tphillip@reinhartlaw.com
*Assigned: 11/12/2010*
*ATTORNEY TO BE NOTICED*

representing

**US Paper Mills Corp**
*(Defendant)*

**Ian AJ Pitz**
Michael Best & Friedrich LLP
Firstar Plaza
1 S Pinckney St - Ste 700
PO Box 1806
Madison, WI 53701-1806
608-257-3501
608-283-2275 (fax)
iapitz@michaelbest.com
*Assigned: 07/13/2011*
*ATTORNEY TO BE NOTICED*

representing

**Brown County**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 16 of 22   Document 378

**David A Rabbino**
Hunsucker Goodstein & Nelson PC
3717 Mt Diablo Blvd - Ste 200
Lafayette, CA 94549
925-284-0840
925-284-0870 (fax)
drabbino@hgnlaw.com
*Assigned: 07/29/2011*
*ATTORNEY TO BE NOTICED*

representing

**Menasha Corporation**
*(Defendant)*


**Joan Radovich**
Eimer Stahl Klevorn & Solberg LLP
224 S Michigan Ave - Ste 1100
Chicago, IL 60604
312-660-7678
312-692-1718 (fax)
jradovich@eimerstahl.com
*Assigned: 10/25/2010*
*TERMINATED: 03/22/2011*

representing

**NCR Corporation**
*(Defendant)*


**Ronald R Ragatz**
DeWitt Ross & Stevens SC
2 E Mifflin St - Ste 600
Madison, WI 53703-2865
608-255-8891
608-252-9243 (fax)
rrr@dewittross.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Counter Claimant)*


**Appleton Papers Inc**
*(Cross Claimant)*


**Appleton Papers Inc**
*(Defendant)*


**Alexandra Reeve Givens**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)
agivens@cravath.com

representing

**NCR Corporation**
*(Defendant)*

Case 1:10-cv-00910-WCG   Filed 05/01/12   Page 17 of 22   Document 378

*Assigned: 12/21/2010*
*TERMINATED: 05/26/2011*
*ATTORNEY TO BE NOTICED*

**Kathleen L Roach**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
kroach@sidley.com
  *Assigned: 10/25/2010*
  *ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**James L Santelle**
United States Department of Justice
(ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-4103
414-297-1738 (fax)
james.santelle@usdoj.gov
  *Assigned: 10/14/2010*
  *TERMINATED: 12/20/2010*

representing

**United States of America**
*(Counter Defendant)*

**United States of America**
*(Plaintiff)*

**Megan A Senatori**
DeWitt Ross & Stevens SC
2 E Mifflin St - Ste 600
Madison, WI 53703-2865
608-252-9395
608-252-9243 (fax)
ms@dewittross.com
  *Assigned: 12/01/2010*
  *ATTORNEY TO BE NOTICED*

representing

**Appleton Papers Inc**
*(Counter Claimant)*

**Appleton Papers Inc**
*(Cross Claimant)*

**Appleton Papers Inc**

*(Defendant)*

**Adam B Silverman**
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market St
Philadelphia, PA 19103      representing   **PH Glatfelter Company**
215-988-7800                                *(Defendant)*
215-988-7801 (fax)
silvermana@gtlaw.com
  *Assigned: 06/08/2011*
  *ATTORNEY TO BE NOTICED*


**Sarah A Slack**
Foley & Lardner LLP
Verex Plaza
150 E Gilman St
PO Box 1497
Madison, WI 53701-1497      representing   **Kimberly-Clark Corporation**
608-258-4239                                *(Defendant)*
608-258-4258 (fax)
sslack@foley.com
  *Assigned: 11/10/2010*
  *ATTORNEY TO BE NOTICED*


**Margaret R Sobota**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000                representing   **NCR Corporation**
312-853-7036 (fax)                          *(Defendant)*
msobota@sidley.com
  *Assigned: 10/25/2010*
  *ATTORNEY TO BE NOTICED*


**Jeffrey A Spector**
United States Department of Justice (DC)
Environment & Natural Resources
Division
PO Box 7611                 representing   **United States of America**
Washington, DC 20044                        *(Counter Defendant)*
202-514-1308
202-616-6584 (fax)
jeffrey.spector@usdoj.gov
  *Assigned: 10/14/2010*

5/1/2012 12:06 PM

*ATTORNEY TO BE NOTICED*

|  |  | **United States of America**<br>*(Plaintiff)* |
|---|---|---|
| **Randall M Stone**<br>United States Department of Justice (DC)<br>Environment & Natural Resources<br>Division<br>PO Box 7611<br>Washington, DC 20044<br>202-514-1308<br>202-616-6584 (fax)<br>randall.stone@usdoj.gov<br>*Assigned: 10/14/2010*<br>*ATTORNEY TO BE NOTICED* | representing | **United States of America**<br>*(Counter Defendant)* |
|  |  | **United States of America**<br>*(Plaintiff)* |
| **Arthur A Vogel, Jr**<br>Quarles & Brady LLP<br>411 E Wisconsin Ave - Ste 2040<br>Milwaukee, WI 53202-4497<br>414-277-5000<br>414-978-8960 (fax)<br>arthur.vogel@quarles.com<br>*Assigned: 03/26/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **WTM I Company**<br>*(Defendant)* |
| **Anthony S Wachewicz, III**<br>City of Green Bay<br>City Hall<br>100 N Jefferson St - Rm 200<br>Green Bay, WI 54301<br>920-448-3080<br>920-448-3181 (fax)<br>tonywa@ci.green-bay.wi.us<br>*Assigned: 07/14/2011*<br>*ATTORNEY TO BE NOTICED* | representing | **City of Green Bay**<br>*(Defendant)* |
| **James P Walsh** | representing | **City of Appleton** |

Appleton City Attorney
100 N Appleton St
Appleton, WI 54911
920-832-6423
920-832-5962 (fax)
jim.walsh@appleton.org
*Assigned: 12/08/2010*
*ATTORNEY TO BE NOTICED*

*(Defendant)*

**Ted A Warpinski**
Friebert Finerty & St John SC
2 Plaza East
330 E Kilbourn Ave - Ste 1250
Milwaukee, WI 53202-3158
414-271-0130
414-272-8191 (fax)
taw@ffsj.com
*Assigned: 07/13/2011*
*ATTORNEY TO BE NOTICED*

representing

**City of Green Bay**
*(Defendant)*

**Ted Waskowski**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-259-2613
608-259-2600 (fax)
twaskowski@staffordlaw.com
*Assigned: 12/08/2010*
*ATTORNEY TO BE NOTICED*

representing

**City of Appleton**
*(Defendant)*

**Evan B Westerfield**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
evanwesterfield@sidley.com
*Assigned: 10/25/2010*
*ATTORNEY TO BE NOTICED*

representing

**NCR Corporation**
*(Defendant)*

**Richard C Yde**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784

representing

**City of Appleton**
*(Defendant)*

Madison, WI 53701-1784
608-259-2639
608-259-2600 (fax)
ryde@staffordlaw.com
  *Assigned: 12/08/2010*
  *ATTORNEY TO BE NOTICED*

**Iva Ziza**
United States Department of Justice (DC)
Environment & Natural Resources
Division
PO Box 7611
Washington, DC 20044
202-514-3211
202-616-6584 (fax)
Iva.Ziza@usdoj.gov
  *Assigned: 10/14/2010*
  *ATTORNEY TO BE NOTICED*

representing

**United States of America**
*(Counter Defendant)*

**United States of America**
*(Plaintiff)*