# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
STATE OF WISCONSIN,

        Plaintiffs,

  v.                                      Case No. 10-C-910

NCR CORP. et al.,

        Defendants.

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

This matter came before the Court for a hearing on a motion for stay pending appeal. The Court addressed the motion over the course of a telephone hearing held on May 3, 2012. For the reasons set forth at that time, the motion for a stay is denied with the following qualification: NCR is to continue to make arrangements to begin the dredging ordered by the Court, but need not begin actual dredging until May 17, 2012.

**SO ORDERED** this 4th day of May, 2012.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge