IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,
    Plaintiff(s),

v.          Case No. 10-C-910

NCR CORPORATION, et al.,
    Defendant(s).

## PRETRIAL ORDER

The court held a scheduling conference by telephone with the parties' attorneys on May 3, 2012, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Accordingly, the parties shall comply with the following schedule and procedures.

### FINAL PRETRIAL

1. A final pretrial will be held on November 30, 2012 at 1:30 p.m. at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201. Attorneys for all parties are required to appear in person. Parties need not appear, but should be available by telephone.

2. Unless otherwise ordered, each party shall prepare and file a pretrial report in accordance with Civil L.R. 16(c).

3. In addition to e-filing their pretrial report, if the case is scheduled for a jury trial, counsel should submit a copy of their proposed voir dire questions, proposed jury instructions, and proposed verdict form in Word or WordPerfect format to the proposed order e-mail box at GriesbachPO@wied.uscourts.gov. If the case is scheduled for a bench trial, counsel should submit a copy of their proposed findings of fact and conclusions of law.

4. All motions in limine shall be served and filed 10 days prior to the date set for the final pretrial conference, with responses served and filed 3 days prior to the final pretrial conference.

## **TRIAL DATE**

5. A court trial will be held on December 3, 2012 at 8:30 a.m. at 517 E. Wisconsin Ave., Milwaukee, Wisconsin. On or prior to the first day of trial, counsel should provide opposing counsel with a complete copy of all exhibits to be presented at trial. Counsel are also to provide an original set of exhibits for the witness(es), one copy of the exhibits for the court, and one copy of the exhibits for the clerk. Where practicable, exhibits should be placed in binders with an exhibit tab delineating each exhibit.

6. Documents identified as exhibits should be numbered sequentially, with only one exhibit number assigned to a document or physical object throughout the course of the trial. Exhibits 1-999 are reserved for plaintiff's or prosecution exhibits and numbers 1000-1999 are reserved for defendant's exhibits. If more than two parties appear, successive blocks of 1000 can be reserved for each additional party.

SO ORDERED this 7th day of May, 2012.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge