# INSTRUCTIONS FOR E-FILING DOCUMENTS WITH ATTACHMENTS

1. The exhibits to your **main document**, **affidavit**, or **declaration** are to be entered as attachments. You must complete either the Category or Description columns when entering your attachments. Include a **clear and concise** description of your document.

| | Attachments | | Category | Description | |
|---|---|---|---|---|---|
| 1 | N:\My Document1 | Browse | | Ex A - Smith Depo Excerpt | Remove |
| 2 | N:\My Document 2 | Browse | | Ex B - 2007 Income Report | Remove |
| 3 | N:\My Document 3 | Browse | | Ex C - Jones Depo Excerpt | Remove |
| 4 | N:\My Document 4 | Browse | | Ex D - 2008 Income Report | Remove |
| 5 | N:\My Document 5 | Browse | | Ex E - Jones HR File | Remove |
| 6 | N:\My Document 6 | Browse | | Ex F - 2009 Income Report | Remove |
| 7 | N:\My Document 7 | Browse | | Ex G - King Depo Excerpt | Remove |

The resulting docket entry will appear as follows:

| 04/06/2012 | ● 123 | AFFIDAVIT OF SUSAN JONES re 122 BRIEF in support of 121 MOTION for Summary Judgment. (Attachments: #1 Ex A - Smith Depo Excerpt, #2 Ex B - 2007 Income Report, #3 Ex C - Jones Depo Excerpt, #4 Ex D - 2008 Income Report, #5 Ex E - Jones HR File, #6 Ex F - 2009 Income Report, #7 Ex G King Depo Excerpt) (Smith, John) |
|---|---|---|

Each separate attachment must be under **10 MB in size**. You can add as many attachments as you like, so long as your docket entry is completed in **30 minutes or less**. CM/ECF will "time-out" after 30 minutes and you will not be able to complete your entry.

2. If you are unable to add all of your attachments within 30 minutes, you must docket the remainder of your attachments as a separate entry or entries. Do not refile your main document in these separate entries. Use your next exhibit as the main document. In the example above, Docket #123 contains the Affidavit and Exhibits A-G. If more exhibits needed to be added in a separate entry, Exhibit H would be entered as the main document and any successive exhibits as the attachments (See example below).

| 04/06/2012 | ● 123 | AFFIDAVIT OF SUSAN JONES re 122 BRIEF in support of 121 MOTION for Summary Judgment. (Attachments: #1 Ex A - Smith Depo Excerpt, #2 Ex B - 2007 Income Report, #3 Ex C - Jones Depo Excerpt, #4 Ex D - 2008 Income Report, #5 Ex E - Jones HR File, #6 Ex F - 2009 Income Report, #7 Ex G King Depo Excerpt) (Smith, John) |
|---|---|---|
| 04/02/2012 | ● 124 | ATTACHMENTS *EXHIBITS H-K to [123] Affidavit of Susan Jones re* 122 *BRIEF in support of* 121 *MOTION for Summary Judgment. Exhibit H - Bank Statements.* (Attachments: #1 Ex I - Johnson Depo Excerpt, #2 Ex J - 2009 Income Report, #3 Ex K - Taylor Depo Excerpt) (Smith, John) |

If you should have any questions, please contact the Office of the Clerk at 920-455-7381.