

| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
|---|---|---|---|---|
| | evanwesterfield@sidley.com<br>(312) 853-7150 | FOUNDED 1866 | | |

May 7, 2012

**By ECF Filing and FedEx**

Mr. Jon W. Sanfilippo
Clerk of Court
Office of the Clerk
United States District Court – Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

     **RE:**    *United States of America, et al. v. NCR Corporation, et al.*, **Case No. 10-C-910**

Dear Mr. Sanfilippo:

     Pursuant to Seventh Circuit Rule 10, and your letter dated May 1, 2012, please include the documents listed in the attached chart as part of the record on appeal of the Court's Decision and Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. #370).

     In addition to these documents, please also include as part of the record on appeal the transcripts of the April 12, 2012 hearing on Plaintiffs' Motion for Preliminary Injunction, and the May 3, 2012 telephone conference.

     Please feel free to contact me with any questions you might have regarding these requests.

                                                              Regards,

                                                              /s/ Evan B. Westerfield
                                                              Evan B. Westerfield

Attachment

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships