# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 11, 2012

*By the Court:*

| No.: 12-2069 | UNITED STATES OF AMERICA, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>NCR CORPORATION,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-00910-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

The following is before the court: **APPELLANT NCR CORPORATION'S EXPEDITED MOTION FOR STAY, OR IN THE ALTERNATIVE, MOTION FOR EXPEDITED APPEAL,** filed on May 7, 2012, by counsel for appellant.

**IT IS ORDERED** that the request for stay pending appeal is **DENIED**.

form name: **c7_Order_BTC**(form ID: **178**)