# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

# RECORD TRANSMITTAL LETTER

May 11, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604

    Re: **U.S., et al. v. NCR Corporation, et al.**
           USCA No. 12-2069
           USDC No. 10-C-910

Dear Mr. Agnello:

    Enclosed herewith please find the record on appeal in connection with the above-referenced case consisting of:

- [ 8 ] Volume of Pleadings
- [ 30 ] Loose pleadings(s): Dkt. Nos. 76, 92, 93, 94, 100, 105, 109, 123, 124, 125, 136, 137, 139, 144, 147, 149, 173, 174, 252, 253, 255, 276, 293, 301, 313, 329, 337, 341, 352, and 375
- [ 3 ] Volumes of transcripts: Dkt. Nos. 321, 365, 410
- [ 1 ] Box of Exhibit(s): See Dkt. No. 367 for Exhibit List
- [ ] Volumes in camera material(s)
- [ ] Other

    Please acknowledge receipt of the above-referenced materials for our records.

                              Very truly yours,
                              JON W. SANFILIPPO
                              Clerk of Court

                              s/Terri Lynn Ficek
                              Deputy Clerk

Enclosure
cc:    All Counsel of Record via CM/ECF