IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 10-C-910 <br><br> Hon. William C. Griesbach |

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for Plaintiff, the United States of America, in the above-captioned matter.

                                  Respectfully Submitted,

                                  IGNACIA S. MORENO
                                  Assistant Attorney General
                                  Environment & Natural Resources Division

Dated: May 30, 2012                  */s/ Sumona N. Majumdar*
                                  SUMONA N. MAJUMDAR
                                  Trial Attorney
                                  Environmental Enforcement Section
                                  U.S. Department of Justice
                                  P.O. Box 7611
                                  Washington, DC 20044
                                  Tel: (202) 514-3581
                                  Fax: (202) 616-6584
                                  Email: Sumona.Majumdar@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2012, the foregoing Notice of Appearance was filed electronically using the Court's ECF system and automatically served through the Court's ECF system on counsel of record.

                                  */s/ Sumona N. Majumdar*
                                  SUMONA N. MAJUMDAR
                                  Counsel for the United States