IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, </br></br> Plaintiffs, </br></br> v. </br></br> NCR CORPORATION, et al., </br></br> Defendants. | No. 1:10-CV-00910 |

## NOTICE OF ENTRY OF APPEARANCES

TO THE CLERK OF THE COURT:

Please enter the appearances of Allison E. McAdam, Anne E. Lynch and Marc A. Shapp as additional counsel of record on behalf of Defendant Menasha Corporation in this action. Please direct all ECF notices to Attorneys Allison E. McAdam at amcadam@hgnlaw.com, Anne E. Lynch at alynch@hgnlaw.com and Marc A. Shapp at mshapp@hgnlaw.com, and to their paralegals, Barbara E. Sloan at bsloan@hgnlaw.com and Jean Brown at jbrown@hgnlaw.com.

Dated: June 15, 2012             **HUNSUCKER GOODSTEIN & NELSON PC**

                         By:    s/ Philip C. Hunsucker
                                Attorneys for Defendant
                                Menasha Corporation

                                Philip C. Hunsucker (CA State Bar 135860)
                                David A. Rabbino (CA State Bar 182291)
                                Allison E. McAdam (CA State Bar 226836)
                                Marc A. Shapp (CA State Bar 266805 and PA State Bar 204305)

**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com
amcadam@hgnlaw.com
mshapp@hgnlaw.com

Anne E. Lynch (DC State Bar 976226 and BA State Bar 73430)

**HUNSUCKER GOODSTEIN & NELSON PC**
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Ph: (202) 895-5380
Fax: (202) 895-5390
alynch@hgnlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) | |
| Plaintiffs, | ) | No. 1:10-CV-00910 |
| v. | ) ) | |
| NCR CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I electronically filed the following document(s):

**NOTICE OF ENTRY OF APPEARANCES**

with the Clerk of the Court using the Electronic Court Filing System, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Mary Rose Alexander<br>Latham & Watkins LLP<br>mary.rose.alexander@lw.com | Patrick J. Ferguson<br>Latham & Watkins LLP<br>Patrick.ferguson@law.com | Cynthia R. Hirsch<br>Office of the Attorney General<br>hirschcr@doj.state.wi.us |
| Thomas Armstrong<br>von Briesen & Roper SC<br>tarmstro@vonbriesen.com | Sandra C. Goldstein<br>Cravath Swaine & Moore LLP<br>sgoldstein@cravath.com | Caleb J. Holmes<br>Greenberg Traurig LLP<br>holmesc@gtlaw.com |
| Paul Bargen<br>Foley & Lardner LLP<br>pbargen@foley.com | Thomas R. Gottshall<br>Haynsworth Sinkler Boyd PA<br>lgantt@hsblawfirm.com | Philip C. Hunsucker<br>Hunsucker Goodstein & Nelson PC<br>phunsucker@hgnlaw.com |

| David A. Rabbino<br>Hunsucker Goodstein & Nelson PC<br>drabbino@hgnlaw.com | Eric W. Ha<br>Sidley Austin LLP<br>eha@sidley.com | Peter C. Karegeannes<br>Quarles & Brady LLP<br>peter.karegeannes@quarles.com |
|---|---|---|
| Dennis P. Birke<br>DeWitt Ross & Stevens SC<br>db@dewittross.com | Gregory J. Haanstad<br>United States Dept. of Justice<br>greg.haanstad@usdoj.gov | Paul G. Kent<br>Stafford Rosenbaum LLP<br>pkent@staffordlaw.com |
| Steven P. Bogart<br>Reinhart Boerner Van Deuren SC<br>sbogart@reinhartlaw.com | Scott W. Hansen<br>Reinhart Boerner Van Deuren SC<br>shansen@reinhartlaw.com | Susan M. Knepel<br>United States Dept. of Justice<br>susan.knepel@usdoj.gov |
| Michael P. Carlton<br>von Briesen & Roper SC<br>mcarlton@vonbriesen.com | William H. Harbeck<br>Quarles & Brady LLP<br>william.harbeck@quarles.com | Ericka L. Krumrie<br>Hermes Law Ltd<br>elk@hermeslawltd.com |
| Evan R. Chesler<br>Cravath Swaine & Moore<br>echesler@cravath.com | Michael J. Hermes<br>Hermes Law Ltd<br>mlh@hermeslawltd.com | Linda R. Larson<br>Marten Law PLLC<br>llarson@martennaw.com |
| Marc E. Davies<br>Greenberg Traurig LLP<br>daviesm@gtlaw.com | Kevin J. Lyons<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com | Joshua M. Levin<br>United States Dept. of Justice<br>joshua.levin@usdoj.gov |
| Susan E. Lovern<br>von Briesen & Rosep SC<br>slovern@vonbriesen.com | David G. Mandelbaum<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com | Karl S. Lytz<br>Latham & Watkins LLP<br>karl.lytz@lw.com |
| Meline G. MacCurdy<br>Marten Law PLLC<br>mmaccurdy@martenlaw.com | Stephen F. McKinney<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | Bradley M. Marten<br>Marten Law PLLC<br>bmarten@martenlaw.com |
| Tara M. Mathison<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com | Daniel C. Murray<br>Johnson & Bell Ltd<br>murrayd@jbltd.com | Heidi D. Melzer<br>Hermes Law Ltd<br>hdm@hermeslawltd.com |

