IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-C-910 |
| v. | ) ) | Hon. William C. Griesbach |
| NCR CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE FOR SEAN CARMAN
## ON BEHALF OF THE UNITED STATES

Please enter my appearance as counsel for Plaintiff, the United States of America, in the above-captioned matter.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: July 13, 2012

*s/ Sean Carman*
SEAN CARMAN
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: 202-514-2746
Facsimile: 202-616-6583
E-Mail: sean.carman@usdoj.gov