IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

v.                                      No. 10-CV-00910-WCG

NCR CORPORATION, et al.,

        Defendants

## NOTICE OF APPEARANCE

TO:    CLERK OF COURT

Kindly enter my appearance on behalf of the City of Green Bay in the above-entitled action. I am a member in good standing of the bar of this court. Please serve all further pleadings, correspondence and other filings at the address stated below. Please direct all ECF notices to the following email address:

                M. Andrew Skwierawski – mas@ffsj.com

Dated this 17th day of July, 2012.

                                              Respectfully submitted,

                                              s/M. Andrew Skwierawski
                                              M. Andrew Skwierawski
                                              State Bar No. 1063902
                                              FRIEBERT, FINERTY & ST. JOHN, S.C.
                                              Two Plaza East – Suite 1250
                                              330 East Kilbourn Avenue
                                              Milwaukee, WI  53202
                                              (414) 271-0130
                                              Fax:  (414) 272-8191

                                              Tony Wachewicz, Esq.
                                              City Attorney

City of Green Bay
100 North Jefferson Street
Room 200
Green Bay, WI 54301-5026
(920)448-3083
Fax: (920)448-3081

*Attorneys for Defendant City of Green Bay*