IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 10-C-910 |
| v. ) | |
| ) | |
| NCR CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Attorney Heidi D. Melzer files this Notice of Change of Address on behalf of herself, Attorney Michael L. Hermes and Hermes Law, Ltd., in the above captioned case. All future hard-copies of pleadings, memoranda, correspondence, orders, etc., addressed to Attorney Heidi D. Melzer, Attorney Michael L. Hermes or Hermes Law, Ltd., shall be sent to:

Law Firm: HERMES LAW, LTD.
2360A Dousman Street, Suite 2
Green Bay, WI 54303

Respectfully Submitted,

APPLETON PAPERS INC.

/s/ Heidi D. Melzer
By: One of Its Attorneys

1

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (WI Bar No. 1019623)<br>Heidi D. Melzer (WI Bar No. 1076125)<br>Hermes Law, Ltd.<br>2360A Dousman Street, Suite 2<br>Green Bay, WI 54303<br>920) 436-9870<br>Fax: (920)436-9871<br>mlh@hermeslawltd.com<br>hdm@hermeslawltd.com | Ronald R. Ragatz (WI Bar No. 1017501)<br>Dennis P. Birke (WI Bar No. 1018345)<br>Megan A. Senatori (WI Bar No. 1037314)<br>DeWitt Ross & Stevens S.C.<br>Two East Mifflin Street<br>Madison, WI 53703<br>(608) 255-8891<br>Fax: (608) 252-9243<br>rrr@dewittross.com<br>db@dewittross.com<br>ms@dewittross.com |

Dated: July 24, 2012