# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 10-C-910 |
| NCR CORPORATION, APPLETON PAPERS INC., BROWN COUNTY, CITY OF APPLETON, CITY OF GREEN BAY, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP. and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

### NCR CORPORATION'S EXPEDITED MOTION TO ENFORCE THE 40/60 COST-SHARING CONSENT JUDGMENT AGAINST APPLETON PAPERS INC.
_____

NCR Corporation ("NCR") respectfully moves the Court on an expedited basis for an order enforcing the 40/60 Cost-Sharing Consent Judgment against Appleton Papers Inc. ("API"). Specifically, NCR requests that the Court order API to promptly pay to NCR the amount of $15,003,126.88, which is API's 60% share of the remediation costs borne by NCR thus far in compliance with the Court's April 27 Preliminary Injunction. API has repeatedly refused NCR's requests for reimbursement. In support of its Motion, NCR relies on the

accompanying Memorandum of Law and the Declaration of Bryan A. Heath and the exhibits attached thereto.

Given the time-sensitive nature of the relief that NCR is seeking through this Motion, counsel for NCR will contact the Court's chambers to request a telephonic conference to set an expedited briefing schedule.

Dated: August 2, 2012

Respectfully submitted,

/s/ Darin P. McAtee

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

*Attorneys for NCR Corporation*