**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE STATE OF WISCONSIN, <br>                                Plaintiffs, <br>                                v. <br> NCR CORPORATION, <br> APPLETON PAPERS INC., <br> BROWN COUNTY, <br> CITY OF APPLETON, <br> CITY OF GREEN BAY, <br> CBC COATING, INC., <br> GEORGIA-PACIFIC CONSUMER PRODUCTS LP, <br> KIMBERLY-CLARK CORPORATION, <br> MENASHA CORP., <br> NEENAH-MENASHA SEWERAGE COMMISSION, <br> NEWPAGE WISCONSIN SYSTEMS, INC., <br> P.H. GLATFELTER CO., <br> U.S. PAPER MILLS CORP. and <br> WTM I COMPANY, <br>                                Defendants. | Civil Action No. 10-C-910 |

_____

**MOTION REQUESTING TELEPHONIC CONFERENCE TO SET BRIEFING
SCHEDULE FOR NCR CORPORATION'S MOTION TO ENFORCE AND
APPLETON PAPER INC.'S MOTION TO STAY OR STRIKE**
_____

       NCR Corporation respectfully requests a telephonic conference with the Court to discuss a briefing schedule for the following motions:

       (1) NCR's Expedited Motion to Enforce the 40/60 Cost-Sharing Consent Judgment Against API (Dkt. #467) (filed August 2, 2012); and

       (2) API's Motion to Stay or Strike NCR's Motion to Enforce the 40/60 Cost-Sharing Consent Judgment Against API and for Entry of an Order Compelling Arbitration (Dkt. #471) (filed August 3, 2012).

NCR and API met and conferred about the briefing schedule for these motions but were unable to agree. API does not oppose NCR's request for a telephonic conference. Counsel is available to discuss this matter at the Court's convenience.

Dated: August 7, 2012

Respectfully submitted,

/s/ Darin P. McAtee

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

*Counsel for NCR Corporation*