U.S. ENVIRONMENTAL PROTECTION AGENCY
REMOVAL ACTION

ADMINISTRATIVE RECORD
FOR
LOWER FOX RIVER NRDA/PCB RELEASES SITE
GREEN BAY, BROWN COUNTY, WISCONSIN

UPDATE #8
AUGUST 6, 2012
(SDMS ID: 440974)

THIS ADMINISTRATIVE RECORD HAS BEEN UPDATED TO CORRECT THE INADVERTENT OMISSION OF DOCUMENTS THAT WERE CONSIDERED AND/OR RELIED UPON BY THE AGENCY IN SELECTING RESPONSE ACTIONS AT THE SITE. DOCUMENTS LISTED AS BIBLIOGRAPHIC SOURCES IN DOCUMENTS THAT ARE PART OF THIS ADMINISTRATIVE RECORD WILL NOT BE LISTED SEPARATELY IN THIS INDEX. UPON REQUEST THE AGENCY MAY PROVIDE ANY DOCUMENT LISTED IN A BIBLIOGRAPHY OR REFERENCES SECTION OF DOCUMENTS GENERATED BY OR ON BEHALF OF THE AGENCY.

| NO. | DATE | AUTHOR | RECIPIENT | TITLE/DESCRIPTION | PAGES |
|---|---|---|---|---|---|
| 1 | 05/00/92 | U.S. EPA/ Risk Assessment Forum | U.S. EPA | Guidelines for Exposure Assessment (EPA/600/Z-92/001) **(SDMS ID: 440970)** | 139 |
| 2 | 11/00/09 | Tetra Tech EC, Inc. | Agency Oversight Team | Fox River Remediation Current Cost Estimate **(SDMS ID: 440972)** | 1 |
| 3 | 12/18/09 | Blackmar, T., Tetra Tech EC, Inc. | Hahnenberg, J., U.S. EPA & B. Baker, WDNR | Letter re: Revised Cost Estimate for Section 11 100% Design Volume 2 for the Lower Fox River and Green Bay Superfund Site **(SDMS ID: 440973)** | 2 |
| 4 | 06/14/12 | Short, T., U.S. EPA | File | Memorandum re: Minor Change to the Selected Remedy for the Lower Fox River and Green Bay Superfund Site **(SDMS ID: 440971)** | 44 |