# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
**et al.**,

                              Plaintiff(s),

      v.

**NCR CORPORATION, et al.**,

                              Defendant(s).

TELEPHONE SCHEDULING CONFERENCE
Case No. 10-C-910

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: 081012 |
| Deputy Clerk: Cheryl | Hearing Began: 1:33 p.m. |
| Proceeding Held: August 10, 2012 | Hearing Ended: 1:41 p.m. |

**Appearances:**

    **Plaintiff(s):**    No Appearance

    **Defendant(s):**    Mary Rose Alexander for Georgia Pacific
                               Anne Lynch for Menasha Corporation
                               Darin P. McAtee for NCR
                               M. Andrew Skwierawski for City of Green Bay
                               Richard C. Yde for City of Appleton
                               William Mulligan for Neenah Menasha Sewerage Commission
                               Ron Ragatz and Dennis Birke for Appleton Papers
                               Terry Nilles for CBC Coating
                               John Florence for US Paper

---

Attorney McAtee requests that the motions be briefed simultaneously and be submitted by August 17, 2012. He states the issues are not complex and the motions are intertwined.

Attorney Ragatz states that due to the nature of the motions that API's motion should be considered first or it should be stricken. API argues that arbitration should be allowed and it does not make sense for the Court to decide these matters when there is an arbitration provision.

Attorney McAtee states that it is following appropriate procedure.

Attorney Ragatz states that their understanding of the law in the 7th Circuit is that when there is a valid arbitration clause, and that there is no dispute as to regard to the arbitration clause in this case, that the Court is not to delve into the merits and that the matter should be sent to arbitration.

The Court comments on arbitration issue. The Court sets simultaneous briefing for motions. Briefs are due on or before August 22, 2012.