IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NCR CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

Case Action No. 1:10-CV-00910
Hon. William C. Griesbach

**[PROPOSED] ORDER DENYING PLAINTIFFS' CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANT MENASHA CORPORATION'S NOTICES OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L. R. 37, Plaintiffs' motion is denied. Plaintiffs have failed to meet and confer with Defendants in good faith in violation of Federal Rule of Civil Procedure 26(c)(1) and Civil Local Rule 37. Absent an agreement between the noticing parties and the Plaintiffs, Plaintiffs must produce their Rule 30(b)(6) designees on the dates noticed, not on the same day as a 30(b)(6) designee's fact witness deposition. Absent an agreement between the noticing parties and the Plaintiffs, Plaintiffs must produce a witness in response to Topics 10 of Menasha's Rule 30(b)(6) Notice to the United States and Topic 11 of Menasha's Rule 30(b)(6) Deposition to the State of Wisconsin.

Dated this _____ day of _____, 2012.

_____
William C. Griesbach
United States District Judge