**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | Case Action No. 1:10-CV-00910 Hon. William C. Griesbach |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NCR CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY THE UNITED STATES AND THE STATE OF
WISCONSIN**

Pursuant to Federal Rule of Civil Procedure 37 and Civil L.R. 37.1, Certain Defendants'

Motion to Compel is granted. The Court orders Plaintiffs to review and produce all relevant

documents, including ESI, which are responsive to Menasha's First Sets of Requests for

Production to the United States and the State of Wisconsin by _____, 2012. The Court

also orders that the fact discovery and expert disclosure deadlines provided in the Supplemental

Case Management Order, Dkt. 401, are extended until 30 days after Plaintiffs complete their

production pursuant to this Order.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2012.

_____
William C. Griesbach
United States District Judge

1