UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.                              Case No. 10-C-910

NCR CORPORATION, *et al.*,

        Defendants.

## MODIFIED CASE MANAGEMENT ORDER

Certain Defendants have moved to modify the Supplemental Case Management Order [Dkt. 401] in a manner which would result resulting in a delay of the scheduled commencement of trial in this matter. Dkt. 481. Plaintiffs the United States and the State of Wisconsin opposed Certain Defendants' motion and proposed a Modified Case Management Order that maintains the established trial date.

**IT IS HEREBY ORDERED**:

That the following deadlines are established:

| | |
|---|---|
| September 7, 2012 | Close of Fact Discovery |
| September 7, 2012 | Expert Disclosures and Reports: Non-Allocation/Non-Divisibility Topics |
| September 28, 2012 | Rebuttal Expert Disclosures and Reports: Non-Allocation/Non-Divisibility Topics |
| September 28, 2012 | Expert Disclosures and Reports: Allocation/Divisibility Topics |

| | |
|---|---|
| October 19, 2012 | Rebuttal Expert Disclosures and Reports: Allocation/Divisibility Topics |
| November 9, 2012 | Close of Expert Discovery |
| October 26, 2012 | Motions for Summary Judgment |
| November 9, 2012 | Opposition to Motions for Summary Judgment |
| November 15, 2012 | Reply to Motions for Summary Judgment |
| November 19, 2012 | Pretrial Reports |
| November 30, 2012 | Pretrial Conference |
| December 3, 2012 | Trial |

This Order shall supersede any conflicting provisions in the Case Management Order, the Rule 26(f) Report, or the Supplemental Case Management Order. The parties are directed to consult with one another in an effort to further modify the above deadlines to address the difficulties upon which they elaborated at the hearing.

Dated this 24th day of August, 2012.

s/William C. Griesbach
William C. Griesbach
United States District Judge