# United States District Court
## Eastern District of Wisconsin
## TRANSCRIPT REQUEST FORM


TRF -- Rev 2012 1

| 1. Date<br>08/27/2012 | 2. Person Placing Order<br>Bryant Yu | 3. Phone No.<br>212-474-4116 | 4. Email Address<br>byu@cravath.com |
|---|---|---|---|

| 5. Name (Person responsible for payment of all charges)<br>*Same as of above* | 6. Phone No.<br>*Same as of above* | 7. Email Address<br>*Same as of above* |
|---|---|---|

| 8. Law Firm<br>Cravath, Swaine & Moore LLP | 9. Mailing Address<br>825 Eighth Avenue | 10. City/State/Zip<br>New York, NY 10019 |
|---|---|---|

| 11. Case Name (abbreviated)<br>United States of America, et al. v. NCR Corporation, et al. | 12. Case Number<br>10-cv-910 | 13. Presiding Judge<br>William C. Griesbach |
|---|---|---|

| 14. Party Represented<br>NCR Corporation | 15. Location of Proceedings<br>☐ Milwaukee ☑ Green Bay | 16. Name of Reporter (check docket if unsure)<br>Tape #082412 |
|---|---|---|

**17. Order For** (check all that apply)
☐ Appeal ☐ Criminal ☐ In Forma Pauperis
☐ Non-Appeal ☑ Civil ☐ Criminal Justice Act*
☐ Other _____ *CJA 24 Form* Required

**18.** Type of Representation
☐ Appointed ☑ Retained
☐ US Attorney's Office DCN: _____
☐ Federal Defender Services

**19. Transcript Requested** (Specify date(s) and docket entries of proceedings for which transcript is requested)

08/24/2012 (see docket entry 493)

| 20. For trial proceedings include all except:<br>☐ Voir Dire<br>☐ Opening Statements<br>☐ Closing Arguments<br>☐ Jury Instructions | 21. This order is for:<br>☑ Entire Transcript<br>☐ Excerpted Portion (List witnesses or portions below) |
|---|---|

### 22. ORDER

**Delivery Requested**
☐ 30 Day
☐ 14 Day
☐ 7 Day*   CLICK HERE FOR RATES
☑ Daily*
☐ Same Day*
* Upon approval by reporter or transcriber

**Transcript Formats**
☐ Signed Certified Hard Copy
☑ PDF and Signed Certified Hard Copy
☐ TextMap ☐ PDF
**Additional Items**
☐ ASCII
☑ Condensed/Mini Transcript

**Shipping**
☐ I will arrange to pick up
☑ Fed Ex Account # for Shipping
0100-0113-7
Email Electronic Copies to:
byu@cravath.com

**Realtime Transcript**
☐ I wish to order _____ realtime feed(s) for the proceedings described above. *
☐ I wish to order _____ off-premise realtime internet stream connection(s). **

*A realtime "feed" is the electronic data flow from the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom. To ensure availability realtime feeds must be ordered well in advance of the hearing or trial.

**Court's permission required

**CERTIFICATION (23 & 24)**
By signing below, I certify that I will pay all charges
(deposit plus additional)

23. SIGNATURE _____

24. DATE   08/27/2012 _____

Email the completed form to the Reporter and the clerk's office at:
Dee_McLeod_Brock@wied.uscourts.gov

Upon receipt of this form you will be provided a cost estimate and the deposit amount required. Delivery dates are calculated from date deposit is received.