IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, et al.,<br><br>        Defendants. | Case Action No. 1:10-CV-00910<br>Hon. William C. Griesbach |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective September 1, 2012, Hunsucker Goodstein & Nelson PC legally changed its name to **Hunsucker Goodstein PC**. Our office locations, phone numbers, email addresses and facsimile numbers remain the same. Our firm website address remains: www.hgnlaw.com.

Please update your records as indicated to reflect our firm name change only.

Dated: September 5, 2012     **HUNSUCKER GOODSTEIN PC**

                                    By:    s/ Philip C. Hunsucker
                                              Attorneys for Defendant
                                              Menasha Corporation

                                              Philip C. Hunsucker (CA State Bar 135860)
                                              David A. Rabbino (CA State Bar 182291)
                                              Allison E. McAdam (CA State Bar 226836)
                                              Marc A. Shapp (CA State Bar 266805 and PA State Bar 204305)

**HUNSUCKER GOODSTEIN PC**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com
amcadam@hgnlaw.com
mshapp@hgnlaw.com

Anne E. Lynch (DC State Bar 976226 and VA State Bar 73430)

**HUNSUCKER GOODSTEIN PC**
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Ph: (202) 895-5380
Fax: (202) 895-5390
alynch@hgnlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA and <br> THE STATE OF WISCONSIN, <br>               Plaintiffs, <br>     v. <br> NCR CORPORATION, *et al.*, <br>               Defendants. | Case Action No. 1:10-CV-00910 <br> Hon. William C. Griesbach |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2012, I electronically served the following document(s):

**NOTICE OF CHANGE OF FIRM NAME**

to the following persons:

| Mary Rose Alexander <br> Mary.rose.alexander@lw.com <br> *Georgia-Pacific Consumer Products LP* | Thomas Armstrong <br> tarmstro@vonbriesen.com <br> *CBC Coating Inc.* | Paul Bargren <br> pbargren@foley.com <br> *Kimberly-Clark Corp.* |
|---|---|---|
| Linda E. Benfield <br> lbenfield@foley.com <br> *Kimberly-Clark Corp.* | Dennis R. Birke <br> db@dewitttoss.com <br> *Appleton Papers Inc.* | Steven P. Bogart <br> sbogart@reinhartlaw.com <br> *US Paper Mills Corp.* |
| Michael P. Carlton <br> mcarlton@vonbriesen.com <br> *CBC Coating Inc.* | Sean K. Carman <br> sean.carman@usdoj.gov <br> *United States of America* | Evan R. Chesler <br> echesler@cravath.com <br> *NCR Corporation* |
| Francis A. Citera <br> citeraf@gtlaw.com <br> *PH Glatfelter Co.* | Marc E. Davies <br> daviesm@gtlaw.com <br> *PH Glatfelter Co.* | David R. Erickson <br> derickson@shb.com <br> *Appleton Papers Inc.* |
| S. Todd Farris <br> stf@ffsj.com <br> *City of Green Bay* | Patrick J. Ferguson <br> patrick.ferguson@law.com <br> *Georgia-Pacific Consumer Products LP* | Charles Fried <br> fried@law.harvard.edu <br> *Appleton Papers Inc.* |

