**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 10-C-910 |
| v. | ) ) |
| NCR CORPORATION, APPLETON PAPERS INC., BROWN COUNTY, CITY OF APPLETON, CITY OF GREEN BAY, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

### DECLARATION OF EVAN B. WESTERFIELD
_____

I, Evan B. Westerfield, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Illinois. I am a partner at the law firm of Sidley Austin LLP and represent NCR Corporation in the above captioned action. I have personal and first-hand knowledge of each of the matters set forth herein, and, if called and sworn as a witness, I can and will testify competently thereto. The contents of this declaration are true and correct to the best of my knowledge, information and belief.

2. I submit this declaration in support of NCR Corporation's Local Rule 7(h) Expedited, Non-Dispositive Motion for Reconsideration of the Court's Decision and Order on NCR's Motion to Present Expert Evidence to Explain and Interpret the Administrative Record.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Jeffrey Zelikson, dated September 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Evan B. Westerfield
Evan B. Westerfield
September 6, 2012