IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 10-C-910 |
| v. | ) Hon. William C. Griesbach |
| NCR CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Plaintiff, the United States of America, in the above-captioned matter.

                                                Respectfully submitted,

                                                IGNACIA S. MORENO
                                                Assistant Attorney General
                                                Environment and Natural Resources Division

Dated: September 12, 2012         *s/ Maya S. Abela*
                                                MAYA S. ABELA
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Environment and Natural Resources Division
                                                Environmental Enforcement Section
                                                P.O. Box 7611
                                                Washington, DC  20044-7611
                                                Telephone:    202-514-2717
                                                Facsimile:    202-616-6583
                                                E-Mail:    maya.abela@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 12, 2012, the foregoing Notice of Appearance was filed electronically using the Court's ECF system and automatically served through the Court's ECF system on counsel of record.

                 s/ *Maya S. Abela*_____
                 MAYA S. ABELA
                 Counsel for the United States