NCCCO-K  Subject:  Green Bay Harbor, WI - Fox River
                   FY 85 Maintenance Dredging
                   Contract No. DACW35-85-C-0068

THRU: Chief, C.O.    FROM: Chief, KAO    DATE: 28 February 1986
      Division                                 RAT/jk/388-3720

TO:   Chief, Constr. Br.

1. Attached for your information is a draft of the Proposed Contracting Officer's decision (C.O.D.) for the contractor's claim for $5,215.88 for costs incurred for work delays due to ship traffic in the vicinity of the Government furnished off-loading dock.

2. An advance draft on "Wordstar" has been forwarded on 28 February 1986 to Construction Branch by use of "Smartcom II".

3. It is my recommendation that the claim be denied, and contractor be advised in writing no later than 24 March 1986.

                              STEVEN M. RUNNING, P.E.
                              Chief, Kewaunee Area Office

Encl: Draft COD

6

ACOE-KEW003019