IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 1:10-cv-910 |

## DECLARATION OF DON C. ERWIN

I, Don C. Erwin, declare as follows:

1.  I am a General Attorney in the Office of Counsel of the United States Army Corps of Engineers, Detroit District. I submit this declaration in support of the United States' Response to Certain Defendants' Motion to Compel Production of Documents by the United States and the State of Wisconsin (Dkt. No. 491).

2.  I have worked for the Detroit District Army Corps of Engineers since March 1990 and the federal government since September 1979. During my career, I have worked as an attorney. My current position at the Detroit District is General Attorney. I previously served as an Attorney Advisor – Real Estate.

3.  In January 2007, I was assigned to provide legal support concerning litigation involving the Lower Fox River and Green Bay Superfund Site, Green Bay, Wisconsin. As part of this support, I visited the National Archives and Records Administration, Great Lakes Region, in Chicago, Illinois (Chicago NARA Facility) on July 9 and 10, 2009. The purpose of the visit was to obtain historic documents concerning dredging quantities and open water dredged

1

disposal sites.  Gerald Harris and Emily Kirksen from the Project Performance Corporation, a contractor working for the United States Department of Justice, accompanied me on this visit.

4.     Prior to the visit, I reviewed the standard forms (SF 135s) used by the Corps of Engineers to transmit records to federal record centers and other offsite storage facilities.  These SF 135s were contained in the Detroit District's complete set of SF 135s recently provided to Menasha Corporation.  After I identified documents that may potentially be related to dredging quantities and open water disposal dating back as far as the 1920's, I contacted the Federal Records Center (FRC) in Chicago to verify the location of the identified records and was told that the records had been transferred to the Chicago NARA Facility.  The archivist in charge of the records at NARA was Scott Forsythe.

5.     On July 7, 2009, I faxed Mr. Forsythe copies of the SF 135s and indicated the records I wished to review during my visit on July 9 and 10, 2009.  This request identified six boxes of documents and three tubes of drawings.  Mr. Forsythe sent me the Chicago NARA Facility brochure providing directions and other general information about the Facility.

6.     Upon arriving at the Chicago NARA Facility on July 9, 2009, we obtained researcher cards and were taken to the general reading room where Mr. Forsythe greeted us and explained the procedures of the Facility.  Mr. Forsythe then directed me and the two employees from Project Performance Corporation to the six boxes of documents and three tubes of drawings I had requested.  We spent most of the day reviewing these documents and designating various documents for copying.

7.     On July 9 and 10, 2010, we also reviewed Chicago NARA Facility's finding aids for the Chicago, Detroit, and, Milwaukee Districts of the Corps plus the Great  Lakes Division and the North Central Division to which the Detroit District reported.  The Milwaukee District

2

Case 1:10-cv-00910-WCG   Filed 09/17/12   Page 2 of 8   Document 513

and North Central Division no longer exist. Both Milwaukee and Chicago Districts formerly had responsibilities for Corps operation and maintenance activities on the Lower Fox River and Green Bay. The review added Chicago District documents related to dredging quantities for copying.

8. The Chicago NARA Facility assessed me a standard per page charge for copies of the documents we requested. I was reimbursed this cost by filing a travel voucher.

9. All the documents reviewed at the Chicago NARA Facility were obtainable based on the available finding aids.

10. I did not ask for and was not offered any special rights of access or special privileges in reviewing documents at the Chicago NARA Facility; rather, I believe I was given the same opportunity to use the finding aids as the general public.

11. During my time at the Chicago NARA Facility, I found staff to be helpful, courteous, and efficient; however, to the best of my knowledge, I was not treated in a matter distinct or different from other researchers at the Facility.

12. Between 2007 and 2010, the Detroit District gathered documents pertaining to the Lower Fox River and Green Bay Superfund Site, Green Bay, Wisconsin. These documents included: (1) sediment quality sampling data through 2006; (2) planning reports pertaining to Fox River and Green Bay Harbor navigation projects, closure of the Renard Island confined disposal facility, and the design and operation of the Bayport and Renard Island confined disposal facilities; (3) National Environmental Policy Act assessments of potentially relevant federal actions (including navigational dredging, disposal facility construction, and conveyance of the Fox River locks to the State of Wisconsin); (4) confined disposal facility operation manuals dating back to 1984; (5) annual reports to Congress on Fox River and Green Bay

dredging from 1878, 1879, 1943, and 1949-2005; (6) local sponsor agreements with Brown County and the City of Green Bay relating to dredging of the Fox River and Green Bay; (8) records approximating annual dredging volumes; and (9) historic navigation project maps. These documents and the documents obtained from the Chicago NARA Facility were sent to the Department of Justice who later provided them to the Menasha Corporation.

