IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WISCONSIN, | ) ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:10-cv-910 |
| v. | ) ) |
| NCR CORPORATION, *et al.* | ) ) |
| Defendants. | ) ) ) |

## **DECLARATION OF RANDAL S. CURTIS**

I, Randal S. Curtis, hereby declare as follows:

1. I am the Chief of the Special Projects Section of the Ordnance and Technical Services Branch of the United States Army Corps of Engineers, St. Louis District. I submit this declaration in support of the United States' Response to Certain Defendants' Motion to Compel Production of Documents by the United States and the State of Wisconsin (Dkt. No. 491).

2. I began working for the U.S. Army Corp of Engineers in May 1988 in the Geotechnical Branch working on Civil Works projects for the St. Louis District. Since 1994, I have been a Project Manager / Team Leader for the Corps of Engineers, and have prepared or overseen the preparation of over 200 Archive Search Reports and similar studies, including Preliminary Assessments and Historical Records Reviews for investigations of Formerly Used Defense Sites and active and closing (*i.e.*, Base Realignment and Closure or BRAC) military installations across the

1

country.  All of those investigations included review of governmental records both military and civilian.  As part of that 18 years of experience, I have extensive direct experience researching archival material at the various facilities of the National Archives and Records Administration (NARA), including the two main archival repositories in the Washington D.C. area, as well as the regional archives and Federal Record Centers (FRC) across the country and the National Personnel Records Center in St. Louis.

3. NARA is the Federal agency that preserves and maintains the permanently valuable records of the US government.  NARA makes these records available for research, as encapsulated by their mission statement "ready access to essential evidence."  NARA affords equal access to its public holdings, no matter whether the research is for a private client or a governmental party, or is being conducted as a matter of personal interest, academic interest, or for litigation.  Similarly, NARA staff is available to assist any researcher, including members of the public, in navigating the archival collections and locating historic documents.

4. Through my 18 years of experience as Project Manager / Team Leader conducting archival research and analysis, I have become familiar with the means available to locate historic Corps of Engineers documents, to the extent they exist, that may describe historic operations by that organization in the permanent collections of NARA.

5. NARA maintains its records based on the archival principle of provenance.  More simply put, NARA keeps the records sorted by the federal agency that created and transferred the material to NARA and retains the records in the order they were in while in active use.  In other words, NARA does not consolidate records by topic if material exists from multiple agencies, nor does NARA reorganize the material to follow filing guidance. Rather, the records are maintained by NARA in the way in which the originating agency kept them.  To help researchers navigate the records while respecting this principle of provenance, NARA developed specific categories or *Records Groups* to categorize material of various federal agencies.  For example, NARA maintains the records of the US Army Corps of Engineers within

2

Record Group 77, Records of the Office of the Chief of Engineers. Within each Record Group, there are subgroups known as *Series* that consist of sets of documents that the creating office kept together. These Series, sometimes also referred to as an *Entries,* consist of material transferred together from the agency.

    6.    The steps that Corps of Engineers would take to identify documents that may relate to historic Corps of Engineers operations within NARA's archival holdings are the same that a private researcher would undertake to identify and locate potentially relevant documents. A first step is identifying the proper NARA facility that would retain these records and contacting them about their holdings. The National Archives at Chicago (Great Lakes Region) is the primary repository for inactive historical records created or received by Federal agencies in Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. A researcher would request to review the publically available finding aids generally describing the holdings at a specific repository, including any records transfer documentation when available such as the government Standard Form 135, Records Transmittal and Receipt form that the agency used to transfer records. Following a review of the available finding aid materials, a researcher requests the potentially relevant material be retrieved from staff only holding areas and brought to a public reading room where the researcher is then able to review the material box-by-box, folder-by-folder and page-by-page. It is a tedious process to identify and retrieve documentation. Present-day personnel from the Corps of Engineers have no greater access to records generated by Corps of Engineers housed in the National Archives than do members of the general public.

    7.    I have read the declaration of Don Erwin of the Detroit District U.S. Army Corps of Engineers dated 13 September 2012 regarding the work he conducted at the NARA Great Lakes Region archives in Chicago on 9-10 July 2009 relating to the Lower Fox River and Green Bay Superfund Site, Green Bay, Wisconsin. It indicates he followed the general procedures outlined above to locate documents potentially relating to historic Corps of Engineers operations held at the NARA Great Lakes Region.

3

Case 1:10-cv-00910-WCG    Filed 09/17/12   Page 3 of 6   Document 515

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 13th day of September, 2012.

                                              *s/ Randal S. Curtis*
                                              Randal S. Curtis
                                              Supervisory Civil Engineer
                                              U.S. Army Corps of Engineers
                                              St. Louis District

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Declaration to be served on counsel of record via e-mail to:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edo

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

i

| | | |
|---|---|---|
| **Allison E. McAdam**<br>Hunsucker Goodstein PC<br>amcadam@hgnlaw.com | **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com |
| **Darin P. McAtee**<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com | **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com |
| **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com | **Arthur A. Vogel, Jr.**<br>Quarles & Brady LLP<br>arthur.vogel@quarles.com |
| **Heidi D. Melzer**<br>Melzer Law, LLC<br>hmelzer@melzerlaw.com | **David A. Rabbino**<br>Hunsucker Goodstein PC<br>drabbino@hgnlaw.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **M. Andrew Skierawski**<br>Friebert Finerty & St. John SC<br>mas@ffsj.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: September 17, 2012                                                          s/ *Randall M. Stone*