IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | Case Action No. 1:10-CV-00910 |
| Plaintiffs, | Hon. William C. Griesbach |
| v. | |
| NCR CORPORATION, et al., | |
| Defendants. | |

**CERTAIN DEFENDANTS'[1] OPPOSITION TO THE UNITED STATES' CIVIL L. R. 7(h)
EXPEDITED NON-DISPOSITIVE MOTION *IN LIMINE*
TO EXCLUDE OPINIONS AND TESTIMONY OF
DEFENDANTS' PROPOSED REMEDY CHALLENGE EXPERTS**

The United States' Motion (Dkt. 519) should be denied because Mr. Fuglevand's report includes opinions on the dredging by the U.S. Army Corps of Engineers relevant to issues clearly part of the trial, namely: (1) divisibility; and, (2) the equities of the case as required by CERCLA section 106(a). Divisibility unquestionably is part of the December 3, 2012 trial (Dkt. 481-2). As to the equities, CERCLA section 106(a) requires the United States to prove three things to obtain an injunction, including that the equities of the case require the particular injunction being sought. The CERCLA section 106(a) requirements for an injunction are a key subject in the Motion *In Limine* to Establish the Elements of Plaintiff United States' Prima Facie Case on its Fifth Claim For Relief filed by the Certain Defendants on September 26, 2012 (Dkt. 520). In addition, the equities of the case partly are the subject of the Plaintiffs' motion to strike

---

[1] "Certain Defendants" are CBC Coating, Inc., P.H. Glatfelter Company, Menasha Corporation, Neenah Menasha Sewerage Commission, U.S. Paper Mills Corp. and WTM I Company. Counsel for Certain Defendants are listed in the signature page of the Opposition.

the defendants' equitable defenses (Dkt. 430, 430-1, 431, 443, 444 and 456). Plaintiffs' motion to strike is briefed fully.

Certain Defendants agree that a *portion* of Mr. Fuglevand's report addresses the failure by the Environmental Protection Agency and the Wisconsin Department of Natural Resources to follow the National Contingency Plan ("NCP") and the requirements of CERCLA section 121(a) and (b). Thus, a *portion* of Mr. Fuglevand's report is covered by the Court's August 30, 2012 decision (Dkt. 498). CERCLA section 121(a) requires that: "The President shall select appropriate remedial actions . . . which provide for cost-effective response. In evaluating the cost-effectiveness of proposed alternative remedial actions, the President shall take into account the total short- and long-term costs of such actions, including the costs of operation and maintenance for the entire period during which such activities will be required." 42 U.S.C. § 9621(a). Section 121(b) of CERCLA similarly requires that the "President shall select a remedial that is protective of human health and the environment, that is cost effective . . ." 42 U.S.C. § 9621(b). The opinions of Mr. Fuglevand on this topic, whether the cost-effectiveness analysis of the remedy selection process complied with the NCP, are in the same vein as those of Jeffery Zelikson, whose report was the subject of NCR's motion for reconsideration (Dkt. 501-1) that was granted on September 25, 2012. Dkt. 522. For the reasons discussed in NCR's motion for reconsideration (Dkt. 500), Mr. Fuglevand's opinions should be allowed.

For all the reasons discussed above, the Motion should be denied.

| Dated: September 27, 2012 | Respectfully submitted, |
|---|---|
| s/ Philip C. Hunsucker<br>Philip C. Hunsucker<br>David A. Rabbino<br>Hunsucker Goodstein & Nelson PC<br>3717 Mt. Diablo Blvd., Suite 200<br>Lafayette, CA 94549<br>Telephone: (925) 284-0840<br>Fax: (925) 284-0870<br>phunsucker@hgnlaw.com<br>drabbino@hgnlaw.com<br><br>Anne E. Lynch<br>Hunsucker Goodstein & Nelson PC<br>5335 Wisconsin Avenue NW, Suite 360<br>Washington, DC 20015<br>Telephone: (202) 895-5380<br>Fax: (202) 895-5390<br>alynch@hgnlaw.com<br><br>**Counsel for Menasha Corporation** | s/ William J. Mulligan<br>William J. Mulligan (WI Bar No. 1008465)<br>Kevin J. Lyons (WI Bar No. 1013826)<br>Elizabeth K. Miles (WI Bar No. 1064284)<br>Davis & Kuelthau, s.c.<br>111 E. Kilbourn Avenue, Suite 1400<br>Milwaukee, WI 53202<br>Telephone: (414) 276-0200<br>Fax: (414) 276-9369<br>wmulligan@dkattorneys.com<br>klyons@dkattorneys.com<br>emiles@dkattorneys.com<br><br>**Attorneys for Defendant<br>Neenah-Menasha Sewerage Commission** |
| s/ Susan E. Lovern<br>Susan E. Lovern (#1025632)<br>Michael P. Carlton (#1016037)<br>Thomas Armstrong (#1016529)<br>Kelly J. Noyes (#1064809)<br>von Briesen & Roper, s.c.<br>411 East Wisconsin Avenue, Suite 700<br>Milwaukee, WI 53202<br>Telephone: (414) 276-1122<br>Fax: (414) 276-6281<br>slovern@vonbriesen.com<br>mcarlton@vonbriesen.com<br>tarmstro@vonbriesen.com<br>knoyes@vonbriesen.com<br><br>**Attorneys for Defendant CBC Coating, Inc.** | s/ Scott W. Hansen<br>Scott W. Hansen<br>WI State Bar ID No. 1017206<br>shansen@reinhartlaw.com<br>Steven P. Bogart<br>WI State Bar ID No. 1005758<br>sbogart@reinhartlaw.com<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Telephone: 414-298-1000<br>Facsimile: 414-298-8097<br><br>Thomas R. Gottshall<br>Haynsworth Sinkler Boyd, P.A.<br>1201 Main Street, Suite 2200<br>Columbia, SC 29201<br>Telephone: 803-779-3080<br>Facsimile: 803-765-1243<br>tgottshall@hsblawfirm.com<br><br>**Attorneys for Defendant U.S. Paper Mills Corp.** |

