UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.                                      Case No. 10-C-910

NCR CORPORATION, *et al.*,

        Defendants.

## ORDER GRANTING UNITED STATES' MOTION TO STRIKE EXPERT DISCLOSURE OF MARK TRAVERS

The United States filed a motion to strike the expert witness disclosure and report of Mark Travers as untimely. The Modified Case Management Order required that expert witness disclosures and reports on non-allocation / non-divisibility topics be served no later than September 7, 2012. The report of Mr. Travers was served on behalf of Defendants Menasha Corporation and P.H. Glatfelter Company on September 28, 2012. Although identified as a "rebuttal" report issued in response to the report served by Plaintiffs' expert Dr. Michelle Watters, Mr. Travers' opinions do not substantively address those of Dr. Watters. As such, it is simply a report on non-allocation / non-divisibility topics and, therefore, untimely.

Accordingly, the United States' motion to strike is **GRANTED** and the Court will not accept opinions or testimony from Mr. Travers at the summary judgment stage or at trial in this case.

**SO ORDERED** this _____ day of _____, 2012.

_____
William C. Griesbach
United States District Judge