UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | |
| Plaintiff, | |
| v. | Case No. 10-C-910 |
| NCR CORPORATION, et al., | |
| Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney David A. Strifling hereby enters his appearance as counsel for defendant WTM I Company in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

Dated this 16th day of October, 2012.

    s/David A. Strifling
David A. Strifling (Wis. Bar No. 1049923)
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2350
Milwaukee, WI 53202-4426
414.277.5000
E-mail: david.strifling@quarles.com

*Attorney for Defendant WTM I Company*