UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA
AND THE STATE OF WISCONSIN,

                              Plaintiffs,

                                                          Case No. 10-C-910

              v.

NCR CORPORATION, et al.,

                              Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in addition to current counsel of record, attorney

Jennifer L. Naeger shall appear in the above-captioned lawsuit for defendant U.S. Paper Mills

Corp.  We request that copies of all pleadings and other documents in this case be served upon

this attorney via the Court's Electronic Case Filing System.

Dated this 16th day of October, 2012.

                              s/Jennifer L. Naeger
                              Scott W. Hansen
                              WI State Bar ID No. 1017206
                              shansen@reinhartlaw.com
                              Steven P. Bogart
                              WI State Bar ID No. 1005758
                              sbogart@reinhartlaw.com
                              Jennifer L. Naeger
                              jnaeger@reinhartlaw.com
                              WI State Bar ID No. 1084165
                              Reinhart Boerner Van Deuren s.c.
                              1000 North Water Street, Suite 1700
                              Milwaukee, WI 53202
                              Telephone:  414-298-1000
                              Facsimile:  414-298-8097

Thomas R. Gottshall
Haynsworth Sinkler Boyd, P.A.
1201 Main Street, Suite 2200
Columbia, SC 29201
Telephone: 803-779-3080
Facsimile: 803-765-1243
tgottshall@hsblawfirm.com

**Attorneys for U.S. Paper Mills Corp.**

9103947

2