# Exhibit 3

# Lower Fox River Remediation LLC "Construction of the Processing Facility" Webpage



- Project Overview
- Attention Boaters & Anglers
- Project Milestones
- Photo Gallery
- Key Players
- Documents
- Links
- Media Room
- In the Community
- Contact Us

## Construction of the Processing Facility



Filter press installation concluced in March 2009



Tank installation in March 2009

Tank installation in February 2009

Case 1:10-cv-00910-WCG   Filed 10/18/12   Page 2 of 6   Document 563-3





Installation of eight of the world's largest membrane filter presses continued in January 2009

Work on the hydrocyclone in January 2009





Carbon filters are part of the water treatment area of the processing facility



Work to enclose the building continued in December 2008



Installation of the filter presses in November 2008

A view of the filter presses from the water treatment area in November 2008





The end pieces of the membrane filter presses are lifted into place

Case 1:10-cv-00910-WCG   Filed 10/18/12   Page 4 of 6   Document 563-3



The daily workforce at the site averaged 140 people over the course of the construction project



A view of the construction site in September 2008

Walls are placed as construction of the processing facility continues





Early construction in September 2008



Site work for the Green Bay Processing Facility at 1611 State Street began in summer 2008

*Click here* for photos of the cleanup opertions and other project activities.

©2012 Fox River Cleanup Project                    created using: buildmyownsite.com

Case 1:10-cv-00910-WCG   Filed 10/18/12   Page 6 of 6   Document 563-3