UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                                          Case No. 10-CV-910 WCG

       v.

NCR CORPORATION ET AL.

       Defendant(s).

_____

## NOTICE OF APPEARANCE
_____

PLEASE TAKE NOTICE THAT Chris R. Larsen, Assistant United States Attorney, appears on behalf of The United States of America in this action. In addition to current counsel of record, please serve copies of all documents and pleadings filed subsequent to this Notice of Appearance upon undersigned counsel.

Dated at Milwaukee, Wisconsin this 29th day of October, 2012.

                                        JAMES L. SANTELLE
                                        United States Attorney

By:   /s/ Chris R. Larsen
        CHRIS R. LARSEN
        Assistant United States Attorney
        Wisconsin State Bar Number: 1005336
        Attorneys for Defendant
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-4394
        Email: chris.larsen@usdoj.gov