# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al., )
                         *Plaintiff(s),* )
                         )
           v.               )      Case No. 10-C-910
                         )
NCR CORPORATION, et al., )
                     *Defendant(s).* )

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE PRETRIAL CONFERENCE**

***Instructions:*** **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234.** **Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**To ensure a clear record of the hearing, <u>participants should not use a speaker phone</u>. Unless otherwise excused, <u>all participants are expected to remain on the call for the duration of the conference.</u>**

**All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.**

| | |
|---|---|
| ***Hearing to be held by telephone.*** | ***Date and Time Scheduled:***<br><br>**November 16, 2012**<br>**2:30 p.m.** |

Dated:   October 30, 2012                   WILLIAM C. GRIESBACH
                                          United States District Judge

                                          s/Terri Lynn Ficek
                                          Deputy Clerk
                                          (920)884-3720

cc:      All Counsel via CM/ECF