# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                    **Plaintiffs,**

v.                                           **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                      **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

October 31, 2012

<u>NCR CORPORATION</u>
TIME COMMENCED:     10:30 A.M.
TIME CONCLUDED:     10:45 A.M.