# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

           **Plaintiffs,**

v.                               **Case No.** 10-CV-910

NCR CORPORATION, et al.,

           **Defendants.**

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 6, 2012

U.S. GOVERNMENT
TIME COMMENCED:    9:15 A.M.
TIME CONCLUDED:    9:30 A.M.