# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                **Plaintiffs,**

v.                                **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                **Defendants.**

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 6, 2012

US PAPER MILLS CORP
TIME COMMENCED:    9:30 A.M.
TIME CONCLUDED:    9:50 A.M.