# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

      **Plaintiffs,**

 v.          **Case No.** 10-CV-910

NCR CORPORATION, et al.,

      **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 6, 2012

P.H. GLATFELTER CO
TIME COMMENCED: 10:45 A.M.
TIME CONCLUDED: 11:15 A.M.