# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

               **Plaintiffs,**

  v.                                    **Case No.**  10-CV-910

NCR CORPORATION, et al.,

               **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 6, 2012

US PAPER MILLS CORP
TIME COMMENCED:    3:15 P.M.
TIME CONCLUDED:    3:30 P.M.