IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 10-C-910 |
| v. | ) Hon. William C. Griesbach |
| NCR CORPORATION, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**NOTICE OF AVAILABLITY OF APPROVED FINAL REMEDIAL DESIGN
FOR OPERABLE UNITS 2 THROUGH 5
AT THE LOWER FOX RIVER AND GREEN BAY SUPERFUND SITE**

The United States hereby gives notice that the U.S. Environmental Protection Agency and the Wisconsin Department of Natural Resources (the "Response Agencies") recently approved the Final Remedial Design for Operable Units 2 through 5 at the Lower Fox River and Green Bay Superfund Site. Among other things, the Final Remedial Design specifies remediation requirements and remedial techniques to be used in particular areas within OUs 2-5, consistent with the Response Agencies' 2007 Record of Decision Amendment for OUs 2-5 (Dkt. 404-3) and June 2012 Design Memorandum (Dkt. 439-10).

In response to a written request from any litigant in this case, the U.S. Department of Justice will provide a DVD containing electronic copies of recently-prepared materials describing the Final Remedial Design, including: (i) an October 2012 submittal to the Response Agencies entitled "Lower Fox River Remedial Design – 100% Design Report for 2010 and

Beyond Remedial Actions – Volume 2 of 2" (including Appendices); and (ii) the Response Agencies' October 26, 2012, notice of approval of that submittal. EPA will be adding these documents to the Administrative Record for the Site.

|  |  |
|---|---|
|  | For the United States of America |
|  | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division |
| Dated: November 6, 2012 | s/ *Randall M. Stone*<br>RANDALL M. STONE<br>JEFFREY A. SPECTOR<br>KRISTIN M. FURRIE<br>SEAN CARMAN<br>MAYA ABELA<br>SUMONA MAJUMDAR<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Telephone: 202-514-1308<br>Facsimile: 202-616-6584<br>E-Mail: randall.stone@usdoj.gov |
|  | GREGORY J. HAANSTAD<br>Attorney for the United States, Acting<br>Under Authority Conferred by 28 U.S.C. § 515 |
|  | SUSAN M. KNEPEL<br>Assistant United States Attorney<br>Office of the United States Attorney<br>517 E. Wisconsin Avenue, Room 530<br>Milwaukee, WI 53202 |

2

# CERTIFICATE OF SERVICE

I certify that on this date the foregoing Notice of Availability was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edu

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Allison E. McAdam**
Hunsucker Goodstein PC
amcadam@hgnlaw.com

**Darin P. McAtee**
Cravath Swaine & Moore LLP
dmcatee@cravath.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Melzer Law, LLC
hmelzer@melzerlaw.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

i

| | | |
|---|---|---|
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **David A. Rabbino**<br>Hunsucker Goodstein PC<br>drabbino@hgnlaw.com | **Arthur A. Vogel, Jr.**<br>Quarles & Brady LLP<br>arthur.vogel@quarles.com |
| **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **M. Andrew Skierawski**<br>Friebert Finerty & St. John SC<br>mas@ffsj.com<br>**Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: November 6, 2012                                             s/ *Randall M. Stone*