# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>NCR CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 10-C-910<br><br>Hon. William C. Griesbach |

**Plaintiffs United States and the State of Wisconsin Witness List as of November 9, 2012**

    In accordance with the proposed Stipulation RE: Pretrial & Trial Procedures, Plaintiffs United States and the State of Wisconsin identify the following list of people that may be called to give testimony at trial. If Plaintiffs have a reason to supplement this list, we shall promptly notify the other Parties in accordance with the language of the proposed Stipulation RE: Pretrial and Trial Procedures that is currently being negotiated.

Witnesses Expected to be called to give Live Testimony:

1. Michelle Watters
2. Gregory Hill
3. Wendy Carney
4. Richard Fox
5. Jill Singer
6. Jay Grosskopf

Additional Potential Witnesses who would likely be offered for rebuttal if deemed necessary:

1. John Cameron
2. Xiaochun Zhang
3. John Kern
4. Hector Bravo
5. Lawrence Schmitt
6. Bruce Baker
7. John R. Wolfe
8. George Berken
9. Thomas Short

4

Potential Witness Testimony Expected to be offered via Deposition Designations (Plaintiffs intend to further narrow this list on November 14, 2012):

1. Susan O'Connell
2. George Berken
3. Gregory Hill
4. Edward Lynch
5. Bruce Baker
6. James Hahnenberg
7. Mark Velleux
8. William Fitzpatrick
9. Xiaochun Zhang
10. Gary Kincaid
11. Jeffrey Lawson
12. Jan Miller
13. James Bonetti
14. Joseph Gailani
15. Franklin Gurnee
16. Patrick Morris
17. Corey Aber
18. Lester Balster
19. Milo Burzynski
20. Timothy Davis
21. Tom Van Deurzen
22. Randall Farnum
23. Richard Gerbers
24. William Goetz
25. Donald Hecker
26. Fred Heinritz
27. George Holzknecht
28. Mernard Merline
29. Thomas Olson
30. James Patterson
31. Merwyn Sorensen
32. Gerald Taylor
33. Roger Ackerman
34. David Austin
35. Helmuth Sattler
36. David Sugden
37. Kenneth Voiss
38. Richard Wand
39. Phillip Tallmadge
40. Robert Swoboda
41. Steven Shimek
42. Orville Ross
43. David Morton

44. Carroll Missimer
45. Kenneth Maves
46. David Lee
47. Cecil Hess
48. James Haney
49. Edward Gallaher
50. Dedric Bergstrom
51. Richard Peterson
52. William New
53. David Juedes
54. Donald Conger
55. John West
56. Amy Moore
57. David Bowman
58. David Wright
59. Gary O'Keefe
60. James Bumford
61. John Pelke
62. Les Weigum
63. Marie Strum
64. Michael O'Bryan
65. Michael Stencil
66. Nick Brittnacher
67. Pam Horner
68. Robert Mundelius
69. Steve Running
70. Terry Long
71. Thomas Johnson
72. Thomas Moore
73. Wayne Schloop
74. William Gildernick

Respectfully submitted,

For Plaintiff United States of America

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: November 9, 2012      *s/ Kristin M. Furrie*
RANDALL M. STONE
JEFFREY A. SPECTOR

6

KRISTIN M. FURRIE
SUMONA N. MAJUMDAR
SEAN CARMAN
MAYA S. ABELA
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:     202-616-6515
Facsimile:     202-616-6584
E-Mail:        kristin.furrie@usdoj.gov


GREGORY J. HAANSTAD
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515

SUSAN M. KNEPEL
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI  53202



For the State of Wisconsin



Dated:   November 9, 2012        _s/ Cynthia R. Hirsch_
                                 CYNTHIA R. HIRSCH
                                 Assistant Attorney General
                                 Wisconsin Department of Justice
                                 17 West Main Street
                                 P.O. Box 7857
                                 Madison, Wisconsin  53707-785
                                 hirschcr@doj.state.wi.us