# ATTACHMENT 3

**Allison McAdam**

**Subject:** FW: 10-910 USA, et al. v. NCR, et al.

**From:** Spector, Jeffrey (ENRD) [mailto:Jeffrey.Spector@usdoj.gov]
**Sent:** Thursday, April 19, 2012 10:19 AM
**To:** Mary_Conard@wied.uscourts.gov; Stone, Randall (ENRD); Furrie, Kristin (ENRD); hirschcr@doj.state.wi.us; dmcatee@cravath.com; onasab@cravath.com; vlavely@cravath.com; derickson@shb.com; db@dewittross.com; hdm@hermeslawltd.com; ms@dewittross.com; mlh@hermeslawltd.com; rrr@dewittross.com; ryde@staffordlaw.com; twaskowski@staffordlaw.com; Susan E. Lovern; Michael P. Carlton; mary.rose.alexander@lw.com; lbenfield@foley.com; pbargren@foley.com; sslack@foley.com; drabbino@hgnlaw.com; phunsucker@hgnlaw.com; wmulligan@dkattorneys.com; murrayd@jbltd.com; mandelbaumd@gtlaw.com; holmesc@gtlaw.com; shansen@reinhartlaw.com; lgantt@hsblawfirm.com; arthur.vogel@quarles.com; iapitz@michaelbest.com; taw@ffsj.com; stf@ffsj.com
**Subject:** RE: 10-910 USA, et al. v. NCR, et al.

Ms. Conrad – The proposed December 3, 2012 date for trial is acceptable to the United States and we estimate that the United States will require no more than four trial days to present its case in chief.

Thank you.

```
Jeffrey A. Spector
Trial Attorney
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-4432
Fax: (202) 616-6584
```

---

**From:** Mary_Conard@wied.uscourts.gov [mailto:Mary_Conard@wied.uscourts.gov]
**Sent:** Wednesday, April 18, 2012 1:02 PM
**To:** Stone, Randall (ENRD); Spector, Jeffrey (ENRD); Furrie, Kristin (ENRD); hirschcr@doj.state.wi.us; dmcatee@cravath.com; onasab@cravath.com; vlavely@cravath.com; derickson@shb.com; db@dewittross.com; hdm@hermeslawltd.com; ms@dewittross.com; mlh@hermeslawltd.com; rrr@dewittross.com; ryde@staffordlaw.com; twaskowski@staffordlaw.com; slovern@vonbriesen.com; mcarlton@vonbriesen.com; mary.rose.alexander@lw.com; lbenfield@foley.com; pbargren@foley.com; sslack@foley.com; drabbino@hgnlaw.com; phunsucker@hgnlaw.com; wmulligan@dkattorneys.com; murrayd@jbltd.com; mandelbaumd@gtlaw.com; holmesc@gtlaw.com; shansen@reinhartlaw.com; lgantt@hsblawfirm.com; arthur.vogel@quarles.com; iapitz@michaelbest.com; taw@ffsj.com; stf@ffsj.com
**Subject:** 10-910 USA, et al. v. NCR, et al.

Hello:

At the hearing last Thursday, the Judge gave a tentative date of December 3, 2012 for the court trial in the above case. Please email me and let me know if that date will work for you and what you believe will be the estimated length of trial in representing your party.

Thank you.

Mary E. Conard
Deputy Clerk
U.S. District Court, Eastern District of Wisconsin
125 South Jefferson Street, Rm. 102

1

Green Bay, WI 54301
(920) 884-3720

---

*IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender of the error and delete this message and any attachments.*

*IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

---