IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION,<br>APPLETON PAPERS INC.,<br>BROWN COUNTY,<br>CITY OF APPLETON,<br>CITY OF GREEN BAY,<br>CBC COATING, INC.,<br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br>KIMBERLY-CLARK CORPORATION,<br>MENASHA CORP.,<br>NEENAH-MENASHA SEWERAGE COMMISSION,<br>NEWPAGE WISCONSIN SYSTEMS, INC.,<br>P.H. GLATFELTER CO.,<br>U.S. PAPER MILLS CORP., and<br>WTM I COMPANY,<br><br>Defendants. | Civil Action No. 10-C-910 |

_____

**DECLARATION OF EVAN B. WESTERFIELD IN SUPPORT OF DEFENDANT NCR CORPORATION'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT**
_____

I, Evan B. Westerfield, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Illinois. I am a partner at the law firm of Sidley Austin LLP, counsel for NCR Corporation ("NCR") in the above captioned action. I have personal and first-hand knowledge of each of the matters set forth herein, and, if called and sworn as a witness, I can and will testify competently thereto.

The contents of this declaration are true and correct to the best of my knowledge, information and belief.

2. I submit this declaration in support of NCR's Reply Memorandum of Law in Support of its Cross Motion for Summary Judgment.

3. Attached as **Exhibit A** is a true and correct copy of the final deposition transcript of Jeffrey Zelikson, dated October 12, 2012, and related errata pages, dated November 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2012 /s/ Evan B. Westerfield_____
Evan B. Westerfield