# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, et al.,

                **Plaintiffs,**

v.                                      **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                **Defendants.**

---

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 15, 2012

PH GLATFELTER COMPANY
TIME COMMENCED:     10:15 A.M.
TIME CONCLUDED:     10:50 A.M.


NCR CORPORATION
TIME COMMENCED:     2:35 P.M.
TIME CONCLUDED:     3:00 P.M.