IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____
                                        )
UNITED STATES OF AMERICA and            )
THE STATE OF WISCONSIN,                 )
                                        )
                    Plaintiffs,         )    Civil Action No. 10-C-910
                                        )
          v.                            )    Hon. William C. Griesbach
                                        )
NCR CORPORATION, *et al.*,              )
                                        )
                    Defendants.         )
_____       )

### SUPPLEMENTAL DECLARATION OF RANDALL M. STONE SUBMITTED IN RESPONSE TO CERTAIN DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT ON THE PROPRIETY OF THE REMEDY

I, Randall M. Stone, declare as follows:

1.   I am a Senior Attorney with the Environmental Enforcement Section of the United States Department of Justice. I have served as counsel for the United States on matters concerning the Lower Fox River and Green Bay Superfund Site (the "Site") since 2000. \

2.   Exhibit 1 to this Declaration is a true and correct of WDNR's January 1998 Superfund Cooperative Agreement application seeking funding and authorization for WDNR's State lead activities for the Site. This version of the document contains pages that were inadvertently omitted from the Cooperative Agreement materials that were filed with the Court's ECF system as Dkt. 578-1. The inadvertently omitted pages include a set of "Assurances" by WDNR, including the assurance that "[a]ll activities conducted under this Agreement shall not be inconsistent with the revised National Contingency Plan (NCP) , 40 CFR 300, dated March 8, 1990 (Vol. 55 No. 46 Federal Register 8666)." (NCR-FOX-435173).

3. Exhibit 2 to this Declaration is a copy of the final Cooperative Agreement form signed by EPA and WDNR in 1998.

4. Exhibit 3 to this Declaration is a true and correct copy of EPA's internal documentation authorizing entry into the State lead Cooperative Agreement with WDNR for the Site.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2012                    s/ *Randall M. Stone*

2

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that, on this day, the foregoing Declaration was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**Brandon J. Evans**
Hermes Law Ltd.
bje@hermeslawltd.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Michael L. Hermes**
Hermes Law Ltd.
mlh@hermeslawltd.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein & Nelson PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Gregory A. Krauss**
Gregory Krauss PllC
gkrauss@krausspllc.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Ericka L. Krumrie**
Hermes Law Ltd
elk@hermeslawltd.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

- 1 -

| | |
|---|---|
| **Kevin J. Lyons**<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com | **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com |
| **Karl S. Lytz**<br>Latham & Watkins LLP<br>karl.lytz@lw.com | **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com |
| **Meline G. MacCurdy**<br>Marten Law<br>mmaccurdy@martenlaw.com | **David A. Rabbino**<br>Hunsucker Goodstein & Nelson PC<br>drabbino@hgnlaw.com |
| **David G. Mandelbaum**<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com | **Joan Radovich**<br>Sidley Austin LLP<br>jradovich@sidley.com |
| **Bradley M. Marten**<br>Marten Law<br>bmarten@martenlaw.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com |
| **Tara M. Mathison**<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com | **Alexandra Reeve Givens**<br>Cravath Swaine & Moore LLP<br>agivens@cravath.com |
| **Darin P. McAtee**<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com |
| **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com |
| **Heidi D. Melzer**<br>Hermes Law Ltd.<br>hdm@hermeslawltd.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com |
| **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com |
| **Sabrina Mizrachi**<br>Greenberg Traurig LLP<br>mizrachis@gtlaw.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com |
| **Monique M. Mooney**<br>Greenberg Traurig LLP<br>mooneym@gtlaw.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: November 15, 2012                                                 s/ *Randall M. Stone*