

**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Tommy G. Thompson, Governor
George E. Meyer, Secretary

Box 7921
101 South Webster Street
Madison, Wisconsin 53707-7921
TELEPHONE 608-266-2621
FAX 608-267-3579
TDD 608-267-6897

March 9, 1998
Mr. William E. Muno, Director
Superfund Division
U. S. EPA Region 5, S-6J
77 West Jackson Blvd.
Chicago, IL 60604-3590

Attn: Acquisition and Assistance Branch (MCG-10J)

SUBJECT: Cooperative Agreement No. V985769-01

Dear Mr. Muno:

We are sending this letter to transmit our acceptance of the award of our Superfund Fox River Cooperative Agreement. The award of $1,651,623 is for WDNR to conduct a risk assessment and to conduct a remedial investigation/feasibility study, including related data management and public outreach/education activities, for the Fox River site from February 8, 1998 through January 31, 1999.

Please find the signed original and two copies of the Cooperative Agreement Award.

We are very pleased with the cooperative efforts of our two agencies on the Fox River site. We greatly appreciate the expedited efforts of EPA Region V in reviewing the draft application and in issuing this award.

If there are any questions, please contact Dick Kalnicky at (608) 267-7554.

Sincerely,

George E. Meyer
Secretary

cc: Dorothy Amend - FN/1
    M. Giesfeldt/M. Gordon - RR/3
    B. Paulson - WT/2
    B. Behrens - NER
    E. Lynch - RR/3
    W. Weisensel - CE/6
    D. Kalnicky - RR/3

---



*Quality Natural Resources Management
Through Excellent Customer Service*



Case 1:10-cv-00910-WCG   Filed 11/15/12   Page 1 of 6   Document 620-2
WDNR040001181

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>EPA ASSISTANCE AGREEMENT / AMENDMENT<br>PART I - ASSISTANCE NOTIFICATION INFORMATION | 1. ASSISTANCE ID NO.<br>V 985769-01-0 | 2. LOG NUMBER<br>05-V-000 |
|---|---|---|
| | 3. DATE OF AWARD<br>FEB 06 1998 | 4. MAILING DATE<br>FEB 13 1998 |

| 5. AGREEMENT TYPE | | 6. PAYMENT METHOD | | |
|---|---|---|---|---|
| Cooperative Agreement | X | ☐ Advance ☐ Reimbursement | X | ACH Number ACH-0536 |
| Grant Agreement | | Send Payment Request to<br>COMPTROLLER BRANCH, MF-10J | 7. TYPE OF ACTION<br>NEW PROJECT | |
| Assistance Amendment | | | | |

**RECIPIENT**

| 8. RECIPIENT<br>WISCONSIN DNR<br>P.O. BOX 7921<br>MADISON, WI 53707 | 9. PAYEE<br>WISCONSIN DNR<br>P.O. BOX 7921<br>MADISON, WI 53707 |
|---|---|
| EIN NO.<br>39-6006436 | CONGRESSIONAL DISTRICT<br>02 | 10. RECIPIENT TYPE<br>STATE, COMMONWEALTH, TERR GOVT |

**ORG**

| 11. PROJECT MANAGER AND TELEPHONE NO.<br>MARK F. GIESFELDT<br>(608) 267-7562 | 12. CONSULTANT (WWT Construction Grants only)<br>N/A |
|---|---|

**EPA CONTACT**

| 13. ISSUING OFFICE (CITY / STATE)<br>US ENVIRONMENTAL PROTECTION AGENCY<br>ACQUISITION-ASSISTANCE BRANCH<br>US EPA, REGION 5, MC-10J<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | 14. EPA PROJECT / STATE OFFICER AND TELEPHONE NO.<br>COLL<br>SUPERFUND DIVISION<br>SR-5J, (312) 886-6044 |
|---|---|
| 15. EPA CONGRESSIONAL LIAISON & PHONE<br>BARBARA BROOKS, (202) 260-5660 | 16. STATE APPL ID (Clearinghouse) | 17. SCIENCE FIELD | 18. PROJECT STEP (WWT Construction Grants Only)<br>N/A |
| 19. STATUTORY AUTHORITY<br>CERCLA: SEC. 104 | 20. REGULATORY AUTHORITY<br>40 CFR PTS 31, 35 SUBPT O | 21. STEP 2 + 3 & STEP 3 (WWT Construction Grants Only)<br>a. Treatment Level<br>b. Project Type  N/A<br>c. Treatment Process<br>d. Sludge Design |

