# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES, et al.**,

                      Plaintiff(s),

    v.

                                    TELEPHONE CONFERENCE

**NCR, et al.**,                                      Case No. 10-C-910

                      Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding          Tape: 111612
Deputy Clerk: Cheryl                                          Hearing Began: 2:31 p.m.
Proceeding Held: November 16, 2012                       Hearing Ended: 2:43 p.m.

**Appearances:**

    **Plaintiff(s):**    Cynthia R. Hirsch for State of Wisconsin
                          Kristin Furrie, Randall Stone, Maya Abela, and Sumona Majumdar for United States of America

    **Defendant(s):**    Karl Lytz and Mary Rose Alexander for Georgia-Pacific
                          William J. Mulligan for Neenah-Menasha Sewerage Commission
                          Philip C. Hunsucker, David A. Rabbino, and Allison E. McAdam for Menasha Corp.
                          Sarah A. Slack for Kimberly-Clark Corp.
                          Darin P. McAtee and Vanessa A. Lavely for NCR Corporation
                          Susan Lovern -CBC Coating
                          Nancy K. Peterson for WTM I Company
                          David G. Mandelbaum and Francis Citera for PH Glatfelter Company
                          Richard Yde and Ted Waskowski for City of Appleton
                          John Florence for US Paper
                          Caleb J. Holmes for PH Glatfelter Co.
                          John Burgess for Georgia-Pacific

---

The Court states that the trial should conclude within the time allotted.
The Court adopts the recommendation of the parties regarding division of time for the plaintiffs and defendants. Plaintiffs: 40%; NCR: 30%; Remaining Defendants: 30%.
The Court addresses seating chart and exhibits. Dee McLeod will be the clerk for the trial and she is the main contact person for seating, exhibits, and any other courtroom trial issues.
The Court directs parties to submit exhibits on external hard drive as opposed to CD/DVD.
The Court informs the parties that John Schindhelm is the court reporter on the case and they may contact him regarding transcripts, Eric Riedjik is the IT contact person.

Attorney Mulligan requests early access to the building. The Court informs the parties that entrance to the building will be streamlined by security. The parties should be able to access the building by 8:00 a.m.

Judicial Security Inspector Gary Enos state he will be provided a list of attorneys by the clerk. Deputy Enos states that the Jackson St. contractor entrance opens at 6:00 a.m., and attorneys will have access to this entrance. The attorneys should allow themselves enough time to go through screening. The courtroom will not be open until 8:00 a.m.

The Court sets a telephone conference for November 28, 2012 at 3:30 p.m.
Attorney Mandelbaum inquires as to the Court's commitments on December 6 & 7.
The Court states that it has a prior commitment for a conference in Washington D.C. on those dates, at this time the Court will be attending the conference on the 6th and 7th.

Dee McLeod will either email or telephone the parties with information regarding courtroom setup. Court reporter John Schindhelm asked that any attorneys that have not contacted him regarding real time transcripts should do so via his website.

**After the hearing concluded:**
Judge Griesbach noted that the final pretrial conference currently scheduled for November 30th, if necessary, will be a telephone conference. The Clerk will provide telephone instructions if the hearing remains on the Court's calendar. The Court will further address the need for the hearing at the November 28th telephone conference.