# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
|                 *Plaintiff(s),* | ) | |
| | ) | |
|         v. | ) | Case No. 10-C-910 |
| | ) | |
| NCR, et al., | ) | |
|                 *Defendant(s).* | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE CONFERENCE**

*Instructions*: **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**To ensure a clear record of the hearing, participants should not use a speaker phone. Unless otherwise excused, all participants are expected to remain on the call for the duration of the conference.**

All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.

| *Hearing to be held at:* | *Date and Time Scheduled:*<br><br>**November 28, 2012**<br>**3:30 p.m.** |
|---|---|

Dated: November 19, 2012          William C. Griesbach, Chief Judge
                                               United States District Court

                                               s/Cheryl A. Veazie
                                               Deputy Clerk
                                               (920)884-3720

cc:       All Counsel via CM/ECF