## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 10-C-910 |
| v. ) ) | |
| NCR CORPORATION, APPLETON PAPERS INC., BROWN COUNTY, CITY OF APPLETON, CITY OF GREEN BAY, CBC COATING, INC., GEORGIA-PACIFIC CONSUMER PRODUCTS LP, KIMBERLY-CLARK CORPORATION, MENASHA CORP., NEENAH-MENASHA SEWERAGE COMMISSION, NEWPAGE WISCONSIN SYSTEMS, INC., P.H. GLATFELTER CO., U.S. PAPER MILLS CORP., and WTM I CO., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT NCR CORPORATION'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN DEFENDANTS FROM OFFERING EXPERT TESTIMONY OF GARY KLEINRICHERT**

Defendant NCR Corporation ("NCR") respectfully moves this Court for an order precluding Certain Defendants[1] from presenting expert testimony of Gary Kleinrichert. In support of its motion, NCR relies upon its Memorandum in Support of Its Motion *in Limine* to Preclude Certain Defendants from Offering Expert Testimony of Gary Kleinrichert.

Dated: November 20, 2012

Respectfully submitted,

NCR CORPORATION

/s/ Darin P. McAtee

*Counsel for NCR Corporation*
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
Eric W. Ha
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

---

[1] "Certain Defendants" refers to Defendants P.H. Glatfelter Co., CBC Coating, Inc., Menasha Corp., U.S. Paper Mills Corp., Neenah-Menasha Sewerage Commission and WTM I Co.