

# JOHNSON&BELL Ltd.
## Attorneys at Law

SUITE 2700
33 WEST MONROE STREET
CHICAGO, IL 60603-5404
TELEPHONE: (312) 372-0770
FACSIMILE: (312) 372-9818

11051 BROADWAY, SUITE B
CROWN POINT, IN 46307
TELEPHONE: (219) 791-1900
FACSIMILE: (219) 791-1901

WWW.JOHNSONANDBELL.COM
WRITER'S DIRECT DIAL NUMBER

312/984-0226
murrayd@jbltd.com

November 28, 2012

Hon. William C. Griesbach
United States District Judge
125 South Jefferson Street
P.O. Box 22370
Green Bay, WI 54305-2370

Re: *United States, et al. v. NCR Corp., et al.*
No. 10-CV-910 U.S.D.C. E.D. Wisc.

Dear Judge Griesbach:

The parties have, in keeping with the automatic stay of these proceedings due to *NewPage's* status as a debtor-in-bankruptcy, assiduously avoided drawing *NewPage* into this litigation. The parties' deliberate disinterest for *NewPage* is also based upon the fact that *NewPage* is not a UAO recipient, and, therefore, not an object of the government's Fifth Claim for Relief. Finally, it is no secret that *NewPage* continues its Fox River settlement discussions with the United States.

Very truly yours,

Daniel C. Murray

cc: All Counsel via CM / ECF

3178138