UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
STATE OF WISCONSIN,

        Plaintiffs,

  v.                                                    Case No. 10-C-910

NCR CORP. et al.,

        Defendant.

ORDER ON KIMBERLY-CLARK CORPORATION'S TRIAL PARTICIPATION

The trial ("Trial") scheduled to begin on December 3, 2012, does not involve the liability or rights of Kimberly-Clark Corporation ("Kimberly-Clark"). Therefore, in the interest of efficient use of the Court's and the parties' time and the timely completion of the Trial, and upon the stipulation of the parties; IT IS ORDERED:

    1.    Evidence and arguments presented at the Trial shall not have a preclusive effect against Kimberly-Clark as to any issue or fact in any future proceeding or trial.

    2.    Kimberly-Clark shall have a full opportunity to respond to any evidence or issue in any future trial or proceeding in which the liability or rights of Kimberly-Clark are at issue.

    3.    Kimberly-Clark shall not object to any testimony or other evidence at the Trial. All objections that Kimberly-Clark might otherwise make are reserved and not waived.

1

4. Kimberly-Clark shall not cross examine witnesses or present evidence at the Trial.

**SO ORDERED** this   29th   day of November, 2012.

                                             s/ William C. Griesbach
                                             William C. Griesbach
                                             United States District Judge