| | |
|---|---|
| UNITED STATES OF AMERICAN and THE STATE OF WISCONSIN ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 10-C-910 |
| v. ) ) | The Honorable William C. Griesbach |
| NCR CORPORATION, *et al.* ) ) | |
| Defendants. ) | |

**PHASE I PRE-TRIAL STIPULATIONS BETWEEN THE PLAINTIFFS AND DEFENDANT CBC COATING, INC.**

In anticipation of the upcoming Phase 1 trial in this action, the United States, the State of Wisconsin, and Defendant CBC Coating, Inc. ("CBC") hereby stipulate and agree as follows:

1. <u>Stipulations by CBC</u>. CBC hereby stipulates, agrees, and covenants that the Plaintiffs shall not have to prove, and that CBC shall not contest, the following averments in the above-captioned action:

   a. CBC, formerly known as Riverside Paper Corp., is a person within the ambit of 42 U.S.C. § 9607(a) who owned and operated the Riverside Paper Facility located at 800 S. Lawe St. in Appleton (the "Riverside Facility") at the time of disposal of hazardous substances at the Riverside Facility, from which there have been releases of hazardous substances, i.e., polychlorinated biphenyls, to the Lower Fox River and Green Bay Superfund Site (the "Site"). Releases and threatened releases of such hazardous substances to the Site have caused the incurrence of response costs by the Plaintiffs.

b. CBC waives all defenses that may be alleged to limit or bar relief against CBC for the Site under the Fifth Claim for Relief in Plaintiffs' First Amended Complaint, including, but not limited to, any defense based on divisibility or apportionment principles, any defense based on alleged actions or inaction by the Plaintiffs, and any and all challenges to the selected remedy for the Site as set forth in the Records of Decisions for the Site; provided, however, that the waiver in this Subparagraph 1.b shall be withdrawn as to any portion of the remedy that is judicially held to be arbitrary and capricious or otherwise not in accordance with law under CERCLA Section 113(j), 42 U.S.C. § 9613(j), as a result of a challenge by another potentially responsible party. CBC does not waive any challenges to any changed remedy for the Site that: (i) is a significant difference or fundamental change from the current selected remedy for the Site; and (ii) increases the cost of the remedy, as compared to the current selected remedy for the Site.

2. <u>Additional Stipulation</u>.

a. In April 2009, an entity known as the Lower Fox River Remediation LLC (the "LLC") entered into a contract with Tetra Tech EC, Inc. and engaged that firm to take over primary responsibility for performance of all remediation-related services required by the EPA's November 2007 Unilateral Administrative Order for remediation action at the Site (the "UAO"). The LLC was formed solely by NCR, Appleton Papers Inc., and Arjo Wiggins Appleton (Bermuda) Ltd. CBC is not, and has never been, a member of the LLC. CBC also has no independent contractual relationship with Tetra Tech EC, Inc. for the performance of any remedial action work required by the UAO. The Plaintiffs and CBC are informed

and believe that NCR Corporation ("NCR") currently controls the LLC and the contractor engaged by the LLC.

b.  In a set of rulings in a related CERCLA case captioned *Appleton Papers Inc. v. George A. Whiting Paper Co.*, No. 08-c-16 (E.D. Wis.), the Court has determined that: (i) NCR is not entitled to contribution from CBC for NCR's response cost and natural resource damage payments concerning the Site; and (ii) CBC is entitled to full contribution from NCR for all of its appropriate costs and damages relating to OUs 2-5, as well as any further costs or damages CBC may be deemed liable for in those portions of the Site. Those rulings are expected to be the subject of an appeal to the Seventh Circuit, but are the law of the case in that matter at the time of this stipulation.

c.  In light of the circumstances and the stipulations set forth above, and in the exercise of its enforcement discretion, the United States will initially seek performance (including an injunction based on the Fifth Claim for Relief), corrective measures, and penalties for noncompliance with the terms of the UAO from NCR and its delegates, and/or from other defendants in this action, and not from CBC. The United States reserves the right to seek injunctive relief against CBC through future proceedings if the United States determines, in the unreviewable exercise of its enforcement discretion, that such relief has become necessary.

**IT IS SO STIPULATED.**

Phase 1 Pre-Trial Stipulations Between the Plaintiffs and Defendant CBC Coating, Inc. in *United States and the State of Wisconsin v. NCR Corp., et al.,* No. 10-C-910 (E.D. Wis.)

          FOR THE UNITED STATES OF AMERICA

          IGNACIA S. MORENO
          Assistant Attorney General
          Environment and Natural Resources Division

Dated: November 29, 2012        s/ *Randall M Stone*
          RANDALL M. STONE
          JEFFREY A. SPECTOR
          KRISTIN FURRIE
          SEAN CARMAN
          MAYA ABELA
          SUMONA MAJUMDAR
          Environmental Enforcement Section
          Environment and Natural Resources Division
          U.S. Department of Justice
          P.O. Box 7611
          Washington, DC 20044-7611
          Telephone:   202-514-1308
          Facsimile.    202-616-6584
          E-Mail:       randall.stone@usdoj.gov

          GREGORY J. HAANSTAD
          Attorney for the United States, Acting
          Under Authority Conferred by 28 U.S.C. § 515

          SUSAN M. KNEPEL
          Assistant United States Attorney
          Office of the United States Attorney
          517 E. Wisconsin Avenue, Room 530
          Milwaukee, WI 53202


          FOR THE STATE OF WISCONSIN

Dated: November 29, 2012        s/ *Cynthia R. Hirsch*
          CYNTHIA R. HIRSCH
          Assistant Attorney General
          Wisconsin Department of Justice
          17 West Main Street
          P.O. Box 7857
          Madison, WI 53707-785
          E-Mail:       hirschcr@doj.state.wi.us

4

Phase 1 Pre-Trial Stipulations Between the Plaintiffs and Defendant CBC Coating, Inc. in *United States and the State of Wisconsin v. NCR Corp., et al.,* No. 10-C-910 (E.D. Wis.)

          FOR DEFENDANT CBC COATING, INC.

Dated: November 29, 2012

s/ *Michael P. Carlton*
MICHAEL P. CARLTON
mcarlton@vonbriesen.com
von Briesen & Roper, s.c.
SUSAN E. LOVERN
slovern@vonbriesen.com
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414-276-1122
Facsimile. 414-276-6281

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Phase 1 Pre-Trial Stipulations to be served on the following counsel of record by the Court's Electronic Case Filing system:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edu

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Allison E. McAdam**
Hunsucker Goodstein PC
amcadam@hgnlaw.com

**Darin P. McAtee**
Cravath Swaine & Moore LLP
dmcatee@cravath.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Melzer Law, LLC
hmelzer@melzerlaw.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Omid H. Nasab**
Cravath Swaine & Moore LLP
onasab@cravath.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Ian A.J. Pitz**
Michael Best & Friedrich LLP
iapitz@michaelbest.com

**David A. Rabbino**
Hunsucker Goodstein PC
drabbino@hgnlaw.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

<div style="columns:2">

**Adam B. Silverman**
Greenberg Traurig LLP
silvermana@gtlaw.com

**M. Andrew Skierawski**
Friebert Finerty & St. John SC
mas@ffsj.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**Arthur A. Vogel, Jr.**
Quarles & Brady LLP
arthur.vogel@quarles.com

**Anthony S. Wachewicz, III**
City of Green Bay
tonywa@ci.green-bay.wi.us

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted A. Warpinski**
Friebert Finerty & St John SC
taw@ffsj.com

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

</div>

Dated: November 29, 2012                                       s/ *Randall M. Stone*