# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                **Plaintiffs,**

v.                               **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 29, 2012

PH GLATFELTER CO
TIME COMMENCED:    10:50 A.M.
TIME CONCLUDED:    11:00 A.M.