# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                **Plaintiffs,**

  v.                                **Case No.**  10-CV-910

NCR CORPORATION, et al.,

                **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Conversations with Counsel :

December 7, 2012

NCR CORPORATION
PH GLATFELTER COMPANY
TIME COMMENCED:     10:00 A.M
TIME CONCLUDED:     10:45 A.M.