# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

            **Plaintiffs,**

v.                             **Case No.** 10-CV-910

NCR CORPORATION, et al.,

            **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Telephone Follow-Up Ex Parte Conversations with Counsel :

December 7, 2012

U.S. GOVERNMENT
TIME COMMENCED:    1:45 P.M.
TIME CONCLUDED:    2:30 P.M.