IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 10-C-910 |
| v. | ) Hon. William C. Griesbach |
| NCR CORPORATION, *et al.* | )<br>) |
| Defendants. | ) |

# DECLARATION OF KRISTIN M. FURRIE IN SUPPORT OF THE UNITED STATES' OBJECTIONS TO CERTAIN EVIDENCE CITED BY DEFENDANTS IN SUPPORT OF THEIR RESPECTIVE FINDINGS OF FACT AND CONCLUSIONS OF LAW

I, Kristin M. Furrie, declare as follows:

1. I am a Trial Attorney with the Environmental Enforcement Section of the United States Department of Justice. I have served as counsel for the United States on matters concerning the Lower Fox River and Green Bay Superfund Site since 2011.

2. Exhibit 1 to this Declaration is a true and correct copy of the United States' objection to the use of the deposition of George Berken in lieu of live testimony.

3. Exhibit 2 to this Declaration is a true and correct copy of the Certain Defendants' objection to the use of the deposition of Gregory Hill in lieu of live testimony.

4. Exhibit 3 to this Declaration is a true and correct copy of the calculation of the distance from Mr. Berken's home to the courthouse in Milwaukee as approximately 89 miles using the website http://www.gpsvisualizer.com/calculators.

5. Exhibit 4 to this Declaration is a true and correct copy of the calculation of the distance from Mr. Hill's home to the courthouse in Milwaukee as approximately 79 miles using the website http://www.gpsvisualizer.com/calculators.

6. Exhibit 5 to this Declaration is a true and correct copy of the deposition notice of Mr. Berken.

7. Exhibit 6 to this Declaration is a true and correct copy of the deposition notice of Mr. Hill.

8. Exhibit 7 to this Declaration is a true and correct copy of the United States' Response and Objections to Defendant NCR Corporation's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6).

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 19, 2013         s/ *Kristin M. Furrie*

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that, on this day, the foregoing Declaration was filed electronically with the Clerk of the Court using the Court's Electronic Court Filing System, which sent notification of such filing to the following counsel:

| | |
|---|---|
| **Mary Rose Alexander**<br>Latham & Watkins LLP<br>mary.rose.alexander@lw.com | **Scott W. Hansen**<br>Reinhart Boerner Van Deuren SC<br>shansen@reinhartlaw.com |
| **Thomas Armstrong**<br>von Briesen & Roper SC<br>tarmstro@vonbriesen.com | **William H. Harbeck**<br>Quarles & Brady LLP<br>william.harbeck@quarles.com |
| **Paul Bargren**<br>Foley & Lardner LLP<br>pbargren@foley.com | **Michael L. Hermes**<br>Hermes Law Ltd.<br>mlh@hermeslawltd.com |
| **Linda E. Benfield**<br>Foley & Lardner LLP<br>lbenfield@foley.com | **Cynthia R. Hirsch**<br>Wisconsin Department of Justice<br>hirschcr@doj.state.wi.us |
| **Dennis P. Birke**<br>DeWitt Ross & Stevens SC<br>db@dewittross.com | **Caleb J. Holmes**<br>Greenberg Traurig LLP<br>holmesc@gtlaw.com |
| **Steven P. Bogart**<br>Reinhart Boerner Van Deuren SC<br>sbogart@reinhartlaw.com | **Philip C. Hunsucker**<br>Hunsucker Goodstein & Nelson PC<br>phunsucker@hgnlaw.com |
| **Michael P. Carlton**<br>von Briesen & Roper SC<br>mcarlton@vonbriesen.com | **Paul G. Kent**<br>Stafford Rosenbaum LLP<br>pkent@staffordlaw.com |
| **Evan R. Chesler**<br>Cravath Swaine & Moore LLP<br>echesler@cravath.com | **Susan E. Lovern**<br>von Briesen & Roper SC<br>slovern@vonbriesen.com |
| **Marc E. Davies**<br>Greenberg Traurig LLP<br>daviesm@gtlaw.com | **Kevin J. Lyons**<br>Davis & Kuelthau SC<br>klyons@dkattorneys.com |
| **Brandon J. Evans**<br>Hermes Law Ltd.<br>bje@hermeslawltd.com | **Karl S. Lytz**<br>Latham & Watkins LLP<br>karl.lytz@lw.com |
| **Sandra C. Goldstein**<br>Cravath Swaine & Moore LLP<br>sgoldstein@cravath.com | **David G. Mandelbaum**<br>Greenberg Traurig LLP<br>mandelbaumd@gtlaw.com |
| **Thomas R. Gottshall**<br>Haynsworth Sinkler Boyd PA<br>lgantt@hsblawfirm.com | **Tara M. Mathison**<br>Davis & Kuelthau SC<br>tmathison@dkattorneys.com |
| **Eric W. Ha**<br>Sidley Austin LLP<br>eha@sidley.com | **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com |

| | |
|---|---|
| **Heidi D. Melzer**<br>Hermes Law Ltd.<br>hdm@hermeslawltd.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com |
| **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | **Alexandra Reeve Givens**<br>Cravath Swaine & Moore LLP<br>agivens@cravath.com |
| **Sabrina Mizrachi**<br>Greenberg Traurig LLP<br>mizrachis@gtlaw.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com |
| **Monique M. Mooney**<br>Greenberg Traurig LLP<br>mooneym@gtlaw.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com |
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com |
| **Daniel C. Murray**<br>Johnson & Bell Ltd.<br>murrayd@jbltd.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Joan Radovich**<br>Sidley Austin LLP<br>jradovich@sidley.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: February 19, 2013         s/ *Kristin M. Furrie*