IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 1:10-cv-00910-WCG<br>)<br>)<br>)<br>) |

**Plaintiff United States Objections to the Use Deposition Designations
In Lieu of Live Testimony**

Pursuant to Federal Rule of Civil Procedure 32(a) and the Order RE: Pretrial & Trial Procedure (Dkt. 610), Plaintiff the United States objects to the use the testimony of George Berken by deposition as opposed to live testimony.

Further, the Plaintiffs hereby withdraw the deposition designations of James Hahnenberg and Gary Kincaid.

            Respectfully submitted,

            For Plaintiff United States of America

            IGNACIA S. MORENO
            Assistant Attorney General
            Environment and Natural Resources Division

Dated: November 19, 2012   *s/ Kristin M. Furrie*
            RANDALL M. STONE

1

JEFFREY A. SPECTOR
KRISTIN M. FURRIE
SUMONA N. MAJUMDAR
SEAN CARMAN
MAYA S. ABELA
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Telephone:	202-616-6515
Facsimile:	202-616-6584
E-Mail:	kristin.furrie@usdoj.gov


GREGORY J. HAANSTAD
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515

SUSAN M. KNEPEL
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI  53202