# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) Case Action No. 1:10-CV-00910 |
| | ) Hon. William C. Griesbach |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NCR CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTAIN DEFENDANTS'[1] NOTICE OF OBJECTION TO DEPOSITION TESTIMONY IN LIEU OF LIVE TESTIMONY

Pursuant to Federal Rule of Civil Procedure 32 and the Court's Order Re: Pretrial & Trial Procedures, Dkt. 610 ¶ 3(A), Certain Defendants object to the use of the testimony of Xiaochun Zhang, Bruce Baker, Greg Hill, Ed Lynch, William Fitzpatrick, and Robert Paulson by deposition testimony in lieu of live testimony.

---

[1] "Certain Defendants" are CBC Coating, Inc., Menasha Corporation, Neenah Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corp. and WTM I Company.

Dated: November 19, 2012                  Respectfully submitted,

s/Nancy K. Peterson                       s/ David G. Mandelbaum
Nancy K. Peterson (Wis. Bar No. 1000197)  David G. Mandelbaum
Peter C. Karegeannes (Wis. Bar No. 1015025) Francis A. Citera
William H. Harbeck (Wis. Bar No. 1007004) Marc E. Davies
Arthur A. Vogel, Jr. (Wis. Bar No. 1010425) Caleb J. Holmes
David A. Strifling (Wis. Bar No. 1049923) Adam B. Silverman

Quarles & Brady LLP                       GREENBERG TRAURIG, LLP
411 E. Wisconsin Avenue                   Two Commerce Square, Suite 2700
Milwaukee, WI 53202                       2001 Market Street
Telephone: (414) 277-5000                 Philadelphia, PA 19103
nancy.peterson@quarles.com                Telephone: (215) 988-7800
                                          mandelbaumd@gtlaw.com
**Attorneys for Defendant WTM I Company**
                                          **Attorneys for Defendant P.H. Glatfelter Company**

/s/ Susan E. Lovern                       /s/ Philip C. Hunsucker
Susan E. Lovern (Wis. Bar. No. 1025632)   Philip C. Hunsucker
Michael P. Carlton (Wis. Bar No. 1016037) David A. Rabbino
Thomas Armstrong (Wis. Bar No. 1016529)   Hunsucker Goodstein PC
Kelly J. Noyes (Wis. Bar No. 1064809)     3717 Mt. Diablo Blvd., Suite 200
                                          Lafayette, CA 94549
von Briesen & Roper, s.c.                 Telephone: (925) 284-0840
411 East Wisconsin Avenue, Suite 700      phunsucker@hgnlaw.com
Milwaukee, WI 53202                       drabbino@hgnlaw.com
Telephone: (414) 276-1122
Fax: (414) 276-6281                       Anne Lynch
slovern@vonbriesen.com                    Hunsucker Goodstein PC
mcarlton@vonbriesen.com                   5335 Wisconsin Ave. NW, Suite 360
tarmstro@vonbriesen.com                   Washington, DC 20015
knoyes@vonbriesen.com                     Telephone: (202) 895-5380
                                          alynch@hgnlaw.com
**Attorneys for Defendant CBC Coating, Inc.**
                                          **Attorneys for Defendant Menasha Corporation**

/s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: (414) 298-1000
Fax: (414) 298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: (803) 779-3080
Fax: (803) 765-1243
tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills, Corp.**

/s/William J. Mulligan
William J. Mulligan (Wis. Bar No. 1008465)
Kevin J. Lyons (Wis. Bar No. 1013826)
Elizabeth K. Miles (Wis. Bar No. 1064284)

Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**