

Case 1:10-cv-00910-WCG   Filed 02/19/13   Page 1 of 1   Document 749-3