IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, ) ) ) Plaintiffs, ) ) v. ) ) NCR CORPORATION, ) APPLETON PAPERS INC., ) BROWN COUNTY, ) CITY OF APPLETON, ) CITY OF GREEN BAY, ) CBC COATING, INC., ) GEORGIA-PACIFIC CONSUMER PRODUCTS LP, ) KIMBERLY-CLARK CORPORATION, ) MENASHA CORP., ) NEENAH-MENASHA SEWERAGE COMMISSION, ) NEWPAGE WISCONSIN SYSTEMS, INC., ) P.H. GLATFELTER CO., ) U.S. PAPER MILLS CORP., and ) WTM I COMPANY, ) ) Defendants. ) | Civil Action No. 10-C-910 |

_____

## NOTICE OF DEPOSITION OF GEORGE BERKEN
_____

PLEASE TAKE NOTICE that NCR Corporation ("NCR"), by and through its undersigned counsel, will take the deposition upon oral examination of George Berken at 9:30 a.m. on Monday, August 27, 2012, at the offices of Gramann Reporting, 710 North Plankinton Ave., Suite 710, or at another mutually agreed upon time and place. The deposition will take place before a person duly authorized to administer oaths, and will be recorded by stenographic and videographic means. The deposition will continue day to day until completed.

All parties are invited to attend and to participate if so desired.

Dated: August 14, 2012

Respectfully submitted,

NCR CORPORATION

/s/ Darin P. McAtee

*Counsel for NCR Corporation*
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
Eric W. Ha
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I served a copy of Notice of Deposition of George Berken to counsel of record for all parties via email.

/s/ Darin P. McAtee