UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN, GREEN BAY DIVISION

UNITED STATES OF AMERICA
AND THE STATE OF WISCONSIN,

                Plaintiffs,

            v.

NCR CORPORATION, et al.,

                Defendants.

Case No. 10-C-910

## NOTICE OF DEPOSITION OF GREG HILL

PLEASE TAKE NOTICE that on August 23, 2012, beginning at 9:00 a.m. Central Daylight Time, Defendant P.H. Glatfelter Company, by and through its undersigned counsel, will take the deposition of Greg Hill. The deposition will be held at the Wisconsin Department of Justice, 17 West Main Street, Madison, WI 53703. The deposition will be held before an officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure, and will be recorded stenographically.

All parties are invited to attend and to participate if so desired.

Date: August 6, 2012.

s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2012, a true and correct copy of the foregoing Notice of Deposition of Greg Hill was served upon the following via electronic mail:

Mary Rose Alexander (mary.rose.alexander@lw.com)
Thomas Armstrong (tarmstro@vonbriesen.com)
Linda E. Benfield (lbenfield@foley.com)
Dennis P. Birke (db@dewittross.com)
Steven P. Bogart (sbogart@reinhartlaw.com)
Michael P. Carlton (mcarlton@vonbriesen.com)
S. Todd Farris (stf@ffsj.com)
Patrick Ferguson (patrick.ferguson@lw.com)
Thomas R. Gottshall (tgottshall@hsblawfirm.com)
Eric W. Ha (eha@sidley.com)
Scott W. Hansen (shansen@reinhartlaw.com)
William H. Harbeck (whh@quarles.com)
Michael L. Hermes (mlh@hermeslawltd.com)
Philip C. Hunsucker (phunsucker@hgnlaw.com)
Peter C. Karegeannes (pck@quarles.com)
Paul G. Kent (pkent@andersonkent.com)
Joshua M. Levin (joshua.levin@usdoj.gov)
Susan E. Lovern (slovern@vonbriesen.com)
Kevin J. Lyons (klyons@dkattorneys.com)
Karl S. Lytz (karl.lytz@lw.com)
Stephen F. McKinney (smckinney@hsblawfirm.com)
Tara M. Mathison (tmathison@dkattorneys.com)
Heidi D. Melzer (hdm@hermeslawltd.com)
Elizabeth K. Miles (emiles@dkattorneys.com)
William J. Mulligan (wmulligan@dkattorneys.com)
Kelly Noyes (knoyes@vonbriesen.com)
Matthew R. Oakes (matthew.oakes@usdoj.gov)
Nancy K. Peterson (nkp@quarles.com)
Ian A.J. Pitz (iapitz@michaelbest.com)
David A. Rabbino (drabbino@hgnlaw.com)
Ronald A. Ragatz (rrr@dewittross.com)
Kathleen L. Roach (kroach@sidley.com)
Megan A. Senatori (ms@dewittross.com)
Sarah A. Slack (sslack@foley.com)
Margaret R. Sobota (msobota@sidley.com)
Randall M. Stone (randall.stone@usdoj.gov)
James P. Walsh (jim.walsh@appleton.org)
Ted A. Warpinski (taw@ffsj.com)

Ted Waskowski (twaskowski@staffordlaw.com)
Evan B. Westerfield (evanwesterfield@sidley.com)
Richard C. Yde (ryde@staffordlaw.com)
Darin P. McTee (dmcatee@cravath.com)
Ericka L. Krumrie (elk@hermeslawltd.com)
Evan R. Chesler (echesler@cravath.com)
Paul Bargren (pbargren@foley.com)
Sandra C. Goldstein (sgoldstein@cravath.com)
Arthur S. Wachewicz, III (tonywa@ci-green-bay-wi.us)
Arthur A. Vogel, Jr. (arthur.vogel@quarles.com)
Bradley M. Marten (bmarten@martenlaw.com)
Charles Fried (fried@law.harvard.edu)
Cynthia R. Hirsch (hirschcr@doj.state.wi.us)
Daniel C. Murray (murrayd@jbltd.com)
David R. Erickson (derickson@shb.com)
Gregory A. Krauss (gkrauss@krausspllc.com)
Gregory J. Haanstad (greg.haanstad@usdoj.gov)
Iva Ziza (Iva.Ziz@usdoj.gov)
Jeffrey A. Spector (jeffrey.spector@usdoj.gov)
Kristin Michelle Furrie (kristin.furrie@usdoj.gov)
Linda R. Larson (llarson@martenlaw.com)
Margaret I. Hoefer (mhoefer@staffordlaw.com)
Meline G. MacCurdy (mmaccurdy@martenlaw.com)
Omid H. Nasib (onasab@cravath.com)
Susan M. Knepel (susan.knepel@usdoj.gov)
Thomas M. Phillips (tphipp@reinharlaw.com)
Vanessa A. Lavely (vlavely@cravath.com)

                                        /s/ Caleb J. Holmes
                                        Caleb J. Holmes