# SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D C
LONDON
SINGAPORE
TOKYO

FACSIMILE TRANSMITTAL   3
TOTAL PAGES (INCLUDING COVERSHEET)
DATE: February 25, 1998

TO: Roger Grimes
U.S. EPA

FAX #: 98860747

FROM: Claire St. Jean
Sidley & Austin
312-853-7540

SUBJECT: Request for Grant Information

COMMENTS:

Please call me when you have assembled the information. I can run over and pick up. Thanks. Any questions, please call.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U S POSTAL SERVICE. THANK YOU

EPA011748

# SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312) 853-7540

WRITER'S E-MAIL ADDRESS
catjoan@sidley.com

February 20, 1998

**BY FAX**

Wendy Schumacher
Freedom of Information Act Officer
U S Environmental
  Protection Agency
Region 5
77 West Jackson
Chicago, IL 60604-3590

Dear Ms Schumacher

      This is a request under the Freedom of Information Act, 5 U S.C. § 552, for copies of information/records in possession of the USEPA. Specifically, we are requesting:

> 1.) any and all agreements between USEPA and the State of Wisconsin, or any agency or department thereof relating to the performance of a remedial investigation ("RI"), and/or feasibility study ("FS") of the Fox River and/or Green Bay (Wisconsin) including, without limitation, any documents relating to the designation of the Wisconsin Department of Natural Resources (WDNR) as the "lead agency" for performance of such RI or FS;
>
> 2.) any and all documents relating to the provision of funds by USEPA or any other agency or department of the federal government to the State of Wisconsin or any agency or department thereof for purposes including the performance of such RI or FS

      We confirm in advance our willingness to make suitable financial arrangements up to the sum of $500.00 We are willing to come to the Agency and make copies or have a copy service make copies for you Should the Agency choose to do the copying, we request that you call us so we may pick it up in your offices. If

Case 1:10-cv-00910-WCG   Filed 02/20/13   Page 3 of 4   Document 753-1

EPA011749

you have any questions concerning this request, please contact me at the telephone number listed above

Sincerely,

Claire St. Jean
Senior Legal Assistant