| From: | Lynch, Edward K |
|---|---|
| To: | 'Mark Velleux' |
| Sent: | 12/10/2002 5:02:04 PM |
| Subject: | FW: Research Funding Question |

Mark - FYI, Ed

----------
From: Long, Terry A LRE[SMTP:Terry.A.Long@lre02.usace.army.mil]
Sent: Tuesday, December 10, 2002 10:37 AM
To: Lynch, Edward K
Subject: RE: Research Funding Question

Ed,

Currently the Corps is in Continuing Resolution Act(CRA), which means we have limited funds. We will continue to be in CRA until Congress passes an Appropriation's bill. We could not fund any research at this time.

Terry

-----Original Message-----
From: Lynch, Edward K [ mailto:Edward.Lynch@dnr.state.wi.us]
Sent: Tuesday, December 10, 2002 9:28 AM
To: 'EPA - Jim Hahnenberg'; 'USACE - Terry Long, LRE';
'cieniawski.scott@epa.gov'; 'tuchman.marc@epa.gov'
Cc: 'EPA - Wendy Carney'; 'EPA - Matthew Mankowski'; 'EPA ORC - ROGER GRIMES'
Subject: Research Funding Question

Jim, Scott, Marc, and Terry

Attached is an email from Mark Velleux, formerly of DNR and now working on his Ph.D. at Colorado State University. Mark has been assisting DNR and Retec in responding to comments related to wLFRM. As you likely know, for numerous years, while employed at DNR and at EPA (LLRS @ Gross Isle), he was a modeler (the lead at DNR) on many aspects of the modeling work done on the Fox and .

Mark is interested in whether there is any funding available from EPA or the Corps of Engineers (or other sources) to conduct research into the models used on the Fox. Please review the following email and let me know if you are aware of resources that you are aware of that could fund this request or have any other ideas. Alternatively, you may also get back to Mark directly at mvelleux@engr.colostate.edu .

While the OU 3 -5 ROD may benefit from this work, I do not believe that this would be eligible to be done as part of the DNR's Superfund cooperative agreement on the Fox.

Thanks, Ed



Case 1:10-cv-00910-WCG   Filed 02/20/13   Page 1 of 2   Document 753-4

E-WDNR-702115

> ----------
> From: mvelleux[SMTP:mvelleux@engr.colostate.edu]
> Sent: Monday, December 09, 2002 5:45 PM
> To: Lynch, Edward K
> Subject:
>
> Ed,
>
> Now that I've been through all this stuff again, I strongly urge you to
> consider your need to have a complete counter-analysis of FOXSIM, look
> deeper into additionalyears of bed elevation data, and complete a PCB
> hindcast for the river using wLFRM. To get through the ROD process for
> OU4, I am virtually certain that you will need this information.
>
> Here is my pitch: I think there is enough qualityresearch that that this
> type
> of work could become my PhD dissertation project. My advisor is
> interested enough in the LFR work that, if there were a little funding
> involved, he might want to get involved (a guess on my part --- but I'm
> pretty sure). However, to get his interest, there would need to be
> funding.
>
> I have about a 3 week window of opportunity. By the time classes resume
> in January, I will be committeded to working on an EPA project involving
> mining wastes at a superfund site out here. But, if you or EPA were to
> contact him before then, and had reasonable funding, you could probably
> convince him to take on this project.
>
> "Reasonable funding" would be something like enough money to support
> one student (tuition and stipend and overhead) for 2 years . In return
> you
> would get:
>
> 1. a peer-reviewed journal publication for wLFRM calibration/forecasts
> 2. a peer-reviewed journal publication for wLFRM hindcasts
> 3. a peer-reviewed journal publication for LFR (and Sheboygan) bed
>    elevation changes over time (TM2g and other USACE data)
> 4. Analysis of FOXSIM
>
> With such information you would be able to survive legal challenges to the
>
> ROD. You could "win" on purely technical grounds no matter what the
> FRG does.
>
> Ok, you've heard my pitch. The rest is up to you. In about 3 weeks, this
>
> window of opportunity will close and my research commitments at CSU
> will prevent me from again "free lancing" LFR work over the next two years
>
> or so.
>
> Mark
>

E-WDNR-702116