```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF WISCONSIN
 3                    GREEN BAY DIVISION
    -----------------------------------------------------
 4
    UNITED STATES OF AMERICA, et al.,
 5
                    Plaintiffs,
 6
             vs.              Case No. 1:10-CV-00910-WCG
 7
    NCR CORPORATION, et al.,
 8
                    Defendants.
 9
    -----------------------------------------------------
10

11              Deposition of ROBERT PAULSON

12                 Monday, August 20, 2012

13
                         9:05 a.m.
14
                            at
15
                 U.S. DEPARTMENT OF JUSTICE
16                   17 West Main Street
                     Madison, Wisconsin
17

18

19

20

21

22

23

24         Reported by Dawn M. Lahti, RPR/CRR

25
```



## Page 2

```
 1            Deposition of ROBERT PAULSON, a witness
 2     in the above-entitled action, taken at the instance
 3     of the Defendants, pursuant to the Federal Rules of
 4     Civil Procedure, before Dawn M. Lahti, RPR,
 5     Certified Realtime Reporter, and Notary Public,
 6     State of Wisconsin, at 17 West Main Street,
 7     Madison, Wisconsin, on the 20th day of August,
 8     2012, commencing at 9:05 a.m. and concluding at
 9     12:47 p.m.
10  A P P E A R A N C E S:
11            U.S. DEPARTMENT OF JUSTICE ENVIRONMENTAL &
              NATURAL RESOURCES DIVISION, by
12               Mr. Thomas J. Dawson
                 17 West Main Street
13               Madison, Wisconsin 53207
                 Appeared on behalf of Plaintiffs.
14            U.S. DEPARTMENT OF JUSTICE, by
15               Ms. Maya Abela
                 P.O. Box 7611
16               Washington, DC 20044-7611
                 Appeared by phone on behalf of the
17               Plaintiffs.
18            GREENBERG TRAURIG LLP, by
                 Mr. David G. Mandelbaum
19               2700 Two Commerce Square
                 2001 Market Street
20               Philadelphia, Pennsylvania 19103
                 Appeared on behalf of P.H.
21               Glatfelter Company.
22            HUNSUCKER GOODSTEIN & NELSON, PC, by
                 Mr. Marc A. Shapp
23               3717 Mt. Diablo Boulevard, Suite 200
                 Lafayette, California 94549
24               Appeared by phone on behalf of Menasha
                 Corporation.
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2            STAFFORD ROSENBAUM, LLP, by
 3               Ms. Marney I. Hoefer
                 222 West Washington Avenue, Suite 900
 4               P.O. Box 1784
                 Madison, Wisconsin 53701-1784
 5               Appeared by phone on behalf of City of
                 Appleton.
 6
              DAVIS & KUELTHAU, S.C., by
 7               Mr. Kevin J. Lyons
                 111 East Kilbourn Avenue, Suite 1400
 8               Milwaukee, Wisconsin 53202
                 Appeared on behalf of Neenah-Menasha
 9               Sewerage Commission.
10            SIDLEY AUSTIN, LLP, by
                 Mr. Jason E. James
11               One South Dearborn
                 Chicago, Illinois 60603
12               Appeared by on behalf of NCR Corporation.
13            von BRIESEN & ROPER, s.c., by
                 Mr. Terry Nilles
14               411 East Wisconsin Avenue, Suite 700
                 Milwaukee, Wisconsin 53202
15               Appeared on behalf of CBC Coating, Inc.
```

## Page 4

```
 1                 E X A M I N A T I O N
 2
    BY MR. MANDELBAUM                                  6
 3  BY MR. NILLES                                     96
    BY MR. JAMES                                     102
 4  BY MR. LYONS                                     103
    BY MR. NILLES                                    137
 5  BY MR. LYONS                                     138
 6
 7
 8
 9
10                    E X H I B I T S
11  EXHIBIT NO.                              PAGE MARKED
12  4205A  List of Individuals for Fox River
              Cleanup                                 16
13  4205B  Memo of 2/21/00                            32
    4205C  Article, 10/25/97                          44
14  4205D  Article, 2/1/98                            50
    4205E  Article, 7/22/98                           59
15  4205F  LexisNexis Document, 6/2/00                64
    4205G  Article, 7/24/00                           66
16  4205H  E-mails of 6/2/00                          69
    4205I  E-mails of 8/24/99                         80
17
18  (Original exhibits attached to original transcript.
     Copies of exhibits attached to copies of transcript.)
```

## Page 5

TRANSCRIPT OF PROCEEDINGS

ROBERT PAULSON, called as a witness herein, having been first duly sworn on oath, was examined and testified as follows:

MR. MANDELBAUM: Hi, Mr. Paulson. My name is David Mandelbaum. I represent the defendant P.H. Glatfelter Company, and we've met before. Let's go around the room and on the phone so that you know who everybody is.

