# Exhibit 1

**to the Declaration of Adam B. Silverman in Support of the Objections of Certain Defendants to the Admission of Certain Exhibits Cited in Plaintiffs and NCR Corporation's Responsive Post-Trial Briefs**

## Silverman, Adam (Assoc-Phil-Env)

**From:** Furrie, Kristin (ENRD) [Kristin.Furrie@usdoj.gov]
**Sent:** Wednesday, November 28, 2012 1:31 PM
**To:** Holmes, Caleb J. (Assoc-Phi-ENV); 'bsukiennik@cravath.com'; 'vlavely@cravath.com'; Silverman, Adam (Assoc-Phil-Env); Abela, Maya (ENRD); Majumdar, Sumona (ENRD); Cross, Anna (ENRD)
**Subject:** US v NCR - Proposed Exhibit Meeting

Hi all,

Caleb, Vanessa, and I discussed have an exhibit meeting tomorrow afternoon at 4:00 at Quarles and Brady to develop a game plan to deal with the exhibit objections. By that time, we should have a consolidated list of both sides objections and we can try to identify ways to handle categories of documents (or identify categories).

Does that work for people (Including Plaintiffs people who I didn't consult with on timing)?

Thanks
Kristin

Kristin M. Furrie
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
(202) 616-6515
kristin.furrie@usdoj.gov