UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN<br><br>    Plaintiffs,<br><br>        v.<br><br>NCR CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 10-C-910<br><br>The Honorable William C. Griesbach |

**PLAINTIFFS' STATUS REPORT
REGARDING THE 2013 FOX RIVER REMEDIATION EFFORT**

Although the 2013 Fox River remediation effort began as scheduled on April 1, NCR Corporation imposed last-minute contractor constraints that are severely limiting the pace and progress of the cleanup work, as described below. NCR has indicated that those constraints will remain in place at least until the Court issues its trial ruling because other defendants have not agreed to help fund the work on an interim basis.

As required by EPA's Unilateral Administrative Order, NCR's contractors submitted a Remedial Action Work Plan for 2013 and EPA and WDNR gave that Work Plan final approval on March 21. Just like the earlier draft of that Work Plan that was referenced during the December trial, the final version prepared by NCR's contractors indicated that the 2013 dredging work would begin on April 1 with at least two 8-inch dredges and one 12-inch dredge, and ultimately remove a total of about 575,000 cubic yards of sediment from specified dredge areas "in the reach of the river between the De Pere Dam and the Mason Street Bridge." The draft and final versions of the Work Plan also indicated that the two 8-inch dredges would start work "in the reach of the river south of Highway 172 on the west side of the River" while the larger

12-inch dredge would concentrate initially on high-volume dredging in three designated areas between the Highway 172 Bridge and Georgia-Pacific's Green Bay West facility.

At 8:10 p.m. on Easter Sunday, March 31, NCR sent the United States notice that the company had instructed its contractors to perform no remediation work in the downstream portion of OU 4 where Georgia-Pacific has stipulated that it is liable (along with others) for performance of the remediation work required by the UAO.  NCR indicated that "no debris removal, dredging, capping, or sand covering work will be performed in Lower OU4 until further notice" because Georgia-Pacific and the other defendants had not accepted an NCR proposal that they help finance the work on an interim basis while the parties await the Court's ruling.  NCR's directive to its contractors effectively rules out dredging in most of the areas that the 2013 Work Plan set aside for the high-production 12-inch dredge and it is estimated that it leaves only about 250,000 cubic yards of sediment to be dredged in Upper OU 4 where NCR is allowing its contractors to work.  As a result, the 12-inch dredge has been idle since the two 8-inch dredges began work on April 1.  Even if NCR's contractors redeploy the 12-inch dredge in Upper OU 4, that larger dredge will not be able to operate at its optimum production rate due to the conditions in the remaining dredge areas within that segment of the river.

In prior filings with the Court, the United States has expressed its belief that NCR would have a contribution remedy to recoup any overpayments if the *Whiting* case rulings are revised by this Court or overturned on appeal.  Counsel for the United States has reemphasized that point in recent communications with NCR's counsel, also noting that any remediation slowdown or stoppage based on NCR's failure to obtain interim funding contributions from others could constitute willful violation of the UAO without sufficient cause, giving rise to potential statutory sanctions up to $37,500 per day in penalties plus punitive damages of up to three times the amount of any costs incurred by the Superfund as a result of the noncompliance with the UAO.

*See* 42 U.S.C. §§ 9606(b), 9607(c)(3).  NCR has not withdrawn its directive limiting the pace and progress of the work, however.

                                      Respectfully submitted,

                                      FOR THE UNITED STATES OF AMERICA

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment and Natural Resources Division

Dated:   April 4, 2013              s/ *Randall M. Stone*
                                      RANDALL M. STONE
                                      JEFFREY A. SPECTOR
                                      KRISTIN FURRIE
                                      MAYA ABELA
                                      SEAN CARMAN
                                      SUMONA MAJUMDAR
                                      Environmental Enforcement Section
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      P.O. Box 7611
                                      Washington, DC 20044-7611
                                      Telephone:    202-514-1308
                                      Facsimile:     202-616-6584
                                      E-Mail:        randall.stone@usdoj.gov

                                      GREGORY J. HAANSTAD
                                      Attorney for the United States, Acting
                                      Under Authority Conferred by 28 U.S.C. § 515

                                      SUSAN M. KNEPEL
                                      Assistant United States Attorney
                                      Office of the United States Attorney
                                      517 E. Wisconsin Avenue, Room 530
                                      Milwaukee, WI  53202

                                      FOR THE STATE OF WISCONSIN

Dated:   April 4, 2013              s/ *Cynthia R. Hirsch*
                                      CYNTHIA R. HIRSCH
                                      Assistant Attorney General
                                      Wisconsin Department of Justice
                                      17 West Main Street
                                      P.O. Box 7857
                                      Madison, WI  53707-785
                                      E-Mail:        hirschcr@doj.state.wi.us

CERTIFICATE OF SERVICE

       I hereby certify that on this date I caused a true and correct copy of the foregoing Status Report to be served on the following counsel of record by the Court's Electronic Case Filing system:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edu

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Karl S. Lytz**
Latham & Watkins LLP
karl.lytz@lw.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

i

**Allison E. McAdam**
Hunsucker Goodstein PC
amcadam@hgnlaw.com

**Darin P. McAtee**
Cravath Swaine & Moore LLP
dmcatee@cravath.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Melzer Law, LLC
hmelzer@melzerlaw.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Daniel C. Murray**
Johnson & Bell Ltd.
murrayd@jbltd.com

**Omid H. Nasab**
Cravath Swaine & Moore LLP
onasab@cravath.com

**Kelly J. Noyes**
von Briesen & Roper SC
knoyes@vonbriesen.com

**Nancy K. Peterson**
Quarles & Brady LLP
nancy.peterson@quarles.com

**Thomas M. Phillips**
Reinhart Boerner Van Deuren SC
tphillip@reinhartlaw.com

**Ian A.J. Pitz**
Michael Best & Friedrich LLP
iapitz@michaelbest.com

**David A. Rabbino**
Hunsucker Goodstein PC
drabbino@hgnlaw.com

**Ronald R. Ragatz**
DeWitt Ross & Stevens SC
rrr@dewittross.com

**Kathleen L. Roach**
Sidley Austin LLP
kroach@sidley.com

**Megan A. Senatori**
DeWitt Ross & Stevens SC
ms@dewittross.com

**Adam B. Silverman**
Greenberg Traurig LLP
silvermana@gtlaw.com

**M. Andrew Skierawski**
Friebert Finerty & St. John SC
mas@ffsj.com

**Sarah A. Slack**
Foley & Lardner LLP
sslack@foley.com

**Margaret R. Sobota**
Sidley Austin LLP
msobota@sidley.com

**Arthur A. Vogel, Jr.**
Quarles & Brady LLP
arthur.vogel@quarles.com

**Anthony S. Wachewicz, III**
City of Green Bay
tonywa@ci.green-bay.wi.us

**James P. Walsh**
Appleton City Attorney
jim.walsh@appleton.org

**Ted A. Warpinski**
Friebert Finerty & St John SC
taw@ffsj.com

**Ted Waskowski**
Stafford Rosenbaum LLP
twaskowski@staffordlaw.com

**Evan B. Westerfield**
Sidley Austin LLP
evanwesterfield@sidley.com

**Richard C. Yde**
Stafford Rosenbaum LLP
ryde@staffordlaw.com

Dated: April 4, 2013                    s/ *Randall M. Stone*