

ATTORNEYS AT LAW
150 EAST GILMAN ST.
MADISON, WI 53703
608.257.5035 TEL
608.258.4258 FAX
foley.com

WRITER'S DIRECT LINE
608.258.4239
sslack@foley.com EMAIL

CLIENT/MATTER NUMBER
045007-0273

April 18, 2013

<u>**V**IA **E**LECTRONIC **F**ILING</u>

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
Green Bay, Wisconsin 54305-2490

      Re:    *United States of America, et al., v. NCR Corp, et al.*, Case No. 10-CV-910-WCG

Dear Judge Griesbach:

      Defendant Kimberly-Clark Corporation ("Kimberly-Clark") submits this letter in connection with the Court's March 29, 2013 Decision and Order Granting Motions to Dismiss Cross-Claims (the "Order").

      Kimberly-Clark has reviewed the Court's Order and understands that the Court intends to dismiss all of Appleton Papers Inc.'s ("API") cross-claims in this case against parties who are also defendants in the *Whiting* case. Kimberly-Clark believes this is appropriate in light of the Court's reasoning as set forth in the Order, and based on the fact that such reasoning would lead to the same result with respect to Kimberly-Clark given that Kimberly-Clark is also a defendant in the *Whiting* action.

      Consequently, Kimberly-Clark hereby requests that the Court (1) clearly indicate that the Order applies to all *Whiting* defendants against whom API brought cross-claims, including Kimberly-Clark, (2) enter judgment, based on the reasoning set forth in the Order, in Kimberly-Clark's favor and against API, on all cross-claims asserted against Kimberly-Clark in this matter, and (3) dismiss all of API's cross-claims against Kimberly-Clark with prejudice.

      To the extent that the Court believes additional filings are necessary to effectuate this result, Kimberly-Clark stands ready to make whatever further submissions the Court deems necessary and appropriate.

BOSTON             JACKSONVILLE        MILWAUKEE          SAN DIEGO            SILICON VALLEY
BRUSSELS           LOS ANGELES         NEW YORK           SAN DIEGO/DEL MAR    TALLAHASSEE
CHICAGO            MADISON             ORLANDO            SAN FRANCISCO        TAMPA
DETROIT            MIAMI               SACRAMENTO         SHANGHAI             TOKYO
                                                                               WASHINGTON, D.C.

Case 1:10-cv-00910-WCG   Filed 04/18/13   Page 1 of 2   Document 791



The Honorable William C. Griesbach
April 18, 2013
Page 2

                                              Best regards,

                                              /s/ Sarah A. Slack

cc:    All counsel of record (via ECF system)