

Please respond to: Capitol Square Office
Direct line: 608-252-9351
Email: rrr@dewittross.com

April 25, 2013

**VIA ECF FILING SYSTEM**

The Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54305-2490

RE: *United States of America, et al. v. NCR Corporation, et al.*
Case No. 10-CV-910-WCG

Dear Judge Griesbach:

On behalf of Defendant Appleton Papers Inc. ("API"), this letter responds to the April 18, 2013 letter to the Court from counsel for Defendant Kimberly-Clark Corporation. Dkt. 791. In the letter, Kimberly-Clark requests that the Court enter a judgment in this action that dismisses with prejudice API's cross-claims against Kimberly-Clark, based on the Court's decision of March 29, 2013. For the reasons explained below, API respectfully submits that the Court should take no action on Kimberly-Clark's request pending the disposition of the motion for reconsideration that API filed in the *Whiting* action (Case No. 08-C-0016) on April 19, 2013.

In its March 29, 2013 decision, the Court dismissed API's CERCLA cross-claims in the Enforcement Action on the ground that the claims were identical to claims asserted in the *Whiting* action and that the claims should be governed by the Court's rulings in that action. Dkt. 787. The Court suggested that API file a motion for reconsideration in *Whiting* "if circumstances warrant revisiting any decision in *Whiting*." *Id*. at. 2. API filed such a motion in *Whiting* on April 19, 2013. *Whiting* Dkt. 1489, 1490.

The Court's ruling on API's motion for reconsideration may affect the viability of the claims that Kimberly-Clark seeks to have dismissed with prejudice. Therefore, the Court should defer action on Kimberly-Clark's request for entry of judgment in the Enforcement Action (which was filed the day before API filed its motion) pending the disposition of the API's reconsideration motion.

Very truly yours,

**DeWitt Ross & Stevens s.c.**

*/s/ Ronald R. Ragatz*

Ronald R. Ragatz

RRR:dvz
cc: All Counsel of Record (via electronic filing system)

Capitol Square Office: Two East Mifflin Street, Suite 600, Madison, WI 53703-2865 • P 608.255.8891 • F 608.252.9243
Metro Milwaukee Office: 13935 Bishop's Drive, Suite 300, Brookfield, WI 53005-6605 • P 262.754.2840 • F 262.754.2845
www.dewittross.com

Case 1:10-cv-00910-WCG   Filed 04/25/13   Page 1 of 1   Document 792