

**Philip C. Hunsucker**
Attorney
Phone: 925-299-5104
phunsucker@hgnlaw.com

May 2, 2013


<u>**VIA ECF SYSTEM**</u>

Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, Wisconsin 54305-2490


      RE:   <u>United States and the State of Wisconsin v. NCR Corp, et al.</u>
             Case No. 1:10-CV-00910 in the United States District Court for the Eastern District of Wisconsin ("the Enforcement Litigation")


Dear Judge Griesbach:

      This letter is in response to the United States' May 1, 2013 letter to the Court. Dkt. 793. The United States seeks to enter a consent decree settling with itself for a relatively small payment, none of which will be available for the ongoing remediation in OU4. The proposed consent decree was lodged in December 2010. Dkt. 31. The motion the United States now seeks to have granted was filed in July 2011. Dkt. 173. Briefing on the United States' motion was complete in 2011, Dkt. 278, and in March 2012, the United States sought to defer any action on that motion. Dkt. 325. However, the United States cites to *some* of the evidence developed since 2011 in its May 1, 2013 letter. *See* Dkt. 793 at 2. Since March 2012, and certainly since December 2010, a lot has happened in this litigation and the related actions.

      Menasha Corporation ("Menasha"), P.H. Glatfelter Company and WTM I Company (collectively, the "OU1 Defendants") request that they be allowed to submit a supplemental response that outlines the additional evidence developed since 2011 that should be considered by the Court on whether the settlement of the United States with itself is fair, reasonable, and in the interests of CERCLA, based on all the evidence now available. The OU1 Defendants will accommodate any schedule for that briefing that

Environmental Litigation and Regulatory Actions • Insurance Coverage • Securities Arbitration

3717 Mt. Diablo Blvd., Suite 200, Lafayette, CA 94549 Tel: 925-284-0840 Fax: 925-284-0870
San Francisco Bay Area • Washington, DC • Los Angeles • Indianapolis • Denver

the Court may choose to establish. Menasha reiterates its request for oral argument on the motion to enter the proposed consent decree.

> Respectfully submitted,
> **Hunsucker Goodstein PC**
>
> Philip C. Hunsucker

PCH:mm
cc:    All Counsel of Record via ECF System