IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:10-CV-00910 WCG <br> Hon. William C. Griesbach |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of May 1, 2013, David A. Rabbino is no longer working at the law firm of Hunsucker Goodstein PC and no longer represents Menasha Corporation in the above-referenced action. Please remove David Rabbino from the service list in this action.

Dated:  May 7, 2013                                         Respectfully submitted,


                                                            /s/ Philip C. Hunsucker
                                                            Philip C. Hunsucker
                                                            Allison E. McAdam
                                                            Marc A. Shapp
                                                            Hunsucker Goodstein PC
                                                            3717 Mt. Diablo Blvd., Suite 200
                                                            Lafayette, CA 94549
                                                            Telephone:  (925) 284-0840
                                                            Fax:  (925) 284-0870
                                                            phunsucker@hgnlaw.com
                                                            amcadam@hgnlaw.com
                                                            mshapp@hgnlaw.com

                                                            Anne E. Lynch
                                                            Hunsucker Goodstein PC
                                                            5335 Wisconsin Avenue NW, Suite 360
                                                            Washington, DC 20015
                                                            Telephone:  (202) 895-5380
                                                            Fax:  (202) 895-5390
                                                            alynch@hgnlaw.com

                                                            **Counsel for Menasha Corporation**