UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| THE STATE OF WISCONSIN ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:10 - CV - 910 - WCG |
| ) | |
| NCR CORPORATION, et al. ) | |
| ) | |
| Defendants ) | |

**ENTRY OF APPEARANCE**

Please take notice that Garrett L. Boehm, Jr. enters his appearance in the above-entitled action for Defendant **NewPage Wisconsin Systems Inc.** Please serve all pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF Notices to Mr. Boehm at boehmg@jbltd.com.

Dated this 8th day of May 2013

NEWPAGE WISCONSIN SYSTEM INC.

By:   /s/ Garrett L. Boehm, Jr.

Garrett L. Boehm, Jr.
JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
boehmg@jbltd.com
tel. 312 984 0279
fax. 312 372 9818
#3318598

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                         s/ **Garrett L. Boehm, Jr.**
                                         Garrett L. Boehm, Jr.
                                         33 West Monroe Street, Suite 2700
                                         Chicago, IL 60603
                                         Telephone:  (312) 372-0770
                                         Fax:  (312) 372-9881
                                         E-mail:  boehmg@jbltd.com