UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| THE STATE OF WISCONSIN ) | |
|     Plaintiffs ) | |
| ) | |
|     v. ) | Case No. 1:10 - CV - 910 - WCG |
| ) | |
| NCR CORPORATION, et al. ) | |
| ) | |
|     Defendants ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of May 1, 2013, Daniel C. Murray is no longer working at the law firm of JOHNSON & BELL, LTD and no longer represents NewPage Wisconsin System Inc. in the above-referenced action. Please remove Daniel C. Murray from the service list in this action.

Dated this 8th day of May 2013

                                                            NEWPAGE WISCONSIN SYSTEM INC.

                                                            By:    */s/ Garrett L. Boehm, Jr.*

Garrett L. Boehm, Jr.
JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
boehmg@jbltd.com
tel. 312 984 0279
fax. 312 372 9818

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            s/ **Garrett L. Boehm, Jr.**
                                            Garrett L. Boehm, Jr.
                                            33 West Monroe Street, Suite 2700
                                            Chicago, IL 60603
                                            Telephone:  (312) 372-0770
                                            Fax:  (312) 372-9881
                                            E-mail:  boehmg@jbltd.com