# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                                    **Case No.** 10-CV-910

NCR CORPORATION, et al.,

**Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**DATE**:        May 10, 2013

**TYPE OF PROCEEDING**: SETTLEMENT CONFERENCE (Telephone Follow-up)

Ex parte discussion

US PAPER MILLS
TIME COMMENCED/CONCLUDED:        8:40-8:55 A.M.

TIME COMMENCED/CONCLUDED:        2:40-3:00 P.M.