# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.                      **Case No.** 10-CV-910

NCR CORPORATION, et al.,

        **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**DATE**:   May 10, 2013

**TYPE OF PROCEEDING**: SETTLEMENT CONFERENCE (Telephone Follow-up)

Ex parte discussion

US GOVERNMENT
TIME COMMENCED/CONCLUDED:   3:00 PM - 3:20 PM