# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, et al,

        **Plaintiffs,**

  v.                                    **Case No.** 10-CV-910

NCR CORPORATION, et al.,

        **Defendants.**

---

## HON. AARON E. GOODSTEIN, PRESIDING

**DATE**:      May 13, 2013

**TYPE OF PROCEEDING**: SETTLEMENT CONFERENCE (Telephone Follow-up)

Ex parte discussion

NCR CORPORATION
TIME COMMENCED/CONCLUDED:  11:10-11:15 A.M.