

U.S. Department of Justice

Environment and Natural Resources Division

*Environmental Enforcement Section*  *Telephone (202) 514-1308*
*P.O. Box 7611*  *Facsimile (202) 616-6584*
*Washington, DC 20044-7611*  *randall.stone@usdoj.gov*

May 21, 2013

**FILED AND SERVED BY THE COURT'S
ELECTRONIC CASE FILING SYSTEM**

The Honorable William C. Griesbach
Chief Judge
United States District Court for the
Eastern District of Wisconsin

    Re:   *United States and the State of Wisconsin v. NCR Corp., et al.*,
           Case No. 10-cv-910 (E.D. Wis.)

Dear Judge Griesbach:

    In the parties' joint report and discovery plan that the Court primarily adopted in its initial Case Management Order, the parties committed to meet and confer after Phase 1 of this case and then "submit for the Court's consideration a new Case Management and Scheduling Order that will govern further proceedings in the case." Dkt. 260 at 11.

    Before concentrating on a possible schedule for additional discovery, motions practice, and trial preparations – including arrangements for litigating the Plaintiffs' monetary claims for cost recovery and natural resource damages – the Plaintiffs recommend that the parties be given an opportunity to focus on the potential settlement of this matter. In recent communications with counsel for the Plaintiffs and a number of the other parties, Magistrate Judge Goodstein has expressed his continued willingness to facilitate settlement negotiations.

    The Plaintiffs respectfully request that the Court allow the parties to defer any effort on a new proposed Case Management and Scheduling Order until at least July 1, 2013, so that the parties can renew their focus on possible additional settlements. Under this scenario, the Plaintiffs will file a status report by July 1, advising the Court on whether settlement progress has been made with some or all of the parties and on whether the parties believe that an additional deferral of litigation scheduling is warranted.

We have consulted with all other parties involved in this case and do not believe that any oppose the proposal outlined in this letter, although we understand that NCR may be submitting a short letter of its own to clarify its position.

Respectfully submitted,

Randall M. Stone
Senior Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing letter to be served on the following counsel of record by the Court's Electronic Case Filing system:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Garrett L. Boehm, Jr.**
Johnson & Bell, Ltd.
boehmg@jbltd.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edu

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Tara M. Mathison**
Davis & Kuelthau SC
tmathison@dkattorneys.com

**Allison E. McAdam**
Hunsucker Goodstein PC
amcadam@hgnlaw.com

**Darin P. McAtee**
Cravath Swaine & Moore LLP
dmcatee@cravath.com

**Stephen F. McKinney**
Haynsworth Sinkler Boyd PA
smckinney@hsblawfirm.com

**Heidi D. Melzer**
Melzer Law, LLC
hmelzer@melzerlaw.com

**Elizabeth K. Miles**
Davis & Kuelthau SC
emiles@dkattorneys.com

**William J. Mulligan**
Davis & Kuelthau SC
wmulligan@dkattorneys.com

**Omid H. Nasab**
Cravath Swaine & Moore LLP
onasab@cravath.com

i

| | | |
|---|---|---|
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **M. Andrew Skierawski**<br>Friebert Finerty & St. John SC<br>mas@ffsj.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com | **Arthur A. Vogel, Jr.**<br>Quarles & Brady LLP<br>arthur.vogel@quarles.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |

Dated: May 21, 2013           s/ *Randall M. Stone*