## DETROIT DISTRICT
US Army Corps of Engineers

ABOUT  BUSINESS WITH US  MISSIONS  LOCATIONS  CAREERS  MEDIA  LIBRARY

HOME > MEDIA > NEWS RELEASES

**News Release Archive**
2013 (13)
2012 (22)
2011 (23)

# Wisconsin firm awarded contract to dredge Green Bay Harbor beginning in mid-May

SHARE  Email  Print

*Posted 4/30/2013*

Release no. 043013-01

**Contact**
Lynn Rose
313-226-4680
lynn.m.rose@us.army.mil

**DETROIT** – The U.S. Army Corps of Engineers, Detroit District, awards a $1,741,400 contract to Roen Salvage Co. of Sturgeon Bay, Wis., for dredging Green Bay Harbor in northeast Wisconsin.

Roen Salvage will remove 90,000 cubic yards of material and deposit it in the Bayport Confined Disposal Facility located on the north side of the Fox River, which flows into Green Bay. Most of the dredging – 82,000 cubic yards – will take place in the bay. The remaining 8,000 cubic yards of material will be removed from a turning basin located 3.4 miles upstream. Dredging is expected to begin mid-May and wrap up by mid-August.

"We are pleased to award this dredging contract to keep commercial shipping operating unimpeded in Green Bay," said Lt. Col. Robert Ells, district engineer. "Marine transport is economical, efficient and environmentally friendly, and the products shipped through Green Bay Harbor help energize the economy and support local jobs."

The main products transported through the harbor include coal, limestone, cement, salt, fuel oil, liquid asphalt, lumber and general cargo.

This contract was awarded under the Corps' Multiple Award Task Order Contract, MATOC, which the Detroit District established with 10 companies capable of dredging in the Great Lakes. The MATOC is designed to provide greater flexibility and expedite the bid solicitation-award process for dredging in Great Lakes commercial shipping channels and harbors.

The U.S. Army Corps of Engineers, Detroit District, maintains a navigation system of 91 harbors and four connecting channels, including the channels joining lakes Superior, Michigan, Huron, St. Clair and Erie. For more details, please contact Lynn Rose, public affairs officer, 313-226-4680, or Mollie Mahoney, project manager, 313-226-2033.

**To see the most recent condition survey of Green Bay Harbor, visit** http://www.lre.usace.army.mil. **Under the "Missions" tab, click on "Operations," then "Project Overview Information" and "Green Bay Harbor." Sheets 8-10 depict the bay area to be dredged; Sheet 15 (stations 180-185) depicts the turning basin in the Fox River.**

dredge  Green Bay  harbor

**BUILDING STRONG**®