
| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |

Buyers: Login | Register    Vendors: Login | Register    Accessibility



# Renard Island CDF Closure, Green Bay, WI

**Solicitation Number:** W911XK-13-B-0003
**Agency:** Department of the Army
**Office:** U.S. Army Corps of Engineers
**Location:** USACE District, Detroit

| Notice Details | Packages | Interested Vendors List |                              Print | Link

**Original Synopsis**
May 09, 2013
8:31 am

[Return To Opportunities List]  [Watch This Opportunity]
[Add Me To Interested Vendors]

**Solicitation Number:**
W911XK-13-B-0003

**Notice Type:**
Sources Sought

**Synopsis:**
Added: May 09, 2013 8:31 am

This is a SOURCES SOUGHT notice.
The U.S. Army Corps of Engineers, Detroit District, is seeking potential firms that have the capability to provide construction services for the Final Closure of Renard Island Confined Disposal Facility (CDF), Green Bay, WI. Preparing Renard Island for final closure includes but is not limited to the excavation, hauling, placement, and compaction of approximately 260,000 cubic yards (CY) of sediment. Sediment will be hauled from Cell 7 of the Bayport Facility to Renard Island CDF. The final cover construction shall be scheduled during the winter months during which the sediments at Renard Island and Bayport CDF are frozen. Construction work shall be scheduled at night and 24 hours per day as necessary to take advantage of cold weather and frozen soil conditions. The cover will be placed in 8-inch lifts and compacted to 6-inches thick. Compacted cover soil shear strength requirements will be specified. During the closure operations, a perimeter berm will be constructed around the island. All operations will take place within the perimeter berm.

The contract will have an 18 month completion requirement. The estimated award date for the project is September 2013. The estimated cost of construction is between $1,000,000 and $5,000,000.

The North American Industrial Classification System (NAICS) code is 237990, which has a small business size standard of $33.5 million in average annual receipts. The project requires knowledge of excavation, hauling, placement, and compaction of sediment material in winter conditions.

This is NOT a request for proposal. This announcement is for planning purposes only. Qualified companies are encouraged to respond. The response to this notice shall be in summary format and shall not exceed four

**ALL FILES**

Sources Sought Form 📄
May 09, 2013
   Sources_Sought_Filla...

**GENERAL INFORMATION**

**Notice Type:**
Sources Sought

**Posted Date:**
May 9, 2013

**Response Date:**
May 21, 2013 2:00 pm Eastern

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
September 30, 2013

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
Z -- Maintenance, repair, and alteration of real property

**NAICS Code:**
237 -- Heavy and Civil Engineering Construction/237990 -- Other Heavy and Civil Engineering Construction

(4) pages, including the attached response form. In order to determine the extent of industry interest and experience in the project, interested contractors shall present the following information:

(1) A completed Sources Sought Information Request Form.
(2) If applicable, identification and verification of the company as a Small Business, HUBZone, 8(a), Service Disabled Veteran Owned Business, and/or Woman Owned Small Business, subject to verification by the Small Business Administration.
(3) A letter from the firm's bonding company verifying that the firm can be bonded up to the amount of this project (construction bonding level per contract and aggregate construction bonding level, both expressed in dollars).
(4) Past Experience - provide descriptions of three projects substantially complete or completed within the last five years which are similar to this project in size, scope, and dollar value.
(5) A statement identifying what portion of the work would be self performed, and how it would be accomplished.

Qualified companies, regardless of their size or socio-economic status, are encouraged to respond. No basis for claim against the Government shall arise as a result of a response to this sources sought or Government use of any information provided. The Government will not pay for information or comments provided and will not recognize any costs associated with submission of comments. All firms that are interested in responding are invited to submit their information via email only to the Contracting Division at LRE-Quotes@usace.army.mil and Thomas.O.McKay@usace.army.mil.

Responses must be provided in either Microsoft Word or Adobe Acrobat PDF format. Please submit responses no later than 2:00 pm eastern standard time on 21 May 2013. Please reference "SOURCES SOUGHT: Renard Island CDF" in the subject line. Respondents will not be contacted regarding their submission or information gathered as a result of this Sources Sought notice. **The formal solicitation will be issued at a later date by a separate announcement.**

Please consult the list of document viewers if you cannot open a file.

**Sources Sought Form**

**Type:** Other (Draft RFPs/RFIs, Responses to Questions, etc..)
**Posted Date:** May 9, 2013

Sources_Sought_Fillable_Form.pdf (101.43 Kb)
**Description:** Sources Sought Form

**Contracting Office Address:**
477 Michigan Avenue
Detroit, Michigan 48226
United States

**Place of Performance:**

Green Bay, Wisconsin
United States

**Primary Point of Contact.:**
Carlette L. Williams
Carlette.l.Williams@usace.army.mil
Phone: 3132262683

**Secondary Point of Contact:**
Thomas McKay,
Contract Specialist
LRE-Quotes@usace.army.mil

Return To Opportunities List | Watch This Opportunity
Add Me To Interested Vendors

For Help: Federal Service Desk    Accessibility