UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 10-C-910 <br><br> The Honorable William C. Griesbach |

### THIRD DECLARATION OF RANDALL M. STONE IN SUPPORT OF MOTION TO ENTER CONSENT DECREE WITH BROWN COUNTY, THE CITY OF GREEN BAY, AND SETTLING FEDERAL AGENCIES

I, Randall M. Stone, declare as follows:

1. I am a Senior Attorney with the Environmental Enforcement Section of the United States Department of Justice. I have served as counsel for the United States on matters concerning the Lower Fox River and Green Bay Superfund Site (the "Site") since 2000.

2. Exhibit 1 to this Declaration is a true and correct copy of an August 31, 1973, letter and accompanying attachments from Capital Dredge & Dock Corp. to the U.S. Army Corps of Engineers Kewaunee Project Office. The letter describes the mobilization of the contractor's hydraulic dredge *Michele* and the piping that the contractor would use, subject to Army Corps approval, to transport sediment dredged from the turning basin near the Fort Howard Paper Company property to a land disposal area that was being prepared on the nearby National Railroad Museum Property.

3. Exhibit 2 to this Declaration is a true and correct copy of a September 12, 1973, letter from Capital Dredge & Dock Corp. to the U.S. Army Corps of Engineers Kewaunee

Project Office describing the contractor's Value Engineering Proposal for use of its "Contractor supplied disposal area" – rather than "a Government furnished disposal area which is approximately five miles down river" – for the placement of at least 60,000 cubic yards of sediment to be hydraulically dredged from the turning basin within the Fox River.

4. Exhibit 3 to this Declaration is a true and correct copy of a September 14, 1973, letter from the Army Corps to Capital Dredge & Dock Corp. documenting the Army Corps' agreement to use of the contractor supplied disposal facility for placement of the sediment that Capital Dredge & Dock would be removing from the turning basin in the Fox River.

5. Exhibit 4 to this Declaration is a true and correct copy of pertinent excerpts of Trial Exhibit 7389, which was admitted to the December 2012 trial record without objection. The complete document is a 119 page report prepared for the Army Corps in December 1975, entitled "Laboratory Study of the Release of Pesticide and PCB Materials to the Water Column During Dredging and Disposal Operations."

6. Exhibit 5 to this Declaration is a true and correct copy of a June 5, 2008, transmittal letter from the Wisconsin Department of Natural Resources and an accompanying Closure Plan Approval for the Renard Island Confined Disposal Facility under WDNR's solid waste management regulations codified at Wis. Admin. Code ch. 500-538.

7. Exhibit 6 to this Declaration is a true and correct copy of pertinent excerpts of a September 28, 2012, expert report prepared by Dr. Donald Hayes and certain other experts for NCR Corporation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 31, 2013          s/ *Randall M. Stone*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Declaration to be served on the following counsel of record by the Court's Electronic Case Filing system:

