# Capital Dredge & Dock Corp.

*Marine Contractors*

P. O. BOX 550
945 BROADWAY
LORAIN, OHIO 44052
Telephone 216/244-1724

31 August 1973

Mr. R.J. Mundelius, Project Engineer
Kewaunee Project Office
Kewaunee, Wisconsin

                Re:  Contract DACW 23-73-13-0061
                      Maintenance Dredging
                      Green Bay, Wisconsin

Attn:  Mr. R.J. Mandelius
       Project Engineer

We have completed our Mobilization. An equipment list is attached with this letter.

Attached also is an operations schedule for the 14" Hyd. Dredge, Michele. This time table will be in effect during dredging operations of the Fox River Turning Basin. A new operation schedule will be submitted when dredging of the Temporary Dump Basin begins.

To date, we have laid 2500 ft. of 14" shore line on the Fort Howard Paper Company's property. 3400 ft. of 14" float line extending from the Fort Howard Paper Company's property to the National Railroad Museum property connecting to 1600 ft. of 14" shore line running to our proposed Disposal Area. All of the 14" dredge pipes are in good to excellent condition and all couplings and connections are water tight.

All easements and permits have been obtained from property owners and you have been furnished copies.

We plan to start the diking of our proposed Disposal Area Tuesday, 4 Sept 73 provided some sort of approval can be obtained from the Corp of Engineers at this time.

It would take approximately 8 days to dike the Disposal Area. Using a 4 yd. drag line and a D-6 dozer.

Dredging would commence 12 September 73. Dredging would take approximately 20 days, based on a 20 hour dredging day, 7 days a week, dredging at 200 cubic yards an hour.

                                      Submitted by:

                                      Ronald B. Ward
                                      Vice President
                                      Capital Dredge and Dock Corp.

RW:rm

Case 1:10-cv-00910-WCG   Filed 05/31/13   Page 1 of 3   Document 820-1
ACOE-KEW112318

# Capital Dredge & Dock Corp.

*Marine Contractors*

P. O. BOX 550
945 BROADWAY
LORAIN, OHIO 44052
Telephone 216/244-1724

August 30, 1973

Mr. R.J. Mundelius, Project Engineer
Kewaunee Project Office
Kewaunee, Wisconsin 54216

                         Re: Contract DACW 23-73-13-0061
                               Maintenance Dredging
                               Green Bay, Wisconsin

The following is a list of equipment to be used on this project:

A. 14" Steel Hydraulic Dredge "Michele"
    Equipped with anchor booms and 48 ft. spuds with a digging depth of 32 ft.

B. Steel Deck Barge Cameron
    140 ft. long, 40 ft. wide and 8 ft. deep. Equipped with two 40 ft. spuds and 2 ton anchor in back. Spuds operate Air over Mach. Cameron barge is equipped with 3900 Manitowac Crane with Vicon Crane can be used as a drag line - Clam or Lift Crane - and is rated at 100 ton.

C. Steel Hopper Barge 502
    200 ft. long x 40 ft. wide x 10 ft. deep. Material handling barge used in Claming operation or when moving dredge equipment by water.

D. Steel Hopper 101
    200 ft. long x 40 ft. wide x 10 ft. deep material handling barge used in Claming operation and when moving dredge equipment by water.

E. M/V Banana Boat
    Used as a work boat around dredging operations. 40 ft. long x 12 ft. wide with a 3 ft. draft. Powered by a 671 GM Diesel.

F. M/V Manitow.
    Used as a stand by tug for the Michele Dredge. 40 ft. long x 10 ft. wide with a 6 ft. draft. Powered by a 671 GM Diesel.

                                            Equipment list submitted by:

                                            *Ronald B Ward*
                                            Ronald B. Ward
                                            Vice President
                                            Capital Dredge and Dock Corp.

RW:rm

Case 1:10-cv-00910-WCG    Filed 05/31/13    Page 2 of 3    Document 820-1
ACOE-KEW112319

# Capital Dredge & Dock Corp.
*Marine Contractors*

P. O. BOX 550
945 BROADWAY
LORAIN, OHIO 44052
Telephone 216/244-1724

TWO SHIFTS – SEVEN DAY WEEK OPERATIONS

Dredge will be shut down from 10:00 a.m. to 2:00 p.m. for maintenance, etc.

OPERATORS:

    E. Curry – 1st. shift – 2:00 p.m. to 12:00 midnight – 10 hours

    J. Berry – 2nd. shift – 12:00 midnight to 10:00 a.m. – 10 hours

ENGINEERS:

    1st. shift – 2:00 p.m. to 12:00 midnight
    2nd. shift – 12:00 midnight to 10:00 a.m.
        David Jones – Boat Operator and Engineer
        Wilbur Whiting – Boat Operator and Engineer

PIPE LINE AND DISPOSAL PATROL:

    1st. shift – 8:00 a.m. to 4:00 p.m.
    2nd. shift – 4:00 p.m. to 12:00 p.m.
    3rd. shift – 12:00 p.m. to 8:00 a.m.
        G. Mason
        L. Cross
        J. Blakly

QUALITY CONTROL OFFICER:
    Al Grenick

3900 CRANE OPERATOR:
    Joe Baker

Between 10:00 a.m. and 2:00 p.m. there will be four employees on this project to add float line to dredge and to maintain and check disposal area and overflow.