DEPARTMENT OF THE ARMY
Chicago District, Corps of Engineers
219 South Dearborn Street
Chicago, Illinois 60604

NCCOD-PO  14 September 1973

Mr. W. A. Wensink, President
Capital Dredge & Dock Corp.
P. O. Box 550
Lorain, Ohio 44052

RECEIVED
SEP 18 1973
Corps of Engineers
Kewaunee Project Office

Re: Contract No. DACW23-73-C-0073
Maintenance Dredging at
Green Bay, Wisconsin

Dear Mr. Wensink:

Reference is made to your letter of 6 September 1973, and the subsequent meeting held at the Chicago District Office on 13 September 1973, in which you proposed an alternate contractor supplied site for disposal of spoil dredged from the Fox River Turning Basin, Green Bay, Wisconsin. Use of this site is agreeable with the Corps of Engineers, subject to the following:

   1. Upon completion of dredging operations, the contractor shall leave the spoil disposal area as uniform as practical, as required by the Contracting Officer and any agreements made between the contractor and owner of the property.

   2. The contractor will save and hold the Government harmless from any liability or costs which may occur through use of the contractor furnished spoil area.

   3. The approval is contingent upon compliance with requirements stipulated by any of the agencies listed in Paragraph 16, Spoil Area, of the contract.

   4. The contractor shall prepare in detail for Government Value Engineering audit purposes, as defined in Paragraph 64, Value Engineering Incentive of the contract, an accounting of all costs to the contractor and dollar savings to the Government to be realized by utilization of the proposed contractor supplied spoil site.

NCCOD-PO                                    14 September 1973
Mr. W. A. Wensink, President
Capital Dredge & Dock Corp.

This letter constitutes your authority to begin immediately all work
necessary for preparation and use of the proposed spoil site, subject
to the aforementioned stipulations.

                                    Sincerely yours,


                                    JAMES M. MILLER
                                    Colonel, Corps of Engineers
Copy furnished:                     District Engineer
                                    Contracting Officer

Kewaunee Project Office