# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

               **Plaintiffs,**

v.                                 **Case No.** 10-CV-910

NCR CORPORATION, et al.,

               **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 4, 2013

Ex parte conversation

U.S. GOVERNMENT
TIME COMMENCED/CONCLUDED:     10:30 A.M. - 10:50 A.M.