UNITED STATES OF AMERICA, et al.,

          **Plaintiffs,**

v.                    **Case No.** 10-CV-910

NCR CORPORATION, et al.,

          **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE**

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 12, 2013

<u>US PAPER MILLS</u>
TIME COMMENCED/CONCLUDED:    3:00-3:15 PM