# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                      **Plaintiffs,**

    v.                                   **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                      **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 13, 2013

**PH GLATFELTER CO**

TIME COMMENCED-CONCLUDED:   3:00 - 3:15 PM