# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

              **Plaintiffs,**

v.                                        **Case No.** 10-CV-910

NCR CORPORATION, et al.,

              **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 17, 2013

U.S. GOVERNMENT
TIME COMMENCED/CONCLUDED: 11:05 - 11:20 AM