# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

               **Plaintiffs,**

v.                                                  **Case No.** 10-CV-910

NCR CORPORATION, et al.,

               **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 17, 2013

**WTM1 COMPANY**

TIME COMMENCED/CONCLUDED:   1:15 - 1:35 PM