# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                    **Plaintiffs,**

v.                                           **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                      **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING**: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 17, 2013

# NCR CORPORATION

TIME COMMENCED/CONCLUDED: 3:15-3:35 PM