# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

      **Plaintiffs,**

v.           **Case No.** 10-CV-910

NCR CORPORATION, et al.,

      **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

TYPE OF PROCEEDING: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

DATE:  June 20, 2013

PARTY:  US PAPER MILLS

TIME COMMENCED/CONCLUDED:  10:45-11:00 AM