# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                  **Plaintiffs,**

v.                                         **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                  **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

TYPE OF PROCEEDING: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

DATE:       June 20, 2013

PARTY:     U.S. GOVERNMENT

TIME COMMENCED/CONCLUDED:    1:35-2:25 PM