# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

                **Plaintiffs,**

v.                                   **Case No.** 10-CV-910

NCR CORPORATION, et al.,

                **Defendants.**

**HON. AARON E. GOODSTEIN, PRESIDING**

TYPE OF PROCEEDING: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversation with Counsel :

DATE:       June 26, 2013

PARTY:     GEORGIA PACIFIC

TIME COMMENCED/CONCLUDED: 9:30 - 10:00 A.M.