# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

              **Plaintiffs,**

v.                                        **Case No.** 10-CV-910

NCR CORPORATION, et al.,

              **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

TYPE OF PROCEEDING: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversation with Counsel :

DATE:      June 26, 2013

PARTY:     PH GLATFELTER

TIME COMMENCED/CONCLUDED: 12:15 - 1:00 PM