# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

              **Plaintiffs,**

v.                                         **Case No.** 10-CV-910

NCR CORPORATION, et al.,

              **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

TYPE OF PROCEEDING: **SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversation with Counsel :

DATE:      June 27, 2013

PARTY:    NCR CORPORATION

TIME COMMENCED/CONCLUDED: 9:15-9:30 AM