# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 1, 2013

**To:**   Jon W. Sanfilippo
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-2439
>
> Caption:
> UNITED STATES OF AMERICA and STATE OF WISCONSIN,
> Plaintiffs - Appellees
>
> v.
>
> MENASHA CORPORATION,
> Defendant - Appellant
>
> District Court No: 1:10-cv-00910-WCG
> District Judge William Griesbach
> Clerk/Agency Rep Jon Sanfilippo
>
> Date NOA filed in District Court: 06/28/2013

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)