# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES, et. al.**

      **Plaintiffs,**

     **v.**                      **Case No.  10-C-910**

**NCR CORP., et. al.**

      **Defendants.**

---

## MINUTES
### Aaron E. Goodstein, Presiding

---

Type of Proceeding:    Settlement Conference (follow-up)
Date:    July 1, 2013
Party:    U.S. Paper
Time Commenced:    2:45 p.m.


Time Concluded:    3:00 p.m.
Notes: