# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES, et. al.**

      **Plaintiffs,**

      v.                    Case No. 10-C-910

**NCR CORP., et. al.**

      **Defendants.**

# MINUTES
## Aaron E. Goodstein, Presiding

| | |
|---|---|
| Type of Proceeding: | Settlement Conference (follow-up) |
| Date: | August 12, 2013 |
| Party: | NCR Corp. |
| Time Commenced: | 2:10 p.m. |
| Time Concluded: | 2:20 p.m. |
| Notes: | |