# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES, et. al.**

      **Plaintiffs,**

  v.                      Case No. 10-C-910

**NCR CORP., et. al.**

      **Defendants.**

## MINUTES
### Aaron E. Goodstein, Presiding

| | |
|---|---|
| Type of Proceeding: | Settlement Conference (follow-up) |
| Date: | August 13, 2013 |
| Party: | United States |
| Time Commenced: | 2:50 p.m |
| Time Concluded: | 3:10 p.m. |
| Notes: | |