# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES, et. al.**

    **Plaintiffs,**

    v.                         Case No. 10-C-910

**NCR CORP., et. al.**

    **Defendants.**

## MINUTES
### Aaron E. Goodstein, Presiding

| | |
|---|---|
| Type of Proceeding: | Settlement Conference (follow-up) |
| Date: | August 26, 2013 |
| Party: | U.S. Paper Mills as representative |
| Time Commenced: | 3:22 p.m. |
| Time Concluded: | 3:46 p.m. |
| Notes: | |