# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES, et. al.**

    **Plaintiffs,**

        **v.**                **Case No. 10-C-910**

**NCR CORP., et. al.**

    **Defendants.**

## MINUTES
### Aaron E. Goodstein, Presiding

| | |
|---|---|
| Type of Proceeding: | Settlement Conference (follow-up) |
| Date: | September 10, 2013 |
| Party: | United States |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:45 p.m. |
| Notes: | |