# Exhibit A

# Base Case



Figure 1
Remediation Scenario of the Lower Fox River (OU4):
Base Case (Current Conditions)

EXHIBIT 5092B