UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

        v.         Case No. 10-C-910

NCR CORPORATION, *et al.*,

        Defendants.

**ORDER CORRECTING TRIAL RECORD REGARDING TRIAL EXHIBIT 3056**

Plaintiff the United States of America has filed an unopposed Motion pursuant to Fed. R. App. P. 10(e)(2)(B) for correction of the December 2012 trial record regarding Trial Exhibit 3056. More specifically, the Motion seeks correction of the record to substitute the correct, annotated version of Exhibit 3056 used at the trial and replace an incorrect, unannotated version of that exhibit that was inadvertently placed on the hard drive that the parties submitted to the Court. The United States' submission to the Court includes the correct version of Exhibit 3056 (Attachment 1 to the Motion) and it demonstrates that the record of the December 2012 trial in this case should be corrected to remedy this omission made by error and accident, as permitted by Fed. R. App. P. 10(e)(2).

**NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

    1.     The United States' Motion to Correct the Trial Record is granted;

2. The Clerk of the Court is directed pursuant to Seventh Circuit Rule 10(b) to transmit this Order along with a correct copy of Trial Exhibit 3056 (as filed with this Court as Attachment 1 to the United States' Motion) as part of the record on appeal in this case (docketed as Seventh Cir. No. 13-2436).

**SO ORDERED** this   15th   day of November, 2013.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
