UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA and )<br>THE STATE OF WISCONSIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NCR CORPORATION, )<br>APPLETON PAPERS INC., )<br>BROWN COUNTY, )<br>CITY OF APPLETON, )<br>CITY OF GREEN BAY, )<br>CBC COATING, INC., )<br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP, )<br>KIMBERLY-CLARK CORPORATION, )<br>MENASHA CORP., )<br>NEENAH-MENASHA SEWERAGE COMMISSION, )<br>NEWPAGE WISCONSIN SYSTEMS, INC., )<br>P.H. GLATFELTER CO., )<br>U.S. PAPER MILLS CORP. and )<br>WTM I COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 10-C-910 |

---

### ORDER RE: CORRECTION TO THE TRIAL RECORD

---

Defendant NCR Corporation ("NCR") has moved pursuant to Federal Rule of Appellate Procedure ("FRAP") 10(e)(2)(B) to correct the record so as to supplement the record by adding demonstrative exhibit TX 5092B, which was used at the trial that took place from December 3 to December 19, 2012 (the "Enforcement Action Trial") but was inadvertently omitted from the Plaintiffs' and Defendants' Combined Trial Exhibit List, which was filed on June 14, 2013 (the "Exhibit List") (Dkt. 835), and from the accompanying hard drive submitted to the Court. Upon consideration of NCR's motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. NCR's Motion to Correct the Trial Record is granted;

2. NCR will promptly cause to be filed a certified corrected combined trial exhibit list (the "Corrected Exhibit List") which reflects the addition of Trial Exhibit 5092B, marked "[For Identification Only]";

3. NCR will promptly cause to be submitted to the Court a hard drive containing the exhibits listed in the Corrected Exhibit List, including TX 5092B; and

4. The clerk of this Court is directed pursuant to Seventh Circuit Rule 10(b) to promptly transmit this Order to the Court of Appeals for the Seventh Circuit as part of the record on appeal in this case (No. 13-2436).

Dated this 20th day of November, 2013.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court