**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-C-910 |
| v. | ) ) | |
| NCR CORPORATION, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

## **CERTIFICATION OF CORRECTED TRIAL EXHIBITS**

The United States of America and the State of Wisconsin (collectively, "Plaintiffs"), and Defendants NCR Corporation, the Georgia-Pacific Defendants,[1] P.H. Glatfelter Company, WTM I Company, CBC Coating, Inc., U.S. Paper Mills Corp. and Menasha Corp. (collectively, "Defendants"), hereby certify that they have reviewed Plaintiffs' and Defendants' Corrected Combined Trial Exhibit List ("Exhibit A"), attached hereto; that, to the best of their knowledge and belief, it accurately lists the exhibits that were offered into evidence during the trial held in the above-captioned action from Monday, December 3, 2012, through Wednesday, December 19, 2012 (the "Trial"); and that all exhibits listed in Exhibit A were received into evidence by the Court during or after Trial, with the exception of those marked "[For Identification Only]"

---

[1] The "Georgia-Pacific Defendants" refers to Defendants Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation and Georgia-Pacific LLC.

(noted in the third column of Exhibit A),[2] which were used for demonstrative purposes only.

On or before November 27, 2013, Plaintiffs and Defendants will send to the Court copies of a hard drive containing the exhibits listed in Exhibit A.

Dated: November 22, 2013

---

[2] With respect to the "Admission Status" of the Administrative Record exhibits (Exhibits 1-1376)—other than those which Plaintiffs offered into evidence during briefing and to which there were no objections by Defendants—Defendants contend that there continues to be a dispute as to whether they were admissible for all purposes. It is Defendants' position that since the Court did not resolve whether the Administrative Record exhibits were admitted for all purposes, such exhibits are admissible only for the purposes of evaluating the remedy, as the court concluded that objections were moot because "the court's conclusions above have not depended on any evidence to which there has been a salient objection, which means that most of the objections are rendered moot or, at most, that they speak to the weight, rather than the admissibility, of the evidence in question" (Dkt. 794 at 68-69), and that "materials from the administrative record did not play a material role in my conclusions regarding divisibility and apportionment." (Dkt. 794 at 75.) The Parties agree that, when the Court overruled objections to non-Administrative Record exhibits, the Court admitted those exhibits for all purposes. Plaintiffs contend that, since the Court overruled Defendants' objections to the admissibility of the Administrative Record Exhibits, they are likewise admitted for all purposes, just like every other exhibit with an admissibility objection.

| /s/ Randall M. Stone | /s/ Cynthia R. Hirsch |
|---|---|
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural<br>Resources Division<br><br>RANDALL M. STONE<br>JEFFREY A. SPECTOR<br>KRISTIN M. FURRIE<br>SUMONA N. MAJUMDAR<br>SEAN CARMAN<br>MAYA S. ABELA<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Telephone: 202-414-1308<br>Facsimile: 202-616-6584<br>E-Mail: randall.stone@usdoj.gov<br><br>GREGORY J. HAANSTAD<br>Attorney for the United States, Acting<br>Under Authority Conferred by 28 U.S.C.<br>§ 515<br><br>SUSAN M. KNEPEL<br>Assistant United States Attorney<br>Office of the United States Attorney<br>517 E. Wisconsin Avenue, Room 530<br>Milwaukee, WI 53202<br><br>**Attorneys for Plaintiff the United States of America** | CYNTHIA R. HIRSCH<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>P.O. Box 7857<br>Madison, Wisconsin 53707-785<br>hirschcr@doj.state.wi.us<br><br>**Attorneys for Plaintiff the State of Wisconsin** |

/s/ Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Darin P. McAtee
Yonatan Even
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
Eric W. Ha
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Defendant NCR Corporation**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com

**Attorneys for Defendant Georgia-Pacific LLC**

/s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
Peter C. Karegeannes (Wis. Bar No. 1015025)
Arthur A. Vogel, Jr. (Wis. Bar No. 1010425)
William H. Harbeck (Wis. Bar No. 1007004)
David A. Strifling (Wis. Bar No. 1049923)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 277-5000
william.harbeck@quarles.com

**Attorneys for Defendant WTM I Company**

/s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

/s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
 mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

| | |
|---|---|
| /s/ Scott W. Hansen<br>Scott W. Hansen<br>Steven P. Bogart<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>P.O. Box. 2965<br>Milwaukee, WI 53202<br>Telephone: 414-298-1000<br>Fax: 414-298-8097<br>sbogart@reinhartlaw.com<br>shansen@reinhartlaw.com<br><br>Thomas R. Gottshall<br>Stephen F. McKinney<br>Haynsworth Sinkler Boyd PA<br>1201 Main Street, Suite 2200<br>P.O. Box 11889<br>Columbia, SC 29211-1889<br>Telephone: 803-779-3080<br>Fax: 803-765-1243<br>tgottshall@hsblawfirm.com<br>smckinney@hsblawfirm.com<br><br>**Attorneys for Defendant U.S. Paper Mills** | /s/ Philip C. Hunsucker<br>Philip C. Hunsucker<br>Allison E. McAdam<br>Marc A. Shapp<br>Hunsucker Goodstein PC<br>3717 Mt. Diablo Blvd., Suite 200<br>Lafayette, CA 94549<br>Telephone: (925) 284-0840<br>Fax: (925) 284-0870<br>phunsucker@hgnlaw.com<br>amcadam@hgnlaw.com<br>mshapp@hgnlaw.com<br><br>Anne E. Lynch<br>Hunsucker Goodstein PC<br>5335 Wisconsin Avenue NW, Suite 360<br>Washington, DC 20015<br>Telephone: (202) 895-5380<br>Fax: (202) 895-5390<br>alynch@hgnlaw.com<br><br>**Attorneys for Defendant Menasha Corp.** |