# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

January 24, 2014

```
UNITED STATES OF AMERICA, et al.,    ] Appeals from the United
      Plaintiffs-Appellees,          ] States District Court for
                                     ] the Eastern District of
Nos. 13-2436, 13-2441, 13-2439       ] Wisconsin.
     and 13-2445              v.     ]
                                     ] No. 1:10-cv-00910-WCG
P.H. GLATFELTER COMPANY, NCR         ]
CORPORATION, MENASHA CORPORATION     ] William C. Griesbach,
and WTM I COMPANY,                   ]     Chief Judge.
```

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.