# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

## RECORD TRANSMITTAL LETTER

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Chicago, IL  60604

Re: **USA, et al. v. NCR Corporation et al - USDC No.  10-C-910**
USCA No. 13-2436 PH Glatfelter Company, USCA No. 13-2439 Menasha Corporation, USCA No. 13-2441 NCR Corporation, and USCA No. 13-2445 WTM I Company

Dear Mr. Agnello:

Enclosed herewith please find the record on appeal in connection with the above-referenced case consisting of:

[ 23 ]  Volume of Pleadings

[ 67 ]  Loose pleadings(s): Docket Nos. 76, 92, 93, 94, 100, 105, 109, 123, 124, 125, 136, 137, 139, 144, 147, 149, 173, 174, 252, 253, 255, 276, 293, 301, 313, 329, 337, 341, 352, 357, 390, 391, 404, 439, 451, 470, 491, 507, 529, 532, 536, 537, 538, 543, 546, 552, 557, 568, 578, 580, 591, 592, 593, 595, 603, 612, 628, 638, 675, 687, 711, 712, 737, 753, 808, 820, and 907

[ 18 ]  Volumes of transcripts: Docket Nos. 321, 365, 410, 497, 673, 707, 720, 721, 722, 723, 724, 725, 726, 727, 728, 729, 730, 731

[  3 ]  Volumes of Exhibits containing:
[1]  Box of Exhibits from 4/12/2012 Preliminary Injunction Hearing; exhibit list at Docket No. 367; and
[1]  Folder of Exhibits containing 2 Courtesy Hard Drives from 12/3/2012 Court Trial; exhibit list at Docket No. 835; and
[1] Courtesy Hard Drive containing Corrected Combined Trial Exhibits from 12/3/2012 Court Trial; exhibit list at Docket No. 911

[  1 ]  Volumes in camera material(s): Sealed Attachments to Docket No. 538

[    ]  Other

Please acknowledge receipt of the above-referenced materials for our records.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

s/Terri Lynn Ficek
Deputy Clerk

Enclosure
cc:     All Counsel via CM/ECF