# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

    Plaintiffs,

v.                                         Case No. 10-C-910

NCR CORPORATION, et al.,

    Defendants.

## ORDER APPROVING STIPULATION

Based on the stipulation of the parties:

1. Appvion shall be granted leave to file the Amended Counterclaim that is attached as Exhibit A to Dkt. # 969. Upon the Court's entry of this Stipulation and Agreed Order, the Amended Counterclaim shall be deemed filed on December 22, 2014, and it shall supersede Appvion's previously asserted counterclaims.

2. The United States' response to Appvion's Amended Counterclaim shall be due February 23, 2015.

3. Appvion shall not file any claim against the United States in the Whiting case that arises out of the same transaction or occurrence that is the subject matter of Appvion's Amended

Counterclaim in this case.

4. The clerk shall detach the amended counterclaim and enter it on the docket.

**SO ORDERED** this 23rd day of December, 2014.

      /s William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court