# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

  v.                                           Case No. 10-C-910

NCR CORPORATION, et al.,

        Defendants.

## ORDER APPROVING CONSENT DECREE

       Plaintiffs the United States and State of Wisconsin lodged a consent decree involving payments of some $54.1 million from six Defendants: Menasha Corp, WTM I Co., U.S. Paper Mills Corp., the City of Appleton, the Neenah-Menasha Sewerage Commission, and the State of Wisconsin. On December 12, 2014, this court indicated it would approve the decree. Now, for the reasons given in the December 12, 2014 decision (ECF No. 961), the consent decree is hereby approved. The clerk is directed to enter the consent decree (ECF No. 924-1) on the docket.

       **SO ORDERED** this 6th day of February, 2015.

                                                                /s William C. Griesbach
                                                                William C. Griesbach, Chief Judge
                                                                United States District Court