| | | |
|---|---|---|
| Elizabeth K. Miles<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | Thomas M. Phillips<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | David R. Erickson<br>Shook Hardy & Bacon LLP<br>derickson@shb.com |
| William J. Mulligan<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | Ted Warpinski<br>Friebert Finerty & St. John SC<br>taw@ffsj.com | Kelly J. Noyes<br>von Briesen & Roper SC<br>knoyes@vonbriesen.con |
| Nancy K. Peterson<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | Megan A. Senatori<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | Anthony S. Wachewicz, III<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| Ronald R. Ragatz<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | Jeffrey A. Spector<br>United States Dept. of Justice<br>jeffrey.spector@usdoj.gov | Kathleen L. Roach<br>Sidley Austin LLP<br>kroach@sidley.com |
| Adam B. Silverman<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | Ted Waskowski<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com | Sarah A. Slack<br>Foley & Lardner LLP<br>sslack@foley.com |
| Margaret R. Sobota<br>Sidley Austin LLP<br>msobota@sidley.com | Iva Ziza<br>United States Dept. of Justice<br>Iva.Ziza@usdoj.gov | Randall M. Stone<br>United States Dept. of Justice<br>randall.stone@usdoj.gov |
| James P. Walsh<br>Appleton City Attorney<br>jim.walsh@appleton.org | Vanessa A. Lavely<br>Cravath Swaine & Moore LLP<br>vlavely@cravath.com | Evan B. Westerfield<br>Sidley Asutin LLP<br>evanwesterfield@sidley.com |
| Richard C. Yde<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com | Matthew R. Oakes<br>United States Dept. of Justice<br>matthew.oakes@usdoj.gov | S. Todd Farris<br>Friebert Finerty & St. John SC<br>stf@ffsj.com |
| Gregory A. Krauss<br>Gregory Krauss PllC<br>gkrauss@krausspllc.com | Francis A. Citera<br>Greenberg Traurig LLP<br>citeraf@gtlaw.com | Darin P. McAtee<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com |

| Omid H. Nasab<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | Brandon J. Evans<br>Hermes Law Ltd.<br>bje@hermeslawltd.com | Ian A.J Pitz<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com |
|---|---|---|
| Linda E. Benfield<br>Foley & Lardner LLP<br>lbenfield@foley.com | Charles Fried, Esq.<br>Law Offices<br>fried@law.harvard.edu | Margaret I. Hoefer<br>Stafford Rosenbaum LLP<br>mhoefer@staffordlaw.com |
| Kristin M. Furrie<br>United States Dept. of Justice<br>Kristin.furrie@usdoj.gov | Arthur A. Vogel, Jr.<br>Quarles & Brady LLP<br>Arthur.vogel@quarles.com | Sumona N. Majumdar<br>U.S. Department of Justice<br>Sumona.majumdar@usdoj.gov |

Dated: June 15, 2012

**HUNSUCKER GOODSTEIN & NELSON PC**

By  /s/ Philip C. Hunsucker
    Attorneys for Defendant
    Menasha Corporation

**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Blvd. Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
Email: phunsucker@hgnlaw.com