| | | |
|---|---|---|
| Sandra C. Goldstein<br>sgoldstein@cravath.com<br>*NCR Corporation* | Thomas R. Gottshall<br>lgantt@hsblawfirm.com<br>*US Paper Mills Corp.* | Eric W. Ha<br>eha@sidley.com<br>*NCR Corporation* |
| Gregory J. Haanstad<br>greg.haanstad@usdoj.gov<br>*United States of America* | Scott Hansen<br>shansen@reinhartlaw.com<br>*US Paper Mills Corp.* | William H. Harbeck<br>william.harbeck@quarles.com<br>*WTM I Company* |
| Michael L. Hermes<br>mlh@hermeslawltd.com<br>*Appleton Papers Inc.* | Cynthia R. Hirsch<br>hirschcr@doj.state.wi.us<br>*State of Wisconsin* | Margaret I. Hoefer<br>mhoefer@staffordlaw.com<br>*City of Appleton* |
| Caleb J. Holmes<br>holmesc@gtlaw.com<br>*PH Glatfelter Co.* | Philip C. Hunsucker<br>phunsucker@hgnlaw.com<br>*Menasha Corporation* | Peter C. Karegeannes<br>peter.karegeannes@quarles.com<br>*WTM I Company* |
| Paul G. Kent<br>pkent@staffordlaw.com<br>*City of Appleton* | Susan M. Knepel<br>susan.knepel@usdoj.gov<br>*United States of America* | Gregory A. Krauss<br>gkrauss@krausspllc.com<br>*Appleton Papers Inc.* |
| Linda R. Larsen<br>llarsen@martenlaw.com<br>*NCR Corporation* | Vanessa A. Lavely<br>vlavely@cravath.com<br>*NCR Corporation* | Joshua M. Levin<br>Joshua.levin@usdoj.gov<br>*United States of America* |
| Susan E. Lovern<br>slovern@vonbriesen.com<br>*CBC Coating Inc.* | Anne E. Lynch<br>alynch@hgnlaw.com<br>*Menasha Corporation* | Kevin J. Lyons<br>klyons@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Karl S. Lytz<br>Karl.lytz@lw.com<br>*Georgia-Pacific Consumer Products LP* | Meline G. MacCurdy<br>mmaccurdy@martenlaw.com<br>*NCR Corporation* | Sumona N. Majumdar<br>Sumona.majumdar@usdoj.gov<br>*United States of America* |
| David G. Mandelbaum<br>mandelbaumd@gtlaw.com<br>*PH Glatfelter* | Bradley M. Marten<br>bmarten@martenlaw.com<br>*NCR Corporation* | Tara M. Mathison<br>tmathison@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Allison E. McAdam<br>macadam@hgnlaw.com<br>*Menasha Corporation* | Darin P. McAtee<br>dmcatee@cravath.com<br>*NCR Corporation* | Stephen F. McKinney<br>smckinney@hsblawfirm.com<br>*US Paper Mills Corp.* |
| Heidi D. Melzer<br>hdm@hermeslawltd.com<br>*Appleton Papers Inc.* | Elizabeth K. Miles<br>emiles@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* | William J. Mulligan<br>wmulligan@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Daniel C. Murray<br>murray@jbltd.com<br>*NewPage Wisconsin System Inc.* | Omid H. Nasab<br>onasab@cravath.com<br>*NCR Corporation* | Kelly J. Noyes<br>knoyes@vonbriesen.com<br>*CBC Coating Inc.* |

| Matthew R. Oakes<br>Matthew.oakes@usdoj.gov<br>*United States of America* | Nancy K. Peterson<br>nancy.peterson@quarles.com<br>*WTM I Company* | Ian AJ Pitz<br>iapitz@michaelbest.com<br>*Brown County* |
|---|---|---|
| David A. Rabbino<br>drabbino@hgnlaw.com<br>*Menasha Corporation* | Ronald R. Ragatz<br>rrr@dewittross.com<br>*Appleton Papers Inc.* | Kathleen L. Roach<br>kroach@sidley.com<br>*NCR Corporation* |
| Megan A. Senatori<br>ms@dewittross.com<br>*Appleton Papers Inc.* | Marc A. Shapp<br>mshapp@hgnlaw.com<br>*Menasha Corporation* | Adam B. Silverman<br>silvermana@gtlaw.com<br>*PF Glatfelter Co.* |
| M. Andrew Skwierawski<br>mas@ffsj.com<br>*City of Green Bay* | Sarah A. Slack<br>sslack@foley.com<br>*Kimberly-Clark Corporation* | Margaret R. Sobota<br>msobota@sidley.com<br>*NCR Corporation* |
| Jeffrey A. Spector<br>jeffrey.spector@usdoj.gov<br>*United States of America* | Randall M. Stone<br>randall.stone@usdoj.gov<br>*United States of America* | Arthur A. Vogel, Jr.<br>arthur.vogel@quarles.com<br>*WTM I Company* |
| Anthony S. Wachewicz, III<br>tonywa@ci.green-bay.wi.us<br>*City of Green Bay* | James P. Walsh<br>jim.walsh@appleton.org<br>*City of Appleton* | Ted A. Warpinski<br>taw@ffsj.com<br>*City of Green Bay* |
| Ted Waskowski<br>twaskowski@staffordlaw.com<br>*City of Appleton* | Evan B. Westerfield<br>evanwesterfield@sidley.com<br>*NCR Corporation* | Richard C. Yde<br>ryde@staffordlaw.com<br>*City of Appleton* |
| Iva Ziza<br>Iva.Ziza@usdoj.gov<br>*United States of America* | | |

Dated: September 5, 2012

                      **HUNSUCKER GOODSTEIN PC**

              By     s/ Philip C. Hunsucker
                    Attorneys for Defendant
                    Menasha Corporation

                    **HUNSUCKER GOODSTEIN PC**
                    3717 Mt. Diablo Blvd. Suite 200
                    Lafayette, CA 94549
                    Ph: (925) 284-0840
                    Fax: (925) 284-0870
                    Email: phunsucker@hgnlaw.com