13. In 2012, I also assumed responsibility for organizing the Detroit District's search for responsive records relating to the Menasha Corporation's several document production requests in the matter of United States v. NCR Corporation, Civil Action No. 1:10-cv-910. As part of this responsibility, my duties included coordinating document searches both within the Detroit District's headquarters office and the Detroit District's area offices and suboffices, including its Kewaunee and Kaukauna, Wisconsin suboffices; the Lake Michigan area office in Grand Haven, Michigan; the Soo area office in Sault Ste. Marie, Michigan; the Duluth area office in Duluth, Minnesota; and the Detroit area office in Detroit, Michigan.

14. In the course of its response to Menasha's discovery, the Corps collected responsive paper documents from individual employees within the offices identified above, relating to Defendants' several requests for production. Subjects for which responsive documents were identified and provided included all documents related to the construction, operation and maintenance of the Fox River, including the Locks and Dams, and the Green Bay Harbor federal navigation projects. This included, but was not limited to, documents concerning dredging, disposal of dredge material, construction, operation, and maintenance of disposal areas; environmental impacts, sediment testing, the operation and maintenance of dams and locks, and agreements with local communities, e.g., Brown County and the City of Green Bay, related to dredging of the Fox River and Green Bay.

4

15. The Detroit District, also, reviewed the SF-135s maintained by the District in order to identify additional responsive documents. This review was performed by District's Records Manager and Records Coordinators, as well as, the Chief of Planning and the Chief of Programs and Projects Management. All reviewers previously had been trained by the Records Manager to ensure they were familiar with the SF-135s. I provided guidance on the subject matter and keywords for the review so that all boxes containing responsive documents were identified. I determined the SF-135s concerning work the Detroit District performed on behalf of the Environmental Protection Agency, but unrelated to the Lower Fox River and Green Bay Superfund Site, did not contain responsive documents. The United States has produced all the District's SF-135s to Menasha, which totaled approximately 7,200 pages.

16. Based on this review the Records Manager retrieved boxes from offsite storage locations, including FRCs located in Chicago, Illinois and Dayton, Ohio, as well as, facilities owned and operated by the Iron Mountain Corporation in Michigan. Four boxes from the FRC in Dayton, Ohio were sent directly to the Department of Justice, because they mostly contained responsive dredging contract documents. The remaining nine from the FRCs along with all the boxes from the Iron Mountain Corporation were reviewed by Detroit District employees for responsive documents. This review was conducted by the Chief of Operations, the Chief of Programs and Projects Management, the Chief of Environmental and Analysis Branch, the Records Coordinator for Engineering and Design, the Chief of Geotechnical and Structures, and the Chief of Plan Formulation. I talked to each reviewer to ensure they were able to identify all responsive documents and understood the procedure for sending these documents to the Department of Justice.

17. The responsive documents were reviewed for possible privileged material before being sent. I personally reviewed the documents for privileged material from boxes identified as originating from the District's Office of Counsel.

18. It is my understanding that the Detroit District also made thousands of oversized documents collected from its Kewaunee and Kaukauna suboffices available for Menasha's review and inspection in Milwaukee, Wisconsin. These documents were transferred directly from Kewaunee and Kaukauna to Milwaukee and I did not play a significant role in overseeing the transmittal of these records.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on: September 13, 2012

_s/ Don C. Erwin_

6

Case 1:10-cv-00910-WCG   Filed 09/17/12   Page 6 of 8   Document 513

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Declaration to be served on counsel of record via e-mail to:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edo

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

i

| | | |
|---|---|---|
| **Allison E. McAdam**<br>Hunsucker Goodstein PC<br>amcadam@hgnlaw.com | **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com |
| **Darin P. McAtee**<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com | **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com |
| **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com | **Arthur A. Vogel, Jr.**<br>Quarles & Brady LLP<br>arthur.vogel@quarles.com |
| **Heidi D. Melzer**<br>Melzer Law, LLC<br>hmelzer@melzerlaw.com | **David A. Rabbino**<br>Hunsucker Goodstein PC<br>drabbino@hgnlaw.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **M. Andrew Skierawski**<br>Friebert Finerty & St. John SC<br>mas@ffsj.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: September 17, 2012                                          s/ *Randall M. Stone*