s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA  19103
215.988.7800
mandelbaumd@gtlaw.com

**Counsel for Defendant P.H. Glatfelter Co.**

 s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
Peter C. Karegeannes (Wis. Bar No. 1015025)
Arthur A. Vogel, Jr. (Wis. Bar No. 1010425)
William H. Harbeck (Wis. Bar No. 1007004)
QUARLES & BRADY LLP
411 East Wisconsin A venue
Milwaukee, WI 53202
Telephone: 414-277-5000
E-mail: nancy.peterson@quarles.com

**Counsel for Defendant WTM I Company**

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I electronically filed the following document(s):

**CERTAIN DEFENDANTS'[2] OPPOSITION TO THE UNITED STATES' CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANTS' PROPOSED REMEDY CHALLENGE EXPERTS**

with the Clerk of the Court using the Electronic Court Filing System, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Mary Rose Alexander<br>Mary.rose.alexander@lw.com<br>*Georgia-Pacific Consumer Products LP* | Thomas Armstrong<br>tarmstro@vonbriesen.com<br>*CBC Coating Inc.* | Paul Bargren<br>pbargren@foley.com<br>*Kimberly-Clark Corp.* |
| Linda E. Benfield<br>lbenfield@foley.com<br>*Kimberly-Clark Corp.* | Dennis R. Birke<br>db@dewitttoss.com<br>*Appleton Papers Inc.* | Steven P. Bogart<br>sbogart@reinhartlaw.com<br>*US Paper Mills Corp.* |
| Michael P. Carlton<br>mcarlton@vonbriesen.com<br>*CBC Coating Inc.* | Sean K. Carman<br>sean.carman@usdoj.gov<br>*United States of America* | Evan R. Chesler<br>echesler@cravath.com<br>*NCR Corporation* |
| Francis A. Citera<br>citeraf@gtlaw.com<br>*PH Glatfelter Co.* | Marc E. Davies<br>daviesm@gtlaw.com<br>*PH Glatfelter Co.* | David R. Erickson<br>derickson@shb.com<br>*Appleton Papers Inc.* |
| S. Todd Farris<br>stf@ffsj.com<br>*City of Green Bay* | Patrick J. Ferguson<br>patrick.ferguson@law.com<br>*Georgia-Pacific Consumer Products LP* | Charles Fried<br>fried@law.harvard.edu<br>*Appleton Papers Inc.* |
| Sandra C. Goldstein<br>sgoldstein@cravath.com<br>*NCR Corporation* | Thomas R. Gottshall<br>lgantt@hsblawfirm.com<br>*US Paper Mills Corp.* | Eric W. Ha<br>eha@sidley.com<br>*NCR Corporation* |
| Gregory J. Haanstad<br>greg.haanstad@usdoj.gov<br>*United States of America* | Scott Hansen<br>shansen@reinhartlaw.com<br>*US Paper Mills Corp.* | William H. Harbeck<br>william.harbeck@quarles.com<br>*WTM I Company* |

---

[2] "Certain Defendants" are CBC Coating, Inc., P.H. Glatfelter Company, Menasha Corporation, Neenah Menasha Sewerage Commission, U.S. Paper Mills Corp. and WTM I Company. Counsel for Certain Defendants are listed in the signature page of the Opposition.