22. PROJECT TITLE AND DESCRIPTION     FOX RIVER REMEDIAL INVESTIGATION/FEASIBLITY STUDY

**23. PROJECT LOCATION** (Areas Impacted by Project)

| City / Place | County | State | Congressional District |
|---|---|---|---|
| STATEWIDE | STATEWIDE | WI | STATEWIDE |

| 24. ASSISTANCE PROGRAM (CFDA Program No. & Title) 66.802:<br>Hazardous Substances Response Trust Fund | 25. PROJECT PERIOD<br>02/08/98 - 01/31/99 | 26. BUDGET PERIOD<br>02/08/98 - 01/31/99 |
|---|---|---|
| 27. COMMUNITY POPULATION (WWT Construction Grants Only)  N/A | 28. TOTAL BUDGET PERIOD COST<br>$1,651,623 | 29. TOTAL PROJECT PERIOD COST<br>$1,651,623 |

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| 30. EPA Amount This Action | $0 | $1,651,623 | |
| 31. EPA In-Kind Amount | 0 | 0 | |
| 32. Unexpended Prior Year Balance | 0 | 0 | |
| 33. Other Federal Funds | 0 | 0 | |
| 34. Recipient Contribution | 0 | 0 | |
| 35. State Contribution | 0 | 0 | |
| 36. Local Contribution | 0 | 0 | |
| 37. Other Contribution | 0 | 0 | |
| 38. Allowable Project Cost | $0 | $1,651,623 | |

**39. FISCAL**

| Site Name | Document Control Number | FY | Approp. | Budget Organization | Program Element | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| 01) FOX RIVER<br>2/8/98-1/31/99 | SFX010 | 98 | T | 5AFOJ | FAX | 41.85 | A565CO00 | C001 | 1,651,623 |

EPA Form 5700-20A (Rev. 5-82). Replaces previous editions and EPA Forms 5700-1A,B,C, and D, all of which are obsolete.

# PART II - APPROVED BUDGET

SITE NAME: FOX RIVER 2/8/98-1/31/99  
ASSISTANCE IDENTIFICATION: V 985769-01-0  
Page 2 of 5

| TABLE A - OBJECT CLASS CATEGORY (Non-construction) | TOTAL APPROVED ALLOWABLE BUDGET PERIOD COST |
|---|---|
| 1. PERSONNEL | $149,339 |
| 2. FRINGE BENEFITS | 44,341 |
| 3. TRAVEL | 30,231 |
| 4. EQUIPMENT | 0 |
| 5. SUPPLIES | 54,800 |
| 6. CONTRACTUAL | 1,325,000 |
| 7. CONSTRUCTION | 0 |
| 8. OTHER | 4,625 |
| 9. TOTAL DIRECT CHARGES | $1,608,336 |
| 10. INDIRECT COSTS: RATE 22.35 % BASE S+FB | 43,287 |
| 11. TOTAL (Share: Recipient 0.00 % Federal 100.00 %.) | $1,651,623 |
| 12. TOTAL APPROVED ASSISTANCE AMOUNT | $1,651,623 |

| TABLE B - PROGRAM ELEMENT CLASSIFICATION (Non-construction) | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. TOTAL (Share: Recipient ____ % Federal ____ %.) | |
| 13. TOTAL APPROVED ASSISTANCE AMOUNT | |