MR. LYONS: Kevin Lyons, Davis & Kuelthau. I represent the Neenah-Menasha Sewerage Commission. Good morning again.

MR. NILLES: Good morning. I'm Terry Nilles, von Briesen & Roper. I'm representing CBC Coating otherwise formerly known as Riverside Paper Company.

MR. JAMES: Jason James with Sidley Austin representing NCR Corporation.

MR. DAWSON: Tom Dawson, assistant attorney general, Wisconsin Department of Justice here with Mr. Paulson.

THE WITNESS: Robert Paulson.

MR. MANDELBAUM: And who's on the phone, please?

MS. ABELA: Maya Abela on behalf of the

USA & WI v.
NCR Corporation, et al. (Appleton Papers)

Deposition of Robert Paulson
August 20, 2012

Deposition of ROBERT PAULSON, 8/20/12                    Page 6

1  plaintiff, United States of America.
2      MR. SHAPP: Marc Shapp for Menasha
3  Corporation.
4      MS. HOEFER: Marney Hoefer, City of
5  Appleton.
6      MR. MANDELBAUM: Anyone else?
7      (No response.)
8      MR. MANDELBAUM: Okay.
9      EXAMINATION
10     BY MR. MANDELBAUM:
11 Q.  Mr. Paulson, have you ever been deposed before?
12 A.  Yes.
13 Q.  How many times?
14 A.  Once.
15 Q.  When was that?
16 A.  It would have been 19 -- or no, 2005 or '6 time
17   frame.
18 Q.  In connection with this matter or a different one?
19 A.  Similar. The Town of Vinland and the EPA for the
20   disposal of dredged material in the Town of Vinland
21   landfill.
22 Q.  Well, it's been a while, and we like to repeat the
23   rules anyway, so I just want to go through the
24   ground rules. I'm going to start, and I'm going to
25   start asking you questions. And then when I'm

Deposition of ROBERT PAULSON, 8/20/12                    Page 7

1  through, other people will have an opportunity to
2  ask you questions.
3  A.  Okay.
4  Q.  I would like you to be certain when you answer my
5  questions that you answer my questions verbally.
6  Everything you say has to be taken down by the
7  court reporter, so nodding your head like you just
8  did or saying uh-huh or yep, that doesn't work.
9  You need to use a word.
10 A.  Okay.
11 Q.  If at any time you don't hear or you don't
12   understand my question, please ask me to restate it
13   because if you answer my question, we'll assume
14   that you heard it and you understood it. Is that
15   fair?
16 A.  Fair.
17 Q.  If at any time you would like to take a break,
18   please just ask. All we ask that you do is that
19   you answer the pending question so that the break
20   comes after your answer rather than between the
21   question and your answer.
22 A.  Okay.
23 Q.  Are you feeling okay today? Is there any reason
24   why you can't testify truthfully and accurately
25   today?

Deposition of ROBERT PAULSON, 8/20/12                    Page 8

1  A.  No.
2  Q.  Are you on any medications today that would affect
3   your memory or your ability to testify?
4  A.  No.
5  Q.  Where do you live?
6  A.  Address?
7  Q.  Yes, please.
8  A.  2183 Edgewood Drive in Grafton, Wisconsin.
9  Q.  And where are you employed?
10 A.  WE Energies.
11 Q.  WE?
12 A.  Wisconsin Energy Corporation doing business as WE
13   Energies.
14 Q.  WE is spelled?
15 A.  W-E capital E-N-E-R-G-I-E-S.
16 Q.  And where is your office?
17 A.  333 Everett Street, Milwaukee.
18 Q.  Can you describe for me or would you please
19   describe for me your education after high school?
20 A.  Graduated from the University of Wisconsin at
21   Stevens Point with a bachelor's of science degree.
22 Q.  When was that?
23 A.  December of 1981.
24 Q.  Okay.
25 A.  I have a master's of science degree from the

Deposition of ROBERT PAULSON, 8/20/12                    Page 9

1  University of Missouri in Columbia, December of
2  1984.
3  Q.  And where were you employed -- were you employed
4  immediately after receiving your master's degree?
5  A.  Yes.
6  Q.  Where were you employed?
7  A.  Johns Hopkins University, applied physics
8  laboratory.
9  Q.  And what was your job?
10 A.  I was an associate scientist in their submarine
11   technology group, aquatic ecology section.
12 Q.  And how long did you stay at Johns Hopkins?
13 A.  Almost four years --
14 Q.  And --
15 A.  -- left in October of '88.
16 Q.  And where did you go after that?
17 A.  After that, Hunter Environmental Services in St.
18   Louis as a consultant.
19 Q.  And what were you consulting in?
20 A.  Primarily aquatic toxicity testing and other
21   biological surveys that the company was doing for
22   its customers.
23 Q.  How long did you stay at Hunter?
24 A.  About a year.
25 Q.  And then where did you go?