**Mary Rose Alexander**
Latham & Watkins LLP
mary.rose.alexander@lw.com

**Thomas Armstrong**
von Briesen & Roper SC
tarmstro@vonbriesen.com

**Paul Bargren**
Foley & Lardner LLP
pbargren@foley.com

**Linda E. Benfield**
Foley & Lardner LLP
lbenfield@foley.com

**Dennis P. Birke**
DeWitt Ross & Stevens SC
db@dewittross.com

**Garrett L. Boehm, Jr.**
Johnson & Bell, Ltd.
boehmg@jbltd.com

**Steven P. Bogart**
Reinhart Boerner Van Deuren SC
sbogart@reinhartlaw.com

**Michael P. Carlton**
von Briesen & Roper SC
mcarlton@vonbriesen.com

**Evan R. Chesler**
Cravath Swaine & Moore LLP
echesler@cravath.com

**Francis A. Citera**
Greenberg Traurig LLP
citeraf@gtlaw.com

**Marc E. Davies**
Greenberg Traurig LLP
daviesm@gtlaw.com

**David R. Erickson**
Shook Hardy & Bacon LLP
derickson@shb.com

**S. Todd Farris**
Friebert Finerty & St. John SC
stf@ffsj.com

**Patrick J. Ferguson**
Latham & Watkins LLP
patrick.ferguson@lw.com

**Charles Fried**
fried@law.harvard.edu

**Sandra C. Goldstein**
Cravath Swaine & Moore LLP
sgoldstein@cravath.com

**Thomas R. Gottshall**
Haynsworth Sinkler Boyd PA
lgantt@hsblawfirm.com

**Eric W. Ha**
Sidley Austin LLP
eha@sidley.com

**Scott W. Hansen**
Reinhart Boerner Van Deuren SC
shansen@reinhartlaw.com

**William H. Harbeck**
Quarles & Brady LLP
william.harbeck@quarles.com

**Cynthia R. Hirsch**
Wisconsin Department of Justice
hirschcr@doj.state.wi.us

**Margaret I. Hoefer**
Stafford Rosenbaum LLP
mhoefer@staffordlaw.com

**Caleb J. Holmes**
Greenberg Traurig LLP
holmesc@gtlaw.com

**Philip C. Hunsucker**
Hunsucker Goodstein PC
phunsucker@hgnlaw.com

**Peter C. Karegeannes**
Quarles & Brady LLP
peter.karegeannes@quarles.com

**Paul G. Kent**
Stafford Rosenbaum LLP
pkent@staffordlaw.com

**Gregory A. Krauss**
Gregory Krauss pllc
gkrauss@krausspllc.com

**Linda R. Larson**
Marten Law PLLC
llarson@martenlaw.com

**Vanessa A. Lavely**
Cravath Swaine & Moore LLP
vlavely@cravath.com

**Susan E. Lovern**
von Briesen & Roper SC
slovern@vonbriesen.com

**Anne E. Lynch**
Hunsucker Goodstein PC
alynch@hgnlaw.com

**Kevin J. Lyons**
Davis & Kuelthau SC
klyons@dkattorneys.com

**Meline G. MacCurdy**
Marten Law
mmaccurdy@martenlaw.com

**David G. Mandelbaum**
Greenberg Traurig LLP
mandelbaumd@gtlaw.com

**Bradley M. Marten**
Marten Law
bmarten@martenlaw.com

**Allison E. McAdam**
Hunsucker Goodstein PC
amcadam@hgnlaw.com

i

| | | |
|---|---|---|
| **Darin P. McAtee**<br>Cravath Swaine & Moore LLP<br>dmcatee@cravath.com | **Thomas M. Phillips**<br>Reinhart Boerner Van Deuren SC<br>tphillip@reinhartlaw.com | **Margaret R. Sobota**<br>Sidley Austin LLP<br>msobota@sidley.com |
| **Stephen F. McKinney**<br>Haynsworth Sinkler Boyd PA<br>smckinney@hsblawfirm.com | **Ian A.J. Pitz**<br>Michael Best & Friedrich LLP<br>iapitz@michaelbest.com | **Arthur A. Vogel, Jr.**<br>Quarles & Brady LLP<br>arthur.vogel@quarles.com |
| **Heidi D. Melzer**<br>Melzer Law, LLC<br>hmelzer@melzerlaw.com | **David A. Rabbino**<br>Hunsucker Goodstein PC<br>drabbino@hgnlaw.com | **Anthony S. Wachewicz, III**<br>City of Green Bay<br>tonywa@ci.green-bay.wi.us |
| **Elizabeth K. Miles**<br>Davis & Kuelthau SC<br>emiles@dkattorneys.com | **Ronald R. Ragatz**<br>DeWitt Ross & Stevens SC<br>rrr@dewittross.com | **James P. Walsh**<br>Appleton City Attorney<br>jim.walsh@appleton.org |
| **William J. Mulligan**<br>Davis & Kuelthau SC<br>wmulligan@dkattorneys.com | **Kathleen L. Roach**<br>Sidley Austin LLP<br>kroach@sidley.com | **Ted A. Warpinski**<br>Friebert Finerty & St John SC<br>taw@ffsj.com |
| **Omid H. Nasab**<br>Cravath Swaine & Moore LLP<br>onasab@cravath.com | **Megan A. Senatori**<br>DeWitt Ross & Stevens SC<br>ms@dewittross.com | **Ted Waskowski**<br>Stafford Rosenbaum LLP<br>twaskowski@staffordlaw.com |
| **Kelly J. Noyes**<br>von Briesen & Roper SC<br>knoyes@vonbriesen.com | **Adam B. Silverman**<br>Greenberg Traurig LLP<br>silvermana@gtlaw.com | **Evan B. Westerfield**<br>Sidley Austin LLP<br>evanwesterfield@sidley.com |
| **Nancy K. Peterson**<br>Quarles & Brady LLP<br>nancy.peterson@quarles.com | **M. Andrew Skierawski**<br>Friebert Finerty & St. John SC<br>mas@ffsj.com | **Richard C. Yde**<br>Stafford Rosenbaum LLP<br>ryde@staffordlaw.com |
| | **Sarah A. Slack**<br>Foley & Lardner LLP<br>sslack@foley.com | |

Dated: May 31, 2013                    s/ *Randall M. Stone*