| | | |
|---|---|---|
| Maya S. Abela<br>maya.abela@usdoj.gov<br>*United States of America* | Cynthia R. Hirsch<br>hirschcr@doj.state.wi.us<br>*State of Wisconsin* | Margaret I. Hoefer<br>mhoefer@staffordlaw.com<br>*City of Appleton* |
| Caleb J. Holmes<br>holmesc@gtlaw.com<br>*PH Glatfelter Co.* | Philip C. Hunsucker<br>phunsucker@hgnlaw.com<br>*Menasha Corporation* | Peter C. Karegeannes<br>peter.karegeannes@quarles.com<br>*WTM I Company* |
| Paul G. Kent<br>pkent@staffordlaw.com<br>*City of Appleton* | Susan M. Knepel<br>susan.knepel@usdoj.gov<br>*United States of America* | Gregory A. Krauss<br>gkrauss@krausspllc.com<br>*Appleton Papers Inc.* |
| Linda R. Larsen<br>llarsen@martenlaw.com<br>*NCR Corporation* | Vanessa A. Lavely<br>vlavely@cravath.com<br>*NCR Corporation* | Joshua M. Levin<br>Joshua.levin@usdoj.gov<br>*United States of America* |
| Susan E. Lovern<br>slovern@vonbriesen.com<br>*CBC Coating Inc.* | Anne E. Lynch<br>alynch@hgnlaw.com<br>*Menasha Corporation* | Kevin J. Lyons<br>klyons@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Karl S. Lytz<br>Karl.lytz@lw.com<br>*Georgia-Pacific Consumer Products LP* | Meline G. MacCurdy<br>mmaccurdy@martenlaw.com<br>*NCR Corporation* | Sumona N. Majumdar<br>Sumona.majumdar@usdoj.gov<br>*United States of America* |
| David G. Mandelbaum<br>mandelbaumd@gtlaw.com<br>*PH Glatfelter* | Bradley M. Marten<br>bmarten@martenlaw.com<br>*NCR Corporation* | Tara M. Mathison<br>tmathison@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Allison E. McAdam<br>macadam@hgnlaw.com<br>*Menasha Corporation* | Darin P. McAtee<br>dmcatee@cravath.com<br>*NCR Corporation* | Stephen F. McKinney<br>smckinney@hsblawfirm.com<br>*US Paper Mills Corp.* |
| Heidi D. Melzer<br>hmelzer@melzerlaw.com<br>*Appleton Papers Inc.* | Elizabeth K. Miles<br>emiles@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* | William J. Mulligan<br>wmulligan@dkattorneys.com<br>*Neenah-Menasha Sewerage Commission* |
| Daniel C. Murray<br>murray@jbltd.com<br>*NewPage Wisconsin System Inc.* | Omid H. Nasab<br>onasab@cravath.com<br>*NCR Corporation* | Kelly J. Noyes<br>knoyes@vonbriesen.com<br>*CBC Coating Inc.* |
| Matthew R. Oakes<br>Matthew.oakes@usdoj.gov<br>*United States of America* | Nancy K. Peterson<br>nancy.peterson@quarles.com<br>*WTM I Company* | Ian AJ Pitz<br>iapitz@michaelbest.com<br>*Brown County* |
| David A. Rabbino<br>drabbino@hgnlaw.com<br>*Menasha Corporation* | Ronald R. Ragatz<br>rrr@dewittross.com<br>*Appleton Papers Inc.* | Kathleen L. Roach<br>kroach@sidley.com<br>*NCR Corporation* |

| Megan A. Senatori | Marc A. Shapp | Adam B. Silverman |
|---|---|---|
| ms@dewittross.com | mshapp@hgnlaw.com | silvermana@gtlaw.com |
| *Appleton Papers Inc.* | *Menasha Corporation* | *PF Glatfelter Co.* |
| M. Andrew Skwierawski | Sarah A. Slack | Margaret R. Sobota |
| mas@ffsj.com | sslack@foley.com | msobota@sidley.com |
| *City of Green Bay* | *Kimberly-Clark Corporation* | *NCR Corporation* |
| Jeffrey A. Spector | Randall M. Stone | Arthur A. Vogel, Jr. |
| jeffrey.spector@usdoj.gov | randall.stone@usdoj.gov | arthur.vogel@quarles.com |
| *United States of America* | *United States of America* | *WTM I Company* |
| Anthony S. Wachewicz, III | James P. Walsh | Ted A. Warpinski |
| tonywa@ci.green-bay.wi.us | jim.walsh@appleton.org | taw@ffsj.com |
| *City of Green Bay* | *City of Appleton* | *City of Green Bay* |
| Ted Waskowski | Evan B. Westerfield | Richard C. Yde |
| twaskowski@staffordlaw.com | evanwesterfield@sidley.com | ryde@staffordlaw.com |
| *City of Appleton* | *NCR Corporation* | *City of Appleton* |
| Iva Ziza | Kristin M. Furrie | Alexandra R. Givens |
| Iva.Ziza@usdoj.gov | kristin.furrie@usdoj.gov | areevegivens@cravath.com |
| *United States of America* | *United States of America* | *NCR Corporation* |

Dated: September 27, 2012    **HUNSUCKER GOODSTEIN PC**

By    /s/ Philip C. Hunsucker
Attorneys for Defendant
Menasha Corporation
**HUNSUCKER GOODSTEIN PC**
3717 Mt. Diablo Blvd. Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
Email: phunsucker@hgnlaw.com