| TABLE C - PROGRAM ELEMENT CLASSIFICATION (Construction) | |
|---|---|
| 1. ADMINISTRATION EXPENSE | |
| 2. PRELIMINARY EXPENSE | |
| 3. LAND STRUCTURES, RIGHT-OF-WAY | |
| 4. ARCHITECTURAL ENGINEERING BASIC FEES | |
| 5. OTHER ARCHITECTURAL ENGINEERING FEES | |
| 6. PROJECT INSPECTION FEES | |
| 7. LAND DEVELOPMENT | |
| 8. RELOCATION EXPENSE | |
| 9. RELOCATION PAYMENTS TO INDIVIDUALS AND BUSINESS | |
| 10. DEMOLITION AND REMOVAL | |
| 11. CONSTRUCTION AND PROJECT IMPROVEMENT | |
| 12. EQUIPMENT | |
| 13. MISCELLANEOUS | |
| 14. TOTAL (Lines 1 thru 13) | |
| 15. ESTIMATED INCOME (if applicable) | |
| 16. NET PROJECT AMOUNT (Line 14 minus 15) | |
| 17. LESS: INELIGIBLE EXCLUSIONS | |
| 18. ADD: CONTINGENCIES | |
| 19. TOTAL (Share: Recipient ____ % Federal ____ %.) | |
| 20. TOTAL APPROVED ASSISTANCE AMOUNT | |

EPA Form 5700-20A (Rev 5-82)

## TERMS AND CONDITIONS

THIS AWARD IS IN RESPONSE TO THE RECIPIENT'S APPLICATION SUBMITTED JANUARY 26, 1998.

### 1. RECYCLED PAPER

Pursuant to EPA Order 1000.25, dated January 24, 1990, the recipient agrees to use recycled paper for all reports which are prepared as a part of this agreement and delivered to the Agency. This requirement does not apply to reports which are prepared on forms supplied by EPA. This requirement applies even when the cost of recycled paper is higher than that of virgin paper.

### 2. REPORTING

Programmatic and financial status reports will be submitted to U.S. EPA on a quarterly basis, within 30 days following the end of the quarter. Final financial status reports will be submitted when all encumbrances are liquidated.

### 3. INDIRECT COST

The recipient will not charge nor claim for reimbursement any indirect costs until a current, acceptable indirect cost rate has been negotiated with the cognizant Federal agency. The recipient must submit a copy of the Indirect Cost Rate Negotiation Agreement to the EPA Regional Office Acquisition and Assistance Branch within 30 days after the indirect cost rate has been accepted, in order to be eligible to claim indirect costs against this assistance agreement.

### 4. FAIR SHARE

The recipient agrees to negotiate a "Fair Share" percentage of not less than 8% with EPA before the recipient begins the process to award any contracts under this agreement.

The recipient agrees to ensure that at least the negotiated "Fair Share" percentage of Federal funds for prime contracts or subcontracts for supplies, construction, equipment or services are made available to organizations owned or controlled by socially and economically disadvantaged individuals, women, and historically black colleges and universities.

The recipient agrees, in the event of any contracting, to include in its bid documents at least the negotiated "Fair Share" percentage and to require all of its prime contractors to include in their documents for subcontracts at least the negotiated "Fair Share" percentage.

The recipient also agrees to comply with the six affirmative steps of the "Fair Share" policy stated in 40 CFR 30.44(b), 31.36(e) or 35.6580(a), as appropriate.

The State and/or recipient agrees to submit a SF-334 "MBE/WBE Utilization Under Federal Grants, Cooperative Agreements, and Other Federal Financial Assistance" to the EPA award official within 30 days of the end of each Federal fiscal year, i.e., by October 30 of each year.

### 5. MBE/WBE

The recipient agrees that it will comply with EPA's Program for utilization of Small, Minority and Women's Business Enterprises in procurement under assistance agreements in accordance with written instructions that were provided by the Agency on November 19, 1997.