USA & WI v.
NCR Corporation, et al. (Appleton Papers)

Deposition of Robert Paulson
August 20, 2012

Deposition of ROBERT PAULSON, 8/20/12                                    Page 10

1   A.   Wisconsin DNR, November of '89.
2   Q.   And what was your role at Wisconsin DNR?
3   A.   Initially was an environmental specialist in Bureau
4   of Wastewater Management doing the biomonitoring
5   program, managing that and wastewater permits from
6   '89 until sometime in '92.
7   Q.   What happened in 1992?
8   A.   I transferred to the Bureau of Water before it
9   became the Bureau of Water Management.
10  Q.   And what was your role with the Bureau of Water?
11  A.   Title was Great Lakes toxicologist doing
12  toxicological things toward the remedial action
13  plans that were on the Great Lakes, Lake Michigan,
14  lake-wide management plan and contaminated
15  sediments.
16  Q.   Did you stay in that role until you left the
17  department, or did you have a different one?
18  A.   I took on different assignments at that point, but
19  no, I pretty much stayed in that role until
20  April 2002 when I left the department.
21  Q.   And where did you go in April 2002?
22  A.   I went to ReTech, an environmental consulting firm.
23  Q.   And when did you leave ReTech?
24  A.   May of 2004.
25  Q.   And where did you go after ReTech?

Deposition of ROBERT PAULSON, 8/20/12                                    Page 11

1   A.   Minergy Corporation which is a subsidiary of
2   Wisconsin Electric.
3   Q.   And where were you working at Minergy?
4   A.   In the Neenah, Wisconsin, engineering office as a
5   manager of business development.
6   Q.   And you left Minergy when?
7   A.   The company was closed at the end of November 2008.
8   Q.   And then you started with WE Energy?
9   A.   I was picked up at WE Energies in the environmental
10  department in January of '09, started with them.
11  Q.   Okay.  Now, did there come a time between when you
12  started at the department -- and I think you said
13  1992?
14  A.   No, I started at the department in 1989.
15  Q.   1989, my mistake.  Did there come a time when you
16  became involved with PCB contamination in the lower
17  Fox River in Green Bay?
18  A.   Yes, approximately that '92 time frame when I
19  transferred to Bureau of Water.
20  Q.   And were you involved with the lower Fox River and
21  Green Bay for the entire remainder of your tenure
22  at the department?
23  A.   In one aspect or another, yes.
24  Q.   And when you went to ReTech, did you continue
25  working on the Fox River?

Deposition of ROBERT PAULSON, 8/20/12                                    Page 12

1   A.   Yes.
2   Q.   What was your role at ReTech with respect to the
3   Fox River?
4   A.   I -- in respect to the Fox River?
5   Q.   Let me back up and withdraw the question.  What was
6   ReTech's connection with the Fox River?
7   A.   ReTech was DNR's consultant that developed the
8   remedial investigation, feasibility study, risk
9   assessment and helped DNR craft the records of
10  decision or proposed plan records of decision.
11  Q.   And did you work on that project for ReTech after
12  you left?
13  A.   Yes.
14  Q.   That is after you left the department?
15  A.   After I left the department, correct.
16  Q.   Now, are there specific parts of the lower Fox
17  River and Green Bay project that you worked on
18  during your time at the department?
19  A.   Yes.
20  Q.   Did you have any involvement in the Deposit A --
21  the effort to do a remedial investigation
22  feasibility study on Deposit A in Little Lake Butte
23  des Morts in the early to mid-1990s?
24  A.   No.
25  Q.   Were you involved with the implementation of the

Deposition of ROBERT PAULSON, 8/20/12                                    Page 13

1   1997 agreement between the State of Wisconsin and
2   certain companies?
3   A.   Yes.
4   Q.   Were you involved with the -- with all of the
5   implementation of that agreement or only with
6   certain of the projects?
7   A.   Primarily all of it as a team leader.
8   Q.   So you were involved with the Deposit N remediation
9   project?
10  A.   Correct.
11  Q.   And you were involved with the Deposit 56 or the
12  SMU 56/57 project?
13  A.   Correct.
14  Q.   And with the various technical evaluations that
15  were done?
16  A.   Correct.
17  Q.   And with the natural resource damage assessment --
18  A.   Correct.
19  Q.   -- and restoration projects; yes?
20  A.   Correct.
21  Q.   Did you have involvement in the development of the
22  remedial investigation feasibility study for the
23  site?
24  A.   Yes.
25  Q.   Why was the Department of Natural Resources