### 6. SMALL BUSINESS IN RURAL AREAS

By accepting this agreement, the recipient agrees to comply with Section 129 of Public Law 100-590, the Small Business Administration Reauthorization and Amendment Act of 1988. Therefore, if the recipient awards a contract under this assistance agreement, it will utilize the following affirmative steps relative to Small Business in Rural Areas (SBRAs):

   a. Placing SBRAs on solicitation lists;
   b. Ensuring that SBRAs are solicited whenever they are potential sources;
   c. Dividing total requirements when economically feasible, into small tasks or quantities to permit maximum participation by SBRAs;
   d. Establishing delivery schedules, where the requirements of work will permit, which would encourage participation by SBRAs;
   e. Using the services of the Small Business Administration and the Minority Business Development Agency of the U.S. Department of Commerce, as appropriate; and
   f. Requiring the contractor, if it awards subcontracts, to take the affirmative steps in subparagraphs a. through e. of this condition.

### PROGRAMMATIC CONDITIONS

7. WDNR's Invitation for Professional Services for Fox River Projects (RFP) dated January 9, 1998, is incorporated by reference, and will serve as the State's project schedule and task breakdown, until such time as WDNR submits any other workplan to replace this RFP. Task costs from the selected bidder based on that RFP will be used as the tasks costs breakdown required by Subpart O.

8. WDNR may only use new information collected as part of the RI/FS to support the selection of the remedial alternative, except as otherwise agreed to by USEPA.

**SPECIAL CONDITIONS** (continued)

I

Subject: Cooperative Agreement No. V985769-01, Confirming acceptance of the award

## PART IV

NOTE: The Agreement must be completed in duplicate and the Original returned to the Grants Administration Division for Headquarters awards and to the appropriate Grants Administration Office for State and local awards within 3 calendar weeks after receipt or within any extension of time as may be granted by EPA.

Receipt of a written refusal or failure to return the properly executed document within the prescribed time, may result in the withdrawal of the offer by the Agency. Any change to the Agreement by the recipient subsequent to the document being signed by the EPA Award Official, which the Award Official determines to materially alter the Agreement, shall void the Agreement.

### OFFER AND ACCEPTANCE

The United States of America, acting by and through the U.S. Environmental Protection Agency (EPA), hereby offers assistance/amendment to the __WISCONSIN DNR__ for __100.00__% of all approved
RECIPIENT ORGANIZATION

costs incurred up to and not exceeding $ __1,651,623__ for the support of approved budget period effort described
ASSISTANCE AMOUNT

in application (including all application modifications) cited in Item 22 of this Agreement

__SUPERFUND PROGRAM__, included herein by reference.
DATE AND TITLE

| ISSUING OFFICE (Grants Administration Office) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS<br>ACQUISITION-ASSISTANCE BRANCH<br>US EPA, REGION 5, MC-10J<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | ORGANIZATION / ADDRESS<br>SUPERFUND DIVISION<br>US EPA, REGION 5, S-6J<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 |

### THE UNITED STATES OF AMERICA BY THE U.S ENVIRONMENTAL PROTECTION AGENCY

| SIGNATURE OF AWARD OFFICIAL | TYPED NAME AND TITLE  WILLIAM E. MUNO, DIRECTOR<br>SUPERFUND DIVISION, REGION 5 | DATE<br>2/6/98 |
|---|---|---|

This agreement is subject to applicable U.S. Environmental Protection Agency statutory provisions and assistance regulations. In accepting this award or amendment and any payments made pursuant thereto, (1) the undersigned represents that he is duly authorized to act on behalf of the recipient organization, and (2) the recipient agrees (a) that the award is subject to the applicable provisions of 40 CFR Chapter I, Subchapter B and of the provisions of this agreement (Parts I thru IV), and (b) that acceptance of any payments constitutes an agreement by the payee that the amounts, if any found by EPA to have been overpaid will be refunded or credited in full to EPA.

### BY AND ON BEHALF OF THE DESIGNATED RECIPIENT ORGANIZATION

| SIGNATURE<br>George E Meyer | TYPED NAME AND TITLE | DATE<br>3/6/98 |
|---|---|---|

EPA Form 5700-20A (Rev. 5-82)

Case 1:10-cv-00910-WCG   Filed 11/15/12   Page 6 of 6   Document 620-2
WDNR040001186