USA & WI v.
NCR Corporation, et al. (Appleton Papers)

Deposition of Robert Paulson
August 20, 2012

Deposition of ROBERT PAULSON, 8/20/12                           Page 14

1  involved in the remedial investigation feasibility
2  study? Was this a state-led site?
3  A. Well, prior to that, we had a working relationship
4  through the Fox River Coalition that was starting
5  to look at a whole river-type strategy, and to some
6  extent the work that had been done prior to that,
7  we -- DNR had the most information and most
8  knowledge of the site, and it just seemed to me --
9  my understanding is logical to -- that the state
10 would lead that activity.
11 Q. All right. Maybe I asked the question inartfully.
12 This is -- there's no -- were you aware of any
13 formal memorandum of understanding which gave the
14 lead on this site to the State of Wisconsin, that
15 is an agreement between the State of Wisconsin and
16 the United States?
17 A. Not to my recollection.
18 Q. So there was a -- an arrangement under which DNR
19 did certain work and EPA did certain work, correct?
20 A. That's fair.
21 Q. And which was the lead agency?
22 A. In developing the RI/FS?
23 Q. Yes, please.
24 A. It was DNR as we held the contract with the
25 consultant.

Deposition of ROBERT PAULSON, 8/20/12                           Page 15

1  Q. So DNR had a contract with the consultant, and DNR
2  had an agreement with the United States that it
3  would oversee that contract, right?
4  A. Yes, as we got funds from EPA to do the work.
5  Q. EPA gave DNR the funds to prepare the RI/FS, to
6  prepare the PRAP and to develop the ROD, is that
7  right?
8  A. That's my understanding.
9  Q. By RI/FS, you understand I mean remedial
10 investigation and feasibility study, correct?
11 A. Yes.
12 Q. And by PRAP you understand that I mean proposed
13 remedial action plan?
14 A. Correct.
15 Q. And by ROD, you understand that I mean record of
16 decision?
17 A. Yes.
18 Q. So those were primarily DNR work product?
19 A. I'm not sure what you mean by primarily.
20 Q. DNR or its contractor prepared the draft and then
21 obtained concurrence from other parties rather than
22 concurring in someone else's draft?
23 A. That's fair.
24 Q. Now, my exhibits are going to be a little out of
25 order, so bear with me one second.

Deposition of ROBERT PAULSON, 8/20/12                           Page 16

1      MR. DAWSON: Mr. Mandelbaum, when you're
2  saying "the site," are we clear on what that means?
3  If you're going to be using that term often --
4      MR. MANDELBAUM: Okay. Let's define that
5  then.
6      MR. DAWSON: Okay.
7      BY MR. MANDELBAUM:
8  Q. Do you understand what I mean when I say the lower
9  Fox River and Green Bay site? Do you understand
10 what I mean by that?
11 A. My understanding is that is from the outlet of Lake
12 Winnebago to the lower Fox River to the mouth of
13 Green Bay and Green Bay from the mouth of the lower
14 Fox River out to its confluence with Lake Michigan.
15 Q. Okay. Is that adequate for your purpose?
16     MR. DAWSON: Whatever definition you
17 want. At least we now have a definition.
18     MR. MANDELBAUM: Okay.
19     (Exhibit 4205A was marked for
20 identification.)
21     BY MR. MANDELBAUM:
22 Q. I'm showing you a document that has at the top, Fox
23 River Government Subject Matter Experts
24 December 1999, and it begins at Bates No.
25 EPAAR155127.

Deposition of ROBERT PAULSON, 8/20/12                           Page 17

1      MR. LYONS: It's actually two As, David.
2      MR. MANDELBAUM: I think I said that.
3  It's EPAAR155127. Do you see that document?
4      THE WITNESS: Yes, I do.
5      BY MR. MANDELBAUM:
6  Q. Do you recognize it?
7  A. Not specifically, no.
8  Q. Are you familiar with the names on this document?
9  A. Most of them.
10 Q. Does this provide a list, perhaps not a complete
11 list but a list of individuals working on lower Fox
12 River cleanup issues in December 1999?
13 A. It appears to.
14 Q. Did you work with some or all of these people?
15 A. Yes.
16 Q. Did you work with people other than people at the
17 Department of Natural Resources?
18 A. Yes.
19 Q. On a daily or weekly basis you were working with
20 them?
21 A. Yes.
22 Q. Now, I notice that there are a number of different
23 agencies or organizations listed in the affiliation
24 column and a number of different area codes, if you
25 will, in the phone column. These people were not